# Exhibit B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

TX 6-484-609

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

2 25 2014
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

**Title of Work ▼**
Standards for Educational and Psychological Testing

**Registration Number of the Basic Registration ▼**
TX 5-100-196

**Year of Basic Registration ▼**
1999

**Name(s) of Author(s) ▼**
American Educational Research Association

**Name(s) of Copyright Claimant(s) ▼**
American Educational Research Association

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 2b Line Heading or Description Name of Author

**Incorrect Information as It Appears in Basic Registration ▼**

Blank

**Corrected Information ▼**

American Psychological Association

**Explanation of Correction ▼**

This book had three authors, but only one was included in the original filing.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 3a Line Heading or Description Copyright Claimant(s)

**Amplified Information and Explanation of Information ▼**

The address of the claimant listed has changed to:

American Educational Research Association
1430 K Street NW, Suite 1200
Washington, DC 20005

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

| FORM CA RECEIVED | **FORM CA** |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY    KOKA | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B or ☐ Part C

Line 2c was blank, but should have included the third author: National Council on Measurement in Education

Line 4 listed one copyright claimant: American Educational Research Association. Line 4 should have listed 3 copyright claimants as listed below:

American Educational Research Association
1430 K Street, NW
Suite 1200
Washington, DC 20005

American Psychological Association
750 First Street NE
Washington, DC 20002-4242

National Council on Measurement in Education
2424 American Lane
Madison, WI 53704

**D**

Correspondence: Give name and address to which correspondence about this application should be sent:

John Neikirk, 1430 K Street, NW
Suite 1200
Washington, DC 20005

Phone ( 202 ) 238-3238    Fax ( 202 ) 238-3250    Email jneikirk@aera.net

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   American Educational Research Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ John Neikirk              Date ▼ 2/24/2014

Handwritten signature (X) ▼ [signature]

**F**

Certificate will be mailed in window envelope to this address:

Name ▼ John Neikirk, American Educational Research Association
Number/Street/Apt ▼ 1430 K Street NW, Suite 1200
City/State/ZIP ▼ Washington, DC 20005

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2009  Print: 07/2009—xxx,000  Printed on recycled paper         U.S. Government Printing Office: 2009-xxx-xxx/xx,xxx