# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. <br> 1430 K Street, NW <br> Suite 1200 <br> Washington, DC 20005, <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. <br> 750 First Street NE <br> Washington, DC 20002-4242, and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. <br> 2424 American Lane <br> Madison, WI 53704, <br><br>          Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC. <br> 1005 Gravenstein Highway North <br> Sebastopol, CA 95472, <br><br>          Defendant. | Civil Action No. _____ <br><br> **PLAINTIFFS' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |

I, the undersigned, counsel of record for Plaintiffs, the American Educational Research Association, Inc., the American Psychological Association, Inc. and the National Council on Measurement in Education, Inc., certify that to the best of my knowledge and belief, none of the Plaintiffs have companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

               Respectfully submitted,

               OBLON, SPIVAK, McCLELLAND,
                MAIER & NEUSTADT, LLP

By: *s/ Jonathan Hudis*
   Jonathan Hudis (DC Bar # 418872)
   Kathleen Cooney-Porter (DC Bar # 434526)
   1940 Duke Street
   Alexandria, VA 22314
   Tel. (703) 413-3000
   Fax (703) 413-2220
   E-Mail jhudis@oblon.com
   E-Mail kcooney-porter@oblon.com

   Attorneys for Plaintiffs

   AMERICAN EDUCATIONAL RESEARCH
    ASSOCIATION, INC.
   AMERICAN PSYCHOLOGICAL
    ASSOCIATION, INC.
   NATIONAL COUNCIL ON
    MEASUREMENT IN EDUCATION, INC.

JH:KCP:jh {10259444_1.DOCX}      Dated: May 23, 2014