# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, INC., et al.

        Plaintiff          Civil No.     14-0857 (CRC)

vs.

PUBLIC.RESOURCE.ORG, INC.          Category     E

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 28, 2014 from Judge Gladys Kessler to Judge Christopher R. Cooper by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Gladys Kessler & Courtroom Deputy
Judge Christopher R. Cooper & Courtroom Deputy
Liaison, Calendar and Case Management Committee