UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL ) <br> RESEARCH ASSOCIATION, INC., ) <br> AMERICAN PSYCHOLOGICAL ) <br> ASSOCIATION, INC. and ) <br> NATIONAL COUNCIL ON ) <br> MEASUREMENT IN EDUCATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PUBLIC.RESOURCE.ORG, INC., ) <br> ) <br> Defendant. ) | Case No. 1:14-cv-00857-CRC |

**APPEARANCE OF COUNSEL**

To:   The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.

Date: June 9, 2014

*Attorney's signature*

Kathleen Cooney-Porter (DC Bar # 434526)
*Printed name and bar number*

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
*E-mail:* kcooney-porter@oblon.com

Telephone No. (703) 413-3000

Fax No. (703) 413-2220

KCP/nlc  10341942_1.DOCX

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing **APPEARANCE OF COUNSEL** was served on Defendant, this 9th day of June, 2014, by sending same via U.S. mail, postage pre-paid, to:

Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastapol, CA 95472

*s/ Kathleen Cooney-Porter*
Kathleen Cooney-Porter (DCBar # 434526)
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail kcooney-porter@oblon.com

Attorney for Plaintiffs
American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc.