## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Educational Research Association, Inc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Public.Resource.Org, Inc.<br><br>Defendant | Case No.: 14-857 GK |

### AFFIDAVIT OF SERVICE

I, Jason Robert Teats, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits A-B, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 02, 2014 at 9:47 AM, I served Public.Resource.Org, Inc. c/o Carl Malamud, President with the Summons, Complaint with Exhibits A-B, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge at 1005 Gravenstein Highway North, Sebastopol, California 95472 by serving Carl Malamud, President, authorized to accept.

Carl Malamud is described herein:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 53   Height: 5'7"   Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: JUN 0 4 2014

Jason Robert Teats, Lic. #P-500 Sonoma County
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-108065

Client Reference: 431384US

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| American Educational Research Association, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-857  GK |
| Public.Resource.Org, Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastapol, CA 95472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Hudis, Kathleen Cooney-Porter
Oblon, Spivak, McClelland, Maier & Neustadt L.L.P.
1940 Duke Street
Alexandria, VA 22314
703-413-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 5/27/2014

/s/ Kristin Brown

*Signature of Clerk or Deputy Clerk*

