AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN EDUC. RESEARCH ASSN. INC., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:14-cv-00857-CRC |
| PUBLIC.RESOURCE.ORG, INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PUBLIC.RESOURCE.ORG, INC.                                                    .

Date:   07/07/2014

*Attorney's signature*

David Halperin #426078
*Printed name and bar number*

1530 P Street NW, 1st floor
Washington DC 20005

*Address*

davidhalperindc@gmail.com
*E-mail address*

(202) 905-3434
*Telephone number*

(202) 387-5306
*FAX number*

Print    Save As...    Reset