AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Educational Research Assoc., Inc., et al )<br>*Plaintiff* )<br>v. )<br>Public.Resource.Org, Inc. )<br>*Defendant* ) | Case No.   14-cv-00857 CRC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Public.Resource.Org, Inc.

Date:   07/07/2014

/s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stolz (DC SBN 978149)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*