**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 1:14-cv-00857-CRC |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Public.Resource.Org, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Public.Resource.Org, Inc. which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that the judge of this Court may determine need for recusal.

Dated: July 7, 2014                   Respectfully submitted,

                                       _____/s/ Mitchell L. Stoltz_____
                                        Mitchell L. Stoltz
                                        mitch@eff.org
                                        ELECTRONIC FRONTIER FOUNDATION
                                        815 Eddy Street
                                        San Francisco, CA 94109
                                        Telephone: (415) 436-9333
                                        Facsimile: (415) 436-9993

                                        Attorneys for Defendant
                                        Public.Resource.Org, Inc.