UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:14-cv-00857-CRC |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant Public.Resource.Org, Inc., ("Public Resource") moves the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7 for an extension of time until July 14, 2014 to answer or otherwise respond to the complaint in this case. All parties consent to the relief requested herein.

### Statement of Points and Authorities

Public Resource was served with the summons and complaint in this case on June 2, 2014. Counsel for all parties conferred by telephone on June 11, at which time counsel for Public Resource requested the plaintiffs' consent to a 21-day extension of time to respond to the complaint, to July 14, 2014. Counsel for plaintiffs consented to this relief by email on June 12.

Fed. R. Civ. P. 6(b)(1) provides that the court may extend a filing deadline for good cause. Good cause exists here because all parties consent to the requested extension, because no

party will be prejudiced by it, and because no other deadlines have yet been set in this case that would be affected by it.

ACCORDINGLY, Public Resource respectfully requests that the court grant Public Resource an extension until July 14, 2014 to answer or otherwise respond to the complaint.

Dated: July 7, 2014                    Respectfully submitted,

/s/ Mitchell L. Stoltz
Mitchell L. Stoltz
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant
Public.Resource.Org