UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:14-cv-00857-CRC<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Upon consideration of Defendant Public.Resource.Org's unopposed Motion for Extension of Time to File Response to Complaint, it is hereby

**ORDERED** that the Motion for Extension of Time to File Response to Complaint is **GRANTED**. Defendant Public.Resource.Org shall file its response to the Complaint in this action on or before July 14, 2014.

　　**IT IS SO ORDERED.**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

Jonathan Hudis
Kathleen Cooney-Porter
Oblon Spivak McClelland Maier and Neustadt, L.L.P.
1940 Duke Street
Alexandria, VA 22314

David Elliot Halperin
1530 P Street, NW
Washington, DC 20005

Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy St
San Francisco, CA 94109