AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Educ. Research Ass'n, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-00857-CRC |
| Public.Resource.Org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Public.Resource.Org, Inc.

Date:   07/08/2014

/s/ Andrew P. Bridges
*Attorney's signature*

Andrew P. Bridges (Cal State Bar No. 122761)
*Printed name and bar number*
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

*Address*

abridges@fenwick.com
*E-mail address*

(415) 875-2300
*Telephone number*

(415) 281-1350
*FAX number*