IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-00857-CRC <br><br> **CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY RELIEF** |

Plaintiffs, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Education Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), respectfully move this Court pursuant to Fed. R. Civ. P. 6(b) and LCvR 7 for an extension of time until August 25, 2014 to answer or otherwise respond to Defendant's Counterclaim for Declaratory Relief.

Prior to the filing of this motion, pursuant to LCvR 7(m), on July 22, 2014, Plaintiffs' undersigned counsel conferred with Defendant's counsel, Mitch Stoltz, via telephone and e-mail in a good faith effort to determine whether there would be any opposition to the relief sought by Plaintiffs. Defendant consents to the relief requested herein.

**Statement of Points and Authorities**

Defendant electronically filed its counterclaim in this case on July 14, 2014. Counsel for all parties conferred via telephone on July 22, 2014, at which time undersigned counsel for Plaintiffs requested Defendant's consent to a 21-day extension of time to answer or otherwise respond to the counterclaim, moving the response date to August 25, 2014. Mitch Stoltz,

counsel for Defendant, consented to this relief by e-mail later in the day on July 22, 2014.

Fed. R. Civ. P. 6(b)(1) provides that the court may extend a filing deadline for good cause. Good cause exists here because: (i) all parties consent to the requested extension, (ii) no party will be prejudiced by the requested extension, and (iii) no other deadlines have yet been set in this case that would be affected by the requested extension.

ACCORDINGLY, Plaintiffs respectfully request that the Court grant Plaintiffs an extension until August 25, 2014 to answer or otherwise respond to Defendant's counterclaim.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP

Dated: July 23, 2014     By:     /s/ Jonathan Hudis
Jonathan Hudis (DC Bar # 418872)
Kathleen Cooney-Porter (DC Bar # 434526)
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

Attorneys for Plaintiffs

AMERICAN EDUCATIONAL RESEARCH
 ASSOCIATION, INC.
AMERICAN PSYCHOLOGICAL
 ASSOCIATION, INC.
NATIONAL COUNCIL ON
 MEASUREMENT IN EDUCATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY RELIEF and [PROPOSED] ORDER** were filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.,

                                              */s/ Jonathan Hudis*
                                                 Jonathan Hudis