# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-00857-CRC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY RELIEF** |

Having fully considered Plaintiffs' unopposed motion for extension of time to answer or otherwise respond to Defendant's Counterclaim for Declaratory Relief, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' motion for extension of time to respond or otherwise respond to Defendant's Counterclaim for Declaratory Relief is **GRANTED**.

Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc. shall file their answer or other response to Defendant's Counterclaim on or before August 25, 2014.

**IT IS SO ORDERED:**


Dated: _____, 2014        _____
                                       Hon. Christopher R. Cooper
                                       United States District Judge

  Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

<u>For Plaintiffs</u>:
Jonathan Hudis
Kathleen Cooney-Porter
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314

<u>For Defendant</u>:
Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104

David Halperin
1530 P Street NW
Washington, DC 20005

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109