**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., | )<br>)<br>)<br>)<br>)<br>) |
| | ) Civil Action No. 1:14-cv-00857-CRC |
| Plaintiffs, | )<br>) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFFS' MOTION TO STRIKE** |
| v. | ) **DEFENDANT'S DEMAND FOR A** |
| | ) **JURY TRIAL** |
| PUBLIC.RESOURCE.ORG, INC., | )<br>) |
| Defendant. | )<br>) |

THIS MATTER comes before the Court on Plaintiffs' Motion to Strike Defendant's Jury Demand.

This is an action by three non-profit organizations: the American Educational Research Association, Inc. ("AERA"), the American Psychological Association, Inc. ("APA"), and the National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), creators of the work entitled "Standards for Educational and Psychological Testing" (the "Standards"). Pursuant to the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, Plaintiffs seek injunctive relief against Defendant for infringement and contributory infringement of Plaintiffs' copyright in the Standards. Defendant filed a counterclaim seeking declaratory relief. None of the Plaintiffs seek to recover damages, nor does Defendant.

Having fully considered the moving and opposition papers, and all other matters presented to the Court, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**, and it is further

**ORDERED** that Defendant's Jury Demand contained within its answer, affirmative defenses and counterclaim (D.I. 12) to Plaintiff's complaint is hereby stricken.

**IT IS SO ORDERED:**

Dated: _____, 2014                    _____
                                                                         Hon. Christopher R. Cooper
                                                                         United States District Judge

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

For Plaintiffs:
Jonathan Hudis
Kathleen Cooney-Porter
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314

For Defendant:
Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104

David Halperin
1530 P Street NW
Washington, DC 20005

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109