IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.;<br><br>　　　　Plaintiffs-Counterdefendants,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　Defendant-Counterclaimant. | Civil Action No. 1:14-cv-00857-CRC |

**[PROPOSED] ORDER**

Before the Court is Plaintiff-Counterdefendants' Motion to Strike Jury Demand.

Having considered the pleadings and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff-Counterdefendants' Motion to Strike Jury Demand is **DENIED**.

　　**IT IS SO ORDERED.**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE