UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>      Defendant. | Civil Action No.: 1:14-cv-00857-CRC |

**MOTION TO ADMIT CORYNNE MCSHERRY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), MITCHELL L. STOLTZ, counsel for Defendant Public.Resource.org, Inc. in this matter, and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Corynne McSherry as counsel *pro hac vice*. Ms. McSherry is a member in good standing of the Bar of California and is the Director of Intellectual Property at the Electronic Frontier Foundation, located at 815 Eddy Street, San Francisco, California 94109.

Accompanying this Motion is Ms. McSherry's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d). Counsel for Defendant has conferred with counsel for the Plaintiffs concerning this motion as required by Local Civil Rule 7(m). Plaintiffs consent to the *pro hac vice* motion. In accordance with Local Civil Rule 7(c), a proposed order is filed herewith.

Dated: October 6, 2014                Respectfully submitted,

                                                    /s/ Mitchell L. Stoltz

Mitchell L. Stoltz
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant
Public.Resource.org, Inc.