UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No.: 1:14-cv-00857-CRC |

**DECLARATION OF CORYNNE MCSHERRY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Corynne McSherry, declare as follows:

1. My name is Corynne McSherry. I serve as counsel for Defendant Public.Resource.org, Inc.

2. I am an attorney practicing with the Electronic Frontier Foundation, located at 815 Eddy Street, San Francisco, California 94109. My phone number is (415) 436-9333 ext. 122.

3. I am a member in good standing of the Bar of California. I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

1

2

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6. I have been admitted *pro hac vice* to practice in this Court once within the last two (2) years.

7. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 3, 2014 at San Francisco, California.

_____
Corynne McSherry

## Attachment A

**Corynne McSherry**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| California Supreme Court | 650 McAllister Street San Francisco, CA 94102 | December 5, 2002 |
| USDC Northern District of California | 450 Golden Gate Ave. San Francisco, CA 94102 | December 5, 2002 |
| USDC Central District of California | 312 N. Spring Street Los Angeles, CA 90012 | December 29, 2003 |
| USDC Southern District of California | 221 West Broadway San Diego, CA  92101 | April 18, 2014 |
| U.S. Court of Appeals, Second Circuit | 40 Foley Square New York, NY 10007 | July 7, 2010 |
| U.S. Court of Appeals, Eighth Circuit | 111 S. 10th Street St. Louis, MO 63102 | September 27, 2011 |
| U.S. Court of Appeals, Ninth Circuit | 95 Seventh Street San Francisco, CA 94103 | January 2, 2003 |
| U.S. Court of Appeals, DC Circuit | 333 Constitution Ave., NW Washington, DC  20001 | March 17, 2013 |
| U.S. Supreme Court | One First Street, N.E. Washington, DC 20543 | August 21, 2006 |