UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No.: 1:14-cv-00857-CRC |

**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE***

Upon consideration of Defendant Public.Resource.org, Inc.'s motion for the admission *pro hac vice* of Corynne McSherry, it is hereby ORDERED that the motion for the admission *pro hac vice* of Corynne McSherry on behalf of Public.Resource.org, Inc. in the above-captioned case be GRANTED, and that Corynne McSherry is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

Date: _____   _____
                                                                              Hon. Christopher R. Cooper
                                                                              U.S. District Judge

1