**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., <u>et al</u>,**<br><br>Plaintiff/Counterclaim Defendants,<br><br>v.<br><br>**PUBLIC.RESOURCE.ORG, INC.,**<br><br>Defendant/Counterclaim Plaintiff. | Case No. 1:14-cv-00857 (CRC) |

## **SCHEDULING ORDER**

Upon consideration of the parties' Joint Meet and Confer Statement [Dkt. No. 20], it is hereby ORDERED that:

1. Discovery in this case shall proceed according to the following schedule:

    | | |
    |---|---|
    | Motion to Join Additional Parties or Amend the Pleadings | On or before November 14, 2014 |
    | Initial Disclosures | On or before November 14, 2014 |
    | Close of Fact Discovery | On or before March 16, 2015 |
    | Opening Expert Disclosures | On or before April 15, 2015 |
    | Rebuttal Expert Disclosures | On or before May 15, 2015 |
    | Replies to Rebuttal Disclosures | On or before May 29, 2015 |
    | Final Replies to Expert Disclosures | On or before June 12, 2015 |
    | Close of Discovery | On or before July 13, 2015 |
    | Post-Discovery Conference | July 15, 2015 at 2:00 PM |

2. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than ten (10) depositions, no more than twenty-five (25) interrogatories, and no

more than twenty-five (25) requests for admission per side.

3. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call the Courtroom Deputy Clerk, Ms. Terri Robinson, (202) 354-3179, to arrange for a telephone conference with the Court. At least twenty four (24) hours before the scheduled teleconference, the parties shall file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled.

4. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

5. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

                                                      CHRISTOPHER R. COOPER
                                                     United States District Judge

Date:    October 16, 2014