# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, INC., et al

　　　　　　　Plaintiff　　　　　　　　　　Civil No.　　　14-857　(TSC)

　　　　vs.

PUBLIC.RESOURCE.ORG, INC.　　　　　　　Category　　E

　　　　　　　Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Oct 17, 2014 from Judge Christopher R. Cooper to Judge Tanya S. Chutkan by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:　Judge Christopher R. Cooper　& Courtroom Deputy
　　　Judge Tanya S. Chutkan　& Courtroom Deputy
　　　Liaison, Calendar and Case Management Committee