# EXHIBIT Q

Case No. 1:14-cv-00857-TSC



**AN ENCYCLOPÆDIA BRITANNICA COMPANY**

Merriam-Webster
m-w.com

Quizzes & Games | Word of the Day | Video | New Words | My Favorites

**New!**
Spanish Central ▶

publish

**Quiz**
Test Your Vocabulary
Take Our 10-Question Quiz

## publish

Save | Popularity

2 ENTRIES FOUND:
- publish
- self-publish

Sponsored Links | Advertise Here

**Want to place your ad here?**
Advertise on Merriam-Webster



### pub·lish    verb   \ˈpə-blish\

: to prepare and produce (a book, magazine, etc.) for sale

: to have something you wrote included in a book, magazine, newspaper, etc.

: to include (an article, letter, photograph, etc.) in a magazine or newspaper

**Full Definition of PUBLISH**    [g+1]    Like

*transitive verb*

**1   a :** to make generally known

  **b :** to make public announcement of

**2   a :** to disseminate to the public

  **b :** to produce or release for distribution; *specifically* :  PRINT 2c

  **c :** to issue the work of (an author)

*intransitive verb*

**1  :** to put out an edition

**2  :** to have one's work accepted for publication

— **pub·lish·able**    *adjective*

   See *publish* defined for English-language learners »
   See *publish* defined for kids »

**Examples of PUBLISH**

It's a small company that only *publishes* about four books a year.

The university press *publishes* academic titles.

The newspaper is *published* daily.

There is a lot of pressure for professors to *publish* regularly.

He has not *published* anything for a long time.

The magazine *published* two of my stories.

**Origin of PUBLISH**

Middle English, modification of Anglo-French *publier,* from Latin *publicare,* from *publicus* public

First Known Use: 14th century

**Related to PUBLISH**

Synonyms



**MORE QUIZZES**


**Name That Thing**
Take our visual vocabulary quiz
Test Your Knowledge »


**True or False?**
A quick quiz about stuff worth knowing
Take It Now »


**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »


**A Guide to Surviving Winter**
Our favorite quotations about winter


**Older Than They Look: 'Hipster,' 'Rap,' and More**
10 Current-Sounding Words That Aren't So New

get out, issue, print, put out, come out with

[+] more

### Learn More About PUBLISH

Thesaurus: All synonyms and antonyms for "publish"
Spanish Central: Spanish translation of "publish"
SCRABBLE®: Playable words you can make from "publish"

### Browse

Next Word in the Dictionary: publisher
Previous Word in the Dictionary: public wrong
All Words Near: publish

**Ask The Editor**   **Videos**


**Webster's Dictionary of 1864**


**Old-School Grammar**

❝ Seen & Heard ❞

What made you want to look up *publish*? Please tell us where you read or heard it (including the quote, if possible).

**9 comments**

Add a comment…

☑ Also post on Facebook

Posting as Kate Cappaert (Not you?)    [Comment]


**Marcus Vinicius Bastos** · Top Commenter
I'm writting a book review and english is my second language, so I`m not always sure about the correct writting.
Reply · Like · Follow Post · August 28 at 8:00am


**Marge Apperson**
A court ruling that the decision may not be published.
Reply · Like ·   1 · Follow Post · July 21, 2013 at 7:36pm


**Nancy Hogg** · Works at Macy's
interested in where publishing a verdict comes from
Reply · Like · Follow Post · January 24, 2013 at 3:09am


**Jer Merrill**
Listening to a talk show host in Madison, Wi. Sly in the morning. Daily talk show host, WTDY 1670, — 0600 - 1000 hrs. SlysOffice.com — Learn a couple new words dayly.
I have 300+ new words in a book, with links to definitions and pictorial explanation I published: Chip – My Life Story. View/read free @ GoChipmunk.com — A book written for any kid under age of 85 yrs. old, who think they have read it all!
Reply · Like · Follow Post · April 20, 2012 at 8:20am


**Percy the Criminal Justice Idealistic Inventor**
Isn't anything of yours published once you use the meaning of publish and not what people make it worth by having expenses involved?
Reply · Like · Follow Post · March 14, 2012 at 11:13pm

View 4 more

Facebook social plugin

**View Seen & Heard highlights from around the site »**

Merriam-Webster on Facebook   Like  210k

### The Merriam-Webster Unabridged Dictionary

Online access to a legendary resource
Log In or Sign Up »

### Learning English? We can help.

Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

### Our Dictionary, On Your Devices

Merriam-Webster, *With Voice Search*
Get the Free Apps! »

### The Official SCRABBLE® Players Dictionary

5,000 new words added to the Fifth Edition including BROMANCE, MOJITO, and GEOCACHE!
Learn more about the book »
Go to the website »

### Join Us
 Merriam-Webster on Twitter »
 Merriam-Webster on Facebook »

### Bookstore: Digital and Print
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

### Other Merriam-Webster Dictionaries
Spanish Central »
Learner's ESL Dictionary »
WordCentral for Kids »
Visual Dictionary »

SCRABBLE® Word Finder »
Webster's Unabridged Dictionary »
Britannica English – Arabic Translation »

Home  Help  About Us  Shop  Advertising Info  Dictionary API
Privacy Policy  About Our Ads  Contact Us  Browser Tools
© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia