# EXHIBIT R

Case No. 1:14-cv-00857-TSC



AN ENCYCLOPÆDIA BRITANNICA COMPANY

**Quizzes & Games** | **Word of the Day** | **Video** | **New Words** | **My Favorites**

New!
Spanish Central ▶

post

**Quiz**
**Test Your Vocabulary**
Take Our 10-Question Quiz

**post**                                                    Popularity

157 ENTRIES FOUND:
- post
- posting
- post-

Sponsored Links                                        Advertise Here

**Want to place your ad here?**
Advertise on Merriam-Webster

¹**post**   *noun*   \pōst\  

**Definition of POST**                                      

**1** :  a piece (as of timber or metal) fixed firmly in an upright position especially as a stay or support :  PILLAR, COLUMN

**2** :  a pole or stake set up to mark or indicate something; *especially* :  a pole that marks the starting or finishing point of a horse race

**3** :  a metallic fitting attached to an electrical device (as a storage battery) for convenience in making connections

**4 a** :  GOALPOST

   **b** :  a football passing play in which the receiver runs downfield before turning towards the middle of the field

**5** :  the metal stem of a pierced earring

**Origin of POST**

Middle English, from Old English, from Latin *postis*; probably akin to Latin *por-* forward and to Latin *stare* to stand — more at PORTEND, STAND

First Known Use: before 12th century

**Other Architecture Terms**

buttress, casita, cornice, fanlight, garret, lintel, parapet, pilaster, plinth

**Rhymes with POST**

boast, coast, ghost, host, most, oast, roast, toast

²**post**   *verb*  

**Definition of POST**

*transitive verb*

**1 a** :  to publish, announce, or advertise by or as if by use of a placard

   **b** :  to denounce by public notice

   **c** :  to enter on a public listing

   **d** :  to forbid (property) to trespassers under penalty of legal prosecution by notices placed along the boundaries

   **e** :  SCORE <*posted* a 70 in the final round>

**2** :  to affix to a usual place (as a wall) for public notices :




**Name That Thing**
Take our visual vocabulary quiz
Test Your Knowledge »


**True or False?**
A quick quiz about stuff worth knowing
Take It Now »

**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »

**A Guide to Surviving Winter**
Our favorite quotations about winter

**Older Than They Look: 'Hipster,' 'Rap,' and More**
10 Current-Sounding Words That Aren't So New

PLACARD

**3 :** to publish (as a message) in an online forum (as an electronic bulletin board)

**First Known Use of POST**

1633

## ³post *noun*

**Definition of POST**

**1** *obsolete* **:** COURIER

**2** *archaic*

   **a :** one of a series of stations for keeping horses for relays

   **b :** the distance between any two such consecutive stations **:** STAGE

**3** *chiefly British*

   **a :** a nation's organization for handling mail; *also* **:** the mail handled

   **b** (1) **:** a single dispatch of mail (2) **:** LETTER 2a

   **c :** POST OFFICE

   **d :** POSTBOX

**4 :** something (as a message) that is published online

**Origin of POST**

Middle French *poste* relay station, courier, from Old Italian *posta* relay station, from feminine of *posto,* past participle of *porre* to place, from Latin *ponere* — more at POSITION

First Known Use: 1507

**Other Postal Terms**

cancel, frank, indicia, philatelist

## ⁴post *verb*

**Definition of POST**

*intransitive verb*

**1 :** to travel with post-horses

**2 :** to ride or travel with haste **:** HURRY

**3 :** to rise from the saddle and return to it in rhythm with a horse's trot

*transitive verb*

**1** *archaic* **:** to dispatch in haste

**2 :** MAIL <*post* a letter>

**3 a :** to transfer or carry from a book of original entry to a ledger

   **b :** to make transfer entries in

**4 :** to make familiar with a subject **:** INFORM <kept her *posted* on the latest gossip>

**First Known Use of POST**

1533

## ⁵post *adverb*

**Definition of POST**

**:** with post-horses **:** EXPRESS

**First Known Use of POST**

1549

## ⁶post  *noun*

**Definition of POST**

**1  a :**  the place at which a soldier is stationed; *especially* **:**  a sentry's beat or station

   **b :**  a station or task to which one is assigned

   **c :**  the place at which a body of troops is stationed **:** CAMP

   **d :**  a local subdivision of a veterans' organization

   **e :**  one of two bugle calls sounded (as in the British army) at tattoo

**2  a :**  an office or position to which a person is appointed

   **b :**  an area on a basketball court that is located just outside the free throw lane usually near the basket; *also* **:**  the offensive position of a player occupying the post

**3  a :**  TRADING POST, SETTLEMENT

   **b :**  a trading station on the floor of a stock exchange

**Origin of POST**

Middle French *poste,* from Old Italian *posto,* from past participle of *porre* to place

First Known Use: 1598

**Other Field and Goal Sports Terms**

crease, lateral, lax, overthrow, playbook, screen, scrum, secondary, ultimate

## ⁷post  *verb*

**Definition of POST**

*transitive verb*

**1  a :**  to station in a given place <guards were *posted* at the doors>

   **b :**  to carry ceremoniously to a position <*posting* the colors>

**2**  *chiefly British* **:**  to assign to a unit, position, or location (as in the military or civil service)

**3   :**  to put up (as bond)

**First Known Use of POST**

1683

## Post  *biographical name*  \ˈpōst\

**Definition of POST**

Emily 1872–1960 née *Price* Am. columnist & writer

**Learn More About POST**

Thesaurus: All synonyms and antonyms for "post"
Spanish Central: Spanish translation of "post"
SCRABBLE®: Playable words you can make from "post"

**Browse**

Next Word in the Dictionary: post-

Previous Word in the Dictionary: possumwood
All Words Near: post

**Ask The Editor**  **Videos**



Webster's Dictionary of 1864



Old-School Grammar

**❝ Seen & Heard ❞**

What made you want to look up *post*? Please tell us where you read or heard it (including the quote, if possible).

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook

**The Merriam-Webster Unabridged Dictionary**
 Online access to a legendary resource
Log In or Sign Up »

**Learning English? We can help.**
 Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

**Our Dictionary, On Your Devices**
 Merriam-Webster, *With Voice Search*
Get the Free Apps! »

**The Official SCRABBLE® Players Dictionary**
 5,000 new words added to the Fifth Edition including BROMANCE, MOJITO, and GEOCACHE!
Learn more about the book »
Go to the website »

**Join Us**
 Merriam-Webster on Twitter »
 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**
Spanish Central »   SCRABBLE® Word Finder »
Learner's ESL Dictionary »   Webster's Unabridged Dictionary »
WordCentral for Kids »   Britannica English – Arabic Translation »
Visual Dictionary »

Home   Help   About Us   Shop   Advertising Info   Dictionary API        Browse the Dictionary
Privacy Policy   About Our Ads   Contact Us   Browser Tools        Browse the Thesaurus
© 2014 Merriam-Webster, Incorporated        Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia