REFERRAL TO MAGISTRATE JUDGE

CATEGORY: Type E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 17.101 Copyright Infringement | | | |
|---|---|---|---|---|
| CASE NO:<br>14cv857 TSC | DATE REFERRED:<br>12/12/14<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery | JUDGE:<br>Tanya S. Chutkan | MAG. JUDGE<br>Deborah A. Robinson |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| American Educational Research Association, et al | Public.Resource.Org, Inc. |

ENTRIES: