# EXHIBIT Q

Case No. 1:14-cv-00857-TSC -DAR



**AN ENCYCLOPÆDIA BRITANNICA COMPANY**

m-w.com

Quizzes & Games | Word of the Day | Video | New Words | My Favorites

**New!**
**Spanish Central** ▶

publish

**Quiz**
**Test Your Vocabulary**
Take Our 10-Question Quiz

## publish

Save ☆   Popularity

2 ENTRIES FOUND:

publish
self-publish

Sponsored Links                                Advertise Here

**Want to place your ad here?**
Advertise on Merriam-Webster

**pub·lish**   *verb*   \ˈpə-blish\

: to prepare and produce (a book, magazine, etc.) for sale

: to have something you wrote included in a book, magazine, newspaper, etc.

: to include (an article, letter, photograph, etc.) in a magazine or newspaper

**Full Definition of PUBLISH**                                    +1    Like

*transitive verb*

**1  a :**  to make generally known

   **b :**  to make public announcement of

**2  a :**  to disseminate to the public

   **b :**  to produce or release for distribution; *specifically* :  PRINT 2c

   **c :**  to issue the work of (an author)

*intransitive verb*

**1  :**  to put out an edition

**2  :**  to have one's work accepted for publication

   — **pub·lish·able**   *adjective*

   See *publish* defined for English-language learners »
   See *publish* defined for kids »

### Examples of PUBLISH

It's a small company that only *publishes* about four books a year.

The university press *publishes* academic titles.

The newspaper is *published* daily.

There is a lot of pressure for professors to *publish* regularly.

He has not *published* anything for a long time.

The magazine *published* two of my stories.

### Origin of PUBLISH

Middle English, modification of Anglo-French *publier,* from Latin *publicare,* from *publicus* public

First Known Use: 14th century

### Related to PUBLISH

Synonyms




**MORE QUIZZES**

 **Name That Thing**
Take our visual vocabulary quiz
Test Your Knowledge »

 **True or False?**
A quick quiz about stuff worth knowing
Take It Now »

 **Spell It**
The commonly misspelled words quiz
Hear It, Spell It »

 **A Guide to Surviving Winter**
Our favorite quotations about winter

 **Older Than They Look: 'Hipster,' 'Rap,' and More**
10 Current-Sounding Words That Aren't So New

get out, issue, print, put out, come out with

[+] more

**Learn More About PUBLISH**

Thesaurus: All synonyms and antonyms for "publish"
Spanish Central: Spanish translation of "publish"
SCRABBLE®: Playable words you can make from "publish"

**Browse**

Next Word in the Dictionary: publisher
Previous Word in the Dictionary: public wrong
All Words Near: publish

**Ask The Editor    Videos**



Webster's Dictionary of 1864

**❝ Seen & Heard ❞**

What made you want to look up *publish*? Please tell us where you read or heard it (including the quote, if possible).

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook