# EXHIBIT R

Case No. 1:14-cv-00857-TSC-DAR



AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster
m-w.com

Quizzes & Games | Word of the Day | Video | New Words | My Favorites

**New!**
**Spanish Central** ▶

post

**Quiz**
**Test Your Vocabulary**
Take Our 10-Question Quiz

**post**                                                                 **Popularity**

157 ENTRIES FOUND:
- post
- posting
- post-

Sponsored Links                                                          Advertise Here

**Want to place your ad here?**
Advertise on Merriam-Webster

¹**post**       *noun*    \ˈpōst\

**Definition of POST**                                       

**1** :  a piece (as of timber or metal) fixed firmly in an upright position especially as a stay or support :  PILLAR, COLUMN

**2** :  a pole or stake set up to mark or indicate something; *especially* :  a pole that marks the starting or finishing point of a horse race

**3** :  a metallic fitting attached to an electrical device (as a storage battery) for convenience in making connections

**4  a** :  GOALPOST

  **b** :  a football passing play in which the receiver runs downfield before turning towards the middle of the field

**5** :  the metal stem of a pierced earring

**Origin of POST**

Middle English, from Old English, from Latin *postis*; probably akin to Latin *por-* forward and to Latin *stare* to stand — more at PORTEND, STAND

First Known Use: before 12th century

**Other Architecture Terms**

buttress, casita, cornice, fanlight, garret, lintel, parapet, pilaster, plinth

**Rhymes with POST**

boast, coast, ghost, host, most, oast, roast, toast

²**post**    *verb*

**Definition of POST**

*transitive verb*

**1  a** :  to publish, announce, or advertise by or as if by use of a placard

  **b** :  to denounce by public notice

  **c** :  to enter on a public listing

  **d** :  to forbid (property) to trespassers under penalty of legal prosecution by notices placed along the boundaries

  **e** :  SCORE  <*posted* a 70 in the final round>

**2** :  to affix to a usual place (as a wall) for public notices :

MORE QUIZZES

 **Name That Thing**
Take our visual vocabulary quiz
Test Your Knowledge »

 **True or False?**
A quick quiz about stuff worth knowing
Take It Now »

**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »



 **A Guide to Surviving Winter**
Our favorite quotations about winter

 **Older Than They Look: 'Hipster,' 'Rap,' and More**
10 Current-Sounding Words That Aren't So New

**PLACARD**

**3** : to publish (as a message) in an online forum (as an electronic bulletin board)

**First Known Use of POST**

1633

³**post** *noun*

**Definition of POST**

**1** *obsolete* : COURIER

**2** *archaic*

**a** : one of a series of stations for keeping horses for relays

**b** : the distance between any two such consecutive stations : STAGE

**3** *chiefly British*

**a** : a nation's organization for handling mail; *also* : the mail handled

**b** (1) : a single dispatch of mail (2) : LETTER 2a

**c** : POST OFFICE

**d** : POSTBOX

**4** : something (as a message) that is published online

**Origin of POST**

Middle French *poste* relay station, courier, from Old Italian *posta* relay station, from feminine of *posto,* past participle of *porre* to place, from Latin *ponere* — more at POSITION

First Known Use: 1507

**Other Postal Terms**

cancel, frank, indicia, philatelist

⁴**post** *verb*

**Definition of POST**

*intransitive verb*

**1** : to travel with post-horses

**2** : to ride or travel with haste : HURRY

**3** : to rise from the saddle and return to it in rhythm with a horse's trot

*transitive verb*

**1** *archaic* : to dispatch in haste

**2** : MAIL <*post* a letter>

**3 a** : to transfer or carry from a book of original entry to a ledger

**b** : to make transfer entries in

**4** : to make familiar with a subject : INFORM <kept her *posted* on the latest gossip>

**First Known Use of POST**

1533

⁵**post** *adverb*

**Definition of POST**

: with post-horses : EXPRESS

**First Known Use of POST**

1549

## ⁶post  *noun*

**Definition of POST**

**1  a :**  the place at which a soldier is stationed; *especially* **:**  a sentry's beat or station

**b :**  a station or task to which one is assigned

**c :**  the place at which a body of troops is stationed **:**  CAMP

**d :**  a local subdivision of a veterans' organization

**e :**  one of two bugle calls sounded (as in the British army) at tattoo

**2  a :**  an office or position to which a person is appointed

**b :**  an area on a basketball court that is located just outside the free throw lane usually near the basket; *also* **:**  the offensive position of a player occupying the post

**3  a :**  TRADING POST, SETTLEMENT

**b :**  a trading station on the floor of a stock exchange

**Origin of POST**

Middle French *poste,* from Old Italian *posto,* from past participle of *porre* to place

First Known Use: 1598

**Other Field and Goal Sports Terms**

crease, lateral, lax, overthrow, playbook, screen, scrum, secondary, ultimate

## ⁷post  *verb*

**Definition of POST**

*transitive verb*

**1  a :**  to station in a given place <guards were *posted* at the doors>

**b :**  to carry ceremoniously to a position <*posting* the colors>

**2**  *chiefly British* **:**  to assign to a unit, position, or location (as in the military or civil service)

**3  :**  to put up (as bond)

**First Known Use of POST**

1683

## Post  *biographical name*  \ˈpōst\

**Definition of POST**

Emily 1872–1960 née *Price* Am. columnist & writer

**Learn More About POST**

Thesaurus: All synonyms and antonyms for "post"
Spanish Central: Spanish translation of "post"
SCRABBLE®: Playable words you can make from "post"

**Browse**

Next Word in the Dictionary: post-



Previous Word in the Dictionary: possumwood
All Words Near: post

### Ask The Editor    Videos



**Webster's Dictionary of 1864**



**Old-School Grammar**

### 66 Seen & Heard 99

What made you want to look up *post*? Please tell us where you read or heard it (including the quote, if possible).

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook



**The Merriam-Webster Unabridged Dictionary**
Online access to a legendary resource
Log In or Sign Up »



**Learning English? We can help.**
Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »



**Our Dictionary, On Your Devices**
Merriam-Webster, With Voice Search
Get the Free Apps! »



**The Official SCRABBLE® Players Dictionary**
5,000 new words added to the Fifth Edition including BROMANCE, MOJITO, and GEOCACHE!
Learn more about the book »
Go to the website »

### Join Us

 Merriam-Webster on Twitter »

 Merriam-Webster on Facebook »

### Bookstore: Digital and Print
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

### Other Merriam-Webster Dictionaries

Spanish Central »                     SCRABBLE® Word Finder »
Learner's ESL Dictionary »            Webster's Unabridged Dictionary »
WordCentral for Kids »                Britannica English – Arabic Translation »
Visual Dictionary »

Home   Help   About Us   Shop   Advertising Info   Dictionary API                Browse the Dictionary
Privacy Policy   About Our Ads   Contact Us   Browser Tools                      Browse the Thesaurus
© 2014 Merriam-Webster, Incorporated                                             Browse the Spanish-English Dictionary
                                                                                 Browse the Medical Dictionary
                                                                                 Browse the Concise Encyclopedia