IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCAITION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. ,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (DKT. NO. 27)** |

Defendant-Counterclaimant Public.Resource.Org , Inc. ("Public Resource"), respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b) and LCvR 7 for an extension of time until 6 p.m. (EST) on January 5, 2015 to oppose Plaintiffs' Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures (Dkt. No. 27).

Before filing of this motion, Defendant's counsel conferred with Plaintiffs' counsel via e-mail on December 19, 2014 and December 23, 2014, pursuant to LCvR 7(m).  Plaintiffs consent to an extension to 6 p.m. (EST) on January 5, 2015.

Plaintiffs filed its Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures on December 15, 2014.  Under the local rules, Public Resource's opposition would be due on a day when its counsel's offices would be closed for the holidays.   Counsel for defendant thus asked Plaintiffs to consent to an extension of time to oppose the motion on December 19, 2014.  On December 23, 2014, Jonathan Hudis, counsel for Plaintiffs, agreed to an extension of the opposition due date to January 5, 2015.

Fed. R. Civ. P. 6(b)(1) provides that the court may extend a filing deadline for good

cause.  Good cause exists here because: (i) all parties consent to the extension, (ii) the extension is a short one due to a holiday office closure, and (iii) the extension does not prejudice any party or affect any court hearing dates or case management deadlines.

    ACCORDINGLY, Public Resource respectfully requests that the Court grant it an extension until 6 p.m. (EST) on January 5, 2015 to oppose Plaintiffs' Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures.

Dated:  December 24, 2014            Respectfully submitted,

      */s/ Andrew P. Bridges*
      Andrew P. Bridges (admitted)
      abridges@fenwick.com
      FENWICK & WEST LLP
      555 California Street, 12th Floor
      San Francisco, CA 94104
      Telephone:  (415) 875-2300
      Facsimile:   (415) 281-1350

      David Halperin (D.C. Bar No. 426078)
      davidhalperindc@gmail.com
      1530 P Street NW
      Washington, DC 20005
      Telephone:  (202) 905-3434

      Corynne McSherry (pro hac vice)
      corynne@eff.org
      Mitchell L. Stoltz (D.C. Bar No. 978149)
      mitch@eff.org
      ELECTRONIC FRONTIER FOUNDATION
      815 Eddy Street
      San Francisco, CA 94109
      Telephone:  (415) 436-9333
      Facsimile:   (415) 436-9993

      *Attorneys for Defendant/Counterclaimant*
      *Public.Resource.Org, Inc.*