**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCAITION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>            Plaintiffs/Counterdefendants,<br><br>       v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>            Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL (DKT. NO. 27)** |

Having fully considered Defendant-counterclaimant Public.Resource.Org, Inc.'s unopposed motion for extension of time to oppose Plaintiffs/Counterdefendants' Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures (Dkt. 27), and for good cause shown, it is hereby

**ORDERED** that Public.Resource.Org, Inc's motion for extension of time to oppose Plaintiffs' Motion to Compel (Dkt. 27) is **GRANTED**.

Public.Resource.Org, Inc. shall file its opposition to Plaintiffs' Motion to Compel by 6 p.m. (EST) on January 5, 2015.


Dated: _____         _____
                                        Hon. Deborah A. Robinson
                                        United States Magistrate Judge