# EXHIBIT 3

**Fenwick & West LLP**

SILICON VALLEY   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL: 650.988.8500   FAX: 650.938.5200   WWW.FENWICK.COM

December 29, 2014

AMANDA HUDSON
PARALEGAL

EMAIL AHUDSON@FENWICK.COM
Direct Dial (650) 335-7260

**VIA EMAIL AND FEDERAL EXPRESS**

Kathleen Cooney-Porter
kcooney-porter@oblon.com
Jonathan Hudis
jhudis@oblon.com
Oblon, Spivak, McClelland, Maier & Neustadt
1940 Duke Street
Alexandria, VA 22314

     Re:   *Am. Educ. Research Assoc. et al. v. Public.Resource.Org, Inc.*,
             No. 1:14-cv-00857 (D.D.C.)

Counsel:

    Please find enclosed one CD containing Defendant Public.Resource.Org's production of documents bearing Bates numbers PROAERA_00000001 to PROAERA_00010107.

    Additionally, today's production of documents has been uploaded to our secure FTP site and the login credentials and instructions have been emailed to you.

                              Sincerely,

                              FENWICK & WEST LLP

                              *s/ Amanda Hudson*

                              Amanda Hudson
                              Paralegal

Enclosure