# EXHIBIT U

Case No. 1:14-cv-00857-TSC-DAR

Network Working Group                                        R. Fielding
Request for Comments: 2616                                     UC Irvine
Obsoletes: 2068                                                J. Gettys
Category: Standards Track                                     Compaq/W3C
                                                                J. Mogul
                                                                  Compaq
                                                              H. Frystyk
                                                                 W3C/MIT
                                                              L. Masinter
                                                                   Xerox
                                                                P. Leach
                                                               Microsoft
                                                          T. Berners-Lee
                                                                 W3C/MIT
                                                               June 1999

                    **Hypertext Transfer Protocol -- HTTP/1.1**

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (1999).  All Rights Reserved.

Abstract

   The Hypertext Transfer Protocol (HTTP) is an application-level
   protocol for distributed, collaborative, hypermedia information
   systems. It is a generic, stateless, protocol which can be used for
   many tasks beyond its use for hypertext, such as name servers and
   distributed object management systems, through extension of its
   request methods, error codes and headers [47]. A feature of HTTP is
   the typing and negotiation of data representation, allowing systems
   to be built independently of the data being transferred.

   HTTP has been in use by the World-Wide Web global information
   initiative since 1990. This specification defines the protocol
   referred to as "HTTP/1.1", and is an update to RFC 2068 [33].

Fielding, et al.            Standards Track                     [Page 1]

1/8/2015 Case 1:14-cv-00857-TSC-DAR Document 50-4 Filed 01/12/15 Page 4 of 18
RFC 2616 Hypertext Transfer Protocol -- HTTP/1.1

RFC 2616                        HTTP/1.1                       June 1999

Table of Contents

```
   1   Introduction ...................................................7
   1.1    Purpose...................................................7
   1.2    Requirements .............................................8
   1.3    Terminology ..............................................8
   1.4    Overall Operation .......................................12
   2   Notational Conventions and Generic Grammar ....................14
   2.1    Augmented BNF ...........................................14
   2.2    Basic Rules .............................................15
   3   Protocol Parameters ...........................................17
   3.1    HTTP Version ............................................17
   3.2    Uniform Resource Identifiers ............................18
   3.2.1     General Syntax .......................................19
   3.2.2     http URL .............................................19
   3.2.3     URI Comparison .......................................20
   3.3    Date/Time Formats .......................................20
   3.3.1     Full Date ............................................20
   3.3.2     Delta Seconds ........................................21
   3.4    Character Sets ..........................................21
   3.4.1     Missing Charset ......................................22
   3.5    Content Codings .........................................23
   3.6    Transfer Codings ........................................24
   3.6.1     Chunked Transfer Coding ..............................25
   3.7    Media Types .............................................26
   3.7.1     Canonicalization and Text Defaults ...................27
   3.7.2     Multipart Types ......................................27
   3.8    Product Tokens ..........................................28
   3.9    Quality Values ..........................................29
   3.10   Language Tags ...........................................29
   3.11   Entity Tags .............................................30
   3.12   Range Units .............................................30
   4   HTTP Message ..................................................31
   4.1    Message Types ...........................................31
   4.2    Message Headers .........................................31
   4.3    Message Body ............................................32
   4.4    Message Length ..........................................33
   4.5    General Header Fields ...................................34
   5   Request .......................................................35
   5.1    Request-Line ............................................35
   5.1.1     Method ...............................................36
   5.1.2     Request-URI ..........................................36
   5.2    The Resource Identified by a Request ....................38
   5.3    Request Header Fields ...................................38
   6   Response ......................................................39
   6.1    Status-Line .............................................39
   6.1.1     Status Code and Reason Phrase ........................39
   6.2    Response Header Fields ..................................41
```

Fielding, et al.            Standards Track                     [Page 2]

1/8/2015, Case 1:14-cv-00857-TSC-DAR Document 50-4 Filed 01/12/15 Page 6 of 18, RFC 2616 Hypertext Transfer Protocol -- HTTP/1.1

