# EXHIBIT AA

Case No. 1:14-cv-00857-TSC-DAR

| creator | date | downloads | identifier | title |
|---|---|---|---|---|
| American Boat and Yacht Council | 1993-01-01T00:00:00Z | 136 | gov.law.abyc.H-24.1993 | ABYC H-24: Gasoline Fuel Systems |
| American Boat and Yacht Council | 1993-01-01T00:00:00Z | 76 | gov.law.abyc.A-01.1993 | ABYC A-01: Marine Liquified Petroleum Gas Systems |
| American Boat and Yacht Council | 1990-01-01T00:00:00Z | 63 | gov.law.abyc.E-09.1990 | ABYC E-09: Direct Current (DC) Electrical Systems on Boats |
| American Concrete Institute | 1980-01-01T00:00:00Z | 1103 | gov.law.aci.manual.1.1980 | ACI: Manual of Concrete Practice, Part 1 |
| American Concrete Institute | 1995-01-01T00:00:00Z | 1631 | gov.law.aci.318.1995 | ACI 318: Building Code Requirements for Reinforced Concrete |
| American Conference of Governmental Industri | 1987-01-01T00:00:00Z | 295 | gov.law.acgih.guidelines.1987 | ACGIH: Guidelines for the Selection of Chemical Protective Clothing, Third Edition |
| American Conference of Governmental Industri | 1998-01-01T00:00:00Z | 2499 | gov.law.acgih.manual.1998 | ACGIH: Industrial Ventilation Manual |
| American Educational Research Association | 1999-01-01T00:00:00Z | 1087 | gov.law.aera.standards.1999 | AERA: Standard for Educational and Psychological Testing |
| American Forest and Paper Association | 2001-01-01T00:00:00Z | 486 | gov.law.afpa.nds.2001 | AFPA: National Design Specification for Wood Construction With Supplemental Design Values fo |
| American Gas Association | 2001-01-01T00:00:00Z | 246 | gov.law.aga.purging.2001 | AGA: Purging Principles and Practices |
| American Gas Association | 1990-01-01T00:00:00Z | 96 | gov.law.aga.3.1.1990 | AGA 3.1: Orifice Metering of Natural Gas and Other Related Hydrocarbon Fluids: Part 1 |
| American Hardboard Association | 1998-01-01T00:00:00Z | 77 | gov.law.aha.a135.6.1998 | AHA A135.6: Hardboard Siding |
| American Hardboard Association | 1995-01-01T00:00:00Z | 50 | gov.law.aha.a135.5.1995 | AHA A135.5: Prefinished Hardboard Paneling |
| American Hardboard Association | 1995-01-01T00:00:00Z | 59 | gov.law.aha.a135.4.1995 | AHA A135.4: Basic Hardboard |
| American Herbal Products Association | 1992-01-01T00:00:00Z | 158 | gov.law.ahpa.herbs.1992 | AHPA: Herbs of Commerce |
| American Industrial Hygiene Association | 1994-01-01T00:00:00Z | 124 | gov.law.aiha.ventilation.1994 | AIHA: Laboratory Ventilation Workbook |
| American National Standards Institute | 1992-01-01T00:00:00Z | 78 | gov.law.ansi.a117.1.1992 | ANSI A117.1 (1992): Accessible and Usable Buildings and Facilities |
| American National Standards Institute | 2003-01-01T00:00:00Z | 41 | gov.law.ansi.s3.22.2003 | ANSI S3.22: Specification of Hearing Aid Characteristics |
| American National Standards Institute | 1963-01-01T00:00:00Z | 133 | gov.law.ansi.a10.4.1963 | ANSI A10.4: Safety Requirements for Workmen's Hoists |
| American National Standards Institute | 1992-01-01T00:00:00Z | 50 | gov.law.ansi.z245.1.1992 | ANSI Z245.1: Mobile Refuse Collection and Compaction--Safety Requirements |
| American National Standards Institute | 1984-01-01T00:00:00Z | 49 | gov.law.ansi.z90.4.1984 | ANSI Z90.4: Protective Headgear for Bicyclists |
| American National Standards Institute | 1990-01-01T00:00:00Z | 67 | gov.law.ansi.a14.1.1990 | ANSI A14.1: Ladders--Wood--Safety Requirements |
| American National Standards Institute | 2003-01-01T00:00:00Z | 139 | gov.law.ansi.z87.1.2003 | ANSI Z87.1: Practice for Occupational and Educational Eye and Face Protection |
| American National Standards Institute | 1971-01-01T00:00:00Z | 152 | gov.law.ansi.z89.2.1971 | ANSI Z89.2: Industrial Protective Helmets for Electrical Workers |
| American National Standards Institute | 1990-01-01T00:00:00Z | 134 | gov.law.ansi.a14.2.1990 | ANSI A14.2: Ladders--Portable Metal--Safety |
