# EXHIBIT BB

Case No. 1:14-cv-00857-TSC-DAR

From:     John S. Neikirk
Sent:     Mon 12/16/2013 3:07 PM (GMT -8)
To:       'carl@media.org'
Cc:
Bcc:
Subject: copyright infringement

Dear Carl Malamud,

I am writing on behalf of the American Educational Research Association in regard to a copyrighted work, Standards for Educational and Psychological Testing. Without permission, the volume is posted at the following url:

https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf

Please remove this unlawful posting immediately.

Cordially,

John Neikirk

Director of Publications

American Educational Research Association

1430 K Street, NW, Suite 1200

Washington, DC 20005

202.238.3238

jneikirk@aera.net

PROAERA_00000806