# EXHIBIT DD

Case No. 1:14-cv-00857-TSC-DAR

|    | Document Begin    | Document End      |
|----|-------------------|-------------------|
| 1  | PROAERA_00000001  | PROAERA_00000223  |
| 2  | PROAERA_00000224  | PROAERA_00000445  |
| 3  | PROAERA_00000446  | PROAERA_00000447  |
| 4  | PROAERA_00000448  | PROAERA_00000448  |
| 5  | PROAERA_00000449  | PROAERA_00000449  |
| 6  | PROAERA_00000450  | PROAERA_00000453  |
| 7  | PROAERA_00000454  | PROAERA_00000461  |
| 8  | PROAERA_00000462  | PROAERA_00000595  |
| 9  | PROAERA_00000596  | PROAERA_00000625  |
| 10 | PROAERA_00000626  | PROAERA_00000626  |
| 11 | PROAERA_00000627  | PROAERA_00000627  |
| 12 | PROAERA_00000628  | PROAERA_00000628  |
| 13 | PROAERA_00000629  | PROAERA_00000632  |
| 14 | PROAERA_00000633  | PROAERA_00000640  |
| 15 | PROAERA_00000641  | PROAERA_00000774  |
| 16 | PROAERA_00000775  | PROAERA_00000804  |
| 17 | PROAERA_00000805  | PROAERA_00000805  |
| 18 | PROAERA_00000806  | PROAERA_00000806  |
| 19 | PROAERA_00000807  | PROAERA_00000807  |
| 20 | PROAERA_00000808  | PROAERA_00000809  |
| 21 | PROAERA_00000810  | PROAERA_00000810  |
| 22 | PROAERA_00000811  | PROAERA_00000812  |
| 23 | PROAERA_00000813  | PROAERA_00000813  |
| 24 | PROAERA_00000814  | PROAERA_00000815  |
| 25 | PROAERA_00000816  | PROAERA_00000816  |
| 26 | PROAERA_00000817  | PROAERA_00000817  |
| 27 | PROAERA_00000818  | PROAERA_00000819  |
| 28 | PROAERA_00000820  | PROAERA_00000821  |
| 29 | PROAERA_00000822  | PROAERA_00000823  |
| 30 | PROAERA_00000824  | PROAERA_00000824  |
| 31 | PROAERA_00000825  | PROAERA_00000825  |
| 32 | PROAERA_00000826  | PROAERA_00000826  |
| 33 | PROAERA_00000827  | PROAERA_00000827  |
| 34 | PROAERA_00000828  | PROAERA_00000829  |
| 35 | PROAERA_00000830  | PROAERA_00000837  |
| 36 | PROAERA_00000838  | PROAERA_00000877  |
| 37 | PROAERA_00000878  | PROAERA_00000880  |
| 38 | PROAERA_00000881  | PROAERA_00001497  |
| 39 | PROAERA_00001498  | PROAERA_00002023  |
| 40 | PROAERA_00002024  | PROAERA_00002653  |
| 41 | PROAERA_00002654  | PROAERA_00002654  |
| 42 | PROAERA_00002655  | PROAERA_00003194  |
| 43 | PROAERA_00003195  | PROAERA_00004134  |

| | | |
|---|---|---|
| 44 | PROAERA_00004135 | PROAERA_00005071 |
| 45 | PROAERA_00005072 | PROAERA_00005282 |
| 46 | PROAERA_00005283 | PROAERA_00006365 |
| 47 | PROAERA_00006366 | PROAERA_00007447 |
| 48 | PROAERA_00007448 | PROAERA_00007674 |
| 49 | PROAERA_00007675 | PROAERA_00008112 |
| 50 | PROAERA_00008113 | PROAERA_00008113 |
| 51 | PROAERA_00008114 | PROAERA_00008247 |
| 52 | PROAERA_00008248 | PROAERA_00008382 |
| 53 | PROAERA_00008383 | PROAERA_00008390 |
| 54 | PROAERA_00008391 | PROAERA_00008779 |
| 55 | PROAERA_00008780 | PROAERA_00008795 |
| 56 | PROAERA_00008796 | PROAERA_00008862 |
| 57 | PROAERA_00008863 | PROAERA_00008863 |
| 58 | PROAERA_00008864 | PROAERA_00008865 |
| 59 | PROAERA_00008866 | PROAERA_00008867 |
| 60 | PROAERA_00008868 | PROAERA_00008869 |
| 61 | PROAERA_00008870 | PROAERA_00008876 |
| 62 | PROAERA_00008877 | PROAERA_00008900 |
| 63 | PROAERA_00008901 | PROAERA_00008907 |
| 64 | PROAERA_00008908 | PROAERA_00008965 |
| 65 | PROAERA_00008966 | PROAERA_00008976 |
| 66 | PROAERA_00008977 | PROAERA_00008983 |
| 67 | PROAERA_00008984 | PROAERA_00009018 |
| 68 | PROAERA_00009019 | PROAERA_00009030 |
| 69 | PROAERA_00009031 | PROAERA_00009034 |
| 70 | PROAERA_00009035 | PROAERA_00009067 |
| 71 | PROAERA_00009068 | PROAERA_00009923 |
| 72 | PROAERA_00009924 | PROAERA_00009957 |
| 73 | PROAERA_00009958 | PROAERA_00009959 |
| 74 | PROAERA_00009960 | PROAERA_00009961 |
| 75 | PROAERA_00009962 | PROAERA_00009985 |
| 76 | PROAERA_00009986 | PROAERA_00010000 |
| 77 | PROAERA_00010001 | PROAERA_00010031 |
| 78 | PROAERA_00010032 | PROAERA_00010107 |