# EXHIBIT EE

Case No. 1:14-cv-00857-TSC-DAR

# Katherine D. Cappaert

| | |
|---|---|
| **From:** | Jonathan Hudis <JHudis@oblon.com> |
| **Sent:** | Monday, December 15, 2014 4:30 PM |
| **To:** | Mitch Stoltz (mitch@eff.org); 'corynne@eff.org' (corynne@eff.org) |
| **Cc:** | Andrew Bridges (abridges@fenwick.com); davidhalperindc@gmail.com; Kathleen Cooney-Porter; Katherine D. Cappaert; {F4197906}.iManageDB@dms.oblon.com |
| **Subject:** | AERA, APA, NCME v. Public Resource [IWOV-iManageDB.FID4197906] |

Our Ref. 431384US
Case No. 1:14-cv-00857-CRC-DAR

Dear Mitch and Corynne:

After we spoke earlier today, we called Magistrate Judge Robinson's Chambers.  Magistrate Judge Robinson does not require a pre-filing notice or telephone conference with the Court, so we re-filed our discovery motion this afternoon.

As we discussed, if Public Resource wishes to propose a date-certain by which acceptable amended and supplemental discovery responses and documents will be provided, kindly advise dates and times this week during which you are available to discuss this by telephone.  To the extent certain discovery disputes can be resolved quickly between the parties, we shall so advise the Court.

Sincerely,

Jonathan and Kathleen


**Jonathan Hudis**
**Oblon, Spivak, McClelland, Maier & Neustadt, LLP** | 1940 Duke Street, Alexandria, Virginia 22314 | Direct: 703-412-7047 | Main Line: 703-413-3000| Fax: 703-413-2220| jhudis@oblon.com| www.oblon.com |

**Kathleen Cooney-Porter**
**Oblon, Spivak, McClelland, Maier & Neustadt, LLP** | 1940 Duke Street, Alexandria, Virginia 22314 | Direct: 703-412-6054 | Main Line: 703-413-3000| Fax: 703-413-2220| kcooney-porter@oblon.com| www.oblon.com |

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.