**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCAITION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., | Case No. 1:14-cv-00857-TSC-DAR |
| Plaintiffs/Counterdefendants, | |
| v. | |
| PUBLIC.RESOURCE.ORG, INC., | |
| Defendant/Counterclaimant. | |

**MOTION TO ADMIT MATTHEW B. BECKER *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), ANDREW P. BRIDGES, counsel for Defendant

Public.Resource.Org in this matter, and a member in good standing of the bar of this Court,

respectfully moves this Court for an Order admitting Matthew B. Becker as counsel *pro hac vice*.

Mr. Becker is a member in good standing of the Bar of California and an Associate at Fenwick &

West LLP, located at 801 California Street, Mountain View, California 94041.

Accompanying this Motion is Mr. Becker's declaration containing the information

required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d). Counsel for Defendant

has conferred with counsel for the Plaintiffs concerning this motion as required by Local Civil

Rule 7(m). Plaintiffs consent to the *pro hac vice* motion. In accordance with Local Civil

Rule 7(c), a proposed order is filed herewith.

Dated:  January 12, 2015

Respectfully submitted,

*/s/ Andrew P. Bridges*

Andrew P. Bridges (D.C. Bar No. AR0002)
abridges@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350