# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCAITION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW B. BECKER

Upon consideration of Defendant Public.Resource.Org, Inc.'s motion for the admission *pro hac vice* of Matthew B. Becker, it is hereby ORDERED that the motion for the admission *pro hac vice* of Matthew B. Becker on behalf of Public.Resource.Org, Inc. in the above-captioned case be GRANTED, and that Matthew B. Becker is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

Date: _____     _____
Hon. Tanya S. Chutkan
U.S. District Court Judge