**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>  Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>  Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **NOTICE OF FIRM NAME CHANGE** |

TO THE CLERK OF THE COURT, ALL
PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P. has changed its firm name to Oblon, McClelland, Maier & Neustadt, L.L.P., effective immediately. The remainder of the address is unchanged. As a result, the address of the firm's office is now:

**Oblon, McClelland, Maier & Neustadt, L.L.P.**
1940 Duke Street
Alexandria, Virginia  22314
Telephone:  (703) 413-3000
Facsimile:  (703) 413-2220

Please update your records to reflect this change.

Respectfully submitted,

OBLON, McCLELLAND
 MAIER & NEUSTADT, L.L.P.

Dated: January 16, 2015

/s/ Jonathan Hudis
Jonathan Hudis (DC Bar # 418872)
Kathleen Cooney-Porter (DC Bar # 434526)
OBLON, McCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

*Attorneys for
Plaintiffs/Counterclaim-Defendants*
AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, INC., AMERICAN
PSYCHOLOGICAL ASSOCIATION, INC.,
NATIONAL COUNCIL ON MEASUREMENT IN
EDUCATION, INC.

{431384US, 11553116_1.DOCX}

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, **NOTICE OF FIRM NAME CHANGE** was filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com

Corynne McSherry
Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
corynne@eff.org
mitch@eff.org

David Halperin
1530 P Street, N.W.
Washington, D.C. 20005
davidhalperindc@gmail.com

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

*/s/ Jonathan Hudis*
Jonathan Hudis