**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN EDUCATIONAL RESARCH
ASSOCAITION, INC., AMERICAN
PSYCHOLOGICAL ASSOCIATION, INC. and
NATIONAL COUNCIL ON MEASUREMENT IN
EDUCATION, INC.

                    Plaintiffs/Counterdefendants,

    v.

PUBLIC.RESOURCE.ORG, INC.,

                    Defendant/Counterclaimant.

Case No. 1:14-cv-00857-TSC-DAR

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO
CONSOLIDATE FOR PURPOSES
OF DISCOVERY (DKT. NO. 33)**

Having fully considered Defendant-counterclaimant Public.Resource.Org, Inc.'s Motion to Consolidate for the Purposes of Discovery (Dkt. 33), and for good cause shown, it is hereby

**ORDERED** that the Motion to Consolidate for the Purposes of Discovery (Dkt. 33) is **GRANTED**.

American Society for Testing and Materials et al. v. Public.Resource.Org, Case No. 1:13-cv-01215-TSC-DAR, is hereby consolidated for the purposes of discovery with American Educational Research Association et al. v. Public.Resource.Org, Case No. 1:14-cv-00857-TSC-DAR.

Dated: _____

_____
Hon. Deborah A. Robinson
United States Magistrate Judge