UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. *et al.*, ) ) ) ) |  |
| Plaintiffs, ) ) |  |
| v. ) ) ) ) | Civil Action No. 14-cv-857 (TSC) (DAR) |
| PUBLIC.RESOURCE.ORG, INC., ) ) |  |
| Defendant. ) ) |  |

## ORDER

Upon consideration of the Plaintiffs' Motion to Strike Defendant's Demand for a Jury Trial (ECF No. 15), it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the jury demand in Defendant's counterclaim and Answer (ECF No. 12) is stricken.

Date:  February 2, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge