**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　　　Plaintiffs/<br>　　　　　　Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　Defendant/<br>　　　　　　Counter-Plaintiff. | Case No. 1:14-cv-00857-TSC-DAR |

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF AMERICAN SOCIETY OF TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL, NATIONAL FIRE PROTECTION ASSOCIATION, INC. AND AMERICAN SOCIETY OF HEATING, REFRIGERATION AND AIR CONDITIONING ENGINEERS TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE MOTION TO CONSOLIDATE DISCOVERY FILED BY PUBLIC.RESOURCE.ORG, INC.**

Having fully considered the Consent Motion of American Society of Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc. and American Society of Heating, Refrigeration and Air Conditioning Engineers to Intervene for the Limited Purpose of Opposing the Motion to Consolidate Discovery Filed by Public.Resource.Org, Inc. (the "Motion to Intervene", and for good cause shown, it is hereby

**ORDERED** that the Motion to Intervene is **GRANTED**.

American Society of Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc. and American Society of Heating, Refrigeration and Air

1

Conditioning Engineers granted leave to intervene for the limited purpose of opposition the

Motion to Consolidate for the Purposes of Discovery filed by Public.Resource.Org.


Dated: _____                    _____
                                               Judge