# Exhibit A

Fee, J. Kevin

---

| | |
|---|---|
| **From:** | Amanda Hudson [ahudson@fenwick.com] |
| **Sent:** | Saturday, January 31, 2015 12:42 AM |
| **To:** | 'Steinthal, Kenneth'; Fee, J. Kevin; Clayton, Michael F.; Rubel, Jordana S.; 'jonathan.blavin@mto.com'; 'kelly.klaus@mto.com'; 'thane.rehn@mto.com'; Wetzel, Joseph; Cunningham, Blake; 'anjan.choudhury@mto.com' |
| **Cc:** | Kathleen Lu; Matthew Becker |
| **Subject:** | Am. Soc'y for Testing and Materials et al. v. Public.Resource.Org, Inc., No. 1:13-cv-01215 (D.D.C.) |
| **Attachments:** | 2015 01 30 Public Resource Production Letter.pdf; 2015 01 30 ASTM v. Pub.Resource.Org Defendant's Privilege Log.pdf; 2015 01 30 Publice Resource Deposition Notices.zip |

Counsel,

Please find attached Public Resource's Privilege and Redaction log, deposition notices and subpoenas,  and the attached correspondence.

Instructions for accessing the Public Resource's document production are copied below.

Thanks, Amanda



**AMANDA HUDSON**
Fenwick & West LLP
Paralegal 3, Litigation Group

📠 (650) 335-7260
📞 (650) 938-5200
✉ ahudson@fenwick.com

**Instructions for Accessing the Secure FTP Site**

Host:          securefile.fenwick.com
Port:          22
Server Type:   SFTP
Log on type:   normal
Username:      publicresource_prod
Password:      $a3e#e&4pr4yajaSte&ek*ga


Instructions:

You will need to download and install Filezilla.

You can download Filezilla here: http://filezilla-project.org/download.php

Once you have it downloaded, install then run the program.

When the program is opened, go to File, then select, Site Manager

Click on "New Site" and Enter in Fenwick SFTP for the name.

Here you will want to enter in securefile.fenwick.com for the Host, 22 for the port, and the Servertype will SFTP - SSH File Transfer Protocol

The Logontype is "Normal", use the username and password provided. Once all the information has been entered, Click on Connect down below.

Once you are connected, to upload files, drag files from the desktop to the right hand pane. To download files, drag the files from the left hand pane down to the desktop.

-------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.

