# Exhibit B

Fee, J. Kevin

| | |
|---|---|
| **From:** | Kathleen Lu [klu@fenwick.com] |
| **Sent:** | Tuesday, December 16, 2014 4:00 PM |
| **To:** | 'Rehn, Thane'; 'jwetzel@kslaw.com'; 'ksteinthal@kslaw.com'; 'Zee, Andrew'; 'jbucholtz@kslaw.com'; Fee, J. Kevin; Clayton, Michael F.; 'Blavin, Jonathan'; Rubel, Jordana S.; Childs, Edwin O.; 'Klaus, Kelly' |
| **Cc:** | Andrew Bridges; 'mitch@eff.org'; 'Corynne McSherry'; 'davidhalperindc@gmail.com' |
| **Subject:** | ASTM v PRO - deposition dates |

Counsel,
We need to determine deposition dates for the first two weeks of January and we would prefer to accommodate the witnesses' schedules rather than issuing subpoenas for our available dates.
PRO will take a deposition each day on Jan 5, 6, 7, 8, and 9 in D.C.  Please advise which of Plaintiffs' witnesses you will make available those days and which 30(b)(6) topics each witness is the designee for.
Also please confirm that you will accept subpoenas on behalf of the following party-affiliated witnesses and please give available dates for deposition for them if they are not available Jan 5-9 in D.C.:  Jim Shannon, Jim Pauley, Jeff Grove, Stephanie Reinieche.
Mr. Malamud is available for deposition on Jan 2-3, or on Jan 12.
Please let us know by close of business tomorrow on these dates.

Thank you,
Kathleen Lu
Fenwick & West LLP
+1 (415) 875-2434

-------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.