# Exhibit C

Fee, J. Kevin

___

| | |
|---|---|
| **From:** | Andrew Bridges [abridges@fenwick.com] |
| **Sent:** | Monday, February 09, 2015 1:07 PM |
| **To:** | Fee, J. Kevin; Childs, Edwin O.; Rubel, Jordana S.; 'Kelly.Klaus@mto.com'; 'Jonathan.Blavin@mto.com'; 'Thane.Rehn@mto.com'; 'KSteinthal@KSLAW.com'; 'BCunningham@KSLAW.com' |
| **Cc:** | 'corynne@eff.org'; 'mitch@eff.org'; Matthew Becker; Kathleen Lu |
| **Subject:** | Re: Public Resource / ASTM -scheduling of Malamud deposition |

Dear Kevin,

Thanks for your message. Mr. Malamud is prepared to go forward on those dates so long as the ASTM plaintiffs and the AERA plaintiffs join in the depositions. As you know, as the Court invited us to file a motion for consolidation, and the motion is pending. Please confer with AERA counsel and let me know if everyone agrees. Otherwise we may need to await a ruling on the motion before proceeding.

Andrew
Andrew P. Bridges
Fenwick & West LLP - San Francisco
abridges@fenwick.com
www.fenwick.com/andrewbridges
Direct +1 415 875 2389
Mobile +1 415 420 1482
Sent from my wireless PDA

___

**From**: Fee, J. Kevin [mailto:jkfee@morganlewis.com]
**Sent**: Friday, February 06, 2015 11:57 AM Pacific Standard Time
**To**: Andrew Bridges; Childs, Edwin O. <echilds@morganlewis.com>; Rubel, Jordana S. <jrubel@morganlewis.com>; 'Klaus, Kelly' <Kelly.Klaus@mto.com>; 'Blavin, Jonathan' <Jonathan.Blavin@mto.com>; 'Rehn, Thane' <Thane.Rehn@mto.com>; 'Steinthal, Kenneth' <KSteinthal@KSLAW.com>; 'Cunningham, Blake' <BCunningham@KSLAW.com>
**Cc**: Corynne McSherry <corynne@eff.org>; 'Mitch Stoltz' <mitch@eff.org>; Matthew Becker; Kathleen Lu
**Subject**: RE: Public Resource / ASTM -scheduling of Malamud deposition

Andrew:

Based on your email below, we re-noticed Mr. Malamud's and Public.Resource.Org's depositions for February 12th and 13th.  For your convenience, copies of the previously-issued deposition notices are attached.  Please confirm that your clients intend to appear for the depositions as noticed.  Thank you.


**J. Kevin Fee**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5353 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
jkfee@morganlewis.com | www.morganlewis.com
Assistant: Miriam Barrow | +1.202.739.5725 | mbarrow@morganlewis.com

___

**From:** Andrew Bridges [mailto:abridges@fenwick.com]
**Sent:** Tuesday, January 27, 2015 3:55 PM
**To:** Fee, J. Kevin; Childs, Edwin O.; Rubel, Jordana S.; 'Klaus, Kelly'; 'Blavin, Jonathan'; 'Rehn, Thane'; 'Steinthal, Kenneth'; 'Cunningham, Blake'

**Cc:** Corynne McSherry; 'Mitch Stoltz'; Matthew Becker; Kathleen Lu
**Subject:** Public Resource / ASTM -scheduling of Malamud deposition

Dear Kevin,

January 29 and 30, the dates you requested for Mr. Malamud and Public Resource's depositions, don't work at this end as we had indicated weeks ago.  We are happy to work with you on mutually agreeable dates during the extended discovery period, and February 12/13 look like potentially good dates.  Can we set up a call tomorrow with all counsel in the ASTM case to revisit scheduling again before we file our motion for extension, to see if we can reach an agreement on the extension with an appropriate framework for all the depositions?

In scheduling these depositions, please note that, at the most recent hearing in the AERA v PRO case, Judge Robinson stated that she believed that case and the ASTM v PRO case should be consolidated for discovery purposes and requested briefing on that subject.  We therefore plan to file a motion for consolidation for discovery purposes on Thursday.  In light of this development, we believe that the parties should also confer with counsel for AERA in scheduling P.R.O.'s and Mr. Malamud's depositions.

What times would plaintiffs' counsel be available for a teleconference tomorrow?

Andrew P. Bridges
Fenwick & West LLP – San Francisco
T +1 415 875 2389
M +1 415 420 1482
@andrewbridges
abridges@fenwick.com
www.fenwick.com/andrewbridges

-------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.