# Exhibit D

Fee, J. Kevin

**From:** Rory_Skaggs@dcd.uscourts.gov on behalf of Chutkan_Chambers@dcd.uscourts.gov
**Sent:** Wednesday, November 12, 2014 12:39 PM
**To:** jonathan.blavin@mto.com; abridges@fenwick.com; mguidoux@fenwick.com; mrubalcaba@fenwick.com; rsolomon@fenwick.com; glazar@kslaw.com; jbucholtz@kslaw.com; anjan.choudhury@mto.com; Rubel, Jordana S.; Eaton, Linda F.; Clayton, Michael F.; Young, Margaret C.; Popecki, Christopher; Childs, Edwin O.; Fee, J. Kevin; davidhalperindc@gmail.com; julie.lunsford@mto.com; kelly.klaus@mto.com; klu@fenwick.com; mrubalcaba@fenwick.com; corynne@eff.org; madeleine@eff.org; steph@eff.org; thane.rehn@mto.com; Rubel, Jordana S.; azee@kslaw.com; ksteinthal@kslaw.com; tbishop@kslaw.com; corynne@eff.org; madeleine@eff.org; mitch@eff.org; steph@eff.org; jwetzel@kslaw.com; tbishop@kslaw.com; azee@kslaw.com; kcooney-porter@oblon.com; jhudis@oblon.com
**Subject:** AMERICAN SOCIETY FOR TESTING AND MATERIALS et al v. PUBLIC.RESOURCE.ORG, INC. (13-cv-1215), AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC. et al v. PUBLIC.RESOURCE.ORG, INC. (14-cv-857)

Pending before the Court in both 13-1215 and 14-857 are motions to strike Defendant's jury demand.  While the cases are not consolidated, because the pending motions are substantially similar and involve common questions of law, the Court finds that in the interest of judicial economy it will hold a joint hearing on both motions.  The parties are therefore requested to meet and confer and provide three dates and times for a hearing on the motions to strike which are mutually agreeable for all parties in both cases.

Thanks.