# EXHIBIT B

1:14-cv-00857-TSC-DAR

```
 1                 IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3    American Society for Testing,)
      Materials, et al.            )    File No:  CV 13-1215
 4                                 )
                  Plaintiffs,      )
 5                                 )    Date:  December 4, 2014
      vs.                          )    Time:  11:30 a.m.
 6                                 )
      Public.Resource.Org, Inc.,   )    MOTION HEARING
 7                                 )
                  Defendant.       )
 8
     _____
 9
      American Educational         )
10    Research Association,        )
      Inc., et al.                 )    File No:  CV 14-857
11                                 )
                  Plaintiffs,      )
12                                 )    Date:  December 4, 2014
      vs.                          )    Time:  11:30 a.m.
13                                 )
      Public.Resource.Org, Inc.,   )    MOTION HEARING
14                                 )
                  Defendant.       )
15
     _____
16

17
                      TRANSCRIPT OF MOTION HEARING
18                            HELD BEFORE
                      THE HONORABLE TANYA S. CHUTKAN
19                    UNITED STATES DISTRICT JUDGE

20   _____

21

22    APPEARANCES:

23
      For the Plaintiff:      J. Kevin Fee (ASTM)
24                            Morgan, Lewis
                              1111 Pennsylvania Avenue N.W.
25                            Washington, D.C.  20004
```

```
 1                              Kelly Klaus (NFPA)
                                Munger, Tolles & Olson, LLP
 2                              560 Mission Street
                                27th Floor
 3                              San Francisco, CA   94105-2907

 4                              Jonathan Hudis (AERA, APA, NCME)
                                Kathleen Cooney-Porter
 5                              Oblon, Spivak
                                1940 duke Street
 6                              Alexandria, VA   22314

 7                              Kenneth Steinthal (ASHRAE)
                                King & Spalding, LLP
 8                              101 Second Street
                                Suite 2300
 9                              San Francisco, CA   94105

10
      For the Defendant:        Mitchell Stoltz
11                              Electronic Frontier Foundation
                                815 Eddy Street
12                              San Francisco, CA   94109

13
      Court Reporter:           Janice Dickman, RMR, CRR
14                              Official Court Reporter
                                U.S. Courthouse, Room 6523
15                              333 Constitution Avenue, NW
                                Washington, DC   20001
16                              202-354-3267

17

18

19

20

21

22

23

24

25
```

```
 1                    THE COURT:  Please come forward.
 2                    MR. HUDIS:  Good morning, Your Honor.  Jonathan
 3    Hudis for the plaintiffs in the 857 case, AERA, APA, and
 4    NCME.
 5                    MS. COONEY-PORTER:  Kathleen Cooney-Porter from
 6    Oblon, Spivak, same plaintiffs.
 7                    THE COURT:  Mr. Stoltz, are you here on that case
 8    as well?
 9                    MR. STOLTZ:  Yes, I am, Your Honor.
10                    THE COURT:  We have Miss Cooney-Porter and Mr.
11    Hudis for the 857, we have Mr. Fee, Mr. Klaus.  And is there
12    somebody else?
13                    MR. STEINTHAL:  Mr. Steinthal.
14                    THE COURT:  Your name wasn't on the list.  Okay.
15    I can't promise I'm going to remember all of this, but I'm
16    going to do my best.
17                    First question I need to ask is, obviously, these
18    cases have not been consolidated.  And under the rules, it
19    doesn't appear that they have to be.  But I'm going to ask
20    the parties if they want them consolidated?
21                    MR. HUDIS:  No, Your Honor.  On behalf of the
22    plaintiffs in the 857 case, no, we do not want
23    consolidation.
24                    THE COURT:  Okay.  That's fine.
25                    MR. STOLTZ:  Your Honor, on behalf of Public
```

1   Resource, we also do not want them consolidated.
2              THE COURT:  Great.  We're a consensus.  We will
3   not consolidate the cases.  But we are here on the joint
4   motion for a jury -- motion to strike the jury demand.  The
5   arguments are similar in the case.  And so let me hear
6   from -- who wants to go first?  Maybe I'll do it that way.
7              MR. HUDIS:  We settled on Mr. Fee.
8              THE COURT:  All right.  Mr. Fee, you drew the
9   short straw.
10             MR. FEE:  Thank you, Your Honor.  As you know,
11  this case involves three not-for-profit standards
12  development organizations that write standards to encourage
13  consistent practices among private actors, with the goals of
14  advancing public safety, ensuring compatibility, and
15  spurring innovation.  The cost of creating these standards
16  are underwritten, at least in part, by the licensing and
17  sale of the standards that are written by these SDOs, as
18  they're called.
19             From time to time government entities incorporate
20  by reference some of these standards.  You know, any
21  government throughout the United States.  And in those
22  circumstances, the SDOs make sure that these standards are
23  reasonably available to the public.  Just by way of example,
24  ASTM provides access to all standards that are incorporated
25  by reference by the federal government on a free online