# EXHIBIT D

1:14-cv-00857-TSC-DAR

public.resource.org     law.resource.org     house.resource.org



**Agency Directory**

**Ongoing**
- bsc.ca.gov
- fjc.gov
- house.gov
- law.gov
- oregon.gov
- uscourts.gov
- uspto.gov

**Archived**
- change.gov
- copyright.gov
- gao.gov
- gpo.gov
- itu.int
- justice.gov
- ntis.gov
- sec.gov
- si.edu

# Public.Resource.Org—A 501(C)(3) Nonprofit Corporation

Here About a Court Case?

    **ABOUT YOUR COURT CASE**

## Contact Information

**By mail:**
Public.Resource.Org
1005 Gravenstein Hwy. North
Sebastopol, CA 95472

**By fax:**
(707) 829-0104

**By email:**
carl@media.org

## Supporting Public.Resource.Org

Public.Resource.Org is a registered 501(c)(3) nonprofit and your contributions are tax-deductible as allowed by law. Checks may be sent to the above address, or you may use our PayPal account for donations as well. Thank you for your support.



## Our Supporting Paperwork

**Articles of Incorporation**
**Bylaws**
**IRS Determination**
**2013 Compiled Financial Statements**
**2012 Audited Financial Statements**
**2011 Audited Financial Statements**
**2010 Audited Financial Statements**
**2009 Audited Financial Statements**
**2008 Audited Financial Statements**
**2007 Audited Financial Statements**

## Our People

The Board of Trustees of Public.Resource.Org presently includes Carl Malamud, Tim Stanley, and Ed Walters. The former board included Dale Dougherty, Carl Malamud, Marshall T. Rose, Tim Stanley, and Hal Varian.

Carl Malamud is the President and Founder of Public.Resource.Org. The author of 8 books, Malamud was previously founder of the Internet Multicasting Service, a nonprofit that started the first radio station on the Internet and was responsible for making the SEC EDGAR database available. He is the recipient of the Berkman Award from Harvard, the Pioneer Award from the EFF, and the Bill Farr Award from the First Amendment Coalition.

Point.B Studio does our design and mdkail does system support. The Internet Systems Consortium provides hosting and transit. O'Reilly Media is our landlord. David Halperin serves as Of Counsel.

## Our Contributors

Pro bono legal support for our activites is provided by the following law firms: **Electronic Frontier Foundation, Fenwick & West, Durie Tangri, David Wright Tremaine, iRights law, Alston & Bird, Morrison Foerster,** and **Christopher Sprigman.**

Major support for our 2012 activites is provided by a grant from Google.Org, with additional support gratefully acknowledged from the Elbaz Family Foundation and the Cutts Foundation.

Major Support for our 2011 activities were provided by a **Project 10$^{100}$ Award** from Google. Additional support for the YesWeScan effort to digitize case law is gratefully acknowledged from Steven Altman, Daniel Berlin, Jeffrey Glassman, Courtney Minick and Brandon Long, Seth Price, Maura Reese, Tim Stanley, Ralph Warner, and Jonathan Zittrain.

Major support for our **2010 Law.Gov** effort is gratefully acknowledged from Dale and Nancy Dougherty, Elbaz Family Foundation, **Google, Justia, Mitchell Kapor Foundation,** Alexander Macgillivray, O'Reilly Foundation,

Hal Varian and and Bob Young/The Beal Fund.

Support for Public.Resource.Org in 2009 is gratefully acknowledged from **Justia,** and **the Sunlight Foundation.**

Support for Public.Resource.Org in 2008 is gratefully acknowledged from from David Boies, **Creative Commons,** Elbaz Family Foundation, **Google, Justia, Omidyar Network,** and **the Sunlight Foundation.**

Support for Public.Resource.Org in 2007 is gratefully acknowledged from from Elbaz Family Foundation, **John Gilmore, Google, Mitchell Kapor Foundation, Omidyar Network,** Saal Family Foundation, **Ralph "Jake" Warner,** and **Yahoo.**

**PUBLIC.RESOURCE.ORG - A Nonprofit Corporation**
[About Us] - [**Privacy**] - [**Removing Court Cases**]

**$$ SUPPORT THE PUBLIC DOMAIN**