# EXHIBIT E

1:14-cv-00857-TSC-DAR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., | ) ) ) ) ) | Civil Action No. 1:14-cv-00857-CRC |
| Plaintiffs, | ) ) ) | **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO** |
| v. | ) ) | **FED. R. CIV. P. 26(a)(1)** |
| PUBLIC.RESOURCE.ORG, INC., | ) ) | |
| Defendant. | ) ) ) | |

Plaintiffs, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), by and through their attorneys, hereby submit the following initial disclosures to Defendant, Public.Resource.Org, Inc. ("Public Resource"), pursuant to Fed. R. Civ. P. 26(a)(1).  Plaintiffs submit these Initial Disclosures based upon information they have acquired to date.  Plaintiffs reserve their right, consistent with Fed. R. Civ. P. 26(e), to modify, amend, and/or supplement these disclosures as additional evidence and information becomes available.

## I. Identities of Individuals Likely To Have Knowledge Of Discoverable Information Who May Be Used To Support The Disclosing Party's Claims Or Defenses[1]

Plaintiffs submit the following names of individuals likely to have discoverable information that Plaintiffs may use to support their claims and/or defenses, and the subjects of the information believed to be known by these individuals:

---

[1] For purposes of this proceeding, all individuals identified in these Disclosures are being represented by counsel for Plaintiffs and may be contacted only through Plaintiffs' counsel.

1.  Person: Felice Levine, Ph.D., Executive Director
    Company: AERA
    Address: 1430 K Street, NW, Suite 1200, Washington, D.C. 20005
    Telephone: (202) 238-3200

Dr. Levine is expected to testify regarding the publication, marketing, sales, and Plaintiffs' copyright ownership in the *Standards for Educational and Psychological Testing* (1999 ed.) (the "1999 Standards").

2.  Person: Marianne Ernesto, Director for Testing and Assessment
    Company: APA
    Address: 750 First Street, NE, Washington, D.C. 20002
    Telephone: (202) 336-6000

Ms. Ernesto is expected to testify regarding the availability of the 1999 Standards and the use of those Standards by practicing psychologists relating to matters of testing and assessments.

3.  Person: Lauress L. Wise, Ph.D., President
    Company: NCME
    Address: 20 Ragsdale Drive, Suite 260, Monterey, CA 93940
    Telephone: (831) 647-1004

Dr. Wise is expected to testify regarding the availability of the 1999 Standards and the use of those Standards by individuals involved in aspects of educational measurement relating to matters of testing and assessments.

4.  Person: Diane L. Schneider, Ph.D., Senior Human Capital Consultant
    Company: pdri
    Address: 3000 Wilson Boulevard, Suite 250, Arlington, VA 22201
    Telephone: (703) 276-4680

Dr. Schneider is expected to testify regarding the process of creating the 1999 Standards, including the selection of the members of the Joint Committee and the role of the Joint Committee in preparing the 1999 Standards.

5.  Person: Wayne J. Camara, Ph.D., Senior Vice President, Research
    Company: ACT, Inc.
    Address: 101 ACT Drive, Iowa City, IA 52243
    Telephone: (319) 337-1869

Dr. Camara is expected to testify regarding the development of the 1999 Standards, the availability of the 1999 Standards and the use of those Standards by practicing psychologists relating to matters of testing and assessments.

6. Person: Carl Malamud, President and Founder
   Company: Public.Resource.Org, Inc.
   Address: 1005 Gravenstein Highway. North, Sebastapol, CA 95472
   Telephone:(707) 827-7290

Mr. Malamud is expected to testify regarding Public Resource's knowledge that the 1999 Standards were and are subject to copyright protection. Mr. Malamud also is expected to testify regarding Public Resource's knowledge that the 1999 Standards were replicated in digital format for the purpose of publishing them online. Mr. Malamud further is expected to testify regarding Public Resource's publishing of the 1999 Standards online at https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf, as well as Public Resource's knowledge that The Internet Archive had published the 1999 Standards online at https://archive.org/details/gov.law.aera.standards.1999.

