# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **[PROPOSED] ORDER DENYING DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES** |

THIS MATTER comes before the Court on Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to Consolidate the captioned action with *American Society for Testing Materials, et al. v. Public.Resource.Org, Inc.*, No. 13-cv-1215 for discovery purposes.

Having fully considered the moving and opposition papers, and all other matters presented to the Court, it is hereby

**ORDERED** that Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to Consolidate for Discovery Purposes, is **DENIED.**

**IT IS SO ORDERED.**


Dated: _____, 20__            _____
                                                                       Hon. Tanya S. Chutkan
                                                                       United States District Judge

{431384US, 11725452_1.DOCX}

Attorneys to be notified of the entry of this Order:

Counsel for Plaintiffs:

Jonathan Hudis
Kathleen Cooney-Porter
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

Counsel for Defendant:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

Counsel for American Society for Testing and Materials:

Michael F. Clayton
J. Kevin Fee
Jordana S. Rubel
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel. (202) 739-3000
Fax (202) 739-3001
jrubel@morganlewis.com
jkfee@morganlewis.com
mclayton@morganlewis.com

Counsel for National Fire Protection Association, Inc.:

Nathan M. Rehn
Jonathan H. Blavin
Kelly Klaus
MUNGER, TOLLES & OLSON, LLP
560 Mission Street – 27th Floor
San Francisco, CA 94105
Tel. (415) 512-4000
thane.rehn@mto.com
jonathan.blavin@mto.com
kelly.klaus@mto.com

Anjan Choudhury
MUNGER, TOLLES & OLSON, LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Tel. (212) 683-9107
Fax (212) 687-3702
anjan.choudhury@mto.com

Michael F. Clayton
*(see above for address)*

<u>Counsel for American Society of Heating, Refrigerating, And Air-Conditioning Engineers, Inc.</u>:

Jeffrey S. Bucholtz
Simeon M. Schopf
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Tel. (202) 626-2907
jbucholtz@kslaw.com
sschopf@kslaw.com

Joseph R. Wetzel
Kenneth L. Steinthal
KING & SPALDING, LLP
191 2nd Street, Suite 2300
San Francisco, CA 94105
Tel. (415) 318-1200
Fax (415) 318-1300
jwetzel@kslaw.com
ksteinthal@kslaw.com

Michael F. Clayton
*(see above for address)*