UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counter-defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**WITHDRAWAL OF PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR CONSOLIDATION FOR PURPOSES OF DISCOVERY [DKT. NO. 33]**<br><br>Filed:       May 23, 2014 |

Defendant-Counterclaimant Public.Resource.Org withdraws its motion for consolidation of this case with *ASTM et al. v. Public.Resource.Org*, Case No. 1:13-cv-01215-TSC-DAR (the "ASTM Plaintiffs' case") for the purposes of discovery [Dkt. No. 33]. The deposition of Public Resource has begun in the ASTM Plaintiffs' case. Plaintiffs in the two cases did not agree to participate jointly in the deposition, the ASTM Plaintiffs refused to defer the depositions until the Court's decision on the consolidation motion, and the Court has not ruled on Defendant's motion for a protective order to defer the depositions of Public Resource and Carl Malamud until a decision on the consolidation motion. With the deposition of Public Resource now underway in the ASTM Plaintiffs' case alone, a major reason for consolidation of discovery has become moot. Although other factors supporting consolidation still exist (as Public Resource identified in its motion), Public Resource no longer believes that the remaining factors by themselves warrant consolidation at this time.

Dated:  February 26, 2015                              Respectfully submitted,

*/s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (pro hac vice)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (pro hac vice)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

*Attorneys for Defendant-Counterclaimant*
*Public.Resource.Org, Inc.*