## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., ) ) ) ) ) | Civil Action No. 1:14-cv-00857-TSC-DAR |
| Plaintiffs/Counterclaim Defendants, ) ) | **CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND CASE SCHEDULE** |
| v. ) ) | |
| PUBLIC.RESOURCE.ORG, INC., ) ) | |
| Defendant/Counterclaimant. ) ) | |

Plaintiffs/Counterclaim Defendants, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), respectfully move this Court to extend the fact discovery deadline and remaining deadlines on the case schedule, currently set by Dkt. No. 22, by two months. Pursuant to LCvR 7(m), the undersigned counsel discussed this motion with Defendant/Counterclaimant, Public.Resource.Org, Inc.'s ("Public Resource's") counsel, Mitch Stoltz and Corynne McSherry, via telephone and e-mail in a good faith effort to determine whether there would be any opposition to the relief sought by Plaintiffs. Public Resource consents to the relief requested herein.

### Statement of Points and Authorities

Fact discovery is currently set to close on March 16, 2015 (Dkt. No. 22). Counsel for all parties conferred via telephone on March 3, 2015, at which time undersigned counsel for Plaintiffs requested Defendant's consent to extend the close of fact discovery for two months. Mitch Stoltz and Corynne McSherry, counsel for Public Resource, consented to this relief.

Plaintiffs also conferred with Mitch Stoltz and Corynne McSherry regarding the below proposed schedule via e-mail on March 3-4, 2015.  Mitch Stoltz agreed to the below dates via e-mail on March 4, 2015 as a reasonable extension of the schedule.

Extending the deadlines by two months allows the parties to conduct depositions and additional discovery in an organized and timely fashion after this Court's resolution of Plaintiffs' Amended Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures, which is currently pending before the Court.

ACCORDINGLY, Plaintiffs, with Public Resource's agreement, respectfully ask that the Court modify the remaining schedule as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of fact discovery | March 16, 2015 | May 18, 2015 |
| Opening Expert Disclosures | April 15, 2015 | June 15, 2015 |
| Rebuttal Expert Disclosures | May 15, 2015 | July 15, 2015 |
| Replies to Rebuttal Disclosures | May 29, 2015 | July 29, 2015 |
| Final Replies to Expert Disclosures | June 12, 2015 | August 12, 2015 |
| Close of Discovery | July 13, 2015 | September 11, 2015 |
| Post-Discovery Conference | July 15, 2015 | September 15, 2015 |

//

//

//

//

//

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP

Dated:  <u>March 4, 2015</u>          By:     <u>*/s/ Jonathan Hudis*            </u>
                              Jonathan Hudis (DC Bar # 418872)
                              Kathleen Cooney-Porter (DC Bar # 434526)
                              OBLON, McCLELLAND,
                               MAIER & NEUSTADT, LLP
                              1940 Duke Street
                              Alexandria, VA 22314
                              Tel. (703) 413-3000
                              Fax (703) 413-2220
                              E-Mail jhudis@oblon.com
                              E-Mail kcooney-porter@oblon.com

                              Attorneys for Plaintiffs

                              AMERICAN EDUCATIONAL RESEARCH
                               ASSOCIATION, INC.
                              AMERICAN PSYCHOLOGICAL
                               ASSOCIATION, INC.
                              NATIONAL COUNCIL ON
                               MEASUREMENT IN EDUCATION, INC.

JH/KCP/KDC/kdc {431384US, 11822262_1.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, the foregoing **CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND CASE SCHEDULE** and a **PROPOSED ORDER** were filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

*/s/ Jonathan Hudis*
Jonathan Hudis