# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 1:14-cv-00857-CRC <br><br>**JOINT REPORT ON THE STATUS OF DISCOVERY** |

Pursuant to the Court's Order of March 9, 2015, requesting that counsel meet and confer in advance of the March 19, 2015 Status Conference in an effort to reach a consensus regarding the expeditious completion of discovery, Plaintiffs, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), and Defendant, Public.Resource.Org, Inc. ("Defendant" or "Public Resource") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit this Joint Report on the Status of Discovery.

## STATUS OF DISCOVERY

The Parties are currently working to resolve multiple paper discovery disputes. Public Resource sent Plaintiffs a letter on March 2, 2015 critiquing Plaintiffs' responses to Public Resource's First Set of Interrogatories and First Set of Requests for Production. Plaintiffs responded to this letter on March 6, 2015. On March 6, 2015, Plaintiffs also sent Public Resource a letter critiquing Public Resource's responses to Plaintiffs' Second Set of

Interrogatories and Second Set of Requests for Production.  The Parties met and conferred by telephone in a good faith effort to resolve these disputes on March 12, 2015.  Following that telephone conference, the Parties are attempting to work out the discovery issues that remain among them.

The Parties also are awaiting the Court's ruling on Plaintiffs' pending Amended Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures, filed with the Court on December 15, 2014, and argued on January 22, 2015.

Plaintiffs have moved, with the consent and concurrence of Defendant, for an extension of the fact discovery deadline and subsequent deadlines. The requested extension will allow the parties time to resolve paper discovery issues and conduct depositions.

                Respectfully submitted,

                OBLON, McCLELLAND,
                 MAIER & NEUSTADT, LLP

Dated: March 17, 2015       /s/ Jonathan Hudis
                Jonathan Hudis (DC Bar # 418872)
                Kathleen Cooney-Porter (DC Bar # 434526)
                OBLON, McCLELLAND,
                 MAIER & NEUSTADT, LLP
                1940 Duke Street
                Alexandria, VA 22314
                Tel. (703) 413-3000
                Fax (703) 413-2220
                jhudis@oblon.com
                kcooney-porter@oblon.com

                *Attorneys for Plaintiffs-Counterclaim Defendants*
                AMERICAN EDUCATIONAL RESEARCH
                 ASSOCIATION, INC.
                AMERICAN PSYCHOLOGICAL
                 ASSOCIATION, INC.
                NATIONAL COUNCIL ON
                 MEASUREMENT IN EDUCATION, INC.

                      FENWICK & WEST LLP

Dated: March 17, 2015         /s/ Andrew P. Bridges
                                       Andrew P. Bridges (admitted)
                                       555 California Street, 12th Floor
                                       San Francisco, CA 94104
                                       Telephone: (415) 875-2300
                                       Facsimile: (415) 281-1350
                                       abridges@fenwick.com

                                       Matthew B. Becker (Pro Hac Vice)
                                       FENWICK & WEST LLP
                                       801 California Street
                                       Mountain View, CA 94041
                                       Telephone: (650) 335-7930
                                       mbecker@fenwick.com

                                       David Halperin (D.C. Bar No. 426078)
                                       1530 P Street NW
                                       Washington, DC 20005
                                       Telephone: (202) 905-3434
                                       davidhalperindc@gmail.com

                                       Mitchell L. Stoltz (D.C. Bar No. 978149)
                                       Corynne McSherry (Pro Hac Vice)
                                       ELECTRONIC FRONTIER FOUNDATION
                                       815 Eddy Street
                                       San Francisco, CA 94109
                                       Telephone: (415) 436-9333
                                       Facsimile: (415) 436-9993
                                       mitch@eff.org
                                       corynne@eff.org

                                       *Attorneys for Defendant-Counterclaimant*
                                       PUBLIC.RESOURCE.ORG, INC.

{431384US, 11904765_1.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015 the foregoing **JOINT REPORT ON THE STATUS OF DISCOVERY** was filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7930
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

                                                                 */s/ Jonathan Hudis*
                                                                  Jonathan Hudis