# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** |

Plaintiffs/Counterclaim Defendants, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), respectfully request that the Court schedule a status conference in the above-captioned case at the earliest possible date. Pursuant to LCvR 7(m), the undersigned counsel discussed this motion with Defendant/Counterclaimant, Public.Resource.Org, Inc.'s ("Public Resource's") counsel, Matthew Becker, via telephone on April 9, 2015 in a good faith effort to determine whether there would be any opposition to the relief sought by Plaintiffs. Public Resource does not oppose the relief requested herein, but requests that the status conference be held by telephone.

**Statement of Points and Authorities**

Plaintiffs' Amended Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures (Dkt. No. 27 – filed on December 15, 2014), and the parties' Consent Motion to Extend Time for Discovery and Case Schedule (Dkt. No. 42 – filed on March 4, 2015), are still pending before the Court. A status conference was held on March 19, 2015 ("Status Conference"), at which time the Court took the parties' consent motion and Plaintiffs' motion to

compel under advisement.  Discovery cannot be completed without guidance from the Court on the matters that are the subject of these motions.  It is noted that, according to the Scheduling Order now in effect (Dkt. No. 22), fact discovery closed on March 16, 2015.  However, the Court noted during the Status Conference, in response to an inquiry from the undersigned, that the parties should continue with discovery pending the Court's rulings.

On April 8, 2015, Public Resource served eight deposition notices on Plaintiffs.  On April 9, 2015, Plaintiffs served two deposition notices on Public Resource.  As there are still two discovery-related motions pending before the Court and depositions are now being scheduled, Plaintiffs request a status conference so that the Court can provide clarity and guidance on the outstanding discovery issues and the discovery schedule.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT,LLP

Dated:   April 9, 2015         By:   */s/ Jonathan Hudis*
Jonathan Hudis (DC Bar # 418872)
Kathleen Cooney-Porter (DC Bar # 434526)
OBLON, McCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

Attorneys for Plaintiffs

AMERICAN EDUCATIONAL RESEARCH
 ASSOCIATION, INC.
AMERICAN PSYCHOLOGICAL
 ASSOCIATION, INC.
NATIONAL COUNCIL ON
 MEASUREMENT IN EDUCATION, INC.

JH/KCP/KDC/kdc {431384US, 12041645_1.DOCX}

## CERTIFICATE OF SERVICE

     I hereby certify that on April 9, 2015, the foregoing **PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** was filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

                                                  */s/ Jonathan Hudis*
                                                  Jonathan Hudis