**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **JOINT STIPULATION REGARDING EXTENSION OF FACT AND EXPERT DISCOVERY DEADLINES** |

Counsel for Plaintiffs American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and the National Council on Measurement in Education, Inc. ("NCME"), and Defendant Public.Resource.Org ("Public Resource") hereby submit the following Stipulation, and respectfully request the Court's approval of the discovery and pre-trial schedule provided below.

1. Plaintiffs' Amended Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures (Dkt. No. 27 – "Discovery Motion") and the parties' Consent Motion to Extend Time for Discovery and Case Schedule (Dkt. No. 42 – "Motion re Case Schedule") are pending before the Court. The parties' await rulings on these motions.

2. As requested in the parties' Motion re Case Schedule, and in order to allow for the diligent and orderly completion of discovery, the parties have stipulated that the fact and expert discovery deadlines in this case should be extended according to the schedule listed below:

|  | **Current Date (per Dkt. No. 22)** | **Stipulated Date** |
|---|---|---|
| Close of Fact Discovery | March 16, 2015 | May 18, 2015 |
| Opening Expert Disclosures | April 15, 2015 | June 15, 2015 |
| Rebuttal Expert Disclosures | May 15, 2015 | July 15, 2015 |
| Replies to Rebuttal Disclosures | May 29, 2015 | July 29, 2015 |
| Final Replies to Expert Disclosures | June 12, 2015 | August 12, 2015 |
| Close of Discovery | July 13, 2015 | September 12, 2015 |
| Post-Discovery Conference | July 15, 2015 | September 15, 2015 |

3. Pending the Court's rulings as noted above, the parties continue in their efforts to complete discovery, including depositions.

**IT IS SO STIPULATED.**

Dated: April 15, 2015    OBLON, MCCLELLAND, MAIER & NEUSTADT, LLP

By: */s/ Jonathan Hudis*
Jonathan Hudis

Attorneys for Plaintiffs
AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.

Dated: April 15, 2015    FENWICK & WEST LLP

By: */s/ Andrew P. Bridges*
Andrew P. Bridges

Attorneys for Defendant
PUBLIC.RESOURCE.ORG

{431384US, 12076010_1.DOCX}

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF FACT AND EXPERT DISCOVERY DEADLINES**<br>**(DKT. NO. __)** |

Having fully considered the Joint Stipulation to Extend Fact and Expert Discovery Deadlines (Dkt. No. __), and for good cause shown, it is hereby

**ORDERED** that the Joint Stipulation to Extend Fact and Expert Discovery Deadlines (Dkt. No. __) is **GRANTED**, and it is further

**ORDERED** that the fact and expert discovery deadlines herein are extended as follows:

| | **Current Date (per Dkt. No. 22)** | **Stipulated Date** |
|---|---|---|
| Close of Fact Discovery | March 16, 2015 | May 18, 2015 |
| Opening Expert Disclosures | April 15, 2015 | June 15, 2015 |
| Rebuttal Expert Disclosures | May 15, 2015 | July 15, 2015 |
| Replies to Rebuttal Disclosures | May 29, 2015 | July 29, 2015 |
| Final Replies to Expert Disclosures | June 12, 2015 | August 12, 2015 |
| Close of Discovery | July 13, 2015 | September 12, 2015 |
| Post-Discovery Conference | July 15, 2015 | September 15, 2015 |

Dated: _____          _____
                                          Hon. Deborah A. Robinson
                                          United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, the foregoing **JOINT STIPULATION REGARDING EXTENSION OF FACT AND EXPERT DISCOVERY DEADLINES** was filed using the CM/ECF system that sent notice of the filing of these documents to all counsel of record, and was also served via e-mail to:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

                                                             */s/ Jonathan Hudis*
                                                             Jonathan Hudis