## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., )<br><br>Plaintiffs/Counterclaim Defendants, )<br><br>v. )<br><br>PUBLIC.RESOURCE.ORG, INC., )<br><br>Defendant/Counterclaimant. ) | Civil Action No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME FOR FACT DISCOVERY** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Extend Time for Fact Discovery.  Having fully considered the moving papers, and all other matters presented to the Court, it is hereby

**ORDERED** that Plaintiffs' Motion to Extend Time for Fact Discovery is **GRANTED**.

**IT IS FURTHER ORDERED** that the time for the completion of fact discovery is extended until three weeks after Public.Resource.Org, Inc. produces any documents required by the Court's ruling on Plaintiffs' Amended Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures ("Plaintiffs' Amended Motion to Compel") (Dkt. No. 27), and

**IT IS FURTHER ORDERED** that, during the extended time for fact discovery, Plaintiffs shall be entitled to take the supplemental deposition(s) of Public.Resource.Org, Inc./Carl Malamud, limited to the information and documents Public.Resource.Org, Inc. produces as required by the Court's ruling on Plaintiffs' Amended Motion to Compel.

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
Hon. Deborah A. Robinson
United States Magistrate Judge

{431384US, 12254091_1.DOCX}

Attorneys to be notified of the entry of this Order:

Counsel for Plaintiffs:

Jonathan Hudis
Kathleen Cooney-Porter
OBLON, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

Counsel for Defendant:

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
abridges@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org