# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., </br></br>Plaintiffs/Counterclaim Defendants, </br></br>v. </br></br>PUBLIC.RESOURCE.ORG, INC., </br></br>Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR </br></br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' LEAD COUNSEL** |

PLEASE TAKE NOTICE, that the new address for Plaintiffs' lead counsel in the captioned action is:

Jonathan Hudis
QUARLES & BRADY LLP
1700 K Street, NW, Suite 825
Washington, DC  20006
Tel. (202) 372-9528
Fax (202) 372-9586
E-Mail Jon.Hudis@quarles.com

Co-counsel for Plaintiffs, who should continue to be noticed, remains as follows:

Kathleen Cooney-Porter
OBLON, McCLELLAND, MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 412-6054
Fax (703) 413-2220
E-Mail kcooney-porter@oblon.com

//
//
//
//

Respectfully submitted,

Dated: June 3, 2015   By:   */s/ Jonathan Hudis*
Jonathan Hudis (DC Bar No. 418872)
QUARLES & BRADY LLP
1700 K Street, NW, Suite 825
Washington, DC  20006
Tel. (202) 372-9528
Fax (202) 372-9586
E-Mail Jon.Hudis@quarles.com

Kathleen Cooney-Porter (DC Bar No. 434526)
OBLON, McCLELLAND, MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 412-6054
Fax (703) 413-2220
E-Mail kcooney-porter@oblon.com

Counsel for Plaintiffs

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, INC., AMERICAN
PSYCHOLOGICAL ASSOCIATION, INC., and
NATIONAL COUNCIL ON MEASUREMENT IN
EDUCATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June __, 2015, I served the foregoing **NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' LEAD COUNSEL** upon Defendant's counsel of record via e-mail to:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Counsel for Defendant
PUBLIC.RESOURCE.ORG, INC.

*/s/ Jonathan Hudis*
Jonathan Hudis