**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counter-defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**CONSENT REQUEST FOR TELEPHONIC STATUS CONFERENCE**<br><br>Filed:          May 23, 2014 |

Defendant-Counterclaimant Public.Resource.Org respectfully requests that the status conference set by the Court to occur at 2:00 p.m. on Thursday, June 11, 2015 be held telephonically, or in the alternative, allow for a telephonic appearance by Public Resource's counsel.  As a one-person California non-profit with limited resources and pro bono representation, Public Resource has incurred great expense for repeated travel across the country and lodging in the District of Columbia, including travel for previously scheduled conferences.

Public Resource understands the Court's need to manage its calendar, and the Court's preference for in-person conferences.  In this case, however, Public Resource believes a telephonic conference is appropriate, because a telephonic status conference or appearance would not impair discussion of any outstanding issues.

Pursuant to Local Civil Rule 7(m), Public Resource has conferred with Plaintiffs' counsel Jonathan Hudis, who stated that Plaintiffs do not oppose Public Resource's request that the status conference be held telephonically.

Dated:  June 8, 2015                                         Respectfully submitted,


                                                             */s/ Matthew B. Becker*
                                                             Andrew P. Bridges (admitted)
                                                             abridges@fenwick.com
                                                             Matthew B. Becker (pro hac vice)
                                                             mbecker@fenwick.com
                                                             FENWICK & WEST LLP
                                                             555 California Street, 12th Floor
                                                             San Francisco, CA 94104
                                                             Telephone:  (415) 875-2300
                                                             Facsimile:   (415) 281-1350

                                                             David Halperin (D.C. Bar No. 426078)
                                                             davidhalperindc@gmail.com
                                                             1530 P Street NW
                                                             Washington, DC 20005
                                                             Telephone: (202) 905-3434

                                                             Mitchell L. Stoltz (D.C. Bar No. 978149)
                                                             mitch@eff.org
                                                             Corynne McSherry (pro hac vice)
                                                             corynne@eff.org
                                                             ELECTRONIC FRONTIER FOUNDATION
                                                             815 Eddy Street
                                                             San Francisco, CA 94109
                                                             Telephone: (415) 436-9333
                                                             Facsimile:  (415) 436-9993

                                                             *Attorneys for Defendant-Counterclaimant*
                                                             *Public.Resource.Org, Inc.*