## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., | ) ) ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) ) ) |
| PUBLIC.RESOURCE.ORG, INC., | ) ) |
| Defendant/Counterclaimant. | ) ) ) |

Civil Action No. 1:14-cv-00857-TSC-DAR

**ORDER ON CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND CASE SCHEDULE**

# FILED

### JUN 1 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THIS MATTER comes before the Court on Plaintiffs' Consent Motion to Extend Time for Discovery and Case Schedule. Having fully considered the moving papers, and all other matters presented to the Court, it is hereby

**ORDERED** that Plaintiffs' Consent Motion to Extend Time for Discovery and Case Schedule is **GRANTED.**

The Court modifies the schedule as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of fact discovery | March 16, 2015 | May 18, 2015 |
| Opening Expert Disclosures | April 15, 2015 | June 15, 2015 |
| Rebuttal Expert Disclosures | May 15, 2015 | July 15, 2015 |
| Replies to Rebuttal Disclosures | May 29, 2015 | July 29, 2015 |
| Final Replies to Expert Disclosures | June 12, 2015 | August 12, 2015 |
| Close of Discovery | July 13, 2015 | September 11, 2015 |
| Post-Discovery Conference | July 15, 2015 | September 15, 2015 |

**IT IS SO ORDERED.**

Dated: _June 11_, 2015

_nunc-pro-tunc to_

_May 5, 2015_

Deborah A. Robinson
United States Magistrate Judge

Attorneys to be notified of the entry of this Order:

Counsel for Plaintiffs:

Jonathan Hudis
Kathleen Cooney-Porter
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
E-Mail jhudis@oblon.com
E-Mail kcooney-porter@oblon.com

Counsel for Defendant:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 112th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org