# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR |

**JOINT MOTION AND PROPOSED ORDER TO EXTEND THE DATE ON WHICH EXPERT DEPOSITION MAY BE TAKEN**

## **STIPULATION**

Counsel for Defendant Public.Resource.Org ("Public Resource") and Plaintiffs American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and the National Council on Measurement in Education, Inc. ("NCME") respectfully move to extend the deadline for the deposition of Plaintiffs' expert witness Dr. Phillips to allow the deposition to be completed on September 22, 2015 in Phoenix, AZ.

Pursuant to LCvR 7(m), counsel for the parties discussed this motion and mutually agree to it. The parties agree that this deposition schedule allows the parties to conduct this deposition in a reasonable manner while accommodating the witness' and counsels' various schedules. The extension of the deadline for the taking of the deposition of Dr. Phillips does not affect other deadlines set in this case.

Fact discovery in this action closed on May 18, 2015. The parties further agree that the closing date for all other expert discovery to be taken in this action remains as September 11, 2015, as directed by the Court's Order of June 11, 2015 (Dkt. 53).

The parties respectfully ask the court to extend the deadline to take Dr. Phillips's deposition until September 22, 2015.

Dated:   September 10, 2015            FENWICK & WEST LLP

By:   */s/ Matthew B. Becker*
      Andrew P. Bridges
      Matthew B. Becker

      DAVID HALPERIN
      David Halperin

      ELECTRONIC FRONTIER FOUNDATION
      Corynne McSherry
      Mitchell L. Stoltz

      Attorneys for Defendant
      PUBLIC.RESOURCE.ORG, INC.

Dated:   September 10, 2015            QUARLES & BRADY LLP

By:   */s/ Jonathan Hudis*
      Jonathan Hudis

      Attorneys for Plaintiffs
      AMERICAN EDUCATIONAL RESEARCH
      ASSOCIATION, INC., AMERICAN
      PSYCHOLOGICAL ASSOCIATION, INC., and
      NATIONAL COUNCIL ON MEASUREMENT
      IN EDUCATION, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DATE ON WHICH EXPERT DEPOSITION MAY BE TAKEN (DKT. NO. 55)** |

Having fully considered the Joint Motion to Extend the Date on Which Expert Deposition May Be Taken (Dkt. 55), and for good cause shown, it is hereby

**ORDERED** that the Joint Motion to Extend the Date on Which Expert Deposition May Be Taken (Dkt. 55) is **GRANTED**.


Dated: _____          _____
                                      Hon. Deborah A. Robinson
                                      United States Magistrate Judge