UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counter-defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR <br><br> **CONSENT REQUEST FOR TELEPHONIC STATUS CONFERENCE** <br><br><br> Filed:        May 23, 2014 |

  Defendant-Counterclaimant Public.Resource.Org respectfully requests that the status conference set by the Court to occur at 2:00 p.m. on Tuesday, September 15, 2015 be held telephonically, or in the alternative, allow for a telephonic appearance by Public Resource's counsel.  As a one-person California non-profit with limited resources and pro bono representation, Public Resource has incurred great expense for repeated travel across the country and lodging in the District of Columbia, including travel for previously scheduled conferences.

  Public Resource understands the Court's need to manage its calendar, and the Court's preference for in-person conferences.  In this case, however, Public Resource believes a telephonic conference is appropriate, because a telephonic status conference or appearance would not impair discussion of any outstanding issues.

  Pursuant to Local Civil Rule 7(m), Public Resource has conferred with Plaintiffs' counsel Jonathan Hudis, who stated that Plaintiffs do not oppose Public Resource's request that the status conference be held telephonically.

Dated:  September 10, 2015

Respectfully submitted,

*/s/ Matthew B. Becker*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (pro hac vice)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (pro hac vice)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

*Attorneys for Defendant-Counterclaimant Public.Resource.Org, Inc.*