# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,     )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:14-cv-00857-TSC-DAR |
| Plaintiffs/Counterclaim Defendants,   )<br>) | **[PROPOSED] ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| v.   )<br>) | |
| PUBLIC.RESOURCE.ORG, INC.,   )<br>) | |
| Defendant/Counterclaimant.   )<br>) | |

THIS MATTER comes before the Court pursuant to the Court's directive that the parties jointly file their proposed schedules for summary judgment briefing. Having fully considered the parties' proposed summary judgment briefing schedules, and all other matters presented to the Court during a hearing on November 4, 2015, it is hereby

**ORDERED** that Plaintiffs' request for the entry of their Proposed Summary Judgment Briefing Schedule is **GRANTED.**

The Court sets the schedule for summary judgment briefing as follows:

| | Due Date |
|---|---|
| Opening cross motions in the *ASTM* case[1] | November 19, 2015 |
| Amicus briefs in the *ASTM* case | December 3, 2015 |
| Opening cross motions in the *AERA* case | December 3, 2015 |
| Amicus briefs in the *AERA* case | December 10, 2015 |
| Opposition briefs in the *ASTM* case | December 18, 2015 |

---

[1] "The *ASTM* Case" refers to *American Society for Testing and Materials d/b/a ASTM International et al. v. Public.Resource.Org*, Civil Action No. 1:13-cv-01215-TSC-DAR.

| Opposition briefs in the *AERA* case | January 4, 2016 |
|---|---|
| Reply briefs in the *ASTM* case | January 18, 2016 |
| Reply briefs in the *AERA* case | February 4, 2016 |

**IT IS FURTHER ORDERED** that the Court shall hold a joint hearing in this case and

the *ASTM* case.

**IT IS SO ORDERED.**


Dated: _____, 2015          _____
                                                          Hon. Tanya S. Chutkan
                                                          United States District Judge

Submitted by:

Jonathan Hudis (DC Bar # 418872)
QUARLES & BRADY, LLP
1700 K Street NW, Suite 825
Washington, DC 20006
Tel. 202-372-9528
jonathan.hudis@quarles.com

Kathleen Cooney-Porter (DC Bar # 434526)
OBLON, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
kcooney-porter@oblon.com

Counsel for Plaintiffs

Attorneys to be notified of the entry of this Order:

Counsel for Plaintiffs:

Jonathan Hudis (DC Bar # 418872)
QUARLES & BRADY, LLP
1700 K Street NW, Suite 825
Washington, DC 20006
Tel. 202-372-9528
jonathan.hudis@quarles.com

Kathleen Cooney-Porter (DC Bar # 434526)
OBLON, McCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, VA 22314
Tel. (703) 413-3000
Fax (703) 413-2220
kcooney-porter@oblon.com

Counsel for Defendant:

Andrew P. Bridges
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org