# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Filed:            May 23, 2014 |

Having fully considered the parties' Joint Report on Proposed Summary Judgment Briefing Schedule, and for good cause shown, it is hereby

**ORDERED** that Defendant's requested summary judgment briefing schedule is **GRANTED**.

The summary judgment briefing deadlines in this case and in the *ASTM et al. v. Public.Resource.Org* case, 1:13-cv-01215-TSC-DAR, shall be as follows:

| | **Due Date** |
|---|---|
| Opening cross motions in the *ASTM* case | November 12, 2015 |
| Amicus briefs in the *ASTM* case | November 19, 2015 |
| Opposition briefs in the *ASTM* case | December 10, 2015 |
| Reply briefs in the *ASTM* case | December 28, 2015 |
| Opening cross motions in the *AERA* case | January 28, 2016 |
| Amicus briefs in the *AERA* case | February 4, 2016 |
| Opposition briefs in the *AERA* case | February 25, 2016 |

| Reply briefs in the *AERA* case | March 10, 2016 |
|---|---|

**IT IS SO ORDERED.**



Dated: _____        _____
                                                Hon. Tanya S. Chutkan
                                                United States District Court Judge