# EXHIBIT B

Case No. 1:14-cv-00857-TSC-DAR

## ARTICLES OF INCORPORATIO   2977811

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

APR 1 3 2007

### I

A. The name of this corporation is **PUBLIC.RESOURCE.ORG, INC.**

### II

A. This corporation is a nonprofit **PUBLIC BENEFIT CORPORATION** and is not organized for the private gain of any person. It is organized under the **NONPROFIT PUBLIC BENEFIT CORPORATION LAW FOR PUBLIC AND CHARITABLE PURPOSES.**

B. The specific purpose of this corporation is to create, architect, design, implement, operate and maintain public works projects on the Internet for **EDUCATIONAL, CHARITABLE, AND SCIENTIFIC PURPOSES** to the benefit of the general public and the public interest; to increase and diffuse knowledge about the Internet in its broadest sense; to promote and facilitate the expansion, development, and growth of the public infrastructure of the Internet by any means consistent with the public interest through other activities, including, but not limited to, publications, meetings, conferences, training, educational seminars, and the issuance of grants and other financial support to educational institutions, foundations and other organizations exclusively for **EDUCATIONAL, CHARITABLE, AND SCIENTIFIC PURPOSES.**

### III

A. The name and address in the State of California of this corporation's initial agent for service of process is:

> Carl Malamud
> Public.Resource.Org, Inc.
> c/o O'Reilly Media
> 1005 Gravenstein Highway North
> Sebastopol, CA 95472

### IV

A. This corporation is organized and operated exclusively for **CHARITABLE PURPOSES** within the meaning of Section 501(c)(3), Internal Revenue Code.

B. **NO SUBSTANTIAL PART OF THE ACTIVITIES** of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

### V

A. The property of this corporation is **IRREVOCABLY DEDICATED TO CHARITABLE PURPOSES** and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated **EXCLUSIVELY FOR CHARITABLE PURPOSES** and which has established its tax exempt status under Section 501(c)(3), Internal Revenue Code.

EXHIBIT
Malamud
16
5/12/15
PENGAD 800-631-6989

Carl Malamud, Inco___

