# EXHIBIT D

Case No. 1:14-cv-00857-TSC-DAR



Public.Resource.Org ×

Public.Resource.Org, Inc. [US] https://public.resource.org

Apps | 3BClean Direct | Biscom Delivery Server | PatentOrder | Private PAIR - USPTO ... | UPS CampusShip Login | Web Connect | Free Hotmail | Imported From IE | New Tab | Settings

public.resource.org | law.resource.org | house.resource.org

## Agency Directory

**Ongoing**

- bsc.ca.gov
- fjc.gov
- house.gov
- law.gov
- oregon.gov
- uscourts.gov
- uspto.gov

**Archived**

- change.gov
- copyright.gov
- gao.gov
- gpo.gov
- itu.int
- justice.gov
- nbs.gov
- sec.gov
- si.edu

# Welcome to Public.Resource.Org!

"Making Government Information More Accessible"

Show Me The Manual

0:00 / 20:14

[ Stand Up For Safety: Law.Resource.Org ]

## Watch FedFlix

"No late charges" in the public domain

FedFlix was a joint venture with the National Technical Information Service (NTIS) in cooperation with other government agencies including the National Archives. They sent us government videotapes, we uploaded them to the Internet Archive, YouTube, and our own servers. To The Movies!

The 12 Tables of Codes [ law.resource.org ]
State Building Codes [ law.resource.org ]
Yes We Scan! [ yeswescan.org ]
IRS Bulk Data! [ bulk.resource.org ]
What Would Luther Burbank Do? [ wwlbd.org ]
Video from Congress. [ house.resource.org ]

Donate

## Code is Law

A Nation of Laws

[2010 Gov 2.0 Summit]

By the People

[2009 Gov 2.0 Summit]

[WWW2010 Conference]

[DPLA West]

PUBLIC.RESOURCE.ORG - A Nonprofit Corporation
[About Us] - [Privacy] - [Copyright] - [Removing Court Cases]

SUPPORT THE PUBLIC DOMAIN

EXHIBIT
PENGAD 800-631-6989
Malamud
19
5/12/15


EXHIBIT
Malamud
20
5/12/15

| public.resource.org | law.resource.org | house.resource.org |
|---|---|---|



# Public.Resource.Org—A 501(C)(3) Nonprofit Corporation

Here About a Court Case?

 **ABOUT YOUR COURT CASE**

**Agency Directory**

Ongoing
- bsc.ca.gov
- fjc.gov
- house.gov
- law.gov
- oregon.gov
- uscourts.gov
- uspto.gov

Archived
- change.gov
- copyright.gov
- gao.gov
- gpo.gov
- itu.int
- justice.gov
- ntis.gov
- sec.gov
- si.edu

## Contact Information

**By mail:**
Public.Resource.Org
1005 Gravenstein Hwy. North
Sebastopol, CA 95472

**By fax:**
(707) 829-0104

**By email:**
carl@media.org

## Supporting Public.Resource.Org

- Public.Resource.Org is a registered 501(c)(3) nonprofit and your contributions are tax-deductible as allowed by law. Checks may be sent to the above address, or you may use our PayPal account for donations as well. Thank you for your support.

**Donate**

## Our Supporting Paperwork

- **Articles of Incorporation**
- **Bylaws**
- **IRS Determination**
- **2013 Compiled Financial Statements**
- **2012 Audited Financial Statements**
- **2011 Audited Financial Statements**
- **2010 Audited Financial Statements**
- **2009 Audited Financial Statements**
- **2008 Audited Financial Statements**
- **2007 Audited Financial Statements**

## Our People

- The Board of Trustees of Public.Resource.Org presently includes Carl Malamud, Tim Stanley, and Ed Walters. The former board included Dale Dougherty, Carl Malamud, Marshall T. Rose, Tim Stanley, and Hal Varian.
- Carl Malamud is the President and Founder of Public.Resource.Org. The author of 8 books, Malamud was previously founder of the Internet Multicasting Service, a nonprofit that started the first radio station on the Internet and was responsible for making the SEC EDGAR database available. He is the recipient of the Berkman Award from Harvard, the Pioneer Award from the EFF, and the Bill Farr Award from the First Amendment Coalition.
- **Point.B Studio** does our design and **mdkail** does system support. The **Internet Systems Consortium** provides hosting and transit. **O'Reilly Media** is our landlord. David Halperin serves as Of Counsel.

## Our Contributors

- Pro bono legal support for our 2013 activites is provided by the following law firms: **Electronic Frontier Foundation, Fenwick & West, Durie Tangri, David Wright Tremaine, iRights law, Alston & Bird,** and **Christopher Sprigman.**
- Major support for our 2012 activites is provided by a grant from Google.Org, with additional support gratefully acknowledged from the Elbaz Family Foundation and the Cutts Foundation.
- Major Support for our 2011 activities were provided by a **Project 10$^{100}$ Award** from Google. Additional support for the YesWeScan effort to digitize case law is gratefully acknowledged from Steven Altman, Daniel Berlin, Jeffrey Glassman, Courtney Minick and Brandon Long, Seth Price, Maura Reese, Tim Stanley, Ralph Warner, and Jonathan Zittrain.
- Major support for our **2010 Law.Gov** effort is gratefully acknowledged from Dale and Nancy Dougherty, Elbaz Family Foundation, **Google, Justia, Mitchell Kapor Foundation,** Alexander Macgillivray, O'Reilly Foundation, Hal

AERA_APA_NCME_0031412

- Varian and and Bob Young/The Beal Fund.
- Support for Public.Resource.Org in 2009 is gratefully acknowledged from **Justia**, and **the Sunlight Foundation**.
- Support for Public.Resource.Org in 2008 is gratefully acknowledged from from David Boies, **Creative Commons**, Elbaz Family Foundation, **Google**, **Justia**, **Omidyar Network**, and **the Sunlight Foundation**.
- Support for Public.Resource.Org in 2007 is gratefully acknowledged from from Elbaz Family Foundation, **John Gilmore**, **Google**, **Mitchell Kapor Foundation**, **Omidyar Network**, Saal Family Foundation, **Ralph "Jake" Warner**, and **Yahoo**.

PUBLIC.RESOURCE.ORG - A Nonprofit Corporation
[About Us] - [Privacy] - [Removing Court Cases]

$$ SUPPORT THE PUBLIC DOMAIN