# EXHIBIT E

Case No. 1:14-cv-00857-TSC-DAR

# Carl Malamud

## Harvard

GAGE, J., BAILEY, W., KAHN, R. E., MALAMUD, C., SCHMIDT, E., & NELSON, M. (1995). *Information highway access with liberty and justice for all?*

MALAMUD, C. (2011). *Twelve tables of American law.* S.l, s.n.

MORRIS, R. A., MALAMUD, C., ACHARYA, A., & ZITTRAIN, J. (2010). *Law.gov, a revolution in legal affairs.* Stanford, Calif, Stanford Law School.

GAGE, J., & MALAMUD, C. (1993). *Cyberjockeying in the 21st century.* Mountain View, Calif, Sun Microsystems].

MALAMUD, C. (2010). *The currents of our time.* Sebastopol, Calif, Public.Resource.Org.

MALAMUD, C. (1994). *The future of the Internet protocol.* Sebastopol, CA, O'Reilly & Associates.

MALAMUD, C. (2010). *10 rules for radicals.* Sebastopol, Calif, Public.Resource.Org.

MALAMUD, C. (1997). *Concert in the park Internet 1996 World Exposition.* Cambridge, Mass, MIT Press.

MALAMUD, C. (2009). *Three revolutions in American law.* Sebastopol, Calif, Public.Resource.Org.

MALAMUD, C., SCHILLER, J., & ROMKEY, J. (1993). *Security and networks.* Sebastaplo, Ca, ORAudio.

MALAMUD, C. (2009). *By the people.* Sebastopol, Calif, Public.Resource.Org.

MALAMUD, C., MURAI, J., & KARN, P. (1993). *Mobile IP networking.* Sebastaplo, Ca, ORAudio.

MALAMUD, C., CARPENTER, B., STOCKMAN, B., ODELL, M., HUSTON, G., & LUCAS, M. (1994). *Global network operations.* Sebastopol, CA, O'Reilly & Associates.

MALAMUD, C. (2010). *Law.Gov: the raw materials of our democracy : a shining city upon a hill : an appeal to the court.* Sebastopol, Calif, Public.Resource.Org.

MALAMUD, C. (1989). *DEC networks and architectures.* New York, Intertext Publications. http://catalog.hathitrust.org/api/volumes/oclc/19573874.html.

MALAMUD, C. (1997). *A world's fair for the global village.* Cambridge, Mass, MIT Press. http://search.ebscohost.com/login.aspx?direct=true&scope=site&db=nlebk&db=nlabk&AN=400.

MALAMUD, C. (1989). *Ingres: tools for building an information architecture.* New York, Van Nostrand Reinhold.

MALAMUD, C. (1991). *Analyzing DECnet/OSI phase V.* New York, Van Nostrand Reinhold.

MALAMUD, C. (1992). *Exploring the Internet: a technical travelogue.* Englewood Cliffs, N.J., PTR Prentice Hall.

MALAMUD, C. (1992). *Stacks: interoperability in today's computer networks.* Englewood Cliffs, N.J., Prentice Hall.

MALAMUD, C., WAYNE, E. V., BRUCE, T. R., PALFREY, J. G., TRIBE, L. H., NOVECK, B. S., & PODESTA, J. (2010). *Law.gov workshops.* [Sebastopol, California], Public. Resource.Org.

MALAMUD, C. (1990). *Analyzing Novell networks.* New York, Van Nostrand Reinhold.

MALAMUD, C., O'DELL, M., STOCKMAN, B., HUSTON, G., & CARPENTER, B. (1993). *Global network operations.* Sebastaplo, Ca, ORAudio.

MALAMUD, C. (1992). *Analyzing Sun networks.* New York, Van Nostrand Reinhold.

Note: Citations are based on reference standards. However, formatting rules can vary widely between applications and fields of interest or study. The specific requirements or preferences of your reviewing publisher, classroom teacher, institution or organization should be applied.

These reference citations were generated by **WorldCat** at www.worldcat.org.

