# EXHIBIT J

Case No. 1:14-cv-00857-TSC-DAR

# Public Safety Codes Incorporated By Law

*ATTENTION! Always Check With Your Authority For Additions, Deletions, and Errata!*

This page is dedicated to Peter Veeck in recognition of his pioneering work in public safety.
You may also browse bulk data.
Please send updates and corrections to Public.Resource.Org.

| Building | Fire | Mechanical | Plumbing | Fuel/Gas | Electrical | Accessibility | Energy |
|---|---|---|---|---|---|---|---|
| **ALABAMA** | Authority: Building Commission | | | | | | |
| IBC2009 \| IBC2009 Storm: ICC500-2008 | IFC2009 \| IBC2009 | IMC2009 \| IBC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | ASHRAE 90.1-2007 |
| **ALASKA** | Authority: Fire  Authority: Energy | | | | | | |
| IBC2009 \| IBC2009 | IFC2009 \| IBC2009 | IMC2009 \| IBC2009 | UPC2003 | IFGC2006 | NEC2005 IEE C2-2002 | | |
| **ARIZONA** | Authority: SOS  Authority: Fire | | | | | | |
| | IFC2006 | | | | | | IECC2006 |
| **Phoenix** | Authority: Building | | | | | | |
| IBC2012 IRC2012 IEBC2012 IPMC2012 \| IPMC2012 | IFC2012 | IMC2012 | UPC2012 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | A117.1-2009 | IECC2012 |
| **ARKANSAS** | Authority: Fire  Authority: Building | | | | | | |
| IBC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | | | |

| CALIFORNIA | | Authority: BSC | | | | | |
|---|---|---|---|---|---|---|---|
| 2013 Building | 2013 FIRE | 2013 MECH | 2013 PLUM | | 2013 ELEC | | ENERGY GREEN |
| **COLORADO** | | Authority: Architect | | | | | |
| IBC2012 | IFC2006 | IMC2012 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | A117.1-2003 | IECC2012 |
| Denver | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 | IFC2009 \| IBC2009 | IMC2009 \| IBC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **CONNECTICUT** | | Authority: Construction | | | | | |
| IBC2003 IRC2009 | | IMC2003 | IPC2003 | | NEC2005 | A117.1-2003 | IECC2009 \| IECC2009 |
| **DELAWARE** | | | | | | | |
| | | | IPC2009 \| IPC2009 | | NEC2011 \| NEC2011 | A117.1-1992 | IECC2009 \| IECC2009 |
| Sussex County | | Authority: Building | | | | | |
| IBC2012 IRC2012 | | | | | | | |
| **DISTRICT OF COLUMBIA** | | Authority: Building | | | | | |
| IBC2006 IRC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | NEC2005 | | IECC2006 |
| **FLORIDA** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 ICC HURRICANE | | IMC2009 \| IMC2009 | | IFGC2009 | | | |
| **GEORGIA** | | Authority: Building | | | | | |
| IBC2012 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IRC2012 IEBC2012 IPMC2012 \| IPMC2012 | IFC2012 | IMC2012 | IPC2012 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **HAWAII** | | Authority: Building | | | | | | |
| IBC2006 | NFPA1-2006 | | UPC2006 | | NEC2008 | | IECC2006 | |
| **IDAHO** | | Authority: Rules, Fire, Building | | | | | | |
| IBC2012 IEBC2012 IRC2009 \| IRC2009 | IFC2012 | IMC2012 | UPC2009 | IFGC2012 \| IFGC2012 | NEC2008 | A117.1-2009 | | |
| **ILLINOIS** | | Authority: Codes | | | | | | |
| IBC2009 \| IBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | IFGC2009 | | | | |
| **Chicago** Code (Official) Code (Bulk) | | Authority: Building | | | | | | |
| **INDIANA** | | Authority: Housing | | | | | | |
| IBC2006 | IFC2006 | IMC2006 | UPC1997 | IFGC2006 | NEC2008 | A117.1-2003 | ASHRAE 90.1-2007 | |
| **IOWA** | | Authority: Building | | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | | IMC2009 \| IMC2009 | UPC2012 | | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 | |
| **KANSAS** | | | | | | | | |
| **Wichita** | | Authority: Building | | | | | | |
| IBC2006 IRC2006 IEBC2006 | IFC2006 | IMC2006 | UPC2000 | | NEC2005 | | | |
| **KENTUCKY** | | Authority: Building Authority: Plumbing | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2012<br>IRC2012 | IFC2012<br>NFPA101-2012 | IMC2012 | | | NEC2008 | A117.1-2009 | IECC2009 \|<br>IECC2009 |
| **LOUISIANA** | | Authority: Safety | | | | | |
| IBC2012 | | IMC2009 \|<br>IMC2009 | | IFGC2009 | NEC2008 | Accessibility | ASHRAE 90.1-2007 |
| **MAINE** | | Authority: Building<br>Authority: Fire | | | | | |
| IBC2009 \|<br>IBC2009<br>IRC2009 \|<br>IRC2009<br>IEBC2009 | NFPA1-2006 | | UPC2006 | | NEC2011 \|<br>NEC2011 | | IECC2009 \|<br>IECC2009<br>ASHRAE 90.1-2007 |
| **MARYLAND** | | Authority: Housing | | | | | |
| IBC2012<br>IRC2012 | IFC2012<br>NFPA101-2012 | IMC2006 | PHCC-NSPC-2006 | IFGC2006 | NEC2011 \|<br>NEC2011 | | IECC2012 |
| **MASSACHUSETTS** | | Authority: Building | | | | | |
| IBC2009 \|<br>IBC2009<br>IEBC2009 | IFC2009 \|<br>IFC2009 | IMC2009 \|<br>IMC2009 | | | NEC2014 | | IECC2009 \|<br>IECC2009<br>ASHRAE 90.1-2007 |
| **MICHIGAN** | | Authority: Labor | | | | | |
| IBC2009 \|<br>IBC2009<br>IRC2009 \|<br>IRC2009 | | IMC2009 \|<br>IMC2009 | IPC2009 \|<br>IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \|<br>IECC2009 |
| **MINNESOTA** | | Authority: DLI | | | | | |
| IBC2006<br>IRC2006 | | IMC2006 | | IFGC2006 | NEC2011 \|<br>NEC2011 | | ASHRAE 90.1-2004 |
| **MISSISSIPPI** | | | | | | | |
| Jackson | | Authority: Building | | | | | |
| IBC2003 | IFC2003 | | IPC2003 | IFGC2003 | NEC2005 | | |
| **MISSOURI** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **St. Louis** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | UPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **MONTANA** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | | IMC2009 \| IMC2009 | UPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| **NEBRASKA** | | Authority: Fire  Authority: Energy | | | | | |
| | NFPA101-2003 | | | | | | ASHRAE 90.1-2007 |
| **Lincoln** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | IFGC2009 | NEC2011 \| NEC2011 | | |
| **NEVADA** | | Authority: Fire | | | | | |
| IBC2006 | IFC2006 | UMC2006 | UPC2006 | | | | |
| **Las Vegas** | | Authority: Building  Authority: Amusement | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | | UMC2009 | UPC2009 | Fuel/Gas | NEC2008 | | IECC2009 \| IECC2009 |
| **NEW HAMPSHIRE** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |

