# EXHIBIT L

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:       Text

Registration Number / Date:
                    TX0005920538 / 2004-03-10

Title:              Safety standard for belt manlifts : ASME A90.1-2003.

Edition:            Revision.

Description:        24 p.

Copyright Claimant:
                    American Society of Mechanical Engineers

Date of Creation:   2003

Date of Publication:
                    2004-01-30

Previous Registration:
                    Prev. reg. 1997, TX 4-573-481.

Basis of Claim:     New Matter: additions & revisions.

Variant title:      Safety standard for belt manlifts : ASME A90.1-2003.

Names:              American Society of Mechanical Engineers
```

================================================================================