# EXHIBIT M

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:        Text

Registration Number / Date:
                     TX0005181138 / 2000-08-30

Title:               Guidelines for the definition of onshore gas gathering
                        lines.

Edition:             1st ed.

Description:         1 v.

Series:              API recommended practice ; 80

Copyright Claimant:
                     American Petroleum Institute

Date of Creation:    2000

Date of Publication:
                     2000-04-01

Other Title:         API recommended practice ; 80

Names:               American Petroleum Institute

================================================================================
```