# EXHIBIT N

Case No. 1:14-cv-00857-TSC-DAR

| | |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | TX0000427109 / 1980-03-04 |
| Title: | Official methods of analysis of the Association of Official Analytical Chemists / William Horwitz, editor. |
| Edition: | 13th ed. |
| Imprint: | Washington, D. C. : The Association, 1980. |
| Description: | 1018 p. |
| Notes: | Spine ti.: Methods of analysis--A. O. A. C. |
| Copyright Claimant: | Association of Official Analytical Chemists |
| Date of Creation: | 1979 |
| Date of Publication: | 1980-01-29 |
| Authorship on Application: | compilation, editorial revision: Association of Official Analytical Chemists, employer for hire. |
| Previous Registration: | Prev. reg. 1975, A611246. |
| Basis of Claim: | New Matter: "pref., selection, arr., editing, revisions throughout." |
| Other Title: | Methods of analysis--A. O. A. C. |
| ISBN: | 0935584145 |
| Names: | Horwitz, William<br>Association of Official Analytical Chemists<br>A.O.A.C. |

================================================================================