# EXHIBIT O

Case No. 1:14-cv-00857-TSC-DAR

| | |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | TX0001142464 / 1983-06-27 |
| Title: | Classification in mental retardation / editor, Herbert J. Grossman ; contributors, Michael J. Begab [i.e. Michael Jay Begab], Dennis P. Cantwell, James D. Clements ... [et al.]. |
| Edition: | 1983 revision. |
| Imprint: | Washington, DC : The Association,  c1983. |
| Description: | 228 p. |
| Copyright Claimant: | American Association on Mental Deficiency |
| Date of Creation: | 1983 |
| Date of Publication: | 1983-05-20 |
| Previous Registration: | Prev. reg. as Manual on terminology and classification in mental retardation, 1977, A927480. |
| Basis of Claim: | New Matter: "new narrative sections, changes in medical classification & glossary." |
| Other Title: | Manual on terminology and classification in mental retardation |
| Names: | Cantwell, Dennis P.<br>Clements, James D.<br>Grossman, Herbert J., 1923-<br>Begab, Michael Jay, 1918-<br>American Association on Mental Deficiency |

================================================================================