# EXHIBIT P

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:       Text

Registration Number / Date:
                    TX0002953680 / 1990-11-16

Title:              Glazing manual.

Edition:            1990 ed.

Description:        1 v.

Copyright Claimant:
                    Flat Glass Marketing Association

Date of Creation:   1990

Date of Publication:
                    1990-11-06

Authorship on Application:
                    Flat Glass Marketing Association, employer for hire.

Previous Registration:
                    Prev. reg. 1986, TX 1-892-998.

Basis of Claim:     New Matter: "new additional original text and technical
                       drawings."

Names:              Flat Glass Marketing Association

================================================================================
```