# EXHIBIT Q

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:        Text

Registration Number / Date:
                     TX0006062476 / 2004-10-15

Title:               Mobile and locomotive cranes : ASME B30.5-2004.

Edition:             Revision of ASME B30.5-2000.

Description:         40 p.

Copyright Claimant:
                     American Society of Mechanical Engineers

Date of Creation:    2004

Date of Publication:
                     2004-09-27

Previous Registration:
                     Prev. reg. 2000, TX 5-302-553.

Basis of Claim:      New Matter: additions & revisions.

Variant title:       Mobile and locomotive cranes : ASME B30.5-2004.

Names:               American Society of Mechanical Engineers

================================================================================
```