# EXHIBIT R

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:        Text

Registration Number / Date:
                     TX0005434639 / 2001-03-21

Title:               Drinking water system components : health effects :
                         American national standard/NSF international standard
                         for drinking water additives : ANSI/INSF 61-2001.

Imprint:             Ann Arbor : NSF International,  c2001.

Description:         1 v.

Copyright Claimant:
                     NSF International a.k.a. National Sanitation Foundation

Date of Creation:    2001

Date of Publication:
                     2001-02-09

Previous Registration:
                     Prev. reg. 2000, et al.

Basis of Claim:      New Matter: revisions.

Variant title:       Drinking water system components : health effects

Names:               NSF International
                     National Sanitation Foundation
```

================================================================================