# EXHIBIT S

Case No. 1:14-cv-00857-TSC-DAR

```
Type of Work:      Text

Registration Number / Date:
                   TX0005902199 / 2003-07-23

Application Title: SEI/ASCE 7-02.

Title:             Minimum design loads for buildings and other structures.

Edition:           Special ed.

Imprint:           Reston, VA : ASCE,  2003.

Description:       376 p.

Copyright Claimant:
                   American Society of Civil Engineers

Date of Creation:  2003

Date of Publication:
                   2003-01-13

Basis of Claim:    New Matter: revision of ASCE 7-98.

Names:             American Society of Civil Engineers

================================================================================
```