# EXHIBIT W

Case No. 1:14-cv-00857-TSC-DAR

EXHIBIT
Malamud
32
5/12/15
PENGAD 800-631-6989



**PUBLIC.RESOURCE.ORG** ~ *A Nonprofit Corporation*

## Open Source America's Operating System
"It's Not Just A Good Idea—It's The Law!"

July 14, 2009

Gary M. Stern, General Counsel
National Archives and Records Administration
NGC–Room 3110
8601 Adelphi Road
College Park, MD 20740

Dear Mr. Stern:

This is a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 as further specified in the National Archives and Records Administration (NARA) FOIA Regulations, 36 C.F.R. § 1250. The purpose of this request is to obtain copies of all technical standards that have been Incorporated By Reference into the Code of Federal Regulations.

In addition to the requirements of the FOIA, this request should be granted because it is for access to the text of the binding laws that govern the operations and activities of government as well as all citizens.  This request should be granted based on the specific requirements of 1 C.F.R. § 51 governing the Incorporation By Reference mechanism, the requirements of OMB Circular A-130, the policies of our new President, and long-standing principles of due process and equal protection clearly stated by the courts.

### Incorporation By Reference and the Code of Federal Regulations

The U.S. Code requires publication in the Federal Register of "rules of procedure," "substantive rules," and other information published by agencies of the executive branch.  However, the Act specifies "matter reasonably available to the class of persons affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register." 5 U.S.C. § 552(a).

According to the NARA Incorporation By Reference Manual: "Congress authorized incorporation by reference in the Freedom of Information Act to reduce the volume of material published in the Federal Register and C.F.R.. (See 5 U.S.C. § 552(a) and 1 C.F.R. § 51). Congress gave complete authority to the Director of the Federal Register to determine whether a proposed incorporation by reference serves the public interest."

In 1 C.F.R. § 51, NARA spells out several requirements by which the Incorporation By Reference mechanism is carried out, including a requirement that the publication be

PROAERA_00010153

placed on file with NARA. In addition, the mechanism is quite precise, requiring a specific version of a specific standard, and substantial requirements of notice, need, and limitation of scope, as well as an affirmative determination for each standard by the Director of the Office of the Federal Register.

Nowhere in the U.S. Code or the C.F.R. is there an exemption of these technical standards from the requirements of the FOIA to make records available. However, NARA does appear to have an informal policy, not published in the C.F.R. or other formal regulations, with prominent notices that proclaim **"OFR does not distribute IBR materials"** and **"This site does not link to or contain standards incorporated by reference into the CFR."** [emphasis in original at the OFR web site.]

### What I Am Specifically Asking For

I would like NARA to make available some or all of the standards that have been Incorporated By Reference through any one of the following mechanisms:

- NARA can simply scan all IBR materials and make them available in the E-C.F.R. web site you maintain in conjunction with the Government Printing Office.

- NARA can allow Public.Resource.Org to scan or photocopy the materials at the Office of Federal Register's downtown Washington, DC location. While there is a procedure for doing this listed on your web site it seems to indicate prior approval is required of each copy request and it also appears you may not allow more than limited copying.

- NARA can furnish the materials to Public.Resource.Org as photocopies or electronically under the usual and customary procedures of the FOIA.

I am particularly interested in technical standards from Underwriters Laboratories, the American National Standards Institute, and other standards that are expensive and unavailable on the Internet and in public libraries. For your convenience, a specific list of the standards I am interested in is attached as Appendix A. It is important to stress that these materials we are seeking are not readily available through other means:

- For example, Underwriters Laboratories Standard 727, "Oil-Fired Central Furnaces," is a key safety standard that has been incorporated by reference into numerous parts of our Code of Federal Regulations including 10 C.F.R. § 434.403.1, 10 § C.F.R. 431.76(c)(1), and 24 § C.F.R. 200. To purchase this 124-page standard costs $708 and the Worldcat.Org system shows that the only library in the United States with a copy is the Washington State Department Labor & Industries library.

- Likewise, Underwriters Laboratories Standard 1191, "Standard for Components for Personal Flotation Devices," is mandated by the U.S. Coast Guard in 46 C.F.R. §§ 160.002, 160.047, 160.048, 160.049, 160.050, 160.052, 160.053, 160.055 , 160.060, 160.064, 160.076, 160.077, 160.150, 160.155, 160.176, 164.019, and 164.023. Yet, the only copy of this standard listed in Worldcat.Org is in the University of Wisconsin-Madison General Library System (1,700 miles away from my location) and it is the wrong version of the standard. To purchase the document costs $1,120.

- The only reasonably complete collections of ANSI documents available to the public in the United States appear to be at the Illinois State Library in Springfield, Illinois and the Linda Hall Library in Kansas City, Missouri.

PROAERA_00010154

### Request for News Media Fee Status

Public.Resource.Org asks that we not be charged search or review fees for this request because we qualify as a "representative of the news media" pursuant to the FOIA and 36 C.F.R. § 1250.2(g).

Public.Resource.Org, Inc. is a 501(c)(3) public charity chartered to make government information more broadly available without fee to any and all users.  We have been certified as a "news media" requester for the purposes of obtaining and publishing government records under the FOIA and other acts by the Department of the Army, the Department of the Air Force, the Department of Veteran Affairs, and the Food and Drug Administration.  I would be happy to furnish copies of these determinations at your request.

Public.Resource.Org is also engaged in a Joint Venture with the National Technical Information Service ("NTIS") under Agreement No. NTIS–1832 to more broadly disseminate hundreds of hours of video materials from the government onto the Internet.   Documents from this current FOIA request will be promptly published, joining over 90 million pages of U.S. government documents we have made available on the Internet.

Due to our extensive publication activities of both raw materials and editorial products, Public.Resource.Org is a "representative of the news media" under the FOIA and agency regulations.  As such, this request is subject only to duplication fees after the first 100 pages.  However, all duplication fees should be waived, as discussed below, because disclosure of the information requested above is in the public interest.

### Request for a Public Interest Fee Waiver

Public.Resource.Org is entitled to a waiver of duplication fees because disclosure of the requested information is in the public interest within the meaning of 36 C.F.R. §§ 1250.58 and 1250.60.  This request clearly satisfies these criteria.

A fee waiver is appropriate here because Public.Resource.Org has no commercial interest in the disclosure of the requested records.  Public.Resource.Org is a 501(c)(3) nonprofit organizations and will derive no commercial benefit from the information at issue here and will distribute all documents widely at no charge on the Internet.

Under 36 C.F.R. § 1260, several criteria are listed to be used in evaluating our request. This request meets all 6 of those criteria:

- As mentioned above, the primary legal materials published and binding on all citizens is the very essence of "operations and activities of the Federal Government" under 36 CFR § 1260(a)(1).

- Because these materials are out of the reach of most Americans and are only available in a small handful of libraries, this activity will release "meaningful information about Federal Government activities that [are] not already publicly known" under 36 CFR § 1260(a)(2).

- Technical standards are the very nuts and bolts of our public safety, environmental, and other codes will "advance the understanding of the general public on the issue" under 36 CFR § 1260(a)(3).

- Public.Resource.Org has published over 90 million pages of primary legal materials and we have substantial experience working with technical standards

PROAERA_00010155

for 3 decades, demonstrating an "expertise in or a thorough understanding of these records" under 36 CFR § 1260(a)(4).

- Public.Resource.Org maintains one of the most popular and visible document servers on the Internet for legal information and have demonstrated significant expertise to "disseminate this information to a broad spectrum of the public" under 36 CFR § 1260(a)(5).
- Disclosure of this material, making available standards that govern our daily activities but have been inaccessible to those without significant wealth will "lead to a significantly greater understanding of the Government by the public" under 36 CFR § 1260(a)(6).

It is particularly important to note that our prior work in making available public safety codes at the state level has demonstrated that the general public has a tremendous interest in reading and consulting these technical standards. The building, electrical, plumbing, boiler, elevator, fire, and other public safety codes we published for all 50 states have been extremely popular not only with specialists in the trades but with the general public, journalists, homeowners, and many others.

### Limitation of Fees

If you decide that we qualify neither as News Media or for a Public Interest Fee Waiver, we agree to pay fees up to a maximum of $5,000. If $5,000 is not sufficient to fully satisfy the request of all IBR documents, please provide a partial response with $5,000 worth of documents.

### NARA's Obligations Under OMB Circular A-130 and Title 44

Irrespective of your determination under the FOIA, we respectfully submit that NARA is required to make this information available under the requirements of the E-Government Act and related statutes and regulations. In particular, 44 U.S.C. § 1510(a) requires that the Code of Federal Regulations contain the "complete codifications of the documents of each agency of the Government having general applicability and legal effect, issued or promulgated by the agency by publication in the Federal Register or by filing with the Administrative Committee." Nowhere are standards Incorporated by Reference excluded from this requirement.

Publication of the C.F.R. is governed under the provisions of OMB Circular A-130 which states that "the free flow of information between the government and the public is essential to a democratic society" and requires that agencies, to the maximum extent possible, "disseminate information dissemination products on equitable and timely terms." Requiring purchase of a $1,120 document in order to read the law of the land is not equitable and does not promote a democratic society.

The policies of the E-Government Act and OMB promoting dissemination of government information should be considered in light of the clear, unequivocal language of the President's January 21, 2009 Memorandum: "In the face of doubt, openness prevails." The President's instructions are very clear: "All agencies should adopt a presumption in favor of disclosure, in order to renew their commitment to the principles embodied in FOIA, and to usher in a new era of open Government. The presumption of disclosure should be applied to all decisions involving FOIA."

PROAERA_00010156

Given the lack of any specific regulations governing disclosure of materials Incorporated By Reference, given the importance of these core materials, and given the clear, unqualified language of the President, NARA should disclose this material.

### Primary Legal Materials Must Be Available To the Public

In Veeck v. Southern Building Code Congress, 293 F.3d 791 (5th Circuit, 2002), Chief Judge Edith H. Jones clearly stated that "a continuous understanding that 'the law,' whether articulated in judicial opinions or legislative acts or ordinances, is in the public domain and thus not amenable to copyright."

Chief Judge Jones and the 5th Circuit were ruling consistently with a long line of decisions dating back to Wheaton v. Peters, 33 U.S. (8 Pet.) 591 (1834) which stated that "the law, which, binding every citizen, is free for publication to all, whether it is a declaration of unwritten law, or an interpretation of a constitution or statute."

It is important to note that the Veeck decision was specifically on point in addressing the mechanism of Incorporation By Reference, the same mechanism used by NARA for the documents we are requesting. Indeed, when the Veeck decision was appealed to the Supreme Court, the Court specifically invited the views and then followed the strong recommendation of the Solicitor General in denying certiorari and upholding the decision. In that Amicus Brief, Solicitor General Olson stressed that the standards incorporated by reference are "indistinguishable from other laws of general applicability that the public has always had the right to copy freely." Brief for the United States as Amicus Curiae, No. 02–355, May 2003.

The purpose of the Federal Register system is to notify citizens what laws they must obey. Access to the materials that make up the regulations of the executive branch is a foundational issue of our system of government. There can be no due process or equal protection under the law if the texts that make it up are not available for citizens to read. This FOIA request should be granted because it is the very purpose of the Office of the Federal Register to broadly disseminate the law and this request will further that purpose.

### Timeline for Response

As the FOIA provides, I will anticipate a determination on this request from your office within 20 working days.

Thank you for your consideration of this request.

Respectfully yours,


Carl Malamud
President & CEO
Public.Resource.Org

# Appendix A
## Standards Incorporated by Reference and Requested Under FOIA
### Office of the Federal Register, Code of Federal Regulations

For More Information, Please Consult the Standards Incorporated By Reference Database
National Institute of Standards and Technology, http://standards.gov/sibr/query/index.cfm

AA Aluminum Design Manual, Specifications and Guidelines for Aluminum Structures, Part 1-A, Sixth Edition, October 1994, and Part 1
AA-ASM 35-80 Specifications for Aluminum Sheet Metal Work in Building Construction Aluminum Association, 900 19th Street, NW., Wash
AAI-RMA Specifications for Anhydrous Ammonia Hose, Agriculture Ammonia Institute-Rubber Manufacturers (AAI-RMA) Association, 1400 H
AAMA 605-98 Voluntary Specification Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions a
AAMA 1503.1-1988 Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors, and Glazed Wall Sec
AAMA 1504-88 Voluntary Standards for Thermal Performance of Windows, Doors and Glazed Wall Sections
AAMA 1701.2-95 Voluntary Standard Primary Window and Sliding Glass Door for Utilization in Manufactured Housing
AAMA 1704-1985 Voluntary Standard Egress Window Systems for Utilization in Manufactured Housing
AAMA-800-92 Voluntary Specifications and Test Methods for Sealants American Architectural Manufacturers Association
AAMA-1503.1-88 Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sectio
AASHTO Guide to Metric Conversion, AASHTO, 1993
AASHTO LRFD Bridge Design Specifications, First Edition, AASHTO 1994 (U.S. Units).
AASHTO Manual . "Manual for Condition Evaluation of Bridges," second edition
AASHTO Standard Specifications for Movable Highway Bridges, AASHTO 1988
AASHTO Standard Specifications for Structural Supports for Highway Signs, Luminaires and Traffic Signals, AASHTO 1994
AASHTO Traffic Engineering Metric Conversion Factors, 1993-Addendum to the Guide to Metric Conversion, AASHTO, October 1993
AASHTO, A Policy on Design Standards Interstate System, AASHTO, January 2005
AASHTO, A Policy on Geometric Design of Highways and Streets, AASHTO 2001 AMerican Associatino of State Highway and Traffic Officia
AASHTO, Interim Specifications-Bridges, AASHTO 1993
AASHTO, Interim Specifications-Bridges, AASHTO 1994
AASHTO, Interim Specifications-Bridges, AASHTO 1995
ABS Guide for High Speed Craft, 1997
ABS Rules for Building and Classing Aluminum Vessels (1975)
ABS Rules for Building and Classing Mobile Offshore Drilling Units (1994)
ABS Rules for Building and Classing Mobile Offshore Drilling Units, 1998
ABS Rules for Building and Classing Reinforced Plastic Vessels, 1978
ABS Rules for Building and Classing Steel Vessels (1995)
ABS Rules for Building and Classing Steel Vessels for Service on Rivers and Intracoastal Waterways, 1995
ABS Rules for Building and Classing Steel Vessels Under 61 Meters (200 feet) in Length, 1983
ABS Rules for Building and Classing Steel Vessels, 1981
ABS Rules for Building and Classing Steel Vessels, 1986
ABS Rules for Building and Classing Steel Vessels, 1989
ABS Rules for Building and Classing Steel Vessels, 1995
ABS Rules for Building and Classing Steel Vessels, 1996
ABS Rules for Building and Classing Steel Vessels, 1997
ABS Rules for Building and Classing Steel Vessels, 1998
ABS U.S. Supplement to ABS Rules for Mobile Offshore Drilling Units, 1 June 1998
ABS U.S. Supplement to ABS Rules for Steel Vessels for Vessels on International Voyages, 1 August 1997
ABS U.S. Supplement to ABS Rules for Steel Vessels for Vessels on International Voyages, 21 October 1996
ABYC A-1-78-"Marine LPG-Liquefied Petroleum Gas Systems"
ABYC A-1-93-Marine Liquified Petroleum Gas (LPG) Systems
ABYC A-3-70-"Recommended Practices and Standards Covering Galley Stoves"

PROAERA_00010158

ABYC A-3-1993 Galley Stoves
ABYC A-7-1970 Recommended Practices and Standards Covering Boat Heating Systems
ABYC A-16-89—Electric Navigation Lights
ABYC A-16-97 American Boat and Yacht Council, Inc., 3069 Solomons Island Road, Edgewater, Maryland 21037-1416:, ABYC A-16 Electric
ABYC A-22-78—"Marine CNG-Compressed Natural Gas Systems"
ABYC A-22-93—Marine Compressed Natural Gas (CNG) Systems
ABYC E-1-1972 Bonding of Direct-Current Systems
ABYC E-8-1985—Alternating Current (AC) Electrical Systems on Boats
ABYC E-8-1994 Alternating-Current (AC) Electrical Systems on Boats
ABYC E-9-1981—Recommended Practices and Standards Covering Direct Current (DC) Electrical Systems on Boats
ABYC E-9-1990 Direct-Current (DC) Electrical Systems on Boats
ABYC H-2-1989—Ventilation of Boats Using Gasoline
ABYC H-2.5—"Ventilation of Boats Using Gasoline—Design and Construction" (1981)
ABYC H-22-86—DC Electric Bilge Pumps Operating Under 50 Volts
ABYC H-24-93—Gasoline Fuel Systems
ABYC H-24.9 (g) and (h)—"Fuel Strainers and Fuel Filters" (1975)
ABYC H-25-1981—Portable Fuel Systems and Portable Containers for Flammable Liquids, May 12, 1981.
ABYC H-25-1986 American Boat and Yacht Council (ABYC), 3069 Solomons Island Road, Edgewater, MD 21037-1416m H-25-1986—Portable Fuel
ABYC H-25-1994—Portable Gasoline Fuel Systems for Flammable Liquids
ABYC H-32-87—Ventilation of Boats Using Diesel Fuel
ABYC H-33-1989—Diesel Fuel Systems
ABYC P-1-1973 American Boat and Yacht Council (ABYC) P-1-73, Safe Installation of Exhaust Systems for Propulsion and Auxiliary Mach
ABYC P-1-1986—Installation of Exhaust Systems for Propulsion and Auxiliary Engines
ABYC P-1-1993—Installation of Exhaust Systems for Propulsion and Auxiliary Engines
ABYC P-4-89—Marine Inboard Engines
ACGIH American Conference of Governmental Industrial Hygienists (ACGIH), 1014 Broadway, Cincinnati, OH 45202, Threshold limit value
ACGIH Chapter 3, "Local Exhaust Hoods" and Chapter 5, "Exhaust System Design Procedure" of "Industrial Ventilation: A Manual of Rec
ACGIH's "Industrial Ventilation: A Manual of Recommended Practice" (22nd ed., 1995); or
ACI 211.1—89 Standard Practice for Selecting Proportions for Normal, Heavyweight and Mass Concrete American Concrete Institute
ACI 211.2—91 Standard Practice for Selecting Proportions for Structural Lightweight Concrete
ACI 213R—87 Guide for Structural Lightweight Aggregate Concrete
ACI 301—89 Specifications for Structural Concrete for Buildings
ACI 302.1R—80 Guide for Concrete Floor and Slab Construction
ACI 304R—89 Guide for Measuring, Mixing, Transporting and Placing Concrete
ACI 305R—77 Hot Weather Concreting (Revised 1989)
ACI 306R—78 Cold Weather Concreting (Revised 1988)
ACI 311.4R—80 Guide for Concrete Inspection (Revised 1988)
ACI 315—80 Guide for Detailing of Concrete Reinforcement
ACI 318—89 Building Code Requirements for Reinforced Structural Plain Concrete (Revised 1992)
ACI 322—72 Structural Plain Concrete
ACI 347—78 Recommended Practice for Concrete Formwork (Reapproved 1984)
ACI 357R—84 Guide for the Design and Construction of Fixed Offshore Concrete Structures, 1984; reapproved 1997
ACI 504R—77 Guide to Joint Sealants for Concrete Structures
ACI 506—90 Recommended Practice for Shotcreting
ACI 515.1R—79 A Guide to the Use of Waterproofing, Dampproofing, Protective and Decorative Barrier Systems for Concrete (Revised 19
ACI 533.1R—69 Quality Standards and Tests for Precast Concrete Wall Panels
ACI 533.2R—69 Selection and Use of Materials for Precast Concrete Wall Panels
ACI 533.3R—70 Fabrication, Handling and Erection of Precast Concrete Wall Panels
ACI Standard 318—95, Building Code Requirements for Reinforced Concrete (ACI 318—95) and Commentary (ACI 318R—95)
AFPA Design Values for Joists and Rafters 1992, AFPA.
AFPA Span Tables for Joists and Rafters—PS-20-70, 1993, AFPA.
AFPA Wood Structural Design Data, 1989, Revised 1992, AFPA.
AGA American Gas Association (AGA) (1) "Purging Principles and Practices," (3rd edition, 2001).
AGA American Gas Association Report No. 3: Orifice Metering of Natural Gas and Other Related Hydrocarbon Fluids, Part 1: General Ec
AGA American Gas Association Transmission Measurement Committee Report No. 7: Measurement of Gas by Turbine Meters (Second Revisior

PROAERA_00010159

AGA Manual of Petroleum Measurement Standards, Chapter 3—Tank Gauging, Section 1A, Standard Practice for the Manual Gauging of Petr
AGA Manual of Petroleum Measurement Standards,Section 1B—Standard Practice for Level Measurement of Liquid Hydrocarbons in Stationa
AGA Manual of Petroleum Measurement Standards,Section 2—Standard Practice for Gauging Petroleum and Petroleum Products in Tank Cars
AGA Manual of Petroleum Measurement Standards,Section 3—Standard Practice for Level Measurement of Liquid Hydrocarbons in Stationar
AGA Manual of Petroleum Measurement Standards,Section 4—Standard Practice for Level Measurement of Liquid Hydrocarbons on Marine Ve
AGA Manual of Petroleum Measurement Standards,Section 5—Standard Practice for Level Measurement of Light Hydrocarbon Liquids Onboar
AGA Pipeline Research Committee, Project PR—3—805, "A Modified Criterion for Evaluating the Remaining Strength of Corroded Pipe," (
AGA Pipeline Research Committee, Project PR—3—805, "A Modified Criterion for Evaluating the Remaining Strength of Corroded Pipe," (
AGA Requirements for Gas Connectors for Connection of Fixed Appliances for Outdoor Installation, Park Trailers, and Manufactured (M
AGA Requirements for Gas Connectors for Connection of Fixed Appliances for Outdoor Installation, Park Trailers, and Manufactured (M
Air Conditioning Contractors of America 1513 16th Street, NW., Washington, DC 20036, (202) 483—9370. Load Calculation for Resident
AISI Specification for the Design of Cold-Formed Steel Structural Members—AISI-1996.
AMCA 210—74 Air Movement and Control Association, 30 W. University Drive, Arlington Heights, IL 60004:, AMCA 210-74: Laboratory Met
AMCA 210—74 Figure 12. Air Moving and Conditioning Association, 30 West University Drive, Arlington Heights, Illinois 60004.
American Association of Textile Chemists and Colorists Test Method 79—2000, Absorbency of Bleached Textiles (reaffirmed 2000).
American Association of Textile Chemists and Colorists Test Method 118—1997, Oil Repellency: Hydrocarbon Resistance Test (reaffirme
American Herbal Products Association, Herbs of Commerce, 1992 edition
American Institute of Timber Construction (AITC) 200—83, Inspection Manual, 1987 edition, available from AITC, 333 West Hampden Ave
ANSI C33.2—56 Safety Standard for Transformer-Type Arc Welding Machines
ANSI C33.2—1956 Safety Standard for Transformer-Type Arc-Welding Machines,
ANSI C37.04 Rating Structure for AC High-Voltage Circuit Breakers Rated on a Symmetrical Current Basis, 1979 - IEEE
ANSI C37.12 For AC High-Voltage Circuit Breakers Rated on a Symmetrical Current Basis—Specification Guide, 1991
ANSI C37.13 IEEE Standard for Low-Voltage AC Power Circuit Breakers Used in Enclosures, 1990
ANSI C37.14 IEEE Standard for Low-Voltage DC Power Circuit Breakers Used in Enclosures, 1992
ANSI C63.4-2003: "Methods of Measurement of Radio-Noise Emissions from Low-Voltage Electrical and Electronic Equipment in the Range
ANSI C63.17-1998: "Methods of Measurement of the Electromagnetic and Operational Compatibility of Unlicensed Personal Communication
ANSI C72.1—1972 section 4.3.1 of Household Automatic Electric Storage Type Water Heaters, ANSI C72.1-1972
ANSI C78.1—1991 "for Fluorescent Lamps—Rapid-Start Types—Dimensional and Electrical Characteristics"
ANSI C78.2—1991 "for Fluorescent Lamps—Preheat-Start Types—Dimensional and Electrical Characteristics of Fluorescent Lamps"
ANSI C78.3—1991 "for Fluorescent Lamps—Instant-Start and Cold-Cathode Types—Dimensional and Electrical Characteristics"
ANSI C78.21—1989 "Incandescent Lamps—PAR and R Shapes"
ANSI C78.375—1991 "for Fluorescent Lamps—Guide for Electrical Measurements"
ANSI C79.1—1994 "Nomenclature for Glass Bulbs—Intended for Use with Electric Lamps"
ANSI C81.10—1976 Specifications for Electric Lamp Bases and Holders—Screw-Shell Types
ANSI C82.3—1983 "for Reference Ballasts for Fluorescent Lamps"
ANSI CSD-1—1982 with Addenda CSD-1a-1984, Controls and Safety Devices for Automatically Fired Boilers, November 15, 1984 ASME
ANSI D1.4-92 Structural Welding Code—Reinforcing Steel, ANSI/AWS D1.4-92, 1992.
ANSI D1.9-95 Bridge Welding Code, ANSI/AASHTO/AWS D1.5-95, AASHTO.
ANSI H23.1-70 Seamless Copper Water Tube Specification
ANSI H23.1—1970 (ASTM B88—69) Specification for Seamless Copper Water Tube,
ANSI H38.7-69 Specification for Aluminum Alloy Seamless Pipe and Seamless Extruded Tube
ANSI IT9.2—1991 Imaging Media—Photographic Processed Films, Plates, and Papers—Filing Enclosures and Storage Containers.
ANSI J6.6-71 Standard Specification for Rubber Insulating Gloves
ANSI K13.1-67 Identification of Gas Mask Canisters
ANSI K13.1—1967. Identification of Gas-Mask Canisters,
ANSI K61.1 American National Standard for the Storage and Handling of Anhydrous Ammonia,
ANSI K61.1 American National Standard Fundamentals Governing the Design and Operation of Local Exhaust Systems, Z9.2—1960
ANSI K61.66 Safety Requirements for the Storage and Handling of Anhydrous Ammonia
ANSI N13.1—1969 "Guide to Sampling Airborne Radioactive Materials in Nuclear Facilities." IBR approved for 61.93(b)(2)(ii) and 61.1
ANSI N14.1 Uranium Hexafluoride—Packaging for Transport, 1971, 1982, 1987, 1990, 1995 and 2001 Editions
ANSI O1.1-54 (R 61) Safety Code for Woodworking Machinery
ANSI Performance Requirements for Air Admittance Valves for Plumbing Drainage Systems, Fixture and Branch Devices—ASSE Standard #10
ANSI Plumbing Fixture Setting Compound—TTP 1536A-1975.
ANSI Plumbing Fixtures (General Specifications)—FS WW-P-541E/GEN-1980.
ANSI S1.4-71 (R 76) Specification for Sound Level Meters

