# EXHIBIT Y

Case No. 1:14-cv-00857-TSC-DAR

# CERTIFICATE

## By Authority Of
## THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 552(a) and Part 1 of the Code of Regulations § 51 the attached document has been duly **INCORPORATED BY REFERENCE** and shall be considered legally binding upon all citizens and residents of the United States of America. <u>*HEED THIS NOTICE*</u>: Criminal penalties may apply for noncompliance.

**Document Name:** AERA: Standard for Educational and Psychological Testing

**CFR Section(s):** 34 CFR 668.148(a)(2)(iv)

**Standards Body:** American Educational Research Association

*Official Incorporator:*
THE EXECUTIVE DIRECTOR
OFFICE OF THE FEDERAL REGISTER
WASHINGTON, D.C.

EXHIBIT Malamud 34 5/12/15

AERA_APA_NCME_0031528