RFC 2616                        HTTP/1.1                     June 1999

```
   7   Entity ........................................................42
   7.1    Entity Header Fields ......................................42
   7.2    Entity Body ...............................................43
   7.2.1     Type ...................................................43
   7.2.2     Entity Length ..........................................43
   8   Connections ...................................................44
   8.1    Persistent Connections ....................................44
   8.1.1     Purpose ................................................44
   8.1.2     Overall Operation ......................................45
   8.1.3     Proxy Servers ..........................................46
   8.1.4     Practical Considerations ...............................46
   8.2    Message Transmission Requirements .........................47
   8.2.1     Persistent Connections and Flow Control ................47
   8.2.2     Monitoring Connections for Error Status Messages ........48
   8.2.3     Use of the 100 (Continue) Status .......................48
   8.2.4     Client Behavior if Server Prematurely Closes Connection ..50
   9   Method Definitions ............................................51
   9.1    Safe and Idempotent Methods ...............................51
   9.1.1     Safe Methods ...........................................51
   9.1.2     Idempotent Methods .....................................51
   9.2    OPTIONS ...................................................52
   9.3    GET .......................................................53
   9.4    HEAD ......................................................54
   9.5    POST ......................................................54
   9.6    PUT .......................................................55
   9.7    DELETE ....................................................56
   9.8    TRACE .....................................................56
   9.9    CONNECT ...................................................57
   10   Status Code Definitions ......................................57
   10.1   Informational 1xx .........................................57
   10.1.1    100 Continue ...........................................58
   10.1.2    101 Switching Protocols ................................58
   10.2   Successful 2xx ............................................58
   10.2.1    200 OK .................................................58
   10.2.2    201 Created ............................................59
   10.2.3    202 Accepted ...........................................59
   10.2.4    203 Non-Authoritative Information ......................59
   10.2.5    204 No Content .........................................60
   10.2.6    205 Reset Content ......................................60
   10.2.7    206 Partial Content ....................................60
   10.3   Redirection 3xx ...........................................61
   10.3.1    300 Multiple Choices ...................................61
   10.3.2    301 Moved Permanently ..................................62
   10.3.3    302 Found ..............................................62
   10.3.4    303 See Other ..........................................63
   10.3.5    304 Not Modified .......................................63
   10.3.6    305 Use Proxy ..........................................64
   10.3.7    306 (Unused) ...........................................64
```

```
Fielding, et al.            Standards Track                     [Page 3]
```

1/8/2015                Case 1:14-cv-00857-TSC-DAR   Document 50-4   Filed 01/12/15   Page 8 of 18
                                        RFC 2616 Hypertext Transfer Protocol -- HTTP/1.1

RFC 2616                        HTTP/1.1                      June 1999

   10.3.8    307 Temporary Redirect ....................................65
   10.4   Client Error 4xx ............................................65
      10.4.1    400 Bad Request .......................................65
      10.4.2    401 Unauthorized ......................................66
      10.4.3    402 Payment Required ..................................66
      10.4.4    403 Forbidden .........................................66
      10.4.5    404 Not Found .........................................66
      10.4.6    405 Method Not Allowed ................................66
      10.4.7    406 Not Acceptable ....................................67
      10.4.8    407 Proxy Authentication Required .....................67
      10.4.9    408 Request Timeout ...................................67
      10.4.10   409 Conflict ..........................................67
      10.4.11   410 Gone ..............................................68
      10.4.12   411 Length Required ...................................68
      10.4.13   412 Precondition Failed ...............................68
      10.4.14   413 Request Entity Too Large ..........................69
      10.4.15   414 Request-URI Too Long ..............................69
      10.4.16   415 Unsupported Media Type ............................69
      10.4.17   416 Requested Range Not Satisfiable ...................69
      10.4.18   417 Expectation Failed ................................70
   10.5   Server Error 5xx ............................................70
      10.5.1    500 Internal Server Error .............................70
      10.5.2    501 Not Implemented ...................................70
      10.5.3    502 Bad Gateway .......................................70
      10.5.4    503 Service Unavailable ...............................70
      10.5.5    504 Gateway Timeout ...................................71
      10.5.6    505 HTTP Version Not Supported ........................71
   11    Access Authentication ........................................71
   12    Content Negotiation ..........................................71
   12.1   Server-driven Negotiation ...................................72
   12.2   Agent-driven Negotiation ....................................73
   12.3   Transparent Negotiation .....................................74
   13    Caching in HTTP ..............................................74
      13.1.1    Cache Correctness .....................................75
      13.1.2    Warnings ..............................................76
      13.1.3    Cache-control Mechanisms ..............................77
      13.1.4    Explicit User Agent Warnings ..........................78
      13.1.5    Exceptions to the Rules and Warnings ..................78
      13.1.6    Client-controlled Behavior ............................79
   13.2   Expiration Model ............................................79
      13.2.1    Server-Specified Expiration ...........................79
      13.2.2    Heuristic Expiration ..................................80
      13.2.3    Age Calculations ......................................80
      13.2.4    Expiration Calculations ...............................83
      13.2.5    Disambiguating Expiration Values ......................84
      13.2.6    Disambiguating Multiple Responses .....................84
   13.3   Validation Model ............................................85
      13.3.1    Last-Modified Dates ...................................86