| American National Standards Institute | 1961-01-01T00:00:00Z | 67 | gov.law.ansi.o1.1.1961 | ANSI O1.1: Safety Code for Woodworking Machinery |
| American National Standards Institute | 1969-01-01T00:00:00Z | 252 | gov.law.ansi.a92.2.1969 | ANSI A92.2: Vehicle Mounted Elevating and Rotating Work Platforms |
| American National Standards Institute | 1992-01-01T00:00:00Z | 284 | gov.law.ansi.z88.2.1992 | ANSI Z88.2: American National Standard for Respiratory Protection |
| American National Standards Institute | 1970-01-01T00:00:00Z | 162 | gov.law.ansi.a10.3.1970 | ANSI A10.3: Safety Requirements for Powder Actuated Fastening Systems |
| American National Standards Institute | 1998-01-01T00:00:00Z | 205 | gov.law.ansi.a117.1.1998 | ANSI A117.1 (1998): Accessible and Usable Buildings and Facilities |
| American National Standards Institute | 1969-01-01T00:00:00Z | 102 | gov.law.ansi.b30.6.1969 | ANSI B30.6: Safety Code for Derricks |
| American National Standards Institute | 1968-01-01T00:00:00Z | 169 | gov.law.ansi.z35.1.1968 | ANSI Z35.1: Specifications for Accident Prevention Signs |
| American National Standards Institute | 2001-01-01T00:00:00Z | 112 | gov.law.ansi.n14.1.2001 | ANSI N14.1: Packaging of Uranium Hexafluoride for Transport |
| American National Standards Institute | 2003-01-01T00:00:00Z | 472 | gov.law.ansi.a117.1.2003 | ANSI A117.1 (2003): Accessible and Usable Buildings and Facilities |
| American National Standards Institute | 1969-01-01T00:00:00Z | 147 | gov.law.ansi.z89.1.1969 | ANSI Z89.1: Safety Requirements for Industrial Head Protection |
| American National Standards Institute | 2007-01-01T00:00:00Z | 94 | gov.law.ansi.a10.4.2007 | ANSI A10.4 (2007): Safety Requirements for Personnel Hoists on Construction and Demolition S |
| American National Standards Institute | 1968-01-01T00:00:00Z | 96 | gov.law.ansi.z35.2.1968 | ANSI Z35.2: Specifications for Accident Prevention Tags |
| American National Standards Institute | 2004-01-01T00:00:00Z | 287 | gov.law.ansi.s1.11.2004 | ANSI S1.11: Specification for Octave, Half-Octave, and Third Octave Band Filter Sets |
| American National Standards Institute | 1957-01-01T00:00:00Z | 1132 | gov.law.ansi.b20.1.1957 | ANSI B20.1: Safety Code for Conveyors, Cableways, and Related Equipment |
| American National Standards Institute | 1969-01-01T00:00:00Z | 122 | gov.law.ansi.a10.5.1969 | ANSI A10.5: Safety Requirements for Material Joists |
| American National Standards Institute | 1970-01-01T00:00:00Z | 265 | gov.law.ansi.b7.1.1970 | ANSI B7.1: Safety Code for the Use, Care, and Protection of Abrasive Wheels |
| American National Standards Institute | 1969-01-01T00:00:00Z | 501 | gov.law.ansi.b56.1.1969 | ANSI B56.1: Safety Standard for Powered Industrial Trucks |
| American National Standards Institute | 2006-01-01T00:00:00Z | 313 | gov.law.ansi.a10.5.2006 | ANSI A10.5 (2006): Safety Requirements for Material Hoists - American National Standard for Co |
| American National Standards Institute | 1997-01-01T00:00:00Z | 72 | gov.law.ansi.z245.2.1997 | ANSI Z245.2: Stationary Compactors--Safety Requirements |
| American National Standards Institute | 2009-01-01T00:00:00Z | 1296 | gov.law.ansi.a117.1.2009 | ANSI A117.1 (2009): Accessible and Usable Buildings and Facilities |
| American National Standards Institute | 1984-01-01T00:00:00Z | 78 | gov.law.ansi.s1.40.1984 | ANSI S1.40: Specification for Acoustical Calibrators |
| American National Standards Institute | 1979-01-01T00:00:00Z | 128 | gov.law.ansi.b36.10.1979 | ANSI B36.19: Welded and Seamless Wrought Steel Pipe |
| American National Standards Institute | 1991-01-01T00:00:00Z | 149 | gov.law.ansi.s1.25.1991 | ANSI S1.25: Specification for Personal Noise Dosimeters |
| American National Standards Institute | 1983-01-01T00:00:00Z | 311 | gov.law.ansi.s1.4.1983 | ANSI S1.4: Specifications for Sound Level Meters |