7. Person: Corporate Representative from The Internet Archive
   Company: The Internet Archive (Archive.Org)
   Address: 300 Funston Avenue, San Francisco, CA 94118
   Telephone: (415) 561-6767

The Corporate Representative from The Internet Archive is expected to testify regarding The Internet Archive's knowledge that the 1999 Standards were and are subject to copyright protection. The Corporate Representative is also expected to testify regarding The Internet Archive's knowledge that the 1999 Standards were available at a website under Public Resource's control and that The Internet Archive obtained the 1999 Standards from Public Resource's website and published them at https://archive.org/details/gov.law.aera.standards.1999.

## II. Documents And Things In The Possession Of Counsel Or The Party That May Be Used To Support The Disclosing Party's Claims Or Defenses

Plaintiffs identify the following categories of documents and tangible things in its possession, custody, or control that Plaintiffs may use to support their claims and/or defenses:

1. *Standards for Educational and Psychological Testing* (1999 ed.);

2. 1999 Copyright Certificate of Registration for Registration Number TX 5-100-196;

3. 2014 Corrected Copyright Certificate of Registration for Registration Number TX 6-484-609;

4. Select documents pertaining to the preparation of the 1999 Standards;

5. Select documents pertaining to the advertisement of the 1999 Standards;

6. Select documents pertaining to the revenue generated from sales of the 1999 Standards;

7. Portions of Public Resource's website https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf, when a full copy of the 1999 Standards was available online.

8. Portions of https://archive.org/details/gov.law.aera.standards.1999, when a full copy of the 1999 Standards was available online.

9. Select documents establishing Plaintiffs' ownership of the Standards.

These categories of documents are located at the offices of Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., counsel for Plaintiffs, and/or at the facilities of Plaintiffs. Plaintiffs also believe that documents in the possession, custody, or control of Public Resource, and/or third parties, such as The Internet Archive, may be relevant to the facts and issues in this case.

The identification of the documents above is without any waiver of any right to object to the production of any document or item pursuant to privilege, work product, or any other rule or law that limits the discoverability of documents and physical materials.

Plaintiffs will either (1) subject to a reciprocal agreement with Public Resource, provide Public Resource with copies of the above-identified documents, or (2) make the above-identified documents available for inspection and/or copying at a time and place that is mutually agreeable between Plaintiffs and Public Resource.

Plaintiffs reserve the right to identify and/or produce additional materials in the future. Plaintiffs expressly reserve the right to identify and to rely upon additional materials if, during the course of discovery and investigation relating to this case, Plaintiffs learn that such additional materials are relevant to Plaintiffs' claims.

## III.   Statement of Basis for Any Damages Claimed

Plaintiffs have not made a claim for damages in this action; however, Plaintiffs reserve the right to seek recovery of attorneys' fees and costs incurred in connection with this action.

**IV.     Insurance Agreements**

Plaintiffs are unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered in this action against Plaintiffs or to indemnify or reimburse Plaintiffs for payments made to satisfy said judgment.  Plaintiffs reserve the right to supplement this response if additional information becomes available.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　OBLON, SPIVAK, McCLELLAND,
　　　　　　　　　　　　　　  MAIER & NEUSTADT,LLP

　　　　　　　　　　　　　　*/s/ Jonathan Hudis* ＿＿＿＿＿＿＿
　　　　　　　　　　　　　　Jonathan Hudis (DC Bar # 418872)
　　　　　　　　　　　　　　Kathleen Cooney-Porter (DC Bar # 434526)
　　　　　　　　　　　　　　1940 Duke Street
　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　Tel. (703) 413-3000
　　　　　　　　　　　　　　Fax (703) 413-2220
　　　　　　　　　　　　　　E-Mail jhudis@oblon.com
　　　　　　　　　　　　　　E-Mail kcooney-porter@oblon.com

　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　AMERICAN EDUCATIONAL RESEARCH
　　　　　　　　　　　　　　  ASSOCIATION, INC.
　　　　　　　　　　　　　　AMERICAN PSYCHOLOGICAL
　　　　　　　　　　　　　　  ASSOCIATION, INC.
　　　　　　　　　　　　　　NATIONAL COUNCIL ON
　　　　　　　　　　　　　　  MEASUREMENT IN EDUCATION, INC.

Dated:  October 1, 2014
{431384US, 11006079_1.DOCX}

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2014 a copy of the foregoing **PLAINTIFFS'**

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served via e-mail

on the following counsel for Defendant:

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

*/s/ Jonathan Hudis*
                    Jonathan Hudis