| NEW JERSEY | | Authority: Building | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | | IMC2009 \| IMC2009 | NSPC2009 | IFGC2009 | NEC2011 \| NEC2011 | A117.1-2003 | IECC2009 \| IECC2009 |
| NEW MEXICO | | Authority: Building Authority: Fire | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2003 | UMC2009 | UPC2009 USPSHTC2009 | | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 USEC2009 |
| NEW YORK | | Authority: Building | | | | | |
| IBC2006 IRC2006 IEBC2006 | IFC2006 | IMC2006 | IPC2006 | IFGC2006 | | | IECC2006 |
| New York City | | Authority: Building (Get the Updates!) | | | | | |
| Building Zoning | Fire | Mechanical | Plumbing | Fuel/Gas | Electrical | | |
| NORTH CAROLINA | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | IECC2009 \| IECC2009 |
| NORTH DAKOTA | | Authority: Building Authority: Electric Authority: Plumbing | | | | | |
| IBC2012 IRC2012 | | IMC2012 | UPC2009 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | | |
| OHIO | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | A117.1-2009 \| A117.1-2009 | ASHRAE 90.1-2007 IECC2009 \| IECC2009 |
| OKLAHOMA | | Authority: Building | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2011 \| NEC2011 | | |
| **OREGON** | | Authority: Building | | | | | |
| Structural Residential | Fire | Mechanical | | | | | Energy |
| **PENNSYLVANIA** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **RHODE ISLAND** | | Authority: Building | | | | | |
| IBC2012 IRC2012 | NFPA1-2003 | IMC2012 | IPC2012 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | | IECC2012 |
| **SOUTH CAROLINA** | | Authority: Building | | | | | |
| IBC2006 IRC2006 | IFC2006 | | IPC2006 | IFGC2006 | NEC2008 | | |
| **SOUTH DAKOTA** | | Authority: Plumbing Authority: Electrical | | | | | |
| | | | UPC2003 | | NEC2008 | | |
| **Sioux City** | | Authority: Building Authority: Reed | | | | | |
| IBC2012 IRC2012 IEBC2012 | | IMC2012 | UPC2009 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | | |
| **TENNESSEE** | | Authority: SOS | | | | | |
| IBC2006 IRC2009 \| IRC2009 | IFC2006 NFPA 101-2006 | IMC2006 | | | | | IECC2006 ASHRAE 90.1-2007 |
| **TEXAS** | | Authority: Reed | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBC2003 | | | | | NEC2008 | | |
| **Dallas** | | Authority: Building | | | | | |
| IBC2012 IRC2012 | IFC2006 | IMC2012 | IPC2012 | IFGC2012 \| IFGC2012 | NEC2011 \| NEC2011 | | IECC2012 \| IECC2009 |
| **Houston** | | Authority: Building | | | | | |
| IBC2006 IRC2006 | IFC2006 | UMC2006 | UPC2006 | | NEC2011 \| NEC2011 | | ASHRAE 90.1-2007 IECC2009 \| IECC2009 |
| **UTAH** | | Authority: Building | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 UCADB 1997 | IFC2012 NFPA101-2012 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **VERMONT** | | Authority: Fire | | | | | |
| IBC2012 | IFC2012 NFPA101-2012 | | IPC2012 | | NEC2011 \| NEC2011 | | |
| **VIRGINIA** | | Authority: Building | | | | | |
| IRC2009 \| IRC2009 IEBC2009 | IFC2009 \| IFC2009 | IMC2009 \| IMC2009 | | IFGC2009 | NEC2008 | | IECC2009 \| IECC2009 |
| **WASHINGTON** | | Authority: Building | | | | | |
| IBC2012 IRC2012 IEBC2012 | IFC2012 | IMC2012 | UPC2012 | | NEC2005 | A117.1-2003 | |
| **WEST VIRGINIA** | | Authority: Fire | | | | | |
| IBC2009 \| IBC2009 IRC2009 \| IRC2009 IEBC2009 | NFPA101-2012 | IMC2009 \| IMC2009 | IPC2009 \| IPC2009 | IFGC2009 | NEC2008 | A117.1-2003 | IECC2003 |
| **WISCONSIN** | | | | | | | |