PROAERA_00010160

ANSI S1.4-1983 Specification for Sound Level Meters, American National Standards Institute, S1.4-1983, incorporation by reference a
ANSI S1.4-1983 Specification for Sound Level Meters, American National Standards Institute, S1.4-1983, incorporation by reference a
ANSI S1.4-1983 Specification for Sound Level Meters, including Amendment S1.4A-1985.
ANSI S1.11-71 (R 76) Specification for Octave, Half-Octave and Third-Octave Band Filter Sets
ANSI S3.6-69 Specifications for Audiometers
ANSI S3.6-1969 American National Standard Specification for Audiometers,  ANSI S3.6-1969
ANSI S3.22-1996 - NSI S3.22-1996  "Specification of Hearing Aid Characteristics," ANSI S3.22-1996 (ASA 70-1996) (Revision of ANSI S
ANSI S12.13 Part I, Performance Requirements, Combustible Gas Detectors, 1986
ANSI T1.506-1990 American National Standard for Telecommunications—Network Performance—Transmission Specifications for Switched Exc
ANSI Z-124.9 Plastic Urinal Fixtures, 1994.
ANSI Z4.1-68 Requirements for Sanitation in Places of Employment
ANSI Z9.1-51 Safety Code for Ventilation and Operation of Open Surface Tanks
ANSI Z9.1-71 Practices for Ventilation and Operation of Open-Surface Tanks
ANSI Z9.1-1971 Practices for Ventilation and Operation of Open-Surface Tanks,
ANSI Z9.2-60 Fundamentals Governing the Design and Operation of Local Exhaust Systems
ANSI Z9.2-79 Fundamentals Governing the Design and Operation of Local Exhaust Systems
ANSI Z9.2-1979 Fundamentals Governing the Design and Operation of Local Exhaust Systems;
ANSI Z12.2-1962 (R1969) (Code for the Prevention of Dust Explosion in Woodworking and Wood Flour Manufacturing Plants),
ANSI Z12.12-68 Standard for the Prevention of Sulfur Fires and Explosions
ANSI Z12.12-1968. Prevention of Sulfur Fires and Explosions
ANSI Z12.20-62 (R 69) Code for the Prevention of Dust Explosions in Woodworking and Wood Flour Manufacturing Plants
ANSI Z21.1-2000 Household Cooking Gas Appliances-ANSI Z21.1-2000.
ANSI Z21.1-2000. Household Cooking Gas Appliances—
ANSI Z21.5.1 Gas Clothes Dryers Volume 1, Type 1 Clothes Dryers—ANSI Z21.5.1-/CSA 7.1-M99-1999 with Addendum Z21.5.1a-1999.
ANSI Z21.10.1-1998 Gas Water Heaters—Volume 1, Storage Water Heaters with Input Ratings of 75,000 BTU per hour or Less—ANSI Z21.10.
ANSI Z21.10.1-1998 with Addendum Z21.10.1a-2000. Gas Water Heaters—Volume 1, Storage Water Heaters with Input Ratings of 75,000 BTU
ANSI Z21.10.3-1998 CSA 4.3-M98, and its Addenda, ANSI Z21.10.3a-2000, CSA 4.3a-M00,
ANSI Z21.15-1997 Manually Operated Gas Valves for Appliances, Appliances Connector Valves, and Hose End Valves
ANSI Z21.15-1997 Manually Operated Gas Valves
ANSI Z21.15-1997 Manually Operated Gas Valves for Appliances, Appliances Connector Valves, and Hose End Valves
ANSI Z21.15/CGA 9.1-M97-1997. Manually Operated Gas Valves for Appliances, Appliance Connector Valves and Hose End Valves—
ANSI Z21.15/CGA Manually Operated Gas Valves for Appliances, Appliance Connector Valves and Hose End Valves—ANSI Z21.15/CGA 9.1-M97
ANSI Z21.19-1990 Refrigerators Using Gas Fuel—ANSI Z21.19-1990, with Addendum ANSI Z21.19a-1992 and Z21.19b-1995.
ANSI Z21.19-1990 Refrigerators Using Gas Fuel—ANSI Z21.19-1990, with Addendum ANSI Z21.19a-1992 and Z21.19b-1995.
ANSI Z21.20 Automatic Gas Ignition Systems and Components—ANSI Z21.20 with Addendum Z21.20a-2000.
ANSI Z21.20 Automatic Gas Ignition Systems and Components—ANSI Z21.20 with Addendum Z21.20a-2000.
ANSI Z21.21 Automatic Valves for Gas Appliances—ANSI Z21.21/CSA 6.5-2000.
ANSI Z21.21/CSA 6.5-2000, Automatic Valves for Gas Appliances—ANSI Z21.21/CSA 6.5-2000.
ANSI Z21.22-1986 Relief Valves and Automatic Gas Shutoff Devices for Hot Water Supply Systems—ANSI Z21.22-1986, With Addendum Z21.2
ANSI Z21.22-1986 Relief Valves and Automatic Gas Shutoff Devices for Hot Water Supply Systems—ANSI Z21.22-1986, With Addendum Z21.2
ANSI Z21.22/CSA 4.4-M99 Relief Valves and Automatic Gas Shutoff Devices for Hot Water Supply Systems—ANSI Z21.22/CSA 4.4-M99, 1999.
ANSI Z21.22/CSA 4.4-M99, 1999., Relief Valves and Automatic Gas Shutoff Devices for Hot Water Supply Systems—
ANSI Z21.23-1989 Gas Appliance Thermostats—ANSI Z21.23-1989, with Addendum Z21.23a-1991.
ANSI Z21.23-1989 Gas Appliance Thermostats—ANSI Z21.23-1989, with Addendum Z21.23a-1991.
ANSI Z21.24 Connectors for Gas Appliances—ANSI Z21.24/CGA 6.10-M97-1997.
ANSI Z21.24/CGA 6.10-M97-1997, Connectors for Gas Appliances—.
ANSI Z21.30-64 Requirements for Gas Appliances and Gas Piping Installations
ANSI Z21.30-1964 American National Standard Requirements for the Installation of Gas Appliances and Gas Piping Z21.30-1964
ANSI Z21.40.1 Gas Fired Absorption Summer Air Conditioning Appliances—ANSI Z21.40.1/CGA 2.91-M961996.
ANSI Z21.40.1/CGA 2.91-M961996. Gas Fired Absorption Summer Air Conditioning Appliances—
ANSI Z21.47-1990 Gas-Fired Central Furnaces (Except Direct Vent System Central Furnaces)—ANSI Z21.47-1990 with Addendum Z21.47a-199
ANSI Z21.47-1990 with Addendum Z21.47a-1990 and Z21.47b-1992. Gas-Fired Central Furnaces (Except Direct Vent System Central Furnace
ANSI Z21.47-1998 "Gas-Fired Central Furnaces," IBR approved for §431.76.
ANSI Z21.56-1994 "Gas-Fired Pool Heaters," section 2.9.
ANSI Z24.22-57 Method of Measurement of Real-Ear Attenuation of Ear Protectors at Threshold

PROAERA_00010161

ANSI Z26.1-1977 (including 1980 Supplement), Safety Code for Safety Glazing Materials for Glazing Motor Vehicles Operating on Land
ANSI Z33.1-61 Installation of Blower and Exhaust Systems for Dust, Stock, and Vapor Removal or Conveying
ANSI Z33.1-66 Installation of Blower and Exhaust Systems for Dust, Stock, and Vapor Removal or Conveying
ANSI Z33.1-1961. Installation of Blower and Exhaust Systems for Dust, Stock, and Vapor Removal or Conveying,
ANSI Z34.1-1993 Third-Party Certification Programs for Products, Processes, and Services
ANSI Z34.1-1987 American National Standard for Certification, Third-Party Certification Program
ANSI Z34.1-1993 Third-Party Certification Programs for Products, Processes, and Services.
ANSI Z35.1-68 Specifications for Accident Prevention Signs
ANSI Z41-91 Personal Protection-Protective Footwear
ANSI Z41-1983—American National Standard for Personal Protection-Protective Footwear.
ANSI Z41-1991 "American National Standard for Personal Protection-Protective Footwear,"
ANSI Z41.1-1967 American National Standard for Men's Safety-Toe Footwear,
ANSI Z49.1 "Safety in Welding, Cutting and Allied Processes," sections 4.3 and E4.3 (1999) (incorporated by reference, see §851.27)
ANSI Z53.1-67 Safety Color Code for Marking Physical Hazards and the Identification of Certain Equipment
ANSI Z53.1-1953 American National Standard Safety Color Code for Marking Physical Hazards and the Identification of Certain Equipme
ANSI Z54.1-1963 American National Standard Safety Standard for Non-Medical X-ray and Sealed Gamma-Ray Sources,   ANSI Z54.1-1963
ANSI Z87.1-1968 Practice of Occupational and Educational Eye and Face Protection
ANSI Z87.1-1979 Practice for Occupational and Educational Eye and Face Protection, 1979
ANSI Z87.1-1989 "American National Standard Practice for Occupational and Educational Eye and Face Protection,"
ANSI Z88.2 "American National Standard for Respiratory Protection," (1992) (incorporated by reference, see §851.27).
ANSI Z88.2-69 Practices for Respiratory Protection
ANSI Z88.2-1969 "American National Standards Practices for Respiratory Protection ANSI Z88.2-1969
ANSI Z88.2-1992 American National Standard for Respiratory Protection
ANSI Z88.2-1980—Practices for Respiratory Protection
ANSI Z89.1-69 Safety Requirements for Industrial Head Protection, 1969
ANSI Z89.1-86 Protective Headwear for Industrial Workers Requirements
ANSI Z89.1-1969 Safety Requirement for Industrial Head Protection
ANSI Z89.1-1981—Safety Requirements for Industrial Head Protection.
ANSI Z89.1-1986 Personnel Protective Headwear for Industrial Workers-Requirements
ANSI Z89.1-1969 "American National Standard Safety Requirements for Industrial Head Protection,"
ANSI Z89.1-1986 "American National Standard for Personnel Protection-Protective Headwear for Industrial Workers-Requirements,"
ANSI Z89.2-71 Safety Requirements for Industrial Protective Helmets for Electrical Workers, Class B
ANSI Z89.1-1986 "Personnel Protection-Protective Headwear for Industrial Workers-Requirements,"
ANSI Z97.1-1984 Safety Performance Specifications and Methods of Test for Safety Glazing Materials Used in Buildings, ANSI Z97.1-19
ANSI Z97.1-1984 "Safety Performance Specifications and Methods of Test for Safety Glazing Materials Used in Buildings."
ANSI Z97.1-1984. Safety Performance Specifications and Methods of Test for Safety Glazing Materials Used in Building-
ANSI Z124.1-1987. Plastic Bathtub Units with Addenda Z124.1a-1990 and Z124.16-1991—
ANSI Z124.1a-1990 Plastic Bathtub Units with Addenda Z124.1a-1990 and Z124.16-1991-ANSI Z124.1-1987.
ANSI Z124.2-1987. Plastic Shower Receptors and Shower Stalls with Addendum Z124.2a-1990— ANSI Z124.2-1987.
ANSI Z124.2a-1990 Plastic Shower Receptors and Shower Stalls with Addendum Z124.2a-1990-ANSI Z124.2-1987.
ANSI Z124.3-1986. Plastic Lavatories with Addendum Z124.3a-1990—
ANSI Z124.3a-1990 Plastic Lavatories with Addendum Z124.3a-1990-ANSI Z124.3-1986.
ANSI Z124.4-1986. Plastic Water Closets, Bowls, and Tanks with Addenda Z124.4a-1990— ANSI Z124.4-1986.
ANSI Z124.4a-1990 Plastic Water Closets, Bowls, and Tanks with Addenda Z124.4a-1990-ANSI Z124.4-1986.
ANSI Z124.5 Plastic Toilet (Water Closets) Seats, 1997.
ANSI Z124.5-1989 American National Standard for Plastic Toilet Seats (Water Closet Seats)
ANSI Z124.7 Prefabricated Plastic Spa Shells, 1997.
ANSI Z124.9 Plastic Urinal Fixtures, 1994.
ANSI Z136.1 "Safe Use of Lasers," (2000) (incorporated by reference, see §851.27).
ANSI Z245.2-1992 ("American National Standard for Refuse Collection, Processing, and Disposal Equipment-Stationary Compactors-Safet
ANSI Z245.5-1990 ("American National Standard for Refuse Collection, Processing, and Disposal-Baling Equipment-Safety Requirements'
ANSI/AAMA 101-1988 Voluntary Specifications for Aluminum Prime Windows and Sliding Glass Doors
ANSI/AAMA 1002.10-1983 Voluntary Specifications for Aluminum Insulating Storm Products for Windows and Sliding Glass Doors
ANSI/AAMA 1102.7-1989 Voluntary Specifications for Aluminum Storm Doors
ANSI/AAMA 1402-1986 Standard Specifications for Aluminum Siding, Soffit and Fascia (ANSI Approved 1989)

PROAERA_00010162

Appendix A, Page 5

ANSI/AAMA/NWWDA 101/I.S.2-97 Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors—ANSI/AAMA/NWWDA 1(
ANSI/ACI 214—77 Recommended Practice for Evaluation of Strength Test Results of Concrete (Reapproved 1983)
ANSI/AFPA NDS-20001 National Design Specifications for Wood Construction, 2001 Edition, with Supplement, Design Values for Wood Cor
ANSI/AGA Z21.22-86 Relief Valves and Automatic Shutoff Devices for Hot Water Supply Systems, March 28, 198663.25—3
ANSI/AHA A135.4—1982 Basic Hardboard (Reaffirmed 1988)
ANSI/AHA A135.6—1990 Hardboard Siding
ANSI/AHA A194.1—1985 Cellulosic Fiber Board
ANSI/AHAM DW—1
ANSI/AHAM HRF—1—2004 "Energy, Performance and Capacity of Household Refrigerators, Refrigerator-Freezers and Freezers,"
– ANSI/AIIM MS1—1996 August 8, 1996, Standard Recommended Practice for Alphanumeric Computer-Output Microforms—Operational Practice
– ANSI/AIIM MS5—1992 December 21, 1992, Standard for Information and Image Management—Microfiche.
ANSI/AIIM MS14—1996 August 8, 1996, Standard Recommended Practice—Specifications for 16mm and 35mm Roll Microfilm.
– ANSI/AIIM MS19—1993 August 18, 1993, Standard Recommended Practice—Identification of Microforms.
– ANSI/AIIM MS23—1998 June 2, 1998, Standard Recommended Practice—Production, Inspection, and Quality Assurance of First-Generatior
– ANSI/AIIM MS32—1996 February 16, 1996, Standard Recommended Practice—Microrecording of Engineering Source Documents on 35mm Micro
– ANSI/AIIM MS41—1996 July 16, 1996, Dimensions of Unitized Microfilm Carriers and Apertures (Aperture, Camera, Copy and Image Card
– ANSI/AIIM MS43—1998 June 2, 1998, Standard Recommended Practice—Operational Procedures—Inspection and Quality Control of Duplicat
– ANSI/AIIM MS45—1990 January 22, 1990, Recommended Practice for Inspection of Stored Silver-Gelatin Microforms for Evidence of Det
ANSI/AISC 360—05 Specification for Structural Steel Buildings
ANSI/American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) Standard 29—1988 (RA 2005), "Methods of Tes
ANSI/APA 1—1984 Mosaic-Parquet Hardboard Slat Flooring
ANSI/ARI 210/240-89 Unitary Air-Conditioning and Air-Source Heat Pump Equipment—ANSI/ARI 210/240-89.
ANSI/ARI 210/240-89. Unitary Air-Conditioning and Air-Source Heat Pump Equipment—
ANSI/ASHRAE 15-94 Safety Code for Mechanical Refrigeration
ANSI/ASHRAE 34-78—Number Designation of Refrigerants, approved 1978.
ANSI/ASHRAE 55—1992 Thermal Environmental Conditions for Human Occupancy.
ANSI/ASHRAE 62—1989 Ventilation for Acceptable Indoor Air Quality.
ANSI/ASHRAE 103—1993 "Methods of Testing for Annual Fuel Utilization Efficiency of Residential Central Furnaces and Boilers," (witl
ANSI/ASHRAE Standard 32.1—2004, "Methods of Testing for Rating Vending Machines for Bottled, Canned, and Other Sealed Beverages."
ANSI/ASHRAE/IESNA Standard 90.1—2004, Energy Standard for Buildings Except Low-Rise Residential Buildings , January 2004, American
ANSI/ASME 05.2-1983 American National Standard for Wood Products—Structural Glued Laminated Timber for Utility Structures, availabl
– ANSI/ASME A10.14-1975—Requirements for Safety Belts, Harnesses, Lanyards, Lifelines, and Drop Lines for Construction and Industri
ANSI/ASME A10.14-1991 Requirements for Safety Belts, Harnesses, Lanyards and Lifelines for Construction and Demolition Use, 1991
ANSI/ASME A11.1-1965 (R 70) Practice for Industrial Lighting
ANSI/ASME A11.1-1965 (R—1970). Practice for Industrial Lighting,
ANSI/ASME A13.1-1956 American National Standard Scheme for the Identification of Piping Systems, ANSI A13.1-1956
ANSI/ASME A14.1-1968 Safety Code for Portable Wood Ladders, Supplemented by ANSI A14.1a-77
ANSI/ASME A14.1-1975 Safety Requirements for Portable Wood Ladders
– ANSI/ASME A14.1-1990 Safety Requirements for Portable Wood Ladders
ANSI/ASME A14.2-1956 Safety Code for Portable Metal Ladders, Supplemented by ANSI A14.2a-77
ANSI/ASME A14.2-1972 Safety Requirements for Portable Metal Ladders
– ANSI/ASME A14.2-1990 Safety Requirements for Portable Metal Ladders
ANSI/ASME A14.3-1956 American National Standard Safety Code for Fixed Ladders, ANSI A14.3-1956
ANSI/ASME A14.5-1992 Safety Requirements for Portable Reinforced Plastic Ladders
ANSI/ASME A17.1-1965 Safety Code for Elevators, Dumbwaiters and Moving Walks, Including Supplements, A17.1a (1967); A17.1b (1968);
ANSI/ASME A17.1-1968 including supplements A 17.1a and B-1985—Safety Code for Elevators and Escalators
– ANSI/ASME A17.1-1993 Safety Code for Elevators and Escalators, 1993
ANSI/ASME A17.1—87 Safety Code for Elevators and Escalators Including the A17.1b-89 Addenda
ANSI/ASME A17.1—1965 Safety Code for Elevators, Dumbwaiters, and Moving Walks, A17.1—1965, including Supplements A17.1a—1967, A17.1
ANSI/ASME A17.1A-1994 Addenda to ANSI/ASME A17.1, Safety Code for Elevators and Escalators (including Errata, 1995), 1994
ANSI/ASME A17.2-1960 including Suppelements A17.2a—1965 and A17.2b—1967. Practice for the Inspection of Elevators (Inspector's Manu
ANSI/ASME A90.1—1969 American National Safety Standard for Manlifts
ANSI/ASME A92.2—1969 "Vehicle Mounted Elevating and Rotating Work Platforms,"
ANSI/ASME A108.1A-92 Specifications for Installation of Ceramic Tile, in the Wet Set Method with Portland Cement Mortar
– ANSI/ASME A112.1.2-1991 Air Gaps in Plumbing Systems—ASME A112.1.2-1991.

PROAERA_00010163

ANSI/ASME A112.1.2-1991 - Air Gaps in Plumbing Systems-
- ANSI/ASME A112.4.1-1993 Water Heater Relief Valve Drain Tubes-ASME A112.4.1-1993.
ANSI/ASME A112.4.1-1993. Water Heater Relief Valve Drain Tubes-
- ANSI/ASME A112.4.3-1999 Plastic Fittings for Connecting Water Closets to the Sanitary Drainage System-ASME A112.4.3-1999.
ANSI/ASME A112.4.3-1999. Plastic Fittings for Connecting Water Closets to the Sanitary Drainage System-
ANSI/ASME A112.14.1-1975 Backflow Valves-.
ANSI/ASME A112.18.1M-1989 Plumbing Fixture Fittings-ASME/ANSI A112.18.1M-1989.
ANSI/ASME A112.18.1M-1989. Plumbing Fixture Fittings-
- ANSI/ASME A112.18.1M-1996 "Plumbing Fixture Fittings."
ANSI/ASME A112.18.1M89 Plumbing Fixture Fittings
ANSI/ASME A112.18.3M-1996 Performance Requirements for Backflow Protection Devices and Systems in Plumbing Fixture Fittings-ASME A1
ANSI/ASME A112.18.3M-1996. Performance Requirements for Backflow Protection Devices and Systems in Plumbing Fixture Fittings-
- ANSI/ASME A112.18.6-1999. Front Fog Lamp, SAE J583, August 2004, incorporation by reference approved for §393.24(b).
- ANSI/ASME A112.18.7-1999 Deck Mounted Bath/Shower Transfer Valves with Integral Backflow Protection-ASME A112.18.7-1999.
ANSI/ASME A112.19.1M-1987 Enameled Cast Iron Plumbing Fixtures-ANSI/ASME A112.19.1M-1987.
ANSI/ASME A112.19.1M-1987. Enameled Cast Iron Plumbing Fixtures-
ANSI/ASME A112.19.2(M)-1990 Vitreous China Plumbing Fixtures-ANSI/ASME A112.19.2(M)-1990.
ANSI/ASME A112.19.2(M)-1990. Vitreous China Plumbing Fixtures-
ANSI/ASME A112.19.3M-1987 Stainless Steel Plumbing Fixtures (Designed for Residential Use)-ANSI/ASME A112.19.3M-1987.
ANSI/ASME A112.19.3M-1987. Stainless Steel Plumbing Fixtures (Designed for Residential Use)-
ANSI/ASME A112.19.4(M)-1984 Porcelain Enameled Formed Steel Plumbing Fixtures-ANSI/ASME A112.19.4(M)-1984.
ANSI/ASME A112.19.4(M)-1984.. Porcelain Enameled Formed Steel Plumbing Fixtures-
ANSI/ASME A112.19.5-1979. Trim for Water Closet, Bowls, Tanks, and Urinals-
ANSI/ASME A112.19.6-1995 Hydraulic Performance Requirements for Water Closets and Urinals, ASME A112.19.6-1995.
ANSI/ASME A112.19.6-1995 "Hydraulic Requirements for Water Closets and Urinals."
ANSI/ASME A112.19.6-1995. Hydraulic Performance Requirements for Water Closets and Urinals,
ANSI/ASME A112.19.7M-1987 Whirlpool Bathtub Appliances-ANSI/ASME A112.19.7M-1987.
ANSI/ASME A112.19.7M-1987. Whirlpool Bathtub Appliances-
ANSI/ASME A112.19.8M-1989 Suction Fittings for Use in Swimming Pools, Wading Pools, Spas, Hot Tubs, and Whirlpool Bathtub Appliance
ANSI/ASME A112.19.8M-1989. Suction Fittings for Use in Swimming Pools, Wading Pools, Spas, Hot Tubs, and Whirlpool Bathtub Applianc
ANSI/ASME A112.19.9M-1991 Non-Vitreous Ceramic Plumbing Fixtures-ASME A112.19.9M-1991
ANSI/ASME A112.19.9M-1991. Non-Vitreous Ceramic Plumbing Fixtures-
ANSI/ASME A112.21.3M-1985 Hydrants for Utility and Maintenance Use-ANSI/ASME A112.21.3M-1985.
ANSI/ASME A112.21.3M-1985. Hydrants for Utility and Maintenance Use-
ANSI/ASME A112.26.1-1969 Water Hammer Arresters-ANSI A112.26.1-1969 (R 1975).
ANSI/ASME A119.19.10-1994 Dual Flush Devices for Water Closets-ASME A119.19.10-1994.
ANSI/ASME A119.19.10-1994. Dual Flush Devices for Water Closets-
ANSI/ASME A120.1-70 Safety Code for Powered Platforms for Exterior Building Maintenance
ANSI/ASME A135.4-1995 Basic Hardboard-ANSI/AHA A135.4-1995.
ANSI/ASME A135.5-1995 Prefinished Hardboard Paneling-ANSI/AHA A135.5-1995.
ANSI/ASME A135.6-1998 Hardboard Siding-ANSI/AHA A135.6-1998.
ANSI/ASME A137.1-1988 Specifications for Ceramic Tile
ANSI/ASME A190.1-1992 For wood products-Structural Glued Laminated Timber-ANSI/AITC A190.1-1992.
ANSI/ASME A208.1-1999 Particleboard-ANSI A208.1-1999.
ANSI/ASME A208.1-1989 Wood Particleboard
ANSI/ASME B1.1-82 Unified Inch Screw Threads (UN and UNR Thread Form)
ANSI/ASME B1.20.1-1983 Pipe Threads, General Purpose (Inch)-ANSI/ASME B1.20.1-1983.
ANSI/ASME B1.20.1-1983. Pipe Threads, General Purpose (Inch)-
ANSI/ASME B1.20.3-76 (reaffirmed 1982) Dryseal Pipe Threads (Inch)
ANSI/ASME B7.1-1964 Safety Code for the Use, Care, and Protection of Abrasive Wheels
ANSI/ASME B7.1-1970 American National Standard Safety Code for the Use, Care, and Protection of Abrasive Wheels,  ANSI B7.1-1970
ANSI/ASME B7.1-1970 Safety Code for the Use, Care, and Protection of Abrasive Wheels
ANSI/ASME B15.1-1953 (R 1958);  Safety Code for Mechanical Power Transmission Apparatus,
ANSI/ASME B16.1-1975 Cast Iron Flanges and Flanged Fittings, Class 25, 125, 250 and 800
ANSI/ASME B16.1-1998 "Cast Iron Pipe Flanges and Flanged Fittings."

PROAERA_00010164

```
ANSI/ASME B16.3-1985 Malleable Iron Threaded Fittings, Classes 150 and 300
ANSI/ASME B16.3-1992 Malleable Iron Threaded Fittings—ANSI/ASME B16.3-1992.
ANSI/ASME B16.3-1992. Malleable Iron Threaded Fittings—
ANSI/ASME B16.4-1985 Cast Iron Threaded Fittings, Classes 125 and 250
ANSI/ASME B16.4-1992 Gray Iron Threaded Fittings—ANSI/ASME B16.4-1992.
ANSI/ASME B16.4-1992. Gray Iron Threaded Fittings—
ANSI/ASME B16.5-1981 Pipe Flanges and Flanged Fittings
ANSI/ASME B16.5-1988 Pipe Flanges and Flanged Fittings 1988, including 1992 Addenda and Errata
ANSI/ASME B16.5-1977 Steel Pipe Flanges, Flanged Fittings
ANSI/ASME B16.5-2003 (October 2004) "Pipe Flanges and Flanged Fittings."
ANSI/ASME B16.5-2003 Pipe Flanges and Flanged Fittings
ANSI/ASME B16.9-1986 Factory-Made Wrought Steel Buttwelding Fittings
ANSI/ASME B16.9-2003 (February 2004) "Factory-Made Wrought Steel Butt Welding Fittings"
ANSI/ASME B16.10-1986 Face-to-Face and End-to-End Dimensions of Ferrous Valves
ANSI/ASME B16.11-1980 Forged Steel Fittings, Socket-Welding and Threaded
ANSI/ASME B16.14-1983 Ferrous Pipe Plugs, Bushings, and Locknuts with Pipe Threads
ANSI/ASME B16.15-1985 Cast Bronze Threaded Fittings, Classes 125 and 250
ANSI/ASME B16.15-1985 Cast Bronze Threaded Fittings, Classes 125 and 250—
ANSI/ASME B16.18-1984 Cast Copper Alloy Solder Joint Pressure Fittings
ANSI/ASME B16.20-1973 Ring-Joint Gaskets and Grooves for Steel Pipe Flanges VIII, Division 1, Pressure Vessels, 1986 with addenda
ANSI/ASME B16.22-1989 Wrought Copper and Copper Alloy Solder-Joint Pressure Fitting—ASME/ANSI B16.22-1989.
ANSI/ASME B16.22-1989. Wrought Copper and Copper Alloy Solder-Joint Pressure Fitting—
ANSI/ASME B16.23-1992 Cast Copper Alloy Solder-Joint Drainage Fittings-DWV—ASME B16.23-1992.
ANSI/ASME B16.23-1992 Cast Copper Alloy Solder-Joint Drainage Fittings-DWV—.
ANSI/ASME B16.24-1979 Bronze Pipe Flanges and Flanged Fittings, Class 150 and 300
ANSI/ASME B16.25-1986 Buttwelding Ends
ANSI/ASME B16.26-1988 Cast Copper Alloy Fittings for Flared Copper Tubes—ASME/ANSI B16.26-1988.
ANSI/ASME B16.26-1988 Cast Copper Alloy Fittings for Flared Copper Tubes—.
ANSI/ASME B16.28-1986 Wrought Steel Buttwelding Short Radius Elbows and Returns
ANSI/ASME B16.29-1986 Wrought Copper and Wrought Copper Alloy Solder-Joint Drainage Fittings-DWV—ASME/ANSI B16.29-1986.
ANSI/ASME B16.29-1986. Wrought Copper and Wrought Copper Alloy Solder-Joint Drainage Fittings-DWV—
ANSI/ASME B16.31 Non-Ferrous Flanges, 1971
ANSI/ASME B16.34-88 Valves-Flanged, Threaded and Welding End
ANSI/ASME B16.42-87 Ductile Iron Pipe Flanges and Flanged Fittings, Classes 150 and 300
ANSI/ASME B18.2.1-81 Square and Hex Bolts and Screws, Inch Series
ANSI/ASME B18.2.2-87 Square and Hex Nuts
ANSI/ASME B20.1-1957 Safety Code for Conveyors, Cableways, and Related Equipment,
ANSI/ASME B30.2-43 (R 52) Safety Code for Cranes, Derricks, and Hoists
ANSI/ASME B30.2.0-1967 American National Standard Safety Code for Overhead and Gantry Cranes,  ANSI B30.2.0-1967
ANSI/ASME B30.5-1968 American National Standard Safety Code for Crawler, Locomotive, and Truck Cranes, ANSI B30.5-1968
ANSI/ASME B30.6-1969 American National Standard Safety Code for Derricks, ANSI B30.6-1969
ANSI/ASME B31.1-1955 Code for Pressure Piping
ANSI/ASME B31.1-1986—Code for Pressure Piping, Power Piping
ANSI/ASME B31.1-1967 Code for Pressure Piping, ANSI B31.1-1967 with addenda B31.1-1969
ANSI/ASME B31.1-2001—Power Piping, and B31.1a-2002-Addenda to ASME B31.1-2001 (incorporated by reference, see §851.27);
ANSI/ASME B31.1.0-1967 and addenda B31.10a-1969. Fuel Gas Piping, B31.2—1968 - Power Piping,
ANSI/ASME B31.1a-63 Addenda to ANSI B31.1 (1955)
ANSI/ASME B31.2-68 Fuel Gas Piping
ANSI/ASME B31.2-1968—Fuel Gas Piping (incorporated by reference, see §851.27);
ANSI/ASME B31.3 Chemical Plant and Petroleum Refinery Piping, 1987 (including B31.3a-1988, B31.3b-1988, and B31.3c-1989 addenda)
ANSI/ASME B31.3 Chemical Plant and Petroleum Refinery Piping, 1993
ANSI/ASME B31.3-66 Petroleum Refinery Piping
ANSI/ASME B31.3-2002—Process Piping (incorporated by reference, see §851.27);
ANSI/ASME B31.4-2002 (October 2002) "Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids"
ANSI/ASME B31.4-2002—Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids (incorporated by reference, see §85?
```