Fielding, et al.            Standards Track                     [Page 4]

1/8/2015 Case 1:14-cv-00857-TSC-DAR Document 30-4 Filed 01/12/15 Page 10 of 18
RFC 2616 — Hypertext Transfer Protocol HTTP/1.1

RFC 2616                        HTTP/1.1                       June 1999

```
   13.3.2     Entity Tag Cache Validators ..............................86
   13.3.3     Weak and Strong Validators ...............................86
   13.3.4     Rules for When to Use Entity Tags and Last-Modified Dates.89
   13.3.5     Non-validating Conditionals ..............................90
   13.4   Response Cacheability ........................................91
   13.5   Constructing Responses From Caches ...........................92
   13.5.1     End-to-end and Hop-by-hop Headers ........................92
   13.5.2     Non-modifiable Headers ...................................92
   13.5.3     Combining Headers ........................................94
   13.5.4     Combining Byte Ranges ....................................95
   13.6   Caching Negotiated Responses .................................95
   13.7   Shared and Non-Shared Caches .................................96
   13.8   Errors or Incomplete Response Cache Behavior .................97
   13.9   Side Effects of GET and HEAD .................................97
   13.10  Invalidation After Updates or Deletions ......................97
   13.11  Write-Through Mandatory ......................................98
   13.12  Cache Replacement ............................................99
   13.13  History Lists ................................................99
14     Header Field Definitions .......................................100
   14.1   Accept ......................................................100
   14.2   Accept-Charset ..............................................102
   14.3   Accept-Encoding .............................................102
   14.4   Accept-Language .............................................104
   14.5   Accept-Ranges ...............................................105
   14.6   Age .........................................................106
   14.7   Allow .......................................................106
   14.8   Authorization ...............................................107
   14.9   Cache-Control ...............................................108
   14.9.1     What is Cacheable .......................................109
   14.9.2     What May be Stored by Caches ............................110
   14.9.3     Modifications of the Basic Expiration Mechanism .........111
   14.9.4     Cache Revalidation and Reload Controls ..................113
   14.9.5     No-Transform Directive ..................................115
   14.9.6     Cache Control Extensions ................................116
   14.10  Connection ..................................................117
   14.11  Content-Encoding ............................................118
   14.12  Content-Language ............................................118
   14.13  Content-Length ..............................................119
   14.14  Content-Location ............................................120
   14.15  Content-MD5 .................................................121
   14.16  Content-Range ...............................................122
   14.17  Content-Type ................................................124
   14.18  Date ........................................................124
   14.18.1    Clockless Origin Server Operation .......................125
   14.19  ETag ........................................................126
   14.20  Expect ......................................................126
   14.21  Expires .....................................................127
   14.22  From ........................................................128
```

Fielding, et al.            Standards Track                     [Page 5]

1/8/2015       Case 1:14-cv-00857-TSC-DAR  RFC 2616 Document 50-4 Hypertext Transfer Filed Protocol 01/12/15 -- HTTP/1.1 Page 12 of 18