| American National Standards Institute | 1997-01-01T00:00:00Z | 91 | gov.law.ansi.s1.43.1997 | ANSI S1.43: Specifications for Integrating-Averaging Sound Level Meters |
| American National Standards Institute | 1967-01-01T00:00:00Z | 320 | gov.law.ansi.z49.1.1967 | ANSI Z49.1: Safety in Welding and Cutting |
| American Petroleum Institute | 2005-01-01T00:00:00Z | 28 | gov.law.api.irs.990.2005 | American Petroleum Institute Tax Return for 2005 |
| American Petroleum Institute | 2008-01-01T00:00:00Z | 47 | gov.law.api.irs.990.2008 | American Petroleum Institute Tax Return for 2008 |
| American Petroleum Institute | 2003-01-01T00:00:00Z | 65 | gov.law.api.1162.2003 | API 1162: Public Awareness Programs for Pipeline Operators |
| American Petroleum Institute | 2007-01-01T00:00:00Z | 65 | gov.law.api.irs.990.2007 | American Petroleum Institute Tax Return for 2007 |
| American Petroleum Institute | 1994-01-01T00:00:00Z | 271 | gov.law.api.12f.1994 | API 12F: Specification for Shop Welded Tanks for Storage of Production Liquids |
| American Petroleum Institute | 2006-01-01T00:00:00Z | 58 | gov.law.api.irs.990.2006 | American Petroleum Institute Tax Return for 2006 |
| American Petroleum Institute | 2004-01-01T00:00:00Z | 38 | gov.law.api.irs.990.2004 | American Petroleum Institute Tax Return for 2004 |
| American Petroleum Institute | 2010-01-01T00:00:00Z | 79 | gov.law.api.irs.990.2010 | American Petroleum Institute Tax Return for 2010 |
| American Petroleum Institute | 2009-01-01T00:00:00Z | 62 | gov.law.api.irs.990.2009 | American Petroleum Institute Tax Return for 2009 |
| American Petroleum Institute | 2008-01-01T00:00:00Z | 292 | gov.law.api.14f.2008 | API RP 14F: Recommended Practice for Design and Installation of Electrical Systems for Offshore |
| American Petroleum Institute | 1997-01-01T00:00:00Z | 166 | gov.law.api.652.1997 | API 652: Lining of Aboveground Petroleum Storage Tank Bottoms |
| American Petroleum Institute | 2002-01-01T00:00:00Z | 404 | gov.law.api.620.2002 | API 620: Design and Construction of Large Welded Low Pressure Storage Tanks |
| American Petroleum Institute | 2001-01-01T00:00:00Z | 498 | gov.law.api.14c.2001 | API RP 14C: Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surfa |
| American Petroleum Institute | 1998-01-01T00:00:00Z | 138 | gov.law.api.2003.1998 | API 2003: Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents |
| American Petroleum Institute | 2000-01-01T00:00:00Z | 80 | gov.law.api.80.2000_ | API 80: Guidelines for the Definition of Onshore Gas Gathering Lines |
| American Petroleum Institute | 2002-01-01T00:00:00Z | 81 | gov.law.api.5l1.2002 | API 5L1: Recommended Practice for Railroad Transportation of Line Pipe |
| American Petroleum Institute | 2008-01-01T00:00:00Z | 322 | gov.law.api.6d.2008 | API 6D: Specification for Pipeline Valves |
| American Petroleum Institute | 2007-01-01T00:00:00Z | 66 | gov.law.api.2int-met.2007 | API 2INT-MET: Interim Guidance on Hurricane Conditions in the Gulf of Mexico |
| American Petroleum Institute | 2002-01-01T00:00:00Z | 243 | gov.law.api.1130.2002 | API 1130: Computational Pipeline Monitoring |
| American Petroleum Institute | 2005-01-01T00:00:00Z | 177 | gov.law.api.2350.2005 | API 2350: Overfill Protection for Storage Tanks in Petroleum Facilities |
| American Petroleum Institute | 2006-01-01T00:00:00Z | 336 | gov.law.api.510.2006 | API 510: Pressure Vessel Inspection Code |
| American Petroleum Institute | 2003-01-01T00:00:00Z | 448 | gov.law.api.653.2003 | API 653: Tank Inspection, Repair, Alteration, and Reconstruction |
| American Petroleum Institute | 2007-01-01T00:00:00Z | 184 | gov.law.api.rp14g.2007 | API RP 14G: Recommended Practice for Fire Prevention and Control on Open Type Offshore Pro |
| American Petroleum Institute | 2008-01-01T00:00:00Z | 217 | gov.law.api.17j.2008 | API 17J: Specification for Unbonded Flexible Pipe |