Authority: Public Safety

| IBC2009 \| IBC2009 IEBC2009 | | IMC2009 \| IMC2009 | | IFGC2009 | | A117.1-2003 | IECC2009 \| IECC2009 |
|---|---|---|---|---|---|---|---|

**WYOMING**     Authority: Fire

| IBC2006 IEBC2006 | IFC2006 | IMC2006 | | IFGC2006 | NEC2011 \| NEC2011 | | |
|---|---|---|---|---|---|---|---|

**BOILER CODES**     Authority: National Board Synopsis

API 510 (2006): Pressure Vessel Inspection Code: In-Service Inspection, Rating, Repair, and Alteration

ASME B31.1 (2007): Code for Pressure Piping, Power Piping

ASME B31.1 (2007): 2008 Addendum to the 2007 Edition

ASME B31.1 (2007): 2009 Addendum to the 2007 Edition

ASME B31.5 (2001): Code for Pressure Piping, Refrigeration Piping and Heat Transfer Components

ASME B31.5 (2001): 2004 Addendum to the 2001 Edition

ASME B31.9 (2008): Building Services Piping

ASME BPVC I (2010): Boiler and Pressure Vessel Code, Part I, Rules for the Construction of Power Boilers

ASME BPVC I (2010): 2011 Addendum to the 2010 Edition

ASME BPVC IV (2007): Boiler and Pressure Vessel Code, Part IV, Rules for Construction of Heating Boilers

ASME BPVC IV (2007): 2008 Addendum to the 2007 Edition

ASME BPVC V (2010): Boiler and Pressure Vessel Code, Part V, Nondestructive Examination

ASME BPVC VI (2007): Boiler and Pressure Vessel Code, Part VI, Recommended Rules for the Care and Operation of Heating Boilers

ASME BPVC VI (2007): 2008 Addendum to the 2007 Edition

ASME BPVC VI (2010): Boiler and Pressure Vessel Code, Part VI, Recommended Rules for the Care and Operation of Heating Boilers

ASME BPVC VII (2010): Boiler and Pressure Vessel Code, Part VII, Recommended Guidelines for the Care of Power Boilers

ASME BPVC IX (2010): Boiler and Pressure Vessel Code, Part IX, Welding and Brazing Qualifications