PROAERA_00010165

ANSI/ASME B31.5-1966 Addenda B31.5a (1968) Refrigeration Piping,
ANSI/ASME B31.5-1987 Refrigeration Piping, 1987
ANSI/ASME B31.5-1966 Refrigeration Piping Code, American National Standards Institute, B31.5-1966 with addenda B31.1a-1968,
ANSI/ASME B31.5-2001-Refrigeration Piping and Heat Transfer Components, and B31.5a-2004, Addenda to ASME B31.5-2001 (incorporated b
ANSI/ASME B31.8-2003 (February 2004) "Gas Transmission and Distribution Piping Systems."
ANSI/ASME B31.8-2003 (February 2004) "Gas Transmission and Distribution Piping Systems."
ANSI/ASME B31.8-2003 Gas Transmission and Distribution Piping Systems
ANSI/ASME B31.8-2003-Gas Transmission and Distribution Piping Systems (incorporated by reference, see §851.27);
ANSI/ASME B31.8S-2004 "Supplement to B31.8 on Managing System Integrity of Gas Pipelines."
ANSI/ASME B31.8S-2001-Managing System Integrity of Gas Pipelines (incorporated by reference, see §851.27);
ANSI/ASME B31.9-1996-Building Services Piping (incorporated by reference, see §851.27);
ANSI/ASME B31.11-2002-Slurry Transportation Piping Systems (incorporated by reference, see §851.27); and
ANSI/ASME B31G-1991 (Reaffirmed; 2004) "Manual for Determining the Remaining Strength of Corroded Pipelines"
ANSI/ASME B31G-1991 (Reaffirmed; 2004) "Manual for Determining the Remaining Strength of Corroded Pipelines."
ANSI/ASME B31G-1991-Manual for Determining Remaining Strength of Corroded Pipelines (incorporated by reference, see §851.27).
ANSI/ASME B36.10-1979 Welded and Seamless Wrought Steel Pipe
ANSI/ASME B36.10-1979 Welded and Seamless Wrought Steel Pipe
ANSI/ASME B36.10-1979 Welded and Seamless Wrought Steel Pipe.
ANSI/ASME B36.10-1979. Welding and Seamless Wrought Steel Pipe-
ANSI/ASME B36.10M-85 Welded and Seamless Wrought Steel Pipe
ANSI/ASME B36.19M-85 Stainless Steel Pipe
ANSI/ASME B56.1 1959, Safety Code for Powered Industrial Trucks, pages 8 and 13
ANSI/ASME B56.1-69 Safety Standard for Powered Industrial Trucks
ANSI/ASME B56.1-1969 - "American National Standard for Powered Industrial Trucks, Part II,
ANSI/ASME B56.1-1969 American National Standard Safety Code for Powered Industrial Trucks,  ANSI B56.1-1969
ANSI/ASME B56.6-1992 (with addenda), Safety Standard for Rough Terrain Forklift Trucks
ANSI/ASME B56.6-1992 (with addenda), "Safety Standard for Rough Terrain Forklift Trucks",
ANSI/ASME B57.1-65 Compressed Gas Cylinder Valve Outlet and Inlet Connections
ANSI/ASME B57.1-1965 American National Standard Compressed Gas Cylinder Valve Outlet and Inlet Connections,
ANSI/ASME B93.5 Recommended practice for the use of Fire Resistant Fluids for Fluid Power Systems, 1979
ANSI/ASME B175.1-1991 Safety Requirements for Gasoline-Powered Chain Saws 1910.266(e)(2)(i).
ANSI/ASME B175.1-1991 "Safety Requirements for Gasoline-Powered Chain Saws"
ANSI/ASQC Q9001-1994 Quality Systems-Model for Quality Assurance in Design, Development, Production, Installation, and Servicing, 1
ANSI/ASQC Q9001-1994 Quality Assurance in Design, Development, Production and Servicing, 1994
ANSI/Association of Home Appliance Manufacturers (AHAM) Standard HRF-1-2004, "Energy, Performance and Capacity of Household Refrige
ANSI/ASTM "Standard Test Method for Length and Length Distribution of Cotton Fibers (Array Method), ANSI/ASTM D 1440-77 (1982)
ANSI/ASTM D3536-76 "Standard Test Method for Molecular Weight Averages and Molecular Weight Distribution of Polystyrene by Liquid E
ANSI/BHMA A156.2-1989 Standard for Bored and Preassembled Locks and Latches
ANSI/BOMA Z65.1-1996 Standard Method for Measuring Floor Areas in Office Buildings (the BOMA Standard), approved June 7, 1996; IBR
ANSI/EIA 359-A-84 EIA Standard Colors for Color Identification and Coding,
ANSI/HPS N13.1-1999 "Sampling and Monitoring Releases of Airborne Radioactive Substances from the Stacks and Ducts of Nuclear Faci:
ANSI/HPVA HP-1-1994 American National Standard for Hardwood and Decorative Plywood-ANSI/HPVA HP-1-1994 (Approved 1995).
ANSI/ICEA S-84-608-1988 Standard For Telecommunications Cable, Filled, Polyolefin Insulated, Copper Conductor Technical Requirement
ANSI/ICEA S-84-608-1988 Standard For Telecommunications Cable, Filled, Polyolefin Insulated, Copper Conductor Technical Requirement
ANSI/ICEA S-89-648-1993 Standard For Telecommunications Aerial Service Wire
ANSI/ICEA S-89-648-1993 Standard For Telecommunications Aerial Service Wire, Technical Requirements (approved by ANSI July 11, 1994
ANSI/IEEE 743-1984 IEEE Standard Methods and Equipment for Measuring the Transmission Characteristics of Analog Voice Frequency Ci:
ANSI/IEEE American National Standard/Institute of Electrical and Electronics Engineers, Inc. (ANSI/IEEE), 1993 National E
ANSI/IEEE C2-1997 National Electrical Safety Code (NESC)
ANSI/ISO 5-3-1995 ANSI/NAPM IT2.18-1996, March 8, 1996, American National Standard for Photography-Density Measurements-Part 3: Spe
ANSI/ISO 5.2-1991 ANSI/NAPM IT2.19-1994, February 20, 1995, American National Standard for Photography-Density Measurements-Part 2:
ANSI/ISO 543-1990 (ANSI IT9.6-1991) Photography-Photographic Films-Specifications for Safety Film; and,
ANSI/ISO 3334-1991 ANSI/AIIM MS51-1991, May 10, 1991, Micrographics-ISO Resolution Test Chart No. 2-Description and Use.
ANSI/NAPM IT9.1-1992 Imaging Media (Film)-Silver-Gelatin Type-Specifications for Stability,
ANSI/NAPM IT9.11-1993 Imaging Media-Processed Safety Photographic Films-Storage; and

PROAERA_00010166

ANSI/NAPM IT9.18—1996 Imaging Materials—Processed Photographic Plates—Storage Practices.
ANSI/NAPM IT9.20—1996 Imaging Materials—Reflection Prints—Storage Practices.
ANSI/NAPM IT9.23—1996 Imaging Materials—Polyester Base Magnetic Tape—Storage.
ANSI/NEMA WD—6—Wiring Devices, Dimensional Requirements, 1988
ANSI/NKCA A161.1—1985 Recommended Performance and Construction Standards for Kitchen and Vanity Cabinets (Approved March 18, 1986)
ANSI/NSF 14—1990 Plastic Piping Components and Related Materials—ANSI/NSF 14—1990.
ANSI/NSF 14—1990. Plastic Piping Components and Related Materials— ANSI/NSF 14—1990.
ANSI/NSF 24—1988 Plumbing System Components for Manufactured Homes and Recreational Vehicles—ANSI/NSF 24—1988.
ANSI/NSF 24—1988.. Plumbing System Components for Manufactured Homes and Recreational Vehicles—
ANSI/NSF 61—2001 Drinking Water System Components—Health Effects—ANSI/NSF 61—2001.
ANSI/NSF 61—2001 Drinking water system components—Health effects.
ANSI/NSF 61—2001. Drinking Water System Components—Health Effects—
ANSI/NSPI—1—91 Standard for Public Swimming Pools
ANSI/NWWDA IS 1—87 Industry Standard for Wood Flush Doors
ANSI/NWWDA IS 2—87 Industry Standard for Wood Windows
ANSI/NWWDA IS 3—88 Industry Standard for Wood Sliding Patio Doors
ANSI/NWWDA IS 6—86 Industry Standard for Wood Stile and Rail Doors
ANSI/PIMA IT9.2—1998 April 15, 1998, American National Standard for Imaging Materials—Photographic Processed Films, Plates, and Pap
ANSI/PIMA IT9.11—1998 Imaging Materials—Processed Safety Photographic Films—Storage.
ANSI/PIMA IT9.25—1998 Imaging Materials—Optical Disc Media—Storage.
ANSI/RESNA Standard WC/Vol.1—1998 Section 13, "Determination of Coefficient of Friction of Test Surfaces" (ANSI/RESNA WC/Vol.1—1998
ANSI/SAE Z26.1—1996 "American National Standard for Safety Glazing Materials for Glazing Motor Vehicles and Motor Vehicle Equipment
ANSI/SAE Z26.1—1996 American National Standard for Safety Glazing Materials for Glazing Motor Vehicles and Motor Vehicle Equipment
ANSI/SCTE 26 2001 (formerly DVS 194): "Home Digital Network Interface Specification with Copy Protection," 2001
ANSI/SCTE 54 2003 (formerly DVS 241): "Digital Video Service Multiplex and Transport System Standard for Cable Television," 2003
ANSI/SCTE 65 2002 (formerly DVS 234): "Service Information Delivered Out-of-Band for Digital Cable Television," 2002
ANSI/TIA Project 25 Data Overview—New Technology Standards Project—Digital Radio Technical Standards, approved March 3, 2000, Telec
ANSI/TIA Project 25 DES Encryption Protocol, approved January 23, 2001, Telecommunications Industry Association, ANSI/TIA/EIA-102.A
ANSI/TIA Project 25 FDMA Common Air Interface—New Technology Standards Project—Digital Radio Technical Standards, approved April 1!
ANSI/TIA Project 25 FDMA Common Air Interface—New Technology Standards Project—Digital Radio Technical Standards, approved April 1!
ANSI/TIA Project 25 Packet Data Specification—New Technology Standards Project—Digital Radio Technical Standards, approved March 3,
ANSI/TIA Project 25 Radio Control Protocol (RCP)—New Technology Standards Project—Digital Radio Technical Standards, approved Marcl
ANSI/TIA Project 25 Vocoder Description, approved May 5, 1998, Telecommunications Industry Association, ANSI/TIA/EIA—102.BABA—1998.
AOAC "Official Methods of Analysis of the AOAC International," (formerly the Association of Official Analytical Chemists), 15th Ed.
AOAC, Official Methods of Analysis, 18th Ed. Revision 2, 2007 ("latest edition" is specified in some places - doublecheck!)
APA 1999 edition of the Standards for Educational and Psychological Testing
APA Construction and Industrial Plywood (With Typical APA Trademarks)—PS 1—95.
APA Design and Fabrication of All-Plywood Beams—APA H—815E (PDS Supplement #5), 1995.
APA Design and Fabrication of Glued Plywood-Lumber Beams—APA—S 812Q, Suppl. 2—1992.
APA Design and Fabrication of Plywood Curved Panels—APA—S 811M, Suppl. 1, 1990.
APA Design and Fabrication of Plywood Sandwich Panels—APA—U 814H, Suppl. 4, 1990.
APA Design and Fabrication of Plywood Stressed-Skin Panels—APA—U 813L, Suppl. 3, 1990.
APA Design/Construction Guide, Residential and Commercial—APA E30—P—1996.
APA Panel Design Specification—APA D410A, 2004.
API 2C American Petroleum Institute Specification for Offshore Pedestal Mounted Cranes (API Spec 2C)
- API 2C Specification for Offshore Pedestal Mounted Cranes, Sixth Edition, March 2004, Effective Date: September 2004, API Stock I
API 2D Recommended Practice for Operation and Maintenance of Offshore Cranes (API RP 2D),
- API 2D Recommended Practice for Operation and Maintenance of Offshore Cranes, Fifth Edition, June 2003, API Stock No. G02D05
API 2FPS RP for Planning, Designing, and Constructing, Floating Production Systems
API 2RD Recommended Practice for Design of Risers for Floating Production Systems (FPSs) and Tension-Leg Platforms (TLPs), First Ec
API 2SK Recommended Practice for Design and Analysis of Stationkeeping Systems for Floating Structures, Third Edition, October 2005
API 2SM Recommended Practice for Design, Manufacture, Installation, and Maintenance of Synthetic Fiber Ropes for Offshore Mooring,
API 2T Recommended Practice for Planning, Designing, and Constructing Tension Leg Platforms, Second Edition, August 1997, API Stock
API 5L "Specification for Line Pipe," (43rd edition and errata, 2004)
API 5L1 "Recommended Practice for Railroad Transportation of Line Pipe," (6th edition, 2002)

PROAERA_00010167

API 6A Specification for Wellhead and Christmas Tree Equipment, ANSI/APIfication 6A, Nineteenth Edition, July 2004; also available
API 6AV1 Specification for Verification Test of Wellhead Surface Safety Valves and Underwater Safety Valves for Offshore Service, F
API 6D "Pipeline Valves," (22nd edition, January 2002)
- API 6D "Pipeline Valves" (22nd edition, January 2002)
API 6D Specification for Pipeline Valves, Twenty-second Edition, January 2002; also available as ISO 14313:1999, MOD, Petroleum anc
API 9A Specification for Wire Rope, Section 3, Properties and Tests for Wire and Wire Rope, May 28, 1984
API 12B (May 1958) Specification for Bolted Production Tanks, 11th Ed., With Supplement No. 1, Mar. 1962
API 12B Specification for Bolted Production Tanks, Eleventh Edition, May 1958, and Supplement 1, March 1962;
API 12D (Aug. 1957) Specification for Large Welded Production Tanks, 7th Ed.
API 12D Specification for Large Welded Production Tanks, Seventh Edition, August 1957; or
API 12F "Specification for Shop Welded Tanks for Storage of Production Liquids," (11th edition, 1994)
API 12F (Mar. 1961) Specification for Small Welded Production Tanks, 5th Ed.
API 12F Specification for Small Welded Production Tanks, Fifth Edition, March 1961.
API 14A Specification for Subsurface Safety Valve Equipment, Tenth Edition, November 2000; also available as ISO 10432:1999, Petrol
API 14B Recommended Practice for Design, Installation, Repair and Operation of Subsurface Safety Valve Systems, Fifth Edition, Octc
API 14B Recommended Practice for Design, Installation, Repair, and Operation of Subsurface Safety Valve Systems
API 14C Analysis, Design, Installation and Testing of Basic Surface Safety Systems for Offshore Production Platforms, 1986
API 14C Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surface Safety Systems for Offshore Productic
API 14E Recommended Practice for Design and Installation of Offshore Production Platform Piping Systems, Fifth Edition, October 1,
API 14F Recommended Practice for Design and Installation of Electrical Systems for Fixed and Floating Offshore Petroleum Facilities
API 14F Recommended Practice for Design and Installation of Electrical Systems for Fixed and Floating Offshore Petroleum Facilities
API 14FZ Recommended Practice for Design and Installation of Electrical Systems for Fixed and Floating Offshore Petroleum Facilitie
API 14FZ Recommended Practice for Design and Installation of Electrical Systems for Fixed and Floating Offshore Petroleum Facilitie
API 14G Recommended Practice for Fire Prevention and Control on Open Type Offshore Production Platforms, Third Edition, December 1,
API 14H Recommended Practice for Installation, Maintenance, and Repair of Surface Safety Valves and Underwater Safety Valves Offshc
API 14J Recommended Practice for Design and Hazards Analysis for Offshore Production Facilities, Second Edition, May 2001, API Stoc
API 17J Specification for Unbonded Flexible Pipe, Second Edition, November 1999; Errata dated May 25, 2001; Addendum 1, June 2003,
API 53 Recommended Practice for Blowout Prevention Equipment Systems for Drilling Wells, 1984
API 53 Recommended Practices for Blowout Prevention Equipment Systems for Drilling Wells (
API 53 Recommended Practices for Blowout Prevention Equipment Systems for Drilling Wells, Third Edition, March 1997; reaffirmed Ser
API 65 Recommended Practice for Cementing Shallow Water Flow Zones in Deep Water Wells, First Edition, September 2002, API Stock Nc
API 80 "Guidelines for the Definition of Onshore Gas Gathering Lines," (1st edition, April 2000)
API 500 Recommended Practice for Classification of Locations for Electrical Installations at Petroleum Facilities, Classified as Cl
API 505 Recommended Practice for Classification of Locations for Electrical Installations at Petroleum Facilities, Classified as Cl
API 510 "Pressure Vessel Inspection Code: Maintenance Inspection, Rating, Repair, and Alteration," (8th edition, 1997 including Adc
API 510 Pressure Vessel Inspection Code: In-Service Inspection, Rating, Repair, and Alteration, Downstream Segment, Ninth Edition,
API 550 Manual on Installation of Refinery Instruments and Control Systems, Part II-Process Stream Analyzers, Section 1-Oxygen Anal
API 620 "Design and Construction of Large, Welded, Low-Pressure Storage Tanks," (10th edition, 2002 including Addendum 1)
API 620 Fourth Ed. (1970) Including appendix R, Recommended Rules for Design and Construction of Large Welded Low Pressure Storage
API 620 Recommended Rules for the Design and Construction of Large, Welded, Low-Pressure Storage Tanks, Third Edition, 1966
API 650 "Welded Steel Tanks for Oil Storage," (10th edition, 1998 including Addenda 1-3)
API 650 (1966) Welded Steel Tanks for Oil Storage, 3rd Ed.
API 651 "Cathodic Protection of Aboveground Petroleum Storage Tanks," (2nd edition, December 1997)
API 652 "Lining of Aboveground Petroleum Storage Tank Bottoms," (2nd edition, December 1997)
API 653 "Tank Inspection, Repair, Alteration, and Reconstruction," (3rd edition, 2001 including Addendum 1, 2003)
API 1104 "Welding of Pipelines and Related Facilities," (19th edition, 1999 including October 31, 2001 errata)
API 1104-1968 Standard for Welding Pipe Lines and Related Facilities,
API 1130 "Computational Pipeline Monitoring for Liquid Pipelines," (2nd edition, 2002)
API 1162 "Public Awareness Programs for Pipeline Operators," (1st edition, December 2003)
API 2000 "Venting Atmospheric and Low-Pressure Storage Tanks," (5th edition, April 1998)
API 2000 Venting Atmospheric and Low-Pressure Storage Tanks (Nonrefrigerated and Refrigerated), Third Edition, January 1982 (reaffi
API 2003 "Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents," (6th edition, 1998)
API 2003 Protection Against Ignitions Arising Out of Static, Lightning and Stray Currents, 1991
API 2026 "Safe Access/Egress Involving Floating Roofs of Storage Tanks in Petroleum Service," (2nd edition, 1998)
API 2201 (1963) Welding or Hot Tapping on Equipment Containing Flammables

PROAERA_00010168

API 2201—1963. Welding or Hot Tapping on Equipment Containing Flammables,
API 2350 "Overfill Protection for Storage Tanks In Petroleum Facilities," (2nd edition, 1996)
API 2509 B Shop Testing of Automatic Liquid Level Gages, Bulletin 2509 B, December 1961 (Reaffirmed August 1987, October 1992), for
API 2510 "Design and Construction of LPG Installations," (8th edition, 2001)
API 2517 Evaporative Loss from External Floating-Roof Tanks, Third Edition, February 1989, IBR approved for §63.111 and §63.2406.
API 2517 The Evaporation Loss From External Floating-Roof Tanks, Publication 2517, second edition, February 1980, for §52.741(a)(3]
API 2518 Evaporative Loss from Fixed-roof Tanks, Second Edition, October 1991, IBR approved for §63.150(g)(3)(i)(C) of subpart G of
API 2551 Measurement and Calibration of Horizontal Tanks, First Edition, 1965; reaffirmed March 2002, API Stock No. H25510
API 2552 USA Standard Method for Measurement and Calibration of Spheres and Spheroids, First Edition, 1966; reaffirmed February 200
API 2555 Method for Liquid Calibration of Tanks, First Edition, September 1966; reaffirmed March 2002; API Stock No. H25550
API 2556 Recommended Practice for Correcting Gauge Tables for Incrustation, Second Edition, August 1993; reaffirmed November 2003,
API Bulletin 2INT-EX, Interim Guidance for Assessment of Existing Offshore Structures for Hurricane Conditions, May 2007
API Bulletin 2INT-MET, Interim Guidance on Hurricane Conditions in the Gulf of Mexico, May 2007
API Manual of Petroleum Measurement Specifications (MPMS) (formerly API Publications 2517 and 2519), First Edition, April 1997, II
API Q1 Specification for Quality Programs for the Petroleum, Petrochemical and Natural Gas Industry, ANSI/APIfication Q1, Seventh H
API RP 2A—WSD, Recommended Practice for Planning, Designing and Constructing Fixed Offshore Platforms—Working Stress Design, Twent]
ARI 210/240—89 Unitary Air-Conditioning and Air-Source Heat Pump Equipment, IBR approved for §431.96.
ARI 210/240—2003 published in 2003, "Unitary Air-Conditioning and Air-Source Heat Pump Equipment," IBR approved for §431.96.
ARI 210/240—2006 means the test standard "Unitary Air-Conditioning and Air-Source Heat Pump Equipment" published in 2006 by ARI.
ARI 310/380—2004 (CSA—C744—04) published in 2004, "Standard for Packaged Terminal Air-Conditioners and Heat Pumps
ARI 340/360—2004 "Performance Rating of Commercial and Industrial Unitary Air-Conditioning and Heat Pump Equipment."
ARI 810—2003 "Performance Rating of Automatic Commercial Ice-Makers."
ARI 1200—2006 "Performance Rating of Commercial Refrigerated Display Merchandisers and Storage Cabinets."
ARI 1200—2006 section 5, "Rating Requirements for Remote Commercial Refrigerated Display Merchandisers and Storage Cabinets."
ASAE R313.1—1971 ("Soil cone penetrometer"), as reconfirmed in 1975, American Society of Agricultural Engineers ("ASAE") recommenda
ASCE 7-88 The design wind loads for Exposure C specified in ANSI/ASCE 7-88, "Minimum Design Loads for Buildings and Other Structure
ASCE 7-1988 Minimum Design Loads for Buildings and Other Structures—ASCE 7-1988.
ASCE 19-1996 Structural Applications of Steel Cables for Buildings—ASCE19, 1996.
ASHRAE 23—2005 "Methods of Testing for Rating Positive Displacement Refrigerant Compressors and Condensing Units."
ASHRAE 23—2005 means the test standard "Methods of Testing for Rating Positive Displacement Refrigerant Compressors and Condensing
ASHRAE 37—2005 "Methods of Testing for Rating Unitary Air-Conditioning and Heat Pump Equipment."
ASHRAE 37—2005 means the test standard "Methods of Testing for Rating Unitary Air-Conditioning and Heat Pump Equipment" published j
ASHRAE 41.1—86 (RA 01) means the test standard "Standard Method for Temperature Measurement" published in 1986 and reaffirmed in 20
ASHRAE 41.1—1986 (Reaffirmed 2001), "Standard Method for Temperature Measurement."
ASHRAE 41.2—87 (RA 92) means the test standard "Standard Methods for Laboratory Airflow Measurement" published in 1987 and reaffirm
ASHRAE 41.2—1987 (Reaffirmed 1992), "Standard Methods for Laboratory Airflow Measurement."
ASHRAE 41.6—94 (RA 01) means the test standard "Method for Measurement of Moist Air Properties" published in 1994 and reaffirmed in
ASHRAE 41.6—1994 (Reaffirmed 2001), "Standard Method for Measurement of Moist Air Properties."
ASHRAE 41.9—00 means the test standard "Calorimeter Test Methods for Mass Flow Measurements of Volatile Refrigerants" published in
ASHRAE 41.9—2000 "Calorimeter Test Methods for Mass Flow Measurements of Volatile Refrigerants."
ASHRAE 51—99/AMCA Standard 210—1999 means the test standard "Laboratory Methods of Testing Fans for Aerodynamic Performance Rating'
ASHRAE 116—95 RA(05) means the test standard "Methods of Testing for Rating for Seasonal Efficiency of Unitary Air Conditioners and
ASHRAE 116—1995 (RA 2005), "Methods of Testing for Rating for Seasonal Efficiency of Unitary Air Conditioners and Heat Pumps."
ASHRAE 1997 ASHRAE Handbook of Fundamentals, Inch-Pound Edition, chapters 22 through 27
ASHRAE chapter 22 of the 1989 ASHRAE Handbook of Fundamentals
ASHRAE/Air Movement and Control Association International, Inc. Standard 51—1999/210—1999, "Laboratory Methods of Testing Fans for
ASHRAE/IESNA 90.1—1989 entitled "Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings," with Addenda 90.1
ASHRAE/IESNA Standard 90.1—1989
ASME Boiler and Pressure Vessel Code Section I, Power Boilers, July 1989 with 1989 addenda
ASME Boiler and Pressure Vessel Code Section V, Nondestructive Examination (1986)38.25-3(a)(1)
ASME Boiler and Pressure Vessel Code Section V, Nondestructive Examination (1986)151.04-7(a)(1)
ASME Boiler and Pressure Vessel Code, Sec. VIII, 1949, 1950, 1952, 1956, 1959, and 1962 Ed.
ASME Boiler and Pressure Vessel Code, Sec. VIII, 1968
ASME Boiler and Pressure Vessel Code, Sec. VIII, Unfired Pressure Vessels, Including Addenda (1969)
ASME Boiler and Pressure Vessel Code, Section I, "Rules for Construction of Power Boilers," (2004 edition, including addenda throug