RFC 2616                        HTTP/1.1                       June 1999

```
   14.23  Host ......................................................128
   14.24  If-Match ..................................................129
   14.25  If-Modified-Since .........................................130
   14.26  If-None-Match .............................................132
   14.27  If-Range ..................................................133
   14.28  If-Unmodified-Since .......................................134
   14.29  Last-Modified .............................................134
   14.30  Location ..................................................135
   14.31  Max-Forwards ..............................................136
   14.32  Pragma ....................................................136
   14.33  Proxy-Authenticate ........................................137
   14.34  Proxy-Authorization .......................................137
   14.35  Range .....................................................138
   14.35.1    Byte Ranges ...........................................138
   14.35.2    Range Retrieval Requests ..............................139
   14.36  Referer ...................................................140
   14.37  Retry-After ...............................................141
   14.38  Server ....................................................141
   14.39  TE ........................................................142
   14.40  Trailer ...................................................143
   14.41  Transfer-Encoding..........................................143
   14.42  Upgrade ...................................................144
   14.43  User-Agent ................................................145
   14.44  Vary ......................................................145
   14.45  Via .......................................................146
   14.46  Warning ...................................................148
   14.47  WWW-Authenticate ..........................................150
15 Security Considerations ..........................................150
   15.1       Personal Information...................................151
   15.1.1  Abuse of Server Log Information ..........................151
   15.1.2  Transfer of Sensitive Information ........................151
   15.1.3  Encoding Sensitive Information in URI's ..................152
   15.1.4  Privacy Issues Connected to Accept Headers ...............152
   15.2   Attacks Based On File and Path Names ......................153
   15.3   DNS Spoofing ..............................................154
   15.4   Location Headers and Spoofing .............................154
   15.5   Content-Disposition Issues ................................154
   15.6   Authentication Credentials and Idle Clients ...............155
   15.7   Proxies and Caching .......................................155
   15.7.1    Denial of Service Attacks on Proxies...................156
   16     Acknowledgments ...........................................156
   17     References ................................................158
   18     Authors' Addresses ........................................162
   19     Appendices ................................................164
   19.1   Internet Media Type message/http and application/http .....164
   19.2   Internet Media Type multipart/byteranges ..................165
   19.3   Tolerant Applications .....................................166
   19.4   Differences Between HTTP Entities and RFC 2045 Entities ...167
```

```
Fielding, et al.            Standards Track                     [Page 6]
```

```
   19.4.1   MIME-Version ...........................................167
   19.4.2   Conversion to Canonical Form ...........................167
   19.4.3   Conversion of Date Formats .............................168
   19.4.4   Introduction of Content-Encoding .......................168
   19.4.5   No Content-Transfer-Encoding ...........................168
   19.4.6   Introduction of Transfer-Encoding ......................169
   19.4.7   MHTML and Line Length Limitations ......................169
   19.5   Additional Features ......................................169
   19.5.1   Content-Disposition ....................................170
   19.6   Compatibility with Previous Versions .....................170
   19.6.1   Changes from HTTP/1.0 ..................................171
   19.6.2   Compatibility with HTTP/1.0 Persistent Connections .....172
   19.6.3   Changes from RFC 2068 ..................................172
   20     Index ....................................................175
   21     Full Copyright Statement .................................176
```

# 1 Introduction

## 1.1 Purpose

The Hypertext Transfer Protocol (HTTP) is an application-level
protocol for distributed, collaborative, hypermedia information
systems. HTTP has been in use by the World-Wide Web global
information initiative since 1990. The first version of HTTP,
referred to as HTTP/0.9, was a simple protocol for raw data transfer
across the Internet. HTTP/1.0, as defined by RFC 1945 [6], improved
the protocol by allowing messages to be in the format of MIME-like
messages, containing metainformation about the data transferred and
modifiers on the request/response semantics. However, HTTP/1.0 does
not sufficiently take into consideration the effects of hierarchical
proxies, caching, the need for persistent connections, or virtual
hosts. In addition, the proliferation of incompletely-implemented
applications calling themselves "HTTP/1.0" has necessitated a
protocol version change in order for two communicating applications
to determine each other's true capabilities.

This specification defines the protocol referred to as "HTTP/1.1".
This protocol includes more stringent requirements than HTTP/1.0 in
order to ensure reliable implementation of its features.