| American Petroleum Institute | 1999-01-01T00:00:00Z | 879 | gov.law.api.1104.1999 | API 1104: Standard for Welding Pipelines and Related Facilities |
| American Petroleum Institute | 1998-01-01T00:00:00Z | 286 | gov.law.api.2000.1998 | API 2000: Venting Atmospheric and Low-Pressure Storage Tanks |
| American Petroleum Institute | 2004-01-01T00:00:00Z | 726 | gov.law.api.6a.2004 | API 6A: Specification for Wellhead and Christmas Tree Equipment |
| American Petroleum Institute | 1997-01-01T00:00:00Z | 239 | gov.law.api.651.1997 | API 651: Cathodic Protection of Aboveground Petroleum Storage Tanks |
| American Petroleum Institute | 2004-01-01T00:00:00Z | 455 | gov.law.api.5l.2004 | API 5L: Specification for Line Pipe |
| American Petroleum Institute | 2007-01-01T00:00:00Z | 2761 | gov.law.api.650.2007 | API 650: Welded Steel Tanks for Oil Storage |
| American Public Health Association | 1992-01-01T00:00:00Z | 24 | gov.law.apha.method.3500-zn.1992 | APHA Method 3500-ZN: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 78 | gov.law.apha.method.9223.1992 | APHA Method 9223: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 48 | gov.law.apha.method.9221.1992 | APHA Method 9221: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 86 | gov.law.apha.method.4500-o3.1992 | APHA Method 4500-O3: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 22 | gov.law.apha.method.3500-cd.1992 | APHA Method 3500-CD: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 80 | gov.law.apha.method.3111.1992 | APHA Method 3111: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 34 | gov.law.apha.method.4500-so42.1992 | APHA Method 4500-SO42: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 40 | gov.law.apha.method.6651.1992 | APHA Method 6651: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 56 | gov.law.apha.method.2580.1992 | APHA Method 2580: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 42 | gov.law.apha.method.3500-ca.1992 | APHA Method 3500-CA: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 95 | gov.law.apha.method.3120.1992 | APHA Method 3120: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 231 | gov.law.apha.method.2130.1992 | APHA Method 2130: Standard Methods for the Examination of Water and Wastewater |

| Organization | Date | Pages | Identifier | Title |
|---|---|---|---|---|
| American Public Health Association | 1992-01-01T00:00:00Z | 78 | gov.law.apha.method.3500-as.1992 | APHA Method 3500-AS: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 123 | gov.law.apha.method.4500-cn.1992 | APHA Method 4500-CN: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 111 | gov.law.apha.method.2510.1992 | APHA Method 2510: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 83 | gov.law.apha.method.3500-cr.1992 | APHA Method 3500-CR: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 56 | gov.law.apha.method.4110.1992 | APHA Method 4110: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 75 | gov.law.apha.method.3113.1992 | APHA Method 3113: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 42 | gov.law.apha.method.9222.1992 | APHA Method 9222: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 59 | gov.law.apha.method.4500-p.1992 | APHA Method 4500-P: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 62 | gov.law.apha.method.4500-cio2.1992 | APHA Method 4500-ClO2: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 65 | gov.law.apha.method.3500-pb.1992 | APHA Method 3500-PB: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 102 | gov.law.apha.method.3114.1992 | APHA Method 3114: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 40 | gov.law.apha.method.4500-si.1992 | APHA Method 4500-SI: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 74 | gov.law.apha.method.2550.1992 | APHA Method 2550: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 104 | gov.law.apha.method.4500-s2.1992 | APHA Method 4500-S2: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 70 | gov.law.apha.method.4500-f.1992 | APHA Method 4500-F: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 115 | gov.law.apha.method.2120.1992 | APHA Method 2120: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 70 | gov.law.apha.method.4500-no3.1992 | APHA Method 4500-NO3: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 73 | gov.law.apha.method.5540.1992 | APHA Method 5540: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 98 | gov.law.apha.method.4500-h.1992 | APHA Method 4500-H: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 75 | gov.law.apha.method.3500-mg.1992 | APHA Method 3500-MG: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 305 | gov.law.apha.method.4500-cl.1992 | APHA Method 4500-CL: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 34 | gov.law.apha.method.3112.1992 | APHA Method 3112: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 92 | gov.law.apha.method.3500-cu.1992 | APHA Method 3500-CU: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 175 | gov.law.apha.method.9215.1992 | APHA Method 9215: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 60 | gov.law.apha.method.4500-no2.1992 | APHA Method 4500-NO2: Standard Methods for the Examination of Water and Wastewater |
| American Public Health Association | 1992-01-01T00:00:00Z | 62 | gov.law.apha.method.2320.1992 | APHA Method 2320: Standard Methods for the Examination of Water and Wastewater |
| American Pyrotechnics Association | 2001-01-01T00:00:00Z | 88 | gov.law.apa.87-1.2001 | APA 87-1: Standard for Construction and Approval for Transportation of Fireworks and Novelties |
| American Society for Quality Control | 1994-01-01T00:00:00Z | 30 | gov.law.asqc.q9002.1994 | ASQC Q9002: Quality Systems -- Model for Quality Assurance in Production, Installation, and Se |
| American Society for Quality Control | 1994-01-01T00:00:00Z | 70 | gov.law.asqc.q9003.1994 | ASQC Q9003: Quality Systems - Model for Quality Assurance in Final Inspection and Test |
| American Society for Quality Control | 1994-01-01T00:00:00Z | 67 | gov.law.asqc.q9001.1994 | ASQC Q9001: Quality Assurance in Design, Development, Production, Installation, and Servicing |
| American Society for Quality Control | 1994-01-01T00:00:00Z | 59 | gov.law.asqc.q9004-1.1994 | ASQC Q9004-1: Quality Management and Quality Systems Elements-Guidelines |
| American Society for Testing and Materials | 1994-01-01T00:00:00Z | 27 | gov.law.astm.f1305.1994 | ASTM F1305 (1994): Standard Guide for Classification of Amusement Ride and Device Related In |
| American Society for Testing and Materials | 2005-01-01T00:00:00Z | 25 | gov.law.astm.f853.2005 | ASTM F853 (2005): Standard Practice for Maintenance Procedures for Amusement Rides and De |
| American Society for Testing and Materials | 1970-01-01T00:00:00Z | 40 | gov.law.astm.b227.1970 | ASTM B227: Hard-Drawn Copper-Clad Steel Wire |
| American Society for Testing and Materials | 1983-01-01T00:00:00Z | 36 | gov.law.astm.f808.1983 | ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled Environments |
| American Society for Testing and Materials | 1999-01-01T00:00:00Z | 23 | gov.law.astm.f1950.1999 | ASTM F1950 (1999): Standard Specification for Physical Information to be Transferred With Use |
| American Society for Testing and Materials | 2003-01-01T00:00:00Z | 93 | gov.law.astm.d1319.2003 | ASTM D1319: Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Flu |
| American Society for Testing and Materials | 1989-01-01T00:00:00Z | 24 | gov.law.astm.d4891.1989 | ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchi |
| American Society for Testing and Materials | 2006-01-01T00:00:00Z | 31 | gov.law.astm.f2007.2006 | ASTM F2007 (2006): Standard Practice for Design, Manufacture, and Operation of Concession G |