ASME BPVC IX (2010): 2011 Addendum to the 2010 Edition

ASME CSD-1 (2009): Controls and Safety Devices for Automatically Fired Boilers

ASME PHVO-1 (2007): Safety Standard for Pressure Vessels for Human Occupancy

NB NBIC 1 (2007): National Board Inspection Code, Part 1, Installation

NB NBIC 1 (2007): 2008 Addendum to Part 1

NB NBIC 1 (2007): 2009 Addendum to Part 1

NB NBIC 2 (2007): National Board Inspection Code, Part 2, Inspection

NB NBIC 2 (2007): 2008 Addendum to Part 2

NB NBIC 2 (2007): 2009 Addendum to Part 2

NB NBIC 3 (2007): National Board Inspection Code, Part 3, Repair and ALteration

NB NBIC 3 (2007): 2008 Addendum to Part 3

NB NBIC 3 (2007): 2009 Addendum to Part 3

## ELEVATOR CODES

ANSI A10.4 (2007): Safety Requirements for Personnel Hoists on Construction and Demolition Sites

ANSI A10.5 (2006): Safety Requirements for Material Hoists - American National Standard for Construction and Demolition Operations

ASCE 21.1 (2005): Automated People Mover Standards, Part 1

ASCE 21.2 (2008): Automated People Mover Standards, Part 2

ASCE 21.3 (2008): Automated People Mover Standards, Part 3

ASCE 21.4 (2008): Automated People Mover Standards, Part 4

ASME A17.1 (1971): Safety Code for Elevators and Escalators

ASME A17.1 (2004): Safety Code for Elevators and Escalators

ASME A17.1 (2004): Addenda to the 2004 Edition

ASME A17.1 (2004): Addenda to the 2004 Edition

ASME A17.1 (2007): Safety Code for Elevators and Escalators

ASME A17.1 (2007): Addenda to the 2007 Edition

ASME A17.1 (2007): Addenda to the 2007 Edition

ASME A17.2 (2007): Guide for Inspection of Elevators, Escalators, and Moving Walks

ASME A17.2 (2010): Guide for Inspection of Elevators, Escalators, and Moving Walks

ASME A17.3 (2002): Safety Code for Existing Elevators and Escalators (Includes Requirements for Electric and Hydraulic Elevators and Escalators)

ASME A17.3 (2008): Safety Code for Existing Elevators and Escalators (Includes Requirements for Electric and Hydraulic Elevators and Escalators)

ASME A17.4 (1999): Guide for Emergency Personnel

ASME A17.5 (2004): Elevator and Escalator Electrical Equipment

ASME A17.6 (2010): Standard for Elevator Suspension, Compensation, and Governor Systems

ASME A17.7 (2007): Performance-Based Safety Code for Elevators and Escalators

ASME A18.1 (2005): Safety Standard for Platform Lifts and Stairway Chairlifts

ASME A18.1 (2008): Safety Standard for Platform Lifts and Stairway Chairlifts

ASME A90.1 (2003): Safety Standard for Belt Manlifts

ASME QEI-1 (2007): Standard for the Qualification of Elevator Inspectors

**AMUSEMENT CODES**

ASTM F698 (1994): Standard Specification for Physical Information to be Provided for Amusement Rides and Devices

ASTM F747 (1997): Standard Terminology Relating to Amusement Rides and Devices

ASTM F747 (2006): Standard Terminology Relating to Amusement Rides and Devices

ASTM F770 (1993): Standard Practice for Ownership and Operation of Amusement Rides and Devices

ASTM F770 (2006): Standard Practice for Ownership and Operation of Amusement Rides and Devices

ASTM F846 (1992): Standard Guide for Testing Performance of Amusement Rides and Devices

ASTM F853 (2004): Standard Practice for Maintenance Procedures for Amusement Rides and Devices

ASTM F853 (2005): Standard Practice for Maintenance Procedures for Amusement Rides and Devices

ASTM F893 (2005): Standard Guide for Inspection of Amusement Rides and Devices

ASTM F1159 (2003): Standard Practice for Design and Manufacture of Patron Directed, Artificial Climbing Walls, Dry Slide, and Purposeful Water Immersion Amusement

ASTM F1193 (2004): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

ASTM F1305 (1994): Standard Guide for Classification of Amusement Ride and Device Related Injuries and Illnesses

ASTM F1950 (1999): Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices

ASTM F1957 (1999): Standard Test Method for Composite Foam Hardness Durometer Hardness

ASTM F2007 (2000): Standard Practice for Design, Manufacture, and Operation of Concession Go Karts and Facilities

ASTM F2007 (2006): Standard Practice for Design, Manufacture, and Operation of Concession Go Karts and Facilities

ASTM F2137 (2001): Standard Practice for Measuring the Dynamic Characteristics of Amusement Rides and Devices

ASTM F2291 (2004): Standard Practice for Design of Amusement Rides and Devices

ASTM F2291 (2006): Standard Practice for Design of Amusement Rides and Devices

ASTM F2374 (2000): Standard Practice for Design, Manufacture, Operation, and Maintenance of Inflatable Amusement Devices

ASTM F2376 (2006): Standard Practice for Classification, Design, Manufacture, Construction, and Operation of Water Slide Systems

Last Updated: March 12, 2014

↑