PROAERA_0001016⁹

ASME Boiler and Pressure Vessel Code, Section I, Power Boilers, July 1989 with 1989 addend
ASME Boiler and Pressure Vessel Code, Section I, Rules for Construction of Power Boilers; including Appendices 2004 Edition; and Ju
ASME Boiler and Pressure Vessel Code, Section IV, Rules for Construction of Heating Boilers; including Appendices 1, 2, 3, 5, 6, ar
ASME Boiler and Pressure Vessel Code, Section IX, "Welding and Brazing Qualifications," (2004 edition, including addenda through Ju
ASME Boiler and Pressure Vessel Code, section IX, Welding and Brazing Qualifications, July 1989 with 1989 addenda.
ASME Boiler and Pressure Vessel Code, section V, Nondestructive Examination (1986)
ASME Boiler and Pressure Vessel Code, Section VIII, Division 1, "Rules for Construction of Pressure Vessels," (2004 edition, incluc
ASME Boiler and Pressure Vessel Code, Section VIII, Division 1, Pressure Vessels, 1989, with Addenda issued December 31, 1989 ("ASM
ASME Boiler and Pressure Vessel Code, section VIII, Division 1, Pressure Vessels, July 1989 with 1989 addenda
ASME Boiler and Pressure Vessel Code, Section VIII, Division 2, "Rules for Construction of Pressure Vessels—Alternative Rules," (20
ASME Boiler and Pressure Vessel Code, Section VIII, Rules for Construction of Pressure Vessels; Divisions 1 and 2, 2004 Edition; Ju
ASME Boiler and Pressure Vessel Code, Section VIII, Rules for Construction of Unfired Pressure Vessels, 1963
ASME Boiler and Pressure Vessel Code: Section I, Power Boilers, 1986 with addenda
ASME Code for Pressure Vessels, 1968 Ed.
ASME Code for Unfired Pressure Vessels for Petroleum Liquids and Gases of the API and the ASME, 1951 Ed.
ASME Interim Supplement 19.5 on Instruments and Apparatus: Application, Part II of Fluid Meters, 6th Edition (1971), IBR approved f
ASME MFC-3M-2004 (Revision of ASME MFC-3M-1989 (R1995)), Measurement of Fluid Flow in Pipes Using Orifice, Nozzle, and Venturi
ASME MFC-4M-1986 (Reaffirmed 1997), Measurement of Gas Flow by Turbine Meters
ASME MFC-5M-1985 (Reaffirmed 1994), Measurement of Liquid Flow in Closed Conduits Using Transit-Time Ultrasonic Flowmeters
ASME MFC-6M-1998 Measurement of Fluid Flow in Pipes Using Vortex Flowmeters
ASME MFC-7M-1987 (Reaffirmed 1992), Measurement of Gas Flow by Means of Critical Flow Venturi Nozzles
ASME MFC-9M-1988 (Reaffirmed 2001), Measurement of Liquid Flow in Closed Conduits by Weighing Method
ASME NQA-2a-1990 addenda, part 2.7, to ASME NQA-2-1989 edition "Quality Assurance Requirements for Nuclear Facility Applications;"
ASME NQA-3-1989 edition, "Quality Assurance Program Requirements for the Collection of Scientific and Technical Information for Sit
ASME Nuclear Quality Assurance (NQA) Standard, NQA-1-1989 edition, "Quality Assurance Program Requirements for Nuclear Facilities;"
ASME Performance Test Code 4.2 (1991), Test Code for Coal Pulverizers
ASME PTC 4.1-1964 (Reaffirmed 1991), Power Test Codes: Test Code for Steam Generating Units (with 1968 and 1969 Addenda), IBR appro
ASME PTC 19.10-1981, Flue and Exhaust Gas Analyses [Part 10, Instruments and Apparatus], IBR approved for §60.106(e)(2) of subpart
ASME QRO-1-1994 Standard for the Qualification and Certification of Resource Recovery Facility Operators, IBR approved for §§60.56a
ASME SPPE-1-1994 and SPPE-1d-1996 Addenda, Quality Assurance and Certification of Safety and Pollution Prevention Equipment Used ir
ASNT "Recommended Practice No. SNT-TC-1A (1988), Personnel Qualification and Certification in Nondestructive Testing"
ASNT "Recommended Practice No. SNT-TC-1A (1988), Personnel Qualification and Certification in Nondestructive Testing" American Soci
ASQC Q9000-1-1994 Quality Management and Quality Assurance Standards Guidelines for Selection and Use American Society for Quality
ASQC Q9001-1994 Quality Systems—Model for Quality Assurance in Design, Development, Production, Installation, and Servicing;
ASQC Q9002-1994 Quality Systems—Model for Quality Assurance in Production, Installation, and Servicing;
ASQC Q9003-1994 Quality Systems—Model for Quality Assurance in Final Inspection and Test;
ASQC Q9004-1-1994 Quality Management and Quality System Elements—Guidelines
ASSE 1001 ANSI Performance Requirements for Pipe Applied Atmospheric Type Vacuum Breakers—ASSE 1001 (ASSE/ANSI-1990).
ASSE 1001 ASSE/ANSI-1990). Performance Requirements for Pipe Applied Atmospheric Type Vacuum Breakers ASSE 1001 ( ANSI/ANSI-1990).
ASSE 1002-1986 Performance Requirements for Water Closet Flush Tank Fill Valves (Ballcocks)—ASSE 1002 Revision 5-1986 (ANSI/ASSE-19
ASSE 1002. Performance Requirements for Water Closet Flush Tank Fill Valves (Ballcocks)—ASSE 1002 Revision 5—1986 (ANSI/ ASSE-1979)
ASSE 1006 (ASSE/ANSI-1986). Plumbing Requirements for Residential Use (Household) Dishwashers—
ASSE 1006 Plumbing Requirements for Residential Use (Household) Dishwashers—ASSE 1006, (ASSE/ANSI-1986).
ASSE 1007-1986 ANSI Performance Requirements for Home Laundry Equipment—ASSE 1007-1986.
ASSE 1007-1986. Performance Requirements for Home Laundry Equipment— ASSE 1007-1986.
ASSE 1008-1996 ANSI Performance Requirements for Household Food Waste Disposer Units—ASSE 1008-1986.
ASSE 1008-1986. Performance Requirements for Household Food Waste Disposer Units— ASSE 1008-1986.
ASSE 1011-1981 ANSI Performance Requirements for Hose Connection Vacuum Breakers—ASSE 1011-1981 (ANSI-1982).
ASSE 1014-1989 ANSI Performance Requirements for Hand-held Showers—ASSE 1014-1989 (ANSI-1990).
ASSE 1014-1989 (ANSI-1990). Performance Requirements for Hand-held Showers— ASSE 1014-1989 (ANSI-1990).
ASSE 1016-1988 ANSI Performance Requirements for Individual Thermostatic Pressure Balancing and Combination Control for Bathing Fac
ASSE 1017-1986 ANSI Performance Requirements for Temperature Activated Mixing Valves for Primary Domestic Use—ASSE 1017-1986.
ASSE 1017-1986. Performance Requirements for Temperature Activated Mixing Valves for Primary Domestic Use— ASSE 1017-1986.
ASSE 1019 ASSE/ANSI 1019-1978. Performance Requirements for Wall Hydrants, Frost Proof Automatic Draining, Anti-Backflow Types— ASS
ASSE 1019-1978 ANSI Performance Requirements for Wall Hydrants, Frost Proof Automatic Draining, Anti-Backflow Types—ANSI/ASSE 1019-

PROAERA_00010170

ASSE 1023 ANSI Performance Requirements for Hot Water Dispensers, Household Storage Type Electrical—ASSE 1023, (ANSI/ASSE-1979).
ASSE 1023 ASSE—1979). Performance Requirements for Hot Water Dispensers, Household Storage Type Electrical—ASSE 1023, (ANSI/ ASSE-1
ASSE 1025—1978 Performance Requirements for Diverters for Plumbing Faucets with Hose Spray, Anti-Siphon Type, Residential Applicati
ASSE 1037—1990 ANSI Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures—ASSE 1037—1990
ASSE 1037—1990 (ANSI—1990). Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures— ASSE 1(
ASSE—1978). Performance Requirements for Diverters for Plumbing Faucets with Hose Spray, Anti-Siphon Type, Residential Application
ASTM A20/A 20M-97a, Standard Specification for General Requirements for Steel Plates for Pressure Vessels
ASTM A20/A 20M-93a Standard Specification for General Requirements for Steel Plates for Pressure Vessels
ASTM A36/A 36M-97a, Standard Specification for Carbon Structural Steel
ASTM A47-68 Malleable Iron Castings
ASTM A47-90 (1995), Standard Specification for Ferritic Malleable Iron Castings
ASTM A47-68
ASTM A47-68 Malleable Iron Castings
ASTM A53-69 Welded and Seamless Steel Pipe
ASTM A53-93 Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated, Welded and Seamless—ASTM A53-93.
ASTM A53-98 Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated, Welded and Seamless
ASTM A53-69 Grade B Electric Resistance Welded and Electric Flash Welded Pipe
ASTM A53-93. Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated, Welded and Seamless— ASTM A53-93.
ASTM A53/A53M-04a (2004) "Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated Welded and Seamless"
ASTM A74-92 Standard Specification for Cast Iron Soil Pipe and Fittings—ASTM A74-92.
ASTM A74-92. Standard Specification for Cast Iron Soil Pipe and Fittings— ASTM A74-92.
ASTM A99-76 82 (Reapproved 1987), Standard Specification for Ferromanganese, incorporation by reference (IBR) approved for §60.261.
ASTM A100-69 74, 93, Standard Specification for Ferrosilicon, IBR approved for §60.261.
ASTM A101-73 93, Standard Specification for Ferrochromium, IBR approved for §60.261.
ASTM A106-95 Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service
ASTM A106/A106M-04b (2004) "Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service"
ASTM A109-91 Standard Specification for Steel, Strip, Carbon, Cold-Rolled;
ASTM A126-66 Gray Iron Casting for Valves, Flanges and Pipe Fitting
ASTM A126-95 Standard Specification for Gray Iron Castings for Valves, Flanges, and Pipe Fittings
ASTM A126-66
ASTM A134-96 Standard Specification for Pipe, Steel, Electric-Fusion (Arc)-Welded (Sizes NPS 16 and Over)
ASTM A135-97c Standard Specification for Electric-Resistance-Welded Steel Pipe
ASTM A139-96 Standard Specification for Electric-Fusion (Arc)-Welded Steel Pipe (NPS 4 and Over)
ASTM A153-82 (Reapproved 1987), Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware;
ASTM A178/A 178M-95, Standard Specification for Electric-Resistance-Welded Carbon Steel and Carbon-Manganese Steel Boiler and Super
ASTM A179/A 179M-90a (1996), Standard Specification for Seamless Cold-Drawn Low-Carbon Steel Heat-Exchanger and Condenser Tubes
ASTM A182/A 182M-97c, Standard Specification for Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and Valves and Parts 1
ASTM A192/A 192M-91 (1996), Standard Specification for Seamless Carbon Steel Boiler Tubes for High-Pressure Service
ASTM A193/A 193M-98a, Standard Specification for Alloy-Steel and Stainless Steel Bolting Materials for High-Temperature Service
ASTM A194/A 194M-98b, Standard Specification for Carbon and Alloy Steel Nuts for Bolts for High Pressure or High Temperature Servic
ASTM A197-87 (1992), Standard Specification for Cupola Malleable Iron
ASTM A203/A 203M-97, Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel
ASTM A210/A 210M-96, Standard Specification for Seamless Medium-Carbon Steel Boiler and Superheater Tubes
ASTM A213/A 213M-95a, Standard Specification for Seamless Ferritic and Austenitic Alloy-Steel Boiler, Superheater, and Heat-Exchang
ASTM A214/A 214M-96, Standard Specification for Electric-Resistance-Welded Carbon Steel Heat-Exchanger and Condenser Tubes
ASTM A226/A 226M-95, Standard Specification for Electric-Resistance-Welded Carbon Steel Boiler and Superheater Tubes for High-Press
ASTM A234/A 234M-97, Standard Specification for Piping Fittings of Wrought Carbon Steel and Alloy Steel for Moderate and High Tempe
ASTM A240/A 240M-99b Standard Specification for Heat-Resisting Chromium and Chromium-Nickel Stainless Steel Plate, Sheet and Strip
ASTM A242-81 Standard Specification for High-Strength Low-Alloy Structural Steel
ASTM A249/A 249M-96a, Standard Specification for Welded Austenitic Steel Boiler, Superheater, Heat-Exchanger, and Condenser Tubes
ASTM A262-93a Standard Practices for Detecting Susceptibility to Intergranular Attack in Austenitic Stainless Steels
ASTM A268/A 268M-96, Standard Specification for Seamless and Welded Ferritic and Martensitic Stainless Steel Tubing for General Ser
ASTM A276-98 Standard Specification for Stainless Steel Bars and Shapes
ASTM A285-78 Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength
ASTM A300-58 Steel Plates for Pressure Vessels for Service at Low Temperatures

PROAERA_00010171

Appendix A, Page 14

ASTM A302/A 302M-93 Standard Specification for Pressure Vessel Plates, Alloy Steel, Manganese-Molybdenum and Manganese-Molybdenum N
ASTM A307-97 Standard Specification for Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength
ASTM A312/A 312M-95a, Standard Specification for Seamless and Welded Austenitic Stainless Steel Pipes
ASTM A320/A 320M-97, Standard Specification for Alloy/Steel Bolting Materials for Low-Temperature Service
ASTM A333-47 Seamless and Welded Steel Pipe for Low-Temperature Service
ASTM A333/A 333M-94, Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service
ASTM A333/A333M-05 "Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service"
ASTM A333/A333M-05 (2005) "Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service."
ASTM A334/A 334M-96, Standard Specification for Seamless and Welded Carbon and Alloy-Steel Tubes for Low-Temperature Service
ASTM A335/A 335M-95a, Standard Specification for Seamless Ferritic Alloy-Steel Pipe for High-Temperature Service
ASTM A350/A 350M-97, Standard Specification for Carbon and Low-Alloy Steel Forgings, Requiring Notch Toughness Testing for Piping C
ASTM A351/A 351M-94a, Standard Specification for Castings, Austenitic, Austenitic-Ferritic (Duplex), for Pressure-Containing Parts
ASTM A352/A 352M-93 (1998), Standard Specification for Steel Castings, Ferritic and Martensitic, for Pressure-Containing Parts, Sui
ASTM A358/A 358M-95a, Standard Specification for Electric-Fusion-Welded Austenitic Chromium-Nickel Alloy Steel Pipe for High-Temper
ASTM A366/A 366M-91, Standard Specification for Steel, Sheet, Carbon, Cold-Rolled, Commercial Quality;
ASTM A369/A 369M-92, Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service
ASTM A370-97a Standard Test Methods and Definitions for Mechanical Testing of Steel Products
ASTM A370-94 Standard Test 179.102-1; 179.102-4; Methods and Definitions for Mechanical Testing of Steel Products
ASTM A372/A372M-03 (2003) "Standard Specification for Carbon and Alloy Steel Forgings for Thin-Walled Pressure Vessels."
ASTM A376/A 376M-96, Standard Specification for Seamless Austenitic Steel Pipe for High-Temperature Central-Station Service
ASTM A381-96 (Reapproved 2001) "Standard Specification for Metal-Arc Welded Steel Pipe for Use With High-Pressure Transmission Syst
ASTM A391-65 (ANSI G61.1-1968) Alloy Steel Chain
ASTM A395-68 Ductile Iron for Use at Elevated Temperatures
ASTM A395/A 395M-98, Standard Specification for Ferritic Ductile Iron Pressure-Retaining Castings for Use at Elevated Temperatures
ASTM A403/A 403M-98, Standard Specification for Wrought Austenitic Stainless Steel Piping Fittings
ASTM A420/A 420M-96a, Standard Specification for Piping Fittings of Wrought Carbon Steel and Alloy Steel for Low-Temperature Servic
ASTM A441-81 Standard Specification for High-Strength Low-Alloy Structural Manganese Vanadium Steel
ASTM A482-76 93, Standard Specification for Ferrochromesilicon, IBR approved for §60.261.
ASTM A483-64 74 (Reapproved 1988), Standard Specification for Silicomanganese, IBR approved for §60.261.
ASTM A495-76 94, Standard Specification for Calcium-Silicon and Calcium Manganese-Silicon, IBR approved for §60.261.
ASTM A505-87 Standard Specification for Steel, Sheet and Strip, Alloy, Hot-Rolled and Cold-Rolled, General Requirements for;
ASTM A514-81 Standard Specification for High-Yield Strength Quenched and Tempered Alloy Steel Plate, Suitable for Welding
ASTM A515-91 515M-03 Standard Specification for Pressure Vessel Plates, Carbon Steel, for Intermediate- and Higher-Temperature Servi
ASTM A516/A 516M-90 Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service
ASTM A520-97 Standard Specification for Supplementary Requirements for Seamless and Electric-Resistance-Welded Carbon Steel Tubula
ASTM A522/A 522M-95b, Standard Specification for Forged or Rolled 8 and 9% Nickel Alloy Steel Flanges, Fittings, Valves, and Parts
ASTM A525-91b Standard Specification for General Requirements for Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process;
ASTM A526/A 526M-90, Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process, Commercial Quality;
ASTM A536-84 (1993), Standard Specification for Ductile Iron Castings
ASTM A537/A 537M-91 Standard Specification for Pressure Vessel Plates, Heat-Treated, Carbon-Manganese-Silicon Steel
ASTM A539-90a Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Field Oil Lines, ASTM, A539-90a
ASTM A539-1999 Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines, ASTM A539-1999
ASTM A539-90a Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Field Oil Lines,
ASTM A569/A 569M-91a, Standard Specification for Steel, Carbon (0.15 Maximum, Percent), Hot-Rolled Sheet and Strip Commercial Quali
ASTM A572-82 Standard Specification for High-Strength Low-Alloy Columbian-Vanadium Steels of Structural Quality
ASTM A575-96 Standard Specification for Steel Bars, Carbon, Merchant Quality, M-Grades
ASTM A576-90b (1995), Standard Specification for Steel Bars, Carbon, Hot-Wrought, Special Quality
ASTM A588-81 Standard Specification for High-Strength Low-Alloy Structural Steel with 50 Ksi Minimum Yield Point to 4 in. Thick
ASTM A606-75 Standard Specification for Steel Sheet and Strip Hot- Rolled and Cold-Rolled, High-Strength, Low-Alloy, with Improved
ASTM A607-98 Standard Specification for Steel, Sheet and Strip, High-Strength, Low-Alloy, Columbium or Vanadium, or Both, Hot-Rolle
ASTM A612-72a High Strength Steel Plates for Pressure Vessels for Moderate and Lower Temperature Service
ASTM A621/A 621M-92, Standard Specification for Steel, Sheet and Strip, Carbon, Hot-Rolled, Drawing Quality;
ASTM A633-79a Standard Specification for Normalized High-Strength Low-Alloy Structural Steel, 1979 Edition
ASTM A640-91 Standard Specification for Zinc-Coated Steel Strand for Messenger Support of Figure 8 Cable;
ASTM A671-04 (2004) "Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures"

PROAERA_00010172

ASTM A671-04 (2004) "Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures."
ASTM A672-96 (Reapproved 2001) "Standard Specification for Electric-Fusion-Welded Steel Pipe for High-Pressure Service at Moderate
ASTM A691-98 (Reapproved 2002) "Standard Specification for Carbon and Alloy Steel Pipe Electric-Fusion-Welded for High-Pressure Ser
ASTM A715-81 Standard Specification for Steel Sheet and Strip, Hot-Rolled, High-Strength, Low-Alloy with Improved Formability, 198
ASTM A1008/A 1008M-03 Standard Specification for Steel, Sheet, Cold-Rolled, Carbon, Structural, High-Strength Low-Alloy and High St
ASTM A1011/A 1011M-03a Standard Specification for Steel, Sheet and Strip, Hot-Rolled, Carbon, Structural, High-Strength Low Alloy a
ASTM Adjunct F 1626, Symbols for Use in Accordance with Regulation II-2/20 of the 1974 SOLAS Convention as amended PCN: 12-616260-0
ASTM Adjunct F 1626, Symbols for Use in Accordance with Regulation II-2/20 of the 1974 SOLAS Convention, PCN 12-616260-01, © 1996
ASTM B3-90 Standard Specification for Soft or Annealed Copper Wire;
ASTM B16-92 Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines
ASTM B21-96 Standard Specification for Naval Brass Rod, Bar, and Shapes
ASTM B26/B 26M-97, Standard Specification for Aluminum-Alloy Sand Castings
ASTM B33-91 Standard Specifications for Tinned Soft or Annealed Copper Wire for Electrical Purposes.
ASTM B42-93 Standard Specification for Seamless Copper Pipe, Standard Sizes—ASTM B42-93.
ASTM B42-96 Standard Specification for Seamless Copper Pipe, Standard Sizes
ASTM B42-93. Standard Specification for Seamless Copper Pipe, Standard Sizes— ASTM B42-93.
ASTM B43-91 Standard Specification for Seamless Red Brass Pipe, Standard Sizes—ASTM B43-91.
ASTM B43-96 Standard Specification for Seamless Red Brass Pipe, Standard Sizes
ASTM B43-91. Standard Specification for Seamless Red Brass Pipe, Standard Sizes— ASTM B43-91.
ASTM B68-95 Standard Specification for Seamless Copper Tube, Bright Annealed
ASTM B75-97 Standard Specification for Seamless Copper Tube
ASTM B85-96 Standard Specification for Aluminum-Alloy Die Castings
ASTM B88-66A Seamless Copper Water Tube
ASTM B88-69 Seamless Copper Water Tube
ASTM B88-93 Standard Specification for Seamless Copper Water Tube, ASTM B88-93
ASTM B88-96 Standard Specification for Seamless Copper Water Tube
ASTM B88-66a Standard Specification for Seamless Copper Water Tube—ASTM B88-66a
ASTM B88-93. Standard Specification for Seamless Copper Water Tube— ASTM B88-93.
ASTM B96-93 Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure V
ASTM B111-95 Standard Specification for Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock
ASTM B117-64 Salt Spray (Fog) Test
ASTM B117-97 Standard Practice for Operating Salt Spray (Fog) Apparatus
ASTM B117-90 Standard Test Method of Salt Spray (Fog) Testing;
ASTM B117-97 "Standard Practice for Operating Salt Spray (Fog) Apparatus" (ASTM B117-97) is hereby incorporated into S7.3.2 by refe
ASTM B122/B 122M-95, Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nicke
ASTM B124-96 Standard Specification for Copper and Copper Alloy Forging Rod, Bar, and Shapes
ASTM B127-98 Standard Specification for Nickel-Copper Alloy (UNS N04400) Plate, Sheet, and Strip
ASTM B152-97a Standard Specification for Copper Sheet, Strip, Plate, and Rolled Bar
ASTM B161-93 Standard Specification for Nickel Seamless Pipe and Tube
ASTM B162-93a Standard Specification for Nickel Plate, Sheet, and Strip
ASTM B165-93 Standard Specification of Nickel-Copper Alloy (UNS N04400) Seamless Pipe and Tube
ASTM B167-97a Standard Specification for Nickel-Chromium-Iron Alloys (UNS N06600, N06601, N06603, N06690, N06025, and N06045) Seaml
ASTM B171-95 Standard Specification for Copper-Alloy Plate and Sheet for Pressure Vessels, Condensers, and Heat Exchangers
ASTM B193-87 Standard Test Method for Resistivity of Electrical Conductor Materials;
ASTM B209-96 Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate
ASTM B209-93 Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate
ASTM B210-68 Aluminum-Alloy Drawn Seamless Tubes
ASTM B210-95 Standard Specification for Aluminum and Aluminum-Alloy Drawn Seamless Tubes
ASTM B221-76 Aluminum Alloy Extruded Bars, Rods, Shapes, and Tubes
ASTM B224-80 Standard Classification of Coppers;
ASTM B224-91 Standard Classification of Coppers;
ASTM B234-95 Standard Specification for Aluminum and Aluminum-Alloy Drawn Seamless Tubes for Condensers and Heat Exchangers
ASTM B241-69
ASTM B241/B 241M-96, Standard Specification for Aluminum and Aluminum-Alloy Seamless Pipe and Seamless Extruded Tube
ASTM B251-93. Standard Specification for General Requirements for Wrought Seamless Copper and Copper-Alloy Tubes— ASTM B251-93.

PROAERA_00010173

Appendix A, Page 16

ASTM B280 A–95. Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service– ASTM B280, A-
ASTM B280–97 Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service
ASTM B280–1995 Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Service,  ASTM B280–1995
ASTM B283–96 Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed)
ASTM B306–92 Standard Specification for Copper Drainage Tube (DWV)–ASTM B306–92.
ASTM B315–93 Standard Specification for Seamless Copper Alloy Pipe and Tube
ASTM B361–95 Standard Specification for Factory-Made Wrought Aluminum and Aluminum-Alloy Welding Fittings
ASTM B456–95 "Standard Specification for Electrodeposited Coatings of Copper Plus Nickel Plus Chromium and Nickel Plus Chromium" (A
ASTM B539–90 Standard Test Methods for Measuring Contact Resistance of Electrical Connections (Static Contacts);
ASTM B557–84 Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products
ASTM B580–79 Standard Specification for Anodic Oxide Coatings on Aluminum, (Re-approved 2000)
ASTM B633–85 Standard Specification for Electrodeposited Coatings of Zinc on Iron and Steel;
ASTM B694–86 Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable
ASTM B736–92a Standard Specification for Aluminum, Aluminum Alloy, and Aluminum-Clad Steel Cable Shielding Stock;
ASTM B858M–95 Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Alloys Using an Ammor
ASTM C12–91 Standard Practice for Installing Vitrified Clay Pipe Lines
ASTM C33–99a, Standard Specification for Concrete Aggregates
ASTM C36/C 36M–99 Standard Specification for Gypsum Wallboard–ASTM C36/C 36M–99, 1999.
ASTM C94/C 94M–99 Standard Specification for Ready-Mixed Concrete
ASTM C150–99 Standard Specification for Portland Cement
ASTM C177–81 (1993), Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of t
ASTM C177–04 "Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guar
ASTM C208–72 Insulating Board (Cellulosic Fiber), Structural and Decorative (Reapproved 1982)
ASTM C209–84 Standard Methods of Testing Insulating Board (Cellulosic Fiber), Structural and Decorative
ASTM C216–91c Standard Specification for Facing Brick (Solid Masonry Units Made from Clay or Shale)
ASTM C220–91 Standard Specification for Flat Asbestos-Cement Sheets
ASTM C221–91 Standard Specification for Corrugated Asbestos-Cement Sheets
ASTM C223–91 Standard Specification for Asbestos-Cement Siding
ASTM C330–99, Standard Specification for Lightweight Aggregates for Structural Concrete
ASTM C509–91 Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material
ASTM C516–80 Standard Specification for Vermiculite Loose Fill Thermal Insulation (Reapproved 1985)
ASTM C518–91 Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat
ASTM C518–04 "Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus."
ASTM C549–81 Standard Specification for Perlite Loose Fill Insulation (Reapproved 1986)
ASTM C564–88 Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings
ASTM C564–88. Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings– ASTM C564–88.
ASTM C578–92 Standard Specification for Rigid, Cellular Polystyrene Thermal Insulation
ASTM C595–98 Standard Specification for Blended Hydraulic Cements
ASTM C640–83 Standard Specification for Insulation Board, Thermal (Cork)
ASTM C726–88 Standard Specification for Mineral Fiber and Roof Insulation Board
ASTM C739–03 "Standard Specification for Cellulosic Fiber Loose-Fill Thermal Insulation."
ASTM C739–91 Standard Specification for Cellulosic Fiber (Wood-Based) Loose-Fill Thermal Insulation
ASTM C754–88 Standard Specification for Installation of Steel Framing Members to Receive Screw-Attached Gypsum
ASTM C834–91 Standard Specification for Latex Sealants
ASTM C841–90 Standard Specification for Installation of Interior Lathing and Furring
ASTM C842–85 Standard Specification for Application of Interior Gypsum Plaster (Reapproved 1990)
ASTM C843–92 Standard Specification for Application of Gypsum Veneer Plaster
ASTM C844–85 Standard Specification for Application of Gypsum Base to Receive Gypsum Veneer Plaster
ASTM C846–76 Standard Practice for Application of Structural Insulating Board (Fiberboard) Sheathing (Reapproved 1982)
ASTM C864–90 Standard Specification for Dense Elastomeric Compression Seal Gaskets, Setting Blocks and Spacers.
ASTM C926–90 Standard Specification for Application of Portland Cement-Based Plaster
ASTM C1036–91 Standard Specification for Flat Glass
ASTM C1045–01 "Standard Practice for Calculating Thermal Transmission Properties from Steady-State Conditions."
ASTM C1048–91 Standard Specification for Heat-Treated Flat Glass–Kind HS, Kind FT Coated and Uncoated Glass
ASTM C1114–00 "Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus."

Appendix A, Page 17

PROAERA_00010174

ASTM C1149-02 "Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation."
ASTM C1224-03 "Standard Specification for Reflective Insulation for Building Applications."
ASTM C1315-95 Standard Specification for Liquid Membrane-Forming Compounds Having Special Properties for Curing and Sealing Concret
ASTM C1363-97 "Standard Test Method for the Thermal Performance of Building Assemblies by Means of a Hot Box Apparatus."
ASTM C1371-04a "Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers.
ASTM C1374-03 "Standard Test Method for Determination of Installed Thickness of Pneumatically Applied Loose-Fill Building Insulatic
ASTM CISPI-301-90 Standard Specification for Hubless Cast Iron Soil Pipe and Fittings for Sanitary and Storm Drain, Waste, and Vent
ASTM D5-65 Test for Penetration by Bituminous Materials
ASTM D5-65 Test for Penetration for Bituminous Materials, D-5-65
ASTM D9-87 (1992), Standard Terminology Relating to Wood
ASTM D56-70 Test for Flash Point by Tag Closed Tester
ASTM D56-70) Standard Method of Test for Flashpoint by Tag Closed Tester ( ASTM D-56-70)
ASTM D86-62 Test for Distillation of Petroleum Products
ASTM D86-82 Standard Method for Distillation of Petroleum Products
ASTM D86-82 Standard Method of Test for Distillation of Petroleum Products, ASTM D-86-62
ASTM D86-78 82, 90, 93, 95, 96, Distillation of Petroleum Products, IBR approved for §§60.562-2(d), 60.593(d), 60.593a(d), and 60.6
ASTM D86-82 "Standard Method for Distillation of Petroleum Products,"
ASTM D88-56 Test for Saybolt Viscosity
ASTM D88-81 "Standard Test Method for Saybolt Viscosity,"
ASTM D92-97 Standard Test Method for Flash and Fire Points by Cleveland Open Cup
ASTM D93-71 Test for Flash Point by Pensky Martens
ASTM D93-97 Standard Test Methods for Flash Point by Pensky-Martens Closed Cup Tester
ASTM D93-71 Standard Method of Test for Flashpoint by Pensky-Martens Closed Tester ()
ASTM D127-60 ("Standard Method of Test for Melting Point of Petrolatum and Microcrystalline Wax" (Revised 1960),
ASTM D129-00 (Reapproved 2005), Standard Test Method for Sulfur in Petroleum Products (General Bomb Method), IBR approved for §60.6
ASTM D129-64 78, 95, 00, Standard Test Method for Sulfur in Petroleum Products (General Bomb Method), IBR approved for §§60.106(j)(
ASTM D150-87 Standard Test Methods for A-C Loss Characteristics and Permittivity (Dielectric Constant) of Solid Electrical Insulati
ASTM D156-82 "Standard Test Method for Saybolt Color of Petroleum Products (Saybolt Chromometer Method),"
ASTM D156-82 "Standard Test Method for Saybolt Color of Petroleum Products (Saybolt Chromometer Method),"
ASTM D240-00 Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter, for appendices A, D and I
ASTM D240-76 92, Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter, IBR approved for §§60
ASTM D257-91 Standard Test Methods for D-C Resistance or Conductance of Insulating Materials;
ASTM D270-65 75, Standard Method of Sampling Petroleum and Petroleum Products, IBR approved for Appendix A: Method 19, Section 12.5
ASTM D287-92 (Reapproved 2000), Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method)
ASTM D323-94 Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method)
ASTM D323-68 "Standard Method of Test for Vapor Pressure of Petroleum Products (Reid Method)," American Society for Testing and Mat
ASTM D323-82 94, Test Method for Vapor Pressure of Petroleum Products (Reid Method), IBR approved for §§60.111(l), 60.111a(g), 60.1
ASTM D381-80 "Standard Test Method for Existent Gum in Fuels by Jet Evaporation,"
ASTM D388-77 Standard Specification for Classification of Coals by Rank, ASTM D 388-77
ASTM D388-92 Standard Classification of Coals by Rank
ASTM D388-99 Standard Classification of Coals by Rank, incorporation by reference for appendix F of this part.
ASTM D388-38 Class I, Group 2, "Standard Specifications for Classification of Coal by Rank,"
ASTM D388-77 90, 91, 95, 98a, 99 (Reapproved 2004)ε1 , Standard Specification for Classification of Coals by Rank, IBR approved for
ASTM D388-77 90, 91, 95, 98a, Standard Specification for Classification of Coals by Rank, IBR approved for §§60.251(b) and (c) of s
ASTM D388-99.1 Standard Classification of Coals by Rank,1 IBR approved for §63.7575.
ASTM D396-90a Standard Specification for Fuel Oils
ASTM D396-02a Standard Specification for Fuel Oils,1 IBR approved for §63.7575.
ASTM D396-78 89, 90, 92, 96, 98, Standard Specification for Fuel Oils, IBR approved for §§60.41b of subpart Db of this part, 60.41c
ASTM D412-98A "Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers—Tension,"
ASTM D413-82 (1993), Standard Test Methods for Rubber Property—Adhesion to Flexible Substrate
ASTM D445-65 Test for Viscosity of Transparent and Opaque Liquids
ASTM D445-65). Standard Method of Test for Viscosity of Transparent and Opaque Liquids ( ASTM D445-65).
ASTM D445-74 "Test for Kinematic Viscosity of Transparent and Opaque Liquids,"
ASTM D465-82 "Standard Test Methods for Acid Number of Rosin,"

PROAERA_00010175

ASTM D471 Standard D 471. American Society for Testing and Materials, 100 Barr Harbor Drive, West Conshohocken, PA 19428-2959.
ASTM D471-96 Standard Test Method for Rubber Property—Effect of Liquids
ASTM D509-70 (Reapproved 1981), "Standard Methods of Sampling and Grading Rosin,"
ASTM D523-89 (Reapproved 1999), Standard Test Method for Specular Gloss,
ASTM D523-89 Standard Test Method for Specular Gloss, IBR approved for §63.782.
ASTM D566-76 (Reapproved 1982), "Standard Test Method for Dropping Point of Lubricating Grease,"
ASTM D570-95 Standard Test Method for Water Absorption of Plastics
ASTM D610-85 (Reapproved 1989), Standard Test Method for Evaluating Degree of Rusting on Painted Steel Surfaces;
ASTM D611-82 "Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents,"
ASTM D635-97 Standard Test Method for Rate of Burning and/or Extent and Time of Burning of Plastics in a Horizontal Position
ASTM D638-03 "Standard Test Method for Tensile Properties of Plastics."
ASTM D665-98 Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water
ASTM D721-56T "Tentative Method of Test for Oil Content of Petroleum Waxes" (Revised 1956)
ASTM D729-81 "Standard Specification for Vinylidene Chloride Molding Compounds,"
ASTM D737-75 Standard Test Method for Air Permeability of Textile Fabrics, incorporation by reference (IBR) approved January 27, 19
ASTM D751-95 Standard Test Methods for Coated Fabrics
ASTM D781-1968 Standard Test Methods for Puncture and Stiffness of Paperboard, and Corrugated and Solid Fiberboard, ASTM D-781-1968
ASTM D822-89 Standard Practice for Conducting Tests on Paint and Related Coatings and Materials using Filtered Open-Flame Carbon-A:
ASTM D835-85 Standard Specification for Refined Benzene-485, IBR approved September 14, 1989 for §61.270(a).
ASTM D836-84 Standard Specification for Industrial Grade Benzene, IBR approved September 14, 1989 for §61.270(a).
ASTM D882-97 Standard Test Method for Tensile Properties of Thin Plastic Sheeting
ASTM D938-71 (Reapproved 1981), "Standard Test Method for Congealing Point of Petroleum Waxes, Including Petrolatum,"
ASTM D968-81 "Standard Test Methods for Abrasion Resistance of Organic Coatings by the Falling Abrasive Tester,"
ASTM D975-91 Standard Specification for Diesel Fuel Oils
ASTM D975-98 Standard Specification for Diesel Fuel Oils
ASTM D975-78 96, 98a, Standard Specification for Diesel Fuel Oils, IBR approved for §§60.111(b) of subpart K of this part and 60.11
ASTM D1004-94a Standard Test Method for Initial Tear Resistance of Plastic Film and Sheeting
ASTM D1037-89 Standard Test Methods for Evaluating the Properties of Wood-Base Fiber and Particle Panel Materials
ASTM D1072-06 Standard Test Method for Total Sulfur in Fuel Gases by Combustion and Barium Chloride Titration
ASTM D1072-80 90 (Reapproved 1994), Standard Test Method for Total Sulfur in Fuel Gases, IBR approved for §60.335(b)(10)(ii).
ASTM D1072-90 (Reapproved 1999), Standard Test Method for Total Sulfur in Fuel Gases, IBR approved for §60.4415(a)(1)(ii).
ASTM D1137-53 75, Standard Method for Analysis of Natural Gases and Related Types of Gaseous Mixtures by the Mass Spectrometer, IBE
ASTM D1193-77 91, Standard Specification for Reagent Water, IBR approved for appendix B: Method 101, Section 7.1.1; Method 101A, Se
ASTM D1217-993 (Reapproved 1998), Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Py
ASTM D1238-82 "Standard Test Method for Flow Rates of Thermoplastics by Extrusion Plastometer,"
ASTM D1238-90b Standard Test Method for Flow Rates of Thermoplastics for Extrusion Plastometer
ASTM D1243-79 "Standard Test Method for Dilute Solution Viscosity of Vinyl Chloride Polymers,"
ASTM D1248-84 (1989), Standard Specification for Polyethylene Plastic Molding and Extrusion Materials,
ASTM D1248-84(1989) Standard Specification for Polyethylene Plastics Molding and Extrusion Materials;
ASTM D1250-07 , Standard Guide for Use of the Petroleum Measurement Tables
ASTM D1266-87 91, 98, Standard Test Method for Sulfur in Petroleum Products (Lamp Method), IBR approved for §§60.106(j)(2) and 60.3
ASTM D1266-98 (Reapproved 2003)e1, Standard Test Method for Sulfur in Petroleum Products (Lamp Method), IBR approved for §60.4415(a
ASTM D1298-99 Standard Test Method for Density, Relative Density (Specific Gravity) or API Gravity of Crude Petroleum and Liquid Pe
ASTM D1303-55 (Reapproved 1979), "Standard Test Method for Total Chlorine in Vinyl Chloride Polymers and Copolymers,"
ASTM D1331-89 Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface Active Agents, IBR approved for app
ASTM D1353-78 "Standard Test Method for Nonvolatile Matter in Volatile Solvents for Use in Paint, Varnish, Lacquer, and Related Prc
ASTM D1386-78 "Standard Test Method for Acid Number (Empirical) of Synthetic and Natural Waxes" (Revised 1978)
ASTM D1386-78 "Standard Test Method for Saponification Number (Empirical) of Synthetic and Natural Waxes" (Revised 1978)
ASTM D1387-78 "Standard Test Method for Acid Number (Empirical) of Synthetic and Natural Waxes" (Revised 1978),
ASTM D1415-88 "Standard Test Method for Rubber Property—International Hardness,"
ASTM D1418-81 "Standard Practice for Rubber and Rubber Latices—Nomenclature,"
ASTM D1434-82 (1988), Standard Test Method for Determining Gas Permeability Characteristics of Plastic Film and Sheeting
ASTM D1457-56T "Test for Thermal Instability Index of Tetrafluoroethylene Homopolymer" (Revised 1956)
ASTM D1475-85 Standard Test Method for Density of Paint, Varnish, Lacquer, and Related Products
ASTM D1475-60 (Reapproved 1980), 90, Standard Test Method for Density of Paint, Varnish Lacquer, and Related Products, IBR approved

```
ASTM D1475-90 Standard Test Method for Density of Paint, Varnish Lacquer, and Related Products, IBR approved for §63.788, appendix
ASTM D1475-98 (Reapproved 2003), "Standard Test Method for Density of Liquid Coatings, Inks, and Related Products," IBR approved fc
ASTM D1480-93 (Reapproved 1997), Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by E
ASTM D1481-93 (Reapproved 1997), Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by I
ASTM D1492-78 "Standard Test Method for Bromine Index of Aromatic Hydrocarbons by Coulometric Titration,"
ASTM D1492-78 ("Standard Test Method for Bromine Index of Aromatic Hydrocarbons by Coulometric Titration")
ASTM D1500-82 "Standard Test Method for ASTM Color of Petroleum Products (ASTM Color Scale),"
ASTM D1505-68 (Reapproved 1979), "Standard Test Method for Density of Plastics by the Density-Gradient Technique,"
ASTM D1505-85 (Reapproved 1990), "Standard Test Method for Density of Plastics by the Density-Gradient Technique,"
ASTM D1518-85 (1990), Standard Test Method for Thermal Transmittance of Textile Materials
ASTM D1525-87 "Standard Test Method for VICAT Softening Temperature of Plastics,"
ASTM D1535-89 Standard Test Method for Specifying Color by the Munsell System;
ASTM D1552-01 Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method)
ASTM D1552-03 Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method), IBR approved for §60.4415(a)(1)(i).
ASTM D1552-83 95, 01, Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method), IBR approved for §§60.106(j)
ASTM D1557-91 Test Method for Laboratory Compaction Characteristics of Soil Using the Modified (56,000 ft-lbf/ft3(2,700 kN-n
ASTM D1601-78 "Standard Test Method for Dilute Solution Viscosity of Ethylene Polymers,"
ASTM D1613-96 Standard Test Method for Acidity in Volatile Solvents and Chemical Intermediates Used in Paint, Varnish, Lacquer, anc
ASTM D1621-94 Standard Test Method for Compressive Properties of Rigid Cellular Plastics
ASTM D1622-93 Standard Test Method for Apparent Density of Rigid Cellular Plastics
ASTM D1640-83 (Reapproved 1989), Standard Test Methods for Drying, Curing, or Film Formation of Organic Coatings at Room Temperatui
ASTM D1646-92 "Standard Test Method for Rubber-Viscosity and Vulcanization Characteristics (Mooney Viscometer),"
ASTM D1654-92 Standard Test Method for Evaluation of Painted or Coated Specimens Subjected to Corrosive Environments;
ASTM D1692-68 Test for Flammability of Plastic Sheeting and Cellular Plastics
ASTM D1693-70 (Reapproved 1988), Standard Test Method for Environmental Stress-Cracking of Ethylene Plastics;
ASTM D1709-01 Standard Text Methods for Impact Resistance of Plastic Film by the Free-Falling Dart Method
ASTM D1747-62 (Reapproved 1978), "Standard Test Method for Refractive Index of Viscous Materials,"
ASTM D1785-96b Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 12056.60-25
ASTM D1824-66 (Reapproved 1980), "Standard Test Method for Apparent Viscosity of Plastisols and Organosols at Low Shear Rates by Bi
ASTM D1826-94 (Reapproved 1998), Standard Test Method for Calorific (Heating) Value of Gases in Natural Gas Range by Continuous Rec
ASTM D1826-77 94, Standard Test Method for Calorific Value of Gases in Natural Gas Range by Continuous Recording Calorimeter, IBR a
ASTM D1835-03a Standard Specification for Liquified Petroleum (LP) Gases,1 IBR approved for §63.7575.
ASTM D1835-87 91, 97, 03a, Standard Specification for Liquefied Petroleum (LP) Gases, IBR approved for §§60.41Da of subpart Da of t
ASTM D1835-97 Standard Specification for Liquefied Petroleum (LP) Gases
ASTM D1838-64 Copper Strip Corrosion by Liquefied Petroleum (LP) Gases
ASTM D1922-00a Standard Test Method for Propogation Tear Resistance of Plastic Film and Thin Sheeting by Pendulum Method
ASTM D1945-96 (Reapproved 2001), Standard Test Method for Analysis of Natural Gas by Gas Chromatography
ASTM D1945-64 76, 91, 96, Standard Test Method for Analysis of Natural Gas by Gas Chromatography, IBR approved for §60.45(f)(5)(i).
ASTM D1946-77 Standard Method for Analysis of Reformed Gas by Gas Chromatography
ASTM D1946-90 (Reapproved 2006), Standard Practice for Analysis of Reformed Gas by Gas Chromatography
ASTM D1946-77 90 (Reapproved 1994), Standard Method for Analysis of Reformed Gas by Gas Chromatography, IBR approved for §§60.18(f)
ASTM D1946-77 90, 94, Standard Method for Analysis of Reformed Gas by Gas Chromatography, IBR approved for §63.11(b)(6).
ASTM D1962-67 (Reapproved 1979), "Standard Test Method for Saponification Value of Drying Oils, F
ASTM D2013-01 Standard Practice for Preparing Coal Samples for Analysis
ASTM D2013-01 Standard Practice for Preparing Coal Samples for Analysis,1 IBR approved for table 6 to subpart DDDDD of this part.
ASTM D2013-04 Standard Practice for Preparing Coal Samples for Analysis, IBR approved for table 6 to subpart DDDDD of this part.
ASTM D2013-72 86, Standard Method of Preparing Coal Samples for Analysis, IBR approved for Appendix A: Method 19, Section 12.5.2.1.
ASTM D2015-77 (Reapproved 1978), 96, Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimetei
ASTM D2016-74 83, Standard Test Methods for Moisture Content of Wood, IBR approved for Appendix A: Method 28, Section 16.1.1.
ASTM D2099-00 Standard Test Method for Dynamic Water Resistance of Shoe Upper Leather by the Maeser Water Penetration Tester, IBR a
ASTM D2117-82 "Standard Test Method for Melting Point of Semicrystalline Polymers by the Hot Stage Microscopy Method,"
ASTM D2133-66 "Specifications for Acetal Resin Injection Molding and Extrusion Materials" (Revised 1989),
ASTM D2161-66 Conversion Tables For SUS
ASTM D2197-86 (Reapproved 1991), Standard Test Method for Adhesion of Organic Coatings by Scrape Adhesion;
ASTM D2216-05 "Standard Test Methods for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass," IBR approv
```

PROAERA_00010177

ASTM D2234-00 Standard Practice for Collection of a Gross Sample of Coal
ASTM D2234-00.1 Standard Practice for Collection of a Gross Sample of Coal,1 IBR approved for table 6 to subpart DDDDD of this part
ASTM D2234-76 96, 97b, 98, Standard Methods for Collection of a Gross Sample of Coal, IBR approved for Appendix A: Method 19, Secti
ASTM D2234-D2234M-03 Standard Practice for Collection of a Gross Sample of Coal, IBR approved for table 6 to subpart DDDDD of this
ASTM D2235-88 Standard Specification for Solvent Cement for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Pipe and Fittings—ASTM D2
ASTM D2235-88. Standard Specification for Solvent Cement for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Pipe and Fittings— ASTM
ASTM D2236-70 ("Standard Method of Test for Dynamic Mechanical Properties of Plastics by Means of Torsional Pendulum,"
ASTM D2241-96b Standard Specification for Poly (Vinyl Chloride)(PVC) Pressure-Rated Pipe (SDR Series)
ASTM D2247-92 Standard Practice for Testing Water Resistance of Coatings in 100% Relative Humidity;
ASTM D2267-68 78, 88, Standard Test Method for Aromatics in Light Naphthas and Aviation Gasoline by Gas Chromatography, IBR approve
ASTM D2316-75 Standard Recommended Practice for Installing Bituminized Fiber Drain and Sewer Pipe (Reapproved 1984)
ASTM D2321-89 Standard Practice for Underground Installation of Thermoplastic Pipe for Sewers and Other Gravity-Flow Applications
ASTM D2359-85a 93, Standard Specification for Refined Benzene-535, IBR approved September 14, 1989 for §61.270(a).
ASTM D2369-87 Standard Test Method for Volatile Content of Coatings
ASTM D2369-81 87, 90, 92, 93, 95, Standard Test Method for Volatile Content of Coatings, IBR approved for Appendix A: Method 24, Se
ASTM D2369-93 95, Standard Test Method for Volatile Content of Coatings, IBR approved for §63.788, appendix A.
ASTM D2372-85 Standard Method of Separation of Vehicle from Solvent-Reducible Paints
ASTM D2382-76 Standard Test Method for Heat of Combustion of Hydrocarbon Fuels by Bomb Calorimeter (High-Precision Method). IBR app
ASTM D2382-76 88, Heat of Combustion of Hydrocarbon Fuels by Bomb Calorimeter (High-Precision Method), IBR approved June 6, 1984 fc
ASTM D2464-96a Standard Specification for Threaded Poly (Vinyl Chloride)(PVC) Plastic Pipe Fittings Schedule
ASTM D2466-97 Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe Fittings, Schedule
ASTM D2467-96a Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe Fittings, Schedule
ASTM D2502-92 (Reapproved 1996), Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oil
ASTM D2503-92 (Reapproved 1997), Standard Test Method for Relative Molecular Mass (Molecular Weight) of Hydrocarbons by Thermoelect
ASTM D2503-82 "Standard Test Method for Molecular Weight (Relative Molecular Mass) of Hydrocarbons by Thermoelectric Measurement of
ASTM D2504-67 77, 88 (Reapproved 1993), Noncondensable Gases in C3 and Lighter Hydrocarbon Products by Gas Chromatography, IBR app
ASTM D2504-67 77, 88 (Reapproved 1993), Noncondensable Gases in C3and Lighter Hydrocarbon Products by Gas Chromatography, IBR appro
ASTM D2513-87 "Standard Specification for Thermoplastic Gas Pressure Pipe, Tubing, and Fittings."
ASTM D2513-99 "Standard Specification for Thermoplastic Gas Pressure Pipe, Tubing, and Fittings."
ASTM D2517-00 "Standard Specification for Reinforced Epoxy Resin Gas Pressure Pipe and Fittings."
ASTM D2564-91a Standard Specification for Solvent Cements for Poly (Vinyl Chloride) (PVC) Plastic Piping Systems—ASTM D2564-91a.
ASTM D2565-70 "Standard Recommended Practice for Operating Xenon-Arc Type (Water-Cooled) Light- and Water-Exposure Apparatus for Ex
ASTM D2565-92 Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With and Without Water for Exposure of Plasti
ASTM D2584-68 (Reapproved 1985), 94, Standard Test Method for Ignition Loss of Cured Reinforced Resins, IBR approved for §60.685(c)
ASTM D2597-94 (Reapproved 1999), Standard Test Method of Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen
ASTM D2622-98 Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry
ASTM D2622-05 Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry, IBR a
ASTM D2622-87 94, 98, Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectromet
ASTM D2661-91 Standard Specification Acrylonitrile-Butadiene-Styrene (ABS) Schedule 40 Plastic Drain, Waste, and Vent Pipe and Fit
ASTM D2661-91. Standard Specification Acrylonitrile-Butadiene-Styrene (ABS) Schedule 40 Plastic Drain, Waste, and Vent Pipe and Fitt
ASTM D2665-91b Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Drain, Waste, and Vent Pipe and Fittings
ASTM D2665-97b Standard Specification for Poly (Vinyl Chloride)(PVC)Plastic Drain, Waste, and Vent Pipe and Fittings
ASTM D2665-91b. Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Drain, Waste, and Vent Pipe and Fittings— ASTM D2665
ASTM D2697-86 Standard Test Method for Volume Nonvolatile Matter in Clear or Pigmented Coatings
ASTM D2697-86 (Reapproved 1998), "Standard Test Method for Volume Nonvolatile Matter in Clear or Pigmented Coatings," IBR approved
ASTM D2777-98 Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water-162.0
ASTM D2794-92 Standard Test Method for Resistance of Organic Coatings to the Effects of Rapid Deformation (Impact);
ASTM D2842-97 Standard Test Method for Water Absorption of Rigid Cellular Plastics
ASTM D2846-92 Standard Specification for Chlorinated Poly (Vinyl Chloride) (CPVC) Plastic Hot- and Cold-Water Distribution Systems-
ASTM D2846-92. Standard Specification for Chlorinated Poly (Vinyl Chloride) (CPVC) Plastic Hot- and Cold-Water Distribution Systems
ASTM D2857-70 (Reapproved 1977), "Standard Test Method for Dilute Solution Viscosity of Polymers,"
ASTM D2863-95 Standard Test Method for Measuring the Minimum Oxygen Concentration to Support Candle-like Combustion of Plastics (Ox
ASTM D2879-86 Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by
ASTM D2879-83 96, 97, Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by I
ASTM D2879-83 96, Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isote

PROAERA_00010178

ASTM D2879-83 Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by
ASTM D2880-90a Standard Specification for Gas Turbine Fuel Oils
ASTM D2880-78 96, Standard Specification for Gas Turbine Fuel Oils, IBR approved for §§60.111(b), 60.111a(b), and 60.335(d).
ASTM D2908-74 91, Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography, IBR app
ASTM D2986-95A Standard Practice for Evaluation of Air Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test
ASTM D2986-71 78, 95a, Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test, 1
ASTM D2986-71 78, 95a, Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test, 1
ASTM D3172-89 Standard Practice for Proximate Analysis of Coal and Coke
ASTM D3173-02 Standard Test Method for Moisture in the Analysis Sample of Coal and Coke,1 IBR approved for table 6 to subpart DDDDI
ASTM D3173-03 Standard Test Method for Moisture in the Analysis Sample of Coal and Coke, IBR approved for table 6 to subpart DDDDD
ASTM D3173-73 87, Standard Test Method for Moisture in the Analysis Sample of Coal and Coke, IBR approved for Appendix A: Method 1S
ASTM D3174-00 Standard Test Method for Ash in the Analysis Sample of Coal and Coke from Coal
ASTM D3176-89 (Reapproved 2002), Standard Test Method for Ultimate Analysis of Coal and Coke
ASTM D3176-89 Standard Practice for Ultimate Analysis of Coal and Coke
ASTM D3176-74 89, Standard Method for Ultimate Analysis of Coal and Coke, IBR approved for §60.45(f)(5)(i) and Appendix A: Method 1
ASTM D3177-02 (Reapproved 2007), Standard Test Methods for Total Sulfur in the Analysis Sample of Coal and Coke
ASTM D3177-75 89, Standard Test Method for Total Sulfur in the Analysis Sample of Coal and Coke, IBR approved for Appendix A: Metho
ASTM D3178-73 (Reapproved 1979), 89, Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke, IBR app
ASTM D3238-95 (Reapproved 2000), Standard Test Method for Calculation of Carbon Distribution and Structural Group Analysis of Petrc
ASTM D3246-96 Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry
ASTM D3246-05 Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry, IBR approved for §60.4415(a)(1)(ii).
ASTM D3246-81 92, 96, Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry, IBR approved for §60.335(b)(1(
ASTM D3257-93 Standard Test Methods for Aromatics in Mineral Spirits by Gas Chromatography, IBR approved for §63.786(b).
ASTM D3270-73T 80, 91, 95, Standard Test Methods for Analysis for Fluoride Content of the Atmosphere and Plant Tissues (Semiautomat
ASTM D3275-89 "Standard Specification for E-CTFE-Fluoroplastic Molding, Extrusion, and Coating Materials,"
ASTM D3286-85 96, Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter, IBR approved
ASTM D3309-92a Standard Specification for Polybutylene (PB) Plastic Hot- and Cold-Water Distribution Systems-ASTM D3309-92a.
ASTM D3309-92a. Standard Specification for Polybutylene (PB) Plastic Hot- and Cold-Water Distribution Systems- ASTM D3309-92a.
ASTM D3311-92 Standard Specification for Drain, Waste, and Vent (DWV) Plastic Fittings Patterns-ASTM D3311-92.
ASTM D3311-92. Standard Specification for Drain, Waste, and Vent (DWV) Plastic Fittings Patterns- ASTM D3311-92.
ASTM D3349-86 Standard Test Method for Absorption Coefficient of Carbon Black Pigmented Ethylene Plastic;
ASTM D3370-76 95a, Standard Practices for Sampling Water, IBR approved for §60.564(j).
ASTM D3588-98 Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels, for appe
ASTM D3656-89 Standard Specifications for Insect Screening and Louver Cloth Woven From Vinyl-Coated Glass Yarns
ASTM D3679-92 Standard Specification for Rigid Poly (Vinyl Chloride) (PVC) Siding
ASTM D3683-94 (Reapproved 2000), Standard Test Method for Trace Elements in Coal and Coke Ash Absorption,1 IBR approved for table 6
ASTM D3684-01 Standard Test Method for Total Mercury in Coal by the Oxygen Bomb Combustion/Atomic Absorption Method,1 IBR approved
ASTM D3792-86 Standard Test Method for Water Content of Water-Reducible Paints by Direct Injection into a Gas Chromatograph
ASTM D3792-79 91, Standard Test Method for Water Content of Water-Reducible Paints by Direct Injection into a Gas Chromatograph, II
ASTM D3792-91 Standard Method for Water Content of Water-Reducible Paints by Direct Injection into a Gas Chromatograph, IBR approve
ASTM D3912-80 (Reapproved 1989), Standard Test Method for Chemical Resistance of Coatings Used in Light-Water Nuclear Power Plants,
ASTM D3912-80 Standard Test Method for Chemical Resistance of Coatings Used in Light-Water Nuclear Power Plants, IBR approved for §
ASTM D3925-81(Reapproved 1985), Standard Practice for Sampling Liquid Paints and Related Pigment Coatings
ASTM D3928-89 Standard Test Method for Evaluation of Gloss or Sheen Uniformity;
ASTM D3953-91 Standard Specification D3953-91, Standard Specification for Strapping, Flat Steel and Seals
ASTM D3953-1991 Standard Specification for Strapping, Flat Steel and Seals-ASTM D3953, 1991.
ASTM D3953-97 February 1998,  Standard Specification for Strapping, Flat Steel and Seals, American Society for Testing and Material
ASTM D3953-97 96a, Standard Specification for Strapping, Flat Steel and Seals, American Society for Testing and Materials (ASTM), D3953-
ASTM D3980-87 Standard Practice for Interlaboratory Testing of Paint and Related Materials
ASTM D4017-81(Reapproved 1987), Standard Test Method for Water in Paints and Paint Materials by Karl Fischer Method
ASTM D4017-81 90, 96a, Standard Test Method for Water in Paints and Paint Materials by the Karl Fischer Titration Method, IBR appro
ASTM D4017-90 96a, Standard Test Method for Water in Paints and Paint Materials by the Karl Fischer Titration Method, IBR approved
ASTM D4052-96 (Reapproved 2002), Standard Test Method for Density and Relative Density of Liquids by Digital Density Meter
ASTM D4057-95 (Reapproved 2000), Standard Practice for Manual Sampling of Petroleum and Petroleum Products
ASTM D4057-81 95, Standard Practice for Manual Sampling of Petroleum and Petroleum Products, IBR approved for Appendix A: Method 1S

PROAERA_00010179

ASTM D4057-95 (Reapproved 2000), Standard Practice for Manual Sampling of Petroleum and Petroleum Products, IBR approved for §60.4(
ASTM D4066-96a Standard Classification System for Nylon Injection and Extrusion Materials (PA)
ASTM D4082-89 Standard Test Method for Effects of Gamma Radiation on Coatings for Use in Light-Water Nuclear Power Plants, IBR appr
ASTM D4082-89 Standard Test Method for Effects of Gamma Radiation on Coatings for Use in Light-Water Nuclear Power Plants, incorpor
ASTM D4084-05 Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method), IBR appro
ASTM D4084-82 94, Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method), IBR a
ASTM D4101-82(1988) Standard Specification for Propylene Plastic Injection and Extrusion Materials;
ASTM D4177-95 (Reapproved 2000), Standard Practice for Automatic Sampling of Petroleum and Petroleum Products, IBR approved for §6(
ASTM D4206-96 Standard Test Method for Sustained Burning of Liquid Mixtures Using the Small Scale Open-Cup Apparatus
ASTM D4239-02 Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High-Temperature Tube Furnace Combusti
ASTM D4239-85 94, 97, Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace
ASTM D4256-89 94, Standard Test Method for Determination of the Decontaminability of Coatings Used in Light-Water Nuclear Power Pla
ASTM D4268-93 Standard Test Method for Testing Fiber Ropes
ASTM D4294-98 Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-ray Fluorescence Spectrome
ASTM D4294-02 Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrome
ASTM D4294-03 Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrome
ASTM D4359-92 Standard Test Method for Determining Whether a Material is a Liquid or a Solid
ASTM D4420-94 Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography, IBR approved for §61.
ASTM D4442-92 Standard Test Methods for Direct Moisture Content Measurement of Wood and Wood-Base Materials—ASTM D 4442-92 (Re-appr
ASTM D4442-84 92, Standard Test Methods for Direct Moisture Content Measurement in Wood and Wood-base Materials, IBR approved for A
ASTM D4444-1992 Standard Test Methods for Use and Calibration of Hand-Held Moisture Meters—ASTM D4444, 1992.
ASTM D4444-92 Standard Test Methods for Use and Calibration of Hand-Held Moisture Meters, IBR approved for Appendix A: Method 28, &
ASTM D4457-85 Standard Test Method for Determination of Dichloromethane and 1,1,1-Trichloroethane in Paints and Coatings by Direct
ASTM D4468-85 (Reapproved 2000), Standard Test Method for Total Sulfur in Gaseous Fuels by Hydrogenolysis and Rateometric Colorimet
ASTM D4565-90a Standard Test Methods for Physical and Environmental Performance Properties of Insulations and Jackets for Telecommu
ASTM D4566-90 Standard Test Methods for Electrical Performance Properties of Insulations and Jackets for Telecommunications Wire an
ASTM D4568-86 Standard Test Methods for Evaluating Compatibility Between Cable Filling and Flooding Compounds and Polyolefin Cable
ASTM D4606-03 Standard Test Method for Determination of Arsenic and Selenium in Coal by the Hydride Generation/Atomic Absorption Me
ASTM D4629-02 Standard Test Method for Trace Nitrogen in Liquid Petroleum Hydrocarbons by Syringe/Inlet Oxidative Combustion and Ch
ASTM D4734-87 96, Standard Specification for Refined Benzene-545, IBR approved September 14, 1989 for §61.270(a).
ASTM D4809-00 Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)
ASTM D4809-95 Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method), IBR a
ASTM D4809-95 Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method), IBR a
ASTM D4809-88 Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method), IBR a
ASTM D4810-88 (Reapproved 1999), Standard Test Method for Hydrogen Sulfide in Natural Gas Using Length of Stain Detector Tubes, IBF
ASTM D4840-99 (Reapproved 2004), "Standard Guide for Sample Chain-of-Custody Procedures,"
ASTM D4872-88 Standard Test Method for Dielectric Testing of Wire and Cable Filling Compounds;
ASTM D4891-89 (Reapproved 2006), Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion,
ASTM D4956-04 Standard Specification for Retroreflective Sheeting for Traffic Control, American Society of Testing and Materials, A
ASTM D4956-04, 2004 Standard Specification for Retroreflective Sheeting for Traffic Control, American Society of Testing and Materi
ASTM D4986-98 Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials
ASTM D5066-91 (Reapproved 2001), "Standard Test Method for Determination of the Transfer Efficiency Under Production Conditions for
ASTM D5087-02 "Standard Test Method for Determining Amount of Volatile Organic Compound (VOC) Released from Solventborne Automotive
ASTM D5198-92 (Reapproved 2003), Standard Practice for Nitric Acid Digestion of Solid Waste,1 IBR approved for table 6 to subpart E
ASTM D5228-92—"Standard Test Method for Determination of Butane Working Capacity of Activated Carbon," reapproved 2005, IBR approve
ASTM D5287-97 (Reapproved 2002), Standard Practice for Automatic Sampling of Gaseous Fuels, IBR approved for §60.4415(a)(1).
ASTM D5291-02 Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubr
ASTM D5291-02 Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubr
ASTM D5373-02 (Reapproved 2007) Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laborato
ASTM D5373-02 (Reapproved 2007), "Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laborat
ASTM D5403-93 Standard Test Methods for Volatile Content of Radiation Curable Materials, IBR approved for Appendix A: Method 24, Se
ASTM D5453-06 Standard Test Method for Determination of Total Sulfur in Light Hydrocarbons, Spark Ignition Engine Fuel, Diesel Engi
ASTM D5453-00 Standard Test Method for Determination of Total Sulfur in Light Hydrocarbons, Motor Fuels and Oils by Ultraviolet Flu
ASTM D5453-05 Standard Test Method for Determination of Total Sulfur in Light Hydrocarbons, Motor Fuels and Oils by Ultraviolet Flu
ASTM D5504-01 Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and

PROAERA_00010180

ASTM D5762-02 Standard Test Method for Nitrogen in Petroleum and Petroleum Products by Boat-Inlet Chemiluminescence, IBR approved f
ASTM D5865-01a Standard Test Method for Gross Calorific Value of Coal and Coke, for appendices A, D, and F of this part.
ASTM D5865-03a Standard Test Method for Gross Calorific Value of Coal and Coke,1 IBR approved for table 6 to subpart DDDDD of this
ASTM D5865-04 Standard Test Method for Gross Calorific Value of Coal and Coke, IBR approved for table 6 to subpart DDDDD of this pa
ASTM D5865-98 Standard Test Method for Gross Calorific Value of Coal and Coke, IBR approved for §60.45(f)(5)(ii), 60.46(c)(2), and
ASTM D5965-02 "Standard Test Methods for Specific Gravity of Coating Powders," IBR approved for §§63.3151(b) and 63.3951(c).
ASTM D6053-00 Standard Test Method for Determination of Volatile Organic Compound (VOC) Content of Electrical Insulating Varnishes,
ASTM D6093-97 (Reapproved 2003), "Standard Test Method for Percent Volume Nonvolatile Matter in Clear or Pigmented Coatings Using a
ASTM D6216-98 Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications
ASTM D6228-98 (Reapproved 2003), Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas
ASTM D6266-00a "Test Method for Determining the Amount of Volatile Organic Compound (VOC) Released from Waterborne Automotive Coati
ASTM D6323-98 (Reapproved 2003), Standard Guide for Laboratory Subsampling of Media Related to Waste Management Activities,1 IBR ap
ASTM D6348-03 Standard Test Method for Determination of Gaseous Compounds by Extractive Direct Interface Fourier Transform Infrared
ASTM D6348-03 Standard Test Method for Determination of Gaseous Compounds by Extractive Direct Interface Fourier Transform Infrared
ASTM D6357-04 Standard Test Methods for Determination of Trace Elements in Coal, Coke, and Combustion Residues from Coal Utilizatio
ASTM D6366-99 Standard Test Method for Total Trace Nitrogen and Its Derivatives in Liquid Aromatic Hydrocarbons by Oxidative Combus
ASTM D6420-99 (Reapproved 2004), Standards Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chrom
ASTM D6522-00 (Reapproved 2005), Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrati
ASTM D6522-00 Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions fr
ASTM D6667-01 Standard Test Method for Determination of Total Volatile Sulfur in Gaseous Hydrocarbons and Liquefied Petroleum Gases
ASTM D6667-04 Standard Test Method for Determination of Total Volatile Sulfur in Gaseous Hydrocarbons and Liquefied Petroleum Gases
ASTM D6721-01 Standard Test Method for Determination of Chlorine in Coal by Oxidative Hydrolysis Microcoulometry, IBR approved for
ASTM D6722-01 Standard Test Method for Total Mercury in Coal and Coal Combustion Residues by the Direct Combustion Analysis, IBR ap
ASTM D6784-02 Standard Test Method for Elemental, Oxidized, Particle-Bound and Total Mercury in Flue Gas Generated from Coal-Fired
ASTM D6911-03 "Guide for Packaging and Shipping Environmental Samples for Laboratory Analysis," for appendix K of this part, sectio
ASTM D7036-04 Standard Practice for Competence of Air Emission Testing Bodies, for appendices A, B, and E of this part.
ASTM E8-91 Standard Test Methods of Tension Testing of Metallic Materials; and
ASTM E8-99 Standard Test Methods for Tension Testing of Metallic Materials
ASTM E11-95 Standard Specification for Wire Cloth and Sieves for Testing Purposes
ASTM E23-96 Standard Test Methods for Notched Bar Impact Testing of Metallic Materials
ASTM E23-98 Standard Test Methods for Notched Bar Impact Testing of Metallic Materials
ASTM E28-67 "Standard Test Method for Softening Point by Ring and Ball Apparatus" (Reapproved 1977),
ASTM E28-67 (Reapproved 1982), "Standard Test Method for Softening Point by Ring-and-Ball Apparatus,"
ASTM E29-90 Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specification
ASTM E29-90 Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications,
ASTM E50-82 86, 90 (Reapproved 1995), Standard Practices for Apparatus Reagents, and Safety Precautions for Chemical Analysis of Me
ASTM E72-80 "Standard Methods of Conducting Strength Tests of Panels for Building Construction"
ASTM E72-80 Standard Methods of Conducting Strength Tests of Panels for Building Construction
ASTM E84-01-2001 Standard Test Method for Surface Burning Characteristics of Building Materials, ASTM E84-01, 2001
ASTM E84-98 Standard Test Method for Surface Burning Characteristics of Building Materials
ASTM E84-01 2001 Standard Test Method for Surface Burning Characteristics of Building Materials,
ASTM E96-95 Standard Test Methods for Water Vapor Transmission of Materials
ASTM E96-95 Standard Test Methods for Water Vapor Transmission of Materials)
ASTM E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 Standard Specification for ASTM Hydrometers," (E 100-72 (1978))
ASTM E112-88 Standard Test Methods for Determining Average Grain Size
ASTM E112-96 Standard Test Methods for Determining Average Grain Size, 1996 Edition
ASTM E114-95 Standard Practice for Ultrasonic Pulse-Echo Straight-Beam Examination by the Contact Method
ASTM E119-88 "Standard Test Methods for Fire Tests of Building Construction and Materials"
ASTM E119-98 Standard Test Methods for Fire Tests of Building Construction and Materials.
ASTM E131-81a "Standard Definitions of Terms and Symbols Relating to Molecular-Spectroscopy,"
ASTM E162-87 "Standard Test Method for Surface Flammability of Materials Using A Radiant Heat Energy Source."
ASTM E162-94 Standard Test Method for Surface Flammability of Materials Using a Radiant Heat Energy Source,
ASTM E168-67 77, 92, General Techniques of Infrared Quantitative Analysis, IBR approved for §§60.485a(d)(1), 60.593(b)(2), 60.593a(
ASTM E169-63 77, 93, General Techniques of Ultraviolet Quantitative Analysis, IBR approved for §§60.485a(d)(1), 60.593(b)(2), 60.59
ASTM E180-85 Standard Practice for Determining the Precision of ASTM Methods for Analysis and Testing of Industrial Chemicals, for

PROAERA_00010181

ASTM E180-93 Standard Practice for Determining the Precision of ASTM Methods for Analysis and Testing of Industrial Chemicals, IBR
ASTM E208-95a Standard Test Method for Conducting Drop-Weight Test to Determine Nil-Ductility Transition Temperature of Ferritic St
ASTM E213-98 Standard Practice for Ultrasonic Examination of Metal Pipe and Tubing
ASTM E220-86 Standard Method for Calibration of Thermocouples by Comparisons Techniques, incorporation by reference (IBR) approved
ASTM E260-73 91, 96, General Gas Chromatography Procedures, IBR approved for §§60.485a(d)(1), 60.593(b)(2), 60.593a(b)(2), and 60.6
ASTM E260-91 96, General Practice for Packed Column Gas Chromatography, IBR approved for §§63.750(b)(2) and 63.786(b)(5).
ASTM E283-91 Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under
ASTM E300-86 Standard Practice for Sampling Industrial Chemicals, for §52.741(a)(4)(i)(A)( 2 ).
ASTM E324-79 "Standard Test Method for Relative Initial and Final Melting Points and the Melting Range of Organic Chemicals,"
ASTM E330-90 Standard Test Method for Structural Performance of Exterior Windows, Curtain Walls, and Doors by Uniform Static Air Pi
ASTM E331-86 Standard Test Method for Water Penetration of Exterior Windows, Curtain Walls, and Doors by Uniform Static Air Pressu
ASTM E380-82 Metric Practice, IBR approved for §59.208(k).
ASTM E380-91a Standard Practices for Use of the International Systems of Units (SI) (the Modernized Metric System)
ASTM E408-71 (Reapproved 2002), "Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques."
ASTM E515-95 (Reapproved 2000), Standard Test Method for Leaks Using Bubble Emission Techniques, IBR approved for §63.425(i)(2).
ASTM E648-97 Standard Test Method for Critical Radiant Flux of Floor-Covering Systems Using a Radiant Heat Energy Source
ASTM E662-97 Standard Test Method for Specific Optical Density of Smoke Generated by Solid Materials
ASTM E711-87 (Reapproved 1996), Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter,1 IBR
ASTM E773-97 Standard Test Methods for Accelerated Weathering of Sealed Insulating Glass Units
ASTM E774-97 Standard Specification for the Classification of the Durability of Sealed Insulating Glass Units
ASTM E776-87 (Reapproved 1996), Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel,1 IBR approved for table 6 to sub
ASTM E871-82 (Reapproved 1998), Standard Method of Moisture Analysis of Particulate Wood Fuels,1 IBR approved for table 6 to subpar
ASTM E885-88 (Reapproved 1996), Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectrosc
ASTM E1136-93 (1993), Standard Specification for a Radial Standard Reference Test Tire,
ASTM E1333-96 Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a La
ASTM E1337-90 (Reapproved 1996), Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Usin
ASTM F34-76 (Reapproved 1980), "Standard Test Method for Liquid Extraction of Flexible Barrier Materials,
ASTM F496-97 (Standard Specification for In-Service Care of Insulating Gloves and Sleeves, 1997)
ASTM F628-91. Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Schedule 40, Plastic Drain, Waste, and Vent Pipe Wit
ASTM F631-93 Standard Guide for Collecting Skimmer Performance Data in Controlled Environments
ASTM F682-82a (1993), Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings
ASTM F715-95 Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage
ASTM F722-82 (1993), Standard Specification for Welded Joints for Shipboard Piping Systems
ASTM F1003-86 (1992), Standard Specification for Searchlights on Motor Lifeboats
ASTM F1007-86 (1996), Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application
ASTM F1014-92  Standard Specification for Flashlights on Vessels.
ASTM F1020-86 (1996), Standard Specification for Line-Blind Valves for Marine Applications
ASTM F1055-1998 "Standard Specification for Electrofusion Type Polyethylene Fittings for Outside Diameter Controller Polyethylene P
ASTM F1120-87 (1993), Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications
ASTM F1122-87 (1992), Standard Specification for Quick Disconnect Couplings
ASTM F1123-87 (1993), Standard Specification for Non-Metallic Expansion Joints
ASTM F1139-88 (1993), Standard Specification for Steam Traps and Drains56.60-2
ASTM F1155-98 Standard Practice for Selection and Application of Piping System MaterialsAppendix A; Appendix B
ASTM F1172-88 (1993), Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type
ASTM F1173-95 Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications
ASTM F1196-94 Standard Specification for Sliding Watertight Door Assemblies
ASTM F1197-89 (1994), Standard Specification for Sliding Watertight Door Control Systems
ASTM F1199-88 (1993), Standard Specification for Cast (All Temperature and Pressures) and Welded Pipe Line Strainers (150 psig and
ASTM F1200-88 (1993), Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150 Degrees F)
ASTM F1201-88 (1993), Standard Specification for Fluid Conditioner Fittings in Piping Applications above 0 Degrees F
ASTM F1271-90 (1995), Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protections Applications
ASTM F1273-91 (1997), Standard Specification for Tank Vent Flame Arresters
ASTM F1321-92 Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine the Light S
ASTM F1323-98 Standard Specification for Shipboard Incinerators63.25-9
ASTM F1387-93 Standard Specification for Performance of Mechanically Attached Fittings56.30-25

PROAERA_00010182

ASTM F1476-95a Standard Specification for Performance of Gasketed Mechanical Couplings for Use in Piping Applications56.30-35
ASTM F1546 [or] F 1546 M-96, Standard Specification for Firehose Nozzles
ASTM F1548-94 Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings, Used in Piping App
ASTM F2324-03 "Standard Test Method for Prerinse Spray Valves," October, 2003.
ASTM G21-90 Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi; and
ASTM G23-90 Standard Practice for Operating Light-Exposure Apparatus (Carbon-Arc Type) With and Without Water for Exposure of Nonme
ASTM G26-70 "Standard Recommended Practice for Operating Light—and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Nonmet
ATSC A/52: "ATSC Standard Digital Audio Compression (AC-3)," 1995
ATSC A/53 Parts 1-6: 2007 "ATSC Digital Television Standard," (January 3, 2007) as listed below:
ATSC A/65B: "ATSC Program and System Information Protocol for Terrestrial Broadcast and Cable," (Revision B) March 18, 2003, and II
ATSC A/65B: "ATSC Standard: Program and System Information Protocol for Terrestrial Broadcast and Cable (Revision B)," March 18, 20
ATSC A/65C: "ATSC Program and System Information Protocol for Terrestrial Broadcast and Cable, Revision C With Amendment No. 1 date
AWPA A1-91 Standard Methods for Analysis of Creosote and Oil-Type Preservatives. American Wood Preservers Assocation
AWPA A2-91 Standard Methods for Analysis of Waterborne Preservatives and Fire-Retardant Formulations.
AWPA A3-91 Standard Methods for Determining Penetration of Preservatives and Fire Retardants.
AWPA A5-91 Standard Methods for Analysis of Oil-Borne Preservatives.
AWPA A6-89 Method for the Determination of Oil-Type Preservatives and Water in Wood.
AWPA A7-75 Standard Wet Ashing Procedure for Preparing Wood for Chemical Analysis.
AWPA A9-90 Standard Method for Analysis of Treated Wood and Treating Solutions by X-Ray Spectroscopy.
AWPA A11-83 Standard Method for Analysis of Treated Wood and Treating Solutions by Atomic Absorption Spectroscopy.
AWPA C1-91 All Timber Products—Preservative Treatment by Pressure Processes.
AWPA C4-91 Poles—Preservative Treatment by Pressure Processes.
AWPA C8-91 Western Red Cedar and Alaska Yellow Cedar Poles—Preservative Treatment by the Full-Length Thermal Process.
AWPA C10-91 Lodgepole Pine Poles—Preservative Treatment by the Full-Length Thermal Process.
AWPA C12-90 Western Larch Poles—Full-Length Preservative Treatment by Thermal Process.
AWPA M1-90 Standard for the Purchase of Treated Wood Products.
AWPA M2-91 Standard for Inspection of Treated Timber Products.
AWPA M3-81 Standard Quality Control Procedures for Wood Preserving Plants.
AWPA M4-91 Standard for the Care of Preservative-Treated Wood Products.
AWPA P1/P13-91 Standard for Coal Tar Creosote for Land and, Fresh Water and Marine (Coastal Water Use).
AWPA P5-91 Standards for Waterborne Preservatives.
AWPA P8-91 Standards for Oil-Borne Preservatives.
AWPA P9-91 Standards for Solvents and Formulations for Organic Preservative Systems.
AWS B3.0-41 Standard Qualification Procedure
AWS B3.0-41 Standard Qualification Procedure, AWS .
AWS D1-1-73 American Welding Society Structural Welding Code D1-1-73 is available from the American Welding Society, Inc., 550 N.W.
AWS D1.0-1966 Code for Welding in Building Construction
AWS D1.1:2000 Structural Welding Code—Steel
AWS D1.4-98 Structural Welding Code—Reinforcing Steel
AWS D2.0-69 Specifications for Welding Highway and Railway Bridges
AWS D2.0-69 Specifications for Welding Highway and Railway Bridges, AWS
AWS D3.6M:1999 Specification for Underwater Welding
AWS D8.4-61 Recommended Practices for Automotive Welding Design
AWS D8.4-61 Recommended Practices for Automotive Welding Design, AWS .
AWS D10.9-69 Standard Qualification of Welding Procedures and Welders for Piping and Tubing, AWS .
AWS D14.4-77 "Classification and Application of Welded Joints for Machinery and Equipment,"
AWWA C207-55, Steel Pipe Flanges, 1955 American Water Works Society
BOCA National Building Code, 1993 Edition,
BOCA National Mechanical Code, 1993 Edition
BOCA National Plumbing Code, 1993 Edition,
CABO One and Two Family Dwelling Code, 1992 Edition, including the 1993 amendments Council of American Building Officials
CEA-542-B: "CEA Standard: Cable Television Channel Identification Plan," July 2003
CEA-766-A: "U.S. and Canadian Region Rating Tables (RRT) and Content Advisory Descriptors for Transport of Content Advisory Informa
CEA-931-A, "Remote Control Command Pass-through Standard for Home Networking," 2003
CGA 1957 Standard Hose Connection Standard

PROAERA_00010183

CGA 1958 Regulator Connection Standard
CGA and RMA (Rubber Manufacturer's Association) Specification for Rubber Welding Hose (1958)
CGA C-6 (1968) Standards for Visual Inspection of Compressed Gas Cylinders
CGA C-8 (1962) Standard for Requalification of ICC-3HT Cylinders
CGA C-3 Standards for Welding on Thin-Walled Steel Cylinders, 1994
CGA C-5 Cylinder Service Life—Seamless Steel High Pressure Cylinders, 1991
CGA C-6 Standards for Visual Inspection of Steel Compressed Gas Cylinders, 1993
CGA C-6-1968 andCompressed Gas Association Pamphlets
CGA C-6.1 Standards for Visual Inspection of High Pressure Aluminum Compressed Gas Cylinders, 2002, Fourth Edition
CGA C-6.2 Guidelines for Visual Inspection and Requalification of Fiber Reinforced High Pressure Cylinders, 1996, Third Edition
CGA C-6.3 Guidelines for Visual Inspection and Requalification of Low Pressure Aluminum Compressed Gas Cylinders, 1991
CGA C-7 A Guide for the Preparation of Precautionary Markings for Compressed Gas Containers, appendix A, issued 1992 (6th Edition)
CGA C-8 Standard for Requalification of DOT-3HT Cylinder Design, 1985
CGA C-8-1962
CGA C-11 Recommended Practices for Inspection of Compressed Gas Cylinders at Time of Manufacture, 2001, Third Edition
CGA C-12 Qualification Procedure for Acetylene Cylinder Design, 1994
CGA C-13 Guidelines for Periodic Visual Inspection and Requalification of Acetylene Cylinders, 2000, Fourth Edition
CGA C-14 Procedures for Fire Testing of DOT Cylinder Pressure Relief Device Systems, 1979
CGA G-1 (1966) Acetylene
CGA G-1.3 (1959) Acetylene Transmission for Chemical Synthesis
CGA G-1.4 (1966) Standard for Acetylene Cylinder Charging Plants
CGA G-7.1 (1966) Commodity Specification
CGA G-8.1 (1964) Standard for the Installation of Nitrous Oxide Systems at Consumer Sites
CGA G-1-1966
CGA G-1.3-1959
CGA G-1.4-1966
CGA G-2.2 Tentative Standard Method for Determining Minimum of 0.2% Water in Anhydrous Ammonia, 1985
CGA G-4.1 Cleaning Equipment for Oxygen Service, 1985
CGA G-8.1-1964
CGA P-1 (1965) Safe Handling of Compressed Gases
CGA P-3 (1963) Specifications, Properties, and Recommendations for Packaging, Transportation, Storage and Use of Ammonium Nitrate
CGA P-1-1965
CGA P-20 Standard for the Classification of Toxic Gas Mixtures, 1995
CGA S-1.1 (1963) and 1965 Addenda. Safety Release Device Standards—Cylinders for Compressed Gases
CGA S-1.2 (1963) Safety Release Device Standards, Cargo and Portable Tanks for Compressed Gases
CGA S-1.2 Safety Relief Device Standards—Cargo and Portable Tanks for Compressed Gases, 197954.15-25 Compressed Gas Association (CC
CGA S-1.2.5.2 Flow Test of Safety Relief Valves, 1979
CGA S-1.3 (1959) Safety Release Device Standards—Compressed Gas Storage Containers
CGA S-1 Safety Relief Device Standards
CGA S-1.1 Pressure Relief Device Standards—Part 1—Cylinders for Compressed Gases, 2001 (with the exception of paragraph 9.1.1.1), N
CGA S-1.1 Pressure Relief Device Standards—Part 1—Cylinders for Compressed Gases, 2003 (with the exception of paragraph 9.1.1.1), E
CGA S-1.1—1963 and 1965 addenda and
CGA S-1.2 Safety Relief Device Standards Part 2—Cargo and Portable Tanks for Compressed Gases, 1980
CGA S-1.2-1963
CGA S-7 Method for Selecting Pressure Relief Devices for Compressed Gas Mixtures in Cylinders, 1996
CGA Technical Bulletin TB-2, Guidelines for Inspection and Repair of MC-330 and MC-331 Cargo Tanks, 1980
CI C-1 Double Braided Nylon Rope Specifications DBN, January 1984.
CI Cordage Institute, 350 Lincoln Street, Hingham, MA 02043, CIA-3, Standard Test Methods for Fiber Rope Including Standard Termina
CI CRS-1 Polyester/Polypropylene Composite Rope Specifications, Three-Strand and Eight-Strand Standard Construction, May 1979;
CI NRS-1 Nylon Rope Specifications, Three-Strand and Eight-Strand Standard Construction, May 1979; and
CI PETRS-2 Polyester Fiber Rope, 3-Strand and 8-Strand Constructions, January 1993; Cordage Instiute
CI PPRS-2 Polypropylene Fiber Rope, 3-Strand and 8-Strand Constructions, August 1992;
CISPI-HSN-85, the Specification for Neoprene Rubber Gaskets for HUB and Spigot Cast Iron Soil Pipe and Fittings
CMAA Specification 1B61, Specifications for Electric Overhead Traveling Cranes
Crane Manufacturers Association of America, Inc., Specification No. 61

PROAERA_00010184

Appendix A, Page 27

CSA International Standard C390–93, Energy Efficiency Test Methods for Three-Phase Induction Motors , Test Method (1), Input-Output
EI "Suggested Practices for Raptor Protection on Powerlines: The State of the Art in 1996," published by the Edison Electric Instit
EIA-608: "Recommended Practice for Line 21 Data Service," 1994
EIA-708-B: "Digital Television (DTV) Closed Captioning," 1999
EIA-744 "Transport of Content Advisory Information Using Extended Data Service (XDS)," 1997
EIA-455-20 Measurement of Change in Optical Transmittance;
EIA-455-25A Repeated Impact Testing of Fiber Optic Cables and Cable Assemblies;
EIA-455-30B Frequency Domain Measurement of Multimode Optical Fiber Information Transmission Capacity;
EIA-455-31B Fiber Tensile Proof Test Method;
EIA-455-37A Low or High Temperature Bend Test for Fiber Optic Cable;
EIA-455-41 Compressive Loading Resistance of Fiber Optic Cables;
EIA-455-45B Method for Measuring Optical Fiber Geometry Using a Laboratory Microscope;
EIA-455-46A Spectral Attenuation Measurement for Long-Length Graded-Index Optical Fibers;
EIA-455-48B Measurement of Optical Fiber Cladding Diameter Using Laser-Based Instruments;
EIA-455-51A Pulse Distortion Measurement of Multimode Glass Optical Fiber Information Transmission Capacity;
EIA-455-53A Attenuation by Substitution Measurement for Multimode Graded-Index Optical Fibers or Fiber Assemblies Used in Long Leng
EIA-455-55B End-View Methods for Measuring Coating and Buffer Geometry of Optical Fibers;
EIA-455-58A Core Diameter Measurement of Graded-Index Optical Fibers;
EIA-455-59 Measurement of Fiber Point Defects Using an OTDR;
EIA-455-61 Measurement of Fiber or Cable Attenuation Using an OTDR;
EIA-455-78A Spectral-Attenuation Cutback Measurement for Single-Mode Optical Fibers;
EIA-455-81A Compound Flow (Drip) Test for Filled Fiber Optic Cable;
EIA-455-82B Fluid Penetration Test for Fluid-Blocked Fiber Optic Cable;
EIA-455-85A Fiber Optic Cable Twist Test;
EIA-455-86 Fiber Optic Cable Jacket Shrinkage;
EIA-455-89A Fiber Optic Cable Jacket Elongation And Tensile Strength; and
EIA-455-104A Fiber Optic Cable Cyclic Flexing Test;
EIA-455-164A Single-Mode Fiber Measurement of Mode Field Diameter by Far-Field Scanning;
EIA-455-165A Mode Field Diameter Measurement Near Field Scanning Technique;
EIA-455-167A Mode Field Diameter, Variable Aperture in the Far Field;
EIA-455-168A Chromatic Dispersion Measurement of Multimode Graded-Index and Single-Mode Optical Fibers by Spectral Group Delay Meas
EIA-455-169A Chromatic Dispersion Measurement of Single-Mode Optical Fibers by the Phase-Shift Method;
EIA-455-170 Cable Cutoff Wavelength of Single-Mode Fiber by Transmitted Power;
EIA-455-173 Coating Geometry Measurement for Optical Fiber Side-View Method;
EIA-455-174 Mode Field Diameter of Single-Mode Optical Fiber by Knife-Edge Scanning in the Far Field
EIA-455-175A Chromatic Dispersion Measurement of Single-Mode Optical Fibers by the Differential Phase Shift Method;
EIA-455-176 Method for Measuring Optical Fiber Cross-Sectional Geometry by Automated Grey-Scale Analysis;
EIA-455-177A Numerical Aperture Measurement of Graded-Index Optical Fibers;
EIA-455-178 Measurements of Strip Force Required for Mechanically Removing Coatings from Optical Fibers; and
EIA-598 Color Coding of Fiber Optic Cables
EJMA Expansion Joint Manufacturers Association Inc. (EJMA), Standards of the Expansion Joint Manufacturers Association, 1980
EMA MG1-1993 Motors and Generators , with Revisions 1, 2, 3 and 4 (Electrical Manufacturers Association Standards Publication)
FCI 69-1 Pressure Rating Standard for Steam Traps56.60-1, Fluid Controls Institute Inc. (FCI)
Fertilizer Institute Standards for the Storage and Handling of Agricultural Anhydrous Ammonia, M-1,
FMER Class Number 3150: Audible Signal Devices, December, 1974 Factory Mutual Engineering and Research, ATTN: Librarian, 1151 Bostc
FMER Class Number 3210: Thermostats for Automatic Fire Detection, July, 1978
FMER Class Number 3230-3250: Smoke Actuated Detectors for Automatic Fire Alarm Signaling, February, 1976
FMER Class Number 3260: Flame Radiation Detectors for Automatic Fire Alarm Signaling, September, 1994
FMER Class Number 3820: Electrical Utilization Equipment, September, 1979
Gas Burning Heating Appliances for Manufactured Homes and Recreational Vehicles, Fourth Edition, with 1998 revisions—
GPA Standard 2172-96, Calculation of Gross Heating Value, Relative Density and Compressibility Factor for Natural Gas Mixtures from
GPA Standard 2261-00, Analysis for Natural Gas and Similar Gaseous Mixtures by Gas Chromatography, for appendices D, F, and G of th
GRI 02/0057 (2002) "Internal Corrosion Direct Assessment of Gas Transmission Pipelines Methodology."
GTI GRI-89/0176 "LNGFIRE: A Thermal Radiation Model for LNG Fires," (June 29, 1990) Gas Technology Institute (GTI):
GTI GRI-96/0396.5 "Evaluation of Mitigation Methods for Accidental LNG Releases, Volume 5: Using FEM3A for LNG Accident Consequence

PROAERA_00010185

GTI GTI-04/0049 (April 2004) "LNG Vapor Dispersion Prediction with the DEGADIS 2.1: Dense Gas Dispersion Model for LNG Vapor Disper
HPVA Structural Design Guide for Hardwood Plywood Wall Panels—HPVA Design Guide HP-SG-96, 1996.
IADC-DCCS-1/1991, Guidelines for Industrial System DC Cable for Mobile Offshore Drilling Units, 1991 International Association of I
IAPMO 2003 edition of the Uniform Plumbing Code
IAPMO PS 2—89 Material and Property Standard for Cast Brass and Tubing P-Traps— IAPMO PS 2—89.
IAPMO PS 4—90 Material and Property Standard for Drains for Prefabricated and Precast Showers— IAPMO PS 4—90.
IAPMO PS 5—84 Material and Property Standard for Special Cast Iron Fittings— IAPMO PS 5—84.
IAPMO PS 9—84 Material and Property Standard for Diversion Tees and Twin Waste Elbow— IAPMO PS 9—84.
IAPMO PS 14—89 Material and Property Standard for Flexible Metallic Water Connectors— IAPMO PS 14—89.
IAPMO PS 23—89 Material and Property Standard for Dishwasher Drain Airgaps— IAPMO PS 23—89.
IAPMO PS 31—91  Material and Property Standards for Backflow Prevention Assemblies—
IAPMO PS 31—91 Material and Property Standards for Backflow Prevention Assemblies— IAPMO PS 31—91.
IAPMO TSC 9—1997. Standard for Gas Supply Connectors for Manufactured Homes— IAPMO TSC 9—1997.
IAPMO TSC 22—85. Standard for Porcelain Enameled Formed Steel Plumbing Fixtures— IAPMO TSC 22—85.
IAPMO, Uniform Mechanical Code (2003 Edition)
ICC International Energy Conservation Code (IECC), 2004 Supplement Edition, January 2005, International Code Council, ISBN 7801S04.
ICC International Energy Conservation Code, 2004 Supplement Edition, January 2005
ICS International Chamber of Shipping, 12 Carthusian Street, London EC1M 6EB, England., Guide to Helicopter/Ship Operations, Third
IEC 56 High-Voltage Alternating-Current Circuit-Breakers, 1987, (Including Amendment 1, 1992, Amendment 2, 1995, and Amendment 3, 1
IEC 68-2-52 Basic Environmental Testing Procedures, Part 2: Tests. Test KB: Salt Mist, Cyclic (Sodium Chloride Solution), 1984
x IEC 79-0 Electrical Apparatus for Explosive Gas Atmospheres, Part 0: General Requirements, 1983 (Including Amendment 2, 1991)
IEC 79-1 Electrical Apparatus for Explosive Gas Atmospheres, Part 1: Construction and Test of Flameproof Enclosures of Electrical A
IEC 79-2 Electrical Apparatus for Explosive Gas Atmospheres, Part 2: Electrical Apparatus—Type of Protection "p", 1983
IEC 79-5 Electrical Apparatus for Explosive Gas Atmospheres, Part 5: Sand-Filled Apparatus. First Edition (1967), Incorporating the
IEC 79-6 Electrical Apparatus for Explosive Gas Atmospheres, Part 6: Oil-Immersion "o", 1995
IEC 79-7 Electrical Apparatus for Explosive Gas Atmospheres, Part 7: Increased Safety "e", 1990 (Including Amendment 1, 1991, and A
IEC 79-11 Electrical Apparatus for Explosive Gas Atmospheres, Part 11: Intrinsic Safety "i", 1991
IEC 79-15 Electrical Apparatus for Explosive Gas Atmospheres, Part 15: Electrical Apparatus with Type of Protection "n", 1987
IEC 79-18 Electrical Apparatus for Explosive Gas Atmospheres, Part 18: Encapsulation "m", 1992
IEC 92-3 Electrical Installation in Ships, Part 3: Cables (construction, testing and installations) Second Edition, 1965, as amende
IEC 92-101 Electrical Installations in Ships, Part 101: Definitions and General Requirements, 1994 (Including Amendment 1, 1995)
IEC 92-201 Electrical Installations in Ships, Part 201: System Design—General 1994
IEC 92-202 Electrical Installations in Ships, Part 202: System Design—Protection, 1994
IEC 92-301 Electrical Installations in Ships, Part 301: Equipment—Generators and Motors, 1980 (Including Amendment 1, 1994, and Ame
IEC 92-302 Electrical Installations in Ships, Part 302: Equipment—Switchgear and Controlgear Assemblies, 1980 (Including Amendment
IEC 92-303 Electrical Installations in Ships, Part 303: Equipment—Transformers for Power and Lighting, 1980
IEC 92-304 Electrical Installations in Ships, Part 304: Equipment—Semiconductor Converters, 1980 (Including Amendment 1, 1995)
IEC 92-306 Electrical Installations in Ships, Part 306: Equipment—Luminaires and Accessories, 1980
IEC 92-350 Electrical Installations in Ships, Part 350: Low-Voltage Shipboard Power Cables—General Construction and Test Requiremen
IEC 92-352 Electrical Installations in Ships, Part 352: Choice and Installation of Cables for Low-Voltage Power Systems, 1979, (Inc
IEC 92-353 Electrical Installations in Ships, Part 353: Single and Multicore Non-radial Field Power Cables with Extruded Solid Insu
IEC 92-401 Electrical Installations in Ships, Part 401: Installation and Test of Completed Installation, 1987
IEC 92-501 Electrical Installations in Ships, Part 501: Special Features—Electric Propulsion Plant, 1984
IEC 92-502 Electrical Installations in Ships, Part 502: Tankers—Special Features, 1994
IEC 92-503 Electrical Installations in Ships, Part 503: Special Features—A.C. Supply systems with Voltages in the Range Above 1KV t
IEC 92-504 Electrical Installations in Ships, Part 504: Special Features—Control and Instrumentation, 1994
IEC 179 entitled "Precision Sound Level Meters," dated 1973.
IEC 225 entitled "Octave, Half-Octave, Third Octave Band Filters Intended for the Analysis of Sounds and Vibrations," dated 1966.
IEC 309-1—Plugs Socket-Outlets and Couplers for Industrial Purposes: Part 1, General Requirements, 1979
IEC 309-2—Plugs Socket-Outlets and Couplers for Industrial Purposes; Part 2, Dimensional Interchangeability Requirements for Pin an
IEC 331 Fire resisting characteristics of electric cables, 1970
IEC 332-1 Tests on Electric Cables Under Fire Conditions, Part 1: Test on a Single Vertical Insulated Wire or Cable, 1993
IEC 332-3 Tests on Electric Cables Under Fire Conditions, Part 3: Test on bunched wires or cables, 1992
IEC 363 Short-Circuit Current Evaluation with Special Regard to Rated Short-Circuit Capacity of Circuit-Breakers in Installations i
IEC 529 Degrees of protection provided by enclosures (IP Code) 1989

IEC 533 Electromagnetic Compatibility of Electrical and Electronic Installations in Ships, 1977
IEC 561 entitled "Electro-acoustical Measuring Equipment for Aircraft Noise Certification," first edition, dated 1976.
IEC 651 entitled "Sound Level Meters," first edition, dated 1979.
IEC 705 "Methods for Measuring the Performance of Microwave Ovens for Household and Similar Purposes," Section 4, Methods of Measur
IEC 705 Amendment 2, "Methods for Measuring the Performance of Microwave Ovens for Household and Similar Purposes," Section 4, Meth
IEC 804 entitled "Integrating-averaging Sound Level Meters," first edition, dated 1985.
IEC 947-2 Low-Voltage Switchgear and Controlgear, Part 2: Circuit Breakers, 1989 (Including Amendment 1, 1992 and Amendment 2, 199:
IEC 1097-1 Ed 1.0, "Global Maritime Distress and Safety System (GMDSS)—Part 1: Radar transponder—Marine Search and Rescue (SART)—Op
IEC 13818-1:2000(E); "Information Technology Generic Coding of Moving Pictures and Associated Audio Information: Systems," 2000
IEC 60034-1 (1996), Rotating electrical machines, Part 1: Rating and performance , with Amendment 1 (1997), Section 3: Duty , claus
IEC 60034-12 (1980), Rotating electrical machines, Part 12: Starting performance of single-speed three-phase cage induction motors
IEC 60050-411 (1996), International Electrotechnical Vocabulary Chapter 411: Rotating machines , sections 411-33-07 and 411-37-26,
IEC 60072-1 (1991), Dimensions and Output Series for Rotating Electrical Machines—Part 1: Frame numbers 56 to 400 and flange number
– IEC 60079-0 Fourth Edition, 2004-01) , Electrical Apparatus for Explosive Gas Atmospheres, Part 0, General Requirements (
– IEC 60079-1 Fifth Edition, 2003-11) Electrical Apparatus for Explosive Gas Atmospheres, Part 1, Flameproof Enclosures "d" (
IEC 60092-101 Edition 4.1, "Electrical installations in ships—part 101: Definitions and general requirements," August 2002.
IEC 60533 "Electrical and electronic installations in ships—Electromagnetic compatibility," November 1999.
IEC 60942 entitled "Electroacoustics—Sound Calibrators," edition 2.0, dated 1997.
IEC 60945 "Maritime navigation and radiocommunication equipment and systems—General requirements—Methods of testing and required te
– IEC 61094-3 entitled "Measurement Microphones—Part 3: Primary Method for Free-Field Calibration of Laboratory Standard Microphone
– IEC 61094-4 entitled "Measurement Microphones—Part 4: Specifications for Working Standard Microphones", edition 1.0, dated 1995.
IEC 61094-3 entitled "Measurement Microphones—Part 3: Primary Method for Free-Field Calibration of Laboratory Standard Microphones
IEC 61094-4 entitled "Measurement Microphones—Part 4: Specifications for Working Standard Microphones", edition 1.0, dated 1995.
IEC 61097-3 Ed 1.0, "Global maritime distress and safety system (GMDSS)—part 3: Digital selective calling (DSC) equipment—Operation
IEC 61097-4 Ed 1.0, "Global maritime distress and safety system (GMDSS)—part 4: INMARSAT-C Ship Earth Station and INMARSAT enhanced
IEC 61097-5 First Edition "Global maritime distress and safety system (GMDSS)—part 5: Inmarsat-E Emergency position indicating radi
IEC 61097-6 "Global maritime distress and safety system (GMDSS)—part 6: Narrowband direct-printing telegraph equipment for the rece
IEC 61097-7 "Global maritime distress and safety system (GMDSS)—part 7: Shipborne VHF radiotelephone transmitter and receiver—Opera
IEC 61097-8 Ed 1.0, "Global Maritime Distress and Safety System (GMDSS)—Part 8: Shipborne watchkeeping receivers for the reception
IEC 61097-9 Ed 1.0, "Global Maritime Distress and Safety System (GMDSS)—Part 9: Shipborne Transmitters and Receivers for Use in the
IEC 61097-10 Ed 1.0, "Global Maritime Distress and Safety System (GMDSS)—Part 10: INMARSAT-B Ship Earth Station Equipment—Operation
IEC 61097-12 Ed 1.0, "Global maritime distress and safety system (GMDSS)—part 12: Survival craft portable two-way VHF radiotelephor
IEC 61097-13 First edition, "Global maritime distress and safety system (GMDSS)—part 13: INMARSAT F77 ship earth station equipment-
IEC 61162-1 Second Edition, "Maritime navigation and radiocommunication equipment and systems—Digital interfaces—Part 1: Single tal
IEC 61162-100 Edition 1.0, "Maritime navigation and radiocommunication equipment and systems—Digital interfaces—Part 100: Single ta
IEC 61260 entitled "Electroacoustics-Octave-Band and Fractional-Octave-Band filters", edition 1.0, dated 1995.
IEC 61265 entitled "Instruments for Measurement of Aircraft Noise-Performance Requirements for Systems to Measure One-Third-Octave-
IEC 61993-2 First Edition, "Maritime navigation and radiocommunication equipment and systems—Automatic identification systems (AIS)
IEEE 32-1972
IEEE 45-1977 Recommended Practice for Electric Installations on Shipboard
– IEEE 45-1983 IEEE Recommended Practice for Electric Installations on Shipboard, 1983
– IEEE 100-1992 The New IEEE Standard Dictionary of Electrical and Electronics Terms, 1992
– IEEE 112-1996 Test Procedure for Polyphase Induction Motors and Generators , Test Method B, Input-Output with Loss Segregation ,
IEEE 320 Application Guide for AC High-Voltage Circuit Breakers Rated on a Symmetrical Current Basis (ANSI/IEEE C37.010-79), 1979
IEEE 331 Application Guide for Low-Voltage AC Nonintegrally Fused Power Circuit Breakers (Using Separately Mounted Current-Limiting
– IEEE 455-1985, IEEE Standard Test Procedure for Measuring Longitudinal Balance of Telephone Equipment Operating in the Voice Band
IEEE 730-1989 Standard for Software Quality Assurance Plans
IEEE 1202-1991 IEEE Standard for Flame Testing of Cables for Use in Cable Tray in Industrial and Commercial Occupancies, 1991
IHO Technical Resolution A3.11—"ENC/SENC Distribution Option", as published in the "Resolutions of the International Hydrographic C
IIT Illinois Institute of Technology Research Institute (IIT) Report, "Development of Mobile Home Fire Test Methods to Judge the Fi
Illuminating Engineering Society LM-9-88, "IES Approved Method for the Electrical and Photometric Measurements of Fluorescent Lamps
Illuminating Engineering Society of North America Lighting Handbook, Reference and Application, 8th Edition, 1993, Chapter 6, Light
Illuminating Engineering Society of North America LM-16-1993, "IESNA Practical Guide to Colorimetry of Light Sources"
– Illuminating Engineering Society of North America LM-20-1994, "IESNA Approved Method for Photometric Testing of Reflector-Type La
Illuminating Engineering Society of North America LM-45-91, "IES Approved Method for Electrical and Photometric Measurements of Gen

PROAERA_00010187

- Illuminating Engineering Society of North America LM-58-1994, "IESNA Guide to Spectroradiometric Measurements"
Illuminating Engineering Society of North America LM-66-1991, "IES Approved Method for the Electrical and Photometric Measurements
IME Pamphlet No. 17, 1960, Safety in the Handling and Use of Explosives
IMO A.264(VIII) Amendment to Chapter VI of the International Convention for the Safety of Life at Sea, 1960, Resolution A.264(VIII]
IMO A.265 (VIII)
IMO A.328(IX) Code for the Construction and Equipment of Ships Carrying Liquefied Gases in Bulk, 1976
IMO A.414 (XI) Code for Construction and Equipment of Mobile Offshore Drilling Units.
IMO A.467(XII) International Maritime Organization (IMO) A.467(XII), Guidelines for Acceptance of Non-Duplicated Rudder Actuators f
IMO A.520(13) Code of Practice for the Evaluation, Testing and Acceptance of Prototype Novel Life-saving Appliances and Arrangement
IMO A.520(13) Code of Practice for the Evaluation, Testing and Acceptance of Prototype Novel Life-saving Appliances and Arrangement
IMO A.535(13) Recommendations on Emergency Towing Requirements for Tankers, November 17, 1983
IMO A.649(16) Code for the Construction and Equipment of Mobile Offshore Drilling Units (MODU Code), 19 October 1989 with amendment
IMO A.654.(16) Graphical Symbols for Fire Control Plans
IMO A.657(16) Instructions for Action in Survival Craft, 19 November 1989
IMO A.658(16) "Use and Fitting of Retro-Reflective Materials on Life-Saving Appliances", dated November 1989
IMO A.688(17) Fire Test Procedures For Ignitability of Bedding Components, Resolution A.688(17), dated 06 November 1991
IMO A.689(17)—Recommendation on Testing of Life-saving Appliances, 27 November 1991, including amendments through Resolution MSC.5€
IMO A.739(18) Guidelines for the Authorization of Organizations Acting on Behalf of the Administration, November 4, 1993
IMO A.741(18) International Management Code for the Safe Operation of Ships and for Pollution Prevention, November 4, 1993
IMO A.753(18) Guidelines for the Application of Plastic Pipes on Ships56.60-25
IMO A.760(18) "Symbols Related to Life-Saving Appliances and Arrangements", dated 17 November 1993
IMO A.788 (19), Guidelines on Implementation of the International Safety Management (ISM) Code by Administrations, November 23, 199
IMO A342(IX) Recommendation on Performance Standards for Automatic Pilots, adopted November 12, 1975
IMO Circular 443, Measures to Prevent Unlawful Acts Against Passengers and Crews on Board Ships September 26, 1986
IMO Code For Existing Ships Carrying Liquefied Gases in Bulk, 1976
IMO Conference resolution 1, Adoption of amendments to the Annex to the International Convention for the Safety of Life at Sea, 197
IMO International Convention for the Safety of Life at Sea, 1974 (SOLAS 74) Consolidated Edition, (Including 1992 Amendments to SOI
IMO Medical First Aid Guide for Use in Accidents Involving Dangerous Goods
IMO MEPC.59(33) Revised Guidelines for the Implementation of Annex V of MARPOL 73/7863.25-9
IMO MSC Circular 699, Revised Guidelines for Passenger Safety Instructions, 17 July 1995
IMO MSC.4(48) International Code for the Construction and Equipment of Ships carrying Dangerous Chemicals in Bulk (IBC Code), 1994
IMO MSC.5(48) International Code for the Construction and Equipment of Ships carrying Liquefied Gases in Bulk, (IGC Code), 1993
IMO MSC.35(63) Adoption of Guidelines for Emergency Towing Arrangement on Tankers, May 20, 1994
IMO MSC.74(69) Annex 3, Recommendation on Performance Standards for a Universal Shipborne Automatic Identification System (AIS), ac
IMO Publication No. 240-E, International Code for the Safe Carriage of Grain in Bulk
IMO Seafarer's Training, Certification and Watchkeeping Code (STCW Code)
IMO SN/Circ.227 Guidelines for the Installation of a Shipborne Automatic Identification System (AIS), dated January 6, 2003
IMO SOLAS International Convention for Safety of Life at Sea, 1974, and 1988 Protocol relating thereto, 2000 Amendments, effective
IMO STCW—The International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 1978, as amended, (ST
IMO Symbols Related to Life-Saving Appliances and Arrangements, Resolution A.760(18), dated 17 November 1993
IMO Use and Fitting of Retro-Reflective Materials on Life-Saving Appliances, Resolution A.658(16), dated 20 November 1989
INAESBWEQ nadvertent Interchange Payback (WEQ-007, Version 000, January 15, 2005, with minor corrections applied March 25, 2005, ar
International Code of Botanical Nomenclature (Tokyo Code), 1994 edition, a publication of the International Association for Plant T
ISA RP 12.6, Wiring Practices for Hazardous (Classified) Locations Instrumentation Part I: Intrinsic Safety, 1995, The Internationa
ISO 307—1984(E) "Plastics-Polyamides-Determination of Viscosity Number,"
ISO 535—1991(E) Paper and board—Determination of water absorptiveness-Cobb method
ISO 1496—1: 1990 (E)—Series 1 freight containers-Specification and testing, Part 1: General cargo containers. Fifth Edition, (Augus
ISO 1496—3—Series 1 freight containers—Specification and testing—Part 3: Tank containers for liquids, gases and pressurized dry bul
ISO 2431—1984(E) Standard Cup Method
ISO 2592—1973(E) Petroleum products—Determination of flash and fire points—Cleveland open cup method
ISO 2919—1980(E) Sealed radioactive sources—Classification
ISO 3036—1975(E) Board—Determination of puncture resistance
ISO 3574—1986(E) Cold-reduced carbon steel sheet of commercial and drawing qualities
ISO 3791 "Office Machines and Data Processing Equipment—Keyboard Layouts for Numeric Applications," First Edition 1976(E).
ISO 3807—2 Cylinders for acetylene—Basic requirements—Part 2: Cylinders with fusible plugs, First edition, March 2000, (E)

PROAERA_00010188

ISO 4126—1 Safety valves—Part 1: General Requirements, December 15, 1991, First Edition
ISO 6406 Gas cylinders—Seamless steel gas cylinders—Periodic inspection and testing, Second edition, February 2005, (E)
ISO 6892 Metallic materials—Tensile testing, July 15, 1984, First Edition
ISO 7225 Gas cylinders—Precautionary labels, First edition, November 1994, (Corrected and reprinted August 1995), (E)
ISO 7866 Gas cylinders—Refillable seamless aluminum alloy gas cylinders—Design, construction and testing, First edition, June 1999,
ISO 8115 Cotton bales—Dimensions and density, 1986 Edition
ISO 8178—4: 1996(E), Reciprocating Internal Combustion Engines—Exhaust Emission Measurement—Part 4: Test Cycles for Different Engir
ISO 8316: 1987(E) Measurement of Liquid Flow in closed Conduits—Method by Collection of the Liquid in a Volumetric Tank
ISO 9809—1: Gas cylinders—Refillable seamless steel gas cylinders—Design, construction and testing—Part 1: Quenched and tempered st
ISO 9809—2: Gas cylinders—Refillable seamless steel gas cylinders—Design, construction and testing—Part 2: Quenched and tempered st
ISO 9809—3: Gas cylinders—Refillable seamless steel gas cylinders—Design, construction and testing—Part 3: Normalized steel cylinde
ISO 9931 (December, 1991) "Coal—Sampling of Pulverized Coal Conveyed by Gases in Direct Fired Coal Systems," IBR approved May 23, 1
ISO 9978:1992(E)—Radiation protection—Sealed radioactive sources—Leakage test methods. First Edition, (February 15, 1992)
ISO 10297 Gas cylinders—Refillable gas cylinder valves—Specification and type testing, First edition, May 1999, (E)
ISO 10461 Gas cylinders—Seamless aluminum-alloy gas cylinders—Periodic inspection and testing, Second edition, February 2005, (E)
ISO 10462 Gas cylinders—Transportable cylinders for dissolved acetylene—Periodic inspection and maintenance, Second edition, Februa
ISO 10602:1995(E) February 1, 1995, Second edition, Photography—Processed silver-gelatin type black-and-white film—Specifications f
ISO 11114—1 Transportable gas cylinders—Compatibility of cylinder and valve materials with gas contents—Part 1: Metallic materials,
ISO 11114—2 Transportable gas cylinders—Compatibility of cylinder and valve materials with gas contents—Part 2: Non-metallic materi
ISO 11117 Gas cylinders—Valve protection caps and valve guards for industrial and medical gas cylinders—Design, construction and te
ISO 11118 Gas cylinders—Non-refillable metallic gas cylinders—Specification and test methods, First edition, October 1999, (E)
ISO 11119—1 Gas cylinders—Gas cylinders of composite construction—Specification and test methods—Part 1: Hoop-wrapped composite gas
ISO 11119—2 Gas cylinders—Gas cylinders of composite construction—Specification and test methods—Part 2: Fully wrapped fibre reinfo
ISO 11119—3 Gas cylinders of composite construction—Specification and test methods—Part 3: Fully wrapped fibre reinforced composite
ISO 11120 Gas cylinders—Refillable seamless steel tubes of water capacity between 150 L and 3000 L—Design, construction and testinç
ISO 11621 Gas cylinders—Procedures for change of gas service, First edition, April 1997, (E)
ISO 11623 Transportable gas cylinders—Periodic inspection and testing of composite gas cylinders, First edition, March 2002, (E)
ISO 13256—1 published in 1998, "Water-source heat pumps—Testing and rating for performance—Part 1: Water-to-air and brine-to-air he
ISO 13617 (1995)63.25-9 Shipbuilding—Shipboard Incinerators—Requirements,
ISO 18911: 2000(E), First edition, November 1, 2000, Imaging materials—Processed safety photographic films—Storage practices.
ITU (?) Third Edition of the International Special Committee on Radio Interference (CISPR), Pub. 22, "Information Technology Equipm
ITU E.161, "Arrangement of Digits, Letters and Symbols on Telephones and Other Devices that Can Be Used for Gaining Access to a Tel
ITU E.164.1 "Series E: Overall Network Operation, Telephone Service, Service Operation and Human Factors; Operation, Numbering, Rou
ITU M.476—5 "Direct-Printing Telegraph Equipment in the Maritime Mobile Service," with Annex, 1995, or
ITU M.492—6 "Operational Procedures for the use of Direct-Printing Telegraph Equipment in the Maritime Mobile Service,"
ITU M.493—11 "Digital Selective-calling system for use in the Maritime Mobile Service," with Annexes 1 and 2, 2004, and
ITU M.493—11 "Digital Selective-calling System for Use in the Maritime Mobile Service," with Annexes 1 and 2, 2004.
ITU M.540—2 "Operational and Technical Characteristics for an Automated Direct-printing Telegraph System for Promulgation of Naviga
ITU M.541—9 "Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service," with Annexe
ITU M.541—9 "Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service," with Annexe
ITU M.541—9 "Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service," with Annexe
ITU M.625—3 "Direct-Printing Telegraph Equipment Employing Automatic Identification in the Maritime Mobile Service," with Annex, 19
ITU M.625—3 "Direct-Printing Telegraph Equipment Employing Automatic Identification in the Maritime Mobile Service," with Annex, 19
ITU M.625—3, "Direct-printing Telegraph Equipment Employing Automatic Identification in the Maritime Mobile Service," with Annex, 1
ITU M.628—3 "Technical Characteristics for Search and Rescue Radar Transponders," with Annexes, 1994.
ITU M.633—3 "Transmission characteristics of a satellite emergency position-indicating radiobeacon (satellite EPIRB) system operati
ITU M.821 Optional Expansion of the Digital Selective-Calling System for Use in the Maritime Mobile Service, 1992
ITU M.824—2 "Technical Parameters of Radar Beacons (RACONS)," with Annexes, 1995.
ITU M.825 Characteristics of a Transponder System Using Digital Selective-Calling Techniques for Use with Vessel Traffic Services a
ITU M.1177—3 "Techniques for measurement of unwanted emissions of radar systems," including Annexes 1 and 2 and all appendices, 200
ITU M.1371—1 Technical characteristics for a universal shipborne automatic identification system using time division multiple acces
LR Lloyd's Register of Shipping (LR)—100 Leadenhall Street, London EC3A 3BP., Rules and Regulations for the Classification of Ships
LR Lloyd's Register of Shipping Supplemental Requirements, 19 September 1998
LR Rules and Regulations for the Classification of Yachts and Small Craft, as amended through 1983
LR Type Approval System; Test Specification Number 1, 1990—161.002-4(b). Lloyd's Register

PROAERA_00010189

MSS SP-6-85 Standard Finishes for Contact Faces of Pipe Flanges and Connecting-End Flanges of Valves and Fittings -  Manufacturers
MSS SP-9-87 Spot Facing for Bronze, Iron and Steel Flanges
MSS SP-25-78 Standard Marking System for Valves, Fittings, Flanges and Unions, 1978, Manufacturers Standardization Society (MSS)
MSS SP-25-88 Standard Marking System for Valves, Fittings, Flanges and Unions
MSS SP-44-85 Steel Pipe Line Flanges
MSS SP-45-87 Bypass and Drain Connection Standard
MSS SP-51-86 Class 150LW Corrosion Resistant Cast Flanges and Flanged Fittings
MSS SP-55-85 Quality Standard for Steel Castings for Valves, Flanges and Fittings and Other Piping Components
MSS SP-58-83 Pipe Hangers and Supports—Materials, Design and Manufacture
MSS SP-61-85 Pressure Testing of Steel Valves
MSS SP-67-83 Butterfly Valves
MSS SP-69-83 Pipe Hangers and Supports—Selection and Application
MSS SP-72-85 Ball Valves with Flanged or Butt-Welding Ends for General Service
MSS SP-73-86 Brazing Joints for Wrought and Cast Copper Alloy Solder Joint Pressure Fittings
- MSS SP-75-2004 "Specification for High Test Wrought Butt Welding Fittings"
MSS SP-83-87 Steel Pipe Unions, Socket-Welding and Threaded
MSS SP-44—1996 (Reaffirmed; 2001) "Steel Pipe Line Flanges."
NACE RP0169-2002 "Control of External Corrosion on Underground or Submerged Metallic Piping Systems"
NACE RP0502-2002 "Pipeline External Corrosion Direct Assessment Methodology"
NAESBWEQ WEQ-001 North American Energy Standards Board Wholesale Electric Quadrant , Business Practices for Open Access Same-Time 1
NAESBWEQ WEQ-002 Business Practices for Open Access Same-Time Information Systems (OASIS) Standards & Communication Protocols (WEQ-
NAESBWEQ WEQ-003 Open Access Same-Time Information Systems (OASIS) Data Dictionary (WEQ-003, Version 000, January 15, 2005, with mi
NAESBWEQ WEQ-004 Coordinate Interchange (WEQ-004, June 22, 2006);
NAESBWEQ WEQ-005 Area Control Error (ACE) Equation Special Cases (WEQ-005, Version 000, January 15, 2005, with minor corrections ap
NAESBWEQ WEQ-006 Manual Time Error Correction (WEQ-006, Version 000, January 15, 2005, with minor corrections applied March 25, 200
NAESBWEQ WEQ-011 Gas/Electric Coordination Standards (WEQ-011, Version 1, as adopted in Recommendation R04021 July 8, 2005).
NEMA 2.3 1983, Instructions for the Handling, Installation, Operation, and Maintenance of Motor Control Centers, 1983
NEMA 2.4, NEMA and IEC Devices for Motor Service—A Guide for Understanding the Differences, 1989
NEMA 250, Enclosures for Electrical Equipment (1000 Volts Maximum), 1991
NEMA EW-1 (1962) Requirements for Electric Arc Welding Apparatus
NEMA ICS 2, Industrial Control and Systems Controllers, Contractors, and Overload Relays Rated not more than 2000 Volts AC or 750 V
NEMA MG1—1993 Motors and Generators , with Revisions 1, 2, 3 and 4,
NEMA WC-3, Rubber Insulated Wire and Cable for the Transmission and Distribution of Electrical Energy, 1980 (with revisions through
NEMA WC-8, Ethylene-Propylene-Rubber-Insulated Wire and Cable for the Transmission and Distribution of Electrical Energy, 1988 (wit
NFPA 10-1994 Standard for Portable Fire Extinguishers (1994 Edition).
NFPA 10-2002 Standard for Portable Fire Extinguishers
NFPA 11-2005 Standard for Low-, Medium-, and High-Expansion Foam
NFPA 12-2005 Standard on Carbon Dioxide Extinguishing Systems
NFPA 12A-2004 Standard on Halon 1301 Fire Extinguishing Systems
NFPA 13-1996 Standard for the Installation of Sprinkler Systems
NFPA 13-2002 Standard for the Installation of Sprinkler Systems
NFPA 14-2003 Standard for the Installation of Standpipe and Hose Systems
NFPA 15-2001 Standard for Water Spray Fixed Systems for Fire Protection
NFPA 17-1985 Dry Chemical Extinguishing Systems
NFPA 17-1994 Dry Chemical Extinguishing Systems
NFPA 17—2002 Standard for Dry Chemical Extinguishing Systems
NFPA 17A-1986 Wet Chemical Extinguishing Systems
NFPA 17A-1994 Wet Chemical Extinguishing Systems
NFPA 20-1996 Standard for the Installation of Centrifugal Fire Pumps (1996 Edition).
NFPA 25-2002 Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems
NFPA 30-1969 Flammable and Combustible Liquids Code
NFPA 30-1993 Flammable and Combustible Liquids Code, 1993
NFPA 30-2003 "Flammable and Combustible Liquids Code"
NFPA 31-1997 Standard for the Installation of Oil Burning Equipment, NFPA 31-1997
NFPA 32-1970 Standard for Dry Cleaning Plants

Appendix A, Page 33

PROAERA_00010190

NFPA 33-1969 Standard for Spray Finishing Using Flammable and Combustible Material
NFPA 34-1966 Standard for Dip Tanks Containing Flammable or Combustible Liquids
NFPA 34-1995 Standard for Dip Tanks Containing Flammable or Combustible Liquids
NFPA 35-1970 Standard for the Manufacture of Organic Coatings
NFPA 36-1967 Standard for Solvent Extraction Plants
NFPA 37-1970 Standard for the Installation and Use of Stationary Combustion Engines and Gas Turbines
NFPA 40-1997 Standard for the Storage and Handling of Cellulose Nitrate Motion Picture Film (1997 Edition).
NFPA 40-1994 Standard for the Storage and Handling of Cellulose Nitrate Motion Picture Film
NFPA 42-1997 Code for the Storage of Pyroxylin Plastic (1997 Edition).
NFPA 51B-1962 Standard for Fire Prevention in Use of Cutting and Welding Processes, NFPA Standard 51B, 1962
NFPA 51B-1962 Standard for Fire Protection in Use of Cutting and Welding Processes
NFPA 51B-1994 Standard for Fire Prevention in Use of Cutting and Welding Processes, 1994
NFPA 54-1969 Standard for the Installation of Gas Appliances and Gas Piping
NFPA 54-2002 National Fuel Gas Code—NFPA 54-2002/ANSI Z223.1-2002.
NFPA 54A-1969 Standard for the Installation of Gas Piping and Gas Equipment on Industrial Premises and Certain Other Premises
NFPA 58-1969 Standard for the Storage and Handling of Liquefied Petroleum Gases (ANSI Z106.1-1970)
NFPA 58-2001 Standard for Storage and Handling Liquefied Petroleum Gases.
NFPA 59-1968 Standard for the Storage and Handling of Liquefied Petroleum Gases at Utility Gas Plants
NFPA 59-2004 "Utility LP-Gas Plant Code."
NFPA 59A-2001 "Standard for the Production, Storage, and Handling of Liquefied Natural Gas (LNG)."
NFPA 62-1967 Standard for the Prevention of Dust Explosions in the Production, Packaging, and Handling of Pulverized Sugar and Coco
NFPA 68-1954 National Fire Protection Association Explosion Venting Guide,
NFPA 70-1990 National Electrical Code (also known as ANSI/NFPA 70-1990)
NFPA 70-1993 National Electrical Code, 1993 Edition
NFPA 70-1996 , National Electrical Code (NEC), 1996
NFPA 70-2002 , National Electrical Code, 2002 edition (NEC 2002 Code).
NFPA 70-2005 "National Electrical Code."
NFPA 70-1999
NFPA 70A Electrical Code for One and Two Family Dwellings,
NFPA 70E "Standard for Electrical Safety in the Workplace," (2004)
NFPA 72-1993 National Fire Alarm Code, 1993
NFPA 72-1996 National Fire Alarm Code (1996 Edition).
NFPA 72-2002 National Fire Alarm Code
NFPA 77-1993 Recommended Practice on Static Electricity, 1993
NFPA 78-1968 Lightning Protection Code
NFPA 80-1968 Standard for Fire Doors and Windows
NFPA 80-1970 Standard for the Installation of Fire Doors and Windows
NFPA 86A-1969 Standard for Oven and Furnaces Design, Location and Equipment
NFPA 90B-1996 Warm Air Heating and Air Conditioning Systems, NFPA 90B, 1996 Edition.
NFPA 91-1969 Standards for Blower and Exhaust Systems
NFPA 91-1961 American National Standard Installation of Blower and Exhaust Systems for Dust, Stock, and Vapor Removal or Conveying,
NFPA 92B-1995—Smoke Management Systems in Malls, Atria, and Large Areas
NFPA 96-1970 Standard for the Installation of Equipment for the Removal of Smoke and Grease Laden Vapors from Commercial Cooking Eq
NFPA 99-1996 Standard for Health Care Facilities, 1996
NFPA 101-1970 Code for Life Safety From Fire in Buildings and Structures
NFPA 101-1994 , National Fire Protection Association's Life Safety Code (1994 edition)
NFPA 101-1997 , Life Safety Code (1997 Edition).
NFPA 101-2000 , Life Safety Code, 2000 edition
NFPA 101-2003 2003 edition of the National Fire Protection Association Life Safety Code, NFPA 101
NFPA 203M-1970 Manual on Roof Coverings,
NFPA 221 Standard for Fire Walls and Fire Barrier Walls (1994 Edition).
NFPA 231 Standard for General Storage (1998 Edition).
NFPA 231C Standard for Rack Storage of Materials (1998 Edition).
NFPA 232 Standard for the Protection of Records (1995 Edition).
NFPA 232A Guide for Fire Protection of Archives and Records Centers (1995 Edition).

PROAERA_00010191

NFPA 251-1969 Standard Methods of Fire Tests of Building Construction and Materials
NFPA 251-1990 Fire Tests of Building Construction and Materials, 1990
NFPA 255-1996 Standard Method of Test of Surface Burning Characteristics of Building Materials NFPA 255, 1996
NFPA 261-1994 Test for Determining Resistance of Mock-up Upholstered Furniture Material Assemblies to Ignition by Smoldering Cigare
NFPA 302-1968 Fire Protection Standard for Motor-Craft (Pleasure and Commercial)
NFPA 302-1980 "Pleasure and Commercial Motor Craft," Chapter 6 (1980)
NFPA 302-1989 Fire Protection Standard for Pleasure and Commercial Craft, 1989
NFPA 302-1994 Fire Protection Standard for Pleasure and Commercial Motor Craft, 1994 Edition
NFPA 302-1998 Fire Protection Standard for Pleasure, and Commercial Motorcraft
NFPA 302-1968 Standard for Fire Protection for Motorcraft,  NFPA No. 302-1968,
NFPA 306-1980 "Control of Gas Hazards on Vessels" (1980)
NFPA 306-1993 Control of Gas Hazards on Vessels, 1993 Edition
NFPA 385-1966 Recommended Regulatory Standard for Tank Vehicles for Flammable and Combustible Liquids
NFPA 496-1967 Standard for Purged Enclosures for Electrical Equipment in Hazardous Locations
NFPA 496-1993 Standard for Purged and Pressurized Enclosures for Electrical Equipment, 1993
NFPA 505-1969 Standard for Type Designations, Areas of Use, Maintenance, and Operation of Powered Industrial Trucks
NFPA 566-1965 Standard for the Installation of Bulk Oxygen Systems at Consumer Sites
NFPA 566-1965 Standard for Bulk Oxygen Systems at Consumer Sites,
NFPA 656-1959 (Standard for Dust Hazards in Spice Grinding Plants)
NFPA 701-1996—Fire Tests For Flame-Resistant Textiles and Films
NFPA 750-2003—Standard on Water Mist Fire Protection Systems, 2003 edition
NFPA 908-1996 Warm Air Heating and Air Conditioning Systems, NFPA 90B, 1996 Edition.
NFPA 1403-2002 Standard on Live Fire Training Evolutions
NFPA 1963-1989 Fire Hose Connections
NFPA 1963-1993 Fire Hose Connections, 1993 Edition
NFPA 1971-1975 Protective Clothing for Structural Fire Fighting
NFPA 1971-2000 Standard on Protective Ensemble for Structural Fire Fighting
NFPA 1971-1975  "Protective Clothing for Structural Fire Fighting,"
NFPA 1971-2000 Standard on Protective Ensemble for Structural Fire Fighting
NFPA 1976-2000  Standard on Protective Ensemble for Proximity Fire Fighting
NFPA 1981-2002 Standard on Open-Circuit Self-Contained Breathing Apparatus for Fire and Emergency Services
NFPA 1982-1998 Standard on Personal Alert Safety Systems (PASS)
NFPA 1983-2001 Standard on Fire Service Life Safety Rope and System Components NFPA 10-2002 Standard for Portable Fire Extinguisher
NFPA 2001-2000—Standard on Clean Agent Fire Extinguishing Systems, 2000 edition
NFPA 2001-2004 Standard on Clean Agent Fire Extinguishing Systems
NFPA 5000-2003 Building Construction and Safety Code.
NFPI National Food Plant Institute, Definition and Test Procedures for Ammonium Nitrate Fertilizer (Nov. 1964)
NWWDA I.S.4-81 Water Repellent Preservative Non-Pressure Treatment for Millwork.
NWWDA I.S.4-81 Water Repellent Preservative Non-Pressure Treatment for Millwork.
OCIMF International Safety Guide for Oil Tankers and Terminals, Sections 9.1, 9.2, 9.3 and 9.5, Fourth Ed., 1996
OCIMF Oil Companies International Marine Forum (OCIMF) 15th Floor, 96 Victoria Street, London SW1E 5JW England., Ship to Ship Trans
OCIMF Oil Companies International Marine Forum (OCIMF), International Safety Guide for Oil Tankers and Terminals, Section 6.10, Fou
PPI TR-3/2004 (2004) "Policies and Procedures for Developing Hydrostatic Design Basis (HDB), Pressure Design Basis (PDB), Strength
RTCM Paper 12-78/DO-100 Radio Technical Commission for Maritime Services, 655 Fifteenth Street, NW., Suite 300, Washington, DC 2000
RTCM Paper 191-93/SC112-X, RTCM Recommended Standards for Maritime Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and
RTCM Paper 194-93/SC104-STD, RTCM Recommended Standards for Differential NAVSTAR GPS Service, Version 2.1, 1994
SAE 581 Auxiliary Upper Beam Lamps, Society of Automotive Engineers (SAE) J581, July 2004, incorporation by reference approved for
SAE 765 (1961) SAE Recommended Practice: Crane Loading Stability Test Code
SAE ARP 866A, entitled "Standard Values at Atmospheric Absorption as a Function of Temperature and Humidity for Use in Evaluating A
SAE J100 revised June 1995, "Class 'A' Vehicle Glazing Shade Bands" (SAE J100, rev. June 95)
SAE J168-1970 ("Protective enclosures-test procedures and performance requirements"),
SAE J185 June 1988, Recommended Practice for Access Systems for Off-Road Machines
SAE J211 "Instrumentation for Impact Tests," Parts 1 and 2, dated March 1995.
SAE J211 Instrumentation for Impact Test, June 1988, is available from the Society of Automotive Engineers, Inc., 400 Commonwealth
SAE J211 OCT 1988, "Instrumentation for Impact Tests," Class 1000, is available from The Society of Automotive Engineers, Inc., 400

PROAERA_00010192

SAE J211/1 rev. Mar 95, "Instrumentation for Impact Test—Part 1—Electronic Instrumentation,"
SAE J211/2 Rev. Mar 95 "Instrumentation for Impact Tests—Part 2—Photographic Instrumentation"
SAE J231 January 1981, "Minimum Performance Criteria for Falling Object Protective Structures (FOPS)"
SAE J378 Marine Engine Wiring—1984
SAE J386 June 1985, "Operator Restraint Systems for Off-Road Work Machines"
SAE J397 April 1988, "Deflection Limiting Volume-ROPS/FOPS Laboratory Evaluation"
SAE J533b-1972 Flares For Tubing, SAE-J533b-1972
SAE J557 High Tension Ignition Cable—1968
SAE J581 Auxiliary Upper Beam Lamps, Society of Automotive Engineers (SAE) J581, July 2004, incorporation by reference approved for
SAE J583 Front Fog Lamp, SAE J583, August 2004, incorporation by reference approved for §393.24(b).
SAE J585 March 2000,  Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width,  SAE J585, Mar
SAE J586 Stop Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width, SAE J586, March 2000, incorporation by reference
SAE J588 Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width, SAE J588, March 2000,
SAE J592 Sidemarker Lamps for Use on Road Vehicles Less Than 2032 mm in Overall Width, SAE J592, August 2000, incorporation by refe
SAE J594 Reflex Reflectors, SAE J594, December 2003, incorporation by reference approved for §393.26(c).
SAE J595 Directional Flashing Optical Warning Devices for Authorized Emergency, Maintenance, and Service Vehicles, SAE J595, Januar
SAE J673 revised April 1993, "Automotive Safety Glasses" (SAE J673, rev. April 93)
SAE J765 Crane Load-Stability Test Code, Society of Automotive Engineers (SAE) J765
SAE J826 "Devices for Use in Defining and Measuring Vehicle Seating Accommodation," SAE J826 (rev. Jul 95)
SAE J845 Optical Warning Devices for Authorized Emergency, Maintenance, and Service Vehicles, SAE J845, May 1997, incorporation by
SAE J1040 April 1988, "Performance Criteria for Rollover Protective Structures (ROPS) for Construction, Earthmoving, Forestry, and
SAE J1127 Battery Cable—1980
SAE J1128 Low Tension Primary Cable—1975
SAE J1292 Automobile, Truck, Truck-Tractor, Trailer, and Motor Coach Wiring, SAE J1292, October 1981, incorporated by reference app
SAE J1318 Gaseous Discharge Warning Lamp for Authorized Emergency, Maintenance, and Service Vehicles, SAE J1318, May 1998, incorpor
SAE J1475-1984—Hydraulic Hose Fitting for Marine Applications
SAE J1527DEC85 Marine Fuel Hoses—1985
SAE J1733 1994-12 "Sign Convention for Vehicle Crash Testing"
SAE J1733 Information Report, titled "Sign Convention for Vehicle Crash Testing," dated December 1994.
SAE J1817 Long Stroke Air Brake Actuator Marking, SAE J1817, July 2001, incorporation by reference approved for §393.47(e).
SAE J1928—Devices Providing Backfire Flame Control for Gasoline Engines in Marine Applications, August 1989
SAE J1942-1989—Hose and Hose Assemblies for Marine Applications
SAE J1942-1992 Hose and Hose Assemblies for Marine Applications, 1992
SAE J2040 March 2002,  Tail Lamps (Rear Position Lamps) for Use on Vehicles 2032 mm or More in Overall Width,  SAE J2040, March 200
SAE J2261 January 2002,  Stop Lamps and Front- and Rear-Turn Signal Lamps for Use on Motor Vehicles 2032 mm or more in Overall Widt
SAE J2261 Stop Lamps and Front- and Rear-Turn Signal Lamps for Use on Motor Vehicles 2032 mm or more in Overall Width, SAE J2261, J
SAE Z26.1—1996 American National Standard for Safety Glazing Materials for Glazing Motor Vehicles and Motor Vehicle Equipment Opera
SBCC . Standard Plumbing Code, 1991 Edition,
SBCC Standard Building Code 1991 Edition, including 1992/1993 revisions Southern Building Code Congress
SBCC Standard Gas Code, 1991 Edition
SBCC Standard Mechanical Code, 1991 Edition, including 1992 revisions, and
SCTE 28 2003 (formerly DVS 295): "Host-POD Interface Standard," 2003
SCTE 40 2003 (formerly DVS 313): "Digital Cable Network Interface Standard," 2003
SCTE 41 2003 (formerly DVS 301): "POD Copy Protection System," 2003
SEI/ASCE 7-02 "Minimum Design Loads for Buildings and Other Structures," (2002 edition).
SEI/ASCE Specification for the Design of Cold-Formed Stainless Steel Structural Members—SEI/ASCE 8-02, 2002.
Southern Pine Inspection Bureau, Special Product Rules for Structural, Industrial, and Railroad-Freight Car Lumber, October 15, 199
Southern Pine Inspection Bureau, Standard Grading Rules for Southern Pine Lumber, October 15, 1991,
Standard Specification for Hubless Cast Iron Soil Pipe and Fittings for Sanitary and Storm Drain, Waste, and Vent Piping Applicatic
TPI Design Specifications for Metal Plate and Wood Connected Trusses—TPI-85.
TTP 1536A—1975.. Plumbing Fixture Setting Compound"
UL 19-1978 "Woven Jacketed, Rubber Lined Fire Hose"
UL 19-1992 Lined Fire Hose and Hose Assemblies
UL 30 Standard for Metal Safety Cans, 7th Ed., March 11, 1985, revised March 12, 1985 and March 3, 1987.
UL 38 Standard for Manually Actuated Signaling Boxes for Use with Fire-Protective Signaling Systems, 1994

PROAERA_00010193

UL 44 Standard for Rubber-Insulated Wire and Cable, 1991 (including revisions through February, 1996)
UL 50 Standard for Enclosures for Electrical Equipment, 1995
UL 57-1976 Electric Lighting Fixtures
UL 58-61 Steel Underground Tanks for Flammable and Combustible Liquids, 5th Ed.
UL 62 Standard for Flexible Cord and Fixture Wire, 1991 (including revisions through February, 1996)
UL 80 Standard for Steel Inside Tanks for Oil-Burner Fuel, September 1963.
UL 83 Standard for Thermoplastic-Insulated Wires and Cables, 1991 (including revisions through March, 1996)
UL 94 Tests for Flammability of Plastic Materials for Parts in Devices and Appliances, fourth edition, dated June 18, 1991,
UL 103 Factory-Built Chimneys for Residential Type and Building Heating Appliances, Ninth Edition—UL 103, 1995, with 1999 revisions
UL 103 Sixth Edition revised as of September 3, 1986, Standard for Chimneys, Factory-built, Residential Type and Building Heating A
UL 109—1997 with 2001 revisions. Tube Fittings for Flammable and Combustible Fluids, Refrigeration Service, and Marine Use, Sixth E
UL 127-1996 Factory-Built Fireplaces, Seventh Edition—UL 127—1996, with 1999 revisions.
UL 142-68 Steel Above Ground Tanks for Flammable and Combustible Liquids
UL 174-1996 Household Electric Storage Tank Water Heaters, Tenth Edition—UL 174—1996, with 1997 revisions.
UL 181-1996 Factory-Made Air Ducts and Connectors, Eighth Edition—UL 181, 1996 with 1998 revisions.
UL 181A-1994 Standard for Safety Closure Systems for use with Rigid Air Ducts and Air Connectors, UL 181A, 1994, with 1998 revision
UL 217-1993—Single and Multiple Station Smoke Detectors
UL 268 Standard for Smoke Detectors for Fire Protective Signaling Systems, 1989 (including revisions through June 1994)
UL 296 Standard for Oil Burners, Seventh Edition, August 22, 1980 (Revisions through August 1985)
UL 307A-1995 with 1997 Revisions Liquid Fuel-burning Heating Appliances for Manufactured Homes and Recreational Vehicles,
UL 307B-1995 Gas Burning Heating Appliances for Manufactured Homes and Recreational Vehicles, Fourth Edition, with 1998 revisions—U
UL 311-1994 Roof Jacks for Manufactured Homes and Recreational Vehicles, Eighth Edition—UL 311, 1994, with 1998 revisions.
UL 343 Standard for Pumps for Oil Burning Appliances, Sixth Edition, July 17, 1986
UL 441-1996 Gas Vents, Ninth Edition—UL 441, 1996 with 1999 revisions.
UL 486A-1992 Wire Connectors and Soldering Lugs for Use with Copper Conductors
UL 489 Standard for Molded-Case Circuit Breakers and Circuit-Breaker Enclosures, 1991 (including revisions through June, 1995)
UL 489-1995 Molded-Case Circuit Breakers and Circuit-Breaker Enclosures
UL 514A Standard for Metallic Outlet Boxes, 1991 (including revisions through April, 1995)
UL 514B Standard for Fittings for Conduit and Outlet Boxes, 1989 (including revisions through April, 1995)
UL 514C Standard for Nonmetallic Outlet Boxes, Flush-Device Boxes, and Covers, 1988 (including revisions through April, 1995)
UL 521 Standard for Heat Detectors for Fire Protective Signaling Systems, 1993 (including revisions through October 1994)
UL 569 Pigtails and Flexible Hose Connectors for LP-Gas, Seventh Edition—UL 569, 1995 with 2001 revisions.
UL 569-1995 Pigtails and Flexible Hose Connectors for LP-Gas, Seventh Edition—UL 569, 1995 with 2001 revisions.
UL 569-1995 Pigtails and Flexible Hose Connectors for LP Gas
UL 595-1991 Marine-Type Electric Lighting Fixtures
UL 611 Central-Station Burglar-Alarm Systems (February 22, 1996).
UL 710-1990 as amended through September 16, 1993—Exhaust Hoods For Commercial Cooking Equipment
UL 723-1993 as amended through April 20, 1994—Surface Burning Characteristics of Building Materials
UL 727-1994
UL 727—1994 "Standard for Safety Oil-Fired Central Furnaces," IBR approved for §431.76.
UL 737 Fireplace Stoves, Eight Edition, with 2000 revisions—UL 737, 1996.
UL 737-1996 Fireplace Stoves, Eight Edition, with 2000 revisions—UL 737, 1996.
UL 783-79 Standard for Safety, Electric Flashlights for Use in Hazardous Locations, Class 1, Groups C and D, 1979.
UL 827 Central-Station Alarm Services (April 23, 1999).
UL 864 Standard for Control Units for Fire-Protective Signaling Systems, 1991 (including revisions through May 1994)
UL 913 (as revised April 8, 1976).
UL 913 Standard for Intrinsically Safe Apparatus and Associated Apparatus for Use in Class I, II, and III Division 1, Hazardous (Cl
UL 1042-1994 , Standard for Electric Baseboard Heating Equipment, 1994 (including revisions through November, 1995)
UL 1056-1989—Fire Test of Upholstered Furniture
UL 1058-1989 as amended through April 19, 1994—Halogenated Agent Extinguishing System Units
UL 1072 Standard for Medium-Voltage Power Cables, 1995 (including revisions through January, 1996)
UL 1076 Proprietary Burglar Alarm Units and Systems (February 1, 1999).
UL 1096 Electric Central Air Heating Equipment—UL 1096-Fourth Edition-1986 with revisions July 16, 1986, and January 30, 1988.
UL 1102-1992—Non integral Marine Fuel Tanks
UL 1104 Standard for Marine Navigation Lights, 1981 (including revisions through May, 1988)

PROAERA_00010194

UL 1110-1988 as amended through May 16, 1994—Marine Combustible Gas Indicators
UL 1111-1988—Marine Carburetor Flame Arresters
UL 1114 Marine (USCG Type A) Flexible Fuel Line Hose—1987
UL 1123 "Marine Buoyant Devices", February 17, 1995
UL 1123-1987—Standard for Marine Buoyant Devices.
UL 1128 Marine Blowers—1977
UL 1180 "Fully Inflatable Recreational Personal Flotation Devices", May 15, 1995
UL 1185—Standard for Portable Marine Fuel Tanks, Second Edition, March 13, 1978, revised July 6, 1984.
UL 1191 "Components for Personal Flotation Devices", May 16, 1995
UL 1191 First Edition (Standard for Components for Personal Flotation Devices), as revised March 29, 1977.
UL 1196 Standard for Floating Waterlights, Second Edition March 23, 1987.
UL 1203 Standard for Explosion-Proof and Dust-Ignition-Proof Electrical Equipment for Use in Hazardous (Classified) Locations, 1994
UL 1309 Standard for Marine Shipboard Cable, First edition, July 14, 1995
UL 1313—Standard for Nonmetallic Safety Cans for Petroleum Products, 1st Ed., March 15, 1982, revised January 3, 1984 and March 22,
UL 1314—Standard for Special-Propose Containers, 1st Ed., July 7, 1983, revised February 7, 1984 and September 23, 1986.
UL 1426 Cables for Boats—1987
UL 1453-1988 as amended through June 7, 1994—Electric Booster and Commercial Storage Tank Water Heaters
UL 1482-1995 Solid-Fuel Type Room Heaters, Fifth Edition—UL 1482, 1995, with 2000 revisions.
UL 1517 "Hybrid Personal Flotation Devices."
UL 1569 Standard for Metal-Clad Cables, 1995 (including revisions through April, 1996)
UL 1570 Standard for Fluorescent Lighting Fixtures, 1988 (including revisions through April, 1996)
UL 1570-1995 Fluorescent Lighting Fixtures
UL 1571 Standard for Incandescent Lighting Fixtures, 1995 (including revisions through April, 1996)
UL 1572 Standard for High Intensity Discharge Lighting Fixtures, 1995 (including revisions through May, 1996)
UL 1573 Standard for Stage and Studio Lighting Units, 1994 (including revisions through February, 1995)
UL 1574 Standard for Track Lighting Systems, 1995 (including revisions through July, 1995)
UL 1581 Reference Standard for Electrical Wires, Cables, and Flexible Cords, 1991 (including revisions through January, 1996)
UL 1818-1995 Standard for Safety Closure Systems for use with Flexible Air Ducts and Air Connectors, First Edition—UL 181B, 1995, v
UL 1995 Heating and Cooling Equipment, Second Edition, with 1999 revisions—UL 1995, 1995.
UL 2021-1997 Fixed and Location-Dedicated Electric Room Heaters, Second Edition, with 1998 revisions—UL 2021-1997.
Uniform Commercial Code, Revised Article 8, Investment Securities (with Conforming and Miscellaneous Amendments to Articles 1, 3, 4
United States Pharmacopeia (USP)/National Formulary (NF) described in USP 30/NF 25, May 1, 2007
United States Pharmacopial Convention, Inc., United States Pharmacopeia, 23d Revision, January 1, 1995
USPC "The United States Pharmacopoeia (Twentieth Revision, Official from July, 1980)  United States Pharmacopoeia Convention, Inc.,
USPC National Formulary (Fifteenth Edition, Official from July 1, 1980)"
West Coast Lumber Inspection Bureau, Standard No. 17, Grading Rules for West Coast Lumber, September 1, 1991, a
Wire Rope Users Manual, 2nd Edition, Wire Rope Technical Board November 1985, incorporation by reference approved for §393.104(e).
WQA S-100 Household Commericial and Portable Exchange Water Softeners—1985
WQA S-200 Household and Commercial Water Filters—1988 Water Quality Association
WQA S-300 Point-of-Use, Low Pressure Reverse Osmosis Drinking Water Systems—1984
WQA S-400 Point-of-Use Distillation Drinking Water Systems—1986
WSTDA-T1, 1998 Recommended Standard Specification for Synthetic Web Tiedowns, Web Sling and Tiedown Association, WSTDA-T1, 1998, in

PROAERA_00010195