Practical information systems require more functionality than simple
retrieval, including search, front-end update, and annotation. HTTP
allows an open-ended set of methods and headers that indicate the
purpose of a request [47]. It builds on the discipline of reference
provided by the Uniform Resource Identifier (URI) [3], as a location
(URL) [4] or name (URN) [20], for indicating the resource to which a

```
   inbound/outbound
      Inbound and outbound refer to the request and response paths for
      messages: "inbound" means "traveling toward the origin server",
      and "outbound" means "traveling toward the user agent"
```

## 1.4 Overall Operation

   The HTTP protocol is a request/response protocol. A client sends a
   request to the server in the form of a request method, URI, and
   protocol version, followed by a MIME-like message containing request
   modifiers, client information, and possible body content over a
   connection with a server. The server responds with a status line,
   including the message's protocol version and a success or error code,
   followed by a MIME-like message containing server information, entity
   metainformation, and possible entity-body content. The relationship
   between HTTP and MIME is described in appendix 19.4.

   Most HTTP communication is initiated by a user agent and consists of
   a request to be applied to a resource on some origin server. In the
   simplest case, this may be accomplished via a single connection (v)
   between the user agent (UA) and the origin server (O).



```
          request chain ------------------------>
       UA -------------------v------------------- O
          <----------------------- response chain
```

   A more complicated situation occurs when one or more intermediaries
   are present in the request/response chain. There are three common
   forms of intermediary: proxy, gateway, and tunnel. A proxy is a
   forwarding agent, receiving requests for a URI in its absolute form,
   rewriting all or part of the message, and forwarding the reformatted
   request toward the server identified by the URI. A gateway is a
   receiving agent, acting as a layer above some other server(s) and, if
   necessary, translating the requests to the underlying server's
   protocol. A tunnel acts as a relay point between two connections
   without changing the messages; tunnels are used when the
   communication needs to pass through an intermediary (such as a
   firewall) even when the intermediary cannot understand the contents
   of the messages.



```
          request chain -------------------------------------->
       UA -----v----- A -----v----- B -----v----- C -----v----- O
          <-------------------------------- response chain
```

   The figure above shows three intermediaries (A, B, and C) between the
   user agent and origin server. A request or response message that
   travels the whole chain will pass through four separate connections.
   This distinction is important because some HTTP communication options

Fielding, et al.            Standards Track                    [Page 12]

1/8/2015 RFC 2616 - Hypertext Transfer Protocol -- HTTP/1.1
Case 1:14-cv-00857-TSC-DAR Document 30-4 Filed 01/12/15 Page 17 of 18

RFC 2616                        HTTP/1.1                       June 1999

```
may apply only to the connection with the nearest, non-tunnel
neighbor, only to the end-points of the chain, or to all connections
along the chain. Although the diagram is linear, each participant may
be engaged in multiple, simultaneous communications. For example, B
may be receiving requests from many clients other than A, and/or
forwarding requests to servers other than C, at the same time that it
is handling A's request.
```

Any party to the communication which is not acting as a tunnel may
employ an internal cache for handling requests. The effect of a cache
is that the request/response chain is shortened if one of the
participants along the chain has a cached response applicable to that
request. The following illustrates the resulting chain if B has a
cached copy of an earlier response from O (via C) for a request which
has not been cached by UA or A.

```
          request chain ---------->
       UA -----v----- A -----v----- B - - - - - - C - - - - - - O
          <--------- response chain
```

Not all responses are usefully cacheable, and some requests may
contain modifiers which place special requirements on cache behavior.
HTTP requirements for cache behavior and cacheable responses are
defined in section 13.

In fact, there are a wide variety of architectures and configurations
of caches and proxies currently being experimented with or deployed
across the World Wide Web. These systems include national hierarchies
of proxy caches to save transoceanic bandwidth, systems that
broadcast or multicast cache entries, organizations that distribute
subsets of cached data via CD-ROM, and so on. HTTP systems are used
in corporate intranets over high-bandwidth links, and for access via
PDAs with low-power radio links and intermittent connectivity. The
goal of HTTP/1.1 is to support the wide diversity of configurations
already deployed while introducing protocol constructs that meet the
needs of those who build web applications that require high
reliability and, failing that, at least reliable indications of
failure.

HTTP communication usually takes place over TCP/IP connections. The
default port is TCP 80 [19], but other ports can be used. This does
not preclude HTTP from being implemented on top of any other protocol
on the Internet, or on other networks. HTTP only presumes a reliable
transport; any protocol that provides such guarantees can be used;
the mapping of the HTTP/1.1 request and response structures onto the
transport data units of the protocol in question is outside the scope
of this specification.

Fielding, et al.            Standards Track                    [Page 13]