| American Society for Testing and Materials | 1993-01-01T00:00:00Z | 44 | gov.law.astm.e23.1993 | ASTM E23: Standard Test Method for Notched Bar Impact Testing of Metallic Materials |
| American Society for Testing and Materials | 1979-01-01T00:00:00Z | 44 | gov.law.astm.a588.1979 | ASTM A588: High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inche |
| American Society for Testing and Materials | 1989-01-01T00:00:00Z | 38 | gov.law.astm.d3178.1989 | ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal ar |
| American Society for Testing and Materials | 1995-01-01T00:00:00Z | 53 | gov.law.astm.d2986.1995 | ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (D |
| American Society for Testing and Materials | 1997-01-01T00:00:00Z | 30 | gov.law.astm.f747.1997 | ASTM F747 (1997): Standard Terminology Relating to Amusement Rides and Devices |
| American Society for Testing and Materials | 1944-01-01T00:00:00Z | 37 | gov.law.astm.d660.1944 | ASTM D660: Evaluating Degree of Resistant to Checking of Exterior Paints |
| American Society for Testing and Materials | 1998-01-01T00:00:00Z | 40 | gov.law.astm.d2036.1998 | ASTM D2036: Standard Test Method for Cyanides in Water |
| American Society for Testing and Materials | 1996-01-01T00:00:00Z | 33 | gov.law.astm.d5673.1996 | ASTM D5673: Standard Test Method for Elements in Water by Inductively Coupled Plasma |
| American Society for Testing and Materials | 1998-01-01T00:00:00Z | 32 | gov.law.astm.d2777.1998 | ASTM D2777: Standard Practice for Determination of Precision and Bias of Applicable Test Meth |
| American Society for Testing and Materials | 1980-01-01T00:00:00Z | 78 | gov.law.astm.c516.1980 | ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulation |
| American Society for Testing and Materials | 1998-01-01T00:00:00Z | 36 | gov.law.astm.f1323.1998 | ASTM F1323: Standard Specification for Shipboard Incinerators |
| American Society for Testing and Materials | 1988-01-01T00:00:00Z | 57 | gov.law.astm.f1200.1988 | ASTM F1200: Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psi |
| American Society for Testing and Materials | 1991-01-01T00:00:00Z | 96 | gov.law.astm.c518.1991 | ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Tran |
| American Society for Testing and Materials | 2005-01-01T00:00:00Z | 78 | gov.law.astm.f2412.2005 | ASTM F2412: Standard Test Methods for Foot Protection |
| American Society for Testing and Materials | 1971-01-01T00:00:00Z | 49 | gov.law.astm.c56.1971 | ASTM C56: Standard Specification for Structural Clay Nonloadbearing Tile |
| American Society for Testing and Materials | 1979-01-01T00:00:00Z | 42 | gov.law.astm.a616.1979 | ASTM A616: Rail-Steel Deformed and Plain Bars for Concrete Reinforcement |
| American Society for Testing and Materials | 1978-01-01T00:00:00Z | 107 | gov.law.astm.a500.1978 | ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and S |
| American Society for Testing and Materials | 1986-01-01T00:00:00Z | 43 | gov.law.astm.f1003.1986 | ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats |
| American Society for Testing and Materials | 1992-01-01T00:00:00Z | 93 | gov.law.astm.d287.1992 | ASTM D287: Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products |
| American Society for Testing and Materials | 1986-01-01T00:00:00Z | 48 | gov.law.astm.f1007.1986 | ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for M |
| American Society for Testing and Materials | 1975-01-01T00:00:00Z | 39 | gov.law.astm.a529.1975 | ASTM A529: Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) M |
| American Society for Testing and Materials | 1997-01-01T00:00:00Z | 54 | gov.law.astm.e773.1997 | ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Glass Units |
| American Society for Testing and Materials | 1990-01-01T00:00:00Z | 59 | gov.law.astm.f1271.1990 | ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure |