# EXHIBIT Z

Case No. 1:14-cv-00857-TSC-DAR



CONFIDENTIAL

Transcript of **James R. Fruchterman**

**Date:** September 8, 2015

**Case:** American Educational Research Assoc., Inc., et al -v-
Public.Resource.Org., Inc.

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: <www.planetdepos.com>

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    AMERICAN EDUCATIONAL RESEARCH

5    ASSOCIATION, INC., ET AL.,

6          PLAINTIFF,

7       vs.                    No.  1:14-CV-00857-TSC-DAR

8    PUBLIC.RESOURCE.ORG, INC.,

9          DEFENDANT.

     _____

10

11

12

13          VIDEOTAPED DEPOSITION OF

14          JAMES R. FRUCHTERMAN

15          CONFIDENTIAL

16       Tuesday, September 8, 2015

17

18

19

20

21

22

23

24    Reported By:

25    KATHLEEN WILKINS, CSR #10068, RPR-RMR-CRR-CCRR-CLR

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

2

1        VIDEOTAPED DEPOSITION OF JAMES R. FRUCHTERMAN

2             BE IT REMEMBERED that on Tuesday,

3     September 8, 2015, commencing at the hour of

4     9:21 a.m. thereof, at FENWICK & WEST, LLP, 801

5     California Street, Mountain View, California,

6     before me, Kathleen A. Wilkins,

7     RPR-RMR-CRR-CCRR-CLR, a Certified Shorthand

8     Reporter, in and for the State of California,

9     personally appeared JAMES R. FRUCHTERMAN, a

10    witness in the above-entitled court and cause,

11    who, being by me first duly sworn, was thereupon

12    examined as a witness in said action.

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

3

```
 1              APPEARANCES OF COUNSEL
 2     FOR THE PLAINTIFFS:
 3              QUARLES & BRADY LLP
 4              BY:  JONATHAN HUDIS, ESQ.
 5              1700 K Street, NW, Suite 825
 6              Washington, D.C.  20006
 7              Telephone:  (202) 372-9599
 8              E-mail:  jon.hudis@quarles.com
 9              and
10              OBLON, MCCLELLAND, MAIER & NEUSTADT,
11              L.L.P.
12              BY:  KATHERINE D. CAPPAERT, ESQ.
13              1940 Duke Street
14              Alexandria, Virginia  22314
15              Telephone:  (703) 413-3000
16              E-mail:  Kcappaert@oblon.com
17     FOR THE DEFENDANT:
18              FENWICK & WEST, LLP
19              BY:  SEBASTIAN KAPLAN, ESQ.
20              555 California Street, 12th Floor
21              San Francisco, California  94104
22              Telephone:  (415) 875-2477
23              E-mail:  skaplan@fenwick.com
24     ALSO PRESENT:
25              STEVE PATAPOFF, VIDEOGRAPHER
```

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

4

INDEX

INDEX OF EXAMINATIONS

PAGE

EXAMINATION BY MR. HUDIS ......................9

AFTERNOON SESSION .........................143


INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 48 | Document entitled, ............12 "Subpoena to Testify in a Civil Action" | |
| Exhibit 49 | Curriculum Vitae, James .......21 R. Fruchterman | |
| Exhibit 50 | Spreadsheet entitled, .........41 "Patents, Trademarks and Copyrights of Calera Recognition Systems, Inc." | |
| Exhibit 51 | Spreadsheet entitled, .........50 "Patents and Trademarks of RAF Technology, Inc." | |
| Exhibit 52 | Document entitled, ............68 "Patents and Trademarks of Arkenstone, Inc." | |

/ /

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

5

1               INDEX OF EXHIBITS (Continued)

2    EXHIBIT              DESCRIPTION           PAGE

3    Exhibit 53A    United States Patent No. ......69

4                   5,470,233

5    Exhibit 53B    Document entitled, ...........69

6                   "Abstract of Title for

7                   Application 08210239"

8    Exhibit 54     Spreadsheet entitled, .........98

9                   "Trademarks and

10                  Copyrights of Beneficent,

11                  Inc."

12   Exhibit 55     Screenshots from ............143

13                  Bookshare website

14   Exhibit 56     Document entitled, "The ......179

15                  Chafee Amendment:

16                  Improving Access to

17                  Information"

18   Exhibit 57     Article entitled, ...........185

19                  "Developing Information

20                  Technology to Meet Social

21                  Needs"

22   Exhibit 58     Document entitled, ..........190

23                  "Assistive Technology for

24                  Visually Impaired and

25                  Blind People"

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

6

1                INDEX OF EXHIBITS (Continued)

2      EXHIBIT              DESCRIPTION              PAGE

3      Exhibit 59      Document entitled, ..........208

4                      "Declaration of James

5                      Fruchterman in Support of

6                      Motion For Summary

7                      Judgment"

8      Exhibit 60      Document entitled, ..........208

9                      "Supplemental Declaration

10                     of James Fruchterman In

11                     Support of Defendant

12                     Intervenors' Opposition

13                     to Plaintiffs' Motion For

14                     Summary Judgment"

15     Exhibit 61      Westlaw reported version .....229

16                     of district court opinion

17                     in the Authors Guild,

18                     Inc. versus HathiTrust,

19                     et al., reported at 902

20                     F.Supp.2d 445

21

22

23

24

25     / /

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

7

1          INDEX OF EXHIBITS (Continued)

2     EXHIBIT              DESCRIPTION              PAGE

3     Exhibit 62      Lexis reported version of ....237

4                     the Second Circuit Court

5                     of Appeals decision in

6                     Authors Guild versus

7                     HathiTrust reported at

8                     755 F.3d 87

9     Exhibit 63      Document entitled, "The ......241

10                    Internet Archive's Open

11                    Library is violating

12                    authors' copyrights"

13    Exhibit 64      Document entitled, ...........249

14                    "Expert Report of James

15                    R. Fruchterman"

16

17              EXHIBITS PREVIOUSLY MARKED

18          AND REFERRED TO IN THIS DEPOSITION

19    EXHIBIT                              PAGE

20    Exhibit 34                            304

21

22    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

23                    PAGE   LINE

24                    221    8

25                    227    4

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

8

| | |
|---|---|
| 1 | September 8, 2015                    9:21 A.M. |
| 2 |               P R O C E E D I N G S |
| 3 |         THE VIDEOGRAPHER:  Good morning.  Here | 09:16:23 |
| 4 | begins Tape No. 1 in the video deposition of | 09:20:44 |
| 5 | James Fruchterman in the matter of American | 09:20:47 |
| 6 | Educational Research Association, Incorporated, et | 09:20:49 |
| 7 | al., versus Public.Resource.Org, Incorporated, in | 09:20:53 |
| 8 | the U.S. District Court of the District of | 09:21:00 |
| 9 | Columbia, Case Number 1:14-CV-00857-TSC-DAR. | 09:21:02 |
| 10 |         Today's date is September 8th, 2015. | 09:21:12 |
| 11 | Time on the video monitor is 9:21 a.m.  The | 09:21:15 |
| 12 | videographer today is Steve Patapoff representing | 09:21:18 |
| 13 | Planet Depos.  The video deposition is taking | 09:21:21 |
| 14 | place at Fenwick & West, 801 California Street, | 09:21:23 |
| 15 | Mountain View, California. | 09:21:26 |
| 16 |         Would counsel please voice-identify | 09:21:29 |
| 17 | themselves and state whom they represent. | 09:21:31 |
| 18 |         MR. HUDIS:  Jonathan Hudis, | 09:21:35 |
| 19 | Quarles & Brady, LLP, for plaintiffs. | 09:21:36 |
| 20 |         MS. CAPPAERT:  Katherine Cappaert from | 09:21:41 |
| 21 | Oblon, LLP, for plaintiffs. | 09:21:46 |
| 22 |         MR. KAPLAN:  Sebastian Kaplan, | 09:21:48 |
| 23 | Fenwick & West, LLP, for defendant | 09:21:49 |
| 24 | Public.Resource.Org, Incorporated. | 09:21:52 |
| 25 |         THE VIDEOGRAPHER:  Court reporter today | 09:21:56 |

9

| # | | Time |
|---|---|---|
| 1 | is Kathleen Wilkins representing Planet Depos. | 09:21:56 |
| 2 | Would the reporter please swear in the | 09:21:59 |
| 3 | witness. | 09:22:01 |
| 4 | JAMES R. FRUCHTERMAN, | 09:22:11 |
| 5 | having been duly sworn, | 09:22:11 |
| 6 | was examined and testified as follows: | 09:22:11 |
| 7 | EXAMINATION BY MR. HUDIS | 09:22:10 |
| 8 | BY MR. HUDIS: | 09:22:11 |
| 9 | Q.   Good morning, sir.  Would you state your | 09:22:13 |
| 10 | full name and address for the record. | 09:22:15 |
| 11 | A.   James Robert Fruchterman, Jr. | 09:22:18 |
| 12 | 1850 Middlefield Road, Palo Alto, California. | 09:22:20 |
| 13 | Q.   And is that your business address or | 09:22:26 |
| 14 | your home address? | 09:22:28 |
| 15 | A.   My home address. | 09:22:30 |
| 16 | Q.   Could I have your business address, | 09:22:31 |
| 17 | please. | 09:22:33 |
| 18 | A.   My business address is 4780 California | 09:22:33 |
| 19 | Avenue, Palo Alto, California. | 09:22:36 |
| 20 | Q.   Mr. Fruchterman, I am here -- my name is | 09:22:39 |
| 21 | Jonathan Hudis, representing the plaintiffs in an | 09:22:41 |
| 22 | action in which you've been designated as an | 09:22:45 |
| 23 | expert witness. | 09:22:47 |
| 24 | My colleague, Katherine Cappaert, is | 09:22:48 |
| 25 | here with me and will be working with me during | 09:22:50 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

10

| | | |
|---|---|---|
| 1 | the deposition. | 09:22:53 |
| 2 | Before we get started, a couple of | 09:22:56 |
| 3 | deposition rules which I'd like you to | 09:22:58 |
| 4 | acknowledge. | 09:23:00 |
| 5 | You understand you're giving testimony | 09:23:00 |
| 6 | under oath? | 09:23:02 |
| 7 | A.    Yes. | 09:23:05 |
| 8 | Q.    The court reporter, you understand, is | 09:23:05 |
| 9 | taking down everything that you're saying? | 09:23:06 |
| 10 | A.    Yes. | 09:23:08 |
| 11 | Q.    We'll need audible responses from you, | 09:23:10 |
| 12 | so no nods or gestures. | 09:23:13 |
| 13 | A.    Yes. | 09:23:15 |
| 14 | Q.    If at any point you do not understand a | 09:23:16 |
| 15 | question, please let me know, and I will try to | 09:23:18 |
| 16 | clarify the question for you. | 09:23:20 |
| 17 | A.    Okay. | 09:23:22 |
| 18 | Q.    All right.  If you need a break for any | 09:23:23 |
| 19 | reason, please let me know, and we can provide you | 09:23:24 |
| 20 | that break.  Except if there is a question | 09:23:27 |
| 21 | pending, you must answer the question before we | 09:23:30 |
| 22 | take the break. | 09:23:32 |
| 23 | A.    Yes. | 09:23:33 |
| 24 | MR. KAPLAN:  Unless it's about | 09:23:35 |
| 25 | privilege. | 09:23:36 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

11

| | |
|---|---|
| 1 | BY MR. HUDIS: | 09:23:37 |
| 2 |     Q.    Correct.  And your counsel is right, | 09:23:37 |
| 3 | unless it's about privilege. | 09:23:39 |
| 4 |         If at any point you come to realize that | 09:23:40 |
| 5 | an answer that you've already given during the | 09:23:43 |
| 6 | day, Mr. Fruchterman, is not completely correct, | 09:23:46 |
| 7 | will you please let me know, and I will give you | 09:23:48 |
| 8 | an opportunity to correct that answer. | 09:23:50 |
| 9 |     A.    Yes. | 09:23:53 |
| 10 |     Q.    Is there any reason, whether by taking | 09:23:53 |
| 11 | medication or illness, that you cannot testify | 09:23:55 |
| 12 | completely, accurately and truthfully today? | 09:23:58 |
| 13 |     A.    No. | 09:24:01 |
| 14 |     Q.    Mr. Fruchterman, have you been deposed | 09:24:02 |
| 15 | before? | 09:24:03 |
| 16 |     A.    Yes. | 09:24:04 |
| 17 |     Q.    When? | 09:24:05 |
| 18 |     A.    In the last month or two, once. | 09:24:07 |
| 19 |     Q.    Was that in the ASTM case? | 09:24:12 |
| 20 |     A.    Yes. | 09:24:15 |
| 21 |     Q.    And that case is also pending in DC, | 09:24:16 |
| 22 | federal court? | 09:24:20 |
| 23 |     A.    I'm not familiar with what court it's | 09:24:22 |
| 24 | in. | 09:24:27 |
| 25 |     Q.    And that case is also pending against | 09:24:28 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

12

| | | |
|---|---|---|
| 1 | Public.Resource.Org, Inc.? | 09:24:30 |
| 2 | A.   Yes, that's my understanding. | 09:24:34 |
| 3 | Q.   Is that the only time you've been | 09:24:35 |
| 4 | deposed? | 09:24:36 |
| 5 | A.   Yes. | 09:24:37 |
| 6 | Q.   Have you ever testified at a trial | 09:24:51 |
| 7 | before? | 09:24:52 |
| 8 | A.   No. | 09:24:52 |
| 9 | MR. HUDIS:  I'd like the court reporter | 09:25:01 |
| 10 | to now mark as Plaintiff's Exhibit Fruchterman 48. | 09:25:02 |
| 11 | Counsel. | 09:25:06 |
| 12 | (Whereupon, Deposition Exhibit 48 was | 09:25:14 |
| 13 | marked for identification.) | 09:25:14 |
| 14 | BY MR. HUDIS: | 09:25:14 |
| 15 | Q.   Mr. Fruchterman, I now place in front of | 09:25:16 |
| 16 | you what's been marked as Deposition Exhibit 48. | 09:25:20 |
| 17 | Have you seen this deposition subpoena | 09:25:23 |
| 18 | of Exhibit 48 that is directed to you before | 09:25:25 |
| 19 | today? | 09:25:27 |
| 20 | A.   No, I don't believe so. | 09:25:29 |
| 21 | Q.   How is it you were made aware that you | 09:25:36 |
| 22 | were testifying today? | 09:25:38 |
| 23 | A.   Through counsel. | 09:25:39 |
| 24 | Q.   All right.  What did you do to prepare | 09:25:40 |
| 25 | for testifying today? | 09:25:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

13

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  And I'll object to the | 09:25:45 |
| 2 | extent that the question calls for privileged | 09:25:47 |
| 3 | communications or other information protected by | 09:25:50 |
| 4 | Federal Rule of Civil Procedure 26 and instruct | 09:25:51 |
| 5 | the witness to answer only to the extent that it | 09:25:54 |
| 6 | does not involve communications with counsel. | 09:25:57 |
| 7 | THE WITNESS:  I reread my expert report. | 09:26:01 |
| 8 | I read the rebuttal report from plaintiff's | 09:26:04 |
| 9 | expert. | 09:26:10 |
| 10 | BY MR. HUDIS: | 09:26:11 |
| 11 | Q.    Anything else? | 09:26:14 |
| 12 | A.    Nothing beyond the things I can | 09:26:17 |
| 13 | disclose. | 09:26:21 |
| 14 | Q.    Okay. | 09:26:22 |
| 15 | MR. KAPLAN:  Jonathan, if you don't | 09:26:23 |
| 16 | mind. | 09:26:25 |
| 17 | To clarify my instruction, you can | 09:26:25 |
| 18 | mention the existence of conversations that we | 09:26:27 |
| 19 | had, just not their content. | 09:26:29 |
| 20 | THE WITNESS:  So I have also spoken with | 09:26:32 |
| 21 | counsel. | 09:26:33 |
| 22 | BY MR. HUDIS: | 09:26:33 |
| 23 | Q.    All right.  And that was the | 09:26:34 |
| 24 | Fenwick & West counsel? | 09:26:36 |
| 25 | A.    Correct. | 09:26:37 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

14

| | | |
|---|---|---|
| 1 | Q.    All right.  Did you speak with any of | 09:26:39 |
| 2 | the counsel from EFF, Electronic Frontier | 09:26:41 |
| 3 | Foundation, to prepare to testify? | 09:26:44 |
| 4 | A.    No.  Well, just to be accurate, not in | 09:26:48 |
| 5 | months.  So ... | 09:26:53 |
| 6 | Q.    All right.  So just to clarify, you were | 09:26:59 |
| 7 | told by counsel you were going to be testifying | 09:27:04 |
| 8 | today, but you haven't seen the deposition | 09:27:06 |
| 9 | subpoena of Exhibit 48 before? | 09:27:09 |
| 10 | A.    Correct. | 09:27:10 |
| 11 | Q.    Besides reviewing your expert report and | 09:27:14 |
| 12 | the rebuttal expert report, did you review any | 09:27:16 |
| 13 | other documents to prepare to testify today? | 09:27:20 |
| 14 | A.    Only those attached to those reports. | 09:27:27 |
| 15 | Q.    Okay.  So let me ask it as a fuller | 09:27:30 |
| 16 | question. | 09:27:32 |
| 17 | A.    Mh-hmm. | 09:27:33 |
| 18 | Q.    Other than reviewing your expert report | 09:27:33 |
| 19 | and its attachments and the rebuttal report and | 09:27:36 |
| 20 | its attachments, did you read anything else in | 09:27:38 |
| 21 | order to prepare to testify today? | 09:27:41 |
| 22 | A.    No. | 09:27:43 |
| 23 | Q.    To prepare to testify today, did you | 09:27:44 |
| 24 | speak with anyone else except the lawyers at | 09:27:45 |
| 25 | Fenwick & West? | 09:27:48 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

15

| | | |
|---|---|---|
| 1 | A. No. | 09:27:49 |
| 2 | Q. Did you speak with Mr. Malamud to | 09:27:50 |
| 3 | prepare to testify today? | 09:27:53 |
| 4 | A. No. | 09:27:55 |
| 5 | MR. KAPLAN: Objection. Asked and | 09:27:55 |
| 6 | answered. | 09:27:56 |
| 7 | THE WITNESS: I will try to pause. | 09:27:58 |
| 8 | Sorry. | 09:27:59 |
| 9 | MR. KAPLAN: Got to give me -- | 09:27:59 |
| 10 | THE WITNESS: Yeah, you're not in that | 09:28:01 |
| 11 | rhythm yet. | 09:28:02 |
| 12 | MR. HUDIS: Come on. Got to catch up. | 09:28:05 |
| 13 | Q. How long do you think you took to | 09:28:07 |
| 14 | prepare by reading the two reports and their | 09:28:08 |
| 15 | attachments? | 09:28:11 |
| 16 | A. Less than two hours total for the | 09:28:17 |
| 17 | reading. | 09:28:21 |
| 18 | Q. And that is the sum total of the | 09:28:21 |
| 19 | documents you reviewed to prepare to testify? | 09:28:23 |
| 20 | A. Yes. | 09:28:26 |
| 21 | And I believe in this entire line of | 09:28:31 |
| 22 | questioning, we're talking about in preparation | 09:28:33 |
| 23 | for this deposition, since the creation of my | 09:28:35 |
| 24 | expert report. | 09:28:37 |
| 25 | Q. That is correct, sir. | 09:28:39 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

16

| | | |
|---|---|---|
| 1 | A.    Okay.  Then my -- my testimony has been | 09:28:40 |
| 2 | accurate so far. | 09:28:42 |
| 3 | Q.    All right.  Since you were retained to | 09:28:43 |
| 4 | be an expert witness in this case, have you read | 09:28:48 |
| 5 | the pleadings, meaning the complaint, the answer | 09:28:50 |
| 6 | and the reply? | 09:28:54 |
| 7 | A.    No. | 09:28:57 |
| 8 | Q.    Mr. Fruchterman, what is the highest | 09:29:14 |
| 9 | level of your education? | 09:29:15 |
| 10 | A.    A master's degree. | 09:29:16 |
| 11 | Q.    Okay.  And based upon reviewing some of | 09:29:20 |
| 12 | your papers and your expert witness report, you | 09:29:22 |
| 13 | received a bachelor's degree from the California | 09:29:25 |
| 14 | Institute of Technology? | 09:29:28 |
| 15 | A.    Correct. | 09:29:30 |
| 16 | Q.    And that was a bachelor's of science in | 09:29:32 |
| 17 | engineering in 1980? | 09:29:34 |
| 18 | A.    Correct. | 09:29:35 |
| 19 | Q.    What was your major? | 09:29:40 |
| 20 | A.    I would say electrical engineering. | 09:29:41 |
| 21 | Q.    Did you have a minor during your | 09:29:46 |
| 22 | undergraduate studies? | 09:29:47 |
| 23 | A.    No. | 09:29:52 |
| 24 | Q.    Did you have what's called a | 09:29:53 |
| 25 | concentration during your undergraduate studies? | 09:29:54 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

17

| | | |
|---|---|---|
| 1 | A.    I simultaneously got a master's in | 09:29:58 |
| 2 | applied physics while completing my bachelor's, so | 09:30:00 |
| 3 | I would say applied physics might fall in that | 09:30:04 |
| 4 | category. | 09:30:08 |
| 5 | Q.    So you also received a master's degree | 09:30:18 |
| 6 | from California Institute of Technology? | 09:30:20 |
| 7 | A.    Correct. | 09:30:23 |
| 8 | Q.    And that was in 1980? | 09:30:24 |
| 9 | A.    Correct. | 09:30:25 |
| 10 | Q.    And that was a master of science in | 09:30:26 |
| 11 | applied physics? | 09:30:27 |
| 12 | A.    Correct. | 09:30:29 |
| 13 | Q.    Now, for your master's, did you have a | 09:30:29 |
| 14 | major? | 09:30:32 |
| 15 | A.    Caltech didn't have a major under the | 09:30:36 |
| 16 | applied physics degree. | 09:30:39 |
| 17 | Q.    Do you have a minor for your master's? | 09:30:41 |
| 18 | A.    They didn't have minors. | 09:30:42 |
| 19 | Q.    And did you have a concentration for | 09:30:44 |
| 20 | your master's? | 09:30:45 |
| 21 | A.    Informally, I focused on optics and | 09:30:50 |
| 22 | lasers over other areas of applied physics. | 09:30:53 |
| 23 | Q.    Now, you did start studies towards a | 09:31:01 |
| 24 | Ph.D.? | 09:31:04 |
| 25 | A.    Correct. | 09:31:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

18

| | | | |
|---|---|---|---|
| 1 | Q. | And that was at Stanford? | 09:31:05 |
| 2 | A. | Yes. | 09:31:06 |
| 3 | Q. | And that was from 1980 to 1981? | 09:31:06 |
| 4 | A. | Correct. | 09:31:10 |
| 5 | Q. | That was in electrical engineering? | 09:31:10 |
| 6 | A. | Yes. | 09:31:12 |

7      Q.    Do you recall what courses you took      09:31:12
8  towards your Ph.D.?                              09:31:14
9      A.    No.  It would have been in the applied   09:31:19
10  physics and electrical engineering directions, for  09:31:21
11  the most part.                                   09:31:24
12      Q.    And you did not obtain your Ph.D.?      09:31:34
13      A.    Correct.                               09:31:36
14      Q.    Why not?                               09:31:37
15      A.    I took a leave of absence to join a    09:31:38
16  private rocket company.                          09:31:40
17      Q.    And that was G.H.C., Inc.?             09:31:46
18      A.    G.C.H., Inc.                           09:31:49
19      Q.    G.C.H., Inc.  Sorry for my dyslexia.   09:31:51
20            And that was the -- I don't know if I'm  09:32:07
21  spelling -- pronouncing this right -- Percheron?  09:32:09
22      A.    Correct pronunciation, yes.            09:32:13
23      Q.    Thank you.                             09:32:15
24            All right.  And that was the Percheron  09:32:16
25  private enterprise rocket project, as an         09:32:18

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

19

| | | |
|---|---|---|
| 1 | electrical engineer? | 09:32:20 |
| 2 | A.    Yes. | 09:32:22 |
| 3 | Q.    And that was the project where the | 09:32:22 |
| 4 | rocket blew up? | 09:32:24 |
| 5 | A.    Correct. | 09:32:29 |
| 6 | Q.    Mr. Fruchterman, just to outline the | 09:32:30 |
| 7 | extent of your formal school training, you do not | 09:32:32 |
| 8 | have any formal school training in psychology? | 09:32:34 |
| 9 | A.    Correct. | 09:32:36 |
| 10 | Q.    And you do not have any formal school | 09:32:37 |
| 11 | training in psychometrics? | 09:32:40 |
| 12 | A.    Correct. | 09:32:42 |
| 13 | Q.    You don't have any formal school | 09:32:43 |
| 14 | training in educational or achievement tests or | 09:32:44 |
| 15 | measures? | 09:32:48 |
| 16 | A.    Correct. | 09:32:49 |
| 17 | Q.    And you do not have any formal education | 09:32:56 |
| 18 | in psychological tests or measures? | 09:32:59 |
| 19 | A.    Correct. | 09:33:02 |
| 20 | Q.    Now, your resume notes that you have | 09:33:06 |
| 21 | several -- you had several engineering positions | 09:33:10 |
| 22 | with the following companies:  Phoenix | 09:33:12 |
| 23 | Engineering, Inc.? | 09:33:15 |
| 24 | A.    Yes. | 09:33:18 |
| 25 | Q.    What years was that? | 09:33:18 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

20

| | | | |
|---|---|---|---|
| 1 | A. | '81-'83. | 09:33:21 |
| 2 | Q. | 1981 to 1983? | 09:33:25 |
| 3 | A. | Correct. | 09:33:27 |
| 4 | Q. | What type of company was it? | 09:33:27 |
| 5 | A. | It was a private enterprise rocket | 09:33:29 |
| 6 | company. | | 09:33:34 |
| 7 | Q. | Where was it located? | 09:33:35 |
| 8 | A. | Santa Clara -- certainly -- Santa Clara | 09:33:36 |
| 9 | County.  Certainly this area. | | 09:33:39 |
| 10 | Q. | What was your job title at Phoenix? | 09:33:41 |
| 11 | A. | I had a -- I was vice president. | 09:33:44 |
| 12 | Q. | What were your job responsibilities? | 09:33:46 |
| 13 | A. | I don't recall. | 09:33:53 |
| 14 | Q. | What did you do there? | 09:33:56 |
| 15 | A. | Tried to raise money to start a rocket | 09:33:57 |
| 16 | company. | | 09:34:00 |
| 17 | Q. | Do you remember anything else you did? | 09:34:02 |
| 18 | A. | I probably was involved with the | 09:34:04 |
| 19 | finances.  We tested some prototype rocket | | 09:34:06 |
| 20 | engines.  And I spent most of my time trying to | | 09:34:12 |
| 21 | raise money, which we were unsuccessful in doing. | | 09:34:17 |
| 22 | MR. HUDIS:  Off the record. | | 09:34:22 |
| 23 | THE VIDEOGRAPHER:  Going off the record | | 09:34:25 |
| 24 | at 9:34. | | 09:34:26 |
| 25 | (Whereupon, a recess was taken.) | | 09:34:28 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

21

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Back on the record at | 09:37:31 |
| 2 | 9:37. | 09:37:32 |
| 3 | BY MR. HUDIS: | 09:37:33 |
| 4 | Q.    So while we were off the record, | 09:37:34 |
| 5 | Mr. Fruchterman, my colleague noted that I was a | 09:37:36 |
| 6 | little dilatory in marking your resume.  So we're | 09:37:39 |
| 7 | discussing your background.  You might as well | 09:37:42 |
| 8 | have your resume in front of you. | 09:37:44 |
| 9 | A.    Okay.  Thank you. | 09:37:46 |
| 10 | MR. HUDIS:  I'd like the court reporter | 09:37:48 |
| 11 | to mark as Deposition Exhibit Fruchterman 49. | 09:37:49 |
| 12 | (Whereupon, Deposition Exhibit 49 was | 09:37:53 |
| 13 | marked for identification.) | 09:37:53 |
| 14 | THE WITNESS:  Okay.  Thank you. | 09:38:02 |
| 15 | BY MR. HUDIS: | 09:38:03 |
| 16 | Q.    Mr. Fruchterman, do you recognize this | 09:38:03 |
| 17 | document? | 09:38:05 |
| 18 | A.    I do. | 09:38:07 |
| 19 | Q.    What is it? | 09:38:08 |
| 20 | A.    My resume. | 09:38:08 |
| 21 | Q.    All right.  So we were discussing your | 09:38:09 |
| 22 | background, and we finished discussing your | 09:38:13 |
| 23 | engineering position with Phoenix Engineering. | 09:38:18 |
| 24 | Let's go on to G.C.H., Inc. | 09:38:21 |
| 25 | A.    All right. | 09:38:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

22

| | | |
|---|---|---|
| 1 | Q.    All right.  And what type of company was | 09:38:26 |
| 2 | that? | 09:38:27 |
| 3 | A.    It was a private company, probably a C | 09:38:29 |
| 4 | corp, I'm guessing. | 09:38:32 |
| 5 | Q.    What business was it in? | 09:38:33 |
| 6 | A.    In the business of building a private | 09:38:35 |
| 7 | enterprise rocket. | 09:38:38 |
| 8 | Q.    How long were you with the company? | 09:38:43 |
| 9 | A.    Under one year. | 09:38:44 |
| 10 | Q.    What year -- what year was that? | 09:38:45 |
| 11 | A.    1981 -- probably -- I was probably only | 09:38:49 |
| 12 | employed during 1981. | 09:38:54 |
| 13 | Q.    What was your job title? | 09:38:56 |
| 14 | A.    Electrical engineer. | 09:38:58 |
| 15 | Q.    And what were your responsibilities at | 09:39:01 |
| 16 | G.H.C.? | 09:39:03 |
| 17 | A.    At G.C.H., my responsibilities -- | 09:39:05 |
| 18 | Q.    G.C.H. | 09:39:07 |
| 19 | A.    No problem. | 09:39:08 |
| 20 | -- were to design remote fuel loading | 09:39:10 |
| 21 | systems to fuel up the rocket, telemetry systems | 09:39:14 |
| 22 | to collect data about the rocket's performance, a | 09:39:19 |
| 23 | remote igniting system and a command destruct | 09:39:23 |
| 24 | system to blow up the rocket if it went off | 09:39:27 |
| 25 | course.  Yeah.  That was my main -- top | 09:39:30 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

23

| | | |
|---|---|---|
| 1 | responsibilities. | 09:39:34 |
| 2 | Q.    And you were employed at the IBM T.J. | 09:39:41 |
| 3 | Watson Research Center? | 09:39:45 |
| 4 | A.    Correct. | 09:39:47 |
| 5 | Q.    What type of company was that? | 09:39:47 |
| 6 | A.    IBM is a large computer company. | 09:39:49 |
| 7 | Q.    All right.  What did -- was that a | 09:39:51 |
| 8 | division, the Watson Research Company? | 09:39:53 |
| 9 | A.    The Watson Research Center -- | 09:39:56 |
| 10 | Q.    Center. | 09:39:58 |
| 11 | A.    -- is -- was one of IBM's major research | 09:39:58 |
| 12 | centers. | 09:40:02 |
| 13 | Q.    And at that research center, what did | 09:40:05 |
| 14 | they do at the time you were employed there? | 09:40:07 |
| 15 | A.    Well, this is a large research center | 09:40:11 |
| 16 | with a couple thousand of employees, so they did a | 09:40:14 |
| 17 | whole bunch of different things. | 09:40:17 |
| 18 | Q.    What did you do? | 09:40:20 |
| 19 | A.    I worked on photoacoustic microscopy. | 09:40:20 |
| 20 | Q.    And if you could define what that is, | 09:40:25 |
| 21 | please. | 09:40:27 |
| 22 | A.    Making dust scream.  So our task was to | 09:40:28 |
| 23 | detect dust on top of silicon wafers that would be | 09:40:34 |
| 24 | hard to see, sort of visual inspection, by hitting | 09:40:39 |
| 25 | them with a pulsed laser that would cause the dust | 09:40:42 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

24

| | | |
|---|---|---|
| 1 | to heat up and emit sound, which we could then | 09:40:44 |
| 2 | detect.  So it was an inspection technique to | 09:40:48 |
| 3 | improve silicon wafer -- reduce defects, | 09:40:53 |
| 4 | basically. | 09:40:57 |
| 5 | MR. KAPLAN:  Kathleen, I was wrong.  We | 09:41:04 |
| 6 | are going to talk about semiconductors. | 09:41:07 |
| 7 | BY MR. HUDIS: | 09:41:13 |
| 8 | Q.    What year was this?  Or years. | 09:41:14 |
| 9 | A.    This would have been '80, '81.  This was | 09:41:17 |
| 10 | the summer -- it was a summer internship between | 09:41:20 |
| 11 | my master's and my -- starting up my Ph.D. program | 09:41:22 |
| 12 | at Stanford. | 09:41:24 |
| 13 | Q.    So that was the summer of '80 or summer | 09:41:25 |
| 14 | or '81? | 09:41:28 |
| 15 | A.    The summer of '80. | 09:41:29 |
| 16 | Q.    Did you have a job title there? | 09:41:34 |
| 17 | A.    Some variation on summer intern.  I | 09:41:38 |
| 18 | don't recall the exact title. | 09:41:40 |
| 19 | Q.    Have you told me all about your job | 09:41:49 |
| 20 | responsibilities at the Watson Research Center at | 09:41:51 |
| 21 | the time you were employed there? | 09:41:54 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 09:41:56 |
| 23 | THE WITNESS:  Certainly that was the | 09:41:57 |
| 24 | main project I worked on, and I wasn't engaged to | 09:41:58 |
| 25 | work on any other major projects. | 09:42:01 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

25

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 09:42:05 |
| 2 | Q.    And you were employed at the General | 09:42:05 |
| 3 | Motors Company? | 09:42:06 |
| 4 | A.    Two summers, while -- while doing my | 09:42:08 |
| 5 | engineering degree. | 09:42:10 |
| 6 | Q.    Which summers? | 09:42:11 |
| 7 | A.    That would have been the summers of '78 | 09:42:15 |
| 8 | and '79. | 09:42:17 |
| 9 | Q.    You were an intern? | 09:42:21 |
| 10 | A.    Yes. | 09:42:23 |
| 11 | Q.    What projects did you work on? | 09:42:25 |
| 12 | A.    I only remember one project, which was | 09:42:27 |
| 13 | to build a fast start system for a diesel engine, | 09:42:32 |
| 14 | so that the engine would start faster when you | 09:42:38 |
| 15 | turn on the ignition.  Often called a glow plug. | 09:42:42 |
| 16 | Q.    Do you remember any other projects you | 09:42:52 |
| 17 | worked on? | 09:42:53 |
| 18 | A.    No. | 09:42:54 |
| 19 | Q.    And you worked at the NASA Jet | 09:42:58 |
| 20 | Propulsion Laboratory? | 09:42:59 |
| 21 | A.    Correct. | 09:43:02 |
| 22 | Q.    When was that? | 09:43:03 |
| 23 | A.    I'm going to say '77 through '79, but I | 09:43:06 |
| 24 | am not exactly sure.  It was also during my | 09:43:11 |
| 25 | undergraduate work at -- at Caltech.  I was a | 09:43:14 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

26

| | | |
|---|---|---|
| 1 | student research associate for Dr. Bruce Murphy -- | 09:43:18 |
| 2 | Murray, who was then the director of JPL. | 09:43:24 |
| 3 | Q.    Do you remember what you did for | 09:43:33 |
| 4 | Dr. Murray? | 09:43:35 |
| 5 | A.    I worked on the Spacel photographic data | 09:43:36 |
| 6 | retrieval system which held imagery from the | 09:43:40 |
| 7 | Viking missions, primarily. | 09:43:44 |
| 8 | Q.    I think for the court reporter, you're | 09:43:47 |
| 9 | going to have to spell out the name of that | 09:43:48 |
| 10 | device. | 09:43:51 |
| 11 | A.    Spacel, like the word "space" plus an L | 09:43:53 |
| 12 | at the end.  Are we otherwise good, or do you need | 09:43:56 |
| 13 | more? | 09:43:57 |
| 14 | THE REPORTER:  I'm sorry? | 09:43:57 |
| 15 | THE WITNESS:  Do you need any more or is | 09:44:02 |
| 16 | that enough? | 09:44:04 |
| 17 | (Discussion held off record.) | 09:44:05 |
| 18 | BY MR. HUDIS: | 09:44:05 |
| 19 | Q.    Do you remember any other | 09:44:23 |
| 20 | responsibilities you had working for Dr. Murray at | 09:44:24 |
| 21 | the NASA Jet Propulsion Laboratory? | 09:44:26 |
| 22 | A.    That was my primary project there, and I | 09:44:29 |
| 23 | don't recall any others. | 09:44:31 |
| 24 | Q.    And you worked at the Fermi National | 09:44:33 |
| 25 | Accelerator Laboratory? | 09:44:35 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

27

1        A.    Correct.                                        09:44:38

2        Q.    When was that?                                  09:44:38

3        A.    The summer of 1977.                             09:44:39

4        Q.    What did they do there at the Fermi             09:44:48

5   National Accelerator Laboratory while you were             09:44:50

6   there?                                                     09:44:52

7        A.     They -- they ran a large accelerator,          09:44:53

8   and they designed physics experiments to detect           09:44:56

9   elementary particles.                                      09:45:02

10       Q.    What was your job title there?                  09:45:18

11       A.    Something like student intern or summer         09:45:20

12   intern.                                                   09:45:24

13       Q.    What did you do there?                          09:45:25

14       A.    Primarily worked on instruments,                09:45:27

15   maintenance of instruments, upgrading of                  09:45:30

16   instruments.                                              09:45:33

17       Q.    What kind of instruments?                       09:45:37

18       A.    Well, the largest and longest-term              09:45:38

19   project was on a multiwire proportional chamber.          09:45:42

20       Q.    What did it do?                                 09:45:46

21       A.    Detected signals from elementary                09:45:50

22   particles.                                                09:45:52

23       Q.    Sounds?                                         09:45:55

24       A.    More electrical signals.  The -- it was         09:45:57

25   a large frame, maybe four by six, that had many           09:45:59

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

28

| | | |
|---|---|---|
| 1 | different wires.  You put it in, I believe, a | 09:46:09 |
| 2 | noble gas environment with a bunch of other | 09:46:11 |
| 3 | things, and you detected the path of the particle | 09:46:14 |
| 4 | by hitting some of these gas atoms, and then that | 09:46:16 |
| 5 | would create a ionization that would create a | 09:46:20 |
| 6 | signal on the wires, so you would actually be able | 09:46:23 |
| 7 | to measure the track through the -- through the | 09:46:25 |
| 8 | space. | 09:46:28 |
| 9 | Q.    So other than what is on your resume on | 09:46:36 |
| 10 | the first page, are there any other companies you | 09:46:39 |
| 11 | worked for that are -- that are not listed here | 09:46:41 |
| 12 | since graduating from Caltech? | 09:46:43 |
| 13 | A.    Yes.  There were additional positions, | 09:46:49 |
| 14 | all -- all either ones that I did while trying to | 09:46:54 |
| 15 | start companies or companies that didn't get | 09:46:59 |
| 16 | started. | 09:47:02 |
| 17 | Q.    What field of endeavor were these | 09:47:08 |
| 18 | companies that you tried to get started? | 09:47:10 |
| 19 | A.    Technology. | 09:47:12 |
| 20 | Q.    Any particular technology? | 09:47:14 |
| 21 | A.    Well, they would have related to either | 09:47:17 |
| 22 | electrical engineering or to computer science and | 09:47:18 |
| 23 | at least one semiconductor company. | 09:47:27 |
| 24 | Q.    Any particular projects that you | 09:47:38 |
| 25 | remember working on in starting up these companies | 09:47:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

29

| | | |
|---|---|---|
| 1 | as you sit here today? | 09:47:43 |
| 2 | A.    Oh, many ideas.  Microfluidics, math and | 09:47:46 |
| 3 | science simulation software, more pattern | 09:47:57 |
| 4 | recognition companies, but none of these reached | 09:48:06 |
| 5 | the point of where I was actually employed, | 09:48:10 |
| 6 | because they never got started. | 09:48:13 |
| 7 | Q.    Could you define for us microfluidics? | 09:48:14 |
| 8 | A.    It's a semiconductor-based technology | 09:48:18 |
| 9 | for moving gases or fluids rather than electrical | 09:48:22 |
| 10 | current, but under the control of electrical | 09:48:28 |
| 11 | signals. | 09:48:32 |
| 12 | Q.    Any other notable projects in your | 09:48:41 |
| 13 | working background that you haven't told us about? | 09:48:44 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 09:48:47 |
| 15 | THE WITNESS:  I taught night school, in | 09:48:49 |
| 16 | computer programming.  I crawled under houses as | 09:48:51 |
| 17 | part of helping homeowners understand more of | 09:48:59 |
| 18 | their earthquake risks.  But those were back in | 09:49:03 |
| 19 | the early '80s, when I was trying to get my first | 09:49:08 |
| 20 | company really going. | 09:49:11 |
| 21 | BY MR. HUDIS: | 09:49:14 |
| 22 | Q.    Since it's a fair part of your expert's | 09:49:20 |
| 23 | report, Mr. Fruchterman, in simple terms could you | 09:49:24 |
| 24 | please define what is "optical character | 09:49:28 |
| 25 | recognition" and what does it do? | 09:49:31 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

30

| | | |
|---|---|---|
| 1 | A.    So optical character recognition is the | 09:49:36 |
| 2 | process of having a machine recognizing letters | 09:49:41 |
| 3 | and words, generally from documents, though it can | 09:49:44 |
| 4 | be from other objects, and translating those into | 09:49:49 |
| 5 | the letter or word equivalent so that those things | 09:49:53 |
| 6 | can be processed. | 09:49:59 |
| 7 | So the most common application of | 09:50:00 |
| 8 | optical character recognition is scanning, let's | 09:50:03 |
| 9 | say, a page of a document and turning it into a | 09:50:07 |
| 10 | word processor file that is the equivalent of what | 09:50:09 |
| 11 | you would have done if you had typed it in, but | 09:50:14 |
| 12 | the machine, instead, had it scanned and then took | 09:50:16 |
| 13 | the picture of the page and turned it into the | 09:50:19 |
| 14 | text of the page. | 09:50:23 |
| 15 | Q.    So for the remainder of this deposition, | 09:50:25 |
| 16 | if I use the initials "OCR," we'll understand that | 09:50:28 |
| 17 | to mean "optical character recognition"? | 09:50:32 |
| 18 | A.    Yes. | 09:50:35 |
| 19 | Q.    Is OCR a common method of creating | 09:50:36 |
| 20 | searchable digital copies of texts? | 09:50:39 |
| 21 | MR. KAPLAN:  Objection.  Competence. | 09:50:47 |
| 22 | Vague. | 09:50:52 |
| 23 | THE WITNESS:  It is the most common form | 09:50:55 |
| 24 | when the source document is in physical or solely | 09:50:56 |
| 25 | image-based form, but it's probably not the most | 09:51:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

31

| | | |
|---|---|---|
| 1 | common. | 09:51:07 |
| 2 | BY MR. HUDIS: | 09:51:07 |
| 3 | Q.    What is the most common? | 09:51:07 |
| 4 | A.    Having digitally created content that | 09:51:09 |
| 5 | stays digital and then is searched. | 09:51:11 |
| 6 | Q.    So, for example -- | 09:51:13 |
| 7 | MR. KAPLAN:  Can I just interject.  For | 09:51:14 |
| 8 | the court reporter, you had my objection as | 09:51:16 |
| 9 | "compound."  It was "competence."  I just wanted | 09:51:17 |
| 10 | to make sure we had that on the record. | 09:51:21 |
| 11 | BY MR. HUDIS: | 09:51:50 |
| 12 | Q.    So, for example, Mr. Fruchterman, a | 09:51:50 |
| 13 | document created in Microsoft Word would be a | 09:51:52 |
| 14 | method of creating searchable digital text? | 09:51:58 |
| 15 | MR. KAPLAN:  Objection.  Incomplete | 09:52:01 |
| 16 | hypothetical.  Vague. | 09:52:02 |
| 17 | THE WITNESS:  It would be a great source | 09:52:06 |
| 18 | document to put into a system that analyzed | 09:52:07 |
| 19 | documents for full text.  I'm not sure -- could | 09:52:12 |
| 20 | you repeat the question. | 09:52:18 |
| 21 | BY MR. HUDIS: | 09:52:19 |
| 22 | Q.    Yes. | 09:52:20 |
| 23 | So, for example, a document created in | 09:52:23 |
| 24 | Microsoft Word would be a method of creating | 09:52:26 |
| 25 | searchable digital text? | 09:52:29 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

32

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Incomplete | 09:52:32 |
| 2 | hypothetical.  Vague. | 09:52:34 |
| 3 | THE WITNESS:  Yes.  I would say that's | 09:52:43 |
| 4 | pretty true. | 09:52:47 |
| 5 | BY MR. HUDIS: | 09:52:48 |
| 6 | Q.    Thank you for your candor. | 09:52:53 |
| 7 | Mr. Fruchterman, was the OCR process | 09:52:56 |
| 8 | first developed by Ray Kurzweil? | 09:52:59 |
| 9 | MR. KAPLAN:  Objection.  Vague. | 09:53:03 |
| 10 | Competence. | 09:53:04 |
| 11 | THE WITNESS:  No, that's not my | 09:53:06 |
| 12 | understanding.  But he was a noteworthy inventor | 09:53:07 |
| 13 | along a spectrum of inventors that progressively | 09:53:12 |
| 14 | improved the practice of optical character | 09:53:17 |
| 15 | recognition. | 09:53:19 |
| 16 | BY MR. HUDIS: | 09:53:19 |
| 17 | Q.    Was the OCR process that was developed | 09:53:20 |
| 18 | by Ray Kurzweil used to create a reading machine | 09:53:21 |
| 19 | for the blind? | 09:53:25 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 09:53:29 |
| 21 | Competence. | 09:53:29 |
| 22 | THE WITNESS:  Yes. | 09:53:30 |
| 23 | BY MR. HUDIS: | 09:53:30 |
| 24 | Q.    I'd like to turn back, Mr. Fruchterman, | 09:53:41 |
| 25 | to your resume and talk about the noted companies | 09:53:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

33

| | | |
|---|---|---|
| 1 | with which you have been associated, starting with | 09:53:47 |
| 2 | Calera Recognition Systems and working up towards | 09:53:53 |
| 3 | Benetech. | 09:53:56 |
| 4 | So is Benetech -- excuse me, is Calera | 09:53:58 |
| 5 | Recognition Systems, Inc., still in business | 09:54:03 |
| 6 | today? | 09:54:06 |
| 7 | A.    It merged into a company that is still | 09:54:08 |
| 8 | extant today. | 09:54:12 |
| 9 | Q.    All right.  Is the company, Calera | 09:54:13 |
| 10 | Recognition Systems, Inc., as that company was | 09:54:15 |
| 11 | known between 1982 and 1989, still in existence | 09:54:20 |
| 12 | today? | 09:54:25 |
| 13 | MR. KAPLAN:  Objection.  Calls for a | 09:54:26 |
| 14 | legal conclusion.  Competence. | 09:54:26 |
| 15 | THE WITNESS:  Not by that name. | 09:54:31 |
| 16 | BY MR. HUDIS: | 09:54:33 |
| 17 | Q.    All right.  What type of company was | 09:54:33 |
| 18 | Calera Recognition Systems when it was in business | 09:54:37 |
| 19 | under that name? | 09:54:40 |
| 20 | A.    It was a optical character recognition | 09:54:41 |
| 21 | company. | 09:54:43 |
| 22 | Q.    What products did it make at the time | 09:54:46 |
| 23 | you were affiliated with Calera? | 09:54:50 |
| 24 | MR. KAPLAN:  Objection.  Argumentative. | 09:54:51 |
| 25 | Vague. | 09:54:54 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

34

| | | |
|---|---|---|
| 1 | THE WITNESS:  A series of OCR products. | 09:54:56 |
| 2 | BY MR. HUDIS: | 09:55:07 |
| 3 | Q.    What services, if any, did Calera | 09:55:08 |
| 4 | recognition systems render to customers? | 09:55:11 |
| 5 | A.    Calera was primarily a product sales | 09:55:16 |
| 6 | company, but it did provide maintenance services | 09:55:20 |
| 7 | and product customization services to its | 09:55:25 |
| 8 | customers. | 09:55:32 |
| 9 | Q.    And according to your resume, which | 09:55:39 |
| 10 | we've marked as Exhibit 49, you were the founder, | 09:55:41 |
| 11 | vice -- vice president of finance from 1982 to | 09:55:45 |
| 12 | 1988? | 09:55:49 |
| 13 | A.    Correct. | 09:55:50 |
| 14 | Q.    What were your responsibilities as vice | 09:55:51 |
| 15 | president, finance? | 09:55:52 |
| 16 | A.    I had, I'd say, the typical | 09:55:57 |
| 17 | responsibilities of a chief financial officer, | 09:56:01 |
| 18 | which was to participate in the raising of | 09:56:03 |
| 19 | capital, the accounting systems, financial | 09:56:07 |
| 20 | controls, reporting.  So those were my primary | 09:56:11 |
| 21 | financial responsibilities while I was in that | 09:56:17 |
| 22 | role. | 09:56:20 |
| 23 | Q.    Have you told me all the | 09:56:20 |
| 24 | responsibilities you can recall when you were in | 09:56:22 |
| 25 | that role? | 09:56:23 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

35

| | | |
|---|---|---|
| 1 | A. No. | 09:56:24 |
| 2 | Q. Are there other responsibilities you had | 09:56:26 |
| 3 | in that role as vice president of finance? | 09:56:27 |
| 4 | A. Yes. I was also a technical founder. | 09:56:30 |
| 5 | So during that time period, I wrote software code. | 09:56:33 |
| 6 | I worked a great deal with customers. | 09:56:38 |
| 7 | Q. In what capacity? | 09:56:42 |
| 8 | A. In technology companies, there's usually | 09:56:49 |
| 9 | a salesperson and a tech person when you're doing | 09:56:54 |
| 10 | a major sale to a company like Hewlett-Packard. I | 09:56:57 |
| 11 | would have been that tech person. So an executive | 09:57:00 |
| 12 | with a technology background combined with a sales | 09:57:04 |
| 13 | executive, and together we would work on the care | 09:57:08 |
| 14 | and feeding of that account and hopefully getting | 09:57:13 |
| 15 | their business. | 09:57:16 |
| 16 | Q. Have you told me all of your duties and | 09:57:16 |
| 17 | responsibilities as founder and vice president of | 09:57:20 |
| 18 | finance -- | 09:57:22 |
| 19 | MR. KAPLAN: Objection. Vague. | 09:57:24 |
| 20 | BY MR. HUDIS: | 09:57:24 |
| 21 | Q. -- at Calera at the time you were | 09:57:25 |
| 22 | employed there? | 09:57:27 |
| 23 | A. That was a great majority of my | 09:57:29 |
| 24 | responsibilities. Nothing else occurs to me. | 09:57:30 |
| 25 | Q. And you were the vice president of | 09:57:32 |

36

| | | |
|---|---|---|
| 1 | marketing for Calera from 1987 through 1989? | 09:57:33 |
| 2 | A.    Correct. | 09:57:37 |
| 3 | Q.    What were your responsibilities in that | 09:57:38 |
| 4 | role at that time? | 09:57:40 |
| 5 | A.    Primarily product marketing.  So what | 09:57:43 |
| 6 | features the product should have, how it should be | 09:57:49 |
| 7 | communicated to the customers, relationships with | 09:57:53 |
| 8 | the press.  Those would be the primary | 09:57:59 |
| 9 | responsibilities. | 09:58:04 |
| 10 | Q.    Are there any other responsibilities | 09:58:05 |
| 11 | that you had as vice president of marketing that | 09:58:07 |
| 12 | you haven't told me that you can recall now? | 09:58:09 |
| 13 | A.    No. | 09:58:11 |
| 14 | Q.    Mr. Fruchterman, what is or was | 09:58:17 |
| 15 | Omnifront Character Recognition Technology? | 09:58:19 |
| 16 | MR. KAPLAN:  Objection.  Compound. | 09:58:29 |
| 17 | THE WITNESS:  Different vendors use that | 09:58:31 |
| 18 | term different ways.  It was Calera's primary | 09:58:33 |
| 19 | initial claim to primacy in the OCR market, which | 09:58:39 |
| 20 | was that our character recognition recognized all | 09:58:46 |
| 21 | fonts without needing to be trained on those fonts | 09:58:49 |
| 22 | or having those fonts be in some way memorized in | 09:58:53 |
| 23 | memory.  And so that was our primary edge, which | 09:58:57 |
| 24 | made a pretty powerful product. | 09:59:00 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

37

| Line | Text | Time |
|---|---|---|
| 1 | BY MR. HUDIS: | 09:59:05 |
| 2 | Q.    Just so we have a working definition, | 09:59:05 |
| 3 | please define, as you understand it, what a "font" | 09:59:08 |
| 4 | is. | 09:59:11 |
| 5 | A.    So in the field of typography, when you | 09:59:17 |
| 6 | were preparing a printed document, you have font. | 09:59:20 |
| 7 | Designers design different looks for fonts, and | 09:59:23 |
| 8 | fonts have many different properties. | 09:59:27 |
| 9 | And so a font is a group of a complete | 09:59:30 |
| 10 | character set that might be all the different | 09:59:38 |
| 11 | letters or symbols that you might want to have be | 09:59:41 |
| 12 | represented in that font, and then a font is | 09:59:43 |
| 13 | essentially a -- has a similar design feeling | 09:59:45 |
| 14 | across all of those characters.  For example, is | 09:59:49 |
| 15 | it tall and narrow or squat and wide or have | 09:59:52 |
| 16 | serifs, attached letters or not. | 09:59:58 |
| 17 | Q.    By way of example, Times Roman is a type | 10:00:01 |
| 18 | of font? | 10:00:04 |
| 19 | A.    Correct. | 10:00:05 |
| 20 | Q.    And Courier New is a type of font? | 10:00:05 |
| 21 | A.    Yes. | 10:00:08 |
| 22 | Q.    And Helvetica is a type of font? | 10:00:08 |
| 23 | A.    Yes. | 10:00:11 |
| 24 | Q.    As a product of Calera Recognition | 10:00:14 |
| 25 | Systems, what is or was WordScan? | 10:00:16 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

38

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Compound. | 10:00:19 |
| 2 | MR. HUDIS:  Well, I don't know if it's | 10:00:21 |
| 3 | still in existence, Counsel. | 10:00:23 |
| 4 | THE WITNESS:  So WordScan was -- was | 10:00:26 |
| 5 | Calera's software OCR product as opposed to one | 10:00:29 |
| 6 | that had hardware attached to it. | 10:00:34 |
| 7 | BY MR. HUDIS: | 10:00:37 |
| 8 | Q.   As a product of Calera Recognition | 10:00:38 |
| 9 | Systems, what is or was TrueScan? | 10:00:38 |
| 10 | MR. KAPLAN:  Objection.  Compound. | 10:00:43 |
| 11 | THE WITNESS:  TrueScan -- | 10:00:44 |
| 12 | MR. KAPLAN:  Just preserving. | 10:00:46 |
| 13 | MR. HUDIS:  Go on, Counsel. | 10:00:47 |
| 14 | THE WITNESS:  Whatever you guys are | 10:00:50 |
| 15 | doing. | 10:00:50 |
| 16 | TrueScan was the hardware version of OCR | 10:00:52 |
| 17 | that preceded WordScan in the product line | 10:00:56 |
| 18 | evolution of Calera. | 10:01:00 |
| 19 | BY MR. HUDIS: | 10:01:02 |
| 20 | Q.   And was it the intent of Calera at that | 10:01:02 |
| 21 | time that TrueScan and WordScan would work | 10:01:04 |
| 22 | together as a software-hardware package? | 10:01:06 |
| 23 | A.   No. | 10:01:10 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 10:01:10 |
| 25 | Go ahead. | 10:01:11 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

39

| | | |
|---|---|---|
| 1 | THE WITNESS: Sorry. | 10:01:12 |
| 2 | BY MR. HUDIS: | 10:01:12 |
| 3 | Q. What was Calera's purpose of selling | 10:01:14 |
| 4 | WordScan and TrueScan to customers? | 10:01:19 |
| 5 | MR. KAPLAN: Objection. Vague. | 10:01:22 |
| 6 | Competence. | 10:01:23 |
| 7 | THE WITNESS: So this is -- Calera, | 10:01:27 |
| 8 | during this time period, released a series of | 10:01:29 |
| 9 | products, and the general characteristic of that | 10:01:31 |
| 10 | progression was that they got better and cheaper | 10:01:38 |
| 11 | and required less resources. | 10:01:41 |
| 12 | So the original product was 40- or | 10:01:42 |
| 13 | $50,000 and was the size of three or four | 10:01:45 |
| 14 | breadboxes. TrueScan was a coprocessor card that | 10:01:50 |
| 15 | cost maybe $5,000, and WordScan was an OCR | 10:01:53 |
| 16 | software product that required no hardware, that | 10:01:56 |
| 17 | was perhaps $1,000 when it was launched. | 10:01:57 |
| 18 | So there was just the same capabilities | 10:02:03 |
| 19 | getting better in a different format for | 10:02:05 |
| 20 | delivering OCR to a customer. | 10:02:08 |
| 21 | BY MR. HUDIS: | 10:02:10 |
| 22 | Q. Okay. Now, you left Calera in 1989? | 10:02:11 |
| 23 | A. Correct. | 10:02:14 |
| 24 | Q. Okay. Why? | 10:02:15 |
| 25 | A. I was unhappy and wanted to do something | 10:02:28 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

40

| | | |
|---|---|---|
| 1 | new. | 10:02:31 |
| 2 | Q.    Now, Calera Recognition Systems was | 10:03:01 |
| 3 | acquired by Caere, C-A-E-R-E, Recognition Systems | 10:03:04 |
| 4 | in 1994? | 10:03:08 |
| 5 | A.    That's my rough understanding.  And it's | 10:03:12 |
| 6 | pronounced "Caere." | 10:03:14 |
| 7 | Q.    Caere? | 10:03:16 |
| 8 | A.    As if it didn't have the extra "E," yes. | 10:03:17 |
| 9 | But, yes, I remember that they were | 10:03:19 |
| 10 | acquired in the early '90s. | 10:03:21 |
| 11 | Q.    And that was for a sale price of | 10:03:23 |
| 12 | $35 million? | 10:03:26 |
| 13 | MR. KAPLAN:  Objection.  Lack of | 10:03:29 |
| 14 | foundation.  Competence. | 10:03:29 |
| 15 | THE WITNESS:  That order of magnitude. | 10:03:31 |
| 16 | It varied on when you priced the deal, 'cause | 10:03:33 |
| 17 | Caere's stock as a public company varied from the | 10:03:36 |
| 18 | time the deal was announced to when it was | 10:03:39 |
| 19 | consummated. | 10:03:42 |
| 20 | BY MR. HUDIS: | 10:03:44 |
| 21 | Q.    Is 35 million approximately the sale | 10:03:44 |
| 22 | price of the company? | 10:03:46 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 10:03:47 |
| 24 | THE WITNESS:  Yes.  But I also heard | 10:03:48 |
| 25 | 50 million when the stock price was higher. | 10:03:49 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

41

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:03:53 |
| 2 | Q.    So it could have been anywhere from 35 | 10:03:52 |
| 3 | to $50 million? | 10:03:53 |
| 4 | A.    In that range, yeah. | 10:03:55 |
| 5 | Q.    Were -- to the best of your knowledge, | 10:03:57 |
| 6 | were Calera's patents and trademarks part of the | 10:03:58 |
| 7 | assets that were sold to Caere? | 10:04:01 |
| 8 | A.    I -- I'm assuming so.  I don't have | 10:04:05 |
| 9 | knowledge to the contrary. | 10:04:07 |
| 10 | Q.    Do you know whether Caere itself was | 10:04:11 |
| 11 | later acquired by a speech recognition company | 10:04:13 |
| 12 | called Nuance Communications? | 10:04:17 |
| 13 | A.    Yes.  It's my understanding that Nuance | 10:04:18 |
| 14 | is the surviving company of that merger. | 10:04:19 |
| 15 | (Whereupon, Deposition Exhibit 50 was | 10:04:44 |
| 16 | marked for identification.) | 10:04:44 |
| 17 | BY MR. HUDIS: | 10:04:44 |
| 18 | Q.    Mr. Fruchterman, I've now put in front | 10:04:48 |
| 19 | of you what has been marked as Exhibit 50.  And | 10:04:49 |
| 20 | we're going to go off the record for a few seconds | 10:04:52 |
| 21 | so that you can at least familiarize yourself with | 10:04:54 |
| 22 | the document. | 10:04:56 |
| 23 | MR. KAPLAN:  No, we're not. | 10:04:58 |
| 24 | MR. HUDIS:  We're not? | 10:04:59 |
| 25 | MR. KAPLAN:  No. | 10:05:00 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

42

| | | |
|---|---|---|
| 1 | MR. HUDIS:  I don't want to burn up time | 10:05:00 |
| 2 | for him just reading a document. | 10:05:02 |
| 3 | MR. KAPLAN:  Well, if there's parts that | 10:05:03 |
| 4 | you want him to review -- | 10:05:04 |
| 5 | MR. HUDIS:  Yes, I do. | 10:05:06 |
| 6 | MR. KAPLAN:  -- I mean, you can point | 10:05:07 |
| 7 | him to those parts if you want him to have a | 10:05:08 |
| 8 | general understanding of the document. | 10:05:10 |
| 9 | THE WITNESS:  I'm ready to go if there's | 10:05:11 |
| 10 | questions. | 10:05:13 |
| 11 | BY MR. HUDIS: | 10:05:13 |
| 12 | Q.    Okay.  Sure.  Okay.  All right. | 10:05:13 |
| 13 | So, Mr. Fruchterman, do you -- let's | 10:05:16 |
| 14 | take the trademarks first. | 10:05:18 |
| 15 | Do you recognize the trademarks listed | 10:05:20 |
| 16 | on Exhibit 50 as trademarks of Calera Recognition | 10:05:23 |
| 17 | Systems? | 10:05:27 |
| 18 | A.    Yes, I -- I recall those trademarks, | 10:05:44 |
| 19 | yes. | 10:05:48 |
| 20 | Q.    And on pages 4 and 5, do you recognize | 10:05:49 |
| 21 | those as copyrights of Calera?  This is in | 10:05:53 |
| 22 | Exhibit 50. | 10:05:58 |
| 23 | A.    Yes.  They are consistent with my | 10:06:00 |
| 24 | recollection of copyrightable material that Calera | 10:06:03 |
| 25 | would have produced. | 10:06:08 |

43

| | | |
|---|---|---|
| 1 | Q.    And if we can turn to the first page of | 10:06:09 |
| 2 | Exhibit 50, do you recognize the title of that | 10:06:11 |
| 3 | patent as being owned by Calera Recognition | 10:06:14 |
| 4 | Systems at one time? | 10:06:16 |
| 5 | A.    It's consistent with technology that was | 10:06:27 |
| 6 | in use at Calera while I was there, and | 10:06:29 |
| 7 | Mindy Bokser was an engineer who was there while I | 10:06:32 |
| 8 | was there.  I don't know this precise content of | 10:06:35 |
| 9 | this particular patent. | 10:06:41 |
| 10 | MR. HUDIS:  Let's go off the record. | 10:06:48 |
| 11 | THE VIDEOGRAPHER:  Going off the record | 10:06:49 |
| 12 | at 10:06. | 10:06:50 |
| 13 | (Whereupon, a recess was taken.) | 10:06:52 |
| 14 | THE VIDEOGRAPHER:  Back on the record at | 10:12:36 |
| 15 | 12:10 -- I'm sorry, 10:12. | 10:12:40 |
| 16 | THE WITNESS:  Time flies when you're | 10:12:44 |
| 17 | having fun. | 10:12:45 |
| 18 | THE VIDEOGRAPHER:  Another dyslexic. | 10:12:48 |
| 19 | MR. KAPLAN:  We'll take it. | 10:12:50 |
| 20 | MR. HUDIS:  Two for two. | 10:12:51 |
| 21 | THE WITNESS:  Okay. | 10:12:53 |
| 22 | THE VIDEOGRAPHER:  10:12. | 10:12:55 |
| 23 | BY MR. HUDIS: | 10:12:56 |
| 24 | Q.    Okay.  So, Mr. Fruchterman, after you | 10:12:57 |
| 25 | left Calera Recognition Systems, you went to work | 10:13:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

44

| | | |
|---|---|---|
| 1 | for RAF Technology, Inc.? | 10:13:07 |
| 2 | A.    Yes. | 10:13:11 |
| 3 | Q.    What type of company was RAF? | 10:13:13 |
| 4 | A.    An optical character recognition company | 10:13:17 |
| 5 | and pattern recognition company. | 10:13:19 |
| 6 | Q.    Patent recognition? | 10:13:22 |
| 7 | A.    Pattern.  Pattern recognition. | 10:13:24 |
| 8 | Q.    In this context, Mr. Fruchterman, what | 10:13:30 |
| 9 | is pattern recognition? | 10:13:33 |
| 10 | A.    It's a more general form than optical | 10:13:35 |
| 11 | character recognition, where you're looking for | 10:13:38 |
| 12 | patterns rather than -- rather than just letters. | 10:13:41 |
| 13 | So, for example, RAF worked on recognizing rare | 10:13:43 |
| 14 | coins and whale tails. | 10:13:47 |
| 15 | Q.    All right.  And a whale tail is a? | 10:13:52 |
| 16 | MR. KAPLAN:  Whale tail. | 10:13:56 |
| 17 | THE WITNESS:  A tail of a whale.  To | 10:13:57 |
| 18 | identify -- | 10:13:58 |
| 19 | BY MR. HUDIS: | 10:13:59 |
| 20 | Q.    Oh, a whale tail. | 10:14:00 |
| 21 | A.    Yes. | 10:13:59 |
| 22 | Q.    As in the big large mammal that swims in | 10:13:59 |
| 23 | the ocean? | 10:14:02 |
| 24 | A.    That's right.  To recognize individuals | 10:14:02 |
| 25 | by the scars on their tails as being able to | 10:14:05 |

45

| | | |
|---|---|---|
| 1 | identify them.  So many different things that | 10:14:08 |
| 2 | pattern recognition can be used to do. | 10:14:09 |
| 3 | Q.    What kinds of products, if any, did RAF | 10:14:12 |
| 4 | make? | 10:14:15 |
| 5 | A.    So RAF did a lot of custom products, | 10:14:16 |
| 6 | which I've already described.  The primary | 10:14:21 |
| 7 | products would be in the area of recognizing | 10:14:24 |
| 8 | letters and forms for large-scale document | 10:14:32 |
| 9 | processing, such as routing the mail or scanning | 10:14:41 |
| 10 | forms that might be used in business or | 10:14:46 |
| 11 | government. | 10:14:48 |
| 12 | Q.    And in your last answer, when you said | 10:15:01 |
| 13 | "recognizing letters," do you mean letters of the | 10:15:03 |
| 14 | alphabet or as in I wrote a letter to so-and-so? | 10:15:06 |
| 15 | A.    Well, both.  We recognize letters as in | 10:15:12 |
| 16 | doing optical character recognition, and we | 10:15:18 |
| 17 | recognize addresses on letters that people want | 10:15:22 |
| 18 | routed to a certain destination by doing optical | 10:15:25 |
| 19 | character recognition plus doing a bunch of | 10:15:29 |
| 20 | processing related to knowing that it's an | 10:15:32 |
| 21 | address. | 10:15:35 |
| 22 | Q.    And who were the major customers of | 10:15:38 |
| 23 | RAF's products at the time you were there? | 10:15:41 |
| 24 | A.    Postal services and service bureaus that | 10:15:51 |
| 25 | process a lot of documents. | 10:15:54 |

46

1    Q.    When you say process documents, for what          10:15:59
2    purpose?                                                10:16:05
3    A.    Diverse purposes.  But probably the most          10:16:06
4    common one was doing presorting of mass mailings        10:16:08
5    to get a postal discount.                               10:16:12
6    Q.    What services, if any, do you recall RAF          10:16:23
7    rendering to its customers at the time you were         10:16:26
8    there?                                                  10:16:28
9    A.    RAF is primarily a product company, and           10:16:32
10   so they would sell products.  And then they would       10:16:35
11   sell associated services, such as maintenance,          10:16:38
12   database maintenance.  If you were going to route       10:16:42
13   the mail, you have to repeatedly meet certain           10:16:46
14   postal standards about accuracy of routing the          10:16:49
15   mail, and so you would get a database update that       10:16:52
16   had passed the latest test.                             10:16:54
17        Custom character sets.  And I don't                10:16:58
18   remember if we did Icelandic, but if we did             10:17:01
19   Icelandic, you'd have to add a few characters that      10:17:04
20   the Icelanders use.  Some custom products.              10:17:07
21        Handwriting recognition was a feature              10:17:14
22   that we developed for certain customers and             10:17:17
23   productized.  And there were non-OCR or pattern         10:17:20
24   recognition -- well, there were non -- there were       10:17:30
25   also products and services around, I don't know,        10:17:32

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

47

| | | |
|---|---|---|
| 1 | recognizing things as counterfeit, helping the | 10:17:38 |
| 2 | U.S. Treasury track fraud.  And that's -- I've | 10:17:45 |
| 3 | described the majority of the customers and kinds | 10:17:56 |
| 4 | of services, but if someone came to RAF with | 10:17:58 |
| 5 | something that needed pattern recognition help, | 10:18:01 |
| 6 | they would probably have a great conversation and | 10:18:03 |
| 7 | take their money, so ... | 10:18:05 |
| 8 | Q.    So you were the president, CEO and | 10:18:07 |
| 9 | founder from 1989 through 1995 at RAF? | 10:18:09 |
| 10 | A.    Correct. | 10:18:13 |
| 11 | Q.    And you were the vice president, | 10:18:13 |
| 12 | finance, and CFO from 1989 to 2004? | 10:18:15 |
| 13 | A.    Yes. | 10:18:20 |
| 14 | Q.    All right.  Let's divide out your | 10:18:20 |
| 15 | responsibilities in the two roles. | 10:18:23 |
| 16 | What were your responsibilities at RAF | 10:18:25 |
| 17 | as president, CEO and founder? | 10:18:27 |
| 18 | A.    Business strategy.  Customer relations. | 10:18:32 |
| 19 | Some technology, but I was primarily more of a | 10:18:35 |
| 20 | relationship person than a developer at that | 10:18:47 |
| 21 | stage.  So I made deals with customers, business | 10:18:49 |
| 22 | development. | 10:18:56 |
| 23 | Q.    And what were your duties and | 10:19:05 |
| 24 | responsibilities as vice president of finance and | 10:19:06 |
| 25 | CFO at RAF? | 10:19:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

48

1    A.    Similar to the standard ones of a chief          10:19:11

2    financial officer.  So overseeing legal and           10:19:14

3    administrative and financial responsibilities for     10:19:19

4    the company.  Maintaining the books.  Preparing       10:19:22

5    reports.  Negotiating contracts.                      10:19:27

6          Retaining counsel -- which I left out of        10:19:35

7    my Calera list of things I was responsible for.  I    10:19:39

8    was also overseeing all the legal affairs for         10:19:42

9    Calera as well as for RAF.                            10:19:45

10   Q.    To the best of your recollection, have          10:19:51

11   you told me all of the main duties and                10:19:52

12   responsibilities as your -- in your position as       10:19:55

13   vice president of finance and CFO of RAF?             10:20:00

14   A.    Yes.                                            10:20:04

15         MR. KAPLAN:  Objection.  Vague.                 10:20:04

16         THE WITNESS:  Sorry.                            10:20:05

17   BY MR. HUDIS:                                         10:20:05

18   Q.    And have you told me, to the best of            10:20:06

19   your recollection, the main duties and                10:20:08

20   responsibilities you had at RAF as president, CEO     10:20:09

21   and founder?                                          10:20:12

22         MR. KAPLAN:  Objection.  Vague.                 10:20:14

23         THE WITNESS:  Yes.                              10:20:16

24   BY MR. HUDIS:                                         10:20:16

25   Q.    And you are currently a director of RAF         10:20:21

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

49

| | | |
|---|---|---|
| 1 | Technology? | 10:20:26 |
| 2 | A.    Correct. | 10:20:26 |
| 3 | Q.    And you've been so since 1989? | 10:20:26 |
| 4 | A.    Correct. | 10:20:28 |
| 5 | Q.    As a product of RAF Technology, what is | 10:20:32 |
| 6 | or was Argosy Post? | 10:20:35 |
| 7 | MR. KAPLAN:  Objection.  Compound. | 10:20:40 |
| 8 | THE WITNESS:  Argosy Post was the | 10:20:41 |
| 9 | address recognition product targeted at companies | 10:20:44 |
| 10 | that processed or were in the postal business.  So | 10:20:50 |
| 11 | that included organizations called service bureaus | 10:20:56 |
| 12 | that do this presorting for postal, OEM customers, | 10:21:00 |
| 13 | like Pitney Bowes, that produce postal equipment, | 10:21:03 |
| 14 | that would want it. | 10:21:08 |
| 15 | BY MR. HUDIS: | 10:21:09 |
| 16 | Q.    And "OEM" is original equipment | 10:21:09 |
| 17 | manufacturer? | 10:21:11 |
| 18 | A.    Correct.  So our technology would go | 10:21:11 |
| 19 | into their postal solution that they would sell to | 10:21:15 |
| 20 | postal services or to service bureaus as well. | 10:21:19 |
| 21 | Q.    And in context of your last answer, a | 10:21:23 |
| 22 | "solution" is a product? | 10:21:26 |
| 23 | A.    Yes. | 10:21:29 |
| 24 | Q.    As a product of RAF Technology, what is | 10:21:30 |
| 25 | or was its complementary processing technology? | 10:21:32 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

50

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Compound. | 10:21:38 |
| 2 | THE WITNESS:  I actually don't recall | 10:21:46 |
| 3 | that particular term at RAF. | 10:21:47 |
| 4 | BY MR. HUDIS: | 10:21:49 |
| 5 | Q.   Would it refresh your recollection if I | 10:21:51 |
| 6 | told you that complementary processing technology | 10:21:53 |
| 7 | was used by RAF Technology in mail recognition and | 10:21:57 |
| 8 | sorting operations? | 10:22:02 |
| 9 | A.   I don't know the marketing terms they | 10:22:14 |
| 10 | use.  We talk more about the customers and the | 10:22:15 |
| 11 | technical problems that we solve rather than sort | 10:22:20 |
| 12 | of the marketing content.  But it would seem | 10:22:23 |
| 13 | consistent with what RAF does. | 10:22:27 |
| 14 | (Whereupon, Deposition Exhibit 51 was | 10:22:48 |
| 15 | marked for identification.) | 10:22:48 |
| 16 | BY MR. HUDIS: | 10:22:49 |
| 17 | Q.   Mr. Fruchterman, I now place in front of | 10:22:53 |
| 18 | you what's been marked as Exhibit 51.  And I'd | 10:22:54 |
| 19 | like you to just familiarize yourself with the | 10:22:57 |
| 20 | document. | 10:22:59 |
| 21 | MR. KAPLAN:  Mr. Hudis, am I correct to | 10:23:11 |
| 22 | understand that this is something your office | 10:23:13 |
| 23 | created? | 10:23:16 |
| 24 | MR. HUDIS:  Yes.  From publicly | 10:23:16 |
| 25 | available information. | 10:23:18 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

51

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  And that would be the same | 10:23:23 |
| 2 | as Exhibit 50? | 10:23:24 |
| 3 | MR. HUDIS:  That is true. | 10:23:26 |
| 4 | THE WITNESS:  I'm ready to answer | 10:23:40 |
| 5 | questions about the document. | 10:23:41 |
| 6 | BY MR. HUDIS: | 10:23:41 |
| 7 | Q.    Mr. Fruchterman, on pages 1 through 4, | 10:23:42 |
| 8 | do you recognize these as patents that were issued | 10:23:49 |
| 9 | to RAF Technology? | 10:23:55 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 10:23:59 |
| 11 | Compound. | 10:24:00 |
| 12 | THE WITNESS:  Without reading each one | 10:24:03 |
| 13 | line by line, they all seem -- the ones that I'm | 10:24:04 |
| 14 | spot-checking all seem consistent with the areas | 10:24:08 |
| 15 | that RAF works in and the names of engineers and | 10:24:11 |
| 16 | inventors at RAF that I am familiar with. | 10:24:14 |
| 17 | BY MR. HUDIS: | 10:24:20 |
| 18 | Q.    And from pages 4 through 8 of | 10:24:20 |
| 19 | Exhibit 51, do you recognize these as pending | 10:24:28 |
| 20 | patent applications of RAF Technology? | 10:24:33 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 10:24:36 |
| 22 | Compound. | 10:24:37 |
| 23 | THE WITNESS:  Similar to my prior | 10:24:39 |
| 24 | answer, the topics and the inventors are all | 10:24:40 |
| 25 | familiar based on spot-checking these, without | 10:24:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

52

| Line | Text | Time |
|---|---|---|
| 1 | reading them comprehensively. | 10:24:47 |
| 2 | BY MR. HUDIS: | 10:24:50 |
| 3 | Q.    On pages 8 and 9 of Exhibit 51, do you | 10:24:51 |
| 4 | recognize these as trademarks registered to RAF | 10:24:55 |
| 5 | Technology? | 10:25:02 |
| 6 | A.    Yeah. | 10:25:04 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 10:25:04 |
| 8 | Compound. | 10:25:05 |
| 9 | THE WITNESS:  Yes.  All of these | 10:25:06 |
| 10 | trademarks are familiar to me. | 10:25:07 |
| 11 | BY MR. HUDIS: | 10:25:09 |
| 12 | Q.    And pages 9 through 10, do you recognize | 10:25:10 |
| 13 | that list as pending trademark applications of RAF | 10:25:14 |
| 14 | Technology? | 10:25:18 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 10:25:20 |
| 16 | Compound. | 10:25:21 |
| 17 | THE WITNESS:  Yes.  They all look | 10:25:23 |
| 18 | familiar to me from my service on the board at | 10:25:24 |
| 19 | RAF. | 10:25:27 |
| 20 | BY MR. HUDIS: | 10:25:43 |
| 21 | Q.    Okay.  Done with that one. | 10:25:44 |
| 22 | Mr. Fruchterman, if you could pull out | 10:25:44 |
| 23 | your resume again.  That was Exhibit 49. | 10:25:44 |
| 24 | A.    Okay. | 10:25:48 |
| 25 | Q.    Thank you. | 10:25:50 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

53

| | | |
|---|---|---|
| 1 | A.    All right. | 10:25:56 |
| 2 | Q.    According to your resume, Exhibit 49, | 10:25:56 |
| 3 | Mr. Fruchterman, you worked at a company called | 10:25:59 |
| 4 | Arkenstone, Inc., from 1989 through 2000? | 10:26:02 |
| 5 | A.    Yes. | 10:26:07 |
| 6 | Q.    What type of company was Arkenstone? | 10:26:07 |
| 7 | A.    It was a California public benefit | 10:26:11 |
| 8 | corporation that had 501(c)(3) charity status. | 10:26:13 |
| 9 | Q.    What types of products did it make? | 10:26:17 |
| 10 | A.    Primarily reading machines or systems | 10:26:20 |
| 11 | for people with disabilities. | 10:26:22 |
| 12 | Q.    What types of disabilities? | 10:26:24 |
| 13 | A.    Vision impairments, learning | 10:26:27 |
| 14 | disabilities, such as dyslexia, and physical | 10:26:30 |
| 15 | disabilities that might interfere with reading, | 10:26:34 |
| 16 | such as quadriplegia, fine motor control issues, | 10:26:38 |
| 17 | cerebral palsy, traumatic brain injury and others. | 10:26:45 |
| 18 | Q.    And these products that you just | 10:27:25 |
| 19 | described, they were sold to customers? | 10:27:27 |
| 20 | A.    Yes. | 10:27:33 |
| 21 | Q.    What services, if any, did Arkenstone | 10:27:35 |
| 22 | render to customers at the time you were there? | 10:27:39 |
| 23 | A.    It was primarily a product sales | 10:27:48 |
| 24 | company, and it rendered services associated with | 10:27:50 |
| 25 | the sale of the products, which included | 10:27:53 |

54

| | | |
|---|---|---|
| 1 | maintenance at one point in time, and customer | 10:27:56 |
| 2 | service and support. | 10:28:02 |
| 3 |     Q.    What was the range of the sale price of | 10:28:07 |
| 4 | these reading machines at Arkenstone? | 10:28:09 |
| 5 |         MR. KAPLAN:  Objection.  Foundation. | 10:28:13 |
| 6 |         THE WITNESS:  The first price point was | 10:28:15 |
| 7 | under $5,000 to turn a talking PC into a reading | 10:28:18 |
| 8 | machine.  And prices fell over the time period. | 10:28:24 |
| 9 | BY MR. HUDIS: | 10:28:29 |
| 10 |     Q.    So it started around under 5,000.  As | 10:28:29 |
| 11 | Arkenstone continued and the technology got | 10:28:32 |
| 12 | better, faster, cheaper, the products got less | 10:28:35 |
| 13 | expensive? | 10:28:39 |
| 14 |     A.    5,000, 4,000, 3,000, 2500, 1800, 1500. | 10:28:40 |
| 15 |     Q.    And were the reading machines at | 10:28:46 |
| 16 | Arkenstone produced based upon Calera's OCR | 10:28:48 |
| 17 | technology? | 10:28:54 |
| 18 |         MR. KAPLAN:  Objection.  Foundation. | 10:28:55 |
| 19 |         THE WITNESS:  Yes. | 10:28:56 |
| 20 | BY MR. HUDIS: | 10:28:56 |
| 21 |     Q.    And you were the president, CEO, | 10:29:01 |
| 22 | chairman and founder from Arkenstone from 1989 | 10:29:03 |
| 23 | through 2000? | 10:29:05 |
| 24 |     A.    Correct. | 10:29:08 |
| 25 |     Q.    Is this company still in business today? | 10:29:09 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

55

| | | |
|---|---|---|
| 1 | Arkenstone. | 10:29:11 |
| 2 | A.    Not under that name. | 10:29:14 |
| 3 | Q.    What happened to the company? | 10:29:18 |
| 4 | A.    It has been merged into the charity that | 10:29:20 |
| 5 | is now known commonly as Benetech. | 10:29:22 |
| 6 | Q.    In 2000, did Arkenstone sell its -- | 10:29:30 |
| 7 | repeat -- I'm going to rephrase the question. | 10:29:38 |
| 8 | In 2000, did Arkenstone sell some -- at | 10:29:41 |
| 9 | least some of its assets to Freedom Scientific? | 10:29:43 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 10:29:48 |
| 11 | THE WITNESS:  Yes. | 10:29:49 |
| 12 | BY MR. HUDIS: | 10:29:49 |
| 13 | Q.    Do you remember the sale price? | 10:29:50 |
| 14 | A.    Approximately $5 million. | 10:29:53 |
| 15 | Q.    And was the money from that sale of the | 10:29:56 |
| 16 | Arkenstone assets to Freedom Scientific used to | 10:29:59 |
| 17 | found Benetech? | 10:30:05 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 10:30:11 |
| 19 | THE WITNESS:  It was commonly described | 10:30:12 |
| 20 | as such. | 10:30:13 |
| 21 | BY MR. HUDIS: | 10:30:13 |
| 22 | Q.    Do you agree with that assessment? | 10:30:15 |
| 23 | A.    Yes.  But technically you might parse it | 10:30:18 |
| 24 | more finely. | 10:30:20 |
| 25 | Q.    As a product of Arkenstone, what is or | 10:30:28 |

56

| | | |
|---|---|---|
| 1 | was the Arkenstone Reader? | 10:30:32 |
| 2 | A.    The Arkenstone Reader was a device | 10:30:37 |
| 3 | designed to turn a standard personal computer into | 10:30:44 |
| 4 | a reading machine by adding a Calera TrueScan | 10:30:47 |
| 5 | card, a Hewlett-Packard Scanjet scanner and some | 10:30:52 |
| 6 | specialized software to an existing PC that | 10:30:58 |
| 7 | already had a voice synthesizer and a screen | 10:31:02 |
| 8 | reader, so that the ensemble would be able to scan | 10:31:06 |
| 9 | a document and read it aloud. | 10:31:16 |
| 10 | Q.    As a product of Arkenstone, | 10:31:19 |
| 11 | Mr. Fruchterman, what is or was the Arkenstone | 10:31:21 |
| 12 | portable hand scanner? | 10:31:23 |
| 13 | A.    I barely recall this product, but I | 10:31:33 |
| 14 | assume it was substituting the Hewlett-Packard | 10:31:35 |
| 15 | desktop Scanjet scanner with a bar scanner that | 10:31:38 |
| 16 | could feed a sheet of paper through a scanner. | 10:31:42 |
| 17 | Q.    Do you recall whether the Arkenstone | 10:31:50 |
| 18 | mark was registered with the U.S. Patent and | 10:31:53 |
| 19 | Trademark Office? | 10:31:54 |
| 20 | A.    I believe it was. | 10:32:01 |
| 21 | Q.    Were any parts of the Arkenstone Reader | 10:32:08 |
| 22 | sought for patent protection? | 10:32:11 |
| 23 | A.    Yes. | 10:32:14 |
| 24 | Q.    Which part? | 10:32:15 |
| 25 | A.    Actually, no.  Not that particular | 10:32:19 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

57

| | | |
|---|---|---|
| 1 | product.  Not the Arkenstone Reader product. | 10:32:25 |
| 2 | Q.    Were any parts of the Arkenstone | 10:32:29 |
| 3 | portable hand scanner sought for patent | 10:32:32 |
| 4 | protection? | 10:32:35 |
| 5 | A.    No. | 10:32:36 |
| 6 | Q.    Was the software code for the Arkenstone | 10:32:43 |
| 7 | Reader registered with the U.S. Copyright Office? | 10:32:45 |
| 8 | A.    I don't recall. | 10:32:53 |
| 9 | Q.    Is there anything that would refresh | 10:32:55 |
| 10 | your recollection? | 10:32:57 |
| 11 | A.    Beyond a formal record, no. | 10:33:00 |
| 12 | Q.    Was the software code for the Arkenstone | 10:33:03 |
| 13 | portable hand scanner registered with the U.S. | 10:33:06 |
| 14 | Copyright Office? | 10:33:08 |
| 15 | A.    No. | 10:33:10 |
| 16 | Q.    As a product of Arkenstone, what is or | 10:33:14 |
| 17 | was VERA, V-E-R-A? | 10:33:17 |
| 18 | MR. KAPLAN:  Objection.  Compound. | 10:33:19 |
| 19 | THE WITNESS:  The Very Easy Reading | 10:33:22 |
| 20 | Appliance was designed for senior citizens who | 10:33:26 |
| 21 | were uncomfortable using a computer.  So we | 10:33:30 |
| 22 | wrapped the computer in a fake wooden case and | 10:33:32 |
| 23 | said, "This isn't a computer.  It's a reading | 10:33:36 |
| 24 | appliance, like a piece of hi-fi equipment." | 10:33:39 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

58

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:33:47 |
| 2 | Q.   Was the VERA mark, to the best of your | 10:33:48 |
| 3 | recollection, registered with the U.S. Patent and | 10:33:51 |
| 4 | Trademark Office? | 10:33:53 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 10:33:54 |
| 6 | THE WITNESS:  No. | 10:33:55 |
| 7 | BY MR. HUDIS: | 10:33:56 |
| 8 | Q.   Was the software code for the VERA | 10:33:58 |
| 9 | product registered with the U.S. Copyright Office? | 10:34:03 |
| 10 | A.   No. | 10:34:07 |
| 11 | Q.   As a product of Arkenstone, what is or | 10:34:09 |
| 12 | was Open Book? | 10:34:11 |
| 13 | MR. KAPLAN:  Objection.  Compound. | 10:34:14 |
| 14 | THE WITNESS:  Similar to the transition | 10:34:20 |
| 15 | from the Calera TrueScan hardware card to the | 10:34:21 |
| 16 | WordScan software product, Open Book was a product | 10:34:24 |
| 17 | based on the WordScan technology to replace the | 10:34:32 |
| 18 | hardware coprocessor card with software running on | 10:34:38 |
| 19 | the computer's main CPU. | 10:34:41 |
| 20 | BY MR. HUDIS: | 10:34:45 |
| 21 | Q.   And Open Book ran over Windows software? | 10:34:45 |
| 22 | A.   Open Book was two different products | 10:34:49 |
| 23 | with a common name.  Open Book itself was a | 10:34:57 |
| 24 | reading machine sold as a hardware unit plus | 10:35:05 |
| 25 | scanner plus keypad.  And Open Book Unbound was | 10:35:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

59

| | | |
|---|---|---|
| 1 | the software-only version that was designed to | 10:35:14 |
| 2 | turn a PC into a reading system.  And all of these | 10:35:17 |
| 3 | were based on Microsoft Windows technology. | 10:35:23 |
| 4 | Q.    So if I understand your testimony, the | 10:35:28 |
| 5 | Open -- Open Book was marketed as two different | 10:35:31 |
| 6 | products, at least at one time, one as an | 10:35:34 |
| 7 | appliance and the other one called Open Book | 10:35:37 |
| 8 | Unbound, as software? | 10:35:40 |
| 9 | A.    Correct. | 10:35:42 |
| 10 | MR. KAPLAN:  Objection.  Misstates | 10:35:42 |
| 11 | testimony. | 10:35:43 |
| 12 | THE WITNESS:  Sorry. | 10:35:43 |
| 13 | BY MR. HUDIS: | 10:35:45 |
| 14 | Q.    Was the Open Book mark registered with | 10:35:45 |
| 15 | the U.S. Patent and Trademark Office? | 10:35:47 |
| 16 | MR. KAPLAN:  Objection.  Foundation. | 10:35:51 |
| 17 | Vague. | 10:35:54 |
| 18 | THE WITNESS:  I don't remember. | 10:35:55 |
| 19 | BY MR. HUDIS: | 10:35:56 |
| 20 | Q.    Is there anything that would refresh | 10:35:57 |
| 21 | your recollection? | 10:35:58 |
| 22 | A.    A formal registration indication. | 10:36:00 |
| 23 | Q.    Was the software code for Open Book | 10:36:04 |
| 24 | registered with the U.S. Copyright Office? | 10:36:06 |
| 25 | MR. KAPLAN:  Objection.  Foundation. | 10:36:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

60

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't recall. | 10:36:11 |
| 2 | BY MR. HUDIS: | 10:36:13 |
| 3 | Q.    Is there anything that would refresh | 10:36:18 |
| 4 | your recollection? | 10:36:19 |
| 5 | A.    Not beyond a registration statement. | 10:36:20 |
| 6 | Q.    As a product of Arkenstone, what is or | 10:36:24 |
| 7 | was WYNN, What You Need Now? | 10:36:26 |
| 8 | MR. KAPLAN:  Objection.  Compound. | 10:36:30 |
| 9 | MR. HUDIS:  That's all one product. | 10:36:31 |
| 10 | MR. KAPLAN:  Yeah.  But you're asking | 10:36:34 |
| 11 | him what it was. | 10:36:35 |
| 12 | MR. HUDIS:  Or is. | 10:36:37 |
| 13 | MR. KAPLAN:  What it is. | 10:36:37 |
| 14 | MR. HUDIS:  All right. | 10:36:38 |
| 15 | THE WITNESS:  WYNN was similar to Open | 10:36:47 |
| 16 | Book Unbound as -- in that it was a OCR-based | 10:36:48 |
| 17 | software product.  It was specifically designed | 10:36:56 |
| 18 | for the needs of people with learning disabilities | 10:36:57 |
| 19 | rather than blind people. | 10:36:59 |
| 20 | BY MR. HUDIS: | 10:37:03 |
| 21 | Q.    Would it be correct to characterize | 10:37:03 |
| 22 | WYNN, What You Need Now, as a customizable user | 10:37:05 |
| 23 | interface for the Open Book software? | 10:37:11 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 10:37:13 |
| 25 | THE WITNESS:  No. | 10:37:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

61

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:37:17 |
| 2 | Q.    How would you describe it? | 10:37:20 |
| 3 | MR. KAPLAN:  Objection.  Asked and | 10:37:24 |
| 4 | answered. | 10:37:26 |
| 5 | THE WITNESS:  I thought of it as a | 10:37:29 |
| 6 | completely different user interface designed for | 10:37:34 |
| 7 | the needs of people with learning disabilities | 10:37:39 |
| 8 | and, to some extent, people with low vision, that | 10:37:42 |
| 9 | was built on top of the same OCR technology as the | 10:37:46 |
| 10 | Open Book product but was not simply grafted onto | 10:37:50 |
| 11 | the Open Book product. | 10:37:57 |
| 12 | BY MR. HUDIS: | 10:38:04 |
| 13 | Q.    Did the Open Book -- did either of the | 10:38:05 |
| 14 | two Open Book products, whether it was the | 10:38:08 |
| 15 | appliance or the software, come with OCR | 10:38:11 |
| 16 | technology? | 10:38:14 |
| 17 | A.    Yeah -- | 10:38:16 |
| 18 | MR. KAPLAN:  Objection.  Foundation, | 10:38:16 |
| 19 | vague. | 10:38:18 |
| 20 | THE WITNESS:  Yes.  It was built in. | 10:38:18 |
| 21 | BY MR. HUDIS: | 10:38:20 |
| 22 | Q.    Did the WYNN product come with OCR | 10:38:23 |
| 23 | technology? | 10:38:27 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 10:38:28 |
| 25 | Foundation. | 10:38:29 |

62

| | | |
|---|---|---|
| 1 | THE WITNESS:  The primary WYNN product | 10:38:29 |
| 2 | did come with OCR technology. | 10:38:31 |
| 3 | BY MR. HUDIS: | 10:38:35 |
| 4 | Q.    Was the software code for the OCR | 10:38:36 |
| 5 | technology that was built into Open Book | 10:38:41 |
| 6 | registered with the U.S. Copyright Office? | 10:38:43 |
| 7 | MR. KAPLAN:  Objection.  Foundation. | 10:38:45 |
| 8 | Vague. | 10:38:46 |
| 9 | THE WITNESS:  I believe that in the | 10:38:48 |
| 10 | documents that you've showed me, the companies | 10:38:50 |
| 11 | that make those OCR technologies did have | 10:38:52 |
| 12 | registrations and trademarks and patents. | 10:38:57 |
| 13 | Certainly my nonprofit didn't do anything separate | 10:39:00 |
| 14 | for the OCR technology. | 10:39:03 |
| 15 | BY MR. HUDIS: | 10:39:04 |
| 16 | Q.    And that would be true of WYNN as well? | 10:39:05 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 10:39:07 |
| 18 | Foundation. | 10:39:07 |
| 19 | THE WITNESS:  Yes. | 10:39:08 |
| 20 | BY MR. HUDIS: | 10:39:11 |
| 21 | Q.    As a product of Arkenstone, what is or | 10:39:24 |
| 22 | was Strider, S-T-R-I-D-E-R? | 10:39:26 |
| 23 | MR. KAPLAN:  Objection.  Compound. | 10:39:30 |
| 24 | THE WITNESS:  It was a talking GPS | 10:39:35 |
| 25 | product designed to guide blind users to their | 10:39:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

63

| | | |
|---|---|---|
| 1 | destination. | 10:39:45 |
| 2 | BY MR. HUDIS: | 10:39:47 |
| 3 | Q.    Was the Strider mark registered with the | 10:39:47 |
| 4 | U.S. Patent and Trademark Office? | 10:39:48 |
| 5 | MR. KAPLAN:  Objection.  Lacks | 10:39:50 |
| 6 | foundation.  Vague. | 10:39:51 |
| 7 | THE WITNESS:  I do not believe so. | 10:39:53 |
| 8 | BY MR. HUDIS: | 10:39:58 |
| 9 | Q.    Was the software code for the Strider | 10:39:59 |
| 10 | product registered with the U.S. Copyright Office? | 10:40:00 |
| 11 | MR. KAPLAN:  Objection.  Lacks | 10:40:02 |
| 12 | foundation.  Vague. | 10:40:03 |
| 13 | THE WITNESS:  Not that I recall. | 10:40:05 |
| 14 | BY MR. HUDIS: | 10:40:05 |
| 15 | Q.    Was any part of the Strider product | 10:40:05 |
| 16 | subject to U.S. patent protection? | 10:40:08 |
| 17 | MR. KAPLAN:  Objection.  Calls for a | 10:40:11 |
| 18 | legal conclusion.  Lacks foundation.  Vague. | 10:40:11 |
| 19 | THE WITNESS:  Yes. | 10:40:13 |
| 20 | BY MR. HUDIS: | 10:40:14 |
| 21 | Q.    As a product of Arkenstone, what is or | 10:40:17 |
| 22 | was Atlas Speaks? | 10:40:19 |
| 23 | MR. KAPLAN:  Objection.  Compound. | 10:40:23 |
| 24 | THE WITNESS:  It was an accessible map | 10:40:28 |
| 25 | product for the blind, to look at maps and plot | 10:40:32 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

64

| | | |
|---|---|---|
| 1 | routes.  It would be easy to characterize it as | 10:40:35 |
| 2 | Strider without the GPS. | 10:40:38 |
| 3 | MR. HUDIS:  Off the record. | 10:40:53 |
| 4 | THE VIDEOGRAPHER:  Coming off the record | 10:40:54 |
| 5 | at 10:40. | 10:40:56 |
| 6 | MR. KAPLAN:  You need my consent to go | 10:41:03 |
| 7 | off the record. | 10:41:03 |
| 8 | Can you let me know why? | 10:41:03 |
| 9 | MR. HUDIS:  I just want to take this | 10:41:03 |
| 10 | call. | 10:41:03 |
| 11 | MR. KAPLAN:  Okay.  Off the record is | 10:41:08 |
| 12 | fine. | 10:41:09 |
| 13 | (Discussion held off record.) | 10:43:06 |
| 14 | THE VIDEOGRAPHER:  Back on the record at | 10:43:29 |
| 15 | 10:43. | 10:43:30 |
| 16 | BY MR. HUDIS: | 10:43:32 |
| 17 | Q.   Mr. Fruchterman, was the Atlas Speaks | 10:43:35 |
| 18 | mark registered with the U.S. Patent and Trademark | 10:43:36 |
| 19 | Office? | 10:43:38 |
| 20 | MR. KAPLAN:  Objection.  Lacks | 10:43:39 |
| 21 | foundation.  Vague. | 10:43:40 |
| 22 | THE WITNESS:  I don't believe so. | 10:43:41 |
| 23 | BY MR. HUDIS: | 10:43:41 |
| 24 | Q.   Do you know if the software code for the | 10:43:44 |
| 25 | Atlas Speaks product was registered with the U.S. | 10:43:47 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

65

| | | |
|---|---|---|
| 1 | Copyright Office? | 10:43:50 |
| 2 | MR. KAPLAN:  Objection.  Lacks | 10:43:51 |
| 3 | foundation.  Vague. | 10:43:51 |
| 4 | THE WITNESS:  I don't know. | 10:43:53 |
| 5 | BY MR. HUDIS: | 10:43:53 |
| 6 | Q.    And we discussed that Arkenstone had an | 10:43:54 |
| 7 | asset sale to Freedom Scientific in 2000. | 10:44:10 |
| 8 | Do you remember that? | 10:44:14 |
| 9 | A.    Correct. | 10:44:14 |
| 10 | Q.    All right.  I'd like to know whether | 10:44:15 |
| 11 | each one of the following products was part of | 10:44:17 |
| 12 | that asset sale.  And you can just say "yes" or | 10:44:20 |
| 13 | "no." | 10:44:23 |
| 14 | Open Book? | 10:44:24 |
| 15 | MR. KAPLAN:  Objection.  Lacks | 10:44:26 |
| 16 | foundation.  Vague. | 10:44:26 |
| 17 | THE WITNESS:  Yes. | 10:44:28 |
| 18 | BY MR. HUDIS: | 10:44:28 |
| 19 | Q.    WYNN? | 10:44:30 |
| 20 | MR. KAPLAN:  Objection.  Lacks | 10:44:30 |
| 21 | foundation.  Vague. | 10:44:31 |
| 22 | THE WITNESS:  Yes. | 10:44:32 |
| 23 | BY MR. HUDIS: | 10:44:34 |
| 24 | Q.    Strider? | 10:44:34 |
| 25 | MR. KAPLAN:  Objection.  Lacks | 10:44:35 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

66

| | | |
|---|---|---|
| 1 | foundation.  Vague. | 10:44:35 |
| 2 | THE WITNESS:  I don't believe so. | 10:44:40 |
| 3 | BY MR. HUDIS: | 10:44:41 |
| 4 | Q.    Atlas Speaks? | 10:44:41 |
| 5 | MR. KAPLAN:  Objection.  Lacks | 10:44:42 |
| 6 | foundation.  Vague. | 10:44:43 |
| 7 | THE WITNESS:  I don't believe so. | 10:44:44 |
| 8 | BY MR. HUDIS: | 10:44:46 |
| 9 | Q.    VERA? | 10:44:46 |
| 10 | MR. KAPLAN:  Objection.  Lacks | 10:44:47 |
| 11 | foundation.  Vague. | 10:44:48 |
| 12 | THE WITNESS:  Yes. | 10:44:50 |
| 13 | BY MR. HUDIS: | 10:44:50 |
| 14 | Q.    The Arkenstone mark? | 10:44:50 |
| 15 | MR. KAPLAN:  Objection.  Lacks | 10:44:52 |
| 16 | foundation.  Vague. | 10:44:52 |
| 17 | THE WITNESS:  Yes. | 10:44:53 |
| 18 | BY MR. HUDIS: | 10:44:55 |
| 19 | Q.    Okay.  Now, of the products that you | 10:44:57 |
| 20 | listed, that was part of the asset sale, was the | 10:45:07 |
| 21 | code for those products part of the asset sale? | 10:45:10 |
| 22 | MR. KAPLAN:  Objection.  Lacks | 10:45:15 |
| 23 | foundation.  Vague. | 10:45:15 |
| 24 | THE WITNESS:  Yes. | 10:45:17 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

67

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:45:19 |
| 2 | Q.   Were the copyright rights for those | 10:45:29 |
| 3 | products transferred as parts of the asset sale? | 10:45:31 |
| 4 | MR. KAPLAN:  Objection.  Calls for a | 10:45:34 |
| 5 | legal conclusion.  Lacks foundation.  Vague. | 10:45:35 |
| 6 | THE WITNESS:  As a layman, I believe so. | 10:45:39 |
| 7 | BY MR. HUDIS: | 10:45:44 |
| 8 | Q.   By yes or no, I'd like to know whether | 10:45:46 |
| 9 | the following technologies were sold to Freedom | 10:45:49 |
| 10 | Scientific by Arkenstone as part of the asset | 10:45:53 |
| 11 | sale. | 10:45:58 |
| 12 | Arkenstone Reader? | 10:45:59 |
| 13 | MR. KAPLAN:  Objection.  Vague.  Lacks | 10:46:00 |
| 14 | foundation. | 10:46:01 |
| 15 | THE WITNESS:  I'm not sure because I | 10:46:13 |
| 16 | don't think it was an active product.  So they | 10:46:14 |
| 17 | probably could claim it, but I'm not sure we | 10:46:17 |
| 18 | actually did it because I don't think it was alive | 10:46:20 |
| 19 | at that time. | 10:46:22 |
| 20 | BY MR. HUDIS: | 10:46:22 |
| 21 | Q.   Would your answer be the same for | 10:46:23 |
| 22 | Arkenstone portable scanner? | 10:46:24 |
| 23 | MR. KAPLAN:  Objection.  Vague.  Lacks | 10:46:27 |
| 24 | foundation. | 10:46:28 |
| 25 | THE WITNESS:  Yes. | 10:46:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

68

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:46:29 |
| 2 | Q.    Would your answer be the same for the | 10:46:29 |
| 3 | VERA product? | 10:46:31 |
| 4 | MR. KAPLAN:  Objection.  Vague.  Lacks | 10:46:32 |
| 5 | foundation. | 10:46:33 |
| 6 | THE WITNESS:  No.  The VERA product was | 10:46:34 |
| 7 | active and sold as part of the asset sale. | 10:46:36 |
| 8 | (Whereupon, Deposition Exhibit 52 was | 10:47:05 |
| 9 | marked for identification.) | 10:47:05 |
| 10 | BY MR. HUDIS: | 10:47:05 |
| 11 | Q.    Mr. Fruchterman, I show you now what has | 10:47:05 |
| 12 | been marked as Exhibit 52. | 10:47:08 |
| 13 | MR. KAPLAN:  Counsel, you'll represent | 10:47:13 |
| 14 | that this is another document created by your | 10:47:14 |
| 15 | office? | 10:47:16 |
| 16 | MR. HUDIS:  Yes.  From publicly | 10:47:17 |
| 17 | available records. | 10:47:20 |
| 18 | BY MR. HUDIS: | 10:47:21 |
| 19 | Q.    Mr. Fruchterman, do you recognize in the | 10:47:22 |
| 20 | top chart on the single page of Exhibit 52 the | 10:47:29 |
| 21 | titles of patents that were owned by Arkenstone, | 10:47:33 |
| 22 | Inc., at one time? | 10:47:38 |
| 23 | A.    Yes. | 10:47:40 |
| 24 | Q.    And in the bottom chart, a copyright | 10:47:42 |
| 25 | registration that was owned by Arkenstone at one | 10:47:47 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

69

| | | |
|---|---|---|
| 1 | time? | 10:47:49 |
| 2 | A.   I don't recognize that work.  And I'm | 10:47:53 |
| 3 | just -- the date predates the existence of | 10:48:18 |
| 4 | Arkenstone by seven years, so something's wrong | 10:48:25 |
| 5 | about this document. | 10:48:30 |
| 6 | Q.    Okay. | 10:48:32 |
| 7 | MR. KAPLAN:  Is that true for the second | 10:48:33 |
| 8 | patent as well? | 10:48:35 |
| 9 | THE WITNESS:  I recognize the second | 10:48:35 |
| 10 | patent, but I think the date is wrong as well. | 10:48:36 |
| 11 | Whereas, the date on the first patent looks | 10:48:40 |
| 12 | vaguely right. | 10:48:42 |
| 13 | (Whereupon, Deposition Exhibit 53A and | 10:49:34 |
| 14 | 53B were marked for identification.) | 10:49:34 |
| 15 | THE WITNESS:  Thank you. | 10:49:35 |
| 16 | BY MR. HUDIS: | 10:49:47 |
| 17 | Q.   Mr. Fruchterman, I show you what has | 10:49:48 |
| 18 | been marked as Exhibits 53A and 53B.  Let's take a | 10:49:49 |
| 19 | look at Exhibit 53A. | 10:49:56 |
| 20 | Do you recognize this document? | 10:50:00 |
| 21 | A.    Yes.  It's a patent where I am listed as | 10:50:03 |
| 22 | an inventor. | 10:50:06 |
| 23 | Q.    And was issued on November 28, 1995? | 10:50:08 |
| 24 | A.    November 28th, 1995, yes. | 10:50:17 |
| 25 | Q.    And the patent number is listed as | 10:50:19 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

70

| | | |
|---|---|---|
| 1 | 5,470,233.  I will refer to this as "the | 10:50:22 |
| 2 | '233 patent." | 10:50:28 |
| 3 | Do you understand that? | 10:50:30 |
| 4 | A.    Yes. | 10:50:31 |
| 5 | Q.    All right.  What was the nature of the | 10:50:31 |
| 6 | invention claimed in the '233 patent of | 10:50:33 |
| 7 | Exhibit 53A? | 10:50:36 |
| 8 | MR. KAPLAN:  Objection.  Calls for a | 10:50:38 |
| 9 | legal conclusion.  Lacks foundation. | 10:50:39 |
| 10 | THE WITNESS:  In layman's term, it's a | 10:50:45 |
| 11 | patent on technology to help a blind person use | 10:50:47 |
| 12 | GPS to move around. | 10:50:49 |
| 13 | BY MR. HUDIS: | 10:50:54 |
| 14 | Q.    Was that the product that was sold by | 10:50:54 |
| 15 | Arkenstone under the Strider mark? | 10:50:57 |
| 16 | MR. KAPLAN:  Objection.  Vague. | 10:50:59 |
| 17 | THE WITNESS:  Yes.  We -- the Strider | 10:51:08 |
| 18 | product incorporated the patented technology | 10:51:10 |
| 19 | subject to this patent. | 10:51:15 |
| 20 | BY MR. HUDIS: | 10:51:16 |
| 21 | Q.    Who was the assigning owner of the | 10:51:16 |
| 22 | '233 patent when it issued in 1995? | 10:51:19 |
| 23 | MR. KAPLAN:  Objection.  Lacks | 10:51:23 |
| 24 | foundation.  Vague.  Calls for a legal conclusion. | 10:51:23 |
| 25 | THE WITNESS:  Arkenstone. | 10:51:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

71

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 10:51:32 |
| 2 | Q.    Mr. Fruchterman, if we could turn for a | 10:51:34 |
| 3 | moment to Exhibit 53B. | 10:51:36 |
| 4 | And if you could turn to the last page. | 10:51:55 |
| 5 | Actually, it's bordering on the fifth and sixth | 10:51:59 |
| 6 | pages. | 10:52:02 |
| 7 | You notice that there was an assignment | 10:52:02 |
| 8 | of the inventor's interest to Arkenstone, Inc.? | 10:52:04 |
| 9 | A.    Yes. | 10:52:09 |
| 10 | Q.    And ultimately, the patent was assigned | 10:52:30 |
| 11 | from Arkenstone to Freedom Scientific? | 10:52:34 |
| 12 | MR. KAPLAN:  Objection.  Lacks | 10:52:37 |
| 13 | foundation.  Calls for a legal conclusion.  Vague. | 10:52:37 |
| 14 | THE WITNESS:  No. | 10:52:39 |
| 15 | BY MR. HUDIS: | 10:52:39 |
| 16 | Q.    It was not? | 10:52:40 |
| 17 | A.    It was not. | 10:52:40 |
| 18 | Q.    What happened -- today, as you sit here, | 10:52:43 |
| 19 | who is the current owner of the '233 patent of | 10:52:50 |
| 20 | Exhibit 53A? | 10:52:57 |
| 21 | MR. KAPLAN:  Objection.  Calls for a | 10:52:58 |
| 22 | legal conclusion.  Lacks foundation. | 10:52:58 |
| 23 | THE WITNESS:  The world.  It's expired. | 10:53:01 |
| 24 | BY MR. HUDIS: | 10:53:02 |
| 25 | Q.    Before its expiration, who was the owner | 10:53:03 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

72

| | | |
|---|---|---|
| 1 | of the '233 patent of Exhibit 53A? | 10:53:06 |
| 2 | MR. KAPLAN: Objection. Lacks | 10:53:09 |
| 3 | foundation. Calls for a legal conclusion. | 10:53:11 |
| 4 | THE WITNESS: Beneficent Technology, | 10:53:14 |
| 5 | Inc. which is the legal corporate name of | 10:53:16 |
| 6 | Benetech. | 10:53:18 |
| 7 | BY MR. HUDIS: | 10:53:20 |
| 8 | Q.    So to the best of your recollection, the | 10:54:04 |
| 9 | '233 patent was not a part of the asset sale from | 10:54:06 |
| 10 | Arkenstone to Freedom Scientific? | 10:54:10 |
| 11 | A.    That was -- | 10:54:12 |
| 12 | MR. KAPLAN: Objection. Vague. Lacks | 10:54:13 |
| 13 | foundation. | 10:54:13 |
| 14 | THE WITNESS: That was my understanding, | 10:54:14 |
| 15 | yes. | 10:54:15 |
| 16 | BY MR. HUDIS: | 10:54:18 |
| 17 | Q.    While it was still active, was the | 10:54:18 |
| 18 | '233 patent ever licensed to third parties? | 10:54:20 |
| 19 | MR. KAPLAN: Objection. Lacks | 10:54:23 |
| 20 | foundation. Vague. Calls for a legal conclusion. | 10:54:23 |
| 21 | THE WITNESS: Yes. | 10:54:26 |
| 22 | BY MR. HUDIS: | 10:54:28 |
| 23 | Q.    Was it licensed for royalties? | 10:54:28 |
| 24 | MR. KAPLAN: Objection. Vague. Lacks | 10:54:30 |
| 25 | foundation. | 10:54:31 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

73

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 10:54:33 |
| 2 | BY MR. HUDIS: | 10:54:33 |
| 3 | Q.    To whom was the '233 patent of | 10:54:34 |
| 4 | Exhibit 53A licensed at the time it was active? | 10:54:36 |
| 5 | MR. KAPLAN:  Objection.  Vague.  Lacks | 10:54:41 |
| 6 | foundation. | 10:54:41 |
| 7 | THE WITNESS:  I don't know their full | 10:54:45 |
| 8 | legal name, but it's like the Sendero Group. | 10:54:46 |
| 9 | BY MR. HUDIS: | 10:54:49 |
| 10 | Q.    Spell Sendero. | 10:54:50 |
| 11 | A.    S-E-N-D-E-R-O. | 10:54:51 |
| 12 | Q.    Do you remember the financial terms of | 10:54:55 |
| 13 | the license? | 10:54:58 |
| 14 | A.    It was a minimum -- a minimal royalty, | 10:55:02 |
| 15 | and the payments were not large. | 10:55:05 |
| 16 | Q.    Define "not large." | 10:55:13 |
| 17 | A.    I'd be stunned if we collected $10,000 | 10:55:14 |
| 18 | over the entire life of the patent in royalties. | 10:55:17 |
| 19 | Q.    Was Sendero the only company to whom the | 10:55:20 |
| 20 | '233 patent of Exhibit 53A was licensed? | 10:55:23 |
| 21 | MR. KAPLAN:  Objection.  Calls for a | 10:55:27 |
| 22 | legal conclusion.  Vague.  Lacks foundation. | 10:55:27 |
| 23 | THE WITNESS:  There was another company | 10:55:32 |
| 24 | that was -- and I do not know the legal term, but | 10:55:34 |
| 25 | sort of a co-owner, and they had rights to | 10:55:38 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

74

| | | |
|---|---|---|
| 1 | practice the patent without paying us a royalty. | 10:55:41 |
| 2 | BY MR. HUDIS: | 10:55:43 |
| 3 | Q.    And who was that? | 10:55:43 |
| 4 | A.    They've gone by different names.  Their | 10:55:48 |
| 5 | current name is HumanWare. | 10:55:51 |
| 6 | Q.    Do you know what the name of the company | 10:55:59 |
| 7 | was at the time they were co-owner of the | 10:56:00 |
| 8 | '233 patent while it was active? | 10:56:04 |
| 9 | MR. KAPLAN:  Objection.  Misstates | 10:56:07 |
| 10 | testimony.  Argumentative. | 10:56:08 |
| 11 | THE WITNESS:  VisuAide, V-I-S-U-A-I-D-E. | 10:56:11 |
| 12 | BY MR. HUDIS: | 10:56:41 |
| 13 | Q.    Turning back to your resume of | 10:56:41 |
| 14 | Exhibit 49, Mr. Fruchterman, according to your | 10:56:45 |
| 15 | resume, Benetech was founded in 2000? | 10:56:49 |
| 16 | MR. KAPLAN:  Objection.  Misstates the | 10:57:01 |
| 17 | document. | 10:57:02 |
| 18 | THE WITNESS:  My nonprofit activities | 10:57:05 |
| 19 | started operating under the Benetech name in 2000. | 10:57:09 |
| 20 | BY MR. HUDIS: | 10:57:17 |
| 21 | Q.    Now, the official name of the company is | 10:57:17 |
| 22 | Beneficent Technology, Inc., correct? | 10:57:20 |
| 23 | A.    Correct. | 10:57:23 |
| 24 | Q.    And it's located in Palo Alto, | 10:57:23 |
| 25 | California? | 10:57:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

75

| | | |
|---|---|---|
| 1 | A.     Correct. | 10:57:26 |
| 2 | Q.     All right.  And it's a nonprofit | 10:57:27 |
| 3 | California company? | 10:57:29 |
| 4 | A.     I believe it's structured as a | 10:57:32 |
| 5 | California public benefit corporation. | 10:57:33 |
| 6 | Q.     And tell me the nature of -- withdraw | 10:57:51 |
| 7 | the question. | 10:57:56 |
| 8 |        When I refer to "Benetech," we will | 10:57:57 |
| 9 | understand that that is the trade name for | 10:57:59 |
| 10 | Beneficent Technology? | 10:58:02 |
| 11 | A.     Okay. | 10:58:08 |
| 12 | Q.     Would you understand it that way? | 10:58:09 |
| 13 | A.     During the current time period, yes. | 10:58:15 |
| 14 | We've had more complicated legal structures in the | 10:58:17 |
| 15 | past, where "Benetech" might refer to any one of | 10:58:19 |
| 16 | three different corporate entities.  But I'm happy | 10:58:23 |
| 17 | just to call them all Benetech for the purposes of | 10:58:25 |
| 18 | this conversation. | 10:58:27 |
| 19 | Q.     Thank you. | 10:58:28 |
| 20 |        What type of company is Benetech? | 10:58:29 |
| 21 |        MR. KAPLAN:  Objection.  Vague. | 10:58:31 |
| 22 |        THE WITNESS:  It's a charity.  And it | 10:58:33 |
| 23 | does technology for social good. | 10:58:38 |
| 24 | BY MR. HUDIS: | 10:58:40 |
| 25 | Q.     I've read, Mr. Fruchterman, that | 10:58:59 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

76

| | | |
|---|---|---|
| 1 | Benetech was started up from the result of the | 10:59:00 |
| 2 | asset sale from Arkenstone to Freedom Scientific. | 10:59:04 |
| 3 | Is that your understanding? | 10:59:10 |
| 4 | MR. KAPLAN: Objection. Asked and | 10:59:11 |
| 5 | answered. Vague. | 10:59:12 |
| 6 | THE WITNESS: There were a series of | 10:59:14 |
| 7 | legal transactions that, over time, have created | 10:59:15 |
| 8 | the Benetech we know today. | 10:59:23 |
| 9 | BY MR. HUDIS: | 10:59:28 |
| 10 | Q. What were those to the best of your | 10:59:29 |
| 11 | recollection? | 10:59:30 |
| 12 | A. The nonprofit that was formerly known as | 10:59:31 |
| 13 | Arkenstone changed its name, because the | 10:59:38 |
| 14 | Arkenstone name was sold to Freedom Scientific. | 10:59:43 |
| 15 | It had a charter limited to helping the disabled. | 10:59:47 |
| 16 | Beneficent Technology, Inc., was created | 10:59:57 |
| 17 | with as -- sorry, can't disclose -- let's just say | 11:00:01 |
| 18 | a vanilla charitable charter, so that it could do | 11:00:04 |
| 19 | a wider range of charitable activities. | 11:00:08 |
| 20 | A wholly owned for profit subsidiary | 11:00:12 |
| 21 | named Bengineering, Inc., was also created to | 11:00:16 |
| 22 | conduct services connected with the asset sale. | 11:00:20 |
| 23 | Q. And what were those services? | 11:00:28 |
| 24 | A. Primarily engineering services, to | 11:00:29 |
| 25 | continue the product development of the products | 11:00:32 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

77

| | | |
|---|---|---|
| 1 | that were sold for a period following the asset | 11:00:34 |
| 2 | sale. | 11:00:38 |
| 3 | MR. KAPLAN:  Let me just interrupt here | 11:00:40 |
| 4 | for a second.  I'm not sure exactly where you're | 11:00:41 |
| 5 | going with this, but if we get into areas that are | 11:00:44 |
| 6 | potentially confidential information of Benetech | 11:00:47 |
| 7 | or other entities, my understanding of the | 11:00:50 |
| 8 | protective order is that neither party will | 11:00:51 |
| 9 | disclose the deposition transcript until 30 days | 11:00:54 |
| 10 | have elapsed, giving the -- giving us the | 11:00:57 |
| 11 | opportunity to designate portions or the entire | 11:00:59 |
| 12 | transcript as confidential.  Is that correct? | 11:01:02 |
| 13 | MR. HUDIS:  Counsel, that's correct. | 11:01:04 |
| 14 | MR. KAPLAN:  Okay.  Good.  Just glad we | 11:01:05 |
| 15 | had that on the record. | 11:01:07 |
| 16 | THE WITNESS:  And nothing I've talked | 11:01:08 |
| 17 | about so far is, I believe, confidential. | 11:01:09 |
| 18 | BY MR. HUDIS: | 11:01:11 |
| 19 | Q.   Mr. Fruchterman, your counsel raises a | 11:01:11 |
| 20 | good point.  If anything I ask you in your mind | 11:01:14 |
| 21 | requires you to disclose confidential information, | 11:01:19 |
| 22 | would you let us all know, please? | 11:01:22 |
| 23 | A.   Yes. | 11:01:24 |
| 24 | MR. KAPLAN:  Thank you. | 11:01:26 |
| 25 | THE WITNESS:  I'll let you decide if | 11:01:31 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

78

| | | |
|---|---|---|
| 1 | there's a follow-up question. | 11:01:33 |
| 2 | BY MR. HUDIS: | 11:01:39 |
| 3 | Q.    So one of the products that has been | 11:01:39 |
| 4 | made by Benetech is a series of software tools for | 11:01:46 |
| 5 | people who are blind or have visual disabilities | 11:01:51 |
| 6 | to access printed information? | 11:01:56 |
| 7 | A.    That is some of what we do.  Sorry.  I | 11:01:59 |
| 8 | thought you had -- I thought I had given the | 11:02:02 |
| 9 | pause. | 11:02:05 |
| 10 | MR. KAPLAN:  I was wondering what the | 11:02:05 |
| 11 | question was going to be. | 11:02:06 |
| 12 | THE WITNESS:  Okay.  Okay. | 11:02:08 |
| 13 | BY MR. HUDIS: | 11:02:09 |
| 14 | Q.    And you have been the president, CEO, | 11:02:09 |
| 15 | chairman and founder since 2000? | 11:02:12 |
| 16 | A.    No. | 11:02:14 |
| 17 | Q.    What part of my last question was | 11:02:20 |
| 18 | incorrect? | 11:02:21 |
| 19 | A.    In 2000, I had all of those titles.  At | 11:02:26 |
| 20 | present, I am the founder and CEO. | 11:02:30 |
| 21 | Q.    I see.  So from 2000 to 2014, you were | 11:02:36 |
| 22 | the president, CEO, chairman and founder, at least | 11:02:39 |
| 23 | according to your resume, Exhibit 49. | 11:02:43 |
| 24 | A.    I believe so.  Yes. | 11:02:47 |
| 25 | Q.    And from 2015 -- well, to the present -- | 11:02:48 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

79

| | | |
|---|---|---|
| 1 | we're still in 2015 -- you were the CEO and | 11:02:53 |
| 2 | founder? | 11:02:55 |
| 3 | A.    Correct. | 11:03:01 |
| 4 | Q.    Thank you. | 11:03:02 |
| 5 | What has been -- | 11:03:05 |
| 6 | MR. KAPLAN:  Let me make sure the | 11:03:06 |
| 7 | witness's answer is finished. | 11:03:07 |
| 8 | THE WITNESS:  Would you like me to | 11:03:12 |
| 9 | explain in more detail how finely graded that | 11:03:13 |
| 10 | answer is, or are we good? | 11:03:19 |
| 11 | BY MR. HUDIS: | 11:03:22 |
| 12 | Q.    Well, my next question was going to be | 11:03:22 |
| 13 | the nature of your duties and responsibilities. | 11:03:25 |
| 14 | So if that would help you, please. | 11:03:28 |
| 15 | A.    Okay.  So I transferred the chairman's | 11:03:36 |
| 16 | responsibilities first in early 2014, and I ceased | 11:03:41 |
| 17 | being the president in the idea that we had a new | 11:03:50 |
| 18 | president in January of this year, though I | 11:03:52 |
| 19 | believe I stopped using the term "president" | 11:03:56 |
| 20 | somewhere during the last year at the suggestion | 11:03:58 |
| 21 | of one of my board members. | 11:03:59 |
| 22 | Q.    So from 2000 to 2014, what were your | 11:04:04 |
| 23 | general duties and responsibilities at Benetech? | 11:04:08 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 11:04:12 |
| 25 | THE WITNESS:  I was the main guy.  So in | 11:04:15 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

80

| | | |
|---|---|---|
| 1 | my role as chairman, I was responsible for the | 11:04:22 |
| 2 | standard duties of a chairman of a board of | 11:04:25 |
| 3 | directors, which I can elaborate if needed. | 11:04:28 |
| 4 | BY MR. HUDIS: | 11:04:34 |
| 5 | Q.    You ran board meetings? | 11:04:34 |
| 6 | A.    I did. | 11:04:36 |
| 7 | Q.    You set the agenda? | 11:04:36 |
| 8 | A.    I did. | 11:04:38 |
| 9 | Q.    You set policy for the company? | 11:04:38 |
| 10 | A.    In -- | 11:04:41 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 11:04:43 |
| 12 | THE WITNESS:  I set policy for the | 11:04:44 |
| 13 | company in conjunction with either the board for | 11:04:45 |
| 14 | board-level issues or my management team for | 11:04:48 |
| 15 | issues that were the scope of the management | 11:04:51 |
| 16 | team's. | 11:04:52 |
| 17 | BY MR. HUDIS: | 11:04:53 |
| 18 | Q.    Does that generally describe your duties | 11:04:53 |
| 19 | and responsibilities as chairman? | 11:04:56 |
| 20 | A.    Yes. | 11:04:57 |
| 21 | Q.    Okay.  And up until 2015, starting in | 11:04:58 |
| 22 | 2000, you were the president? | 11:05:04 |
| 23 | A.    Correct. | 11:05:06 |
| 24 | Q.    What were your duties and | 11:05:06 |
| 25 | responsibilities as president of -- | 11:05:08 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

81

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection. | 11:05:10 |
| 2 | BY MR. HUDIS: | 11:05:10 |
| 3 | Q.    -- Benetech? | 11:05:10 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 11:05:12 |
| 5 | THE WITNESS:  During that time period, | 11:05:18 |
| 6 | the title "president" and "chief executive | 11:05:20 |
| 7 | officer" were essentially interchangeable, and our | 11:05:22 |
| 8 | bylaws specified that the president was the | 11:05:25 |
| 9 | executive chief officer. | 11:05:28 |
| 10 | So my responsibilities with those dual | 11:05:30 |
| 11 | titles was to be the chief executive officer of a | 11:05:33 |
| 12 | nonprofit corporation, a public benefit | 11:05:38 |
| 13 | corporation, and so I oversaw everything. | 11:05:40 |
| 14 | BY MR. HUDIS: | 11:05:48 |
| 15 | Q.    Product development? | 11:05:50 |
| 16 | A.    I was responsible for all aspects of the | 11:05:51 |
| 17 | operations of the organization, from legal and | 11:05:53 |
| 18 | administrative, to technical and product, to | 11:05:56 |
| 19 | fundraising, to public relations, to advocacy.  I | 11:05:58 |
| 20 | was responsible for everything we did, ultimately, | 11:06:04 |
| 21 | in the role of chief executive officer. | 11:06:08 |
| 22 | Our chief financial officer had certain | 11:06:14 |
| 23 | statutory responsibilities and had a dotted line | 11:06:16 |
| 24 | to our board of directors, but I was her | 11:06:20 |
| 25 | supervisor. | 11:06:21 |

82

| | | |
|---|---|---|
| 1 | Q.    Mr. Fruchterman, what is Bookshare? | 11:06:30 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 11:06:32 |
| 3 | THE WITNESS:  It's a digital library for | 11:06:35 |
| 4 | people with print disabilities. | 11:06:37 |
| 5 | BY MR. HUDIS: | 11:06:41 |
| 6 | Q.    Is Bookshare part of Benetech? | 11:06:41 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 11:06:48 |
| 8 | THE WITNESS:  It's a project of | 11:06:50 |
| 9 | Benetech. | 11:06:53 |
| 10 | BY MR. HUDIS: | 11:06:53 |
| 11 | Q.    What do you mean by "project"? | 11:06:54 |
| 12 | A.    Benetech runs multiple projects that | 11:06:59 |
| 13 | target different social needs, and we have | 11:07:04 |
| 14 | programs that are a level-above project that | 11:07:11 |
| 15 | target an area of social need.  So it's a project. | 11:07:14 |
| 16 | Q.    Is Bookshare a stand-alone corporation? | 11:07:19 |
| 17 | A.    No. | 11:07:23 |
| 18 | Q.    Is Bookshare an unincorporated division | 11:07:24 |
| 19 | of Benetech? | 11:07:27 |
| 20 | MR. KAPLAN:  Objection.  Vague.  Calls | 11:07:31 |
| 21 | for a legal conclusion. | 11:07:36 |
| 22 | THE WITNESS:  We wouldn't call it a | 11:07:42 |
| 23 | division, and the only active corporate entity at | 11:07:43 |
| 24 | Benetech today is Beneficent Technology, Inc., and | 11:07:53 |
| 25 | all the things I'm describing operate under that | 11:07:57 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

83

| | | |
|---|---|---|
| 1 | corporate entity. | 11:08:00 |
| 2 | BY MR. HUDIS: | 11:08:01 |
| 3 | Q.   You would describe Bookshare as a | 11:08:01 |
| 4 | project of Benetech? | 11:08:03 |
| 5 | A.   Yes. | 11:08:07 |
| 6 | Q.   All right.  And that Bookshare project | 11:08:08 |
| 7 | is still ongoing today? | 11:08:11 |
| 8 | A.   Yes. | 11:08:13 |
| 9 | Q.   And it has been operating as a project | 11:08:14 |
| 10 | of Benetech since 2002? | 11:08:16 |
| 11 | A.   Publicly, yes. | 11:08:21 |
| 12 | Q.   Why did you, in your last answer, | 11:08:23 |
| 13 | qualify it with "publicly"? | 11:08:26 |
| 14 | A.   When a technology product is created, | 11:08:32 |
| 15 | it's often operating -- being tested before its | 11:08:35 |
| 16 | actual public release date.  So its public release | 11:08:40 |
| 17 | date was, I believe, in 2002, but we were working | 11:08:43 |
| 18 | on Bookshare or doing initial testing or beta | 11:08:46 |
| 19 | testing probably in 2001. | 11:08:55 |
| 20 | Q.   Now, you described the Bookshare project | 11:08:56 |
| 21 | as a technology product.  Why? | 11:08:58 |
| 22 | A.   If you look at what Bookshare is, you | 11:09:05 |
| 23 | can think of it as a web platform that operates a | 11:09:10 |
| 24 | large body of software that delivers an online | 11:09:16 |
| 25 | library.  So I think of Amazon.com as a technology | 11:09:19 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

84

1    product as well, even though it's a whole bunch of        11:09:26

2    technology that looks like a web site.                    11:09:31

3        Q.    As a product of Benetech, what is or was        11:09:57

4    Read2Go?                                                  11:10:00

5            MR. KAPLAN:  Objection.  Compound.               11:10:01

6            THE WITNESS:  Read2Go is what people             11:10:05

7    would commonly call an iPad or iPhone app that            11:10:09

8    is designed primarily as an eBook reading                 11:10:15

9    product for people with disabilities.                     11:10:18

10   BY MR. HUDIS:                                             11:10:29

11       Q.    Was the Read2Go mark registered with the        11:10:29

12   U.S. Patent and Trademark Office?                         11:10:30

13           MR. KAPLAN:  Objection.  Lacks                   11:10:32

14   foundation.  Calls for a legal conclusion.  Vague.        11:10:32

15           THE WITNESS:  It may have been.                  11:10:37

16   BY MR. HUDIS:                                             11:10:40

17       Q.    What would refresh your recollection, if        11:10:42

18   anything?                                                 11:10:44

19       A.    A public record of the registration.           11:10:45

20       Q.    Was the software code for Read2Go               11:10:48

21   registered with the U.S. Copyright Office?                11:10:50

22           MR. KAPLAN:  Objection.  Vague.  Lacks           11:10:54

23   foundation.  Calls for a legal conclusion.               11:10:54

24           THE WITNESS:  I don't know.                      11:10:57

25

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

85

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 11:10:58 |
| 2 | Q.    What would refresh your recollection? | 11:11:05 |
| 3 | A.    A public registration statement. | 11:11:07 |
| 4 | Q.    As a product of Benetech, what is or was | 11:11:09 |
| 5 | Go Read? | 11:11:11 |
| 6 | MR. KAPLAN:  Objection.  Compound. | 11:11:14 |
| 7 | Lacks foundation. | 11:11:15 |
| 8 | THE WITNESS:  It's an Android app that | 11:11:18 |
| 9 | is designed as an eBook reader for people with | 11:11:21 |
| 10 | disabilities. | 11:11:25 |
| 11 | BY MR. HUDIS: | 11:11:28 |
| 12 | Q.    When you say "people with disabilities," | 11:11:28 |
| 13 | do you mean people with reading disabilities? | 11:11:29 |
| 14 | A.    I -- it's designed primarily for people | 11:11:40 |
| 15 | with print disabilities. | 11:11:43 |
| 16 | Q.    Could you define in this context people | 11:11:47 |
| 17 | with print disabilities? | 11:11:48 |
| 18 | A.    People who have a disability that | 11:11:52 |
| 19 | functionally interferes with their ability to read | 11:11:54 |
| 20 | standard print. | 11:11:57 |
| 21 | Q.    In this context, what do you mean by | 11:12:04 |
| 22 | "standard print"? | 11:12:05 |
| 23 | A.    For example, one of the printed | 11:12:10 |
| 24 | documents that we are looking at here, if a person | 11:12:12 |
| 25 | with a disability can't pick that page up, can't | 11:12:14 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

86

| | | |
|---|---|---|
| 1 | look at it, can't read it, can't track along the | 11:12:18 |
| 2 | lines, can't recall what they've read when they've | 11:12:22 |
| 3 | completed reading -- so basically as a normal | 11:12:26 |
| 4 | person without a disability, I can pick up a print | 11:12:31 |
| 5 | document and acquire the knowledge that's there. | 11:12:34 |
| 6 | And a person with a print disability has | 11:12:35 |
| 7 | some limitation that interferes with that process. | 11:12:38 |
| 8 | Typically blindness or severe dyslexia or cerebral | 11:12:44 |
| 9 | palsy that keeps them from being able to hold the | 11:12:50 |
| 10 | page still or -- and I can could go on with a wide | 11:12:53 |
| 11 | range of disabilities that get in the way. | 11:12:56 |
| 12 | Q.    So we would -- so people who have print | 11:12:57 |
| 13 | disabilities either have a finer gross motor | 11:13:00 |
| 14 | disability that keeps the person from picking up | 11:13:06 |
| 15 | the printed page and turning the pages; is that | 11:13:10 |
| 16 | one type of print disability? | 11:13:12 |
| 17 | MR. KAPLAN:  Objection.  Misstates | 11:13:14 |
| 18 | testimony.  Vague. | 11:13:16 |
| 19 | THE WITNESS:  That would be one type of | 11:13:19 |
| 20 | print disability. | 11:13:22 |
| 21 | BY MR. HUDIS: | 11:13:22 |
| 22 | Q.    And another type of disability could be | 11:13:23 |
| 23 | total blindness? | 11:13:25 |
| 24 | A.    Yes. | 11:13:28 |
| 25 | Q.    Low vision? | 11:13:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

87

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 11:13:32 |
| 2 | THE WITNESS:  Yes. | 11:13:33 |
| 3 | BY MR. HUDIS: | 11:13:34 |
| 4 | Q.    Dyslexia? | 11:13:34 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 11:13:36 |
| 6 | THE WITNESS:  Yes. | 11:13:37 |
| 7 | BY MR. HUDIS: | 11:13:38 |
| 8 | Q.    Was the Go Read mark registered with the | 11:13:42 |
| 9 | U.S. Patent and Trademark Office? | 11:13:44 |
| 10 | MR. KAPLAN:  Objection.  Lacks | 11:13:46 |
| 11 | foundation.  Vague.  Calls for a legal conclusion. | 11:13:47 |
| 12 | THE WITNESS:  I don't believe so. | 11:13:50 |
| 13 | BY MR. HUDIS: | 11:13:54 |
| 14 | Q.    Was the software code for the Go Read | 11:13:54 |
| 15 | product registered with the U.S. Copyright Office? | 11:13:57 |
| 16 | MR. KAPLAN:  Objection.  Lacks | 11:13:59 |
| 17 | foundation.  Vague.  Calls for a legal conclusion. | 11:14:00 |
| 18 | THE WITNESS:  No. | 11:14:02 |
| 19 | BY MR. HUDIS: | 11:14:03 |
| 20 | Q.    As a product of Benetech, what is or was | 11:14:05 |
| 21 | the Bookshare Web Reader? | 11:14:09 |
| 22 | MR. KAPLAN:  Objection.  Compound. | 11:14:13 |
| 23 | Argumentative.  Lacks foundation. | 11:14:14 |
| 24 | THE WITNESS:  It's a set of technology | 11:14:23 |
| 25 | that is added into the Bookshare web site that | 11:14:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

88

| | | |
|---|---|---|
| 1 | allows for an eBook to be read while in a web | 11:14:30 |
| 2 | browser, either with associated assistive | 11:14:38 |
| 3 | technology or by itself. | 11:14:43 |
| 4 | BY MR. HUDIS: | 11:14:48 |
| 5 | Q.    In this context, what did you mean by | 11:14:48 |
| 6 | "associated assistive technology"? | 11:14:50 |
| 7 | A.    Some users of the web reader would be | 11:14:56 |
| 8 | using a screen reader to make what's on the screen | 11:15:01 |
| 9 | of their personal computer or device accessible. | 11:15:06 |
| 10 | Q.    An example of a screen reader would be, | 11:15:13 |
| 11 | for example, JAWS? | 11:15:16 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 11:15:18 |
| 13 | THE WITNESS:  Yes. | 11:15:19 |
| 14 | BY MR. HUDIS: | 11:15:22 |
| 15 | Q.    Was the Bookshare Web Reader mark | 11:15:22 |
| 16 | registered with the U.S. Patent and Trademark | 11:15:25 |
| 17 | Office? | 11:15:26 |
| 18 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:15:27 |
| 19 | foundation.  Calls for a legal conclusion. | 11:15:28 |
| 20 | THE WITNESS:  I don't believe so. | 11:15:31 |
| 21 | BY MR. HUDIS: | 11:15:31 |
| 22 | Q.    Was the software code for the Bookshare | 11:15:32 |
| 23 | Web Reader registered with the U.S. Copyright | 11:15:35 |
| 24 | Office? | 11:15:39 |
| 25 | MR. KAPLAN:  Objection.  Vague.  Calls | 11:15:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

89

| | | |
|---|---|---|
| 1 | for a legal conclusion.  And lacks foundation. | 11:15:40 |
| 2 | THE WITNESS:  No. | 11:15:47 |
| 3 | BY MR. HUDIS: | 11:15:48 |
| 4 | Q.   As a product of Benetech, what is or was | 11:15:48 |
| 5 | Bookshelf? | 11:15:50 |
| 6 | MR. KAPLAN:  Objection.  Compound. | 11:15:51 |
| 7 | Argumentative.  Lacks foundation. | 11:15:52 |
| 8 | THE WITNESS:  It was a feature of | 11:15:56 |
| 9 | individual accounts for a period of time on the | 11:16:00 |
| 10 | Bookshare web site. | 11:16:03 |
| 11 | BY MR. HUDIS: | 11:16:08 |
| 12 | Q.   The product's no longer in use? | 11:16:08 |
| 13 | MR. KAPLAN:  Objection.  Vague. | 11:16:11 |
| 14 | THE WITNESS:  Not by that name. | 11:16:14 |
| 15 | BY MR. HUDIS: | 11:16:14 |
| 16 | Q.   What is it -- what does the product go | 11:16:14 |
| 17 | under today? | 11:16:17 |
| 18 | MR. KAPLAN:  Objection.  Lacks | 11:16:20 |
| 19 | foundation.  Vague.  Argumentative. | 11:16:21 |
| 20 | THE WITNESS:  I believe Reading Lists. | 11:16:23 |
| 21 | BY MR. HUDIS: | 11:16:32 |
| 22 | Q.   Was the Bookshelf mark registered with | 11:16:32 |
| 23 | the U.S. Patent and Trademark Office? | 11:16:35 |
| 24 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:16:38 |
| 25 | foundation.  Calls for a legal conclusion. | 11:16:39 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

90

| | |
|---|---|
| 1       THE WITNESS:  Not by Benetech. | 11:16:40 |
| 2   BY MR. HUDIS: | 11:16:42 |
| 3       Q.    Was the Bookshare -- excuse me. | 11:16:44 |
| 4       Was the Bookshelf mark registered by | 11:16:47 |
| 5   somebody else with the U.S. Patent and Trademark | 11:16:50 |
| 6   Office? | 11:16:50 |
| 7       MR. KAPLAN:  Objection.  Vague.  Lacks | 11:16:51 |
| 8   foundation.  Calls for a legal conclusion. | 11:16:53 |
| 9       THE WITNESS:  That is my understanding. | 11:16:56 |
| 10   BY MR. HUDIS: | 11:16:57 |
| 11       Q.    And who registered Bookshelf with the | 11:16:58 |
| 12   U.S. Patent and Trademark Office, to the best of | 11:16:59 |
| 13   your knowledge? | 11:17:03 |
| 14       MR. KAPLAN:  Objection.  Vague and calls | 11:17:03 |
| 15   for a legal conclusion. | 11:17:08 |
| 16       THE WITNESS:  This may be a place where | 11:17:14 |
| 17   we're getting into confidential material.  I'm | 11:17:15 |
| 18   just going to put that on the record. | 11:17:17 |
| 19       MR. HUDIS:  We're almost out of tape, | 11:17:23 |
| 20   but let's put the next question and answer on the | 11:17:24 |
| 21   confidential portion of the record. | 11:17:29 |
| 22       Let's go off the record so we can change | 11:17:31 |
| 23   the tape. | 11:17:33 |
| 24       MR. KAPLAN:  Okay.  Counsel, would this | 11:17:35 |
| 25   be a good time to take a break -- | 11:17:36 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

91

| | | |
|---|---|---|
| 1 | MR. HUDIS: Yes. | 11:17:39 |
| 2 | MR. KAPLAN: -- to stretch our legs? | 11:17:39 |
| 3 | MR. HUDIS: Yes. | 11:17:41 |
| 4 | THE VIDEOGRAPHER: Going off the record | 11:17:42 |
| 5 | at 11:17. This is the end of Tape No. 1. | 11:17:43 |
| 6 | (Whereupon, a recess was taken.) | 11:17:48 |
| 7 | THE VIDEOGRAPHER: Here begins Tape | 11:30:57 |
| 8 | No. 2 in the deposition of James Fruchterman. We | 11:30:58 |
| 9 | are back on the record at 11:31. | 11:31:02 |
| 10 | MR. KAPLAN: So, Counsel, pursuant to | 11:31:08 |
| 11 | paragraph 1E of the protective order in this | 11:31:10 |
| 12 | action, we agree to provisionally designate the | 11:31:12 |
| 13 | transcript as confidential for 30 days and shall | 11:31:15 |
| 14 | make such specific designations of the transcript | 11:31:20 |
| 15 | before the end of that time. I may have gotten | 11:31:23 |
| 16 | that paragraph number wrong, but under the | 11:31:26 |
| 17 | protective order. | 11:31:28 |
| 18 | MR. HUDIS: Agreed. | 11:31:32 |
| 19 | MR. KAPLAN: Thank you. | 11:31:33 |
| 20 | BY MR. HUDIS: | 11:31:33 |
| 21 | Q. So, Mr. Fruchterman, my last question to | 11:31:34 |
| 22 | you was whether the Bookshelf mark had been | 11:31:36 |
| 23 | registered with the U.S. Patent and Trademark | 11:31:43 |
| 24 | Office by someone else. | 11:31:45 |
| 25 | A. Yes. | 11:31:47 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

92

| | | |
|---|---|---|
| 1 | Q.    All right.  And to the best of your | 11:31:47 |
| 2 | knowledge, who registered the mark with the | 11:31:49 |
| 3 | trademark office? | 11:31:52 |
| 4 | A.    I don't remember which company.  It was | 11:31:53 |
| 5 | a big company. | 11:31:56 |
| 6 | Q.    But you don't remember whom? | 11:32:04 |
| 7 | A.    No.  I -- I wouldn't care to guess. | 11:32:06 |
| 8 | Q.    Anything that would refresh your | 11:32:10 |
| 9 | recollection? | 11:32:11 |
| 10 | A.    A public registration of the term | 11:32:13 |
| 11 | "Bookshelf" as it applies in the digital world, or | 11:32:16 |
| 12 | something along those lines. | 11:32:23 |
| 13 | Q.    Was the software code for the Bookshelf | 11:32:24 |
| 14 | product registered with the U.S. Copyright Office? | 11:32:25 |
| 15 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:32:28 |
| 16 | foundation.  Calls for a legal conclusion. | 11:32:29 |
| 17 | THE WITNESS:  No.  And Bookshelf was a | 11:32:32 |
| 18 | feature, not really a product. | 11:32:34 |
| 19 | BY MR. HUDIS: | 11:32:38 |
| 20 | Q.    And why do you describe it as a feature? | 11:32:39 |
| 21 | A.    Well, it's part of the Bookshare site | 11:32:43 |
| 22 | code, and there are many, many things that the | 11:32:48 |
| 23 | Bookshare site code does, and this was just one | 11:32:52 |
| 24 | thing.  It -- it -- it makes no sense apart from | 11:32:56 |
| 25 | Bookshare. | 11:32:59 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

93

| | | |
|---|---|---|
| 1 | Q.    And it's purpose is to organize | 11:33:03 |
| 2 | selections by the reader? | 11:33:08 |
| 3 | MR. KAPLAN:  Objection.  Vague. | 11:33:11 |
| 4 | THE WITNESS:  I believe the primary | 11:33:13 |
| 5 | purpose of this feature was to make it easier for | 11:33:14 |
| 6 | teachers to assign a list of materials for a | 11:33:18 |
| 7 | student to read. | 11:33:22 |
| 8 | BY MR. HUDIS: | 11:33:23 |
| 9 | Q.    And Bookshelf, to the best of your | 11:33:23 |
| 10 | recollection, is now offered as a feature under | 11:33:25 |
| 11 | the name Reading Lists? | 11:33:28 |
| 12 | A.    Correct. | 11:33:31 |
| 13 | Q.    Are any of -- is the Read2Go product | 11:33:35 |
| 14 | offered for a fee? | 11:33:46 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 11:33:49 |
| 16 | THE WITNESS:  No. | 11:33:53 |
| 17 | BY MR. HUDIS: | 11:33:57 |
| 18 | Q.    Is the Go Read product offered for a | 11:33:57 |
| 19 | fee? | 11:33:59 |
| 20 | A.    Okay.  I want -- | 11:34:00 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 11:34:01 |
| 22 | THE WITNESS:  I want to correct my | 11:34:02 |
| 23 | testimony. | 11:34:03 |
| 24 | BY MR. KAPLAN: | 11:34:04 |
| 25 | Q.    Please. | 11:34:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

94

1      A.     Okay.   We're talking about two different     11:34:04

2    eBook readers.                                          11:34:05

3      Q.     Right.                                         11:34:07

4      A.     And the first question you asked was is        11:34:08

5    the Read2Go product offered for a fee.                  11:34:09

6      Q.     For a fee?                                      11:34:12

7      A.     And the correct answer is, yes.  It's          11:34:14

8    listed in the Apple App Store for a fee.                11:34:16

9            And your -- the question that was               11:34:30

10   pending was whether Go Read was offered for a fee.      11:34:31

11   And the answer is, no, it is not offered for a          11:34:35

12   fee.  It's available for free.                          11:34:36

13     Q.     Is the Bookshare Web Reader offered for        11:34:46

14   a fee?                                                  11:34:49

15            MR. KAPLAN:  Objection.  Vague.                11:34:51

16            THE WITNESS:  Not for a separate fee.          11:34:53

17   BY MR. KAPLAN:                                          11:34:58

18     Q.     Is it part of the fee that one would pay       11:34:58

19   to become a member of Bookshare?                        11:35:10

20            MR. KAPLAN:  Objection.  Vague.                11:35:13

21            THE WITNESS:  The web reader is part of        11:35:21

22   the Bookshare web site.  Whether or not you need        11:35:23

23   to pay a fee depends on the material you read and       11:35:27

24   whether or not a third party is effectively paying      11:35:31

25   for your fee, your subscription fee.                    11:35:35

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

95

| | | |
|---|---|---|
| 1 | BY MR. KAPLAN: | 11:35:41 |
| 2 |     Q.    So if a third party does not pay the | 11:35:41 |
| 3 | user subscription fee, would a Bookshare member | 11:35:44 |
| 4 | have to pay for the Bookshare Web Reader? | 11:35:50 |
| 5 |         MR. KAPLAN:  Objection.  Incomplete | 11:35:52 |
| 6 | hypothetical.  Vague.  Lacks foundation. | 11:35:55 |
| 7 | Argumentative. | 11:35:57 |
| 8 |         THE WITNESS:  If they wish to read | 11:35:58 |
| 9 | copyrighted material. | 11:36:00 |
| 10 | BY MR. KAPLAN: | 11:36:11 |
| 11 |     Q.    If the user wishes to read copyrighted | 11:36:12 |
| 12 | material, then there would be a fee associated | 11:36:15 |
| 13 | with the user using the Bookshare Web Reader? | 11:36:17 |
| 14 |         MR. KAPLAN:  Objection.  Incomplete | 11:36:23 |
| 15 | hypothetical.  Misstates the testimony.  Vague. | 11:36:26 |
| 16 | Lacks foundation. | 11:36:28 |
| 17 |         THE WITNESS:  Bookshare is a | 11:36:30 |
| 18 | subscription web site.  If you are a subscriber, | 11:36:31 |
| 19 | the Bookshare Web Reader is a feature of that web | 11:36:39 |
| 20 | site that is included in your subscription, much | 11:36:41 |
| 21 | as your Reading Lists are included as a feature of | 11:36:51 |
| 22 | the web site's operation. | 11:36:53 |
| 23 | BY MR. KAPLAN: | 11:36:55 |
| 24 |     Q.    Separate and apart from the subscription | 11:36:56 |
| 25 | fee for Bookshare, does, in any circumstance, the | 11:36:58 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

96

| | | |
|---|---|---|
| 1 | user pay a separate fee for the Bookshare web | 11:37:05 |
| 2 | reader? | 11:37:08 |
| 3 | MR. KAPLAN:  Objection.  Vague. | 11:37:08 |
| 4 | Argumentative.  Lacks foundation. | 11:37:09 |
| 5 | THE WITNESS:  Not by Benetech. | 11:37:15 |
| 6 | BY MR. HUDIS: | 11:37:17 |
| 7 | Q.    Would somebody else charge that fee? | 11:37:17 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 11:37:20 |
| 9 | THE WITNESS:  It's an open source | 11:37:23 |
| 10 | product, to my knowledge, and under open source | 11:37:24 |
| 11 | licensing, it is possible for someone to grab a | 11:37:32 |
| 12 | piece of open source code and, within the | 11:37:34 |
| 13 | constraints of that license, charge some fees. | 11:37:37 |
| 14 | I'm not aware of anyone doing that at this moment. | 11:37:46 |
| 15 | BY MR. HUDIS: | 11:37:50 |
| 16 | Q.    And what used to be Bookshelf, now | 11:37:50 |
| 17 | Reading Lists, is a feature of the Bookshare | 11:37:52 |
| 18 | service? | 11:37:56 |
| 19 | MR. KAPLAN:  Objection.  Argumentative. | 11:37:56 |
| 20 | Vague. | 11:37:58 |
| 21 | THE WITNESS:  Yes. | 11:38:00 |
| 22 | BY MR. HUDIS: | 11:38:01 |
| 23 | Q.    Is a separate fee charged for Reading | 11:38:02 |
| 24 | Lists? | 11:38:05 |
| 25 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:38:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

97

| | | |
|---|---|---|
| 1 | foundation.  Argumentative. | 11:38:06 |
| 2 | THE WITNESS:  No. | 11:38:08 |
| 3 | BY MR. HUDIS: | 11:38:08 |
| 4 | Q.   Was a separate fee charged for | 11:38:09 |
| 5 | Bookshelf? | 11:38:10 |
| 6 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:38:11 |
| 7 | foundation.  Argumentative. | 11:38:12 |
| 8 | THE WITNESS:  No. | 11:38:14 |
| 9 | BY MR. HUDIS: | 11:38:16 |
| 10 | Q.   Do I understand correctly that Read2Go | 11:38:37 |
| 11 | is an eReader for an Apple product? | 11:38:39 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 11:38:43 |
| 13 | THE WITNESS:  Yes. | 11:38:44 |
| 14 | BY MR. HUDIS: | 11:38:46 |
| 15 | Q.   All right.  Can anyone acquire Read2Go | 11:38:48 |
| 16 | for use with an Apple product or must the person | 11:38:51 |
| 17 | show proof of a print disability? | 11:38:55 |
| 18 | MR. KAPLAN:  Objection.  Compound. | 11:38:58 |
| 19 | Lacks foundation.  Vague. | 11:39:01 |
| 20 | THE WITNESS:  Anyone can purchase the | 11:39:07 |
| 21 | product online without showing proof of | 11:39:09 |
| 22 | disability. | 11:39:12 |
| 23 | BY MR. HUDIS: | 11:39:12 |
| 24 | Q.   Is that also true for Go Read? | 11:39:13 |
| 25 | MR. KAPLAN:  Objection.  Lacks | 11:39:15 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

98

| | | |
|---|---|---|
| 1 | foundation.  Vague. | 11:39:16 |
| 2 | THE WITNESS:  Anyone is able to download | 11:39:20 |
| 3 | Go Read and use it to read any material. | 11:39:22 |
| 4 | BY MR. HUDIS: | 11:39:25 |
| 5 | Q.   Without -- without showing proof of | 11:39:25 |
| 6 | print disability? | 11:39:29 |
| 7 | A.   That is correct. | 11:39:29 |
| 8 | (Whereupon, Deposition Exhibit 54 was | 11:39:50 |
| 9 | marked for identification.) | 11:39:50 |
| 10 | MR. HUDIS:  Mr. Fruchterman, I now show | 11:39:50 |
| 11 | you what's been marked as Exhibit Fruchterman 54. | 11:40:11 |
| 12 | Counsel, just to speed up, I will | 11:40:15 |
| 13 | represent this was prepared by my office from | 11:40:17 |
| 14 | publicly available information. | 11:40:20 |
| 15 | MR. KAPLAN:  Thank you. | 11:40:23 |
| 16 | BY MR. HUDIS: | 11:40:24 |
| 17 | Q.   Mr. Fruchterman, could you please look | 11:40:26 |
| 18 | at pages 1 through 3 of Exhibit 54.  And I ask | 11:40:29 |
| 19 | you, do you recognize these as registered | 11:40:37 |
| 20 | trademarks of Beneficent Technology, Inc.? | 11:40:40 |
| 21 | A.   Yes. | 11:40:49 |
| 22 | Q.   And on page 4 of Exhibit 54, do you | 11:40:50 |
| 23 | recognize Martus client software as a registered | 11:40:53 |
| 24 | copyright owned by Beneficent Technology, Inc.? | 11:40:56 |
| 25 | A.   Yes. | 11:41:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

99

| | | |
|---|---|---|
| 1 | Q.    Mr. Fruchterman, what is Bookshare's | 11:41:13 |
| 2 | University Partnership Program? | 11:41:16 |
| 3 | MR. KAPLAN:  Objection.  Argumentative. | 11:41:21 |
| 4 | Lacks foundation.  Vague. | 11:41:23 |
| 5 | THE WITNESS:  It's a program where | 11:41:31 |
| 6 | universities that have scanned books for students | 11:41:33 |
| 7 | can add them to the Bookshare collection so that | 11:41:38 |
| 8 | other people don't have to scan the same work, to | 11:41:43 |
| 9 | make it accessible to people with disabilities. | 11:41:46 |
| 10 | BY MR. HUDIS: | 11:41:50 |
| 11 | Q.    Print disabilities? | 11:41:50 |
| 12 | A.    Correct. | 11:41:51 |
| 13 | Q.    When was the Bookshare University | 11:41:52 |
| 14 | Partnership Program started? | 11:41:54 |
| 15 | MR. KAPLAN:  Objection.  Lacks | 11:41:58 |
| 16 | foundation. | 11:41:59 |
| 17 | THE WITNESS:  I don't know a precise | 11:41:59 |
| 18 | date.  In the last six years. | 11:42:00 |
| 19 | BY MR. HUDIS: | 11:42:03 |
| 20 | Q.    Around 2009 maybe? | 11:42:03 |
| 21 | MR. KAPLAN:  Objection.  Asked and | 11:42:07 |
| 22 | answered.  Lacks foundation. | 11:42:07 |
| 23 | THE WITNESS:  I don't have an exact date | 11:42:09 |
| 24 | for you. | 11:42:10 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

100

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 11:42:11 |
| 2 | Q.   To the best of your knowledge, which | 11:42:11 |
| 3 | major publishers have agreed to donate digital | 11:42:14 |
| 4 | files of their books to Bookshare? | 11:42:16 |
| 5 | MR. KAPLAN:  Objection.  Argumentative. | 11:42:18 |
| 6 | Lacks foundation.  Vague. | 11:42:19 |
| 7 | THE WITNESS:  More than 500 publishers | 11:42:20 |
| 8 | have done so.  HarperCollins, Simon & Schuster, | 11:42:23 |
| 9 | Random House, Penguin.  But I don't want to | 11:42:30 |
| 10 | characterize a publisher as not major by omission | 11:42:36 |
| 11 | from my list. | 11:42:39 |
| 12 | BY MR. HUDIS: | 11:42:47 |
| 13 | Q.   Before becoming part of Bookshare's | 11:42:47 |
| 14 | University Partnership Program, did any of the | 11:42:49 |
| 15 | publishers express to you concern about the | 11:42:51 |
| 16 | sighted community taking unfair advantage by | 11:42:56 |
| 17 | downloading from Bookshare's -- from Bookshare the | 11:42:59 |
| 18 | digital files of their books without permission or | 11:43:02 |
| 19 | payment? | 11:43:04 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 11:43:06 |
| 21 | THE WITNESS:  Yes. | 11:43:19 |
| 22 | BY MR. HUDIS: | 11:43:20 |
| 23 | Q.   Which of the publishers -- which of the | 11:43:23 |
| 24 | publishers expressed such a concern? | 11:43:25 |
| 25 | MR. KAPLAN:  Objection.  Lacks | 11:43:28 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

101

| | | |
|---|---|---|
| 1 | foundation. | 11:43:29 |
| 2 | THE WITNESS:  To the best of my | 11:43:35 |
| 3 | recollection, it would have been a higher ed | 11:43:36 |
| 4 | publisher. | 11:43:41 |
| 5 | BY MR. HUDIS: | 11:43:43 |
| 6 | Q.    Do you remember the name of the higher | 11:43:43 |
| 7 | ed publisher? | 11:43:48 |
| 8 | A.    I do not. | 11:43:50 |
| 9 | Q.    What, if anything, did they say to you? | 11:43:50 |
| 10 | MR. KAPLAN:  Objection.  Lacks | 11:43:52 |
| 11 | foundation. | 11:43:53 |
| 12 | THE WITNESS:  We've had many | 11:43:56 |
| 13 | conversations with publishers.  And your question | 11:43:57 |
| 14 | touches effectively on whether someone without a | 11:44:11 |
| 15 | qualifying disability can sign up for Bookshare. | 11:44:14 |
| 16 | And so publishers would ask us questions | 11:44:24 |
| 17 | about our sign-up process and about our mechanisms | 11:44:28 |
| 18 | to prevent nondisabled people from signing up for | 11:44:36 |
| 19 | Bookshare.  So I'd say we certainly have had | 11:44:42 |
| 20 | conversations about those processes. | 11:44:45 |
| 21 | BY MR. HUDIS: | 11:44:46 |
| 22 | Q.    And when such concerns were expressed to | 11:44:47 |
| 23 | you, what did you tell those publishers about | 11:44:49 |
| 24 | Bookshare's sign-up process? | 11:44:53 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 11:44:57 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

102

| | | |
|---|---|---|
| 1 | THE WITNESS:  We discussed at length the | 11:44:59 |
| 2 | mechanisms by which people provide proof of | 11:45:02 |
| 3 | disability. | 11:45:08 |
| 4 | BY MR. HUDIS: | 11:45:09 |
| 5 | Q.   And after providing that explanation to | 11:45:10 |
| 6 | the publishers, were they satisfied with the | 11:45:13 |
| 7 | explanations and, as a result, went forward by | 11:45:18 |
| 8 | joining Bookshare's University Partnership | 11:45:22 |
| 9 | Program? | 11:45:23 |
| 10 | MR. KAPLAN:  Objection.  Vague.  Calls | 11:45:26 |
| 11 | for speculation.  Lacks foundation.  Compound. | 11:45:27 |
| 12 | THE WITNESS:  That question actually | 11:45:32 |
| 13 | doesn't make sense as structured. | 11:45:32 |
| 14 | BY MR. HUDIS: | 11:45:34 |
| 15 | Q.   Okay. | 11:45:34 |
| 16 | A.   Because the University Partners Program | 11:45:34 |
| 17 | is not a publisher program.  It's a university | 11:45:37 |
| 18 | program separate from publishers and separate from | 11:45:40 |
| 19 | university presses.  So the question doesn't hold | 11:45:43 |
| 20 | together. | 11:45:46 |
| 21 | Q.   So -- so the entities that expressed | 11:45:47 |
| 22 | concerns with -- if any, with Bookshare's | 11:45:52 |
| 23 | University Partnership Program were not the | 11:45:55 |
| 24 | universities, but it was the publishers? | 11:45:57 |
| 25 | A.   Correct. | 11:45:58 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

103

| | | |
|---|---|---|
| 1 | Q.    All right.  And after you gave them an | 11:45:59 |
| 2 | explanation about the sign-up process for | 11:46:06 |
| 3 | Bookshare, did the publishers allow their | 11:46:07 |
| 4 | publications to be offered as part of the | 11:46:11 |
| 5 | University Partnership Program? | 11:46:14 |
| 6 | MR. KAPLAN:  Objection.  Argumentative. | 11:46:18 |
| 7 | Vague.  Lacks foundation. | 11:46:20 |
| 8 | THE WITNESS:  Still, that question | 11:46:21 |
| 9 | doesn't make sense. | 11:46:21 |
| 10 | BY MR. HUDIS: | 11:46:23 |
| 11 | Q.    Okay.  What doesn't make -- what would | 11:46:23 |
| 12 | make your understanding of my question clearer? | 11:46:24 |
| 13 | MR. KAPLAN:  Objection.  Calls for | 11:46:32 |
| 14 | speculation.  Vague. | 11:46:32 |
| 15 | THE WITNESS:  Okay.  You keep linking | 11:46:36 |
| 16 | the University Partners Program to publishers. | 11:46:37 |
| 17 | BY MR. HUDIS: | 11:46:40 |
| 18 | Q.    Right. | 11:46:40 |
| 19 | A.    They're not linked.  So any time you ask | 11:46:41 |
| 20 | me a question about publishers and then the | 11:46:44 |
| 21 | University Partners Program, I just have to say, | 11:46:45 |
| 22 | sorry, that -- those don't go together.  Those are | 11:46:47 |
| 23 | apples and oranges. | 11:46:51 |
| 24 | Do you want to just talk about | 11:46:54 |
| 25 | publishers? | 11:46:55 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

104

| | | |
|---|---|---|
| 1 | Q. Sure. | 11:46:56 |
| 2 | A. Let's talk about that. | 11:46:57 |
| 3 | Q. Well -- fine. | 11:46:57 |
| 4 | So you had whole libraries as part of | 11:46:58 |
| 5 | the University Partnership Program who digitized | 11:47:01 |
| 6 | the works in their collections and made them | 11:47:04 |
| 7 | available as part of Bookshare, correct? | 11:47:06 |
| 8 | MR. KAPLAN: Objection. Misstates | 11:47:09 |
| 9 | testimony. Vague. | 11:47:10 |
| 10 | THE WITNESS: No, that's not what I've | 11:47:11 |
| 11 | said. | 11:47:12 |
| 12 | BY MR. HUDIS: | 11:47:13 |
| 13 | Q. All right. How does the University | 11:47:13 |
| 14 | Partnership Program work? | 11:47:15 |
| 15 | A. So let's break this into two halves. | 11:47:20 |
| 16 | Q. Sure. | 11:47:24 |
| 17 | A. The interaction with the disabled | 11:47:24 |
| 18 | student and the interaction with Bookshare. | 11:47:26 |
| 19 | So universities -- many universities | 11:47:29 |
| 20 | have a disabled student services center that is | 11:47:32 |
| 21 | responsible for responding to accommodation | 11:47:35 |
| 22 | requests from students with disabilities. | 11:47:40 |
| 23 | A common request is that a | 11:47:43 |
| 24 | print-disabled student will come to the disabled | 11:47:47 |
| 25 | student services office and say, "I need this book | 11:47:50 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

105

| | | |
|---|---|---|
| 1 | for my class." | 11:47:53 |
| 2 | There are many different ways that a | 11:47:58 |
| 3 | disabled student services office can fulfill that | 11:48:00 |
| 4 | request.  One of the possible ways, and generally | 11:48:04 |
| 5 | one that they don't prefer to go for if they can | 11:48:07 |
| 6 | avoid it, is to scan the entire book.  They scan | 11:48:11 |
| 7 | that entire book and provide it to the student, | 11:48:14 |
| 8 | satisfying their obligation to the student. | 11:48:17 |
| 9 | Now, a university disabled student | 11:48:24 |
| 10 | services office can voluntarily sign up for the | 11:48:26 |
| 11 | University Partners Program on behalf of their | 11:48:31 |
| 12 | university, going through whatever process, and | 11:48:35 |
| 13 | send Bookshare copies of accessible versions of | 11:48:37 |
| 14 | textbooks or books needed for education and add | 11:48:43 |
| 15 | them to the -- and we will add them to the | 11:48:47 |
| 16 | Bookshare collection as a way to save potentially | 11:48:49 |
| 17 | other universities from having to scan the same | 11:48:56 |
| 18 | book at expense and delay.  So that's how that | 11:48:58 |
| 19 | program works. | 11:49:02 |
| 20 | Q.    Thank you for that explanation. | 11:49:09 |
| 21 | A.    Mh-hmm. | 11:49:11 |
| 22 | Q.    Now, if I am a publisher of one of those | 11:49:13 |
| 23 | books -- | 11:49:16 |
| 24 | A.    Yes. | 11:49:17 |
| 25 | Q.    -- I might have a problem with -- if | 11:49:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

106

1    there weren't proper safeguards in place -- having      11:49:21

2    my text made part of Bookshare so that the sighted      11:49:27

3    community takes unfair advantage.                       11:49:38

4           Now, my question goes back to --                 11:49:40

5       A.    Mh-hmm.                                         11:49:42

6       Q.    -- did any of the publishers express a         11:49:42

7    concern with the University Partnership Program by      11:49:46

8    having their books made available on Bookshare?         11:49:51

9           MR. KAPLAN:  Objection.  Vague.                   11:49:57

10   Argumentative.  Lacks foundation.                       11:50:00

11          THE WITNESS:  No.                                 11:50:06

12   BY MR. HUDIS:                                            11:50:07

13      Q.    Why not?                                        11:50:07

14          MR. KAPLAN:  Objection.  Calls for                11:50:09

15   speculation.  Lacks foundation.  Vague.                 11:50:10

16          THE WITNESS:  In my earlier testimony            11:50:13

17   where we had conversations with publishers about        11:50:15

18   our qualification processes, the University             11:50:18

19   Partnership Program never came up.                      11:50:21

20   BY MR. HUDIS:                                            11:50:26

21      Q.    Okay.  What is Benetech's Route 66             11:50:30

22   Literacy Project?                                        11:50:33

23          MR. KAPLAN:  Objection.  Argumentative.          11:50:35

24   Lacks foundation.                                        11:50:36

25          THE WITNESS:  It's a project to help             11:50:40

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

107

| | | |
|---|---|---|
| 1 | people with developmental disabilities learn how | 11:50:41 |
| 2 | to read. | 11:50:45 |
| 3 | BY MR. HUDIS: | 11:50:49 |
| 4 | Q.    And is the program web-based? | 11:50:50 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 11:50:52 |
| 6 | THE WITNESS:  Yes. | 11:50:53 |
| 7 | BY MR. HUDIS: | 11:50:54 |
| 8 | Q.    Is the uploading of copyrighted text | 11:50:59 |
| 9 | part of the Route 66 Literacy Project? | 11:51:01 |
| 10 | MR. KAPLAN:  Objection.  Vague.  Calls | 11:51:07 |
| 11 | for a legal conclusion.  Lacks foundation. | 11:51:08 |
| 12 | THE WITNESS:  Route 66 focuses on openly | 11:51:18 |
| 13 | licensed content, both pictures and text.  We -- | 11:51:24 |
| 14 | sorry.  I'll wait for your next question. | 11:51:37 |
| 15 | BY MR. HUDIS: | 11:51:42 |
| 16 | Q.    Oh, I was going to let you finish your | 11:51:42 |
| 17 | answer.  I'm sorry. | 11:51:44 |
| 18 | A.    Maybe you should restate the question to | 11:51:45 |
| 19 | make sure I've answered it completely. | 11:51:48 |
| 20 | Q.    Well, you said that Route 66 -- that the | 11:51:50 |
| 21 | Route 66 Literacy Project is deployed using openly | 11:51:52 |
| 22 | licensed content, pictures and text. | 11:52:00 |
| 23 | A.    Correct. | 11:52:03 |
| 24 | Q.    In what way? | 11:52:05 |
| 25 | MR. KAPLAN:  Objection.  Misstates | 11:52:05 |

CONTAINS CONFIDENTIAL INFORMATION

108

| | | |
|---|---|---|
| 1 | testimony.  Vague. | 11:52:06 |
| 2 | THE WITNESS:  It's a community of people | 11:52:13 |
| 3 | that want to help people with developmental | 11:52:14 |
| 4 | disabilities learn to read. | 11:52:17 |
| 5 | BY MR. HUDIS: | 11:52:18 |
| 6 | Q.    Using openly licensed content? | 11:52:18 |
| 7 | A.    And if they provide the content to Route | 11:52:21 |
| 8 | 66, it's on the understanding that it be openly | 11:52:24 |
| 9 | licensed. | 11:52:29 |
| 10 | Q.    What is Martus? | 11:52:29 |
| 11 | MR. KAPLAN:  Objection.  Lacks | 11:52:33 |
| 12 | foundation. | 11:52:34 |
| 13 | THE WITNESS:  Martus is our software for | 11:52:35 |
| 14 | human rights activists. | 11:52:36 |
| 15 | BY MR. HUDIS: | 11:52:42 |
| 16 | Q.    And it's used to capture and effectively | 11:52:42 |
| 17 | use human rights violations data? | 11:52:44 |
| 18 | A.    Primarily, yes. | 11:52:49 |
| 19 | Q.    Now, let's turn to the specifics of | 11:52:53 |
| 20 | Bookshare. | 11:52:56 |
| 21 | A.    Mh-hmm. | 11:52:56 |
| 22 | Q.    Since its founding in 2002, who has been | 11:52:57 |
| 23 | eligible to join Bookshare? | 11:53:01 |
| 24 | MR. KAPLAN:  Objection.  Lacks | 11:53:05 |
| 25 | foundation.  Vague. | 11:53:06 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

109

| | | |
|---|---|---|
| 1 | THE WITNESS:  The primary beneficiary of | 11:53:12 |
| 2 | Bookshare is a person with a qualifying print | 11:53:16 |
| 3 | disability. | 11:53:20 |
| 4 | BY MR. HUDIS: | 11:53:29 |
| 5 | Q.    And how is one who has a qualifying | 11:53:29 |
| 6 | print disability determined? | 11:53:33 |
| 7 | A.    By a professional who meets the | 11:53:39 |
| 8 | competent authority requirements under U.S. law | 11:53:44 |
| 9 | and regulation as having the professional | 11:53:49 |
| 10 | credentials to make that assessment. | 11:53:54 |
| 11 | Q.    So it's a medical professional? | 11:53:56 |
| 12 | A.    No. | 11:54:02 |
| 13 | Q.    Please, in this context, define | 11:54:02 |
| 14 | "competent authority." | 11:54:04 |
| 15 | A.    I can't quote the precise language, but | 11:54:06 |
| 16 | it includes doctors, optometrists.  Let's see. | 11:54:11 |
| 17 | People with specialized expertise in disabilities. | 11:54:24 |
| 18 | Educational psychologists. | 11:54:29 |
| 19 | But I'm not giving you the complete list | 11:54:32 |
| 20 | that comes from the statutory regulations.  This | 11:54:33 |
| 21 | is publicly available regulatory information.  And | 11:54:38 |
| 22 | the term of art is "competent authority." | 11:54:44 |
| 23 | Q.    And that's defined by statute? | 11:54:48 |
| 24 | A.    That's my understanding.  Or the | 11:54:50 |
| 25 | supporting regulations. | 11:54:51 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

110

| | |
|---|---|
| 1 | Q. Is there an initial setup fee charged to | 11:54:52 |
| 2 | members when they join Bookshare? | 11:54:55 |
| 3 | MR. KAPLAN: Objection. Vague. Lacks | 11:54:57 |
| 4 | foundation. | 11:54:58 |
| 5 | THE WITNESS: A small proportion of our | 11:55:01 |
| 6 | users do pay an initial setup fee. | 11:55:03 |
| 7 | BY MR. HUDIS: | 11:55:07 |
| 8 | Q. And that's $25? | 11:55:07 |
| 9 | A. In the United States and other wealthy | 11:55:11 |
| 10 | countries, yes. | 11:55:13 |
| 11 | Q. Is there an ongoing membership fee | 11:55:16 |
| 12 | charged to Bookshare members? | 11:55:18 |
| 13 | MR. KAPLAN: Objection. Vague. Lacks | 11:55:20 |
| 14 | foundation. | 11:55:21 |
| 15 | THE WITNESS: For those that are paying | 11:55:22 |
| 16 | for their own membership, yes. | 11:55:23 |
| 17 | BY MR. HUDIS: | 11:55:25 |
| 18 | Q. And that's $50 a year? | 11:55:25 |
| 19 | MR. KAPLAN: Objection. Vague. | 11:55:28 |
| 20 | THE WITNESS: In the United States and | 11:55:29 |
| 21 | other wealthy countries. | 11:55:29 |
| 22 | BY MR. HUDIS: | 11:55:32 |
| 23 | Q. Are some members eligible to receive | 11:55:34 |
| 24 | Bookshare services for free? | 11:55:37 |
| 25 | A. Yes. | 11:55:41 |

CONTAINS CONFIDENTIAL INFORMATION

111

| | | |
|---|---|---|
| 1 | Q.    Who? | 11:55:41 |
| 2 | A.    Those that have their membership paid | 11:55:44 |
| 3 | for by a third party. | 11:55:47 |
| 4 | Q.    If they're not paying on their own and | 11:55:50 |
| 5 | their fees are not paid by a third party, are | 11:55:53 |
| 6 | there members of Bookshare who can receive | 11:55:57 |
| 7 | Bookshare services for free? | 11:56:01 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 11:56:03 |
| 9 | THE WITNESS:  Yes.  We occasionally give | 11:56:12 |
| 10 | someone who would otherwise have to pay a | 11:56:15 |
| 11 | complimentary membership. | 11:56:17 |
| 12 | BY MR. HUDIS: | 11:56:21 |
| 13 | Q.    Is that the exception or the rule? | 11:56:21 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 11:56:24 |
| 15 | THE WITNESS:  We sometimes run programs | 11:56:26 |
| 16 | where we say for the next 90 days, you can get a | 11:56:27 |
| 17 | free membership to Bookshare if you qualify.  And | 11:56:33 |
| 18 | then we hope that you continue to subscribe, | 11:56:36 |
| 19 | so ... | 11:56:38 |
| 20 | BY MR. HUDIS: | 11:56:41 |
| 21 | Q.    Besides fees, from where else does | 11:56:41 |
| 22 | Bookshare get its funding, if anyplace? | 11:56:44 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 11:56:48 |
| 24 | THE WITNESS:  Government contracts. | 11:56:51 |
| 25 | Foundation grants.  Individual donations.  Similar | 11:56:52 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

112

| | | |
|---|---|---|
| 1 | philanthropy. | 11:57:04 |
| 2 | BY MR. HUDIS: | 11:57:05 |
| 3 | Q.    And part of the Bookshare's funding has | 11:57:06 |
| 4 | come from the Department of Education special | 11:57:09 |
| 5 | education programs? | 11:57:11 |
| 6 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:57:13 |
| 7 | foundation. | 11:57:14 |
| 8 | THE WITNESS:  Correct.  A major funder | 11:57:15 |
| 9 | is the Office of Special Education Programs at the | 11:57:16 |
| 10 | U.S. Department of Education. | 11:57:20 |
| 11 | BY MR. HUDIS: | 11:57:23 |
| 12 | Q.    From where does Bookshare obtain the | 11:57:23 |
| 13 | textual reading content to provide to its members? | 11:57:26 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 11:57:31 |
| 15 | Argumentative. | 11:57:32 |
| 16 | THE WITNESS:  At this time, the majority | 11:57:39 |
| 17 | of the Bookshare collection has been supplied by | 11:57:41 |
| 18 | publishers under voluntary agreements. | 11:57:44 |
| 19 | BY MR. HUDIS: | 11:57:54 |
| 20 | Q.    Was that always the case? | 11:57:55 |
| 21 | A.    No. | 11:57:58 |
| 22 | Q.    Prior to the publisher supplying their | 11:58:01 |
| 23 | content under voluntary agreements, how did | 11:58:05 |
| 24 | Bookshare obtain textual reading material to | 11:58:09 |
| 25 | provide to its members? | 11:58:12 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

113

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Misstates | 11:58:14 |
| 2 | testimony.  Argumentative.  Vague.  Lacks | 11:58:15 |
| 3 | foundation. | 11:58:16 |
| 4 | THE WITNESS:  Volunteer scanning. | 11:58:19 |
| 5 | BY MR. HUDIS: | 11:58:38 |
| 6 | Q.   If you know, how -- what portion of the | 11:58:38 |
| 7 | content available on Bookshare today is | 11:58:41 |
| 8 | copyrighted content? | 11:58:45 |
| 9 | MR. KAPLAN:  Objection.  Calls for a | 11:58:47 |
| 10 | legal conclusion.  Lacks foundation.  Vague. | 11:58:47 |
| 11 | THE WITNESS:  I would estimate over | 11:58:54 |
| 12 | 95 percent is copyrighted content. | 11:58:55 |
| 13 | BY MR. HUDIS: | 11:59:08 |
| 14 | Q.   Once Bookshare obtains the textual | 11:59:08 |
| 15 | reading content, if it's in printed form, what | 11:59:11 |
| 16 | does Bookshare or its volunteers do with it? | 11:59:14 |
| 17 | MR. KAPLAN:  Objection.  Vague.  Lacks | 11:59:17 |
| 18 | foundation. | 11:59:23 |
| 19 | THE WITNESS:  If we receive a book in | 11:59:24 |
| 20 | printed form, we take off its binding, chop the | 11:59:27 |
| 21 | binding off, put it through a high-speed scanner, | 11:59:35 |
| 22 | perform optical character recognition on it, and | 11:59:39 |
| 23 | then someone proofreads it. | 11:59:43 |
| 24 | It goes through generally an automated | 11:59:48 |
| 25 | quality control assessment and then gets added to | 11:59:52 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

114

| | | |
|---|---|---|
| 1 | our collection of books available to our users. | 11:59:56 |
| 2 | BY MR. HUDIS: | 11:59:58 |
| 3 | Q.   What's part of that quality control | 11:59:59 |
| 4 | assessment? | 12:00:00 |
| 5 | MR. KAPLAN:  Objection.  Argumentative. | 12:00:02 |
| 6 | Vague.  Lacks foundation. | 12:00:04 |
| 7 | THE WITNESS:  I'm not familiar with all | 12:00:08 |
| 8 | the tests, but if the book is supposed to have 600 | 12:00:08 |
| 9 | pages and it has one page, or 10,000, someone's | 12:00:15 |
| 10 | going to look at it. | 12:00:19 |
| 11 | If it's a religious title, and it is | 12:00:20 |
| 12 | full of swear words, it's likely to get additional | 12:00:24 |
| 13 | quality control.  So we're looking for is this | 12:00:27 |
| 14 | book as represented.  And, you know, that tends to | 12:00:30 |
| 15 | be greater on completely voluntary copies as | 12:00:38 |
| 16 | opposed to one where we were actually operating | 12:00:41 |
| 17 | the process. | 12:00:44 |
| 18 | BY MR. HUDIS: | 12:00:44 |
| 19 | Q.   Would that quality control include a | 12:00:44 |
| 20 | check to make sure none of the pages were scanned | 12:00:50 |
| 21 | upside down? | 12:00:53 |
| 22 | MR. KAPLAN:  Objection.  Incomplete | 12:00:56 |
| 23 | hypothetical.  Lacks foundation.  Vague. | 12:01:00 |
| 24 | THE WITNESS:  I would say that part of | 12:01:03 |
| 25 | our quality control processes are designed to | 12:01:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

115

| | | |
|---|---|---|
| 1 | detect missing pages, low-quality character | 12:01:08 |
| 2 | recognition.  So, yes, we're trying to spot common | 12:01:15 |
| 3 | errors. | 12:01:21 |
| 4 | BY MR. HUDIS: | 12:01:25 |
| 5 | Q.    Would upside-down pages be one of those | 12:01:25 |
| 6 | common errors? | 12:01:28 |
| 7 | A.    No. | 12:01:29 |
| 8 | MR. KAPLAN:  Objection.  Incomplete | 12:01:29 |
| 9 | hypothetical. | 12:01:32 |
| 10 | THE WITNESS:  Sorry. | 12:01:32 |
| 11 | MR. KAPLAN:  It's okay. | 12:01:33 |
| 12 | BY MR. HUDIS: | 12:01:33 |
| 13 | Q.    How about off-centered scanned pages, | 12:01:34 |
| 14 | where they're not properly centered? | 12:01:37 |
| 15 | MR. KAPLAN:  Objection.  Incomplete | 12:01:40 |
| 16 | hypothetical.  Vague. | 12:01:41 |
| 17 | THE WITNESS:  No.  The most common error | 12:01:42 |
| 18 | is a double feed, where two pages fed at once. | 12:01:44 |
| 19 | BY MR. HUDIS: | 12:01:52 |
| 20 | Q.    What type of file does the Bookshare | 12:01:52 |
| 21 | scanning process produce? | 12:01:56 |
| 22 | MR. KAPLAN:  Objection.  Argumentative. | 12:01:58 |
| 23 | Lacks foundation.  Vague. | 12:01:59 |
| 24 | THE WITNESS:  Generally -- | 12:02:01 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

116

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:02:05 |
| 2 | Q.    Go ahead. | 12:02:05 |
| 3 | A.    Generally, a Microsoft Word or RTF | 12:02:05 |
| 4 | format file. | 12:02:09 |
| 5 | Q.    Not Adobe PDF? | 12:02:14 |
| 6 | A.    No. | 12:02:20 |
| 7 | Q.    And "RTF" stands for rich text format? | 12:02:21 |
| 8 | A.    Correct. | 12:02:25 |
| 9 | Q.    As part of the process you just | 12:02:41 |
| 10 | described, the digital scan from paper to | 12:02:43 |
| 11 | electronic, what is the initial file -- what type | 12:02:46 |
| 12 | of initial file is created? | 12:02:50 |
| 13 | MR. KAPLAN:  Objection.  Vague.  Lacks | 12:02:53 |
| 14 | foundation. | 12:02:55 |
| 15 | THE WITNESS:  I believe we acquire image | 12:02:58 |
| 16 | scans as TIFF images. | 12:03:01 |
| 17 | BY MR. HUDIS: | 12:03:05 |
| 18 | Q.    Again, not PDF? | 12:03:05 |
| 19 | A.    No. | 12:03:06 |
| 20 | Q.    I should know this. | 12:03:15 |
| 21 | And "TIFF" stands for? | 12:03:18 |
| 22 | A.    I believe it's tagged image file format. | 12:03:20 |
| 23 | Q.    Once the TIFF process is created, apart | 12:03:24 |
| 24 | from the quality control that you just described, | 12:03:29 |
| 25 | what other processes, if any, does the file | 12:03:32 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

117

| | | |
|---|---|---|
| 1 | undergo? | 12:03:36 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 12:03:38 |
| 3 | Unintelligible.  Argumentative.  Lacks foundation. | 12:03:41 |
| 4 | BY MR. HUDIS: | 12:03:56 |
| 5 | Q.    I can ask the question another way if | 12:03:56 |
| 6 | you'd like, Mr. Fruchterman. | 12:03:58 |
| 7 | A.    I don't think I have anything to add to | 12:04:00 |
| 8 | the description I gave earlier. | 12:04:03 |
| 9 | Q.    All right.  Which was you take the | 12:04:05 |
| 10 | printed material, chop it off from its bindings, | 12:04:07 |
| 11 | digitally scan it, employ the OCR process, have it | 12:04:13 |
| 12 | proofread and a quality control? | 12:04:18 |
| 13 | MR. KAPLAN:  Objection.  Misstates | 12:04:20 |
| 14 | testimony. | 12:04:20 |
| 15 | THE WITNESS:  Yes.  And, of course, | 12:04:21 |
| 16 | proofreading is a quality control step that has a | 12:04:22 |
| 17 | lot of elements to it as well as the final quality | 12:04:26 |
| 18 | control step I described. | 12:04:28 |
| 19 | BY MR. HUDIS: | 12:04:39 |
| 20 | Q.    For the next series of questions, | 12:04:39 |
| 21 | Mr. Fruchterman, I need your definition of | 12:04:42 |
| 22 | "access."  And that has been a term that we have | 12:04:44 |
| 23 | litigated over the course of this legal | 12:04:48 |
| 24 | proceeding. | 12:04:52 |
| 25 | So I am talking now about a print -- | 12:04:53 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

118

| | | |
|---|---|---|
| 1 | print-disabled person having the ability to access | 12:04:58 |
| 2 | content.  In that respect, how would you define | 12:05:02 |
| 3 | "access"? | 12:05:07 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 12:05:14 |
| 5 | THE WITNESS:  So accessibility -- which | 12:05:20 |
| 6 | is how I think of this term, as opposed to access, | 12:05:28 |
| 7 | per se -- I usually focus on functional tasks that | 12:05:32 |
| 8 | a person would use on a given piece of information | 12:05:41 |
| 9 | or material. | 12:05:46 |
| 10 | BY MR. HUDIS: | 12:05:48 |
| 11 | Q.    And those functional tasks are? | 12:05:48 |
| 12 | A.    Can they get the material?  Can they | 12:05:52 |
| 13 | actually have some form of access to it without | 12:05:56 |
| 14 | regard to is it accessible or not?  Can they find | 12:05:59 |
| 15 | it?  Can they access it?  So that might be can | 12:06:02 |
| 16 | they download it? | 12:06:05 |
| 17 | Q.    So -- | 12:06:07 |
| 18 | A.    Can they -- | 12:06:07 |
| 19 | Q.    -- that part of it would you define as | 12:06:08 |
| 20 | acquisition, to obtain the content?  I want -- I | 12:06:10 |
| 21 | want your definition without using the term | 12:06:13 |
| 22 | "access." | 12:06:15 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 12:06:19 |
| 24 | Argumentative. | 12:06:20 |
| 25 | THE WITNESS:  "Acquisition" does not | 12:06:28 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

119

| | | |
|---|---|---|
| 1 | seem like the right term.  There's -- there's a | 12:06:29 |
| 2 | series of processes around obtaining an | 12:06:41 |
| 3 | information object.  Depending on -- it could be | 12:06:44 |
| 4 | handed to you physically.  It could be assigned to | 12:06:50 |
| 5 | you by your teacher with a link.  It could be that | 12:06:54 |
| 6 | you have to search a web search engine to find it. | 12:06:58 |
| 7 | You might go to Amazon and try to buy it. | 12:07:02 |
| 8 | So -- so let's say -- | 12:07:07 |
| 9 | BY MR. HUDIS: | 12:07:13 |
| 10 | Q.    That's all obtaining the content? | 12:07:14 |
| 11 | A.    Yes.  Let's say obtaining.  Okay. | 12:07:18 |
| 12 | Q.    So that's the first functional task. | 12:07:20 |
| 13 | After you obtain the content, what's | 12:07:21 |
| 14 | next? | 12:07:24 |
| 15 | A.    Can I read the content.  If it's textual | 12:07:25 |
| 16 | material, especially.  In other words, can I | 12:07:29 |
| 17 | actually acquire words in that content.  For | 12:07:33 |
| 18 | example, if it's a novel, can I read it all the | 12:07:36 |
| 19 | way from the beginning to the end. | 12:07:39 |
| 20 | Q.    Are those all the functional tasks?  Are | 12:07:41 |
| 21 | there more? | 12:07:44 |
| 22 | A.    There are more. | 12:07:45 |
| 23 | Q.    Which -- what are they? | 12:07:50 |
| 24 | A.    Accessing -- sorry.  Using the structure | 12:07:53 |
| 25 | of the document to do tasks that other people | 12:07:56 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

120

| | | |
|---|---|---|
| 1 | might do on that document.  For example, you said | 12:08:02 |
| 2 | look at page 5 of a given document.  Can the | 12:08:05 |
| 3 | person go to page 5.  Is page 5 actually in their | 12:08:10 |
| 4 | copy. | 12:08:15 |
| 5 | Q.    That would be a search function? | 12:08:17 |
| 6 | A.    It can be done either through structured | 12:08:20 |
| 7 | markup or it can be done by search.  So, for | 12:08:22 |
| 8 | example, a table of contents, an index.  It's not | 12:08:27 |
| 9 | a search function -- | 12:08:32 |
| 10 | Q.    That's a structured markup? | 12:08:32 |
| 11 | A.    That's a structure markup. | 12:08:33 |
| 12 | And so if someone says, Go to | 12:08:34 |
| 13 | Section 7.1, you know, you can flip through and | 12:08:36 |
| 14 | get to Section 7.1, or you can search for 7.1, and | 12:08:38 |
| 15 | perhaps the first mention of 7.1 is maybe table of | 12:08:43 |
| 16 | contents.  Maybe the second one is Section 7.1, if | 12:08:47 |
| 17 | the phrase "7.1" doesn't appear frequently in the | 12:08:51 |
| 18 | document otherwise. | 12:08:55 |
| 19 | Q.    What is the next functional task? | 12:08:59 |
| 20 | MR. KAPLAN:  Objection.  Argumentative. | 12:09:01 |
| 21 | Vague. | 12:09:02 |
| 22 | BY MR. HUDIS: | 12:09:02 |
| 23 | Q.    If any. | 12:09:03 |
| 24 | A.    I -- in modern use, you might be looking | 12:09:10 |
| 25 | for certain phrases or content.  So, for example, | 12:09:15 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

121

| | | |
|---|---|---|
| 1 | I might want to know pages that mention | 12:09:18 |
| 2 | Constitution and bananas on the same page. | 12:09:24 |
| 3 | Q. All right. So that would be a Boolean | 12:09:27 |
| 4 | search? | 12:09:29 |
| 5 | A. Yes. So there are searches you could | 12:09:29 |
| 6 | do. Those are easier to do on digital content, | 12:09:31 |
| 7 | obviously. But, you know, human beings often do | 12:09:34 |
| 8 | word spotting as well. Skimming. There's | 12:09:38 |
| 9 | skimming that people do. | 12:09:41 |
| 10 | And -- I mean, there are other tasks | 12:09:42 |
| 11 | that people do. I choose to focus on those as the | 12:09:47 |
| 12 | primary ones that encompass what 95 percent or | 12:09:51 |
| 13 | more people would want to do with a given | 12:09:55 |
| 14 | document. | 12:09:57 |
| 15 | Q. And those functional tasks, just to | 12:09:57 |
| 16 | summarize -- I've been listening very carefully -- | 12:10:00 |
| 17 | to obtain the content, to read the content, to use | 12:10:03 |
| 18 | the structure of the document such as by markup or | 12:10:06 |
| 19 | by search, to skim the document and more | 12:10:08 |
| 20 | complicated phrase searches? | 12:10:10 |
| 21 | A. Yeah. | 12:10:12 |
| 22 | MR. KAPLAN: Objection. Misstates | 12:10:13 |
| 23 | testimony. | 12:10:14 |
| 24 | Go ahead. | 12:10:15 |
| 25 | THE WITNESS: More or less, yeah. | 12:10:16 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

122

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:10:17 |
| 2 | Q.    Okay.  All right.  Could Bookshare's | 12:10:18 |
| 3 | members with print disabilities access the content | 12:10:26 |
| 4 | in the TIFF file created by the process you | 12:10:28 |
| 5 | described earlier without having the file undergo | 12:10:33 |
| 6 | an OCR process? | 12:10:36 |
| 7 | MR. KAPLAN:  Objection.  Incomplete | 12:10:39 |
| 8 | hypothetical.  Vague.  Lacks foundation. | 12:10:42 |
| 9 | THE WITNESS:  They could have a human | 12:10:45 |
| 10 | being read it to them. | 12:10:46 |
| 11 | BY MR. HUDIS: | 12:10:54 |
| 12 | Q.    Without intervention by another human | 12:10:56 |
| 13 | being, could Bookshare's members with print | 12:11:00 |
| 14 | disabilities access the TIFF file created as we | 12:11:05 |
| 15 | discussed -- I'm going to rephrase the question. | 12:11:08 |
| 16 | Without human intervention, could | 12:11:15 |
| 17 | Bookshare's members with print disabilities access | 12:11:17 |
| 18 | the content in the TIFF file without having | 12:11:19 |
| 19 | undergone the OCR process? | 12:11:23 |
| 20 | MR. KAPLAN:  Objection.  Incomplete | 12:11:24 |
| 21 | hypothetical.  Vague.  Lacks foundation. | 12:11:26 |
| 22 | THE WITNESS:  I think the answer is no. | 12:11:28 |
| 23 | They need either OCR or a human to access TIFF | 12:11:31 |
| 24 | images if they're completely blind. | 12:11:36 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

123

| | |
|---|---|
| 1   BY MR. HUDIS: | 12:11:41 |
| 2       Q.    Now, what if they are a low-vision | 12:11:41 |
| 3   reader? | 12:11:43 |
| 4           MR. KAPLAN:  Objection.  Incomplete | 12:11:44 |
| 5   hypothetical.  Vague.  Lacks foundation. | 12:11:46 |
| 6           THE WITNESS:  Then they could view the | 12:11:48 |
| 7   TIFF image magnified or otherwise visually | 12:11:52 |
| 8   processed and read the document. | 12:11:56 |
| 9   BY MR. HUDIS: | 12:11:58 |
| 10      Q.    What do you mean by "visually | 12:11:59 |
| 11  processed"? | 12:11:59 |
| 12      A.    An example -- one obvious example is | 12:12:03 |
| 13  making it bigger.  Another one is reversing the | 12:12:06 |
| 14  contrast so that instead of being black text on a | 12:12:09 |
| 15  white background, being white text on black | 12:12:12 |
| 16  background.  There are many other visual things | 12:12:15 |
| 17  that people with low vision benefit from other | 12:12:18 |
| 18  than those two.  Those are the two most common. | 12:12:22 |
| 19      Q.    With the current state of technology as | 12:12:26 |
| 20  you know it, how accurate is the OCR process in | 12:12:27 |
| 21  recognizing words on a printed page? | 12:12:32 |
| 22          MR. KAPLAN:  Objection.  Vague. | 12:12:34 |
| 23          THE WITNESS:  It's quite good. | 12:12:38 |
| 24  BY MR. HUDIS: | 12:12:39 |
| 25      Q.    Is there a known error recognition rate? | 12:12:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

124

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 12:12:42 |
| 2 | THE WITNESS:  It varies by content type. | 12:12:48 |
| 3 | So a text document, like my resume -- | 12:12:54 |
| 4 | BY MR. HUDIS: | 12:12:59 |
| 5 | Q.    Sure.  Let's look at Exhibit 49. | 12:12:59 |
| 6 | A.    -- I would -- yeah, I would expect | 12:13:00 |
| 7 | modern OCR to do that perfectly. | 12:13:02 |
| 8 | Q.    With no error recognition -- | 12:13:05 |
| 9 | A.    With no errors.  Or maybe one or two | 12:13:07 |
| 10 | just -- I should double-check, but I don't see | 12:13:10 |
| 11 | any.  That's -- that's a very -- of course, I'm | 12:13:13 |
| 12 | not going to find it.  There we go.  Yeah.  I | 12:13:16 |
| 13 | mean, this is -- | 12:13:19 |
| 14 | Q.    That's straight text? | 12:13:20 |
| 15 | A.    Yeah.  Well, the first page I would say | 12:13:21 |
| 16 | it would recognize perfectly.  The second page, it | 12:13:23 |
| 17 | might have problems with some of the underlines. | 12:13:27 |
| 18 | Q.    Right. | 12:13:29 |
| 19 | A.    And -- | 12:13:30 |
| 20 | Q.    What about if it's in italics? | 12:13:31 |
| 21 | A.    I think it's the combination of italics | 12:13:33 |
| 22 | and underlines that might give it the problem.  I | 12:13:36 |
| 23 | think it should still do quite well, but I would | 12:13:38 |
| 24 | expect there's a possibility of an error -- of | 12:13:43 |
| 25 | error showing up with italics. | 12:13:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

125

| | | |
|---|---|---|
| 1 | So a novel, very few errors.  A -- well, | 12:13:46 |
| 2 | a child's picture book that had no words in it | 12:13:52 |
| 3 | would be hard for a blind person to use, as | 12:13:56 |
| 4 | another example.  So it just -- it varies by the | 12:13:59 |
| 5 | content.  But modern OCR on straight text should | 12:14:01 |
| 6 | do quite well. | 12:14:05 |
| 7 | Q.    And the events in question in this | 12:14:06 |
| 8 | litigation occurred between 2012 and 2014. | 12:14:07 |
| 9 | Would your answer still be the same | 12:14:11 |
| 10 | about the error recognition rate of OCR in that | 12:14:13 |
| 11 | time period? | 12:14:17 |
| 12 | MR. KAPLAN:  Objection.  Incomplete | 12:14:18 |
| 13 | hypothetical.  Vague.  Lacks foundation. | 12:14:20 |
| 14 | THE WITNESS:  Yes. | 12:14:22 |
| 15 | BY MR. HUDIS: | 12:14:22 |
| 16 | Q.    After the scanning and OCR processes and | 12:14:25 |
| 17 | the quality control, how does Bookshare decide | 12:14:29 |
| 18 | whether a book should be made available on its web | 12:14:32 |
| 19 | site? | 12:14:35 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 12:14:35 |
| 21 | Unintelligible.  Lacks foundation.  Incomplete | 12:14:37 |
| 22 | hypothetical. | 12:14:44 |
| 23 | THE WITNESS:  We wouldn't engage in that | 12:14:47 |
| 24 | process if we weren't planning on making it | 12:14:49 |
| 25 | available.  It would be a waste of resources. | 12:14:52 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

126

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:14:54 |
| 2 | Q.    Is there a validation process that the | 12:14:54 |
| 3 | scanned book goes through before -- | 12:14:56 |
| 4 | MR. KAPLAN:  Object. | 12:14:59 |
| 5 | BY MR. HUDIS: | 12:14:59 |
| 6 | Q.    -- before it is uploaded to Bookshare's | 12:14:59 |
| 7 | web site? | 12:15:01 |
| 8 | MR. KAPLAN:  Objection.  Vague.  Lacks | 12:15:03 |
| 9 | foundation.  Incomplete hypothetical. | 12:15:05 |
| 10 | THE WITNESS:  I don't know what you mean | 12:15:10 |
| 11 | by "validation" beyond the quality control stuff | 12:15:11 |
| 12 | that we've already discussed. | 12:15:13 |
| 13 | Is there some other thing that -- | 12:15:15 |
| 14 | BY MR. HUDIS: | 12:15:16 |
| 15 | Q.    I saw that in some of the materials | 12:15:16 |
| 16 | discussing Bookshare, that there was a validation | 12:15:18 |
| 17 | process. | 12:15:20 |
| 18 | A.    If a work is a play, we won't scan it. | 12:15:34 |
| 19 | Q.    Why? | 12:15:38 |
| 20 | A.    Because the copyright exception says it | 12:15:40 |
| 21 | only applies to nondramatic literary works.  So | 12:15:42 |
| 22 | there is a process to not scan books that aren't | 12:15:47 |
| 23 | covered by the copyright exception. | 12:15:51 |
| 24 | Q.    So, for example, if a student with print | 12:16:07 |
| 25 | disabilities needs to access a modern play that's | 12:16:12 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

127

| | | |
|---|---|---|
| 1 | still within copyright, Bookshare couldn't help | 12:16:19 |
| 2 | them? | 12:16:21 |
| 3 | MR. KAPLAN:  Objection.  Incomplete | 12:16:22 |
| 4 | hypothetical.  Calls for a legal conclusion. | 12:16:23 |
| 5 | Vague. | 12:16:25 |
| 6 | THE WITNESS:  Bookshare couldn't help | 12:16:27 |
| 7 | them by scanning a printed version of that play, | 12:16:28 |
| 8 | no. | 12:16:33 |
| 9 | BY MR. HUDIS: | 12:16:33 |
| 10 | Q.   Why is Bookshare permitted to digitally | 12:16:59 |
| 11 | copy and distribute copyrighted materials to the | 12:17:02 |
| 12 | print-disabled? | 12:17:06 |
| 13 | MR. KAPLAN:  Objection.  Calls for a | 12:17:07 |
| 14 | legal conclusion.  Incomplete hypothetical. | 12:17:08 |
| 15 | Argumentative.  Vague. | 12:17:13 |
| 16 | THE WITNESS:  Because we avail ourselves | 12:17:25 |
| 17 | of copyright exceptions and license agreements and | 12:17:27 |
| 18 | the public domain.  And I think that's it.  Those | 12:17:38 |
| 19 | are the three ways that we are permitted. | 12:17:42 |
| 20 | BY MR. HUDIS: | 12:17:54 |
| 21 | Q.   And when you say "copyright exceptions," | 12:17:54 |
| 22 | are you familiar with the 1996 Chafee Amendment to | 12:17:56 |
| 23 | the U.S. Copyright Act? | 12:18:01 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 12:18:04 |
| 25 | THE WITNESS:  Yes. | 12:18:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

128

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:18:05 |
| 2 | Q.    What's your understanding of the Chafee | 12:18:05 |
| 3 | Amendment? | 12:18:07 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 12:18:10 |
| 5 | THE WITNESS:  Chafee is C-H-A-F-E-E.  I | 12:18:13 |
| 6 | don't have all of the provisions of Chafee | 12:18:23 |
| 7 | memorized, but it allows an authorized entity, | 12:18:26 |
| 8 | defined in the statute, to make copies of | 12:18:30 |
| 9 | copyrighted works available to people with | 12:18:36 |
| 10 | qualifying disabilities, print disabilities. | 12:18:39 |
| 11 | There's more details, but those are, I'd say, the | 12:18:45 |
| 12 | primary points. | 12:18:48 |
| 13 | BY MR. HUDIS: | 12:18:49 |
| 14 | Q.    And -- | 12:18:50 |
| 15 | MR. KAPLAN:  Just to be clear, you're | 12:18:51 |
| 16 | not seeking his legal opinion on this or legal | 12:18:52 |
| 17 | advice regarding this, correct? | 12:18:54 |
| 18 | MR. HUDIS:  I am not.  I am seeking the | 12:18:56 |
| 19 | witness's understanding vis-a-vis his operation of | 12:18:58 |
| 20 | Bookshare. | 12:19:02 |
| 21 | Q.    So the three methods you just described | 12:19:05 |
| 22 | permitting Bookshare to digitally copy and | 12:19:11 |
| 23 | distribute materials on its web site is either, | 12:19:14 |
| 24 | one, a copyright exception; two, a license | 12:19:17 |
| 25 | agreement; and, three, a public domain; is that | 12:19:20 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

129

| | | |
|---|---|---|
| 1 | correct? | 12:19:21 |
| 2 | A.    Yes, that's my understanding as someone | 12:19:25 |
| 3 | who operates Bookshare. | 12:19:26 |
| 4 | Q.    And the copyright exception, we are now | 12:19:29 |
| 5 | talking about the Chafee Amendment? | 12:19:32 |
| 6 | MR. KAPLAN:  Objection.  Argumentative. | 12:19:35 |
| 7 | BY MR. HUDIS: | 12:19:37 |
| 8 | Q.    What did you mean by "copyright | 12:19:37 |
| 9 | exception"? | 12:19:39 |
| 10 | A.    I'm not a lawyer, but it's my | 12:19:44 |
| 11 | understanding that there are multiple copyright | 12:19:48 |
| 12 | exceptions that our work may be covered by. | 12:19:50 |
| 13 | Q.    Well, let's concentrate on the Chafee | 12:19:56 |
| 14 | Amendment.  All right. | 12:19:57 |
| 15 | A.    Okay. | 12:20:00 |
| 16 | Q.    So -- and that's what -- that's one of | 12:20:00 |
| 17 | the three rubrics under which Bookshare operates? | 12:20:03 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 12:20:10 |
| 19 | Misstates testimony.  Argumentative. | 12:20:11 |
| 20 | THE WITNESS:  I agree that we actively | 12:20:14 |
| 21 | try to utilize the Chafee Amendment in our | 12:20:16 |
| 22 | operations. | 12:20:20 |
| 23 | BY MR. HUDIS: | 12:20:20 |
| 24 | Q.    All right.  And Bookshare, under the | 12:20:21 |
| 25 | Chafee Amendment, is an authorized entity? | 12:20:22 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

130

| | | |
|---|---|---|
| 1 | MR. KAPLAN: Objection. Calls for a | 12:20:27 |
| 2 | legal conclusion. Vague. | 12:20:28 |
| 3 | THE WITNESS: We believe that we qualify | 12:20:29 |
| 4 | as an authorized entity. | 12:20:30 |
| 5 | BY MR. HUDIS: | 12:20:31 |
| 6 | Q. And that you provide the content on | 12:20:32 |
| 7 | Bookshare's web site to people with qualifying | 12:20:35 |
| 8 | disabilities? | 12:20:38 |
| 9 | MR. KAPLAN: Objection. Calls for a | 12:20:39 |
| 10 | legal conclusion. Vague. | 12:20:39 |
| 11 | THE WITNESS: Yes. | 12:20:41 |
| 12 | BY MR. HUDIS: | 12:20:41 |
| 13 | Q. When you founded Bookshare, did you | 12:20:44 |
| 14 | inform the book publishers of your organization's | 12:20:47 |
| 15 | intentions? | 12:20:50 |
| 16 | MR. KAPLAN: Objection. Really vague. | 12:20:52 |
| 17 | THE WITNESS: Yes. | 12:20:55 |
| 18 | BY MR. HUDIS: | 12:20:56 |
| 19 | Q. Okay. All right. At that time, how did | 12:20:56 |
| 20 | the publishers react? | 12:21:04 |
| 21 | MR. KAPLAN: Objection. Really vague. | 12:21:07 |
| 22 | THE WITNESS: This is another | 12:21:11 |
| 23 | confidential segment. | 12:21:11 |
| 24 | BY MR. HUDIS: | 12:21:15 |
| 25 | Q. Well, the whole thing is confidential. | 12:21:15 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

131

| | | |
|---|---|---|
| 1 | A.    Okay.  But -- I know.  But I know that | 12:21:17 |
| 2 | we then go back and re-mark it as confidential. | 12:21:17 |
| 3 | So I figured I'd just get it right out there right | 12:21:20 |
| 4 | now. | 12:21:23 |
| 5 | MR. KAPLAN:  That's helpful for me.  I | 12:21:23 |
| 6 | appreciate that, Jim. | 12:21:25 |
| 7 | THE WITNESS:  So I would say that | 12:21:26 |
| 8 | different segments of the publishing industry | 12:21:26 |
| 9 | reacted differently.  The trade publishers were | 12:21:29 |
| 10 | pretty open to it.  They had a tradition of | 12:21:35 |
| 11 | helping people with disabilities.  The educational | 12:21:38 |
| 12 | publishers, especially those in higher ed, were | 12:21:44 |
| 13 | much more concerned about Bookshare. | 12:21:50 |
| 14 | BY MR. HUDIS: | 12:21:57 |
| 15 | Q.    Any other groups that reacted to your | 12:21:57 |
| 16 | initial concept of Bookshare? | 12:22:00 |
| 17 | MR. KAPLAN:  Objection.  Still really | 12:22:04 |
| 18 | vague.  Lack of foundation.  Calls for | 12:22:05 |
| 19 | speculation. | 12:22:07 |
| 20 | THE WITNESS:  I'm -- I'm describing my | 12:22:08 |
| 21 | interaction with the main publishing industry -- | 12:22:10 |
| 22 | publisher association which, in my mind, | 12:22:12 |
| 23 | represents the interests of those stakeholders. | 12:22:15 |
| 24 | BY MR. HUDIS: | 12:22:17 |
| 25 | Q.    All right.  So you have -- | 12:22:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

132

1      A.    So that was -- my interaction before the            12:22:18

2    launch of Bookshare with the publishing industry           12:22:20

3    was primarily through that group.                           12:22:23

4    BY MR. HUDIS:                                                12:22:24

5      Q.    And it was the trade and higher                     12:22:24

6    educational publishers?                                     12:22:26

7      A.    It was the Association of American                  12:22:26

8    Publishers, which has divisions of different                12:22:28

9    segments of the publishing industry of which                12:22:32

10   trade, higher education, K-12, scientific, I                12:22:35

11   think -- there's a lot of different segments, but           12:22:42

12   the ones that were most noteworthy in their                 12:22:44

13   reaction were the postsecondary publishers as               12:22:47

14   being less excited and the trade publishers being           12:22:50

15   more "eh" -- sorry, I guess that's not a technical           12:22:53

16   term -- more "sounds reasonable."                            12:22:57

17     Q.    What concerns did the secondary                     12:23:00

18   educational publishers relay to you?                         12:23:02

19          MR. KAPLAN:  Objection.  Vague.                       12:23:07

20          THE WITNESS:  The primary concern                     12:23:09

21   expressed by the postsecondary publishers were              12:23:10

22   that disabled students who obtained a copy of a              12:23:20

23   textbook from Bookshare might share that copy with          12:23:23

24   other nonqualifying students in an unauthorized             12:23:28

25   manner.                                                      12:23:33

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

133

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:23:39 |
| 2 | Q.    What did you do to allay their concerns? | 12:23:40 |
| 3 | MR. KAPLAN:  Objection. | 12:23:42 |
| 4 | BY MR. HUDIS: | 12:23:43 |
| 5 | Q.    If anything. | 12:23:43 |
| 6 | MR. KAPLAN:  Vague. | 12:23:44 |
| 7 | THE WITNESS:  We presented our | 12:23:49 |
| 8 | seven-point digital rights management plan to them | 12:23:49 |
| 9 | as the overarching structure of our plans to meet | 12:23:59 |
| 10 | our obligations under the Chafee Amendment. | 12:24:05 |
| 11 | BY MR. HUDIS: | 12:24:13 |
| 12 | Q.    Where are the digital files of the books | 12:24:20 |
| 13 | scanned for Bookshare stored? | 12:24:22 |
| 14 | MR. KAPLAN:  Objection.  Vague.  Lacks | 12:24:24 |
| 15 | foundation. | 12:24:26 |
| 16 | THE WITNESS:  At present, in Amazon | 12:24:29 |
| 17 | cloud services. | 12:24:34 |
| 18 | BY MR. HUDIS: | 12:24:35 |
| 19 | Q.    How about back then, at the founding? | 12:24:35 |
| 20 | MR. KAPLAN:  Objection.  Vague.  Lacks | 12:24:38 |
| 21 | foundation. | 12:24:40 |
| 22 | THE WITNESS:  We operated our own | 12:24:41 |
| 23 | servers. | 12:24:42 |
| 24 | BY MR. HUDIS: | 12:24:43 |
| 25 | Q.    And were they secure? | 12:24:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

134

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:24:46 |
| 2 | Q.    So they needed user name and password | 12:24:47 |
| 3 | protection? | 12:24:49 |
| 4 | MR. KAPLAN:  Objection.  Argumentative. | 12:24:50 |
| 5 | Vague. | 12:24:53 |
| 6 | THE WITNESS:  In addition to other.  So, | 12:24:56 |
| 7 | yes, user name and password, yes. | 12:24:59 |
| 8 | BY MR. HUDIS: | 12:25:03 |
| 9 | Q.    All right.  And the content now that is | 12:25:03 |
| 10 | available on Amazon cloud, that is also secured | 12:25:05 |
| 11 | with user name and password protection? | 12:25:10 |
| 12 | MR. KAPLAN:  Objection.  Argumentative. | 12:25:12 |
| 13 | Vague. | 12:25:14 |
| 14 | THE WITNESS:  At least that. | 12:25:16 |
| 15 | BY MR. HUDIS: | 12:25:17 |
| 16 | Q.    And more? | 12:25:18 |
| 17 | A.    And more. | 12:25:18 |
| 18 | Q.    All right.  Do the digital files of the | 12:25:19 |
| 19 | books made available on the Bookshare site have | 12:25:22 |
| 20 | copyright and limited access notices on them? | 12:25:25 |
| 21 | MR. KAPLAN:  Objection.  Vague.  Lacks | 12:25:31 |
| 22 | foundation.  Calls for a legal conclusion.  And | 12:25:32 |
| 23 | compound. | 12:25:45 |
| 24 | THE WITNESS:  Yeah. | 12:25:45 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

135

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 12:25:46 |
| 2 | Q. All right. We'll do it one at a time. | 12:25:46 |
| 3 | A. Okay. When users get a copyrighted work | 12:25:48 |
| 4 | from Bookshare, it includes copyright and limited | 12:25:52 |
| 5 | access notices, yes. | 12:26:00 |
| 6 | Q. Are members of Bookshare obligated to | 12:26:04 |
| 7 | sign an agreement to abide by copy -- copyright | 12:26:07 |
| 8 | laws when accessing materials made available on | 12:26:11 |
| 9 | Bookshare's web site? | 12:26:14 |
| 10 | MR. KAPLAN: Objection. Vague. Lacks | 12:26:18 |
| 11 | foundation. Calls for a legal conclusion. | 12:26:19 |
| 12 | Incomplete hypothetical. | 12:26:29 |
| 13 | THE WITNESS: If a copyrighted work is | 12:26:32 |
| 14 | downloaded from Bookshare, there needs to have | 12:26:34 |
| 15 | been a responsible party signing an agreement with | 12:26:40 |
| 16 | respect to that work. For example, a parent or | 12:26:46 |
| 17 | guardian has to sign an agreement on behalf of a | 12:26:51 |
| 18 | minor. A teacher or educator or school district | 12:26:56 |
| 19 | can sign on behalf of the students that they serve | 12:26:59 |
| 20 | books to. But there always needs to be someone | 12:27:02 |
| 21 | who has -- with the ability to make an agreement | 12:27:05 |
| 22 | who has taken on that obligation. | 12:27:12 |
| 23 | BY MR. HUDIS: | 12:27:15 |
| 24 | Q. Whether it is the person who is | 12:27:15 |
| 25 | print-disabled him or herself or the responsible | 12:27:18 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

136

| | | |
|---|---|---|
| 1 | party on their behalf? | 12:27:21 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 12:27:23 |
| 3 | Incomplete hypothetical. | 12:27:24 |
| 4 | THE WITNESS:  Yes. | 12:27:27 |
| 5 | BY MR. HUDIS: | 12:27:28 |
| 6 | Q.    What is Bookshare's fingerprint system? | 12:27:30 |
| 7 | MR. KAPLAN:  Objection.  Argumentative. | 12:27:34 |
| 8 | Lacks foundation.  Vague. | 12:27:35 |
| 9 | THE WITNESS:  We incorporate | 12:27:38 |
| 10 | fingerprints into copyrighted works, including the | 12:27:40 |
| 11 | name of the user or could be the name of the | 12:27:46 |
| 12 | school district or teacher that downloads the | 12:27:51 |
| 13 | work, and we also hide that identity in the work | 12:27:54 |
| 14 | itself in a way that's not easily seen by | 12:27:58 |
| 15 | inspection. | 12:28:03 |
| 16 | BY MR. HUDIS: | 12:28:04 |
| 17 | Q.    What is the purpose for the fingerprint | 12:28:04 |
| 18 | system? | 12:28:06 |
| 19 | MR. KAPLAN:  Objection.  Vague. | 12:28:08 |
| 20 | THE WITNESS:  If unauthorized copies | 12:28:12 |
| 21 | appear, say, online, that we can trace back the | 12:28:13 |
| 22 | source user that downloaded that work originally | 12:28:20 |
| 23 | from Bookshare. | 12:28:28 |
| 24 | BY MR. HUDIS: | 12:28:30 |
| 25 | Q.    And if you can trace them, you tell | 12:28:31 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

137

| | |
|---|---|
| 1 | them, You can't do that again or you're no longer | 12:28:33 |
| 2 | going to be a member of Bookshare; is that | 12:28:35 |
| 3 | correct? | 12:28:37 |
| 4 | MR. KAPLAN: Objection. Incomplete | 12:28:38 |
| 5 | hypothetical. Vague. Lacks foundation. | 12:28:40 |
| 6 | THE WITNESS: We have a disciplinary | 12:28:42 |
| 7 | process associated with that discovery, yes. | 12:28:44 |
| 8 | BY MR. HUDIS: | 12:28:47 |
| 9 | Q. And what is that disciplinary process? | 12:28:47 |
| 10 | A. Typically, we reach out and say, We | 12:28:51 |
| 11 | found a copyrighted work online that came from | 12:28:54 |
| 12 | you, and do you know how it happened to get out | 12:28:57 |
| 13 | there? And most frequently, it's inadvertent. | 12:29:01 |
| 14 | The majority of the works have the plain | 12:29:11 |
| 15 | text name of the person who downloaded the book in | 12:29:13 |
| 16 | the file still when we find it. So that tends to | 12:29:16 |
| 17 | be someone who doesn't understand how the Internet | 12:29:21 |
| 18 | works and uploaded a textbook to the school web | 12:29:24 |
| 19 | site so that their kid could get it easily, their | 12:29:28 |
| 20 | student, but didn't realize that Google could also | 12:29:30 |
| 21 | index that site. | 12:29:33 |
| 22 | If a person seems to have tried to cover | 12:29:34 |
| 23 | their tracks or delete the fingerprint or delete | 12:29:37 |
| 24 | things or doesn't have a very good answer on how | 12:29:40 |
| 25 | the work appeared, we discontinue services to that | 12:29:42 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

138

| | | |
|---|---|---|
| 1 | individual.  And we check in with the industry | 12:29:46 |
| 2 | association occasionally about that.  And some | 12:29:50 |
| 3 | large scale -- I think one large scale thing, | 12:29:55 |
| 4 | where we had 50 works by a single publisher, we | 12:29:57 |
| 5 | contacted the publisher. | 12:30:00 |
| 6 | Q.    When you say "we," you're talking about | 12:30:01 |
| 7 | Bookshare? | 12:30:02 |
| 8 | A.    Bookshare, yes. | 12:30:03 |
| 9 | Q.    Once Bookshare makes -- | 12:30:09 |
| 10 | MR. KAPLAN:  So are you saying that | 12:30:11 |
| 11 | interchangeably with "Benetech"? | 12:30:11 |
| 12 | MR. HUDIS:  It's the Bookshare project | 12:30:13 |
| 13 | of Benetech as the witness testified. | 12:30:15 |
| 14 | THE WITNESS:  Okay.  So you want me to | 12:30:21 |
| 15 | be clear between Benetech, the organization, and | 12:30:22 |
| 16 | Bookshare the project? | 12:30:25 |
| 17 | MR. KAPLAN:  Yeah.  The actor is -- | 12:30:26 |
| 18 | BY MR. HUDIS: | 12:30:27 |
| 19 | Q.    Who is the actor in this context when | 12:30:28 |
| 20 | you say "we"? | 12:30:30 |
| 21 | A.    Well, Benetech employees.  Benetech | 12:30:31 |
| 22 | operates the project.  I've not -- I've not -- | 12:30:32 |
| 23 | I've not been distinguishing between Bookshare and | 12:30:34 |
| 24 | Benetech.  I've just been treating them sort of | 12:30:36 |
| 25 | the same, even though -- | 12:30:40 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

139

| | | |
|---|---|---|
| 1 | Q.    So the actors in this context, to make | 12:30:41 |
| 2 | Counsel's question very clear, these are Benetech | 12:30:43 |
| 3 | employees acting under the auspices of the | 12:30:47 |
| 4 | Bookshare project? | 12:30:50 |
| 5 | A.    Correct. | 12:30:51 |
| 6 | Q.    All right.  Once Bookshare makes textual | 12:30:52 |
| 7 | reading material available to its members in | 12:30:55 |
| 8 | digital format, how do its members access the | 12:30:58 |
| 9 | material? | 12:31:01 |
| 10 | MR. KAPLAN:  Objection.  Calls for | 12:31:03 |
| 11 | speculation.  Lacks foundation.  Vague. | 12:31:04 |
| 12 | Incomplete hypothetical. | 12:31:08 |
| 13 | THE WITNESS:  Generally, they would use | 12:31:11 |
| 14 | some form of assistive technology to access that | 12:31:12 |
| 15 | material. | 12:31:18 |
| 16 | BY MR. HUDIS: | 12:31:23 |
| 17 | Q.    So let's take that assistive technology | 12:31:24 |
| 18 | one at a time. | 12:31:25 |
| 19 | Could the person access the material | 12:31:30 |
| 20 | directly on Bookshare's web site? | 12:31:34 |
| 21 | MR. KAPLAN:  Objection.  Incomplete | 12:31:39 |
| 22 | hypothetical.  Lacks foundation.  Vague. | 12:31:40 |
| 23 | THE WITNESS:  Yes.  Using the web | 12:31:42 |
| 24 | reader, a person could access the content either | 12:31:44 |
| 25 | using separate assistive technology running on top | 12:31:49 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

140

| | | |
|---|---|---|
| 1 | of their web browser or intrinsic technology built | 12:31:53 |
| 2 | into the combination of our web site and the web | 12:31:57 |
| 3 | browser. | 12:32:00 |
| 4 | BY MR. HUDIS: | 12:32:01 |
| 5 | Q.   Could the user download the file? | 12:32:02 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 12:32:07 |
| 7 | Incomplete hypothetical.  Lacks foundation. | 12:32:08 |
| 8 | THE WITNESS:  Yes, the user can download | 12:32:10 |
| 9 | the file. | 12:32:12 |
| 10 | BY MR. HUDIS: | 12:32:12 |
| 11 | Q.   Could the user access the content using | 12:32:12 |
| 12 | a Braille reader? | 12:32:15 |
| 13 | MR. KAPLAN:  Objection.  Incomplete | 12:32:17 |
| 14 | hypothetical.  Vague.  Lacks foundation. | 12:32:19 |
| 15 | THE WITNESS:  A blind person could | 12:32:21 |
| 16 | transfer the file into a Braille note taker or, in | 12:32:23 |
| 17 | some cases, download the file directly from their | 12:32:27 |
| 18 | Braille note taker into its memory and read it in | 12:32:31 |
| 19 | Braille. | 12:32:34 |
| 20 | BY MR. HUDIS: | 12:32:34 |
| 21 | Q.   Could the user access the content | 12:32:35 |
| 22 | through an MP3 player? | 12:32:37 |
| 23 | MR. KAPLAN:  Objection.  Incomplete | 12:32:39 |
| 24 | hypothetical.  Vague.  Lacks foundation. | 12:32:42 |
| 25 | THE WITNESS:  Yes.  If they downloaded | 12:32:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

141

| | | |
|---|---|---|
| 1 | the work in an MP3 format from the Bookshare web | 12:32:46 |
| 2 | site, they could then transfer that into an MP3 | 12:32:52 |
| 3 | player and listen to it. | 12:32:56 |
| 4 | BY MR. HUDIS: | 12:32:57 |
| 5 | Q.   Could the user access the content | 12:32:57 |
| 6 | through a smartphone? | 12:32:59 |
| 7 | MR. KAPLAN:  Objection.  Incomplete | 12:33:01 |
| 8 | hypothetical.  Vague.  Lacks foundation. | 12:33:02 |
| 9 | THE WITNESS:  Yes.  There's quite a | 12:33:03 |
| 10 | number of ways that a user can use a smartphone to | 12:33:04 |
| 11 | access the content. | 12:33:07 |
| 12 | BY MR. HUDIS: | 12:33:08 |
| 13 | Q.   Using assisted -- assistive technology? | 12:33:09 |
| 14 | A.   Yes. | 12:33:11 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 12:33:12 |
| 16 | BY MR. HUDIS: | 12:33:13 |
| 17 | Q.   All right.  Could -- could the user | 12:33:15 |
| 18 | access the content through a digital tablet? | 12:33:16 |
| 19 | MR. KAPLAN:  Objection.  Incomplete | 12:33:19 |
| 20 | hypothetical.  Vague.  Lacks foundation. | 12:33:22 |
| 21 | THE WITNESS:  In similar ways to | 12:33:23 |
| 22 | smartphone, yes. | 12:33:24 |
| 23 | BY MR. HUDIS: | 12:33:25 |
| 24 | Q.   And could the user access that content | 12:33:26 |
| 25 | through a talking book? | 12:33:28 |

142

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Incomplete | 12:33:29 |
| 2 | hypothetical.  Vague.  Lacks foundation. | 12:33:31 |
| 3 | THE WITNESS:  Much of what we've been | 12:33:34 |
| 4 | described would be commonly described as a talking | 12:33:35 |
| 5 | book, so I'm not sure what a separate talking book | 12:33:38 |
| 6 | might be. | 12:33:40 |
| 7 | BY MR. HUDIS: | 12:33:41 |
| 8 | Q.   It's usually a combination of hardware | 12:33:41 |
| 9 | and software that is not a digital tablet, not a | 12:33:44 |
| 10 | smartphone, not an MP3 player. | 12:33:48 |
| 11 | You used -- one example was a Braille | 12:33:51 |
| 12 | reader or a Braille note taker.  So I'm talking | 12:33:56 |
| 13 | about a talking book being a technology other than | 12:33:59 |
| 14 | the other -- others that I've listed in this | 12:34:01 |
| 15 | series of questions. | 12:34:03 |
| 16 | A.   Okay. | 12:34:04 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 12:34:05 |
| 18 | Incomplete hypothetical.  Lacks foundation. | 12:34:06 |
| 19 | THE WITNESS:  There are dedicated | 12:34:09 |
| 20 | eBook readers that have their own text-to-speech | 12:34:11 |
| 21 | that would be able to make a -- one of our works | 12:34:17 |
| 22 | talk, in addition to the other ways we've | 12:34:20 |
| 23 | discussed. | 12:34:22 |
| 24 | MR. HUDIS:  Counsel, I think we should | 12:34:24 |
| 25 | take a break here. | 12:34:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

143

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  I -- I consent. | 12:34:27 |
| 2 | THE WITNESS:  All right. | 12:34:28 |
| 3 | THE VIDEOGRAPHER:  Going off the record | 12:34:30 |
| 4 | at 12:34. | 12:34:31 |
| 5 | (Whereupon, a lunch recess was taken.) | 01:48:33 |
| 6 | (Whereupon, Deposition Exhibit 55 was | 01:48:33 |
| 7 | marked for identification.) | 01:48:33 |
| 8 | AFTERNOON SESSION | 12:34:40 |
| 9 | THE VIDEOGRAPHER:  Back on the record at | 01:08:34 |
| 10 | 1:08. | 01:08:36 |
| 11 | BY MR. HUDIS: | 01:08:36 |
| 12 | Q.   Mr. Fruchterman, I have marked a | 01:09:03 |
| 13 | document as Exhibit 55.  Please take a moment to | 01:09:05 |
| 14 | just review the pages. | 01:09:09 |
| 15 | A.   Looks like a lot of screen shots from | 01:09:12 |
| 16 | our web site. | 01:09:16 |
| 17 | Q.   Okay.  And when you say "our web site," | 01:09:17 |
| 18 | that's Bookshare's web site? | 01:09:18 |
| 19 | A.   The Bookshare project web site. | 01:09:20 |
| 20 | Q.   And do you have any reason to doubt the | 01:09:23 |
| 21 | authenticity of those pages on Exhibit 55? | 01:09:25 |
| 22 | MR. KAPLAN:  Objection.  Calls for a | 01:09:28 |
| 23 | legal conclusion. | 01:09:29 |
| 24 | THE WITNESS:  Not on a quick inspection. | 01:09:29 |
| 25 | MR. HUDIS:  Okay.  Counsel can we | 01:09:32 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

144

| | | |
|---|---|---|
| 1 | stipulate that Exhibit 55 comprises a business | 01:09:33 |
| 2 | record of Beneficent Technology, Inc.? | 01:09:36 |
| 3 | MR. KAPLAN:  Let me get back to you on | 01:09:40 |
| 4 | that. | 01:09:41 |
| 5 | MR. HUDIS:  Okay. | 01:09:41 |
| 6 | THE VIDEOGRAPHER:  Mr. Kaplan, your mike | 01:09:45 |
| 7 | is not -- | 01:09:47 |
| 8 | MR. KAPLAN:  Oh, apologies. | 01:09:50 |
| 9 | Let me get back to you about that. | 01:09:52 |
| 10 | MR. HUDIS:  Okay.  I'll tell you what, | 01:09:58 |
| 11 | I'll ask Mr. Fruchterman questions about the | 01:10:00 |
| 12 | exhibit, and then when I'm done with the exhibit, | 01:10:02 |
| 13 | then I can address it then.  If you can't, I'll | 01:10:04 |
| 14 | ask him the foundation questions. | 01:10:07 |
| 15 | Q.    Okay.  So, Mr. Fruchterman -- | 01:10:10 |
| 16 | A.    Yes. | 01:10:12 |
| 17 | Q.    -- so I've numbered the pages so that we | 01:10:12 |
| 18 | can get a clear transcript.  You'll see them in | 01:10:15 |
| 19 | the lower right-hand corner. | 01:10:18 |
| 20 | A.    Okay. | 01:10:21 |
| 21 | Q.    All right.  So the page 1 of Exhibit 55, | 01:10:21 |
| 22 | that's the help page of the Bookshare web site? | 01:10:24 |
| 23 | A.    Looks like it. | 01:10:30 |
| 24 | Q.    Okay.  Let's turn to page 2 of | 01:10:30 |
| 25 | Exhibit 55.  I want to read for you -- read to you | 01:10:33 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

145

| | | |
|---|---|---|
| 1 | a few passages. | 01:10:38 |
| 2 | "Bookshare is the world's | 01:10:40 |
| 3 | largest accessible online library | 01:10:41 |
| 4 | for people with print | 01:10:43 |
| 5 | disabilities." | 01:10:44 |
| 6 | You would agree with that? | 01:10:45 |
| 7 | A.    Yes. | 01:10:47 |
| 8 | Q.    And then in the next paragraph it says: | 01:10:48 |
| 9 | "Bookshare is a global | 01:10:50 |
| 10 | literacy initiative of Benetech, a | 01:10:51 |
| 11 | leading Silicon Valley based | 01:10:55 |
| 12 | nonprofit technology company | 01:10:57 |
| 13 | founded by Jim Fruchterman." | 01:10:59 |
| 14 | You would agree with that? | 01:11:00 |
| 15 | A.    Yes. | 01:11:03 |
| 16 | Q.    And then dropping down two paragraphs, | 01:11:03 |
| 17 | it says: | 01:11:06 |
| 18 | "Bookshare operates in the | 01:11:07 |
| 19 | U.S. under a copyright exemption, | 01:11:09 |
| 20 | the Chafee Amendment, which grants | 01:11:11 |
| 21 | nonprofit organizations the | 01:11:13 |
| 22 | ability to make books available to | 01:11:15 |
| 23 | people with print disabilities | 01:11:17 |
| 24 | without publisher permission." | 01:11:19 |
| 25 | You'd agree with that? | 01:11:21 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

146

| | | |
|---|---|---|
| 1 | A.    I agree that that's a layman's | 01:11:25 |
| 2 | description of what we do, yes. | 01:11:28 |
| 3 | Q.    Let's turn to page 3 of Exhibit 55. | 01:11:30 |
| 4 | In the third paragraph it says: | 01:11:38 |
| 5 | "Our books are accessible" -- | 01:11:38 |
| 6 | There's that word "accessible" again. | 01:11:40 |
| 7 | A.    Mh-hmm. | 01:11:43 |
| 8 | Q.      -- "which means you can read | 01:11:43 |
| 9 | our books many different ways." | 01:11:45 |
| 10 | Now, next to the picture of the children | 01:11:49 |
| 11 | in the classroom, it says: | 01:11:52 |
| 12 | "How can you read Bookshare | 01:11:53 |
| 13 | books?" | 01:11:56 |
| 14 | Do you see that? | 01:11:57 |
| 15 | A.    Mh-hmm. | 01:11:58 |
| 16 | Q.    Is that the ways that the books on | 01:11:58 |
| 17 | Bookshare's web site are accessible? | 01:12:02 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 01:12:05 |
| 19 | THE WITNESS:  That are -- that are some | 01:12:09 |
| 20 | of the ways, yes. | 01:12:10 |
| 21 | BY MR. HUDIS: | 01:12:10 |
| 22 | Q.    Now, at the bottom of that list it says, | 01:12:11 |
| 23 | "And more." | 01:12:12 |
| 24 | What does "and more" mean in this | 01:12:13 |
| 25 | context? | 01:12:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

147

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Lacks | 01:12:17 |
| 2 | foundation. | 01:12:18 |
| 3 | THE WITNESS:  Okay.  I will pause and | 01:12:25 |
| 4 | try to divine what that might be, so ... | 01:12:27 |
| 5 | There are at least 40 assistive | 01:13:07 |
| 6 | technology products that support access to | 01:13:10 |
| 7 | Bookshare as well as other production means that | 01:13:12 |
| 8 | you could imagine.  So I'm sure that there are | 01:13:15 |
| 9 | other accessible media that are created that don't | 01:13:22 |
| 10 | precisely align with the list here.  For example, | 01:13:26 |
| 11 | tactile graphics is not mentioned here, and yet we | 01:13:31 |
| 12 | work on tactile graphics. | 01:13:34 |
| 13 | BY MR. HUDIS: | 01:13:36 |
| 14 | Q.    Like Braille? | 01:13:36 |
| 15 | A.    Tactile graphics are not Braille.  But | 01:13:37 |
| 16 | let's say the Pythagorean theorem, you would be | 01:13:40 |
| 17 | able to feel a triangle.  It wouldn't be Braille, | 01:13:44 |
| 18 | but would be tactile. | 01:13:48 |
| 19 | You might produce a book that has print | 01:13:49 |
| 20 | and Braille on it.  But I would say that, you | 01:13:51 |
| 21 | know, these descriptions describe the majority of | 01:13:54 |
| 22 | ways that people interact with Bookshare books. | 01:13:57 |
| 23 | Q.    Who are print-disabled? | 01:14:02 |
| 24 | A.    Correct. | 01:14:04 |
| 25 | Q.    Let's turn to page 4 of Exhibit 55. | 01:14:06 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

148

| | | |
|---|---|---|
| 1 | Under the title "Sign-up and Read," it | 01:14:12 |
| 2 | says: | 01:14:15 |
| 3 | "Get started with Bookshare. | 01:14:16 |
| 4 | In this section you will sign up | 01:14:17 |
| 5 | and learn how to read your first | 01:14:19 |
| 6 | book." | 01:14:20 |
| 7 | A.    Mh-hmm. | 01:14:21 |
| 8 | Q.    So my question is from this passage, | 01:14:28 |
| 9 | does a Bookshare user have to sign up as a member | 01:14:30 |
| 10 | before accessing the materials made available on | 01:14:34 |
| 11 | the Bookshare site? | 01:14:36 |
| 12 | A.    No. | 01:14:39 |
| 13 | Q.    In what instance would a user not sign | 01:14:42 |
| 14 | up as a member before accessing the materials on | 01:14:46 |
| 15 | Bookshare's site? | 01:14:49 |
| 16 | A.    If they wanted to access public domain | 01:14:50 |
| 17 | or creative commons licensed works, there is no | 01:14:53 |
| 18 | requirement that they sign up. | 01:14:55 |
| 19 | Q.    So the only sign-up is if it's | 01:14:58 |
| 20 | copyrighted material? | 01:15:01 |
| 21 | A.    That would be the primary reason you | 01:15:02 |
| 22 | would sign up, would be to access copyrighted | 01:15:04 |
| 23 | material. | 01:15:07 |
| 24 | Q.    Let's turn to page 5 of Exhibit 55.  It | 01:15:10 |
| 25 | says: | 01:15:13 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

149

| | | |
|---|---|---|
| 1 | "Learn who can join.  In | 01:15:14 |
| 2 | order for you to become a | 01:15:17 |
| 3 | Bookshare member, an expert must | 01:15:18 |
| 4 | confirm that you have a print | 01:15:20 |
| 5 | disability that prevents you from | 01:15:22 |
| 6 | reading traditional print | 01:15:24 |
| 7 | materials." | 01:15:25 |
| 8 | I'm skipping the rest of that paragraph | 01:15:29 |
| 9 | and going to the second paragraph. | 01:15:31 |
| 10 | "People with hearing loss, | 01:15:33 |
| 11 | autism, attention deficit | 01:15:34 |
| 12 | hyperactivity disorder (ADHD) or | 01:15:37 |
| 13 | emotion or intellectual | 01:15:41 |
| 14 | disabilities or whose first | 01:15:43 |
| 15 | language is not English generally | 01:15:44 |
| 16 | do not qualify based upon those | 01:15:46 |
| 17 | criteria unless they have a | 01:15:47 |
| 18 | qualifying vision, physical or | 01:15:49 |
| 19 | learning disability." | 01:15:51 |
| 20 | MR. KAPLAN:  You missed an "also." | 01:15:54 |
| 21 | MR. HUDIS:  Thank you. | 01:15:55 |
| 22 | "Unless they also have a | 01:15:58 |
| 23 | qualifying, vision or learning | 01:15:59 |
| 24 | disability." | 01:16:01 |
| 25 | Q.   Are these qualifications for one to | 01:16:02 |

150

| | | |
|---|---|---|
| 1 | become a Bookshare member? | 01:16:04 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 01:16:06 |
| 3 | BY MR. HUDIS: | 01:16:08 |
| 4 | Q.    All right.  I'll ask it a different way. | 01:16:08 |
| 5 | To be a Bookshare member, do you have to | 01:16:11 |
| 6 | have a qualifying vision, physical or learning | 01:16:13 |
| 7 | disability? | 01:16:17 |
| 8 | A.    Yes. | 01:16:20 |
| 9 | Q.    Let's turn to page 6 of Exhibit 55.  And | 01:16:22 |
| 10 | there are some definitions and examples of people | 01:16:32 |
| 11 | who are low-vision blindness, physical | 01:16:36 |
| 12 | disabilities and learning disabilities.  So it | 01:16:39 |
| 13 | says here at the top: | 01:16:40 |
| 14 | "A person who is blind or who | 01:16:42 |
| 15 | has low vision and who is unable | 01:16:44 |
| 16 | to read standard print qualifies | 01:16:47 |
| 17 | for Bookshare." | 01:16:49 |
| 18 | You agree with that? | 01:16:50 |
| 19 | A.    Yes. | 01:16:55 |
| 20 | Q.    Next: | 01:16:57 |
| 21 | "A person with a physical | 01:16:57 |
| 22 | disability who is unable to read | 01:16:59 |
| 23 | standard print qualifies for | 01:17:02 |
| 24 | Bookshare." | 01:17:04 |
| 25 | Do you agree with that? | 01:17:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

151

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Counsel, is there a reason | 01:17:06 |
| 2 | you're omitting the full text of that sentence? | 01:17:08 |
| 3 | MR. HUDIS:  Yeah.  Because I don't want | 01:17:11 |
| 4 | to clutter -- I can read the whole text. | 01:17:12 |
| 5 | THE WITNESS:  Yeah.  Subject to the | 01:17:14 |
| 6 | qualification in that sentence, yes. | 01:17:15 |
| 7 | BY MR. HUDIS: | 01:17:17 |
| 8 | Q.   Okay.  All right.  So I'll read the | 01:17:17 |
| 9 | whole thing. | 01:17:18 |
| 10 | "A person with a physical | 01:17:19 |
| 11 | disability who is unable to read | 01:17:21 |
| 12 | standard print qualifies for | 01:17:23 |
| 13 | Bookshare as long as a competent | 01:17:24 |
| 14 | authority confirms that the | 01:17:28 |
| 15 | physical disability significantly | 01:17:29 |
| 16 | interferes with reading." | 01:17:30 |
| 17 | Do you agree with that? | 01:17:32 |
| 18 | A.   Yes. | 01:17:33 |
| 19 | Q.   All right.  Next on that page: | 01:17:34 |
| 20 | "A person with a learning | 01:17:36 |
| 21 | disability qualifies for Bookshare | 01:17:39 |
| 22 | as long as a competent authority | 01:17:40 |
| 23 | confirms that the learning | 01:17:42 |
| 24 | disability significantly | 01:17:44 |
| 25 | interferes with reading." | 01:17:45 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

152

| | | |
|---|---|---|
| 1 | Do you agree with that? | 01:17:47 |
| 2 | A.    Yes. | 01:17:48 |
| 3 | Q.    All right.  Does each one of these print | 01:17:49 |
| 4 | disabilities have to be confirmed by a competent | 01:17:57 |
| 5 | authority? | 01:17:59 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 01:18:04 |
| 7 | Incomplete hypothetical. | 01:18:06 |
| 8 | THE WITNESS:  Not in general.  But for | 01:18:07 |
| 9 | Bookshare membership, yes. | 01:18:10 |
| 10 | BY MR. HUDIS: | 01:18:15 |
| 11 | Q.    Does this page, page 6 of Exhibit 55, | 01:18:15 |
| 12 | identify the types of competent authorities who | 01:18:19 |
| 13 | may confirm the vision and disabilities of | 01:18:23 |
| 14 | potential Bookshare members? | 01:18:25 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 01:18:28 |
| 16 | Misstates the document. | 01:18:31 |
| 17 | THE WITNESS:  This is not a | 01:18:32 |
| 18 | comprehensive list.  It's a representative list of | 01:18:33 |
| 19 | examples of people who are competent authorities. | 01:18:35 |
| 20 | I can imagine that there are other professional | 01:18:39 |
| 21 | credentials that would also be recognized by us as | 01:18:42 |
| 22 | a competent authority. | 01:18:45 |
| 23 | BY MR. HUDIS: | 01:18:45 |
| 24 | Q.    So this is a representative list of | 01:18:45 |
| 25 | competent authorities? | 01:18:47 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

153

| | | |
|---|---|---|
| 1 | A.    Yeah.  That's why it says "examples of." | 01:18:48 |
| 2 | Q.    Let's turn to page 7 of Exhibit 55. | 01:18:50 |
| 3 | "If you are legally blind, | 01:18:57 |
| 4 | you qualify.  In addition, if you | 01:18:59 |
| 5 | don't meet the legal blindness | 01:19:02 |
| 6 | standard, a functional vision | 01:19:04 |
| 7 | assessment that indicates a | 01:19:06 |
| 8 | significant problem accessing text | 01:19:08 |
| 9 | is also acceptable." | 01:19:11 |
| 10 | Does this statement accurately summarize | 01:19:13 |
| 11 | who may become a Bookshare member? | 01:19:15 |
| 12 | A.    Not -- | 01:19:20 |
| 13 | MR. KAPLAN:  Objection.  Vague. | 01:19:20 |
| 14 | THE WITNESS:  Not generally.  But in the | 01:19:21 |
| 15 | area of a person who has a vision impairment who | 01:19:22 |
| 16 | wants to become a Bookshare member, they would | 01:19:25 |
| 17 | either have to be completely blind, legally blind | 01:19:27 |
| 18 | or have a functional vision problem.  But other | 01:19:30 |
| 19 | people could qualify that don't have any of those | 01:19:32 |
| 20 | issues. | 01:19:35 |
| 21 | BY MR. HUDIS: | 01:19:35 |
| 22 | Q.    And let's explore who those people are. | 01:19:35 |
| 23 | Turn to page 8 of Exhibit 55. | 01:19:38 |
| 24 | "If you cannot pick up a | 01:19:42 |
| 25 | book, turn pages, maintain visual | 01:19:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

154

| | | |
|---|---|---|
| 1 | focus on a book or do not have the | 01:19:47 |
| 2 | physical stamina to work with | 01:19:48 |
| 3 | printed material, you most likely | 01:19:50 |
| 4 | qualify for Bookshare membership." | 01:19:52 |
| 5 | Does this statement also accurately | 01:19:55 |
| 6 | summarize who may become a Bookshare member? | 01:19:57 |
| 7 | MR. KAPLAN: Objection. Vague. | 01:20:02 |
| 8 | THE WITNESS: Yes, as phrased here. | 01:20:03 |
| 9 | BY MR. HUDIS: | 01:20:05 |
| 10 | Q. Let's turn to page 9 of Exhibit 55. | 01:20:08 |
| 11 | A. Mh-hmm. Under "So who doesn't qualify," | 01:20:11 |
| 12 | it says: | 01:20:14 |
| 13 | "The 98 percent of the | 01:20:14 |
| 14 | population who can pick up a book | 01:20:16 |
| 15 | and read it or could if they | 01:20:18 |
| 16 | learned to read." | 01:20:21 |
| 17 | Q. I'm focusing on just this statement. | 01:20:24 |
| 18 | Does this page accurately summarize who can be -- | 01:20:26 |
| 19 | who cannot become a Bookshare member? | 01:20:29 |
| 20 | MR. KAPLAN: Objection. Vague. | 01:20:36 |
| 21 | You're asking about the entire page? | 01:20:36 |
| 22 | THE WITNESS: Or just that one sentence? | 01:20:39 |
| 23 | BY MR. HUDIS: | 01:20:41 |
| 24 | Q. Just that one sentence. | 01:20:41 |
| 25 | A. That one sentence is an informal way of | 01:20:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

155

| | | |
|---|---|---|
| 1 | stating this.  The number could be 97 percent. | 01:20:49 |
| 2 | And -- but, yeah, it's designed to get -- to have | 01:20:58 |
| 3 | most people realize that you actually have to have | 01:21:02 |
| 4 | a real disability that affects reading before you | 01:21:05 |
| 5 | can qualify for Bookshare to access copyrighted | 01:21:07 |
| 6 | material. | 01:21:09 |
| 7 |     Q.    Let's turn to page 10 of Exhibit 55. | 01:21:11 |
| 8 | I'm focusing on the second sentence of that | 01:21:24 |
| 9 | paragraph. | 01:21:26 |
| 10 |         "If you are certifying | 01:21:27 |
| 11 |         someone who has a physically based | 01:21:29 |
| 12 |         disability (including dyslexia) | 01:21:31 |
| 13 |         that makes it difficult to read | 01:21:35 |
| 14 |         standard print effectively, he or | 01:21:36 |
| 15 |         she should meet the technical | 01:21:40 |
| 16 |         requirements and you should be | 01:21:42 |
| 17 |         able to confirm this in writing if | 01:21:43 |
| 18 |         your professional expertise is | 01:21:45 |
| 19 |         applicable to such a | 01:21:47 |
| 20 |         determination." | 01:21:48 |
| 21 |     What's the intent of that sentence, | 01:21:51 |
| 22 | Mr. Fruchterman? | 01:21:53 |
| 23 |         MR. KAPLAN:  Objection.  Lacks | 01:21:53 |
| 24 | foundation.  Vague. | 01:21:54 |
| 25 |         THE WITNESS:  So we're in a section | 01:22:07 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

156

| | | |
|---|---|---|
| 1 | that's essentially frequently asked questions, and | 01:22:08 |
| 2 | we're trying to provide answers.  And we're trying | 01:22:10 |
| 3 | to describe that if you're a professional with | 01:22:18 |
| 4 | some professional competence that allows you to | 01:22:23 |
| 5 | make this assessment, if someone has a disability | 01:22:26 |
| 6 | that gets in the way of them reading, you should | 01:22:30 |
| 7 | be able to sign the form saying that they have a | 01:22:32 |
| 8 | qualifying disability. | 01:22:35 |
| 9 | BY MR. HUDIS: | 01:22:40 |
| 10 | Q.   Let's turn to page 11 of Exhibit 55.  At | 01:22:40 |
| 11 | the top of the page, it says: | 01:22:46 |
| 12 | "Bookshare is a nonprofit | 01:22:50 |
| 13 | entity established with a | 01:22:51 |
| 14 | principal purpose of helping | 01:22:52 |
| 15 | people with disabilities.  It | 01:22:54 |
| 16 | would very much like to see more | 01:22:56 |
| 17 | people with disabilities, | 01:22:58 |
| 18 | including more students, benefit | 01:22:59 |
| 19 | from our services.  However, we | 01:23:02 |
| 20 | are bound first by copyright law | 01:23:03 |
| 21 | and, when it comes to serving | 01:23:06 |
| 22 | students, special education law." | 01:23:08 |
| 23 | What does this mean? | 01:23:10 |
| 24 | MR. KAPLAN:  Objection.  Vague.  Lacks | 01:23:13 |
| 25 | foundation. | 01:23:14 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

157

| | |
|---|---|
| 1 | BY MR. HUDIS: | 01:23:17 |
| 2 |     Q.    I'll ask it a different way. | 01:23:17 |
| 3 |         What was the intent of this text that I | 01:23:19 |
| 4 | just read? | 01:23:22 |
| 5 |         MR. KAPLAN:  Objection.  Vague.  Lacks | 01:23:24 |
| 6 | foundation. | 01:23:26 |
| 7 |         THE WITNESS:  This is in a frequently | 01:23:28 |
| 8 | asked questions area, and the question being asked | 01:23:29 |
| 9 | is: | 01:23:32 |
| 10 |         "Why doesn't Bookshare follow | 01:23:32 |
| 11 |       special education law in | 01:23:34 |
| 12 |       determining eligibility for | 01:23:35 |
| 13 |       services?" | 01:23:36 |
| 14 |         The reason we get that question is some | 01:23:36 |
| 15 | people say, My student's in special ed.  Why don't | 01:23:38 |
| 16 | they get Bookshare? | 01:23:43 |
| 17 |         And the answer is some students who are | 01:23:43 |
| 18 | in special ed don't meet the requirement of the | 01:23:46 |
| 19 | copyright exception. | 01:23:51 |
| 20 | BY MR. HUDIS: | 01:23:53 |
| 21 |     Q.    That's the Chafee Amendment. | 01:23:53 |
| 22 |     A.    That's the Chafee Amendment. | 01:23:55 |
| 23 |         And some of those students might | 01:23:58 |
| 24 | actually benefit from our services, but we -- when | 01:24:00 |
| 25 | we're dealing with special ed students, we're -- | 01:24:03 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

158

| | | |
|---|---|---|
| 1 | we're bound by actually multiple legal regimes, | 01:24:06 |
| 2 | and we have to operate at the intersection of | 01:24:08 |
| 3 | those. | 01:24:11 |
| 4 | Q.    Which brings me to the next passage on | 01:24:11 |
| 5 | this page that I'd like to read to you, in the | 01:24:13 |
| 6 | second paragraph. | 01:24:15 |
| 7 | "The standards set in the | 01:24:16 |
| 8 | U.S. copyright laws which permit | 01:24:17 |
| 9 | copying and distribution of these | 01:24:19 |
| 10 | copyrighted materials apply only | 01:24:21 |
| 11 | to certain specified groups of | 01:24:22 |
| 12 | people.  Bookshare qualifies under | 01:24:24 |
| 13 | the Chafee Amendment, 17 United | 01:24:26 |
| 14 | States Code Section 121, to | 01:24:28 |
| 15 | provide such services which | 01:24:31 |
| 16 | would" -- "which would otherwise | 01:24:32 |
| 17 | be copyright infringement.  Thus, | 01:24:34 |
| 18 | Bookshare does not set the rules | 01:24:38 |
| 19 | for qualification.  It is very | 01:24:39 |
| 20 | important that Bookshare respect | 01:24:42 |
| 21 | these rules to ensure we can | 01:24:43 |
| 22 | continue to serve people with the | 01:24:46 |
| 23 | most significant disabilities when | 01:24:48 |
| 24 | it comes to reading print.  The | 01:24:49 |
| 25 | copyright law exemption." | 01:24:52 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

159

| | |
|---|---|
| 1 | Do you agree with this? | 01:24:54 |
| 2 | A.    Well, it looks like that extra clause, | 01:24:56 |
| 3 | "the copyright law exemption," is a typo that | 01:24:58 |
| 4 | needs to be deleted since it doesn't seem to be | 01:25:03 |
| 5 | part of the sentence. | 01:25:05 |
| 6 | But excluding that clause -- | 01:25:07 |
| 7 | Q.    Right. | 01:25:09 |
| 8 | A.    -- I would say that I agree with this. | 01:25:10 |
| 9 | Q.    So I'd like to skip down two paragraphs, | 01:25:13 |
| 10 | to the next passage I'd like to read to you. | 01:25:15 |
| 11 | "This copyright law exemption | 01:25:18 |
| 12 | is a social bargain which tries to | 01:25:21 |
| 13 | balance the needs of people who | 01:25:23 |
| 14 | are unable to read normal print | 01:25:24 |
| 15 | with the economic rights of | 01:25:26 |
| 16 | publishers and authors.  It is not | 01:25:27 |
| 17 | simply based on who might benefit | 01:25:30 |
| 18 | from access to accessible | 01:25:32 |
| 19 | materials.  It restricts the | 01:25:35 |
| 20 | exemption to a group of people who | 01:25:37 |
| 21 | are assumed to not be able to | 01:25:38 |
| 22 | access regular print materials | 01:25:41 |
| 23 | because of a severe disability. | 01:25:43 |
| 24 | Publishers and authors do not | 01:25:46 |
| 25 | receive a royalty under this | 01:25:47 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

160

| | | |
|---|---|---|
| 1 | copyright exemption, so they have | 01:25:49 |
| 2 | an economic interest in ensuring | 01:25:51 |
| 3 | it stays narrowly focused on the | 01:25:54 |
| 4 | 2 percent of the population who | 01:25:56 |
| 5 | cannot read standard print." | 01:25:58 |
| 6 | Do you agree with this passage? | 01:26:00 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 01:26:06 |
| 8 | THE WITNESS:  As an informal expression | 01:26:08 |
| 9 | of how we operate, yes. | 01:26:10 |
| 10 | MR. KAPLAN:  They didn't make this | 01:26:16 |
| 11 | exhibit very print accessible. | 01:26:17 |
| 12 | THE WITNESS:  I'm -- I'm trying to | 01:26:20 |
| 13 | magnify it now. | 01:26:21 |
| 14 | BY MR. HUDIS: | 01:26:26 |
| 15 | Q.    Let's turn to page 12 of Exhibit 55. | 01:26:26 |
| 16 | A.    Okay. | 01:26:31 |
| 17 | Q.    Before, Mr. Fruchterman, we were talking | 01:26:33 |
| 18 | about membership costs -- do you remember that? -- | 01:26:34 |
| 19 | A.    Yes. | 01:26:37 |
| 20 | Q.    -- to join Bookshare. | 01:26:38 |
| 21 | So it says here: | 01:26:39 |
| 22 | "U.S. students free and other | 01:26:40 |
| 23 | individuals $50 annual and a $25 | 01:26:42 |
| 24 | setup." | 01:26:45 |
| 25 | Is that still the normal individual cost | 01:26:46 |

161

| | | |
|---|---|---|
| 1 | to become a member of Bookshare? | 01:26:49 |
| 2 | A.    If you're in wealthy countries and don't | 01:26:55 |
| 3 | have a third party paying for your service, or | 01:26:58 |
| 4 | we've comp'ed you for some reason on a very | 01:27:03 |
| 5 | limited basis, I think that's accurate. | 01:27:07 |
| 6 | Q.    Okay. | 01:27:09 |
| 7 | MR. KAPLAN:  Counsel, actually, I have a | 01:27:10 |
| 8 | question that goes to the stipulation. | 01:27:11 |
| 9 | When was this document created?  When | 01:27:16 |
| 10 | did your office create this based on -- when did | 01:27:18 |
| 11 | you visit the Benetech web site to create this | 01:27:21 |
| 12 | document? | 01:27:24 |
| 13 | MR. HUDIS:  We're in August?  September? | 01:27:25 |
| 14 | MR. KAPLAN:  September. | 01:27:28 |
| 15 | MR. HUDIS:  August. | 01:27:29 |
| 16 | MR. KAPLAN:  Okay.  And is this a screen | 01:27:30 |
| 17 | shot or a PDF?  How was it created? | 01:27:32 |
| 18 | MR. HUDIS:  What's the program we use? | 01:27:36 |
| 19 | MS. CAPPAERT:  We use? | 01:27:38 |
| 20 | MR. HUDIS:  Yeah. | 01:27:38 |
| 21 | MS. CAPPAERT:  Snagit. | 01:27:39 |
| 22 | MR. HUDIS:  Snagit.  These are Snagit | 01:27:43 |
| 23 | shots.  Thank you. | 01:27:44 |
| 24 | MR. KAPLAN:  Okay. | 01:27:45 |
| 25 | MR. HUDIS:  So that was the software we | 01:27:49 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

162

| | | |
|---|---|---|
| 1 | used to do these captures. | 01:27:50 |
| 2 | Q.    Now, if an organization were to join | 01:28:01 |
| 3 | Bookshare, your schools could be joining for free, | 01:28:03 |
| 4 | and then other organizations -- how is this charge | 01:28:06 |
| 5 | rendered on 6 to $10 per book? | 01:28:11 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 01:28:16 |
| 7 | THE WITNESS:  So organizations can buy, | 01:28:17 |
| 8 | essentially, a package of downloads.  And I think | 01:28:20 |
| 9 | that if you pay $300, you can download 30 titles, | 01:28:25 |
| 10 | 30 books.  So that would be a fee associated with | 01:28:31 |
| 11 | getting a group of books.  So instead of buying a | 01:28:35 |
| 12 | subscription for each student, you can just get a | 01:28:40 |
| 13 | package of books. | 01:28:44 |
| 14 | BY MR. HUDIS: | 01:28:45 |
| 15 | Q.    And this -- and on page 12, it's | 01:28:45 |
| 16 | describing that package? | 01:28:47 |
| 17 | A.    It has a link -- | 01:28:48 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 01:28:50 |
| 19 | THE WITNESS:  Yeah.  It has a link to | 01:28:51 |
| 20 | where those things are described, but it doesn't | 01:28:55 |
| 21 | actually describe those packages on this page. | 01:28:57 |
| 22 | BY MR. HUDIS: | 01:28:59 |
| 23 | Q.    Let's turn to page 13 of Exhibit 55.  It | 01:28:59 |
| 24 | says: | 01:29:03 |
| 25 | "Welcome to Bookshare.  You | 01:29:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

163

| | | |
|---|---|---|
| 1 | must log in to use this page or | 01:29:05 |
| 2 | sign up for a Bookshare account." | 01:29:07 |
| 3 | My question, Mr. Fruchterman, is there a | 01:29:09 |
| 4 | log-in requirement to access Bookshare as a | 01:29:11 |
| 5 | member? | 01:29:14 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 01:29:15 |
| 7 | THE WITNESS:  If a person wishes to | 01:29:19 |
| 8 | download copyrighted materials, they need to have | 01:29:20 |
| 9 | a Bookshare account and have supplied proof of | 01:29:23 |
| 10 | disability and have paid the fee if applicable. | 01:29:27 |
| 11 | BY MR. HUDIS: | 01:29:29 |
| 12 | Q.   And once you've done all of that, do you | 01:29:29 |
| 13 | get a user name and password? | 01:29:31 |
| 14 | A.   Yes.  You tend to use your e-mail plus a | 01:29:37 |
| 15 | password, yes. | 01:29:39 |
| 16 | Q.   Could we turn to page 15, of Exhibit 55. | 01:29:44 |
| 17 | A.   Okay. | 01:29:47 |
| 18 | Q.   So the first paragraph: | 01:30:00 |
| 19 | "Bookshare is a Benetech | 01:30:01 |
| 20 | initiative.  Benetech operates | 01:30:03 |
| 21 | Bookshare under an exception to | 01:30:05 |
| 22 | copyright law called the Chafee | 01:30:07 |
| 23 | Amendment, 17 United States Code | 01:30:08 |
| 24 | Section 121, which makes Bookshare | 01:30:11 |
| 25 | legally possible in the U.S.  The | 01:30:13 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

164

| | | |
|---|---|---|
| 1 | Chafee Amendment allows us to | 01:30:16 |
| 2 | provide copyrighted digital books | 01:30:19 |
| 3 | as long as they are available only | 01:30:20 |
| 4 | to people with bona fide print | 01:30:22 |
| 5 | disabilities.  The Bookshare site | 01:30:24 |
| 6 | does not provide access to | 01:30:26 |
| 7 | copyrighted works for the general | 01:30:28 |
| 8 | public." | 01:30:29 |
| 9 | Do you agree with this statement? | 01:30:30 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 01:30:32 |
| 11 | THE WITNESS:  Yes. | 01:30:35 |
| 12 | BY MR. HUDIS: | 01:30:35 |
| 13 | Q.   All right.  The next paragraph says -- | 01:30:35 |
| 14 | and I'm not reading the whole thing. | 01:30:38 |
| 15 | "Although the requirements of | 01:30:39 |
| 16 | the copyright law exception are | 01:30:40 |
| 17 | clear, Benetech has gone beyond | 01:30:43 |
| 18 | these requirements to ensure broad | 01:30:45 |
| 19 | support for the project.  We have | 01:30:46 |
| 20 | been working for more than a | 01:30:49 |
| 21 | decade with the Association of | 01:30:50 |
| 22 | American Publishers, the main | 01:30:53 |
| 23 | American industry group, to | 01:30:55 |
| 24 | address publishers' concerns about | 01:30:56 |
| 25 | the design of the service." | 01:31:00 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

165

| | | |
|---|---|---|
| 1 | In what ways, Mr. Fruchterman, did you | 01:31:03 |
| 2 | work with the Association of American Publishers | 01:31:06 |
| 3 | to address their concerns about the design of | 01:31:07 |
| 4 | Bookshare? | 01:31:10 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 01:31:12 |
| 6 | Argumentative.  Lacks foundation. | 01:31:13 |
| 7 | THE WITNESS:  This is another | 01:31:21 |
| 8 | confidential segment. | 01:31:22 |
| 9 | We had the meeting that we discussed in | 01:31:27 |
| 10 | prior testimony with the AAP roughly a year before | 01:31:28 |
| 11 | the launch of Bookshare.  As part of that meeting, | 01:31:32 |
| 12 | we made various agreements around engaging the | 01:31:35 |
| 13 | publishing industry.  Agreements that still hold | 01:31:38 |
| 14 | today include not surprising their general | 01:31:45 |
| 15 | counsel. | 01:31:50 |
| 16 | So any significant policy changes or | 01:31:50 |
| 17 | changes to our legal agreements, we give the | 01:31:52 |
| 18 | counsel for the association an early copy of those | 01:31:56 |
| 19 | and allow them to comment. | 01:32:00 |
| 20 | I think -- I think, in general, checking | 01:32:05 |
| 21 | in with them before we make major changes to the | 01:32:08 |
| 22 | service is the number one way.  But over the | 01:32:10 |
| 23 | years, we've made quite a number of changes or | 01:32:13 |
| 24 | accommodations based on those conversations. | 01:32:16 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

166

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 01:32:17 |
| 2 | Q.    And that would include what we talked | 01:32:18 |
| 3 | about earlier; that's the storage of the content | 01:32:20 |
| 4 | on your service -- on your servers or, more | 01:32:23 |
| 5 | recently, the Amazon cloud -- | 01:32:26 |
| 6 | MR. KAPLAN:  Objection. | 01:32:29 |
| 7 | BY MR. HUDIS: | 01:32:29 |
| 8 | Q.    -- in a secure manner? | 01:32:29 |
| 9 | MR. KAPLAN:  Objection.  Misstates | 01:32:31 |
| 10 | testimony.  Vague. | 01:32:32 |
| 11 | THE WITNESS:  I would differentiate | 01:32:35 |
| 12 | between things that are just the way we operate | 01:32:36 |
| 13 | the service and representations or changes we've | 01:32:38 |
| 14 | made in conversations with the publishers. | 01:32:41 |
| 15 | There are many, many things where we | 01:32:44 |
| 16 | simply say, We're doing it this way, and -- they | 01:32:45 |
| 17 | don't -- the association doesn't have any ability | 01:32:50 |
| 18 | to approve of our activities.  It's not their | 01:32:53 |
| 19 | place, as it were. | 01:32:57 |
| 20 | BY MR. HUDIS: | 01:32:59 |
| 21 | Q.    Right. | 01:32:59 |
| 22 | A.    They're simply a way to effectively | 01:33:01 |
| 23 | converse with the industry association and with | 01:33:03 |
| 24 | the industry.  And if they see an issue that they | 01:33:06 |
| 25 | think their members want to hear about, they'll go | 01:33:08 |

167

| | | |
|---|---|---|
| 1 | back to their members and talk to them.  So it's | 01:33:12 |
| 2 | an efficiency mechanism. | 01:33:14 |
| 3 | But there is a difference between things | 01:33:16 |
| 4 | we just do and things we've explicitly conversed | 01:33:17 |
| 5 | with them and maybe made changes as a result of | 01:33:21 |
| 6 | that conversation. | 01:33:23 |
| 7 | Q.    So what I'm concerned about is how you | 01:33:24 |
| 8 | worked with the American -- with the Association | 01:33:27 |
| 9 | of American Publishers to make them comfortable | 01:33:30 |
| 10 | that the Bookshare site would not be subject to | 01:33:34 |
| 11 | abuse. | 01:33:37 |
| 12 | MR. KAPLAN:  Objection.  Was there a | 01:33:40 |
| 13 | question? | 01:33:43 |
| 14 | MR. HUDIS:  Yes.  I'll phrase it a | 01:33:44 |
| 15 | different way. | 01:33:48 |
| 16 | Q.    In what ways did you work with the | 01:33:49 |
| 17 | Association of American Publishers to ensure | 01:33:50 |
| 18 | that -- to make them comfortable that the | 01:33:56 |
| 19 | Bookshare site would not be the subject of abuse? | 01:33:59 |
| 20 | That people in the sighted community would not be | 01:34:03 |
| 21 | able to download their content without permission, | 01:34:06 |
| 22 | without compensation? | 01:34:11 |
| 23 | MR. KAPLAN:  Objection.  Argumentative. | 01:34:13 |
| 24 | Vague. | 01:34:14 |
| 25 | THE WITNESS:  Okay.  So we're now in a | 01:34:19 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

168

1    much narrower area, and I'd say the                          01:34:21

2    representations in our seven-point digital rights           01:34:25

3    management plan were the primary mechanism that we          01:34:32

4    dealt with that particular concern of the                   01:34:37

5    publishing industry.                                        01:34:40

6    BY MR. HUDIS:                                               01:34:41

7        Q.    Okay.  The last sentence on that page,            01:34:46

8    page 15 of Exhibit 55, it says:                             01:34:49

9              "With the extensive input                         01:34:51

10             from consumers, authors,                          01:34:54

11             publishers and leading                            01:34:56

12             organizations, we have created a                  01:34:57

13             model for Bookshare that can be                   01:34:59

14             supported by a broad array of                     01:35:01

15             interests."                                       01:35:04

16        What model is this passage talking                     01:35:05

17    about?                                                     01:35:08

18             MR. KAPLAN:  Objection.  Lacks                    01:35:09

19    foundation.                                                01:35:10

20             THE WITNESS:  The Bookshare operational           01:35:14

21    model.                                                     01:35:17

22    BY MR. HUDIS:                                              01:35:21

23        Q.    How would you describe the Bookshare             01:35:21

24    operational model?                                         01:35:22

25        A.    A package of technologies and policies           01:35:24

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

169

| | | |
|---|---|---|
| 1 | and legal agreements and product features and -- I | 01:35:27 |
| 2 | mean, you know, it's a -- these things combined | 01:35:33 |
| 3 | create a service that delivers a value to people | 01:35:38 |
| 4 | with disabilities in a way that gets support from | 01:35:46 |
| 5 | these different stakeholders. | 01:35:48 |
| 6 | Q. Including the publishing industry? | 01:35:53 |
| 7 | A. Yes. | 01:35:55 |
| 8 | Q. Could we turn to page 16 of Exhibit 55. | 01:35:57 |
| 9 | Under copyright information, it says: | 01:36:00 |
| 10 | "Bookshare is an online | 01:36:02 |
| 11 | library that provides accessible | 01:36:04 |
| 12 | eBooks to people with print | 01:36:06 |
| 13 | disabilities. Bookshare meets the | 01:36:07 |
| 14 | requirements of the Chafee | 01:36:09 |
| 15 | Amendment which permits an | 01:36:09 |
| 16 | authorized entity like Benetech to | 01:36:12 |
| 17 | make books available to people | 01:36:14 |
| 18 | with print disabilities provided | 01:36:16 |
| 19 | that copies may not be reproduced | 01:36:17 |
| 20 | or distributed in a format other | 01:36:19 |
| 21 | than a specialized format | 01:36:21 |
| 22 | exclusively for use by blind or | 01:36:23 |
| 23 | other persons with disabilities. | 01:36:25 |
| 24 | Must bear a notice that any | 01:36:27 |
| 25 | further reproduction or | 01:36:32 |

170

| | | |
|---|---|---|
| 1 | distribution in a format other | 01:36:33 |
| 2 | than a specialized format is an | 01:36:35 |
| 3 | infringement.  Must include a | 01:36:37 |
| 4 | copyright notice identifying the | 01:36:39 |
| 5 | copyright owner and the date of | 01:36:43 |
| 6 | the original publication. | 01:36:45 |
| 7 | 'Specialized formats' means | 01:36:46 |
| 8 | Braille, audio or digital text | 01:36:50 |
| 9 | which is exclusively intended for | 01:36:53 |
| 10 | use by blind or other persons with | 01:36:54 |
| 11 | disabilities." | 01:36:56 |
| 12 | All right.  So I've read this passage, | 01:36:59 |
| 13 | Mr. Fruchterman. | 01:37:01 |
| 14 | A.    Right. | 01:37:01 |
| 15 | Q.    Does this accurately describe the | 01:37:01 |
| 16 | overall way that Benetech makes reading materials | 01:37:03 |
| 17 | available to its members? | 01:37:07 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 01:37:08 |
| 19 | Misleading. | 01:37:09 |
| 20 | THE WITNESS:  I think that these bullet | 01:37:14 |
| 21 | points that you just read recapitulate the | 01:37:16 |
| 22 | provisions of the Chafee Amendment, which is the | 01:37:19 |
| 23 | primary copyright exception that we use for making | 01:37:23 |
| 24 | copyright material to people with qualifying | 01:37:26 |
| 25 | disabilities inside the United States. | 01:37:28 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

171

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 01:37:31 |
| 2 | Q.    If we could go to page 17 of Exhibit 55. | 01:37:31 |
| 3 | What is the purpose of this page on | 01:37:36 |
| 4 | Bookshare's web site? | 01:37:38 |
| 5 | MR. KAPLAN:  Objection.  Vague.  Lacks | 01:37:40 |
| 6 | foundation. | 01:37:41 |
| 7 | THE WITNESS:  This is part of our, | 01:37:44 |
| 8 | essentially, frequently asked questions, and it's | 01:37:45 |
| 9 | entitled "Digital Millennium Copyright Act." | 01:37:49 |
| 10 | And so as a -- and I'm not a lawyer, but | 01:37:54 |
| 11 | my understanding is is someone who provides access | 01:37:58 |
| 12 | to copyrighted material online, we are required to | 01:38:02 |
| 13 | have a DMCA agent to accept notices that there is | 01:38:06 |
| 14 | content on our web site that infringes the | 01:38:12 |
| 15 | copyright of others. | 01:38:14 |
| 16 | We frequently get DMCA notices from | 01:38:17 |
| 17 | authors or their agents or publishers saying, We | 01:38:23 |
| 18 | searched the web.  This copyright work is on your | 01:38:26 |
| 19 | web site.  Take it down. | 01:38:29 |
| 20 | And this is both explaining the DMCA | 01:38:30 |
| 21 | notice process at some level, as well as the, more | 01:38:36 |
| 22 | or less, if you don't know what the Chafee | 01:38:40 |
| 23 | Amendment is, you should look it up because we're | 01:38:42 |
| 24 | allowed to have it. | 01:38:47 |
| 25 | But I'm summarizing this in very direct | 01:38:48 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

172

| | | |
|---|---|---|
| 1 | terms, because it's very rare for someone to issue | 01:38:54 |
| 2 | us a DMCA notice that results in us actually | 01:38:56 |
| 3 | taking down the work because it's usually legally | 01:39:01 |
| 4 | permitted under the copyright amendment. | 01:39:04 |
| 5 | BY MR. HUDIS: | 01:39:05 |
| 6 | Q.    The Chafee Amendment to the copyright? | 01:39:06 |
| 7 | A.    The Chafee Amendment.  Or often a | 01:39:07 |
| 8 | license from the author's publisher who gave us | 01:39:10 |
| 9 | the content, but the author and their agent | 01:39:12 |
| 10 | weren't aware this was one of the nice things that | 01:39:14 |
| 11 | their publisher did for their entire catalog of | 01:39:17 |
| 12 | books, not just that author. | 01:39:21 |
| 13 | Q.    Mr. Fruchterman, could we turn to page | 01:39:23 |
| 14 | 18 of Exhibit 55. | 01:39:25 |
| 15 | Is this text on page 18 Bookshare's | 01:39:34 |
| 16 | digital rights plan -- digital rights management | 01:39:40 |
| 17 | plan? | 01:39:46 |
| 18 | A.    This is the current or, let's just say, | 01:39:46 |
| 19 | last month's current -- but I don't believe it's | 01:39:49 |
| 20 | changed since last month -- version of our | 01:39:51 |
| 21 | seven-point digital rights management plan that we | 01:39:53 |
| 22 | have discussed earlier. | 01:39:56 |
| 23 | Q.    And what was the purpose of Bookshare | 01:39:58 |
| 24 | implementing this DRM plan? | 01:39:59 |
| 25 | MR. KAPLAN:  Objection.  Vague.  Lacks | 01:40:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

173

| | | |
|---|---|---|
| 1 | foundation. | 01:40:05 |
| 2 | THE WITNESS:  I would say that the | 01:40:11 |
| 3 | purpose of this was to represent to the | 01:40:12 |
| 4 | intellectual property industry, especially | 01:40:17 |
| 5 | publishers, that we were intending to follow the | 01:40:19 |
| 6 | law when it came to use of these materials.  So it | 01:40:22 |
| 7 | was created for that original conversation we had | 01:40:25 |
| 8 | with the publishing industry quite a number of | 01:40:27 |
| 9 | years ago. | 01:40:31 |
| 10 | BY MR. HUDIS: | 01:40:31 |
| 11 | Q.    And when you say "these materials," | 01:40:32 |
| 12 | that's the copyrighted materials on the Bookshare | 01:40:34 |
| 13 | web site? | 01:40:36 |
| 14 | MR. KAPLAN:  Objection.  Misstates | 01:40:39 |
| 15 | testimony. | 01:40:40 |
| 16 | THE WITNESS:  Yes. | 01:40:42 |
| 17 | BY MR. HUDIS: | 01:40:43 |
| 18 | Q.    Could we turn to page 19. | 01:40:43 |
| 19 | A.    Mh-hmm. | 01:40:46 |
| 20 | Q.    What's the purpose of this sign-up page? | 01:40:46 |
| 21 | That's page 19 of Exhibit 55. | 01:40:52 |
| 22 | MR. KAPLAN:  Objection.  Vague.  Lacks | 01:40:54 |
| 23 | foundation. | 01:40:55 |
| 24 | THE WITNESS:  This is a screen shot that | 01:41:15 |
| 25 | appears to be of the individual sign-up for | 01:41:16 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

174

| | | |
|---|---|---|
| 1 | Bookshare that is collecting data about a | 01:41:22 |
| 2 | potential user in order to start the process of | 01:41:24 |
| 3 | becoming a Bookshare member. | 01:41:29 |
| 4 | BY MR. HUDIS: | 01:41:32 |
| 5 | Q.    And at the bottom it says -- it has a | 01:41:32 |
| 6 | check box, and then you would sign your name or | 01:41:34 |
| 7 | its equivalent. | 01:41:36 |
| 8 | Do you see at the bottom? | 01:41:38 |
| 9 | A.    Yes. | 01:41:39 |
| 10 | Q.    And by doing so you're agreeing to the | 01:41:39 |
| 11 | terms and conditions of the Bookshare web site. | 01:41:42 |
| 12 | Do you see that? | 01:41:44 |
| 13 | MR. KAPLAN:  Objection.  Is the -- the | 01:41:45 |
| 14 | question is whether or not he sees that check box? | 01:41:49 |
| 15 | MR. HUDIS:  Counsel, good. | 01:41:53 |
| 16 | Q.    Is the purpose of this check box to have | 01:41:55 |
| 17 | the user acknowledge that he or she is agreeing to | 01:42:02 |
| 18 | the terms and conditions of the Bookshare web | 01:42:04 |
| 19 | site? | 01:42:07 |
| 20 | MR. KAPLAN:  Objection.  Vague.  Lacks | 01:42:08 |
| 21 | foundation. | 01:42:09 |
| 22 | MR. HUDIS:  Thank you, Counsel. | 01:42:10 |
| 23 | THE WITNESS:  Yes.  I believe that that | 01:42:13 |
| 24 | check box and the filling in of your name | 01:42:14 |
| 25 | indicates that you're agreeing to the terms and | 01:42:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

175

| | | |
|---|---|---|
| 1 | conditions of our -- of our -- of our agreement, | 01:42:19 |
| 2 | of our Bookshare individual membership agreement. | 01:42:22 |
| 3 | BY MR. HUDIS: | 01:42:25 |
| 4 | Q. And if you could turn to page 20 of | 01:42:25 |
| 5 | Exhibit 55. Are those the terms and conditions of | 01:42:26 |
| 6 | the -- of the Bookshare web site? | 01:42:31 |
| 7 | A. It appears to be our standard Bookshare | 01:42:34 |
| 8 | membership agreement of a recent date. | 01:42:38 |
| 9 | MR. HUDIS: Counsel, same request. Can | 01:42:48 |
| 10 | we stipulate this is a business record of | 01:42:49 |
| 11 | Benetech? | 01:42:53 |
| 12 | MR. KAPLAN: Subject to your | 01:42:58 |
| 13 | representation that this is -- each page | 01:42:59 |
| 14 | represents a complete Snagit screen shot of a | 01:43:04 |
| 15 | particular web site or web page of the Benetech | 01:43:07 |
| 16 | web site, I believe so. | 01:43:12 |
| 17 | But can we go off the record for just a | 01:43:15 |
| 18 | second? | 01:43:18 |
| 19 | MR. HUDIS: Yes. I consent. We can go | 01:43:19 |
| 20 | off the record. | 01:43:20 |
| 21 | THE VIDEOGRAPHER: Okay. Going off the | 01:43:21 |
| 22 | record at 1:43. | 01:43:21 |
| 23 | (Discussion held off record.) | 01:43:40 |
| 24 | THE VIDEOGRAPHER: Back on the record at | 01:43:50 |
| 25 | 1:43. | 01:43:51 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

176

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  So subject to Counsel's | 01:43:53 |
| 2 | representation regarding the contents of this | 01:43:55 |
| 3 | exhibit, we stipulate to its authenticity as | 01:43:57 |
| 4 | select web pages from the Benetech web site. | 01:44:03 |
| 5 | MR. HUDIS:  All right.  Now, that's the | 01:44:06 |
| 6 | authenticity.  What about business record?  That | 01:44:07 |
| 7 | was what I was concerned about.  You stipulated to | 01:44:09 |
| 8 | the authenticity.  We do have -- I do -- | 01:44:14 |
| 9 | MR. KAPLAN:  You want a stipulation that | 01:44:20 |
| 10 | the statements in here are not hearsay for the | 01:44:22 |
| 11 | purpose of -- | 01:44:25 |
| 12 | MR. HUDIS:  For what they contain. | 01:44:27 |
| 13 | MR. KAPLAN:  I don't believe we can | 01:44:41 |
| 14 | stipulate that -- to that because, as far as I | 01:44:42 |
| 15 | know, we don't represent Benetech. | 01:44:45 |
| 16 | BY MR. HUDIS: | 01:44:49 |
| 17 | Q.   All right.  So if you could -- if, | 01:44:49 |
| 18 | Mr. Fruchterman, you could put Exhibit 55 back in | 01:44:52 |
| 19 | front of you. | 01:44:56 |
| 20 | A.   Yes. | 01:44:58 |
| 21 | Q.   All right.  So the pages on Exhibit 55, | 01:44:58 |
| 22 | I'm going to represent to you that they are Snagit | 01:45:02 |
| 23 | screen shots of the Bookshare web site. | 01:45:04 |
| 24 | So my question is are these pages items | 01:45:08 |
| 25 | of data compilations made by Benetech? | 01:45:11 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

177

| | | |
|---|---|---|
| 1 | A.    You used a term of -- | 01:45:18 |
| 2 | Q.    Term of art. | 01:45:20 |
| 3 | A.    -- that I don't know. | 01:45:22 |
| 4 | Q.    Okay.  This is -- all right. | 01:45:23 |
| 5 |     Is this content on Exhibit 55 content | 01:45:26 |
| 6 | that was created by Benetech and its employees? | 01:45:28 |
| 7 |     MR. KAPLAN:  Objection.  Vague. | 01:45:36 |
| 8 |     THE WITNESS:  We also had the assistance | 01:45:55 |
| 9 | of counsel in creating some of this material, | 01:45:59 |
| 10 | and -- | 01:46:03 |
| 11 | BY MR. HUDIS: | 01:46:04 |
| 12 | Q.    That person would count as an employee | 01:46:04 |
| 13 | of Benetech. | 01:46:11 |
| 14 |     (Reporter interruption.) | 01:46:12 |
| 15 |     THE WITNESS:  No. | 01:46:14 |
| 16 | BY MR. HUDIS: | 01:46:14 |
| 17 | Q.    No?  All right. | 01:46:15 |
| 18 | A.    I mean, we use -- | 01:46:17 |
| 19 |     MR. KAPLAN:  Maybe. | 01:46:19 |
| 20 |     THE WITNESS:  -- pro bono counsel -- | 01:46:19 |
| 21 |     (Reporter interruption.) | 01:46:23 |
| 22 | BY MR. HUDIS: | 01:46:24 |
| 23 | Q.    One person.  Okay. | 01:46:25 |
| 24 | A.    Please frame a -- | 01:46:27 |
| 25 | Q.    Better question? | 01:46:28 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

178

| | | |
|---|---|---|
| 1 | A.    Yes, please. | 01:46:29 |
| 2 | Q.    Okay.  So with the assistance of | 01:46:32 |
| 3 | counsel, was the content of Exhibit 55 created by | 01:46:33 |
| 4 | employees of Benetech? | 01:46:38 |
| 5 | MR. KAPLAN:  Objection.  Lacks | 01:46:42 |
| 6 | foundation.  Vague. | 01:46:42 |
| 7 | THE WITNESS:  The content that we | 01:46:45 |
| 8 | reviewed in Exhibit 55 was created by employees, | 01:46:47 |
| 9 | contractors, pro bono counsel, paid counsel, of | 01:46:56 |
| 10 | Benetech.  I believe that's a comprehensive list | 01:47:03 |
| 11 | of the people who helped created this content. | 01:47:05 |
| 12 | BY MR. HUDIS: | 01:47:09 |
| 13 | Q.    Was the content created for the web | 01:47:09 |
| 14 | pages of Exhibit 55 made in the regular course of | 01:47:12 |
| 15 | Benetech's business? | 01:47:15 |
| 16 | MR. KAPLAN:  Objection.  Vague.  Calls | 01:47:16 |
| 17 | for a legal conclusion.  Lacks foundation. | 01:47:17 |
| 18 | THE WITNESS:  In the common | 01:47:22 |
| 19 | understanding of what that would mean, yes. | 01:47:22 |
| 20 | BY MR. HUDIS: | 01:47:24 |
| 21 | Q.    All right.  Was the content on | 01:47:24 |
| 22 | Exhibit 55 kept by Benetech in the regular course | 01:47:27 |
| 23 | of its business? | 01:47:31 |
| 24 | MR. KAPLAN:  Objection.  Vague.  Calls | 01:47:32 |
| 25 | for a legal conclusion.  Lacks foundation. | 01:47:32 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

179

1    THE WITNESS:  We maintain the web site          01:47:35

2    that serves these pages up, yes.                01:47:37

3    BY MR. HUDIS:                                   01:47:39

4        Q.    And is it a regular practice of Benetech   01:47:39

5    to create web pages of the type shown in        01:47:45

6    Exhibit 55?                                      01:47:48

7    MR. KAPLAN:  Objection.  Vague.  Lacks          01:47:50

8    foundation.  Calls for a legal conclusion.      01:47:51

9    THE WITNESS:  As far as I know, yes.            01:47:55

10   Should I have my general counsel here           01:48:06

11   for this part?  Okay.  All right.               01:48:08

12   MR. HUDIS:  In my opinion, no.  How's           01:48:16

13   that?                                           01:48:20

14   MR. KAPLAN:  If you want to discuss it,         01:48:21

15   we should discuss it.                           01:48:22

16   THE WITNESS:  Let's see where else we go        01:48:25

17   with this.                                       01:48:28

18   MR. HUDIS:  We're done with this                01:48:28

19   exhibit, so ...                                 01:48:29

20   THE WITNESS:  Great.                            01:48:31

21   MR. HUDIS:  All right.                          01:48:33

22   (Whereupon, Deposition Exhibit 56 was           01:48:47

23       marked for identification.)                 01:48:47

24   THE WITNESS:  Okay.                             01:49:01

25

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

180

| | |
|---|---|
| 1 | BY MR. HUDIS: | 01:49:02 |
| 2 | Q.    Mr. Fruchterman, I show you what's been | 01:49:02 |
| 3 | marked as Exhibit 56. | 01:49:04 |
| 4 | Do you recognize the document? | 01:49:06 |
| 5 | A.    Yes.  It's an article I coauthored a | 01:49:09 |
| 6 | dozen years ago. | 01:49:13 |
| 7 | Q.    You coauthored that with Alison Lingane? | 01:49:14 |
| 8 | A.    Correct. | 01:49:20 |
| 9 | Q.    At the bottom of the first page of | 01:49:28 |
| 10 | Exhibit 56, it says: | 01:49:31 |
| 11 | "The essence of the social | 01:49:32 |
| 12 | bargain between publishers and the | 01:49:34 |
| 13 | disability community was to | 01:49:36 |
| 14 | provide easier access to people | 01:49:37 |
| 15 | with disabilities while protecting | 01:49:39 |
| 16 | the economic interests of | 01:49:41 |
| 17 | publishers.  Chafee" -- | 01:49:43 |
| 18 | I gather that means Chafee Amendment? | 01:49:45 |
| 19 | A.    Correct. | 01:49:47 |
| 20 | Q.    "Chafee was drawn narrowly to | 01:49:48 |
| 21 | seal this bargain." | 01:49:51 |
| 22 | Do you still agree with this passage? | 01:49:53 |
| 23 | A.    I do, though I was not present when the | 01:49:55 |
| 24 | Chafee Amendment was passed. | 01:49:57 |
| 25 | Q.    If we could turn to page 2 of | 01:49:59 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

181

| | | |
|---|---|---|
| 1 | Exhibit 56.  At the top it says: | 01:50:02 |
| 2 | "It is of course extremely | 01:50:05 |
| 3 | important that organizations | 01:50:07 |
| 4 | operating under Chafee do so with | 01:50:08 |
| 5 | the utmost integrity and with" -- | 01:50:10 |
| 6 | "and within the strict letter of | 01:50:13 |
| 7 | the law to protect this important | 01:50:15 |
| 8 | amendment that has provided such a | 01:50:17 |
| 9 | big leap forward for access." | 01:50:19 |
| 10 | Do you still agree with this passage? | 01:50:22 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 01:50:24 |
| 12 | THE WITNESS:  Yes. | 01:50:25 |
| 13 | BY MR. HUDIS: | 01:50:30 |
| 14 | Q.   I'd like you to drop down under the | 01:50:31 |
| 15 | title "How Has Chafee Affected Education," to the | 01:50:32 |
| 16 | second paragraph.  And then it -- and in the | 01:50:35 |
| 17 | second sentence of that paragraph it says: | 01:50:38 |
| 18 | "The Chafee definition of | 01:50:39 |
| 19 | entities authorized to make | 01:50:41 |
| 20 | accessible books is a nonprofit | 01:50:43 |
| 21 | organization or a governmental | 01:50:46 |
| 22 | agency that has a primary mission | 01:50:48 |
| 23 | to provide specialized services | 01:50:50 |
| 24 | relating to training, education or | 01:50:52 |
| 25 | adaptive reading or information, | 01:50:55 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

182

| | | |
|---|---|---|
| 1 | access needs of blind or other | 01:50:58 |
| 2 | persons with disabilities." | 01:51:00 |
| 3 | Do you still agree with that? | 01:51:02 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 01:51:04 |
| 5 | THE WITNESS:  Yes.  That's an informal | 01:51:04 |
| 6 | summary of the requirements of the Chafee | 01:51:06 |
| 7 | Amendment. | 01:51:07 |
| 8 | BY MR. HUDIS: | 01:51:12 |
| 9 | Q.    And Bookshare complies with this | 01:51:16 |
| 10 | definition of "authorized entity"? | 01:51:19 |
| 11 | MR. KAPLAN:  Objection.  Calls for a | 01:51:21 |
| 12 | legal conclusion.  Lacks foundation.  Vague. | 01:51:22 |
| 13 | THE WITNESS:  Yes. | 01:51:26 |
| 14 | BY MR. HUDIS: | 01:51:26 |
| 15 | Q.    Do you know whether the defendant in | 01:51:27 |
| 16 | this case, Public.Resource, qualifies under this | 01:51:29 |
| 17 | definition? | 01:51:32 |
| 18 | A.    I am -- | 01:51:35 |
| 19 | MR. KAPLAN:  Objection.  Calls for a | 01:51:36 |
| 20 | legal conclusion.  Vague. | 01:51:36 |
| 21 | THE WITNESS:  I am not an attorney, and | 01:51:39 |
| 22 | I have not investigated that either. | 01:51:41 |
| 23 | BY MR. HUDIS: | 01:51:47 |
| 24 | Q.    Mr. Fruchterman, could we turn to page 3 | 01:51:48 |
| 25 | of Exhibit 56. | 01:51:49 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

183

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 01:51:53 |
| 2 | Q. | I draw your attention to the second full | 01:51:55 |
| 3 | paragraph.  It says, "Even with Chafee." | | 01:51:58 |
| 4 | | Are you following me? | 01:52:01 |
| 5 | A. | No. | 01:52:02 |
| 6 | Q. | Okay. | 01:52:02 |
| 7 | A. | So what page are we on again? | 01:52:03 |
| 8 | Q. | Three. | 01:52:07 |
| 9 | A. | Okay.  All right.  All right. | 01:52:07 |
| 10 | | MR. HUDIS:  Thank you.  Thank you, | 01:52:08 |
| 11 | Counsel.  Appreciate it. | | 01:52:09 |
| 12 | Q. | It says, in the second sentence of that | 01:52:11 |
| 13 | paragraph: | | 01:52:16 |
| 14 | | "Working with publishers | 01:52:16 |
| 15 | | directly (individually or legally | 01:52:18 |
| 16 | | mandated as with the IMAA) to | 01:52:21 |
| 17 | | create a secure distribution | 01:52:25 |
| 18 | | system to qualifying individuals | 01:52:28 |
| 19 | | from original digital files would | 01:52:30 |
| 20 | | save work for everybody, while at | 01:52:33 |
| 21 | | the same time make access by | 01:52:35 |
| 22 | | people with disabilities faster, | 01:52:37 |
| 23 | | higher quality, and more | 01:52:39 |
| 24 | | comprehensive." | 01:52:40 |
| 25 | | First of all, do you still agree with | 01:52:43 |

184

1    this?                                                01:52:45

2           MR. KAPLAN:  Objection.  Vague.               01:52:46

3           THE WITNESS:  This is a very dated            01:52:50

4    document.                                            01:52:51

5    BY MR. HUDIS:                                        01:52:52

6       Q.    Okay.                                       01:52:54

7       A.    And I would say that this was making the    01:52:54

8    case for Bookshare roughly in its first year of      01:52:59

9    existence, and I would say that we have              01:53:02

10   accomplished many of the things we set out to        01:53:08

11   accomplish as expressed in this paragraph with the   01:53:10

12   Bookshare solution that exists today.                01:53:13

13      Q.    Did you investigate whether                 01:53:17

14   Public.Resource has done this?                       01:53:18

15          MR. KAPLAN:  Objection.  Vague.               01:53:21

16          THE WITNESS:  My scope of my expert           01:53:26

17   engagement was to evaluate the accessibility of      01:53:28

18   several documents.  I didn't do any legal research   01:53:30

19   on Public.Resource.Org and whether or not it         01:53:32

20   qualified.                                           01:53:37

21          MR. KAPLAN:  I think you can say that         01:53:47

22   out loud.                                            01:53:48

23          MR. HUDIS:  Okay.  Counsel, I'd like to       01:53:49

24   go off the record.                                   01:53:50

25          MR. KAPLAN:  No problem.                      01:53:51

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

185

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This is the end of | 01:53:52 |
| 2 | Tape Number 2 in the deposition of | 01:53:53 |
| 3 | James Fruchterman.  The time is 1:53.  Going off | 01:53:57 |
| 4 | the record. | 01:53:59 |
| 5 | (Whereupon, a recess was taken.) | 01:59:14 |
| 6 | (Whereupon, Deposition Exhibit 57 was | 01:59:14 |
| 7 | marked for identification.) | 01:59:14 |
| 8 | THE VIDEOGRAPHER:  Here begins Tape | 02:01:05 |
| 9 | No. 3 in the deposition of James Fruchterman. | 02:01:07 |
| 10 | Back on the record at 2:01. | 02:01:08 |
| 11 | BY MR. HUDIS: | 02:01:13 |
| 12 | Q.   Mr. Fruchterman, I've marked as | 02:01:13 |
| 13 | Exhibit 57 and ask if you recognize the document. | 02:01:14 |
| 14 | A.   Yes.  It's an article I wrote seven or | 02:01:19 |
| 15 | eight years ago. | 02:01:24 |
| 16 | Q.   What is the article of Exhibit 57 about? | 02:01:28 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 02:01:34 |
| 18 | THE WITNESS:  It's a case study on the | 02:01:35 |
| 19 | creation of my nonprofit organization, Benetech. | 02:01:37 |
| 20 | BY MR. HUDIS: | 02:01:40 |
| 21 | Q.   So you describe in the first paragraph | 02:01:49 |
| 22 | your organization Benetech.  And, again, it's | 02:01:50 |
| 23 | dated 2007, 2008. | 02:01:54 |
| 24 | "We build innovation | 02:01:57 |
| 25 | technology solutions and widely | 02:01:58 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

186

| | | |
|---|---|---|
| 1 | promote entrepreneurial models for | 02:01:59 |
| 2 | developing projects in the | 02:02:03 |
| 3 | nonprofit community. Benetech was | 02:02:04 |
| 4 | founded as a nonprofit social | 02:02:06 |
| 5 | enterprise in 1989 to pursue the | 02:02:08 |
| 6 | making of affordable reading | 02:02:11 |
| 7 | machines for the blind." | 02:02:12 |
| 8 | And it continues. It says: | 02:02:13 |
| 9 | "Because the market wasn't" | 02:02:16 |
| 10 | -- "wasn't interesting to my | 02:02:16 |
| 11 | original venture capital-backed | 02:02:19 |
| 12 | company." | 02:02:22 |
| 13 | Now, you were referring to Arkenstone? | 02:02:22 |
| 14 | A. No. Calera. | 02:02:27 |
| 15 | Q. Calera. All right. | 02:02:28 |
| 16 | And is that an accurate description of | 02:02:31 |
| 17 | why you founded Benetech? | 02:02:33 |
| 18 | A. Yes. | 02:02:35 |
| 19 | Q. And then it says: | 02:02:37 |
| 20 | "We've since branched out | 02:02:39 |
| 21 | into three major fields in the | 02:02:42 |
| 22 | social sector: Helping provide | 02:02:44 |
| 23 | technology solutions to people | 02:02:46 |
| 24 | with disabilities, human rights | 02:02:47 |
| 25 | groups and environmental groups." | 02:02:49 |

187

| | | |
|---|---|---|
| 1 | So providing technology solutions to | 02:02:52 |
| 2 | people with disabilities, that's Bookshare? | 02:02:54 |
| 3 | A.    That's one of our projects in the area | 02:02:58 |
| 4 | of helping people with disabilities, yes. | 02:03:00 |
| 5 | Q.    And then the other one was Route 66? | 02:03:02 |
| 6 | A.    That's another one. | 02:03:06 |
| 7 | Q.    All right. | 02:03:07 |
| 8 | A.    There are more. | 02:03:08 |
| 9 | Q.    And then in the human rights arena, that | 02:03:10 |
| 10 | would be Martus? | 02:03:14 |
| 11 | A.    That is our primary product in that | 02:03:16 |
| 12 | field. | 02:03:18 |
| 13 | MR. KAPLAN:  Objection. | 02:03:18 |
| 14 | THE WITNESS:  Sorry. | 02:03:19 |
| 15 | BY MR. HUDIS: | 02:03:19 |
| 16 | Q.    And what is your project in the | 02:03:19 |
| 17 | environmental area? | 02:03:21 |
| 18 | MR. KAPLAN:  Objection.  Argumentative. | 02:03:22 |
| 19 | Vague. | 02:03:23 |
| 20 | THE WITNESS:  At the time, it was the | 02:03:25 |
| 21 | Miradi software project.  M-I-R-A-D-I. | 02:03:27 |
| 22 | BY MR. HUDIS: | 02:03:32 |
| 23 | Q.    And what did Miradi do? | 02:03:32 |
| 24 | A.    Essentially project management software | 02:03:35 |
| 25 | for environmental project managers. | 02:03:37 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

188

| | | |
|---|---|---|
| 1 | Q.    If you could turn to page 86 of | 02:03:53 |
| 2 | Exhibit 57.  In the middle of the page it says, | 02:03:55 |
| 3 | "Our initial reading machine." | 02:04:03 |
| 4 | Do you see that? | 02:04:05 |
| 5 | A.    Yes. | 02:04:05 |
| 6 | Q.    All right. | 02:04:05 |
| 7 | "Our initial reading machine | 02:04:06 |
| 8 | had four major components:  The | 02:04:07 |
| 9 | PC, the Calera OCR board, a | 02:04:08 |
| 10 | DECtalk voice synthesizer board | 02:04:11 |
| 11 | and a Hewlett-Packard scanner. | 02:04:14 |
| 12 | Together, these three additional | 02:04:17 |
| 13 | pieces turned the standard PC into | 02:04:18 |
| 14 | a reading machine." | 02:04:20 |
| 15 | My question is, Mr. Fruchterman, are | 02:04:21 |
| 16 | these the hardware elements of an OCR reading | 02:04:24 |
| 17 | machine? | 02:04:28 |
| 18 | MR. KAPLAN:  Objection.  Vague.  Calls | 02:04:30 |
| 19 | for speculation.  Lacks foundation. | 02:04:35 |
| 20 | THE WITNESS:  This is a description of | 02:04:43 |
| 21 | our earliest reading system based on the Calera | 02:04:49 |
| 22 | TrueScan board. | 02:04:56 |
| 23 | BY MR. HUDIS: | 02:05:22 |
| 24 | Q.    Mr. Fruchterman, could you please turn | 02:05:22 |
| 25 | to page 95 of Exhibit 57. | 02:05:23 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

189

| | |
|---|---|
| 1    A.    Yes. | 02:05:37 |
| 2    Q.    Now, we talked about this outside a very | 02:05:37 |
| 3    narrow description, so I'd like to ask you here. | 02:05:43 |
| 4    I am under Bookshare.org, the third full paragraph | 02:05:45 |
| 5    which starts with "Jerry also came up with." | 02:05:52 |
| 6    A.    Yes. | 02:05:57 |
| 7    Q.    Okay.  So I'm concentrating on the | 02:05:57 |
| 8    second sentence of that paragraph. | 02:05:59 |
| 9         "So a year before Bookshare | 02:06:02 |
| 10         was ready" -- | 02:06:03 |
| 11         Who is Jerry? | 02:06:06 |
| 12    A.    My counsel. | 02:06:08 |
| 13    Q.    Okay. | 02:06:09 |
| 14         -- "Jerry got us a meeting with the | 02:06:11 |
| 15         copyright committee of the | 02:06:12 |
| 16         Association of American Publishers. | 02:06:13 |
| 17         This committee is made up of the top | 02:06:15 |
| 18         lawyers from the major publishers. | 02:06:17 |
| 19         We explained how we would honor the | 02:06:19 |
| 20         social bargain in the legal | 02:06:21 |
| 21         exception:  Help people with | 02:06:23 |
| 22         disabilities while not hurting the | 02:06:25 |
| 23         business interests of publishers and | 02:06:27 |
| 24         authors.  Giving them a year to work | 02:06:28 |
| 25         with us to keep this social bargain | 02:06:31 |

190

| | | |
|---|---|---|
| 1 | gained us tremendous credibility | 02:06:34 |
| 2 | with the publishers and convinced | 02:06:35 |
| 3 | them not to sue us." | 02:06:37 |
| 4 | So we talked about before, | 02:06:40 |
| 5 | Mr. Fruchterman, about why, when you were founding | 02:06:41 |
| 6 | Bookshare, you were talking with the publishers. | 02:06:47 |
| 7 | Does this passage that I just read | 02:06:49 |
| 8 | accurately state why you met with the publishers | 02:06:52 |
| 9 | before Bookshare was founded? | 02:06:56 |
| 10 | MR. KAPLAN:  Objection.  Vague.  Lacks | 02:06:59 |
| 11 | foundation. | 02:07:01 |
| 12 | THE WITNESS:  Yes.  This is a public | 02:07:08 |
| 13 | description of the strategy that our counsel came | 02:07:10 |
| 14 | up with for us. | 02:07:16 |
| 15 | (Whereupon, Deposition Exhibit 58 was | 02:07:40 |
| 16 | marked for identification.) | 02:07:40 |
| 17 | BY MR. HUDIS: | 02:07:40 |
| 18 | Q.   Mr. Fruchterman, I show you what's been | 02:08:04 |
| 19 | marked as Exhibit 58. | 02:08:06 |
| 20 | Are you familiar with the book | 02:08:08 |
| 21 | "Assistive" -- "Assistive Technology for Visually | 02:08:09 |
| 22 | Impaired and Blind People"? | 02:08:13 |
| 23 | A.   Yes. | 02:08:16 |
| 24 | Q.   Were you a contributing author to this | 02:08:23 |
| 25 | book of Exhibit 58? | 02:08:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

191

| | | |
|---|---|---|
| 1 | A.    I wrote a chapter for the book. | 02:08:28 |
| 2 | Q.    Was the title of that book "Accessing | 02:08:33 |
| 3 | Books and Documents"? | 02:08:37 |
| 4 | MR. KAPLAN:  Objection.  Form. | 02:08:37 |
| 5 | THE WITNESS:  That was the title of the | 02:08:39 |
| 6 | chapter. | 02:08:40 |
| 7 | BY MR. HUDIS: | 02:08:41 |
| 8 | Q.    Thank you.  I will reask the question | 02:08:41 |
| 9 | because it was very poorly asked. | 02:08:43 |
| 10 | Was your chapter of the book "Assistive | 02:08:45 |
| 11 | Technology for Visually Impaired and Blind People" | 02:08:49 |
| 12 | titled "Accessing Books and Documents"? | 02:08:53 |
| 13 | A.    Yes. | 02:08:55 |
| 14 | Q.    So, Mr. Fruchterman, I'm going to | 02:09:02 |
| 15 | represent to you that this Exhibit 58 is not the | 02:09:04 |
| 16 | entire book.  The entire book -- | 02:09:07 |
| 17 | A.    Great. | 02:09:11 |
| 18 | Q.    -- spans over 700 pages.  So I have only | 02:09:11 |
| 19 | provided a copy to you of your chapter. | 02:09:19 |
| 20 | A.    Okay. | 02:09:21 |
| 21 | MR. KAPLAN:  Is it Counsel's position | 02:09:22 |
| 22 | that this is fair use? | 02:09:23 |
| 23 | MR. HUDIS:  It is Counsel's position | 02:09:25 |
| 24 | that it is fair use in the context of litigation | 02:09:26 |
| 25 | with this witness. | 02:09:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

192

| | | |
|---|---|---|
| 1 | Q.    Now, if you recall earlier today, | 02:09:42 |
| 2 | Mr. Fruchterman, we had discussed functional tasks | 02:09:44 |
| 3 | associated with a person with print disabilities | 02:09:57 |
| 4 | accessing content. | 02:10:00 |
| 5 | Do you remember that? | 02:10:03 |
| 6 | A.    Yes. | 02:10:04 |
| 7 | Q.    Okay.  And you said that one of the | 02:10:04 |
| 8 | first functional tasks is to obtain the content? | 02:10:05 |
| 9 | A.    Yes. | 02:10:09 |
| 10 | Q.    All right.  I'd like to read you here | 02:10:09 |
| 11 | from the -- from a portion of the first paragraph | 02:10:15 |
| 12 | of your Chapter 15 from Exhibit 58. | 02:10:18 |
| 13 | You see where it says, "Text | 02:10:22 |
| 14 | acquisition"? | 02:10:23 |
| 15 | A.    Okay.  What page are we on? | 02:10:26 |
| 16 | Q.    Yes.  It is the first page of your | 02:10:28 |
| 17 | chapter.  So it's not numbered itself, but it is | 02:10:31 |
| 18 | page 555. | 02:10:35 |
| 19 | A.    Okay.  So we're on the first page, which | 02:10:38 |
| 20 | is the titled "Chapter 15.  Accessing"-- "Learning | 02:10:40 |
| 21 | Objectives." | 02:10:43 |
| 22 | Q.    Right. | 02:10:44 |
| 23 | A.    Where am I looking right now? | 02:10:44 |
| 24 | Q.    Okay.  In the middle of that first | 02:10:46 |
| 25 | paragraph it says, "Text acquisition." | 02:10:48 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

193

| | | |
|---|---|---|
| 1 | A.    Yes. | 02:10:54 |
| 2 | "Text acquisition can be" -- | 02:10:55 |
| 3 | (Reporter interruption.) | 02:10:58 |
| 4 | BY MR. HUDIS: | 02:10:58 |
| 5 | Q.    I'll read it.  It says: | 02:10:59 |
| 6 | "Text acquisition can be as | 02:11:01 |
| 7 | varied as scanning the printed | 02:11:02 |
| 8 | page and doing the optical | 02:11:04 |
| 9 | character recognition to directly | 02:11:06 |
| 10 | downloading the text from the | 02:11:08 |
| 11 | Internet." | 02:11:10 |
| 12 | What were you describing here? | 02:11:12 |
| 13 | A.    Acquiring the text. | 02:11:33 |
| 14 | Q.    That's why I was -- I was curious as to | 02:11:38 |
| 15 | our conversation earlier today, where you said | 02:11:41 |
| 16 | text acquisition was not something you would use. | 02:11:44 |
| 17 | MR. KAPLAN:  Objection.  Confusing. | 02:11:49 |
| 18 | BY MR. HUDIS: | 02:11:50 |
| 19 | Q.    All right.  So we had discussed the | 02:11:50 |
| 20 | functional tasks associated with accessing content | 02:11:52 |
| 21 | of a person with print disabilities.  So I had | 02:11:55 |
| 22 | used "text acquisition."  You said that was a | 02:11:58 |
| 23 | wrong phrase, so I'm -- I'm confused as to the | 02:12:01 |
| 24 | nature of text acquisition used here in | 02:12:05 |
| 25 | Exhibit 58. | 02:12:08 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

194

| | | |
|---|---|---|
| 1 | A.     The tasks described -- | 02:12:11 |
| 2 | MR. KAPLAN:  Wait. | 02:12:13 |
| 3 | THE WITNESS:  Sorry.  Please. | 02:12:14 |
| 4 | MR. KAPLAN:  Counsel, there needs to be | 02:12:16 |
| 5 | a question. | 02:12:16 |
| 6 | MR. HUDIS:  Okay. | 02:12:20 |
| 7 | Q.    What did you mean by "text acquisition" | 02:12:20 |
| 8 | in the context of the passage that I just read | 02:12:22 |
| 9 | from page 55 of Exhibit 58? | 02:12:25 |
| 10 | A.    Our earlier conversation encompassed | 02:12:38 |
| 11 | other tasks beyond the two listed here. | 02:12:43 |
| 12 | Q.    Okay.  So the two listed here are text | 02:12:53 |
| 13 | acquisition and accessible presentations.  And | 02:12:56 |
| 14 | that says: | 02:12:58 |
| 15 | "Accessible presentations | 02:12:59 |
| 16 | range from having a human reader | 02:13:00 |
| 17 | narrate the text to enlarged | 02:13:03 |
| 18 | print, to Braille, to synthetic | 02:13:05 |
| 19 | speech." | 02:13:07 |
| 20 | So what I'd like to know is what did you | 02:13:07 |
| 21 | mean by these two activities as described here on | 02:13:09 |
| 22 | page 55 of Exhibit -- 555 of Exhibit 58, "text | 02:13:13 |
| 23 | acquisition" and "accessible presentations"? | 02:13:19 |
| 24 | MR. KAPLAN:  Objection.  Confusing. | 02:13:22 |
| 25 | Vague.  Misstates the document. | 02:13:24 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

195

| | | |
|---|---|---|
| 1 | THE WITNESS:  The question appears to be | 02:13:40 |
| 2 | what did you mean by these two activities? | 02:13:42 |
| 3 | BY MR. HUDIS: | 02:13:46 |
| 4 | Q.   (Nods head.) | 02:13:46 |
| 5 | A.   Text acquisition and accessible | 02:13:51 |
| 6 | presentation is kind of what they mean.  I'm a | 02:13:55 |
| 7 | little lost on -- | 02:13:59 |
| 8 | Q.   As used in this paragraph in page -- in | 02:14:01 |
| 9 | Exhibit 58, what did you mean by "text | 02:14:04 |
| 10 | acquisition"? | 02:14:06 |
| 11 | MR. KAPLAN:  Objection.  Vague and | 02:14:13 |
| 12 | confusing. | 02:14:13 |
| 13 | THE WITNESS:  I'm rereading the | 02:14:26 |
| 14 | paragraph. | 02:14:28 |
| 15 | BY MR. HUDIS: | 02:14:28 |
| 16 | Q.   Mh-hmm. | 02:14:28 |
| 17 | A.   I'm still trying to figure out the | 02:15:12 |
| 18 | context here of all of this. | 02:15:13 |
| 19 | I think I was talking primarily about | 02:15:26 |
| 20 | scanning the page in order to potentially getting | 02:15:28 |
| 21 | the content directly from the Internet, which in | 02:15:31 |
| 22 | this case I'd be probably thinking about | 02:15:34 |
| 23 | Bookshare. | 02:15:36 |
| 24 | Q.   And what did you mean in this context as | 02:15:37 |
| 25 | used on page 555 of Exhibit 58 of "accessible | 02:15:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

196

| | | |
|---|---|---|
| 1 | presentations"? | 02:15:44 |
| 2 | MR. KAPLAN:  Objection.  Confusing and | 02:15:45 |
| 3 | vague. | 02:15:46 |
| 4 | THE WITNESS:  Well, I think this covers | 02:15:49 |
| 5 | territory that we've discussed before of how does | 02:15:51 |
| 6 | a person with a disability access an inaccessible | 02:15:53 |
| 7 | print document.  One way is that a human being | 02:15:59 |
| 8 | reads it aloud, or it can be made larger, or it | 02:16:02 |
| 9 | can be made Braille, or it can be made synthetic | 02:16:05 |
| 10 | speech.  And there are obviously other ones beyond | 02:16:10 |
| 11 | those as well as the four examples given here. | 02:16:12 |
| 12 | BY MR. HUDIS: | 02:16:17 |
| 13 | Q.    Could we turn to page 556 of Exhibit 58. | 02:16:17 |
| 14 | Mr. Fruchterman, this book, "Assistive | 02:16:25 |
| 15 | Technology for Visually Impaired and Blind | 02:16:28 |
| 16 | People," was published in 2008. | 02:16:31 |
| 17 | So do you recall approximately what year | 02:16:36 |
| 18 | you wrote Chapter 15? | 02:16:39 |
| 19 | MR. KAPLAN:  Objection.  Confusing. | 02:16:43 |
| 20 | Argumentative. | 02:16:45 |
| 21 | THE WITNESS:  I would assume either in | 02:16:47 |
| 22 | 2008 or in 2007. | 02:16:48 |
| 23 | BY MR. HUDIS: | 02:16:50 |
| 24 | Q.    Okay.  So turning to page 556, it says: | 02:16:51 |
| 25 | "Magnification is the | 02:16:54 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

197

| | | |
|---|---|---|
| 1 | traditional method for addressing | 02:16:56 |
| 2 | vision loss and access to text." | 02:16:58 |
| 3 | Is this still true today? | 02:17:00 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 02:17:05 |
| 5 | Confusing. | 02:17:07 |
| 6 | THE WITNESS:  Yes, 'cause it's described | 02:17:11 |
| 7 | as a traditional method.  So the fact that another | 02:17:13 |
| 8 | few years have gone by, it's still a traditional. | 02:17:16 |
| 9 | BY MR. HUDIS: | 02:17:19 |
| 10 | Q.    The next paragraph describes Braille as | 02:17:19 |
| 11 | a -- one of -- was probably the most significant | 02:17:23 |
| 12 | adaptive technology advance for the blind of the | 02:17:26 |
| 13 | 1800s. | 02:17:29 |
| 14 | Is Braille still used by blind people | 02:17:30 |
| 15 | today? | 02:17:33 |
| 16 | MR. KAPLAN:  Objection. | 02:17:34 |
| 17 | Mischaracterizes the document.  Vague. | 02:17:35 |
| 18 | But go ahead. | 02:17:39 |
| 19 | THE WITNESS:  Yes. | 02:17:40 |
| 20 | BY MR. HUDIS: | 02:17:41 |
| 21 | Q.    Skipping down another two paragraphs, it | 02:17:41 |
| 22 | says: | 02:17:48 |
| 23 | "These three alternative | 02:17:49 |
| 24 | techniques for accessing print, | 02:17:50 |
| 25 | magnification, tactile Braille and | 02:17:52 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

198

| | | |
|---|---|---|
| 1 | audible speech, are at the core of | 02:17:55 |
| 2 | almost all book and document | 02:17:57 |
| 3 | access technology for the visually | 02:17:59 |
| 4 | impaired." | 02:18:01 |
| 5 | So my question is are these still three | 02:18:02 |
| 6 | alternative techniques for accessing print by the | 02:18:05 |
| 7 | print-disabled? | 02:18:09 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 02:18:16 |
| 9 | THE WITNESS:  These are three -- these | 02:18:19 |
| 10 | are still three alternate techniques used for | 02:18:20 |
| 11 | accessing print by the print-disabled, yes. | 02:18:25 |
| 12 | BY MR. HUDIS: | 02:18:27 |
| 13 | Q.   Okay.  If we could now skip down two | 02:18:27 |
| 14 | paragraphs.  It describes these transformations in | 02:18:32 |
| 15 | the past -- and the transformations, I gather, is | 02:18:38 |
| 16 | talking about what precedes this paragraph. | 02:18:46 |
| 17 | "These transformations in the | 02:18:48 |
| 18 | past have required human | 02:18:49 |
| 19 | intervention.  Generally a sighted | 02:18:52 |
| 20 | person reworks the document into | 02:18:54 |
| 21 | accessible form." | 02:18:56 |
| 22 | And it says here: | 02:18:57 |
| 23 | "The original approach was to | 02:18:58 |
| 24 | have the sighted person read aloud | 02:18:59 |
| 25 | to the visually impaired person, a | 02:19:02 |

199

| | | |
|---|---|---|
| 1 | technique still in wide use today. | 02:19:04 |
| 2 | The Perkins Brailler and Braille | 02:19:06 |
| 3 | printing presses are important | 02:19:10 |
| 4 | tools for professionals to use to | 02:19:11 |
| 5 | create Braille books.  And | 02:19:16 |
| 6 | human-narrated books are widely | 02:19:17 |
| 7 | available on audio cassettes." | 02:19:20 |
| 8 | We've replaced audio cassettes at this | 02:19:23 |
| 9 | point with technology, but the rest of it, are | 02:19:25 |
| 10 | these still document transformation methods in use | 02:19:31 |
| 11 | today? | 02:19:33 |
| 12 | MR. KAPLAN:  Objection. | 02:19:34 |
| 13 | BY MR. HUDIS: | 02:19:34 |
| 14 | Q.   All right.  And that -- and the ones | 02:19:34 |
| 15 | that I'm pointing to are having the sighted person | 02:19:35 |
| 16 | read aloud, the Perkins Brailler and a Braille | 02:19:39 |
| 17 | printing press. | 02:19:42 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 02:19:46 |
| 19 | THE WITNESS:  All of these are still in | 02:19:48 |
| 20 | use today. | 02:19:49 |
| 21 | BY MR. HUDIS: | 02:19:50 |
| 22 | Q.   Now, the next paragraph, it says: | 02:19:55 |
| 23 | "Technology in use today has | 02:19:56 |
| 24 | greatly expanded the options | 02:19:58 |
| 25 | available for accessible reading | 02:19:59 |

200

| | | |
|---|---|---|
| 1 | and lessoned the need to have a | 02:20:01 |
| 2 | sighted person intervene in the | 02:20:03 |
| 3 | process.  We now have Braille | 02:20:04 |
| 4 | transcription software, personal | 02:20:06 |
| 5 | Braille embossers, refreshable | 02:20:08 |
| 6 | electronic Braille displays for | 02:20:11 |
| 7 | audio.  We have computer | 02:20:13 |
| 8 | synthesized voices to speak aloud | 02:20:15 |
| 9 | digital text, also known as text | 02:20:19 |
| 10 | to speech or TTS." | 02:20:21 |
| 11 | My question is, are these technologies | 02:20:23 |
| 12 | still in use today as nonhuman intervention | 02:20:26 |
| 13 | methods for the print-disabled to access printed | 02:20:30 |
| 14 | material? | 02:20:36 |
| 15 | MR. KAPLAN:  Objection.  Vague and | 02:20:37 |
| 16 | confusing. | 02:20:38 |
| 17 | THE WITNESS:  Yes. | 02:20:41 |
| 18 | BY MR. HUDIS: | 02:20:42 |
| 19 | Q.    The next sentence says: | 02:20:47 |
| 20 | "With reading systems that | 02:20:49 |
| 21 | use optical character recognition, | 02:20:50 |
| 22 | or OCR, we can provide access to | 02:20:52 |
| 23 | Braille, audio and customized | 02:20:56 |
| 24 | visual displays directly from the | 02:20:58 |
| 25 | printed page." | 02:21:00 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

201

| | | |
|---|---|---|
| 1 | Why is this important? | 02:21:01 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 02:21:02 |
| 3 | THE WITNESS:  Because we want to turn | 02:21:11 |
| 4 | inaccessible print books into forms where disabled | 02:21:13 |
| 5 | people can access them using OCR. | 02:21:16 |
| 6 | BY MR. HUDIS: | 02:21:21 |
| 7 | Q.    Could we turn to page 557 of Exhibit 58. | 02:21:21 |
| 8 | At the bottom of page 50 -- 557 to the | 02:21:34 |
| 9 | top of 558 it says: | 02:21:37 |
| 10 | "Authors and publishers of | 02:21:39 |
| 11 | books are concerned about piracy | 02:21:41 |
| 12 | and worry about making books | 02:21:43 |
| 13 | easily available in electronic | 02:21:45 |
| 14 | form, although they rarely object | 02:21:47 |
| 15 | to access for people with | 02:21:49 |
| 16 | disabilities." | 02:21:50 |
| 17 | Do you believe this is still true? | 02:21:51 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 02:21:54 |
| 19 | THE WITNESS:  Yes. | 02:22:10 |
| 20 | BY MR. HUDIS: | 02:22:11 |
| 21 | Q.    Mr. Fruchterman, could we turn to page | 02:22:23 |
| 22 | 558. | 02:22:25 |
| 23 | A.    Yes. | 02:22:27 |
| 24 | MR. KAPLAN:  We were there. | 02:22:29 |
| 25 | MR. HUDIS:  We were there.  Okay.  Thank | 02:22:30 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

202

| | | |
|---|---|---|
| 1 | you. | 02:22:31 |
| 2 | Q.    I would like to direct your attention to | 02:22:39 |
| 3 | the middle of the page, where it starts "however." | 02:22:40 |
| 4 | A.    Yes. | 02:22:45 |
| 5 | Q.    All right.  It says: | 02:22:46 |
| 6 | "However, the image cannot be | 02:22:47 |
| 7 | directly used to generate Braille | 02:22:49 |
| 8 | or synthetic voice output." | 02:22:51 |
| 9 | Why is that? | 02:22:54 |
| 10 | MR. KAPLAN:  Objection.  Vague.  Lacks | 02:22:55 |
| 11 | foundation.  Incomplete hypothetical. | 02:22:56 |
| 12 | THE WITNESS:  You need to convert the | 02:23:04 |
| 13 | inaccessible image into a text file in OCR. | 02:23:05 |
| 14 | BY MR. HUDIS: | 02:23:14 |
| 15 | Q.    Mr. Fruchterman, could you turn to page | 02:23:24 |
| 16 | 560 of Exhibit 58. | 02:23:26 |
| 17 | This paragraph at the bottom of page 560 | 02:23:40 |
| 18 | talks about the image processing steps of -- in | 02:23:46 |
| 19 | OCR.  And it talks about despeckling, orienting | 02:23:49 |
| 20 | and straightening the page, recognition of | 02:23:55 |
| 21 | specialty fine characteristics and recognition of | 02:23:57 |
| 22 | a character or glyph. | 02:24:01 |
| 23 | Are those the -- | 02:24:02 |
| 24 | MR. KAPLAN:  You're talking about the | 02:24:05 |
| 25 | last full paragraph, not the last paragraph? | 02:24:05 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

203

| | | |
|---|---|---|
| 1 | MR. HUDIS:  Yeah.  Correct.  Excuse me. | 02:24:07 |
| 2 | You're right, Counsel, it's the last two | 02:24:08 |
| 3 | paragraphs. | 02:24:11 |
| 4 | THE WITNESS:  Two paragraphs. | 02:24:12 |
| 5 | MR. KAPLAN:  Both paragraphs. | 02:24:13 |
| 6 | MR. HUDIS:  Yeah. | 02:24:14 |
| 7 | Q.   Are those the steps in OCR technology? | 02:24:15 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 02:24:17 |
| 9 | THE WITNESS:  Those are some steps in | 02:24:20 |
| 10 | OCR technology, yes. | 02:24:22 |
| 11 | BY MR. HUDIS: | 02:24:22 |
| 12 | Q.   Mr. Fruchterman, could you turn to page | 02:24:30 |
| 13 | 562 at the top.  And I'd like to know, are these | 02:24:33 |
| 14 | typical types of OCR errors?  And what's described | 02:24:44 |
| 15 | here are misrecs, nonrecs, drops and adds. | 02:24:48 |
| 16 | A.   I -- | 02:24:57 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 02:24:58 |
| 18 | THE WITNESS:  I would say those are | 02:24:58 |
| 19 | common OCR errors. | 02:24:59 |
| 20 | BY MR. HUDIS: | 02:25:03 |
| 21 | Q.   What happens with these common OCR | 02:25:04 |
| 22 | errors are encountered? | 02:25:05 |
| 23 | MR. KAPLAN:  Objection. | 02:25:07 |
| 24 | MR. HUDIS:  I'll reask the question. | 02:25:08 |
| 25 | Q.   If any of these OCR errors are | 02:25:10 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

204

| | | |
|---|---|---|
| 1 | encountered, what happens when the printed text is | 02:25:12 |
| 2 | converted to speech? | 02:25:16 |
| 3 | MR. KAPLAN:  Objection.  Vague. | 02:25:19 |
| 4 | Incomplete hypothetical. | 02:25:22 |
| 5 | THE WITNESS:  Depending on what the | 02:25:29 |
| 6 | error is, a person listening to the text might | 02:25:30 |
| 7 | hear something different in the word. | 02:25:35 |
| 8 | BY MR. HUDIS: | 02:25:39 |
| 9 | Q.    Could it be garbled text? | 02:25:39 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 02:25:43 |
| 11 | THE WITNESS:  Yeah, it really depends on | 02:25:46 |
| 12 | the error.  I mean, humans listening to text, you | 02:25:47 |
| 13 | know, will they notice an error?  It depends on | 02:25:52 |
| 14 | how extreme it is.  For example, if R and N get | 02:25:55 |
| 15 | turned into M, you know, you might hear it was a | 02:26:00 |
| 16 | case of modem times.  Person is going to say, Oh, | 02:26:03 |
| 17 | it's probably modern.  But 'cause that's -- that | 02:26:08 |
| 18 | was a common error. | 02:26:12 |
| 19 | It gets -- it's been less common in | 02:26:13 |
| 20 | recent years because "modem" isn't as common a | 02:26:16 |
| 21 | word now as it was once.  And the OCR engines do | 02:26:20 |
| 22 | tune themselves for statistics in language. | 02:26:25 |
| 23 | BY MR. HUDIS: | 02:26:28 |
| 24 | Q.    Mr. Fruchterman, could you please turn | 02:26:40 |
| 25 | to page 565 of Exhibit 58. | 02:26:41 |

205

| | | |
|---|---|---|
| 1 | What is the DAISY standard? | 02:26:50 |
| 2 | A.    The DAISY standard is a standard for | 02:26:58 |
| 3 | delivering accessible books to people with | 02:27:01 |
| 4 | disabilities. | 02:27:05 |
| 5 | Q.    Is that standard still in use today? | 02:27:06 |
| 6 | A.    It is. | 02:27:11 |
| 7 | Q.    By whom? | 02:27:11 |
| 8 | MR. KAPLAN:  Objection.  Lacks | 02:27:14 |
| 9 | foundation.  Vague. | 02:27:14 |
| 10 | THE WITNESS:  The DAISY consortium is | 02:27:17 |
| 11 | essentially the leading libraries for people with | 02:27:21 |
| 12 | print-disabilities, and I believe almost all of | 02:27:25 |
| 13 | the DAISY members' libraries use the DAISY format | 02:27:27 |
| 14 | as part of their system of delivering accessible | 02:27:32 |
| 15 | books to their disabled patrons. | 02:27:35 |
| 16 | BY MR. HUDIS: | 02:27:37 |
| 17 | Q.    Is this a proprietary format? | 02:27:37 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 02:27:41 |
| 19 | Confusing. | 02:27:41 |
| 20 | MR. HUDIS:  I'll ask -- I'll reask the | 02:27:42 |
| 21 | question. | 02:27:44 |
| 22 | Q.    Is DAISY a proprietary format by the | 02:27:44 |
| 23 | participating libraries in the consortium? | 02:27:47 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 02:27:50 |
| 25 | Confusing. | 02:27:50 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

206

| | | |
|---|---|---|
| 1 | THE WITNESS:  My understanding is the | 02:27:55 |
| 2 | DAISY format is shared widely so that anyone can | 02:27:57 |
| 3 | use the standard and it is not proprietary to the | 02:28:01 |
| 4 | members. | 02:28:04 |
| 5 | BY MR. HUDIS: | 02:28:04 |
| 6 | Q.    Does this technology require use of a | 02:28:04 |
| 7 | PDF file? | 02:28:07 |
| 8 | MR. KAPLAN:  Objection.  Vague and | 02:28:11 |
| 9 | confusing. | 02:28:13 |
| 10 | THE WITNESS:  It's the antithesis of a | 02:28:14 |
| 11 | PDF file. | 02:28:16 |
| 12 | BY MR. HUDIS: | 02:28:19 |
| 13 | Q.    Okay.  And why do you say that? | 02:28:20 |
| 14 | A.    Because PDFs are frequently not | 02:28:22 |
| 15 | accessible in the form that they present | 02:28:25 |
| 16 | themselves. | 02:28:27 |
| 17 | Q.    Without OCR technology? | 02:28:28 |
| 18 | A.    That's -- | 02:28:31 |
| 19 | MR. KAPLAN:  Objection.  Vague. | 02:28:31 |
| 20 | THE WITNESS:  That's one of the problems | 02:28:32 |
| 21 | with PDFs.  Yes. | 02:28:34 |
| 22 | BY MR. HUDIS: | 02:28:35 |
| 23 | Q.    All right.  So does -- does the DAISY | 02:28:36 |
| 24 | technology require use of an OCR-processed PDF | 02:28:38 |
| 25 | file? | 02:28:42 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

207

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague and | 02:28:44 |
| 2 | confusing. | 02:28:45 |
| 3 | THE WITNESS:  No. | 02:28:46 |
| 4 | BY MR. HUDIS: | 02:28:49 |
| 5 | Q.    What is required for use of DAISY | 02:28:49 |
| 6 | technology? | 02:28:51 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 02:28:53 |
| 8 | THE WITNESS:  Well, the DAISY standard | 02:28:57 |
| 9 | is a format for digitally delivering typically | 02:29:01 |
| 10 | books, but could be other kinds of documents.  It | 02:29:05 |
| 11 | encompasses digital text, structure, audio, video, | 02:29:08 |
| 12 | pictures, tactile graphics. | 02:29:12 |
| 13 | And so a DAISY book might contain one or | 02:29:17 |
| 14 | all of those different elements without respect to | 02:29:21 |
| 15 | how it was created or how it will get used.  It's | 02:29:27 |
| 16 | just a file format. | 02:29:31 |
| 17 | BY MR. HUDIS: | 02:29:32 |
| 18 | Q.    And -- | 02:29:32 |
| 19 | MR. KAPLAN:  Can we, when you're done | 02:29:33 |
| 20 | with this line of questioning, take a very short | 02:29:34 |
| 21 | break? | 02:29:37 |
| 22 | MR. HUDIS:  Yes. | 02:29:37 |
| 23 | MR. KAPLAN:  Thank you. | 02:29:38 |
| 24 | BY MR. HUDIS: | 02:29:39 |
| 25 | Q.    And DAISY -- DAISY-processed texts can | 02:29:39 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

208

| | | |
|---|---|---|
| 1 | be delivered either by an audio DAISY book or a | 02:29:44 |
| 2 | full-text DAISY book, correct? | 02:29:47 |
| 3 | MR. KAPLAN:  Objection.  Vague and | 02:29:50 |
| 4 | incomplete hypothetical. | 02:29:52 |
| 5 | THE WITNESS:  Those are two ways a DAISY | 02:29:58 |
| 6 | book can be delivered. | 02:30:02 |
| 7 | MR. HUDIS:  That's it for this, so let's | 02:30:53 |
| 8 | take a break. | 02:30:55 |
| 9 | THE VIDEOGRAPHER:  Going off the record | 02:30:56 |
| 10 | at 2:30. | 02:30:56 |
| 11 | (Whereupon, a recess was taken.) | 02:31:01 |
| 12 | (Whereupon, Deposition Exhibit 59 and | 02:38:28 |
| 13 | 60 were marked for identification.) | 02:38:28 |
| 14 | THE VIDEOGRAPHER:  Going back on the | 02:38:55 |
| 15 | record at 2:38. | 02:38:56 |
| 16 | BY MR. HUDIS: | 02:38:58 |
| 17 | Q.   Mr. Fruchterman, are you familiar with | 02:39:04 |
| 18 | the litigation titled "Authors Guild Versus | 02:39:05 |
| 19 | HathiTrust" which was litigated at the trial level | 02:39:11 |
| 20 | in New York Federal Court in Manhattan in 2011 and | 02:39:13 |
| 21 | 2012? | 02:39:18 |
| 22 | MR. KAPLAN:  Objection.  Vague and | 02:39:19 |
| 23 | argumentative. | 02:39:19 |
| 24 | THE WITNESS:  Yes. | 02:39:22 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

209

1    BY MR. HUDIS:                                          02:39:23

2        Q.    Okay.  What do you recall about who the     02:39:23

3    plaintiffs were in the HathiTrust litigation?         02:39:26

4              MR. KAPLAN:  Objection.  Argumentative.      02:39:30

5              THE WITNESS:  I remember it was             02:39:37

6    primarily the Authors Guild.  That was certainly      02:39:38

7    the public face.  I believe there were some           02:39:41

8    foreign authors associations or publishing            02:39:44

9    associations.  I'm a little confused, but I know       02:39:48

10   they were foreign entities.  Probably a couple         02:39:51

11   specific authors.  That's my recollection             02:39:54

12   primarily from reading the press coverage of the      02:39:56

13   case.                                                  02:39:58

14   BY MR. HUDIS:                                          02:39:59

15       Q.    Do you remember what the plaintiffs'         02:40:00

16   legal claims were in the HathiTrust case?             02:40:01

17             MR. KAPLAN:  Objection.  Vague.             02:40:04

18             THE WITNESS:  The case was always           02:40:08

19   described as one over allegations of copyright        02:40:10

20   infringement.                                          02:40:13

21   BY MR. HUDIS:                                          02:40:15

22       Q.    Do you remember who the defendants were     02:40:15

23   in the HathiTrust case?                                02:40:16

24       A.    The HathiTrust is an assemblage of          02:40:19

25   research libraries that basically had a large book    02:40:24

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

210

| | | |
|---|---|---|
| 1 | scanning repository that they were using. | 02:40:32 |
| 2 | Q.    Do you remember what legal defenses | 02:40:34 |
| 3 | those defendants asserted in the HathiTrust | 02:40:36 |
| 4 | litigation? | 02:40:39 |
| 5 | MR. KAPLAN:  Objection.  Vague.  Calls | 02:40:40 |
| 6 | for a legal conclusion. | 02:40:41 |
| 7 | THE WITNESS:  As publicly reported, it | 02:40:47 |
| 8 | was primarily defenses of fair use and | 02:40:49 |
| 9 | Section 121. | 02:40:59 |
| 10 | BY MR. HUDIS: | 02:41:03 |
| 11 | Q.    And that's the Chafee Amendment? | 02:41:03 |
| 12 | A.    Yes. | 02:41:06 |
| 13 | Q.    What role, if any, did you play in the | 02:41:11 |
| 14 | HathiTrust litigation? | 02:41:13 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 02:41:14 |
| 16 | THE WITNESS:  I provided declarations in | 02:41:19 |
| 17 | the case and an amicus brief. | 02:41:20 |
| 18 | BY MR. HUDIS: | 02:41:22 |
| 19 | Q.    Were you an expert witness for the | 02:41:22 |
| 20 | intervener, the National Federation for the Blind? | 02:41:25 |
| 21 | A.    I don't believe I met the definition of | 02:41:31 |
| 22 | "expert witness." | 02:41:32 |
| 23 | Q.    Why do you say that? | 02:41:34 |
| 24 | A.    Because I prepared a declaration, which | 02:41:39 |
| 25 | I've been told is different than being an expert | 02:41:40 |

211

| | | |
|---|---|---|
| 1 | witness.  But I'm not a lawyer, so -- but I | 02:41:43 |
| 2 | understand that that's not the same thing. | 02:41:47 |
| 3 | MR. KAPLAN:  I think the issue is you | 02:41:53 |
| 4 | did not submit an expert report in that case. | 02:41:53 |
| 5 | THE WITNESS:  Thank you, Counsel, for | 02:41:58 |
| 6 | the legal advice. | 02:41:59 |
| 7 | MR. KAPLAN:  Yes. | 02:42:01 |
| 8 | BY MR. HUDIS: | 02:42:01 |
| 9 | Q.    So, Mr. Fruchterman, is that true, what | 02:42:01 |
| 10 | Public.Resource's counsel said, that you did not | 02:42:04 |
| 11 | provide an expert's report in the HathiTrust case? | 02:42:07 |
| 12 | A.    That is my understanding, yes. | 02:42:09 |
| 13 | Q.    Okay.  Now, these questions all have to | 02:42:12 |
| 14 | do with the HathiTrust case. | 02:42:14 |
| 15 | Did you testify at any deposition? | 02:42:16 |
| 16 | A.    No. | 02:42:17 |
| 17 | Q.    Did you testify at any trial? | 02:42:18 |
| 18 | A.    No. | 02:42:21 |
| 19 | Q.    Did you submit any expert's reports? | 02:42:23 |
| 20 | A.    No. | 02:42:25 |
| 21 | Q.    Okay.  Did you submit any declarations? | 02:42:27 |
| 22 | A.    Yes. | 02:42:29 |
| 23 | Q.    Okay.  Do you know what a summary | 02:42:31 |
| 24 | judgment motion is? | 02:42:32 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 02:42:34 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

212

| | | |
|---|---|---|
| 1 | THE WITNESS:  I have a decent idea as | 02:42:41 |
| 2 | someone who has been familiar with legal affairs | 02:42:43 |
| 3 | as a business and nonprofit executive. | 02:42:47 |
| 4 | BY MR. HUDIS: | 02:42:49 |
| 5 | Q.   Okay.  In that context, what's your | 02:42:50 |
| 6 | understanding of what a summary judgment motion | 02:42:52 |
| 7 | is? | 02:42:54 |
| 8 | A.   That rather than going to trial, the | 02:42:56 |
| 9 | plaintiffs or defendants create a motion to the | 02:42:59 |
| 10 | judge saying, Based on what you've seen, are we | 02:43:02 |
| 11 | done? | 02:43:06 |
| 12 | Q.   Did you submit any declarations in | 02:43:09 |
| 13 | support of a summary judgment motion in the | 02:43:11 |
| 14 | HathiTrust case? | 02:43:14 |
| 15 | A.   Yes. | 02:43:15 |
| 16 | Q.   Do you remember how the HathiTrust | 02:43:19 |
| 17 | Digital Library operated? | 02:43:19 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 02:43:24 |
| 19 | THE WITNESS:  I have a general | 02:43:29 |
| 20 | familiarity with how it operates, but I have not | 02:43:31 |
| 21 | studied its operation in detail. | 02:43:34 |
| 22 | BY MR. HUDIS: | 02:43:36 |
| 23 | Q.   What's the nature of your general | 02:43:36 |
| 24 | familiarity? | 02:43:38 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 02:43:40 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

213

| | | |
|---|---|---|
| 1 | THE WITNESS:  That the HathiTrust | 02:43:40 |
| 2 | collection is made available to faculty, students | 02:43:43 |
| 3 | and staff of the member libraries. | 02:43:46 |
| 4 | BY MR. HUDIS: | 02:43:52 |
| 5 | Q.   And what was the source of the materials | 02:43:53 |
| 6 | for the HathiTrust Digital Library? | 02:43:54 |
| 7 | MR. KAPLAN:  Objection.  Lacks | 02:43:58 |
| 8 | foundation.  Vague.  Calls for speculation. | 02:43:58 |
| 9 | THE WITNESS:  I believe, based on press | 02:44:02 |
| 10 | reports, that the primary source is the Google | 02:44:04 |
| 11 | book scanning project. | 02:44:07 |
| 12 | BY MR. HUDIS: | 02:44:08 |
| 13 | Q.   And what -- what were the sources of | 02:44:08 |
| 14 | material that were scanned as part of the Google | 02:44:14 |
| 15 | scanning project for the HathiTrust library? | 02:44:19 |
| 16 | MR. KAPLAN:  Objection.  Lacks | 02:44:22 |
| 17 | foundation.  Vague.  Calls for speculation. | 02:44:23 |
| 18 | THE WITNESS:  My general understanding, | 02:44:26 |
| 19 | it was the collection of the libraries of these | 02:44:28 |
| 20 | research universities. | 02:44:32 |
| 21 | BY MR. HUDIS: | 02:44:39 |
| 22 | Q.   Mr. Fruchterman, I placed in front of | 02:44:40 |
| 23 | you what's been marked Exhibits 59 and 60. | 02:44:42 |
| 24 | Do you recognize the documents? | 02:44:46 |
| 25 | A.   Yes.  I believe these -- first is my | 02:44:51 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

214

| | | |
|---|---|---|
| 1 | declaration, and then a supplemental | 02:44:55 |
| 2 | declaration -- declaration. | 02:44:57 |
| 3 |     Q.   So on Exhibit 59, is that your signature | 02:45:00 |
| 4 | on page 7? | 02:45:02 |
| 5 |     A.   Yes. | 02:45:11 |
| 6 |     Q.   And the date of the signature is | 02:45:12 |
| 7 | June 28th, 2012? | 02:45:13 |
| 8 |     A.   Yes. | 02:45:15 |
| 9 |     Q.   And Exhibit 60 on page 4, is that your | 02:45:17 |
| 10 | signature? | 02:45:20 |
| 11 |     A.   Yes. | 02:45:29 |
| 12 |     Q.   And is your signature in Exhibit 60 | 02:45:31 |
| 13 | dated July 17, 2012? | 02:45:35 |
| 14 |     A.   Yes, it appears to be. | 02:45:40 |
| 15 |     Q.   Mr. Fruchterman -- | 02:45:46 |
| 16 |     MR. KAPLAN:  Counsel, the docket number | 02:45:47 |
| 17 | is garbled in Exhibit 59. | 02:45:48 |
| 18 |     MR. HUDIS:  It is. | 02:45:50 |
| 19 |     MR. KAPLAN:  Do you happen to know what | 02:45:51 |
| 20 | that is? | 02:45:52 |
| 21 |     MR. HUDIS:  The problem is, the document | 02:45:55 |
| 22 | was submitted twice.  I believe the documents in | 02:45:56 |
| 23 | the HathiTrust litigation are Document Numbers 80 | 02:46:01 |
| 24 | and 118. | 02:46:06 |
| 25 |     THE WITNESS:  Looks like the exhibits | 02:46:09 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

215

| | | |
|---|---|---|
| 1 | aren't quite as garbled.  If you go to -- | 02:46:10 |
| 2 | MR. KAPLAN:  118. | 02:46:15 |
| 3 | MR. HUDIS:  I believe, but cannot | 02:46:21 |
| 4 | confirm, that Mr. Fruchterman's declaration was | 02:46:23 |
| 5 | submitted once without the attachments as Document | 02:46:26 |
| 6 | Number 80 and then again with the attachments as | 02:46:30 |
| 7 | Document Number 118. | 02:46:34 |
| 8 | Q.   Mr. Fruchterman, if you could tell me, | 02:46:42 |
| 9 | is there anything on pages 1 through 7 of | 02:46:43 |
| 10 | Exhibit 59 that you would change at this time. | 02:46:47 |
| 11 | Something that you believe is incorrect? | 02:46:57 |
| 12 | Something that you believe, upon further inquiry, | 02:46:58 |
| 13 | you would supplement?  Is there anything you would | 02:47:01 |
| 14 | change in this declaration? | 02:47:04 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 02:47:07 |
| 16 | THE WITNESS:  I will read it.  So ... | 02:47:13 |
| 17 | MR. HUDIS:  That's why I wanted to do it | 02:47:15 |
| 18 | off the record. | 02:47:17 |
| 19 | Can we go off the record? | 02:47:20 |
| 20 | MR. KAPLAN:  No.  No. | 02:47:22 |
| 21 | MR. HUDIS:  You want to burn the time | 02:47:23 |
| 22 | up? | 02:47:24 |
| 23 | MR. KAPLAN:  It's your question. | 02:47:25 |
| 24 | MR. HUDIS:  That is my question. | 02:47:26 |
| 25 | THE WITNESS:  My first reaction -- and I | 02:48:19 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

216

| | | |
|---|---|---|
| 1 | will continue as I read the document, though -- is | 02:48:21 |
| 2 | that in the facts relied upon, these are dated | 02:48:23 |
| 3 | figures.  And so if I was saying how many books we | 02:48:27 |
| 4 | had or how many members we had, I would update it | 02:48:29 |
| 5 | to a current number because this is a few years | 02:48:32 |
| 6 | old.  So that's my first change of things that I | 02:48:35 |
| 7 | would -- I would change. | 02:48:37 |
| 8 | At Number 16, I guess -- what would you | 02:49:14 |
| 9 | call these numbers to the left here in the | 02:49:15 |
| 10 | declaration? | 02:49:17 |
| 11 | MR. HUDIS:  Mh-hmm. | 02:49:17 |
| 12 | THE WITNESS:  Item 16? | 02:49:19 |
| 13 | BY MR. HUDIS: | 02:49:19 |
| 14 | Q.    Paragraph. | 02:49:19 |
| 15 | A.    Paragraph 16. | 02:49:20 |
| 16 | In paragraph 16, at that time, it was | 02:49:21 |
| 17 | close to 200 publishers.  Now it's over 500 | 02:49:23 |
| 18 | publishers, so I would update the number. | 02:49:27 |
| 19 | In paragraph 23, we cite average numbers | 02:50:25 |
| 20 | of cost per book.  I think these numbers are | 02:50:27 |
| 21 | dated.  They're going to be higher now. | 02:50:29 |
| 22 | In paragraph 28, I talk about image | 02:51:15 |
| 23 | descriptions, K-12 textbooks in highest demand. | 02:51:19 |
| 24 | We actually -- I think that at this point in time, | 02:51:25 |
| 25 | we probably devote less towards image descriptions | 02:51:34 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

217

| | | |
|---|---|---|
| 1 | than we did at the time of this declaration three | 02:51:38 |
| 2 | years ago.  That was in paragraph 28. | 02:51:40 |
| 3 | Okay.  That's the end of that | 02:52:04 |
| 4 | declaration.  So those are the items I would | 02:52:05 |
| 5 | update or change. | 02:52:08 |
| 6 | Q.    Okay.  So of the items that you mention | 02:52:10 |
| 7 | that you want to update, I'd like to talk about | 02:52:12 |
| 8 | paragraph 23 on page 5 of Exhibit 59. | 02:52:20 |
| 9 | You said that today, in contrast to when | 02:52:26 |
| 10 | you created this declaration in 2002 -- 2012, it | 02:52:32 |
| 11 | would cost more per book to make it accessible to | 02:52:37 |
| 12 | the print-disabled.  My question is why? | 02:52:42 |
| 13 | A.    So this paragraph cites two different | 02:52:47 |
| 14 | figures.  One is an average cost across the books | 02:52:50 |
| 15 | that we're scanning.  I believe that it's going to | 02:52:54 |
| 16 | cost more both because costs have gone up per unit | 02:52:58 |
| 17 | of effort and because the books that we're | 02:53:01 |
| 18 | converting on average are more complex than they | 02:53:04 |
| 19 | were three years ago.  And so because the greater | 02:53:07 |
| 20 | complexity of book, the greater the cost. | 02:53:10 |
| 21 | So I wouldn't stand behind this current | 02:53:12 |
| 22 | number of $40 a book because I'm quite certain | 02:53:14 |
| 23 | it's higher.  I don't know exactly how much higher | 02:53:18 |
| 24 | unless I inquire of my team, but that's the | 02:53:20 |
| 25 | impression I've gotten from that. | 02:53:23 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

218

| | | |
|---|---|---|
| 1 | Q.    Well, so you cited two possible | 02:53:25 |
| 2 | increases in cost.  One was more complex books. | 02:53:27 |
| 3 | Is the first one labor costs? | 02:53:30 |
| 4 | A.    The cost of our contractor to do a given | 02:53:31 |
| 5 | amount of work costs more today than it did three | 02:53:34 |
| 6 | years ago. | 02:53:37 |
| 7 | Q.    So it's outside contractor work? | 02:53:37 |
| 8 | A.    Yeah.  Most of our paid costs are from | 02:53:40 |
| 9 | outside contractors. | 02:53:45 |
| 10 | Q.    I thought it was members who scan books | 02:53:46 |
| 11 | for Bookshare. | 02:53:50 |
| 12 | A.    At the origin of Bookshare, it was | 02:53:55 |
| 13 | mainly members scanning for each other.  With our | 02:53:58 |
| 14 | Department of Education funding, we're required to | 02:54:01 |
| 15 | deliver high-quality books to students.  We | 02:54:05 |
| 16 | actually pay outsourcers to proofread the books. | 02:54:07 |
| 17 | And that's a significant expense. | 02:54:12 |
| 18 | Q.    So excuse my rudeness, Mr. Fruchterman. | 02:54:17 |
| 19 | I cut off your answer on why it would cost more | 02:54:19 |
| 20 | than $40 per book.  I did not let you talk about | 02:54:22 |
| 21 | the $400 per book on the next page. | 02:54:26 |
| 22 | Is there anything you would change about | 02:54:32 |
| 23 | that cost? | 02:54:34 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 02:54:36 |
| 25 | THE WITNESS:  Other than our costs per | 02:54:41 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

219

| | | |
|---|---|---|
| 1 | unit of work have gone up from our outsourcers and | 02:54:43 |
| 2 | it may be that our textbooks are getting more | 02:54:47 |
| 3 | complicated.  So I'm not certain.  That number | 02:54:52 |
| 4 | probably has changed.  It's probably not less than | 02:54:57 |
| 5 | $400 a book, but I would have to inquire since | 02:55:01 |
| 6 | this is a dated declaration. | 02:55:05 |
| 7 | BY MR. HUDIS: | 02:55:07 |
| 8 | Q.    Mr. Fruchterman, if you could turn to | 02:55:13 |
| 9 | page 6, paragraph 25, of your declaration of | 02:55:14 |
| 10 | Exhibit 59.  It says: | 02:55:16 |
| 11 | "Bookshare divides books into | 02:55:22 |
| 12 | six levels based upon their | 02:55:25 |
| 13 | complexity." | 02:55:26 |
| 14 | Is this -- does Bookshare use these | 02:55:28 |
| 15 | levels of complexity today? | 02:55:34 |
| 16 | MR. KAPLAN:  Objection.  Vague. | 02:55:37 |
| 17 | THE WITNESS:  Yes. | 02:55:38 |
| 18 | BY MR. HUDIS: | 02:55:39 |
| 19 | Q.    In what way? | 02:55:39 |
| 20 | A.    Primarily as a -- | 02:55:46 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 02:55:47 |
| 22 | THE WITNESS:  Primarily as a cost and | 02:55:48 |
| 23 | management tool for our outsourcers. | 02:55:52 |
| 24 | BY MR. HUDIS: | 02:55:57 |
| 25 | Q.    So as I read paragraphs 25 and 26, I | 02:55:58 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

220

| | | |
|---|---|---|
| 1 | would like to know if this statement is true:  As | 02:56:04 |
| 2 | the complexity of the books you are scanning | 02:56:07 |
| 3 | increases, it costs more to scan the book and make | 02:56:10 |
| 4 | it accessible to those with print disabilities. | 02:56:16 |
| 5 | MR. KAPLAN:  Counsel, is this a | 02:56:20 |
| 6 | statement in paragraph 25 -- | 02:56:20 |
| 7 | MR. HUDIS:  No. | 02:56:23 |
| 8 | MR. KAPLAN:  -- or 26? | 02:56:23 |
| 9 | MR. HUDIS:  No.  It's a summary, and I | 02:56:25 |
| 10 | want to know if he agrees with it. | 02:56:25 |
| 11 | MR. KAPLAN:  Okay.  I'm sorry.  That was | 02:56:28 |
| 12 | my confusion.  Do you want to try that again | 02:56:29 |
| 13 | and -- | 02:56:31 |
| 14 | MR. HUDIS:  I do. | 02:56:31 |
| 15 | MR. KAPLAN:  -- I can state my | 02:56:32 |
| 16 | objections? | 02:56:34 |
| 17 | MR. HUDIS:  Sure. | 02:56:34 |
| 18 | Q.    Based upon what you've written here in | 02:56:35 |
| 19 | paragraphs 25 and 26, is it true that as the | 02:56:37 |
| 20 | complexity of the scanned material increases, it | 02:56:41 |
| 21 | costs more to scan the book and make it accessible | 02:56:45 |
| 22 | to those with print disabilities? | 02:56:49 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 02:56:51 |
| 24 | Incomplete hypothetical. | 02:56:52 |
| 25 | Go ahead. | 02:57:00 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

221

| | | |
|---|---|---|
| 1 | THE WITNESS:  It costs more to proofread | 02:57:01 |
| 2 | the book.  And so if by "scan" you mean scan and | 02:57:03 |
| 3 | proofread, yes.  But scanning, the complexity of | 02:57:08 |
| 4 | the page doesn't change the cost to scan a page. | 02:57:13 |
| 5 | BY MR. HUDIS: | 02:57:20 |
| 6 | Q.    Mr. Fruchterman, you go into great | 02:57:25 |
| 7 | detail about how Bookshare operated, at least in | 02:57:26 |
| 8 | 2012, in paragraphs 12 through the 29. | 02:57:32 |
| 9 | My question, why was there no discussion | 02:57:46 |
| 10 | in this declaration of Exhibit 59 of all the | 02:57:49 |
| 11 | security protocols Bookshare uses to prevent | 02:57:52 |
| 12 | unauthorized access by the sighted community to | 02:57:56 |
| 13 | Bookshare? | 02:58:02 |
| 14 | MR. KAPLAN:  Objection.  Privileged. | 02:58:04 |
| 15 | Calls for information protected by Rule 26 of the | 02:58:09 |
| 16 | Federal Rules of Civil Procedure.  And I don't | 02:58:12 |
| 17 | think -- I think that I'm instructing the witness | 02:58:19 |
| 18 | not to answer.  I instruct the witness not to | 02:58:21 |
| 19 | answer. | 02:58:23 |
| 20 | THE WITNESS:  I agree. | 02:58:26 |
| 21 | BY MR. HUDIS: | 02:58:33 |
| 22 | Q.    All right.  And you're going to adhere | 02:58:33 |
| 23 | to Counsel's instruction? | 02:58:34 |
| 24 | A.    I am. | 02:58:37 |
| 25 | Q.    Okay.  Mr. Fruchterman, could you turn | 02:58:37 |

222

| | | |
|---|---|---|
| 1 | to page 2 of Exhibit 59.  It says, on paragraph | 02:58:44 |
| 2 | 9 -- are you there? | 02:58:53 |
| 3 | MR. KAPLAN:  Almost. | 02:58:58 |
| 4 | THE WITNESS:  Page 2.  Just the second | 02:58:59 |
| 5 | page. | 02:59:02 |
| 6 | MR. HUDIS:  You've got it rolled over. | 02:59:02 |
| 7 | That's why. | 02:59:04 |
| 8 | THE WITNESS:  You're at the back. | 02:59:05 |
| 9 | MR. HUDIS:  You're at the back. | 02:59:07 |
| 10 | MR. KAPLAN:  Which exhibit?  Oh, I'm | 02:59:08 |
| 11 | sorry.  I thought you meant the declaration.  I'm | 02:59:10 |
| 12 | sorry.  There's only one exhibit.  Exhibit 59, | 02:59:11 |
| 13 | page 2. | 02:59:13 |
| 14 | MR. HUDIS:  Right.  Paragraph 9. | 02:59:14 |
| 15 | Q.    You say: | 02:59:16 |
| 16 | "Having reviewed | 02:59:16 |
| 17 | Daniel Clancy's description of | 02:59:17 |
| 18 | Google's Book" -- "of the Google | 02:59:19 |
| 19 | Books project and the HathiTrust | 02:59:21 |
| 20 | web site, it is my opinion that | 02:59:23 |
| 21 | the HathiTrust provides the best | 02:59:25 |
| 22 | opportunity for [sic] blind | 02:59:27 |
| 23 | students will ever have to access | 02:59:28 |
| 24 | a comprehensive digital library of | 02:59:30 |
| 25 | university collections." | 02:59:34 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

223

| | | |
|---|---|---|
| 1 | What's your recollection of Mr. Clancy's | 02:59:35 |
| 2 | description of the HathiTrust web site? | 02:59:38 |
| 3 | MR. KAPLAN:  Objection.  Vague. | 02:59:42 |
| 4 | THE WITNESS:  I don't think that's what | 02:59:45 |
| 5 | I said in this sentence. | 02:59:46 |
| 6 | BY MR. HUDIS: | 02:59:48 |
| 7 | Q.    Okay.  What did you say and what did you | 02:59:48 |
| 8 | mean in this sentence? | 02:59:49 |
| 9 | A.    I reviewed Dan Clancy's description of | 02:59:50 |
| 10 | Google Books project.  Stop.  And I also reviewed | 02:59:52 |
| 11 | the HathiTrust web site.  And based on those two | 02:59:55 |
| 12 | things, I concluded this opinion. | 02:59:59 |
| 13 | Q.    Okay.  So my question is, what do you | 03:00:01 |
| 14 | recall of -- I see what you're saying.  Okay. | 03:00:04 |
| 15 | So what do you recall of your review of | 03:00:10 |
| 16 | the HathiTrust web site? | 03:00:12 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 03:00:14 |
| 18 | THE WITNESS:  I've looked at the | 03:00:24 |
| 19 | HathiTrust web site since this time, and so I'm | 03:00:28 |
| 20 | not sure I can distinguish between those. | 03:00:30 |
| 21 | But it discussed how they were going to | 03:00:34 |
| 22 | make available the full text of all of these works | 03:00:37 |
| 23 | to students who they provided access to. | 03:00:43 |
| 24 | BY MR. HUDIS: | 03:00:51 |
| 25 | Q.    Okay.  Do you recall what security | 03:00:51 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

224

| 1 | measures the HathiTrust web site used to prevent | 03:00:52 |
| 2 | unauthorized access? | 03:00:57 |
| 3 | MR. KAPLAN:  Objection.  Argumentative. | 03:00:58 |
| 4 | Calls for a legal conclusion.  Vague.  Lacks | 03:01:00 |
| 5 | foundation. | 03:01:01 |
| 6 | THE WITNESS:  I believe that they used | 03:01:05 |
| 7 | authentication protocols common in the university | 03:01:08 |
| 8 | systems for authenticating faculty, staff and | 03:01:11 |
| 9 | students. | 03:01:16 |
| 10 | BY MR. HUDIS: | 03:01:16 |
| 11 | Q.   Was that a user name and password? | 03:01:17 |
| 12 | MR. KAPLAN:  Objection.  Vague.  Lacks | 03:01:19 |
| 13 | foundation. | 03:01:20 |
| 14 | THE WITNESS:  Yes.  Primarily. | 03:01:22 |
| 15 | BY MR. HUDIS: | 03:01:23 |
| 16 | Q.   Mr. Fruchterman, let's now turn to | 03:01:31 |
| 17 | Exhibit 60, your supplemental declaration in the | 03:01:32 |
| 18 | HathiTrust litigation.  Please read through the | 03:01:35 |
| 19 | document and tell me if there's anything today you | 03:01:44 |
| 20 | would change about the document and what you wrote | 03:01:46 |
| 21 | here. | 03:01:50 |
| 22 | A.   As before, I would change numbers that | 03:02:58 |
| 23 | are based on the date of this declaration. | 03:03:01 |
| 24 | Oh, you're having problems with the | 03:03:19 |
| 25 | captioning again. | 03:03:28 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

225

| | | |
|---|---|---|
| 1 | MR. HUDIS:  No.  I'm having problems | 03:03:29 |
| 2 | with -- | 03:03:30 |
| 3 | MR. KAPLAN:  Scrolling. | 03:03:31 |
| 4 | MR. HUDIS:  -- what was put down as your | 03:03:34 |
| 5 | answer. | 03:03:34 |
| 6 | (Record read by the reporter | 03:03:41 |
| 7 | as follows: | 03:03:41 |
| 8 | ANSWER:  As before, I would | 03:03:41 |
| 9 | change numbers that are based on | 03:03:41 |
| 10 | the date of this declaration.) | 03:03:41 |
| 11 | BY MR. HUDIS: | 03:03:41 |
| 12 | Q.    So which numbers would you change? | 03:03:42 |
| 13 | MR. KAPLAN:  Objection.  Vague. | 03:03:44 |
| 14 | THE WITNESS:  Yeah.  Paragraph 1 -- 2 -- | 03:03:45 |
| 15 | sorry, paragraph 2, I cite how many users, how | 03:03:48 |
| 16 | many books, what our monthly capacity is.  I would | 03:03:52 |
| 17 | update those to current figures. | 03:03:58 |
| 18 | BY MR. HUDIS: | 03:03:59 |
| 19 | Q.    So it would be more? | 03:03:59 |
| 20 | A.    Yes. | 03:04:01 |
| 21 | MR. KAPLAN:  Description. | 03:04:01 |
| 22 | THE WITNESS:  Sorry. | 03:04:02 |
| 23 | That's it. | 03:04:26 |
| 24 | BY MR. HUDIS: | 03:04:27 |
| 25 | Q.    Are paragraphs 4 through 12 of | 03:04:27 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

226

| | | |
|---|---|---|
| 1 | Exhibit 60 still today an accurate description of | 03:04:32 |
| 2 | Bookshare's seven-point digital rights management | 03:04:36 |
| 3 | plan? | 03:04:40 |
| 4 | MR. KAPLAN: Objection. Vague. | 03:04:40 |
| 5 | THE WITNESS: Yes. | 03:04:47 |
| 6 | BY MR. HUDIS: | 03:04:49 |
| 7 | Q. If we could turn to paragraph 1, page 1, | 03:04:50 |
| 8 | of Exhibit 60. You say: | 03:04:53 |
| 9 | "Based upon my experience | 03:04:55 |
| 10 | with the Bookshare online library | 03:04:57 |
| 11 | for people with print | 03:04:59 |
| 12 | disabilities, I believe that the | 03:05:00 |
| 13 | risk of online piracy or | 03:05:02 |
| 14 | unauthorized copying and | 03:05:04 |
| 15 | distribution of works made fully | 03:05:05 |
| 16 | available to individuals" -- | 03:05:07 |
| 17 | "individuals with print | 03:05:09 |
| 18 | disabilities through the | 03:05:12 |
| 19 | HathiTrust is minimal." | 03:05:13 |
| 20 | What was the basis for this statement | 03:05:17 |
| 21 | that you made in paragraph 1? | 03:05:19 |
| 22 | MR. KAPLAN: Objection. Confusing. The | 03:05:23 |
| 23 | document speaks for itself. Vague. | 03:05:25 |
| 24 | THE WITNESS: My declaration explains | 03:05:29 |
| 25 | why, at length. | 03:05:31 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

227

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 03:05:34 |
| 2 | Q.    Why is there no discussion of the | 03:05:34 |
| 3 | HathiTrust security measures in this declaration | 03:05:36 |
| 4 | of Exhibit 60? | 03:05:39 |
| 5 | MR. KAPLAN:  Objection.  Argumentative. | 03:05:44 |
| 6 | Vague. | 03:05:47 |
| 7 | And I will instruct the witness not to | 03:05:49 |
| 8 | answer to the extent that it calls for privileged | 03:05:50 |
| 9 | communications or information protected by Rule 26 | 03:05:54 |
| 10 | of the Federal Rules of Civil Procedure. | 03:05:58 |
| 11 | BY MR. HUDIS: | 03:06:01 |
| 12 | Q.    Mr. Fruchterman, first of all, will you | 03:06:01 |
| 13 | adhere to counsel's instructions? | 03:06:05 |
| 14 | A.    Yes. | 03:06:07 |
| 15 | MR. KAPLAN:  First -- | 03:06:07 |
| 16 | BY MR. HUDIS: | 03:06:08 |
| 17 | Q.    And can you -- | 03:06:08 |
| 18 | MR. KAPLAN:  Yeah.  Okay. | 03:06:09 |
| 19 | BY MR. HUDIS: | 03:06:10 |
| 20 | Q.    And can you answer my question without | 03:06:10 |
| 21 | revealing the substance of attorney-client | 03:06:13 |
| 22 | communications? | 03:06:16 |
| 23 | A.    No. | 03:06:18 |
| 24 | Q.    In making the statement "I believe that | 03:06:25 |
| 25 | the risk of online piracy or unauthorized copying | 03:06:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

228

1    and distribution of works made fully available to          03:06:33

2    individuals with print disabilities through the           03:06:35

3    HathiTrust is minimal," did you review the                03:06:39

4    security measures on the HathiTrust web site?             03:06:42

5            MR. KAPLAN:  Objection.  Vague.                    03:06:46

6            THE WITNESS:  Not beyond previously               03:06:50

7    discussed.                                                 03:06:52

8    BY MR. HUDIS:                                              03:06:55

9        Q.   Mr. Fruchterman, do you recall what the          03:07:11

10   outcome was in the HathiTrust litigation?                 03:07:13

11           MR. KAPLAN:  Objection.  Vague.  Calls            03:07:17

12   for a legal conclusion.  Lacks foundation.                03:07:18

13           THE WITNESS:  I do.                               03:07:20

14           MR. KAPLAN:  I'm sorry.  Scratch the              03:07:20

15   last objection.                                            03:07:22

16           THE WITNESS:  I do.                               03:07:24

17   BY MR. HUDIS:                                              03:07:26

18       Q.   All right.  What -- and what was -- what         03:07:27

19   is your understanding of the outcome of the               03:07:28

20   HathiTrust litigation?                                     03:07:30

21       A.   That the motion for summary judgment by          03:07:34

22   the defendants was granted by the district court          03:07:38

23   judgment and upheld in an appellate court                 03:07:46

24   decision.                                                  03:07:51

25       Q.   And did you -- did you review the                03:07:57

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

229

| | |
|---|---|
| 1   district court's opinion after it was issued? | 03:07:59 |
| 2        A.    I did. | 03:08:04 |
| 3             (Whereupon, Deposition Exhibit 61 was | 03:08:34 |
| 4        marked for identification.) | 03:08:34 |
| 5   BY MR. HUDIS: | 03:08:40 |
| 6        Q.    Mr. Fruchterman, I'd like you to turn to | 03:08:41 |
| 7   page 4 of what's now been marked as Exhibit 61. | 03:08:45 |
| 8   It is the district court's opinion in the Authors | 03:08:50 |
| 9   Guild, Inc. versus HathiTrust, et al., reported at | 03:08:52 |
| 10   902 F.Supp.2d 445 and the date of the decision is | 03:08:58 |
| 11   October 10, 2012. | 03:09:02 |
| 12             MR. KAPLAN:  Counsel, it's a Westlaw | 03:09:04 |
| 13   printout. | 03:09:06 |
| 14             MR. HUDIS:  Yes. | 03:09:07 |
| 15             MR. KAPLAN:  Including Westlaw's | 03:09:07 |
| 16   commentary and descriptions and additional | 03:09:08 |
| 17   material that was not contained in the original | 03:09:10 |
| 18   decision. | 03:09:12 |
| 19             MR. HUDIS:  Noted. | 03:09:14 |
| 20        Q.    Mr. Fruchterman, could you please turn | 03:09:17 |
| 21   to page 4 of the document. | 03:09:19 |
| 22        A.    Yes. | 03:09:22 |
| 23        Q.    And it says, under "Background," | 03:09:23 |
| 24   "Defendants"-- are you with me? | 03:09:26 |
| 25        A.    Yes. | 03:09:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

230

| | | |
|---|---|---|
| 1 | Q.    All right. | 03:09:30 |
| 2 | "Defendants have entered into | 03:09:31 |
| 3 | agreements with Google Inc. that | 03:09:31 |
| 4 | allow Google to create digital | 03:09:33 |
| 5 | copies of works in the | 03:09:35 |
| 6 | universities' libraries in | 03:09:38 |
| 7 | exchange for which Google provides | 03:09:39 |
| 8 | digital copies to defendants, the | 03:09:41 |
| 9 | mass digitization product or MDP." | 03:09:44 |
| 10 | Was that your understanding of how the | 03:09:47 |
| 11 | HathiTrust library worked? | 03:09:49 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 03:09:53 |
| 13 | Confusing. | 03:09:56 |
| 14 | THE WITNESS:  Yes.  Generally. | 03:09:59 |
| 15 | BY MR. HUDIS: | 03:10:01 |
| 16 | Q.    All right.  If we could turn to page 5 | 03:10:01 |
| 17 | of Exhibit 61.  At the top left-hand corner, it | 03:10:03 |
| 18 | says: | 03:10:10 |
| 19 | "After digitization, Google | 03:10:10 |
| 20 | retains a copy of the digital book | 03:10:11 |
| 21 | that is available through Google | 03:10:13 |
| 22 | Books, an online system through | 03:10:14 |
| 23 | which Google users can search the | 03:10:17 |
| 24 | content and view snippets of the | 03:10:19 |
| 25 | books.  Google also provides a | 03:10:21 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

231

| | | |
|---|---|---|
| 1 | digital copy of each scanned work | 03:10:23 |
| 2 | to the universities which includes | 03:10:25 |
| 3 | scanned image files of the pages | 03:10:28 |
| 4 | and a text file from the printed | 03:10:29 |
| 5 | work." | 03:10:31 |
| 6 | Was that also your understanding of how | 03:10:32 |
| 7 | the HathiTrust Digital Library worked? | 03:10:34 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 03:10:37 |
| 9 | THE WITNESS:  This describes much more | 03:10:41 |
| 10 | of what Google does than what the HathiTrust does. | 03:10:42 |
| 11 | It simply says that it gave them a copy.  It | 03:10:45 |
| 12 | doesn't actually describe what the HathiTrust does | 03:10:48 |
| 13 | with the copy. | 03:10:52 |
| 14 | BY MR. HUDIS: | 03:10:52 |
| 15 | Q.    So -- and then it says: | 03:10:52 |
| 16 | "After Google provides the | 03:10:53 |
| 17 | universities with digital copies | 03:10:53 |
| 18 | of their works, the universities | 03:10:55 |
| 19 | then contribute these digital | 03:10:56 |
| 20 | copies to the HathiTrust Digital | 03:10:58 |
| 21 | Library." | 03:11:00 |
| 22 | Is that your understanding -- | 03:11:01 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 03:11:02 |
| 24 | BY MR. HUDIS: | 03:11:03 |
| 25 | Q.    -- of how the HathiTrust Digital Library | 03:11:03 |

232

| | | |
|---|---|---|
| 1 | worked? | 03:11:07 |
| 2 | MR. KAPLAN:  Still vague. | 03:11:08 |
| 3 | THE WITNESS:  To the extent it's stated | 03:11:09 |
| 4 | here, yes. | 03:11:10 |
| 5 | BY MR. HUDIS: | 03:11:11 |
| 6 | Q.    And then skipping below Footnote 4, it | 03:11:11 |
| 7 | says: | 03:11:14 |
| 8 | "For works with known | 03:11:15 |
| 9 | authors, defendants use the works | 03:11:16 |
| 10 | within the HDL or HathiTrust | 03:11:18 |
| 11 | Digital Library in three ways: | 03:11:19 |
| 12 | Full-text searches, preservation | 03:11:22 |
| 13 | and access for people with | 03:11:23 |
| 14 | certified print disabilities.  The | 03:11:25 |
| 15 | full-text search capabilities | 03:11:27 |
| 16 | allow users to search for | 03:11:29 |
| 17 | particular terms" -- "a particular | 03:11:31 |
| 18 | term across all the works within | 03:11:34 |
| 19 | the HathiTrust Digital Library. | 03:11:35 |
| 20 | For works that are not in the | 03:11:37 |
| 21 | public domain or for which the | 03:11:39 |
| 22 | copyright owner has not authorized | 03:11:41 |
| 23 | use, the full-text search | 03:11:43 |
| 24 | indicates only page numbers on | 03:11:45 |
| 25 | which a particular term is found | 03:11:46 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

233

| | | |
|---|---|---|
| 1 | and the number of times the term | 03:11:48 |
| 2 | appears on each page." | 03:11:50 |
| 3 | Was that your understanding of how the | 03:11:52 |
| 4 | HathiTrust Digital Library worked? | 03:11:53 |
| 5 | MR. KAPLAN:  Objection.  Vague and | 03:11:56 |
| 6 | confusing. | 03:11:56 |
| 7 | THE WITNESS:  This states my | 03:11:59 |
| 8 | understanding about how some of the Hathi digital | 03:12:00 |
| 9 | trust works. | 03:12:10 |
| 10 | BY MR. HUDIS: | 03:12:10 |
| 11 | Q.    All right.  At the bottom of page 5, | 03:12:10 |
| 12 | starting at the bottom of the left-hand column and | 03:12:11 |
| 13 | going to the top of the right-hand column, it | 03:12:14 |
| 14 | says: | 03:12:15 |
| 15 | ""Since the digital text in | 03:12:16 |
| 16 | the HDL or" -- | 03:12:16 |
| 17 | MR. KAPLAN:  Wait.  Wait.  Okay.  I | 03:12:17 |
| 18 | found it. | 03:12:18 |
| 19 | THE WITNESS:  Okay. | 03:12:19 |
| 20 | (Reporter interruption.) | 03:12:19 |
| 21 | BY MR. HUDIS: | 03:12:19 |
| 22 | Q.      "Since the digital texts in | 03:12:19 |
| 23 | the HathiTrust Digital Library | 03:12:28 |
| 24 | became available, print-disabled | 03:12:31 |
| 25 | students have had full access to the | 03:12:33 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

234

| | | |
|---|---|---|
| 1 | materials through a secure system | 03:12:33 |
| 2 | intended solely for students with | 03:12:35 |
| 3 | certified disabilities." | 03:12:37 |
| 4 | Was this also your understanding of how | 03:12:40 |
| 5 | the HathiTrust Digital Library worked? | 03:12:41 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 03:12:45 |
| 7 | THE WITNESS:  I didn't think they | 03:12:48 |
| 8 | excluded disabled faculty and staff from their | 03:12:49 |
| 9 | system.  I thought it was not just students, but | 03:12:54 |
| 10 | also faculty and staff. | 03:12:56 |
| 11 | BY MR. HUDIS: | 03:12:57 |
| 12 | Q.    But, otherwise, you would agree with | 03:12:58 |
| 13 | this statement? | 03:12:59 |
| 14 | A.    I think I'm less familiar with what the | 03:13:10 |
| 15 | secure system actually was.  I -- but that they | 03:13:12 |
| 16 | had access, I did understand. | 03:13:14 |
| 17 | Q.    Which brings me to my next question. | 03:13:17 |
| 18 | Could you turn to page 15 of Exhibit 61. | 03:13:20 |
| 19 | A.    Okay.  I'm on page 15. | 03:13:41 |
| 20 | Q.    I'm reading from the bottom of the | 03:13:43 |
| 21 | right-hand column. | 03:13:47 |
| 22 | It says: | 03:13:49 |
| 23 | "Defendants respond with a | 03:13:49 |
| 24 | declaration from the individual in | 03:13:52 |
| 25 | charge" -- | 03:13:53 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

235

| | | |
|---|---|---|
| 1 | A.     Stop.  Stop. | 03:13:55 |
| 2 | MR. HUDIS:  Yep. | 03:13:56 |
| 3 | THE WITNESS:  Okay.  So it's the last | 03:13:58 |
| 4 | partial sentence there.  All right. | 03:13:59 |
| 5 | BY MR. HUDIS: | 03:14:00 |
| 6 | Q.    Yes.  So it says: | 03:14:00 |
| 7 | "Defendants respond with a | 03:14:01 |
| 8 | declaration from the individual in | 03:14:03 |
| 9 | charge of security for the works | 03:14:05 |
| 10 | in the HathiTrust Digital Library | 03:14:07 |
| 11 | who describes the security | 03:14:10 |
| 12 | measures in place" -- citing to | 03:14:11 |
| 13 | the Snavely declaration -- "and | 03:14:14 |
| 14 | notes that the libraries have been | 03:14:16 |
| 15 | certified as a trustworthy | 03:14:17 |
| 16 | depository by the Center for | 03:14:19 |
| 17 | Research Libraries." | 03:14:22 |
| 18 | Do you see that? | 03:14:23 |
| 19 | A.    Yes. | 03:14:24 |
| 20 | Q.    All right.  Is that your understanding | 03:14:24 |
| 21 | of how the security measures of the HathiTrust | 03:14:26 |
| 22 | Digital Library worked? | 03:14:28 |
| 23 | MR. KAPLAN:  Objection.  Vague and | 03:14:31 |
| 24 | confusing. | 03:14:32 |
| 25 | THE WITNESS:  It's consistent with my | 03:14:38 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

236

| | | |
|---|---|---|
| 1 | understanding of the access control portion of the | 03:14:40 |
| 2 | system, yes. | 03:14:43 |
| 3 | BY MR. HUDIS: | 03:14:43 |
| 4 | Q.    And that was -- the access control | 03:14:44 |
| 5 | portion of the system was a user name and password | 03:14:46 |
| 6 | access? | 03:14:49 |
| 7 | A.    Yes. | 03:14:50 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 03:14:50 |
| 9 | Misstates testimony.  Lacks foundation. | 03:14:52 |
| 10 | THE WITNESS:  Yes. | 03:14:54 |
| 11 | BY MR. HUDIS: | 03:14:54 |
| 12 | Q.    Mr. Fruchterman, I'm done with | 03:15:06 |
| 13 | Exhibit 61. | 03:15:07 |
| 14 | A.    Okay. | 03:15:09 |
| 15 | Q.    Do you know, Mr. Fruchterman, if the | 03:15:11 |
| 16 | plaintiffs appealed the trial court's decision in | 03:15:13 |
| 17 | the HathiTrust litigation? | 03:15:16 |
| 18 | A.    I do. | 03:15:19 |
| 19 | Q.    And what's your understanding?  Did | 03:15:19 |
| 20 | they -- did the plaintiffs appeal? | 03:15:20 |
| 21 | A.    They did. | 03:15:23 |
| 22 | Q.    Okay.  What role, if any, did you play | 03:15:26 |
| 23 | in the HathiTrust appeal? | 03:15:28 |
| 24 | A.    I filed an amicus brief with our chief | 03:15:31 |
| 25 | competitor/collaborator in the field. | 03:15:38 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

237

| | | |
|---|---|---|
| 1 | Q.   And who was that? | 03:15:40 |
| 2 | A.   Learning Ally. | 03:15:41 |
| 3 | Q.   Do you recall what the outcome was in | 03:15:44 |
| 4 | the HathiTrust appeal? | 03:15:46 |
| 5 | A.   That the appellate court sustained, for | 03:15:52 |
| 6 | the most part, the district court's decision to | 03:15:55 |
| 7 | grant a summary judgment. | 03:15:57 |
| 8 | Q.   Did you review the appeals court opinion | 03:15:58 |
| 9 | in the HathiTrust litigation after it was issued? | 03:16:01 |
| 10 | A.   Yes. | 03:16:04 |
| 11 | (Whereupon, Deposition Exhibit 62 was | 03:16:25 |
| 12 | marked for identification.) | 03:16:25 |
| 13 | BY MR. HUDIS: | 03:16:25 |
| 14 | Q.   Mr. Fruchterman -- | 03:16:28 |
| 15 | MR. KAPLAN:  It's getting confusing. | 03:16:28 |
| 16 | We're switching from Westlaw to Lexis? | 03:16:28 |
| 17 | MR. HUDIS:  What can I tell you. | 03:16:33 |
| 18 | THE WITNESS:  Okay. | 03:16:35 |
| 19 | BY MR. HUDIS: | 03:16:43 |
| 20 | Q.   So, Mr. Fruchterman, I now place in | 03:16:44 |
| 21 | front of you what's been marked as Exhibit 62.  It | 03:16:46 |
| 22 | is, as Counsel noted, the Lexis reported version | 03:16:49 |
| 23 | of the Second Circuit Court of Appeals decision in | 03:16:53 |
| 24 | Authors Guild versus HathiTrust reported at 755 | 03:16:58 |
| 25 | F.3d 87.  The decision was issued on October 30, | 03:17:01 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

238

| | | |
|---|---|---|
| 1 | 2013. | 03:17:09 |
| 2 | MR. KAPLAN:  Is that -- | 03:17:17 |
| 3 | BY MR. HUDIS: | 03:17:19 |
| 4 | Q.   Mr. Fruchterman -- did I get something | 03:17:19 |
| 5 | wrong, Counsel? | 03:17:21 |
| 6 | MR. KAPLAN:  I think it was decided on | 03:17:23 |
| 7 | June 10th, 2014. | 03:17:24 |
| 8 | MR. HUDIS:  Oh, it says -- | 03:17:25 |
| 9 | MR. KAPLAN:  Argued October 30th, 2013. | 03:17:28 |
| 10 | MR. HUDIS:  Counsel, thank you.  All | 03:17:30 |
| 11 | right.  So it was argued in October 2013.  And the | 03:17:31 |
| 12 | decision was issued on June 10, 2014.  Thank you. | 03:17:35 |
| 13 | Appreciate it. | 03:17:40 |
| 14 | Q.   If you could turn to page 7 of | 03:17:43 |
| 15 | Exhibit 62.  Mr. Fruchterman, I'm reading now from | 03:17:47 |
| 16 | the top of the right-hand column of page 7. | 03:17:59 |
| 17 | Are you with me?  It says "second." | 03:18:05 |
| 18 | A.   Yes. | 03:18:08 |
| 19 | Q.   Okay.  It says: | 03:18:08 |
| 20 | "Second, the HathiTrust | 03:18:09 |
| 21 | Digital Library allows member | 03:18:10 |
| 22 | libraries to provide patrons with | 03:18:13 |
| 23 | certified print disabilities | 03:18:14 |
| 24 | access to the full text of | 03:18:16 |
| 25 | copyrighted works.  A 'print | 03:18:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

239

| | | |
|---|---|---|
| 1 | disability' is any disability that | 03:18:22 |
| 2 | prevents a person from effectively | 03:18:25 |
| 3 | reading printed material. | 03:18:26 |
| 4 | Blindness is one example, but | 03:18:28 |
| 5 | print disabilities also include | 03:18:30 |
| 6 | those that prevent a person from | 03:18:32 |
| 7 | physically holding a book or | 03:18:34 |
| 8 | turning pages." | 03:18:36 |
| 9 | First, Mr. Fruchterman, do you agree | 03:18:40 |
| 10 | with the court's description of what a print | 03:18:42 |
| 11 | disability is? | 03:18:44 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 03:18:47 |
| 13 | THE WITNESS:  Yes, in general. | 03:18:55 |
| 14 | BY MR. HUDIS: | 03:18:58 |
| 15 | Q.   Continuing, the court says: | 03:18:58 |
| 16 | "To use this service, a | 03:18:59 |
| 17 | patron must obtain certification | 03:19:00 |
| 18 | of his disability from a qualified | 03:19:02 |
| 19 | expert.  Through the HathiTrust | 03:19:05 |
| 20 | Digital Library, a print-disabled | 03:19:06 |
| 21 | user can obtain access to the | 03:19:10 |
| 22 | contents of works in the digital | 03:19:11 |
| 23 | library using adaptive | 03:19:13 |
| 24 | technologies such as software that | 03:19:16 |
| 25 | converts the text into spoken | 03:19:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

240

| | | |
|---|---|---|
| 1 | words or that magnifies the text. | 03:19:19 |
| 2 | Currently" -- I guess it means at | 03:19:21 |
| 3 | the time of this decision -- "the | 03:19:25 |
| 4 | University of Michigan's library | 03:19:26 |
| 5 | is the only HDL member that | 03:19:28 |
| 6 | permits such access, although | 03:19:30 |
| 7 | other member libraries intend to | 03:19:31 |
| 8 | provide it in the future." | 03:19:34 |
| 9 | With respect to individuals with print | 03:19:35 |
| 10 | disabilities, Mr. Fruchterman, do you agree with | 03:19:37 |
| 11 | the Court's description of how the HathiTrust | 03:19:40 |
| 12 | Digital Library worked? | 03:19:43 |
| 13 | MR. KAPLAN:  Objection.  Vague. | 03:19:46 |
| 14 | Compound.  Confusing. | 03:19:47 |
| 15 | THE WITNESS:  Yes.  I think it's a | 03:19:54 |
| 16 | decent summary of my understanding of the state at | 03:19:56 |
| 17 | the time of the decision. | 03:19:59 |
| 18 | BY MR. HUDIS: | 03:19:59 |
| 19 | Q.   Mr. Fruchterman, if you could now turn | 03:20:02 |
| 20 | to page 13 of Exhibit 62. | 03:20:04 |
| 21 | Now, starting towards the bottom of the | 03:20:13 |
| 22 | left-hand column and continuing to most of the | 03:20:16 |
| 23 | right-hand column of Exhibit 62, page 13, it | 03:20:19 |
| 24 | describes -- and the Court says: | 03:20:27 |
| 25 | "The record before us | 03:20:28 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

241

| | | |
|---|---|---|
| 1 | documents the extensive security | 03:20:31 |
| 2 | measures the libraries have | 03:20:32 |
| 3 | undertaken to safeguard against | 03:20:33 |
| 4 | the risk of a data breach." | 03:20:35 |
| 5 | And citing to the Wilkins' declaration. | 03:20:40 |
| 6 | As part of your work in the HathiTrust | 03:20:42 |
| 7 | litigation, did you ever review the Wilkins' | 03:20:45 |
| 8 | declaration? | 03:20:48 |
| 9 | MR. KAPLAN:  Objection.  Vague and | 03:20:49 |
| 10 | confusing. | 03:20:50 |
| 11 | THE WITNESS:  No. | 03:20:53 |
| 12 | BY MR. HUDIS: | 03:20:53 |
| 13 | Q.   As part of your work in the HathiTrust | 03:20:54 |
| 14 | litigation, did you review the security controls | 03:20:56 |
| 15 | that the HathiTrust Digital Library employed? | 03:20:59 |
| 16 | MR. KAPLAN:  Objection.  Vague. | 03:21:06 |
| 17 | THE WITNESS:  No. | 03:21:07 |
| 18 | BY MR. HUDIS: | 03:21:07 |
| 19 | (Whereupon, Deposition Exhibit 63 was | 03:21:43 |
| 20 | marked for identification.) | 03:21:43 |
| 21 | BY MR. HUDIS: | 03:21:43 |
| 22 | Q.   Mr. Fruchterman, I have now marked a | 03:21:54 |
| 23 | document as Fruchterman Exhibit 63.  It's ten | 03:21:56 |
| 24 | pages.  I'd like to know if you recognize the | 03:22:06 |
| 25 | document. | 03:22:08 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

242

| | | |
|---|---|---|
| 1 | A.    I recognize it as an article that I | 03:22:17 |
| 2 | believe I've read at least a portion of. | 03:22:19 |
| 3 | Q.    Now, it is entitled "The Internet | 03:22:28 |
| 4 | Archive's Open Library is violating authors' | 03:22:31 |
| 5 | copyrights," and it bears a date of July 10, 2013. | 03:22:33 |
| 6 | Mr. Fruchterman, did you provide any | 03:22:37 |
| 7 | comments to this article? | 03:22:40 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 03:22:42 |
| 9 | THE WITNESS:  I will take a moment to | 03:22:46 |
| 10 | examine the comments. | 03:22:47 |
| 11 | I think it's a possibility that I | 03:23:09 |
| 12 | submitted a comment on this, but I didn't find it | 03:23:11 |
| 13 | on the initial inspection.  Maybe I need to reread | 03:23:13 |
| 14 | more carefully. | 03:23:16 |
| 15 | BY MR. HUDIS: | 03:23:17 |
| 16 | Q.    We're going to go over that. | 03:23:17 |
| 17 | A.    There we go.  I just found my comment. | 03:23:19 |
| 18 | Q.    Okay. | 03:23:22 |
| 19 | A.    So, yes. | 03:23:22 |
| 20 | Q.    All right.  So you recall Exhibit 63 as | 03:23:23 |
| 21 | being a blog post by Chris -- | 03:23:28 |
| 22 | MR. KAPLAN:  I'm going to ask the | 03:23:32 |
| 23 | witness to review the entire document. | 03:23:33 |
| 24 | MR. HUDIS:  Sure. | 03:23:35 |
| 25 | THE WITNESS:  Okay. | 03:23:38 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

243

| | | |
|---|---|---|
| 1 | MR. HUDIS:  Thank you, Counsel. | 03:23:40 |
| 2 | MR. KAPLAN:  For the sake of brevity and | 03:24:18 |
| 3 | to be clear, I just wanted to point out that | 03:24:21 |
| 4 | there's multiple comments. | 03:24:23 |
| 5 | MR. HUDIS:  Right. | 03:24:25 |
| 6 | THE WITNESS:  That I've written multiple | 03:24:25 |
| 7 | comments? | 03:24:26 |
| 8 | MR. HUDIS:  Yes. | 03:24:28 |
| 9 | THE WITNESS:  Okay.  Sorry.  Thank you. | 03:24:28 |
| 10 | MR. KAPLAN:  I don't want you to be | 03:24:29 |
| 11 | misled. | 03:24:30 |
| 12 | MR. HUDIS:  That wasn't my intention. | 03:24:31 |
| 13 | MR. KAPLAN:  I know it wasn't. | 03:24:32 |
| 14 | BY MR. HUDIS: | 03:24:38 |
| 15 | Q.    Mr. Fruchterman, just let me know when | 03:24:38 |
| 16 | you're ready. | 03:24:40 |
| 17 | A.    All right.  Read the rest of the | 03:28:12 |
| 18 | comments after my -- | 03:28:13 |
| 19 | MR. KAPLAN:  No. | 03:28:14 |
| 20 | MR. HUDIS:  I'm not going to ask -- | 03:28:14 |
| 21 | MR. KAPLAN:  Advertisements after that. | 03:28:16 |
| 22 | THE WITNESS:  All right.  Cool.  So the | 03:28:18 |
| 23 | question? | 03:28:19 |
| 24 | BY MR. HUDIS: | 03:28:19 |
| 25 | Q.    Yes.  Mr. Fruchterman, first of all, the | 03:28:20 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

244

| | | |
|---|---|---|
| 1 | author, Mr. Meadows, on page 2 refers to top of | 03:28:23 |
| 2 | the page -- third paragraph that starts with "and | 03:28:36 |
| 3 | some of those modern eBooks." | 03:28:40 |
| 4 | A.    Okay.  I'm -- on which page? | 03:28:42 |
| 5 | Q.    Page 2. | 03:28:44 |
| 6 | A.    Page 2. | 03:28:45 |
| 7 | Q.    Okay.  And the paragraph starting "and | 03:28:46 |
| 8 | some of those modern eBooks." | 03:28:47 |
| 9 | A.    Yeah. | 03:28:50 |
| 10 | Q.    All right.  He says: | 03:28:50 |
| 11 | "And some of those modern | 03:28:51 |
| 12 | eBooks for the print-disabled are | 03:28:52 |
| 13 | only available in protected DAISY | 03:28:55 |
| 14 | format." | 03:28:57 |
| 15 | Do you see that? | 03:28:58 |
| 16 | A.    Yes. | 03:28:59 |
| 17 | Q.    Would you describe the DAISY format as a | 03:28:59 |
| 18 | protected format? | 03:29:03 |
| 19 | MR. KAPLAN:  Objection.  Vague. | 03:29:05 |
| 20 | THE WITNESS:  There are DAISY format | 03:29:10 |
| 21 | books that have protections on them and those that | 03:29:12 |
| 22 | do not.  DAISY by itself does not require | 03:29:15 |
| 23 | protection. | 03:29:18 |
| 24 | BY MR. HUDIS: | 03:29:19 |
| 25 | Q.    Does the -- does the DAISY format come | 03:29:22 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

245

| | |
|---|---|
| 1   with protections, some of them? | 03:29:25 |
| 2       A.    Some -- | 03:29:28 |
| 3       Q.    I'll reask the question. | 03:29:28 |
| 4             Do some textual material available in | 03:29:29 |
| 5   DAISY format come with access protections? | 03:29:34 |
| 6             MR. KAPLAN:  Calls for speculation. | 03:29:37 |
| 7   Lacks foundation.  Vague. | 03:29:38 |
| 8             THE WITNESS:  Some DAISY libraries use | 03:29:43 |
| 9   digital rights management technical protection | 03:29:47 |
| 10  mechanisms and some -- well, some -- we do, but I | 03:29:51 |
| 11  would characterize our books as unprotected rather | 03:29:58 |
| 12  than protected in the common understanding of what | 03:30:01 |
| 13  "protected" means. | 03:30:05 |
| 14  BY MR. HUDIS: | 03:30:14 |
| 15      Q.    In the context of the question I'm going | 03:30:15 |
| 16  to ask you next, I'd like you to refer to, on | 03:30:16 |
| 17  page 2, the text that Mr. Meadows has called out | 03:30:20 |
| 18  in tan -- in a tan background. | 03:30:27 |
| 19            Do you see that? | 03:30:32 |
| 20      A.    Yes. | 03:30:33 |
| 21      Q.    All right.  And it says -- it's the | 03:30:34 |
| 22  copyright page of X-COM PDF. | 03:30:36 |
| 23            "No part of this book may be | 03:30:39 |
| 24        reproduced or transmitted in any | 03:30:41 |
| 25        form or by any means, electronic | 03:30:43 |

246

| 1 | or mechanical, including | 03:30:46 |
| 2 | photocopying, recording or by any | 03:30:47 |
| 3 | information storage or retrieval | 03:30:51 |
| 4 | system without written permission | 03:30:52 |
| 5 | from Prima Publishing, except for | 03:30:54 |
| 6 | the inclusion of quotations in a | 03:30:57 |
| 7 | review.  All products and | 03:31:00 |
| 8 | characters mentioned in this book | 03:31:01 |
| 9 | are trademarks of their respective | 03:31:03 |
| 10 | companies." | 03:31:05 |
| 11 | Do you see that? | 03:31:06 |
| 12 | A.   Yes. | 03:31:06 |
| 13 | Q.   In your comment of July 12, 2013, at | 03:31:07 |
| 14 | 8:06 p.m. on page 4 -- | 03:31:13 |
| 15 | A.   Yes. | 03:31:16 |
| 16 | Q.   -- of Exhibit 63, you say: | 03:31:16 |
| 17 | "Restricted language in a | 03:31:19 |
| 18 | printed book like that quoted from | 03:31:21 |
| 19 | the copyright page of the X-COM is | 03:31:23 |
| 20 | a useless gesture." | 03:31:26 |
| 21 | What did you mean by that, that it was a | 03:31:28 |
| 22 | useless gesture? | 03:31:34 |
| 23 | A.   As a nonlawyer, I read it as asserting | 03:31:36 |
| 24 | powers that they don't have. | 03:31:38 |
| 25 | Q.   Why? | 03:31:41 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

247

| | | |
|---|---|---|
| 1 | A.    Because, for example, if I believed | 03:31:41 |
| 2 | them, I could not operate the Bookshare library on | 03:31:44 |
| 3 | that title.  And I think that's incorrect. | 03:31:48 |
| 4 | Q.    Mr. Fruchterman, I want to verify.  Did | 03:31:55 |
| 5 | you write this post of July 12, 2013, at 8:06 p.m. | 03:31:57 |
| 6 | on page 4 of Exhibit 63? | 03:32:03 |
| 7 | A.    I would agree that I wrote these posts. | 03:32:09 |
| 8 | Q.    And did you also write the post on | 03:32:13 |
| 9 | July 12, 2013, at 10:45 p.m., which spans pages 4 | 03:32:17 |
| 10 | and 5 of Exhibit 63? | 03:32:24 |
| 11 | A.    Yes. | 03:32:28 |
| 12 | Q.    I just want to get some context here | 03:32:35 |
| 13 | just to make sure. | 03:32:38 |
| 14 |      "SFWA" stands for the Science and | 03:32:39 |
| 15 | Fantasy Writers of America? | 03:32:42 |
| 16 | A.    I believe it's Science Fiction and | 03:32:44 |
| 17 | Fantasy Writers of America. | 03:32:49 |
| 18 | Q.    Okay.  And you say here at the bottom of | 03:32:50 |
| 19 | page 4 to the top of page 5: | 03:32:52 |
| 20 |      "In the case of SFWA, we | 03:32:55 |
| 21 |      committed ourselves to be against | 03:32:58 |
| 22 |      digital piracy (already our | 03:33:00 |
| 23 |      approach since we're an example of | 03:33:05 |
| 24 |      legal copying without permission, | 03:33:07 |
| 25 |      didn't want to support illegal | 03:33:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

248

| | | |
|---|---|---|
| 1 | copying without permission) and | 03:33:11 |
| 2 | increased respect for authors' | 03:33:14 |
| 3 | rights in the quality of their | 03:33:16 |
| 4 | accessible version of their work." | 03:33:19 |
| 5 | Mr. Fruchterman, what did you mean by | 03:33:22 |
| 6 | this sentence? | 03:33:23 |
| 7 | MR. KAPLAN: Objection. Vague. | 03:33:26 |
| 8 | Compound. | 03:33:28 |
| 9 | THE WITNESS: Benetech signed an | 03:33:32 |
| 10 | agreement with SFWA that contained many of the | 03:33:32 |
| 11 | things I'm summarizing here. So, yes, we had an | 03:33:35 |
| 12 | agreement with the Science Fiction and Fantasy | 03:33:38 |
| 13 | Writers of America that could be summarized with | 03:33:41 |
| 14 | this sentence. | 03:33:45 |
| 15 | MR. HUDIS: So, Sebastian, we're going | 03:34:01 |
| 16 | to go into Mr. Fruchterman's expert's report. I | 03:34:04 |
| 17 | think now would be a good time to take a break | 03:34:05 |
| 18 | before we dive into that. | 03:34:08 |
| 19 | MR. KAPLAN: Okay. I was wondering if | 03:34:09 |
| 20 | we were going to get there. | 03:34:12 |
| 21 | MR. HUDIS: Now -- | 03:34:13 |
| 22 | THE VIDEOGRAPHER: Going off the record | 03:34:14 |
| 23 | at 3:34 p.m. | 03:34:14 |
| 24 | (Whereupon, a recess was taken.) | 03:34:17 |
| 25 | (Whereupon, Deposition Exhibit 64 was | 03:34:17 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

249

| | | |
|---|---|---|
| 1 | marked for identification.) | 03:34:17 |
| 2 | THE VIDEOGRAPHER:  Here begins -- here | 03:48:21 |
| 3 | begins Tape No. 4 in the deposition of | 03:48:23 |
| 4 | James Fruchterman.  We're back on the record at | 03:48:25 |
| 5 | 3:48. | 03:48:30 |
| 6 | BY MR. HUDIS: | 03:48:31 |
| 7 | Q.    Mr. Fruchterman, I place in front of you | 03:48:32 |
| 8 | what's been marked as Exhibit Fruchterman 64. | 03:48:34 |
| 9 | This is your expert's report? | 03:48:38 |
| 10 | A.    Yes. | 03:48:41 |
| 11 | Q.    And you've reviewed it before testifying | 03:48:42 |
| 12 | today? | 03:48:47 |
| 13 | A.    Correct. | 03:48:47 |
| 14 | Q.    Mr. Fruchterman, I'd like you to turn to | 03:48:48 |
| 15 | page 1. | 03:48:49 |
| 16 | A.    Yes. | 03:48:52 |
| 17 | Q.    In the first paragraph at the top, it | 03:48:52 |
| 18 | says: | 03:48:55 |
| 19 | "As an expert in | 03:48:55 |
| 20 | accessibility of written materials | 03:48:57 |
| 21 | for people who have disabilities | 03:48:58 |
| 22 | that affect using standard print, | 03:49:01 |
| 23 | people who are print-disabled, I | 03:49:04 |
| 24 | have been retained by | 03:49:09 |
| 25 | Public.Resource.Org to evaluate | 03:49:10 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

250

| | | |
|---|---|---|
| 1 | the accessibility of certain | 03:49:12 |
| 2 | content that had been available on | 03:49:15 |
| 3 | the web site of the defendant in | 03:49:17 |
| 4 | this case." | 03:49:20 |
| 5 | Do you see that? | 03:49:22 |
| 6 | A.    Yes. | 03:49:23 |
| 7 | Q.    All right.  And as you use | 03:49:23 |
| 8 | "accessibility" in this report at the top of | 03:49:26 |
| 9 | page 1, that's consistent with the definition of | 03:49:31 |
| 10 | "accessible" or "access" that we discussed this | 03:49:34 |
| 11 | morning? | 03:49:37 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 03:49:38 |
| 13 | THE WITNESS:  Yes. | 03:49:40 |
| 14 | BY MR. HUDIS: | 03:49:43 |
| 15 | Q.    And when you discuss people who are | 03:49:43 |
| 16 | print-disabled, that's consistent with the | 03:49:48 |
| 17 | definition of "print-disabled" that you testified | 03:49:52 |
| 18 | to this morning? | 03:49:55 |
| 19 | MR. KAPLAN:  Objection.  Vague. | 03:49:56 |
| 20 | THE WITNESS:  Yes. | 03:49:57 |
| 21 | BY MR. HUDIS: | 03:49:57 |
| 22 | Q.    All right.  You are not offering your | 03:50:01 |
| 23 | expertise on any other topic related to this | 03:50:04 |
| 24 | litigation? | 03:50:06 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 03:50:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

251

| | | |
|---|---|---|
| 1 | THE WITNESS:  Not in this report. | 03:50:13 |
| 2 | BY MR. HUDIS: | 03:50:14 |
| 3 | Q.   Do you intend to offer any expert | 03:50:16 |
| 4 | opinions in this litigation other than that's | 03:50:20 |
| 5 | contained in your expert's report of Exhibit 64? | 03:50:24 |
| 6 | A.   Am I? | 03:50:46 |
| 7 | MR. HUDIS:  Note, Counsel has pointed to | 03:50:50 |
| 8 | the -- | 03:50:52 |
| 9 | THE WITNESS:  To my expert report. | 03:50:53 |
| 10 | MR. HUDIS:  To his expert's report. | 03:50:55 |
| 11 | THE WITNESS:  I don't -- I believe that | 03:50:59 |
| 12 | I'm here to talk about the matter of accessibility | 03:51:00 |
| 13 | of this document, but -- | 03:51:03 |
| 14 | MR. KAPLAN:  Sorry. | 03:51:04 |
| 15 | THE WITNESS:  -- if I'm asked some other | 03:51:05 |
| 16 | question and it's okay with the Court, I will | 03:51:07 |
| 17 | answer any other question. | 03:51:09 |
| 18 | MR. KAPLAN:  I'm just pointing you to | 03:51:11 |
| 19 | the last sentence of the second full paragraph of | 03:51:13 |
| 20 | your expert report. | 03:51:16 |
| 21 | THE WITNESS:  "I reserve the right | 03:51:16 |
| 22 | to change or supplement this | 03:51:17 |
| 23 | report if additional evidence comes | 03:51:19 |
| 24 | to my attention and to prepare | 03:51:20 |
| 25 | demonstrative and/or exhibits to | 03:51:22 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

252

1    explain my opinions as appropriate."          03:51:25
2    BY MR. HUDIS:                                  03:51:26
3        Q.   Other than the reservation in your   03:51:26
4    expert's report that you just read into the   03:51:28
5    record, do you intend to provide any other expert  03:51:31
6    opinions in this case other than what's in your  03:51:34
7    expert's report of Exhibit 64?                 03:51:37
8        A.   I do not intend to.                   03:51:40
9        Q.   So you're offering your opinion or    03:51:51
10   evaluation on the accessibility of certain content  03:51:54
11   that had been posted at one time on            03:51:57
12   Public.Resource's web site?                    03:52:01
13            MR. KAPLAN:  Objection.  Vague and    03:52:09
14   compound.                                      03:52:10
15            THE WITNESS:  Yes.                    03:52:11
16   BY MR. HUDIS:                                  03:52:11
17       Q.   Your evaluation on the accessibility of  03:52:14
18   content that had been posted on the            03:52:17
19   Public.Resource's web site concerns the 1999   03:52:19
20   edition of the Standards for Educational and   03:52:22
21   Psychological Testing.                         03:52:25
22       A.   Yes.                                  03:52:32
23       Q.   And if we refer to that document as "the  03:52:34
24   1999 standards," you'll understand what I mean?  03:52:36
25       A.   Yes.                                  03:52:39

253

| | | |
|---|---|---|
| 1 | Q.    You are not offering your evaluations on | 03:52:46 |
| 2 | the Internet posting of any other content related | 03:52:47 |
| 3 | to this litigation, other than the 1999 standards? | 03:52:50 |
| 4 | A.    On two different web sites, yes. | 03:52:57 |
| 5 | Although, I will note that I searched for them on | 03:53:12 |
| 6 | other web sites. | 03:53:14 |
| 7 | Q.    So apart from the Public.Resource web | 03:53:24 |
| 8 | site and the Internet archive web site, you were | 03:53:26 |
| 9 | not offering your evaluations on the Internet | 03:53:28 |
| 10 | posting of the 1999 standards to any other web | 03:53:31 |
| 11 | site? | 03:53:34 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 03:53:37 |
| 13 | THE WITNESS:  I didn't find them on any | 03:53:41 |
| 14 | other web site. | 03:53:42 |
| 15 | BY MR. HUDIS: | 03:53:43 |
| 16 | Q.    That's not what I asked, though. | 03:53:43 |
| 17 | So what I asked was you are not offering | 03:53:48 |
| 18 | your evaluations on the Internet posting of the | 03:53:51 |
| 19 | 1999 standards to any other web site besides | 03:53:53 |
| 20 | Public.Resource's web site and the Internet | 03:53:55 |
| 21 | Archive web site? | 03:53:58 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 03:54:00 |
| 23 | THE WITNESS:  Yes, I am offering my | 03:54:02 |
| 24 | evaluation on the availability of the 1999 | 03:54:05 |
| 25 | standards on other web sites where I did not find | 03:54:08 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

254

| | | |
|---|---|---|
| 1 | them. | 03:54:11 |
| 2 | (Reporter clarification.) | 03:54:15 |
| 3 | THE WITNESS:  1999. | 03:54:16 |
| 4 | MR. HUDIS:  1999. | 03:54:17 |
| 5 | Q.   Mr. Fruchterman, your entire | 03:54:19 |
| 6 | participation in this litigation is pro bono? | 03:54:21 |
| 7 | MR. KAPLAN:  Objection.  Calls for a | 03:54:24 |
| 8 | legal conclusion.  Vague. | 03:54:25 |
| 9 | THE WITNESS:  I am offering my time pro | 03:54:31 |
| 10 | bono, yes. | 03:54:32 |
| 11 | BY MR. HUDIS: | 03:54:34 |
| 12 | Q.   You are not receiving any compensation | 03:54:34 |
| 13 | for your participation in this litigation? | 03:54:35 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 03:54:41 |
| 15 | THE WITNESS:  Not for my time, no. | 03:54:42 |
| 16 | BY MR. HUDIS: | 03:54:46 |
| 17 | Q.   Are you receiving compensation for any | 03:54:47 |
| 18 | other purpose for your participation in this | 03:54:49 |
| 19 | litigation? | 03:54:52 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 03:54:52 |
| 21 | THE WITNESS:  I have not been offered | 03:54:55 |
| 22 | any compensation up till this point for any | 03:54:56 |
| 23 | expenses I have incurred with respect to this, | 03:55:01 |
| 24 | though, in theory, you sent me a check for $40, | 03:55:03 |
| 25 | but I didn't get it. | 03:55:09 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

255

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Because you sent it to us. | 03:55:13 |
| 2 | MR. HUDIS:  We actually -- | 03:55:16 |
| 3 | MR. KAPLAN:  I think. | 03:55:17 |
| 4 | MR. HUDIS:  Well, no. | 03:55:18 |
| 5 | MR. KAPLAN:  Actually, I don't know. | 03:55:19 |
| 6 | Matt handled that part of it. | 03:55:19 |
| 7 | MR. HUDIS:  Yeah.  We actually -- all | 03:55:21 |
| 8 | the counsel waived the expert fee for all experts. | 03:55:22 |
| 9 | MR. KAPLAN:  Yeah, that may have been | 03:55:26 |
| 10 | the other case. | 03:55:27 |
| 11 | THE WITNESS:  I don't know.  It said $40 | 03:55:29 |
| 12 | on the thing that I was shown this morning.  And | 03:55:31 |
| 13 | so -- which I didn't remember seeing. | 03:55:34 |
| 14 | MR. KAPLAN:  Okay. | 03:55:38 |
| 15 | BY MR. HUDIS: | 03:55:40 |
| 16 | Q.  Whether for compensation or not, | 03:55:43 |
| 17 | Mr. Fruchterman, did you enter into any agreement | 03:55:46 |
| 18 | with Public.Resource in connection with your | 03:55:49 |
| 19 | participation in this litigation? | 03:55:54 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 03:56:01 |
| 21 | THE WITNESS:  Yes. | 03:56:01 |
| 22 | BY MR. HUDIS: | 03:56:01 |
| 23 | Q.  Was it a written agreement? | 03:56:05 |
| 24 | MR. KAPLAN:  Objection.  Argumentative | 03:56:07 |
| 25 | and vague. | 03:56:10 |

256

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 03:56:11 |
| 2 | MR. HUDIS:  Counsel, just noted, we have | 03:56:12 |
| 3 | never been provided with that agreement.  We | 03:56:13 |
| 4 | didn't think that it was necessary to ask for it | 03:56:19 |
| 5 | by way of subpoena since that's part of what's | 03:56:21 |
| 6 | required under Federal Rules 26. | 03:56:24 |
| 7 | BY MR. HUDIS: | 03:56:47 |
| 8 | Q.    Mr. Fruchterman -- | 03:56:49 |
| 9 | MR. KAPLAN:  Where is that required | 03:56:49 |
| 10 | by -- | 03:56:51 |
| 11 | MR. HUDIS:  Well, it's part -- that's | 03:56:52 |
| 12 | what's part of the expert's report. | 03:56:54 |
| 13 | MR. KAPLAN:  I'm sorry.  I don't know | 03:56:58 |
| 14 | what you mean by that. | 03:56:59 |
| 15 | MR. HUDIS:  Part of the -- | 03:57:02 |
| 16 | MR. KAPLAN:  Looking at | 03:57:02 |
| 17 | Rule 26(a)(2)(B)? | 03:57:04 |
| 18 | MR. HUDIS:  (a)(2)(B). | 03:57:09 |
| 19 | MR. KAPLAN:  I don't see it. | 03:57:10 |
| 20 | MR. HUDIS:  It's -- I believe it's the | 03:57:11 |
| 21 | last item. | 03:57:12 |
| 22 | MR. KAPLAN:  The statement of the | 03:57:13 |
| 23 | compensation to be paid for the study and | 03:57:14 |
| 24 | testimony in the case is what the rule says. | 03:57:16 |
| 25 | MR. HUDIS:  So anyway, Counsel, I just | 03:57:45 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

257

| | |
|---|---|
| 1  note that the agreement that Mr. Fruchterman has | 03:57:47 |
| 2  just testified to was not produced.  We think it | 03:57:49 |
| 3  should be. | 03:57:53 |
| 4      Q.   Mr. Fruchterman, if you could turn to | 03:57:56 |
| 5  page 3 of your expert's report.  And when I say | 03:57:59 |
| 6  "expert's report," just note for the record that I | 03:58:02 |
| 7  am constantly referring to Exhibit 64 so I don't | 03:58:05 |
| 8  have to constantly say it over and over again. | 03:58:09 |
| 9      A.   Yes. | 03:58:11 |
| 10      Q.   Are you there?  All right. | 03:58:11 |
| 11          So, Mr. Fruchterman, you limited the | 03:58:13 |
| 12  focus of your report to accessibility challenges | 03:58:16 |
| 13  faced by totally blind people. | 03:58:17 |
| 14          MR. KAPLAN:  Is there a question? | 03:58:25 |
| 15          MR. HUDIS:  Yes. | 03:58:28 |
| 16          MR. KAPLAN:  What is the question? | 03:58:28 |
| 17  BY MR. HUDIS: | 03:58:31 |
| 18      Q.   You limited the focus of your report to | 03:58:32 |
| 19  accessibility challenges faced by totally blind | 03:58:34 |
| 20  people. | 03:58:37 |
| 21      A.   That sounds like a statement. | 03:58:37 |
| 22      Q.   All right.  Do you -- | 03:58:39 |
| 23      A.   Do you want to reframe it as a question? | 03:58:40 |
| 24      Q.   Sure.  Mr. Fruchterman -- | 03:58:43 |
| 25      A.   Thank you. | 03:58:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

258

1       Q.     -- did you limit the focus of your        03:58:43

2   report to accessibility challenges based -- faced    03:58:45

3   by totally blind people?                             03:58:48

4           MR. KAPLAN:  Objection.  Vague.              03:58:50

5           THE WITNESS:  I believe that I talked        03:58:53

6   about a variety of people with different             03:58:55

7   disabilities and that I focused my report on the     03:58:57

8   needs of people with -- who are blind, because       03:59:01

9   they generally have the most severe needs.  But I    03:59:04

10  did discuss the needs of other people with print     03:59:07

11  disabilities.                                         03:59:09

12  BY MR. HUDIS:                                         03:59:10

13      Q.     Well, Mr. Fruchterman, you did not        03:59:10

14  consider print accessibilities -- accessibility      03:59:12

15  problems faced by the visually impaired.             03:59:15

16      A.     That sounds like a statement again.       03:59:19

17             Do you want to reframe it as a question.  03:59:21

18      Q.     All right.  Well, that's either a yes or  03:59:24

19  no.                                                   03:59:26

20             Isn't it true, you did not consider       03:59:26

21  print accessibility problems faced by the visually   03:59:29

22  impaired?                                             03:59:32

23      A.     I believe I did consider the             03:59:36

24  accessibility problems of people who are visually    03:59:39

25  impaired.                                             03:59:43

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

259

| | |
|---|---|
| 1       Q.    Can you find that in your expert's | 03:59:44 |
| 2    report? | 03:59:45 |
| 3       A.    Reading from the page that we're | 03:59:53 |
| 4    referring to: | 03:59:55 |
| 5             "The other groups of people | 03:59:55 |
| 6          with print disabilities use | 03:59:56 |
| 7          similar technologies to access | 03:59:59 |
| 8          print, such as having it read | 04:00:00 |
| 9          aloud, and experience similar | 04:00:02 |
| 10          challenges as blind people.  In | 04:00:07 |
| 11          the accessibility field, it is | 04:00:08 |
| 12          generally understood that if you | 04:00:10 |
| 13          make information accessible to a | 04:00:11 |
| 14          blind person, it will probably | 04:00:13 |
| 15          also meet the accessibility needs | 04:00:15 |
| 16          of the great majority of people | 04:00:17 |
| 17          with other print disabilities." | 04:00:19 |
| 18          I can continue to search my report for | 04:00:21 |
| 19    other references that I feel address that need. | 04:00:23 |
| 20          Would you like me to do that? | 04:00:25 |
| 21       Q.    Go ahead.  I don't think you'll find | 04:00:27 |
| 22    them, but please go ahead. | 04:00:28 |
| 23       A.    Okay.  On page 6: | 04:00:58 |
| 24          "The unavailability of a | 04:01:00 |
| 25          version of the 1999 standards that | 04:01:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

260

| | | |
|---|---|---|
| 1 | is accessible to people who are | 04:01:04 |
| 2 | blind or print-disabled is | 04:01:05 |
| 3 | problematic because the 1999 | 04:01:07 |
| 4 | standards are important references | 04:01:10 |
| 5 | for those making tests that are | 04:01:11 |
| 6 | accessible to students who are | 04:01:13 |
| 7 | print-disabled as well as those | 04:01:15 |
| 8 | impacted by these tests." | 04:01:17 |
| 9 | Q.   And that's your -- that, in your view, | 04:01:20 |
| 10 | is a discussion of making print content available | 04:01:29 |
| 11 | to people with -- who are visually impaired? | 04:01:35 |
| 12 | MR. KAPLAN:  Objection.  Argumentative. | 04:01:42 |
| 13 | Vague. | 04:01:43 |
| 14 | THE WITNESS:  I include them in the | 04:01:44 |
| 15 | definition of people with print disabilities.  I | 04:01:45 |
| 16 | have an additional line I can read from this page. | 04:01:48 |
| 17 | BY MR. HUDIS: | 04:01:50 |
| 18 | Q.   Please. | 04:01:51 |
| 19 | A.   I will look for more references to print | 04:01:52 |
| 20 | disabilities, but as a starting point, | 04:01:55 |
| 21 | "This also means that it is | 04:01:56 |
| 22 | an important resource to any | 04:01:58 |
| 23 | students or other individuals with | 04:01:59 |
| 24 | print disabilities who want to | 04:02:03 |
| 25 | assess compliance with the 1999 | 04:02:04 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

261

| | | |
|---|---|---|
| 1 | standards.  The unavailability of | 04:02:07 |
| 2 | the 1999 standards means that some | 04:02:08 |
| 3 | of those who are most impacted, | 04:02:11 |
| 4 | people who are blind or | 04:02:13 |
| 5 | print-disabled, are unable to | 04:02:15 |
| 6 | independently access the 1999 | 04:02:16 |
| 7 | standard." | 04:02:18 |
| 8 | Q.    So in that -- in that passage that you | 04:02:19 |
| 9 | just read, you are equating people who are totally | 04:02:23 |
| 10 | blind with people who have print disabilities? | 04:02:26 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 04:02:29 |
| 12 | Misstates the document and the testimony. | 04:02:31 |
| 13 | Confusing. | 04:02:35 |
| 14 | THE WITNESS:  My phrase is "people who | 04:02:36 |
| 15 | are blind or print-disabled."  That way I was | 04:02:37 |
| 16 | including people who are print-disabled who aren't | 04:02:41 |
| 17 | blind, but I wasn't meaning to say that blind | 04:02:44 |
| 18 | people are not print-disabled. | 04:02:47 |
| 19 | BY MR. HUDIS: | 04:02:49 |
| 20 | Q.    Just so we have a working context here, | 04:02:49 |
| 21 | so "print-disabled" can mean the following: | 04:02:51 |
| 22 | Totally blind? | 04:02:55 |
| 23 | A.    Correct. | 04:02:57 |
| 24 | Q.    Somebody who has low vision? | 04:02:58 |
| 25 | A.    Right. | 04:03:00 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

262

| | | |
|---|---|---|
| 1 | Q.    Somebody who is learning-disabled? | 04:03:01 |
| 2 | A.    Okay. | 04:03:05 |
| 3 | Q.    Someone who is brain-injured? | 04:03:06 |
| 4 | A.    Mh-hmm. | 04:03:07 |
| 5 | Q.    And someone who is physically disabled | 04:03:08 |
| 6 | so that the person cannot pick up text? | 04:03:10 |
| 7 | MR. KAPLAN:  Objection.  Vague and | 04:03:14 |
| 8 | misleading. | 04:03:15 |
| 9 | THE WITNESS:  That describes, I'd say, | 04:03:16 |
| 10 | over 95 percent of people with print disabilities, | 04:03:17 |
| 11 | but there are quite another -- other diagnoses | 04:03:22 |
| 12 | that would qualify as print disabilities beyond | 04:03:23 |
| 13 | those. | 04:03:27 |
| 14 | BY MR. HUDIS: | 04:03:27 |
| 15 | Q.    All right. | 04:03:28 |
| 16 | A.    For example, cortical blindness would be | 04:03:28 |
| 17 | an example of something where the eyes work fine, | 04:03:30 |
| 18 | but they still can't perceive. | 04:03:32 |
| 19 | Q.    All right.  So, Mr. Fruchterman, I turn | 04:03:34 |
| 20 | now back to page 3, the second paragraph.  What I | 04:03:36 |
| 21 | want to know is why did you say: | 04:03:40 |
| 22 | "I focused on the | 04:03:42 |
| 23 | accessibility challenges that | 04:03:43 |
| 24 | would be experienced by blind | 04:03:44 |
| 25 | people"? | 04:03:46 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

263

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Asked and | 04:03:49 |
| 2 | answered.  Vague, confusing. | 04:03:49 |
| 3 | MR. HUDIS:  I don't believe he's | 04:03:53 |
| 4 | answered the question. | 04:03:53 |
| 5 | MR. KAPLAN:  That's your opinion, | 04:03:54 |
| 6 | Counsel. | 04:03:55 |
| 7 | THE WITNESS:  So the question, why did I | 04:03:56 |
| 8 | focus on that? | 04:03:59 |
| 9 | BY MR. HUDIS: | 04:04:00 |
| 10 | Q.    Yes. | 04:04:01 |
| 11 | A.    I think from our extensive discussion | 04:04:04 |
| 12 | today, that taking an inaccessible print document | 04:04:11 |
| 13 | and turning it into text is a fundamental element | 04:04:15 |
| 14 | of accessibility. | 04:04:19 |
| 15 | A person with a physical disability who | 04:04:22 |
| 16 | cannot turn a page can greatly benefit from having | 04:04:25 |
| 17 | a digital copy of that book so that they can, for | 04:04:32 |
| 18 | example, use electronic controls to turn the page. | 04:04:36 |
| 19 | So when I say that I focused on the | 04:04:40 |
| 20 | needs of blind people, is if you solve the needs | 04:04:43 |
| 21 | of blind people, you solve the needs of every | 04:04:46 |
| 22 | other one of the categories of print-disabled | 04:04:49 |
| 23 | persons that are in that definition. | 04:04:52 |
| 24 | Please.  And I note that I haven't | 04:04:59 |
| 25 | actually gone through the rest of the report to | 04:05:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

264

| | | |
|---|---|---|
| 1 | look for more examples of this.  There may be | 04:05:06 |
| 2 | more.  But I'll let you manage the time of how I | 04:05:08 |
| 3 | spend that time. | 04:05:13 |
| 4 | Q.    Thank you, Mr. Fruchterman. | 04:05:14 |
| 5 | A.    Certainly. | 04:05:15 |
| 6 | Q.    All right.  Now, looking at page 3, at | 04:05:16 |
| 7 | the bottom, it's the third full paragraph, which | 04:05:20 |
| 8 | also spans to page 4, you say: | 04:05:23 |
| 9 | "The most common technology | 04:05:28 |
| 10 | used by a blind person for | 04:05:29 |
| 11 | accessibility is called a screen | 04:05:31 |
| 12 | reader." | 04:05:34 |
| 13 | First of all, what is a screen reader? | 04:05:34 |
| 14 | A.    Quoting from the report, a screen reader | 04:05:41 |
| 15 | is a program that runs on a personal computer or a | 04:05:43 |
| 16 | smartphone that reads the information on the | 04:05:45 |
| 17 | screen aloud using a computer-synthesized voice. | 04:05:48 |
| 18 | Q.    Is that also known as text to speech or | 04:05:56 |
| 19 | TTS? | 04:05:58 |
| 20 | A.    It utilizes text to speech as the most | 04:05:59 |
| 21 | common way of outputting information from a screen | 04:06:04 |
| 22 | reader. | 04:06:06 |
| 23 | Q.    In your report, did you consider the | 04:06:08 |
| 24 | accessibility of the 1999 standards through screen | 04:06:10 |
| 25 | magnification systems? | 04:06:15 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

265

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 04:06:23 |
| 2 | THE WITNESS:  I don't believe that I | 04:07:44 |
| 3 | discussed screen magnification in this report. | 04:07:45 |
| 4 | BY MR. HUDIS: | 04:07:47 |
| 5 | Q.   In your report, Mr. Fruchterman, did you | 04:07:48 |
| 6 | consider the accessibility of the 1999 standards | 04:07:50 |
| 7 | through a portable magnifier? | 04:07:53 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 04:08:01 |
| 9 | THE WITNESS:  No, I did not. | 04:08:02 |
| 10 | BY MR. HUDIS: | 04:08:02 |
| 11 | Q.   In your report, did you consider the | 04:08:03 |
| 12 | accessibility of the 1999 standards through a | 04:08:04 |
| 13 | video magnifier? | 04:08:07 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 04:08:13 |
| 15 | THE WITNESS:  No, I did not. | 04:08:14 |
| 16 | BY MR. HUDIS: | 04:08:15 |
| 17 | Q.   In your report, did you consider the | 04:08:16 |
| 18 | accessibility of the 1999 standards through | 04:08:17 |
| 19 | closed-circuit television technology? | 04:08:20 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 04:08:24 |
| 21 | THE WITNESS:  No, I did not. | 04:08:27 |
| 22 | BY MR. HUDIS: | 04:08:29 |
| 23 | Q.   Okay.  In your report, did you consider | 04:08:30 |
| 24 | the accessibility of the 1999 standards through | 04:08:32 |
| 25 | Braille display technology? | 04:08:36 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

266

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 04:08:39 |
| 2 | THE WITNESS:  I might have.  Yes, I did. | 04:08:49 |
| 3 | BY MR. HUDIS: | 04:08:52 |
| 4 | Q.    Where? | 04:08:53 |
| 5 | A.    On page 11, second sentence. | 04:08:54 |
| 6 | "Because the text is provided | 04:08:58 |
| 7 | in the standard format, such as | 04:09:00 |
| 8 | Microsoft Word, a blind person is | 04:09:02 |
| 9 | able to listen to the text or | 04:09:03 |
| 10 | access it using a digital Braille | 04:09:05 |
| 11 | device.  This kind of text content | 04:09:07 |
| 12 | is also highly accessible to | 04:09:11 |
| 13 | people with other print | 04:09:12 |
| 14 | disabilities and the assistive | 04:09:14 |
| 15 | telling technology they use to | 04:09:17 |
| 16 | access print.  For example, people | 04:09:19 |
| 17 | with low vision or dyslexia often | 04:09:21 |
| 18 | use a screen reader to read text | 04:09:23 |
| 19 | aloud." | 04:09:25 |
| 20 | Q.    Mr. Fruchterman, in your report, did you | 04:09:31 |
| 21 | consider the accessibility of the 1999 standards | 04:09:32 |
| 22 | through writing Braille? | 04:09:34 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 04:09:37 |
| 24 | THE WITNESS:  As phrased, that question | 04:09:43 |
| 25 | doesn't make sense to me. | 04:09:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

267

| Line | Text | Time |
|------|------|------|
| 1 | BY MR. HUDIS: | 04:09:46 |
| 2 | Q.   It's Braille technology using a slate | 04:09:46 |
| 3 | and stylus. | 04:09:48 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 04:09:49 |
| 5 | THE WITNESS:  The question still doesn't | 04:09:55 |
| 6 | make any sense to me. | 04:09:57 |
| 7 | BY MR. HUDIS: | 04:09:58 |
| 8 | Q.   In your report, did you consider the | 04:09:58 |
| 9 | accessibility of the 1999 standards through a | 04:10:01 |
| 10 | Braille embosser? | 04:10:05 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 04:10:06 |
| 12 | THE WITNESS:  Yes, because you emboss | 04:10:17 |
| 13 | text by sending it -- basically, you create a | 04:10:18 |
| 14 | Braille document by sending text to the Braille | 04:10:22 |
| 15 | embosser, like a printer. | 04:10:26 |
| 16 | BY MR. HUDIS: | 04:10:29 |
| 17 | Q.   Text in what form?  Digital text? | 04:10:29 |
| 18 | A.   Yes. | 04:10:31 |
| 19 | Q.   And that would have to be OCR scanned | 04:10:32 |
| 20 | digital text or text recognized? | 04:10:34 |
| 21 | MR. KAPLAN:  Objection.  Compound. | 04:10:37 |
| 22 | Vague. | 04:10:38 |
| 23 | THE WITNESS:  Any text can be sent to a | 04:10:38 |
| 24 | Braille printer, much as any text can be sent to a | 04:10:40 |
| 25 | print printer. | 04:10:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

268

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:10:46 |
| 2 | Q.    Did you consider the accessibility of | 04:10:46 |
| 3 | the 1999 standards through refreshable Braille? | 04:10:47 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 04:10:52 |
| 5 | THE WITNESS:  Yes, when I use the phrase | 04:10:54 |
| 6 | "a digital Braille device," I was referring it -- | 04:10:55 |
| 7 | basically to all types of digital Braille devices, | 04:11:00 |
| 8 | which would include an embosser, a note taker, a | 04:11:03 |
| 9 | Braille display.  It would not include slate and | 04:11:07 |
| 10 | stylus. | 04:11:10 |
| 11 | BY MR. HUDIS: | 04:11:10 |
| 12 | Q.    Mr. Fruchterman, now I'd like to know | 04:11:14 |
| 13 | your understanding of the following terms we've | 04:11:16 |
| 14 | used. | 04:11:18 |
| 15 | What is a screen magnification system? | 04:11:19 |
| 16 | A.    It is software that operates on top of a | 04:11:25 |
| 17 | PC or device to magnify what's on the screen. | 04:11:30 |
| 18 | Q.    And what is your understanding of a | 04:11:34 |
| 19 | portable magnifier? | 04:11:36 |
| 20 | A.    Most commonly, a magnifying glass.  But | 04:11:40 |
| 21 | there are other variations on the theme. | 04:11:43 |
| 22 | Q.    Can it include a video magnifier with a | 04:11:50 |
| 23 | handheld camera? | 04:11:53 |
| 24 | A.    It can. | 04:11:55 |
| 25 | Q.    And what's your understanding of what a | 04:11:58 |

269

| | | |
|---|---|---|
| 1 | video magnifier is? | 04:12:01 |
| 2 | A.    It would be a -- most commonly a device | 04:12:07 |
| 3 | with a camera and a monitor attached to it that | 04:12:11 |
| 4 | would magnify what's in the field of view of the | 04:12:14 |
| 5 | camera. | 04:12:17 |
| 6 | Q.    Is that also known as closed-circuit | 04:12:17 |
| 7 | television technology? | 04:12:20 |
| 8 | A.    That's another term for the same. | 04:12:21 |
| 9 | Q.    And you said that you considered the use | 04:12:29 |
| 10 | of Braille display technology. | 04:12:31 |
| 11 | What is your understanding of Braille | 04:12:33 |
| 12 | display technology? | 04:12:35 |
| 13 | A.    Do you want to know how it works? | 04:12:41 |
| 14 | Q.    No.  Just your understanding. | 04:12:42 |
| 15 | A.    It takes text and displays Braille to | 04:12:47 |
| 16 | the reader in a tactile form. | 04:12:53 |
| 17 | Q.    Mr. Fruchterman, I'm turning again now | 04:13:07 |
| 18 | to page 3 of your expert's report at the bottom. | 04:13:08 |
| 19 | Please describe generally how screen | 04:13:15 |
| 20 | reader technology works. | 04:13:17 |
| 21 | A.    Screen reader is a separate software | 04:13:21 |
| 22 | program that operates on top of the program that | 04:13:25 |
| 23 | the person is using at that moment and changes | 04:13:33 |
| 24 | generally the visual and auditory presentation of | 04:13:38 |
| 25 | that material, most commonly by reading what's on | 04:13:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

270

1    the screen aloud.                                      04:13:47

2         Q.    All right.  And is that example of text    04:13:49

3    to speech?                                            04:13:52

4              MR. KAPLAN:  Objection.  Vague.              04:13:54

5              THE WITNESS:  Different users use their      04:13:56

6    screen reader with different forms of information.     04:13:58

7    The most common is text to speech.  But, for           04:14:04

8    example, a deaf/blind person uses a screen reader      04:14:06

9    with a Braille display, and the text is -- that's     04:14:11

10   on the screen is presented on the Braille display.    04:14:15

11   BY MR. HUDIS:                                          04:14:18

12        Q.    And, again, so that -- if it's a blind      04:14:20

13   and deaf person, it would be a tactile Braille?        04:14:22

14        A.    All Braille is tactile.  Or at least all   04:14:26

15   sensible uses of Braille are tactile, though there    04:14:33

16   are sighted people who can read Braille visually,     04:14:38

17   so ...                                                04:14:42

18        Q.    I'd like to know if you recognize these    04:14:43

19   as brand names of screen reader technology.           04:14:45

20              JAWS from Freedom Scientific?               04:14:48

21        A.    Yes.                                        04:14:50

22        Q.    Window-Eyes from GW Micro?                  04:14:52

23        A.    Yes.                                        04:14:54

24        Q.    Okay.  Dolphin SuperNova from Dolphin      04:14:55

25   Computer Access?                                       04:14:59

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

271

| | | |
|---|---|---|
| 1 | A.     Yes. | 04:15:00 |
| 2 | Q.     System Access from Serotek? | 04:15:00 |
| 3 | A.     Yes. | 04:15:02 |
| 4 | Q.     ZoomText from Ai Squared? | 04:15:04 |
| 5 | A.     ZoomText is a combination screen reader, | 04:15:08 |
| 6 | but most people think of it as a screen | 04:15:10 |
| 7 | magnification product. | 04:15:13 |
| 8 | Q.     And NVDA open source screen reader. | 04:15:14 |
| 9 | A.     Yes. | 04:15:17 |
| 10 | Q.     Would screen reader technology work with | 04:15:21 |
| 11 | an image-only PDF document? | 04:15:24 |
| 12 | MR. KAPLAN:  Objection.  Incomplete | 04:15:29 |
| 13 | hypothetical.  Vague. | 04:15:31 |
| 14 | THE WITNESS:  Some do.  Some screeners | 04:15:32 |
| 15 | also have image magnification as well as screen | 04:15:33 |
| 16 | reading.  So you can make it big or change the | 04:15:37 |
| 17 | contrast by reversing the contrast or changing the | 04:15:40 |
| 18 | colors, so -- but that would be not the typical | 04:15:43 |
| 19 | use. | 04:15:50 |
| 20 | BY MR. HUDIS: | 04:15:50 |
| 21 | Q.     What is the typical use of screen reader | 04:15:51 |
| 22 | technology? | 04:15:53 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 04:15:53 |
| 24 | Confusing. | 04:15:54 |
| 25 | THE WITNESS:  Generally, to read what's | 04:15:56 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

                                                              272

| | | |
|---|---|---|
| 1 | on the screen aloud in words. | 04:15:57 |
| 2 | BY MR. HUDIS: | 04:15:59 |
| 3 | Q.    So text to speech? | 04:15:59 |
| 4 | A.    Yes. | 04:16:00 |
| 5 | Q.    So would screen reader technology for | 04:16:01 |
| 6 | text to speak -- text to speech work with an | 04:16:04 |
| 7 | image-only PDF document? | 04:16:12 |
| 8 | MR. KAPLAN:  Objection.  Incomplete | 04:16:16 |
| 9 | hypothetical.  Vague. | 04:16:17 |
| 10 | THE WITNESS:  No. | 04:16:19 |
| 11 | BY MR. HUDIS: | 04:16:22 |
| 12 | Q.   Mr. Fruchterman, please turn to page 4 | 04:16:33 |
| 13 | of your report.  And I'm focusing in on the first | 04:16:35 |
| 14 | full paragraph of that page.  The paragraph starts | 04:16:40 |
| 15 | "For the purpose of this report." | 04:16:46 |
| 16 | Do you see that? | 04:16:49 |
| 17 | A.    Mh-hmm. | 04:16:49 |
| 18 | Q.    And the second sentence says: | 04:16:50 |
| 19 | "Based on the information the | 04:16:51 |
| 20 | screen reader can glean from the | 04:16:52 |
| 21 | pages displayed on the screen, can | 04:16:55 |
| 22 | a blind person locate the standard | 04:16:57 |
| 23 | and read it." | 04:17:00 |
| 24 | In this context, what did you mean by | 04:17:01 |
| 25 | "locate the standard"? | 04:17:03 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

273

| | | |
|---|---|---|
| 1 | A.    In this context, I was focusing on web | 04:17:07 |
| 2 | searches. | 04:17:10 |
| 3 | Q.    And in this context, what did you mean | 04:17:17 |
| 4 | by "read the standard"? | 04:17:19 |
| 5 | A.    Basically, read it aloud, generally, | 04:17:29 |
| 6 | would be the most common use. | 04:17:31 |
| 7 | Q.    Which, if the person was blind, could | 04:17:37 |
| 8 | not do? | 04:17:39 |
| 9 | MR. KAPLAN:  Objection.  Vague and | 04:17:40 |
| 10 | confusing. | 04:17:41 |
| 11 | THE WITNESS:  Well, if they located a | 04:17:54 |
| 12 | text version of the standard, they certainly could | 04:17:56 |
| 13 | read it aloud. | 04:17:59 |
| 14 | BY MR. HUDIS: | 04:18:01 |
| 15 | Q.    They'd need assistive technology to do | 04:18:02 |
| 16 | so? | 04:18:05 |
| 17 | A.    Yes.  But when -- when I use the term | 04:18:08 |
| 18 | "can a blind person read it," I'm presuming that | 04:18:10 |
| 19 | they're using technology to read it as opposed to | 04:18:16 |
| 20 | something else. | 04:18:22 |
| 21 | Q.    And when you say "use technology," what | 04:18:23 |
| 22 | did you mean? | 04:18:25 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 04:18:27 |
| 24 | THE WITNESS:  Okay.  Taking a step back. | 04:18:29 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

274

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:18:31 |
| 2 | Q.   Sure. | 04:18:31 |
| 3 | A.   When a blind person says "I've read a | 04:18:31 |
| 4 | book," they mean that they have ingested the | 04:18:35 |
| 5 | content of that book in a way that would be | 04:18:38 |
| 6 | similar to what a sighted person would do.  And | 04:18:40 |
| 7 | whether they did that in Braille or by listening | 04:18:44 |
| 8 | to it, or if they're low vision, seeing it | 04:18:47 |
| 9 | enlarged, they, in the common use of "I read that | 04:18:49 |
| 10 | book," a blind or vision-impaired person would | 04:18:53 |
| 11 | mean those things without describing the | 04:18:56 |
| 12 | technology that they happen to use to read that | 04:18:59 |
| 13 | book. | 04:19:01 |
| 14 | Q.   Mr. Fruchterman, I'm looking now at the | 04:19:14 |
| 15 | second full paragraph on page 4. | 04:19:16 |
| 16 | "The accessibility tasks I | 04:19:19 |
| 17 | tested were designed to assess | 04:19:22 |
| 18 | whether a blind user with basic | 04:19:24 |
| 19 | assistive technology skills could | 04:19:26 |
| 20 | perform the same kind of tasks one | 04:19:28 |
| 21 | might expect a user without a | 04:19:30 |
| 22 | disability to perform in accessing | 04:19:32 |
| 23 | a given standard without requiring | 04:19:34 |
| 24 | the intervention of a third | 04:19:36 |
| 25 | party." | 04:19:37 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

275

| | | |
|---|---|---|
| 1 | In the context of that sentence, what | 04:19:38 |
| 2 | did you mean by "assistive technology"? | 04:19:41 |
| 3 | A.   I would include all the different | 04:19:59 |
| 4 | technology that people, in this case blind users, | 04:20:01 |
| 5 | would use to -- to access information. | 04:20:06 |
| 6 | Q.   And that would include the technologies | 04:20:17 |
| 7 | we discussed previously? | 04:20:19 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 04:20:21 |
| 9 | THE WITNESS:  Yes. | 04:20:23 |
| 10 | BY MR. HUDIS: | 04:20:23 |
| 11 | Q.   All right.  All right.  So in the | 04:20:27 |
| 12 | context of a totally blind person, that would | 04:20:28 |
| 13 | include screen reader technology? | 04:20:31 |
| 14 | A.   Most commonly, yes. | 04:20:35 |
| 15 | Q.   But it would not include screen | 04:20:37 |
| 16 | magnification systems because that would be of no | 04:20:38 |
| 17 | use to a blind person? | 04:20:42 |
| 18 | A.   Many of the tasks that I examined, I was | 04:20:46 |
| 19 | also considering whether other people with print | 04:20:50 |
| 20 | disabilities could use that same content because, | 04:20:53 |
| 21 | as I've noted, people with low vision and dyslexia | 04:20:56 |
| 22 | often use screen readers as well. | 04:21:01 |
| 23 | Q.   My question was screen magnification | 04:21:09 |
| 24 | systems would not be of use to a blind person; | 04:21:16 |
| 25 | isn't that correct? | 04:21:19 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

276

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Incomplete | 04:21:20 |
| 2 | hypothetical.  Vague. | 04:21:22 |
| 3 | THE WITNESS:  A screen magnification | 04:21:29 |
| 4 | system would not be useful to a completely blind | 04:21:32 |
| 5 | person, that is correct. | 04:21:35 |
| 6 | BY MR. HUDIS: | 04:21:36 |
| 7 | Q.    All right.  And closed-circuit | 04:21:36 |
| 8 | television technology would not be of any use to a | 04:21:38 |
| 9 | completely blind person -- | 04:21:41 |
| 10 | MR. KAPLAN:  Objection. | 04:21:43 |
| 11 | BY MR. HUDIS: | 04:21:43 |
| 12 | Q.    -- that is also correct? | 04:21:44 |
| 13 | MR. KAPLAN:  Objection.  Vague. | 04:21:46 |
| 14 | THE WITNESS:  Yes. | 04:21:47 |
| 15 | BY MR. HUDIS: | 04:21:48 |
| 16 | Q.    Mr. Fruchterman, at the bottom of page 4 | 04:22:09 |
| 17 | of your report, what did you mean by "the | 04:22:10 |
| 18 | functional approach as a method of assessing | 04:22:14 |
| 19 | accessibility"? | 04:22:19 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 04:22:22 |
| 21 | THE WITNESS:  Can a person with a | 04:22:26 |
| 22 | disability functionally do tasks similar to those | 04:22:29 |
| 23 | of people who do not have a disability? | 04:22:34 |
| 24 | BY MR. HUDIS: | 04:22:37 |
| 25 | Q.    So that's to obtain the content, to read | 04:22:37 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

277

| | | |
|---|---|---|
| 1 | the content, and make structural use of the | 04:22:40 |
| 2 | document? | 04:22:44 |
| 3 | MR. KAPLAN:  Objection.  Confusing. | 04:22:46 |
| 4 | Misstates testimony.  Vague. | 04:22:48 |
| 5 | THE WITNESS:  I included do a full-text | 04:22:51 |
| 6 | search and find specific mentions of terms of | 04:22:53 |
| 7 | interest. | 04:22:56 |
| 8 | BY MR. HUDIS: | 04:22:59 |
| 9 | Q.    Now, you call the functional approach | 04:22:59 |
| 10 | "the most common method of assessing | 04:23:01 |
| 11 | accessibility." | 04:23:07 |
| 12 | Do you see that? | 04:23:07 |
| 13 | A.    Yes. | 04:23:08 |
| 14 | Q.    Are there any other methods of assessing | 04:23:08 |
| 15 | print accessibility? | 04:23:11 |
| 16 | MR. KAPLAN:  Objection.  Vague. | 04:23:12 |
| 17 | THE WITNESS:  There are, let's say, | 04:23:17 |
| 18 | attempts to say do these ten things, and your | 04:23:23 |
| 19 | document will be accessible.  And those approaches | 04:23:28 |
| 20 | have often fallen short of actually being usable | 04:23:31 |
| 21 | by disabled people. | 04:23:35 |
| 22 | So when implementing accessibility, | 04:23:37 |
| 23 | people usually focus on functional elements, like | 04:23:40 |
| 24 | can a person with a disability actually do this | 04:23:45 |
| 25 | task, as opposed to did you follow a checklist, | 04:23:48 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

278

| | | |
|---|---|---|
| 1 | which might end up in resulting in them not being | 04:23:50 |
| 2 | able to do that task. | 04:23:53 |
| 3 | BY MR. HUDIS: | 04:23:55 |
| 4 | Q.    Are there any other usable methods of | 04:23:55 |
| 5 | assessing print accessibility besides the | 04:23:57 |
| 6 | functional method? | 04:24:01 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 04:24:03 |
| 8 | THE WITNESS:  Yes.  You could design a | 04:24:08 |
| 9 | completely automated tool that purported to | 04:24:10 |
| 10 | access -- to assess accessibility. | 04:24:12 |
| 11 | BY MR. HUDIS: | 04:24:19 |
| 12 | Q.    And what would such an automated tool | 04:24:19 |
| 13 | do? | 04:24:21 |
| 14 | MR. KAPLAN:  Objection.  Incomplete | 04:24:24 |
| 15 | hypothetical.  Vague. | 04:24:26 |
| 16 | THE WITNESS:  It might show -- okay. | 04:24:31 |
| 17 | These tools do exist.  And like any pattern | 04:24:36 |
| 18 | recognition system, they have errors.  They pick | 04:24:44 |
| 19 | up problems that aren't problems.  They miss | 04:24:48 |
| 20 | problems that are problems.  And they don't see | 04:24:51 |
| 21 | things that they weren't designed to see. | 04:24:55 |
| 22 | BY MR. HUDIS: | 04:24:57 |
| 23 | Q.    Could you give me an example of such an | 04:24:57 |
| 24 | automated tool? | 04:25:00 |
| 25 | MR. KAPLAN:  Objection.  Argumentative. | 04:25:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

279

| | | |
|---|---|---|
| 1 | Vague. | 04:25:03 |
| 2 | THE WITNESS:  I would do a Google search | 04:25:07 |
| 3 | on "automated accessibility tools" and I would | 04:25:08 |
| 4 | find a bunch of them. | 04:25:10 |
| 5 | BY MR. HUDIS: | 04:25:12 |
| 6 | Q.    Are there any ones that you know of as | 04:25:12 |
| 7 | we sit here today? | 04:25:15 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 04:25:16 |
| 9 | THE WITNESS:  I have certainly used them | 04:25:16 |
| 10 | in the past, and I find them through Google | 04:25:17 |
| 11 | searches.  And I've certainly -- I've used one in | 04:25:21 |
| 12 | the last year.  I just don't memorize their brand | 04:25:25 |
| 13 | names because they're generally free on the | 04:25:28 |
| 14 | Internet. | 04:25:31 |
| 15 | BY MR. HUDIS: | 04:25:31 |
| 16 | Q.    Can you recall any such automated tools | 04:25:31 |
| 17 | by their -- by its brand name? | 04:25:34 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 04:25:37 |
| 19 | THE WITNESS:  I know early on, the | 04:25:41 |
| 20 | Center on Applied Special Technology, CAST, had an | 04:25:43 |
| 21 | elevated tool for assessing this, and it had a | 04:25:48 |
| 22 | name like Willie (phonetic) or Sammy (phonetic) or | 04:25:51 |
| 23 | something.  But, no, I don't.  I know -- I can | 04:25:53 |
| 24 | remember a brand name, CAST, who was the original | 04:25:55 |
| 25 | publisher of this accessibility tool. | 04:26:00 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

280

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:26:04 |
| 2 | Q.   So other than automated tools and the | 04:26:04 |
| 3 | functional approach for assessing print | 04:26:10 |
| 4 | accessibility, can you name any other method as | 04:26:12 |
| 5 | you sit here now for assessing print | 04:26:16 |
| 6 | accessibility? | 04:26:18 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 04:26:20 |
| 8 | THE WITNESS:  Well, I would certainly | 04:26:26 |
| 9 | refer you to the W3C web content accessibility | 04:26:28 |
| 10 | guidelines that specify a standard for | 04:26:34 |
| 11 | assessing -- I would say that they primarily | 04:26:35 |
| 12 | follow a functional approach, but they also have a | 04:26:39 |
| 13 | proscriptive approach. | 04:26:44 |
| 14 | BY MR. HUDIS: | 04:26:46 |
| 15 | Q.   What is the proscriptive approach? | 04:26:46 |
| 16 | A.   I think I've kind of alluded to it | 04:26:48 |
| 17 | earlier.  It's to follow a set of specifications | 04:26:50 |
| 18 | without actually testing them. | 04:26:53 |
| 19 | An example of a proscriptive approach is | 04:26:58 |
| 20 | don't have flashing lights that go at a certain | 04:27:00 |
| 21 | number of hertz because it might trigger an | 04:27:04 |
| 22 | epileptic seizure.  So that's something, for | 04:27:07 |
| 23 | example, that -- don't do this.  And there's no | 04:27:10 |
| 24 | need to test this on an epileptic person to see if | 04:27:12 |
| 25 | it generates a seizure.  Just don't do this. | 04:27:15 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

281

1        Q.    So as I understand your definition of "a                    04:27:18

2    proscription approach to assessing print                             04:27:20

3    accessibility," it is a checklist of items without                   04:27:25

4    testing them in context?                                             04:27:29

5              MR. KAPLAN:  Objection.  Misstates                         04:27:33

6    testimony.  Vague.                                                   04:27:34

7              THE WITNESS:  Correct.                                     04:27:35

8    BY MR. HUDIS:                                                        04:27:47

9        Q.    In your report, what distinction do you                    04:27:47

10   make, Mr. Fruchterman, between one who is blind                      04:27:49

11   and one who is otherwise print-disabled?                             04:27:52

12             MR. KAPLAN:  Objection.  Argumentative.                    04:27:56

13   Vague.                                                               04:27:58

14             THE WITNESS:  I consider blind people to                   04:28:02

15   be a subset of those people with print                              04:28:03

16   disabilities.                                                        04:28:05

17   BY MR. HUDIS:                                                        04:28:09

18       Q.    In what way is a blind person a subset                     04:28:10

19   of people with print disabilities?                                   04:28:11

20       A.    Let me rephrase that more carefully.                       04:28:17

21             There are, let's say, a population of                      04:28:24

22   people who have print disabilities, which I would                    04:28:26

23   generally define functionally as having a                           04:28:29

24   limitation when it comes to accessing print.                         04:28:31

25   People who have a visual impairment that is                          04:28:34

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

282

| | | |
|---|---|---|
| 1 | commonly described as blindness are one of those | 04:28:36 |
| 2 | people. | 04:28:38 |
| 3 | But there are many people with other | 04:28:40 |
| 4 | print disabilities that do not meet the definition | 04:28:42 |
| 5 | of blindness as its commonly understood. | 04:28:46 |
| 6 | Q.    Mr. Fruchterman -- | 04:28:52 |
| 7 | MR. KAPLAN:  Jonathan, we've been going | 04:28:53 |
| 8 | almost an hour.  Do you want to take a break when | 04:28:55 |
| 9 | you've reached the end of a line of questions? | 04:28:58 |
| 10 | MR. HUDIS:  Actually, now is a good | 04:28:59 |
| 11 | time. | 04:29:01 |
| 12 | MR. KAPLAN:  Okay. | 04:29:01 |
| 13 | THE WITNESS:  Okay. | 04:29:03 |
| 14 | MR. KAPLAN:  Go off the record at | 04:29:15 |
| 15 | 4:28 -- | 04:29:16 |
| 16 | THE WITNESS:  I guess I moved, huh? | 04:29:17 |
| 17 | THE VIDEOGRAPHER:  You did, but people | 04:29:19 |
| 18 | do. | 04:29:20 |
| 19 | THE WITNESS:  Right after saying that I | 04:29:21 |
| 20 | didn't move, I, of course -- | 04:29:22 |
| 21 | THE VIDEOGRAPHER:  Going off the record | 04:29:24 |
| 22 | at 4:29. | 04:29:25 |
| 23 | (Whereupon, a recess was taken.) | 04:29:27 |
| 24 | THE VIDEOGRAPHER:  We are back on record | 04:37:43 |
| 25 | at 4:37. | 04:37:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

283

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:37:49 |
| 2 | Q.   Mr. Fruchterman, I'd like to create a | 04:37:50 |
| 3 | shorthand so that we can be efficient in the rest | 04:37:52 |
| 4 | of your testimony. | 04:37:55 |
| 5 | So referring back to your expert's | 04:37:58 |
| 6 | report at page 5, the first paragraph: | 04:38:03 |
| 7 | "I was asked to review the | 04:38:05 |
| 8 | accessibility of the 1999 edition of the | 04:38:07 |
| 9 | standards for people who are blind or | 04:38:11 |
| 10 | otherwise print-disabled." | 04:38:12 |
| 11 | I'm going to use the term "accessibility | 04:38:14 |
| 12 | review." | 04:38:17 |
| 13 | Can you -- can we use that as a | 04:38:22 |
| 14 | shorthand for the work you did in the report you | 04:38:24 |
| 15 | have given us? | 04:38:31 |
| 16 | MR. KAPLAN:  Objection.  Calls for | 04:38:31 |
| 17 | speculation. | 04:38:32 |
| 18 | THE WITNESS:  Fine. | 04:38:35 |
| 19 | BY MR. HUDIS: | 04:38:36 |
| 20 | Q.   Okay.  What tools did you use for your | 04:38:39 |
| 21 | accessibility review of the 1999 standards? | 04:38:43 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 04:38:47 |
| 23 | THE WITNESS:  A variety of technological | 04:38:49 |
| 24 | tools, usually using a computer, assistive | 04:38:52 |
| 25 | technology, web browsers, commonly available | 04:38:56 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

284

| | | |
|---|---|---|
| 1 | software. | 04:39:00 |
| 2 | BY MR. HUDIS: | 04:39:01 |
| 3 | Q.    Was the ABBYY FineReader one of those | 04:39:02 |
| 4 | tools? | 04:39:09 |
| 5 | A.    Yes. | 04:39:09 |
| 6 | Q.    And was Window-Eyes one of those tools? | 04:39:10 |
| 7 | A.    Yes. | 04:39:13 |
| 8 | Q.    And you used those pieces of software on | 04:39:17 |
| 9 | a Windows-based PC? | 04:39:19 |
| 10 | A.    Yes. | 04:39:22 |
| 11 | Q.    As part of your accessibility review, | 04:39:25 |
| 12 | what did you use the ABBYY FineReader software | 04:39:27 |
| 13 | for? | 04:39:31 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 04:39:32 |
| 15 | THE WITNESS:  One of the two standards I | 04:39:38 |
| 16 | was examining was an image-based PDF, and I used | 04:39:40 |
| 17 | the ABBYY FineReader software to do optical | 04:39:43 |
| 18 | character recognition on the image-based PDF to | 04:39:47 |
| 19 | create a text version of the standard. | 04:39:51 |
| 20 | BY MR. HUDIS: | 04:39:56 |
| 21 | Q.    And when you use the term "the | 04:39:56 |
| 22 | standard," you're talking about the 1999 | 04:39:58 |
| 23 | standards? | 04:40:02 |
| 24 | A.    Correct. | 04:40:02 |
| 25 | Q.    Do you remember what version of the | 04:40:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

285

| | | |
|---|---|---|
| 1 | ABBYY FineReader software you used? | 04:40:07 |
| 2 | A.    No.  But a recent one from this year. | 04:40:11 |
| 3 | Q.    Do you know how the price of the ABBYY | 04:40:16 |
| 4 | FineReader program that you use compares with | 04:40:19 |
| 5 | competitor OCR software programs on the market? | 04:40:22 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 04:40:27 |
| 7 | THE WITNESS:  I'm familiar that they | 04:40:29 |
| 8 | range from free or nearly free to many thousands | 04:40:31 |
| 9 | of dollars. | 04:40:37 |
| 10 | BY MR. HUDIS: | 04:40:38 |
| 11 | Q.    And where would the ABBYY FineReader | 04:40:41 |
| 12 | program fall in that spectrum? | 04:40:44 |
| 13 | A.    I don't know.  I didn't buy it. | 04:40:48 |
| 14 | Q.    Mr. Fruchterman, in your report, you use | 04:41:01 |
| 15 | two different terms, and I'd like to know if there | 04:41:03 |
| 16 | is a distinction with a difference or a | 04:41:05 |
| 17 | distinction without a difference. | 04:41:07 |
| 18 | On page 8, the first full paragraph at | 04:41:10 |
| 19 | the bottom, you use the term "recognized text." | 04:41:16 |
| 20 | Do you see that? | 04:41:22 |
| 21 | A.    As in the resulting word processor file, | 04:41:28 |
| 22 | a recognized text -- | 04:41:30 |
| 23 | Q.    Yes. | 04:41:32 |
| 24 | A.    -- could then be read using a screen | 04:41:32 |
| 25 | reader? | 04:41:34 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

286

|   |   |   |   |
|---|---|---|---|
| 1 | Q. | Yes. | 04:41:35 |
| 2 | A. | Okay. | 04:41:35 |

3      Q.    And then on page 10 at the top, you use    04:41:37

4    the term "accessible text."  It's the sentence    04:41:40

5    just before the picture.    04:41:44

6      A.    Accessible --    04:41:58

7          MR. KAPLAN:  That's the end of the    04:41:58

8    question.    04:41:59

9          MR. HUDIS:  I wanted him to look at the    04:42:00

10    two different terms for reference.    04:42:02

11          THE WITNESS:  I've looked at the two    04:42:04

12    terms.    04:42:05

13  BY MR. HUDIS:    04:42:05

14      Q.    All right.  Now, here's the question:    04:42:06

15    Do you make any distinction between "recognized    04:42:09

16    text" and "accessible text"?    04:42:11

17          MR. KAPLAN:  Objection.  Vague.    04:42:13

18          THE WITNESS:  Yes.    04:42:14

19  BY MR. HUDIS:    04:42:14

20      Q.    What is the distinction?    04:42:14

21      A.    Recognized text is a subset of    04:42:16

22    accessible text.    04:42:19

23      Q.    So let's have these definitions one at a    04:42:25

24    time.    04:42:27

25          What is recognized text and what is    04:42:27

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

287

| | | |
|---|---|---|
| 1 | accessible text? | 04:42:30 |
| 2 | A.    Recognized text is text that has been | 04:42:33 |
| 3 | created through a process using recognition. | 04:42:35 |
| 4 | Accessible text is digital text without regard to | 04:42:44 |
| 5 | its source production mechanism.  For example, it | 04:42:47 |
| 6 | could be created digitally by typing it into a | 04:42:53 |
| 7 | word processor, and it would be accessible text | 04:42:56 |
| 8 | without it ever having been recognized. | 04:42:59 |
| 9 | Q.    So recognized text, for example, would | 04:43:11 |
| 10 | be to use OCR technology on a PDF image-only | 04:43:13 |
| 11 | document? | 04:43:17 |
| 12 | MR. KAPLAN:  Objection.  Incomplete | 04:43:19 |
| 13 | hypothetical.  Vague. | 04:43:21 |
| 14 | THE WITNESS:  That would be one way to | 04:43:24 |
| 15 | produce recognized text. | 04:43:25 |
| 16 | BY MR. HUDIS: | 04:43:28 |
| 17 | Q.    All right.  Now, accessible text, an | 04:43:28 |
| 18 | example would be creating a Word document, but | 04:43:30 |
| 19 | that's not necessarily using recognition | 04:43:33 |
| 20 | technology? | 04:43:36 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 04:43:37 |
| 22 | Incomplete hypothetical. | 04:43:40 |
| 23 | THE WITNESS:  There are many ways you | 04:43:41 |
| 24 | can create a Word document. | 04:43:42 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

288

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:43:44 |
| 2 | Q. And using -- | 04:43:44 |
| 3 | A. And they would generally be accessible. | 04:43:46 |
| 4 | Q. All right. So one way to create | 04:43:49 |
| 5 | accessible text would be to use Microsoft Word? | 04:43:52 |
| 6 | MR. KAPLAN: Objection. Incomplete | 04:43:59 |
| 7 | hypothetical. Vague. | 04:44:01 |
| 8 | THE WITNESS: There are many ways to use | 04:44:02 |
| 9 | Microsoft Word, but typing into Microsoft Word | 04:44:03 |
| 10 | would be an example of a way to create accessible | 04:44:07 |
| 11 | text. | 04:44:10 |
| 12 | Copying, pasting from an Internet | 04:44:10 |
| 13 | document web page into a Word document would be | 04:44:13 |
| 14 | taking accessible text in one program, a web | 04:44:16 |
| 15 | browser, and putting it into a different program, | 04:44:21 |
| 16 | a web or processor. | 04:44:23 |
| 17 | BY MR. HUDIS: | 04:44:25 |
| 18 | Q. And the distinction with -- you're | 04:44:26 |
| 19 | making with recognized text is you are taking text | 04:44:27 |
| 20 | that's in an image document, using technology to | 04:44:29 |
| 21 | recognize it and make it accessible? | 04:44:33 |
| 22 | MR. KAPLAN: Objection. Vague and | 04:44:35 |
| 23 | confusing. | 04:44:37 |
| 24 | THE WITNESS: Yes. That's one way to | 04:44:38 |
| 25 | create recognized text. | 04:44:41 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

289

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:44:43 |
| 2 | Q.    If you know, how commonly is the ABBYY | 04:44:43 |
| 3 | FineReader software used by the blind or visually | 04:44:47 |
| 4 | impaired to convert textual material to recognized | 04:44:51 |
| 5 | text? | 04:44:53 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 04:44:53 |
| 7 | Compound. | 04:44:54 |
| 8 | THE WITNESS:  I think of it as one of | 04:44:58 |
| 9 | the top two commercial OCR products that are | 04:44:59 |
| 10 | frequently used in the production of recognized | 04:45:04 |
| 11 | text. | 04:45:07 |
| 12 | Many blind consumers have OCR products | 04:45:10 |
| 13 | that are built into assistive technology products. | 04:45:14 |
| 14 | Many of those license the ABBYY FineReader or | 04:45:21 |
| 15 | other leading commercial products.  So the | 04:45:24 |
| 16 | technology is the same, but the product | 04:45:28 |
| 17 | presentation would be different. | 04:45:30 |
| 18 | BY MR. HUDIS: | 04:45:31 |
| 19 | Q.    Referring to the top of page 5, why did | 04:45:31 |
| 20 | you also use the free online OCR service as part | 04:45:35 |
| 21 | of your accessibility review? | 04:45:39 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 04:45:46 |
| 23 | THE WITNESS:  I just chose to use | 04:45:50 |
| 24 | another OCR engine.  And by doing a Google search | 04:45:52 |
| 25 | on OCR, I found a free online OCR, and I thought, | 04:45:57 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

290

| | | |
|---|---|---|
| 1 | Wow, let's see, let's see if it works as well on | 04:46:02 |
| 2 | that one.  Yeah, it does. | 04:46:04 |
| 3 | BY MR. HUDIS: | 04:46:05 |
| 4 | Q.   In the context of your accessibility | 04:46:05 |
| 5 | review, how did the OCR conversion process using | 04:46:07 |
| 6 | the free online OCR service compare with the | 04:46:11 |
| 7 | conversion process you used using the ABBYY | 04:46:14 |
| 8 | FineReader software? | 04:46:17 |
| 9 | MR. KAPLAN:  Objection.  Vague. | 04:46:19 |
| 10 | Confusing. | 04:46:20 |
| 11 | THE WITNESS:  I visually inspected the | 04:46:25 |
| 12 | pages and didn't see a noticeable difference in | 04:46:28 |
| 13 | OCR accuracy. | 04:46:31 |
| 14 | BY MR. HUDIS: | 04:46:34 |
| 15 | Q.   And what is your definition of "OCR | 04:46:34 |
| 16 | accuracy"? | 04:46:37 |
| 17 | A.   Well, in this context, do I spot a bunch | 04:46:43 |
| 18 | of errors or not.  And I didn't spot very many | 04:46:45 |
| 19 | errors at all, actually. | 04:46:50 |
| 20 | Q.   You did spot a few? | 04:46:53 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 04:46:56 |
| 22 | Confusing. | 04:46:58 |
| 23 | BY MR. HUDIS: | 04:46:59 |
| 24 | Q.   Did you spot any errors? | 04:46:59 |
| 25 | A.   I am sure I spotted at least one error | 04:47:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

291

| | | |
|---|---|---|
| 1 | in the ABBYY FineReader, one which I looked at | 04:47:08 |
| 2 | more pages on.  But it didn't seem like a | 04:47:12 |
| 3 | significant number. | 04:47:16 |
| 4 | Q.    As part of your accessibility review, | 04:47:19 |
| 5 | what did you use the Window-Eyes software for? | 04:47:21 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 04:47:26 |
| 7 | THE WITNESS:  Window-Eyes is one of the | 04:47:28 |
| 8 | leading screen readers, and so I was confirming | 04:47:30 |
| 9 | that functional element of being able to do the | 04:47:36 |
| 10 | process and read the recognized text aloud. | 04:47:41 |
| 11 | BY MR. HUDIS: | 04:47:44 |
| 12 | Q.    Do you recall what version of | 04:47:44 |
| 13 | Window-Eyes software you used? | 04:47:46 |
| 14 | A.    No.  But it would have been a current | 04:47:49 |
| 15 | one from this year. | 04:47:51 |
| 16 | Q.    Do you know how the price of the | 04:47:56 |
| 17 | Window-Eyes program that you use compares with | 04:47:59 |
| 18 | competitor screen reader software programs on the | 04:48:01 |
| 19 | market? | 04:48:04 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 04:48:04 |
| 21 | THE WITNESS:  I'm aware that it's free | 04:48:06 |
| 22 | to people who have Microsoft Office.  That's | 04:48:07 |
| 23 | probably why I chose it. | 04:48:10 |
| 24 | BY MR. HUDIS: | 04:48:20 |
| 25 | Q.    Is Window-Eyes sold as a stand-alone | 04:48:20 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

292

| | |
|---|---|
| 1 | program? | 04:48:23 |
| 2 | MR. KAPLAN:  Objection.  Lacks | 04:48:24 |
| 3 | foundation. | 04:48:24 |
| 4 | THE WITNESS:  It historically has been. | 04:48:28 |
| 5 | But I had read of this offer through Microsoft, | 04:48:29 |
| 6 | buying it for all Microsoft Office users, and saw | 04:48:34 |
| 7 | that, well, I'll use the free one. | 04:48:39 |
| 8 | BY MR. HUDIS: | 04:48:46 |
| 9 | Q.    Do you know what the price of the | 04:48:46 |
| 10 | stand-alone product is for Window-Eyes? | 04:48:47 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 04:48:53 |
| 12 | Argumentative. | 04:48:55 |
| 13 | THE WITNESS:  I don't recall a current | 04:48:56 |
| 14 | price.  In the past, it was generally cheaper than | 04:48:56 |
| 15 | JAWS.  Hundreds of dollars as opposed to a | 04:49:00 |
| 16 | thousand dollars or more than a thousand dollars. | 04:49:05 |
| 17 | BY MR. HUDIS: | 04:49:09 |
| 18 | Q.    Generally, without going into minute | 04:49:09 |
| 19 | detail, what steps does the Window-Eyes program go | 04:49:11 |
| 20 | through to convert textual material into | 04:49:16 |
| 21 | synthesized speech? | 04:49:19 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 04:49:20 |
| 23 | THE WITNESS:  So think of the | 04:49:25 |
| 24 | synthesized speech as a printer for words.  You | 04:49:26 |
| 25 | send a stream of words to it, and it says them | 04:49:31 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

293

| | | |
|---|---|---|
| 1 | aloud, much like a printer puts them on a page. | 04:49:32 |
| 2 | So a screen reader has a bunch of | 04:49:36 |
| 3 | controls so the user can kind of say what they | 04:49:43 |
| 4 | want spoken, the stop speech, that's the most | 04:49:48 |
| 5 | important control.  It also analyzes the structure | 04:49:55 |
| 6 | of a document if that structure is available to | 04:49:57 |
| 7 | it.  Analyzes what's on the screen. | 04:49:59 |
| 8 | And so, you know, a screen reader will | 04:50:04 |
| 9 | tell you different things depending on whether | 04:50:09 |
| 10 | you're examining a Word document, a web page, an | 04:50:11 |
| 11 | Excel spreadsheet.  But the goal is through the | 04:50:16 |
| 12 | use of your -- generally, your keyboard as your | 04:50:20 |
| 13 | input mechanism to control things and listening, | 04:50:24 |
| 14 | you glean the information from the program and the | 04:50:27 |
| 15 | content in the program that you need to access the | 04:50:32 |
| 16 | information. | 04:50:37 |
| 17 | BY MR. HUDIS: | 04:50:39 |
| 18 | Q.    How commonly is Window-Eyes software | 04:50:39 |
| 19 | used by the blind or visually impaired to convert | 04:50:43 |
| 20 | textual material into synthesized speech? | 04:50:46 |
| 21 | A.    I think of it as the number two screen | 04:50:49 |
| 22 | reader. | 04:50:53 |
| 23 | Q.    Which is the number one? | 04:50:53 |
| 24 | A.    JAWS. | 04:50:55 |
| 25 | Q.    What other tools, if any, besides the | 04:51:08 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

294

| | | |
|---|---|---|
| 1 | ABBYY FineReader program, the free OCR service, | 04:51:17 |
| 2 | Window-Eyes and a Windows-based computer did you | 04:51:25 |
| 3 | use as part of your accessibility review? | 04:51:29 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 04:51:34 |
| 5 | THE WITNESS:  Web browser.  Web search | 04:51:34 |
| 6 | engines.  The web sites of different | 04:51:52 |
| 7 | organizations. | 04:51:59 |
| 8 | BY MR. HUDIS: | 04:51:59 |
| 9 | Q.    And you listed them in your report? | 04:51:59 |
| 10 | A.    Yes.  I think that covers -- did I say | 04:52:01 |
| 11 | Microsoft Word? | 04:52:37 |
| 12 | Q.    You have now. | 04:52:38 |
| 13 | A.    Yeah.  Certainly those seem to be all | 04:52:39 |
| 14 | the significant ones that come to mind. | 04:52:43 |
| 15 | Q.    I just want to make sure that I have a | 04:52:47 |
| 16 | list of all the tools that you've used as part of | 04:52:49 |
| 17 | your accessibility review for this report.  So I'm | 04:52:51 |
| 18 | going to list them -- | 04:52:54 |
| 19 | A.    Add one more? | 04:52:55 |
| 20 | Q.    Yes. | 04:52:56 |
| 21 | A.    Adobe Acrobat Reader. | 04:52:57 |
| 22 | Let me pause for a second. | 04:53:10 |
| 23 | Okay.  Continue. | 04:53:11 |
| 24 | Q.    So I'm going to list them, and I want to | 04:53:13 |
| 25 | make sure I have a complete list. | 04:53:14 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

295

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 04:53:16 |
| 2 | MR. HUDIS:  I haven't asked a question | 04:53:18 |
| 3 | yet.  You like that. | 04:53:19 |
| 4 | Q.    So the tools that you used as part of | 04:53:23 |
| 5 | your accessibility review included the ABBYY | 04:53:25 |
| 6 | FineReader software? | 04:53:28 |
| 7 | A.    Mh-hmm. | 04:53:30 |
| 8 | Q.    The free OCR service? | 04:53:30 |
| 9 | MR. KAPLAN:  Are we doing it this way? | 04:53:32 |
| 10 | Okay.  Objection.  Vague. | 04:53:35 |
| 11 | BY MR. HUDIS: | 04:53:36 |
| 12 | Q.    Do you want to do it one at a time and | 04:53:37 |
| 13 | say yes or no or -- | 04:53:39 |
| 14 | MR. KAPLAN:  That's how you started | 04:53:40 |
| 15 | doing it, but you're the questioner. | 04:53:41 |
| 16 | MR. HUDIS:  Okay.  Right. | 04:53:43 |
| 17 | Q.    I'm going to list the tools I believe | 04:53:53 |
| 18 | that you have used as part of your accessibility | 04:53:54 |
| 19 | review, Mr. Fruchterman, and I'd like to know at | 04:53:57 |
| 20 | the end of my list if I have mentioned them all. | 04:54:00 |
| 21 | The ABBYY FineReader software; the free | 04:54:09 |
| 22 | OCR service; the Window-Eyes screen reader | 04:54:13 |
| 23 | program; the third-party web sites mentioned in | 04:54:16 |
| 24 | your report, which is on page 5; a web browser; | 04:54:21 |
| 25 | web search engines; Microsoft Word; and Adobe | 04:54:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

296

| | | |
|---|---|---|
| 1 | Acrobat Reader. | 04:54:31 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 04:54:34 |
| 3 | THE WITNESS:  I think my report also | 04:54:35 |
| 4 | mentions going to Amazon.com. | 04:54:36 |
| 5 | BY MR. HUDIS: | 04:54:43 |
| 6 | Q.    Anything else? | 04:54:43 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 04:54:44 |
| 8 | THE WITNESS:  Public -- sorry.  Internet | 04:54:53 |
| 9 | Archive. | 04:54:56 |
| 10 | BY MR. HUDIS: | 04:54:59 |
| 11 | Q.    Any other tools? | 04:54:59 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 04:55:00 |
| 13 | THE WITNESS:  Not that I recollect. | 04:55:05 |
| 14 | BY MR. HUDIS: | 04:55:08 |
| 15 | Q.    Mr. Fruchterman, on pages 5 through 6 of | 04:55:17 |
| 16 | your report, it says you searched library catalogs | 04:55:19 |
| 17 | that serve the print-disabled and conducted an | 04:55:21 |
| 18 | online Google search to find electronic versions | 04:55:24 |
| 19 | of the 1999 standards; is that true? | 04:55:26 |
| 20 | MR. KAPLAN:  Are you summarizing or are | 04:55:31 |
| 21 | you quoting? | 04:55:36 |
| 22 | MR. HUDIS:  Summarizing. | 04:55:37 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 04:55:38 |
| 24 | Misstates the document.  Confusing. | 04:55:39 |
| 25 | THE WITNESS:  Yes. | 04:55:41 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

297

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 04:55:41 |
| 2 | Q.    What -- in this context, what did you | 04:55:45 |
| 3 | mean by an "electronic version"? | 04:55:46 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 04:55:49 |
| 5 | THE WITNESS:  A version that a person | 04:55:57 |
| 6 | could find and download, ideally, in a text | 04:55:59 |
| 7 | format.  But an image-only format would have been | 04:56:08 |
| 8 | the next best thing. | 04:56:12 |
| 9 | And then, I guess, the print version | 04:56:23 |
| 10 | would have been the third best thing.  And then I | 04:56:24 |
| 11 | did find a used version of the book available for | 04:56:26 |
| 12 | sale on Amazon. | 04:56:28 |
| 13 | BY MR. HUDIS: | 04:56:31 |
| 14 | Q.    All right.  So you did not find an | 04:56:31 |
| 15 | electronic version for download either in text | 04:56:31 |
| 16 | format or image format? | 04:56:34 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 04:56:36 |
| 18 | THE WITNESS:  Correct. | 04:56:38 |
| 19 | BY MR. HUDIS: | 04:56:38 |
| 20 | Q.    You did find a print version of the 1999 | 04:56:39 |
| 21 | standards for sale on Amazon.com? | 04:56:41 |
| 22 | A.    Correct. | 04:56:48 |
| 23 | Q.    Did you capture the Amazon.com web pages | 04:56:48 |
| 24 | showing the 1999 standards for sale on that site? | 04:56:52 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 04:56:55 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

298

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 04:56:56 |
| 2 | BY MR. HUDIS: | 04:56:57 |
| 3 | Q.    All right.  Did you document the | 04:57:00 |
| 4 | availability of the 1999 standards for sale on | 04:57:01 |
| 5 | Amazon.com in some other way? | 04:57:04 |
| 6 | MR. KAPLAN:  Objection.  Vague and | 04:57:07 |
| 7 | confusing. | 04:57:08 |
| 8 | THE WITNESS:  Not beyond noting it in my | 04:57:11 |
| 9 | report. | 04:57:12 |
| 10 | BY MR. HUDIS: | 04:57:16 |
| 11 | Q.    Did you document your searches for the | 04:57:16 |
| 12 | 1999 standards online? | 04:57:18 |
| 13 | MR. KAPLAN:  Objection.  Vague and | 04:57:20 |
| 14 | confusing. | 04:57:22 |
| 15 | THE WITNESS:  No, I did not document | 04:57:27 |
| 16 | them beyond stating in my expert report that I | 04:57:28 |
| 17 | performed them. | 04:57:31 |
| 18 | BY MR. HUDIS: | 04:57:33 |
| 19 | Q.    Do you know the demand for the 1999 | 04:57:33 |
| 20 | standards by persons who are blind or visually | 04:57:37 |
| 21 | impaired? | 04:57:39 |
| 22 | MR. KAPLAN:  Objection.  Vague. | 04:57:40 |
| 23 | THE WITNESS:  Not beyond the mentions by | 04:57:47 |
| 24 | a couple of the leading organizations in the field | 04:57:50 |
| 25 | that this is a relevant document in test | 04:57:52 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

299

| | | |
|---|---|---|
| 1 | preparation for people with disabilities. | 04:57:55 |
| 2 | BY MR. HUDIS: | 04:57:57 |
| 3 | Q.    Did you determine -- did you attempt to | 04:57:58 |
| 4 | determine the level of the demand for the 1999 | 04:58:00 |
| 5 | standards by the -- by persons who are blind or | 04:58:03 |
| 6 | visually impaired? | 04:58:05 |
| 7 | MR. KAPLAN:  Objection.  Vague. | 04:58:07 |
| 8 | THE WITNESS:  Not beyond the sites at | 04:58:14 |
| 9 | the web sites that I mentioned and plus the fact | 04:58:16 |
| 10 | that it wasn't on any of the web sites was at | 04:58:20 |
| 11 | least some indication that -- I guess what would | 04:58:23 |
| 12 | you say -- there are many, many books that people | 04:58:31 |
| 13 | with disabilities desire that are not available in | 04:58:34 |
| 14 | accessible formats.  So -- but if it was already | 04:58:37 |
| 15 | available in accessible format, that would have | 04:58:40 |
| 16 | been an indicator that someone had requested it or | 04:58:44 |
| 17 | that someone had thought it was worth doing | 04:58:46 |
| 18 | proactively. | 04:58:48 |
| 19 | BY MR. HUDIS: | 04:58:49 |
| 20 | Q.    So is the converse true, the fact that | 04:58:50 |
| 21 | it was not available in electronic format on the | 04:58:51 |
| 22 | Internet, as you searched for it, means there was | 04:58:54 |
| 23 | not a high demand for it in digital form? | 04:58:58 |
| 24 | MR. KAPLAN:  Objection.  Vague. | 04:59:01 |
| 25 | Confusing. | 04:59:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

300

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't think you can | 04:59:19 |
| 2 | reach that conclusion by its lack of availability | 04:59:19 |
| 3 | alone. | 04:59:22 |
| 4 | BY MR. HUDIS: | 04:59:22 |
| 5 | Q.   What other facts would you need? | 04:59:23 |
| 6 | MR. KAPLAN:  Objection.  Incomplete | 04:59:25 |
| 7 | hypothetical.  Vague. | 04:59:26 |
| 8 | THE WITNESS:  I might measure if | 04:59:31 |
| 9 | Google -- like, for example, how many times it was | 04:59:35 |
| 10 | searched for on Google.  That would be some | 04:59:40 |
| 11 | indication of -- of demand for this particular | 04:59:42 |
| 12 | document. | 04:59:45 |
| 13 | The fact that I was able to find the | 04:59:46 |
| 14 | document cited at blindness organizations made me | 04:59:48 |
| 15 | think that it was, relatively speaking to other | 04:59:52 |
| 16 | books and education, more important than many | 04:59:53 |
| 17 | other books.  So let's just say middling | 04:59:57 |
| 18 | importance. | 05:00:02 |
| 19 | BY MR. HUDIS: | 05:00:08 |
| 20 | Q.   I'm sorry, Mr. Fruchterman, I've never | 05:00:08 |
| 21 | heard the word before. | 05:00:10 |
| 22 | What is your definition of "middling"? | 05:00:12 |
| 23 | A.   This book -- | 05:00:17 |
| 24 | Q.   The 1999 standards? | 05:00:19 |
| 25 | A.   -- was referred to in documents on both | 05:00:20 |

301

| | | |
|---|---|---|
| 1 | the American Printing House for the Blind and the | 05:00:26 |
| 2 | American Foundation for the Blind's web sites. | 05:00:29 |
| 3 | MR. KAPLAN:  You just want to answer his | 05:00:34 |
| 4 | question, which is define "middling." | 05:00:35 |
| 5 | THE WITNESS:  Definition of "middling." | 05:00:38 |
| 6 | Above zero.  Below infinity. | 05:00:40 |
| 7 | MR. KAPLAN:  That defines it as moderate | 05:00:45 |
| 8 | or average in size of note to rank. | 05:00:47 |
| 9 | THE WITNESS:  It's not a "Harry Potter" | 05:00:50 |
| 10 | book.  It's not the political history of Albania | 05:00:52 |
| 11 | from 1960 to 1980. | 05:00:55 |
| 12 | BY MR. HUDIS: | 05:01:01 |
| 13 | Q.    So the fact that the 1999 standards are | 05:01:01 |
| 14 | mentioned in publications for the blind does not | 05:01:06 |
| 15 | tell you the level of demand for the 1999 | 05:01:14 |
| 16 | standards by people who are blind or otherwise | 05:01:17 |
| 17 | print-disabled? | 05:01:22 |
| 18 | MR. KAPLAN:  Objection.  Vague. | 05:01:25 |
| 19 | Argumentative. | 05:01:28 |
| 20 | THE WITNESS:  I disagree. | 05:01:32 |
| 21 | BY MR. HUDIS: | 05:01:36 |
| 22 | Q.    Why? | 05:01:37 |
| 23 | A.    Because there are many blind educators | 05:01:37 |
| 24 | and many blind students.  And testing of blind | 05:01:39 |
| 25 | people is a very big issue in the blindness field. | 05:01:43 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

302

| | | |
|---|---|---|
| 1 | The number of books specifically mentioned as | 05:01:49 |
| 2 | relevant to the blindness field is very small | 05:01:51 |
| 3 | because the publishing of the American Printing | 05:01:57 |
| 4 | House on topics concerning blind people or the | 05:01:59 |
| 5 | American Foundation for the Blind is very small. | 05:02:02 |
| 6 | The fact that it's mentioned at two | 05:02:04 |
| 7 | different web sites as an important reference work | 05:02:07 |
| 8 | to me is a statement that it is far more likely to | 05:02:11 |
| 9 | be interesting to a blind person, knowing what I | 05:02:15 |
| 10 | know about the blindness field, than some random | 05:02:19 |
| 11 | other title.  It's an indication that this is a | 05:02:23 |
| 12 | relevant book. | 05:02:28 |
| 13 | I am certain that some blind person has | 05:02:33 |
| 14 | said, I wish I had a copy of this book in an | 05:02:35 |
| 15 | accessible format, though no one has actually said | 05:02:38 |
| 16 | that to me.  I'm quite certain that that has | 05:02:41 |
| 17 | occurred to a blind person in the United States. | 05:02:46 |
| 18 | Q.    So the fact that the 1999 standards are | 05:02:48 |
| 19 | relevant to some blind people does not tell you | 05:02:50 |
| 20 | whether the demand for the 1999 standards are | 05:02:54 |
| 21 | something that blind people would want to acquire | 05:03:02 |
| 22 | in the tens, the hundreds, the thousands, the | 05:03:07 |
| 23 | hundred thousand, is it? | 05:03:10 |
| 24 | MR. KAPLAN:  Vague.  Argumentative. | 05:03:12 |
| 25 | THE WITNESS:  I could tell you with | 05:03:18 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

303

| | | |
|---|---|---|
| 1 | certainty that it's not in the hundred thousands. | 05:03:19 |
| 2 | BY MR. HUDIS: | 05:03:24 |
| 3 | Q.   And you could probably say with | 05:03:24 |
| 4 | certainty that it's not in the hundreds. | 05:03:25 |
| 5 | MR. KAPLAN:  Objection. | 05:03:30 |
| 6 | THE WITNESS:  I'm not -- | 05:03:31 |
| 7 | MR. KAPLAN:  Misleading. | 05:03:33 |
| 8 | THE WITNESS:  -- really certain of that. | 05:03:34 |
| 9 | BY MR. HUDIS: | 05:03:36 |
| 10 | Q.   You have no knowledge as you sit here | 05:03:36 |
| 11 | about the level of demand for the 1999 standards | 05:03:40 |
| 12 | by the blind or the visually impaired? | 05:03:43 |
| 13 | MR. KAPLAN:  Objection.  Asked and | 05:03:46 |
| 14 | answered.  Vague. | 05:03:47 |
| 15 | THE WITNESS:  Not beyond the | 05:03:52 |
| 16 | considerations I've already expressed. | 05:03:52 |
| 17 | MR. HUDIS:  Counsel, what I'm about to | 05:04:14 |
| 18 | put in front of the witness was already marked | 05:04:15 |
| 19 | during Mr. Malamud's deposition.  Do you want us | 05:04:19 |
| 20 | to re-mark it as a separate exhibit for this | 05:04:21 |
| 21 | deposition? | 05:04:24 |
| 22 | MR. KAPLAN:  I think we can use the same | 05:04:25 |
| 23 | exhibit number.  In this case, not in that case? | 05:04:26 |
| 24 | MR. HUDIS:  Yes. | 05:04:30 |
| 25 | I'm going to give a copy to the court | 05:04:33 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

304

| | | |
|---|---|---|
| 1 | reporter.  Just note for the record that the | 05:04:36 |
| 2 | document I'm now putting in front of the witness | 05:04:38 |
| 3 | was marked as Exhibit 34 during Mr. Malamud's | 05:04:42 |
| 4 | deposition on May 12, 2015. | 05:04:45 |
| 5 | THE WITNESS:  Do you need to do anything | 05:04:55 |
| 6 | with it?  Okay.  And the mike got kind of knocked. | 05:04:55 |
| 7 | I don't know if that matters.  Okay.  All right. | 05:04:59 |
| 8 | BY MR. HUDIS: | 05:05:09 |
| 9 | Q.    Mr. Fruchterman, could you please pull | 05:05:11 |
| 10 | out Exhibit 59 that was previously marked at your | 05:05:12 |
| 11 | deposition today.  It's in the pile of documents | 05:05:16 |
| 12 | in front of you. | 05:05:20 |
| 13 | That's your declaration from the | 05:05:21 |
| 14 | HathiTrust litigation? | 05:05:23 |
| 15 | A.    Okay.  Was it a truck or an earthquake? | 05:05:32 |
| 16 | MR. KAPLAN:  I don't think that was an | 05:05:55 |
| 17 | earthquake. | 05:05:56 |
| 18 | MR. HUDIS:  I think that was a truck. | 05:05:58 |
| 19 | Bite your tongue. | 05:06:04 |
| 20 | Q.    Mr. Fruchterman, let's turn back to your | 05:06:08 |
| 21 | declaration from the HathiTrust litigation that's | 05:06:09 |
| 22 | Exhibit 59. | 05:06:12 |
| 23 | A.    Yes. | 05:06:13 |
| 24 | Q.    At pages 6 through 7, paragraphs 25 and | 05:06:13 |
| 25 | 26. | 05:06:18 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

305

| | | |
|---|---|---|
| 1 | A.    Yes. | 05:06:19 |
| 2 | Q.    All right.  And that's where you | 05:06:20 |
| 3 | discover the levels of complexity of documents? | 05:06:22 |
| 4 | A.    Yes. | 05:06:28 |
| 5 | MR. KAPLAN:  It's paragraph 25. | 05:06:33 |
| 6 | BY MR. HUDIS: | 05:06:38 |
| 7 | Q.    And then it goes to 26. | 05:06:38 |
| 8 | A.    Talks about costs. | 05:06:40 |
| 9 | Q.    Costs. | 05:06:41 |
| 10 | A.    Yeah.  Yes.  Okay. | 05:06:41 |
| 11 | Q.    Now, Mr. Fruchterman, I've put in front | 05:06:46 |
| 12 | of you what was previously marked during | 05:06:50 |
| 13 | Mr. Malamud's deposition as Exhibit 34.  And I'm | 05:06:53 |
| 14 | really focusing you on the textual material after | 05:06:58 |
| 15 | the certificate on the front and after the cover. | 05:07:02 |
| 16 | So I want you to concentrate on the textual | 05:07:08 |
| 17 | material. | 05:07:10 |
| 18 | MR. HUDIS:  All right.  And just note | 05:07:12 |
| 19 | for the record, the witness is thumbing through | 05:07:14 |
| 20 | Malamud Exhibit 34 to review the textual material. | 05:07:16 |
| 21 | Let me know when you're ready. | 05:07:26 |
| 22 | While the witness is reading through the | 05:07:34 |
| 23 | document, Exhibit 34 is the 1999 Standards for | 05:07:35 |
| 24 | Educational and Psychological Testing. | 05:07:40 |
| 25 | THE WITNESS:  Okay.  I'm ready for a | 05:07:44 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

306

| | | |
|---|---|---|
| 1 | question. | 05:07:46 |
| 2 | BY MR. HUDIS: | 05:07:46 |
| 3 | Q.    Using the complexity levels discussed in | 05:07:46 |
| 4 | your HathiTrust declaration, Exhibit 59, what | 05:07:48 |
| 5 | level of complexity would you assign to the 1999 | 05:07:52 |
| 6 | standards? | 05:07:55 |
| 7 | A.    Probably a Level 2.  It could be a Level | 05:07:58 |
| 8 | 3.  It would be in that range. | 05:08:03 |
| 9 | Q.    With that complexity level, how much | 05:08:07 |
| 10 | would it cost to make the 1999 standards | 05:08:09 |
| 11 | accessible to persons who are blind or visually | 05:08:13 |
| 12 | impaired? | 05:08:16 |
| 13 | A.    Low hundreds of dollars. | 05:08:19 |
| 14 | Q.    To put a finer point on that, when you | 05:08:26 |
| 15 | say "low hundreds," do you mean 100 to $200? | 05:08:28 |
| 16 | A.    I'd say 100 to $400. | 05:08:31 |
| 17 | Q.    Turning back to your expert's report, on | 05:08:49 |
| 18 | pages 5 through 6 -- | 05:08:50 |
| 19 | A.    Yes. | 05:08:52 |
| 20 | Q.    -- that's Exhibit 64 -- | 05:08:52 |
| 21 | MR. KAPLAN:  Objection. | 05:08:53 |
| 22 | Mischaracterizes the document. | 05:08:54 |
| 23 | MR. HUDIS:  Okay. | 05:08:56 |
| 24 | MR. KAPLAN:  Oh, are we talking about -- | 05:08:59 |
| 25 | THE WITNESS:  Pages 5 and 6? | 05:09:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

307

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  I'm sorry.  I'm getting | 05:09:03 |
| 2 | confused about numbers. | 05:09:06 |
| 3 | THE WITNESS:  Oh, are we on my expert | 05:09:07 |
| 4 | report now? | 05:09:09 |
| 5 | MR. HUDIS:  Yes. | 05:09:10 |
| 6 | THE WITNESS:  Oh, okay. | 05:09:10 |
| 7 | BY MR. HUDIS: | 05:09:12 |
| 8 | Q.    Yes. | 05:09:12 |
| 9 | A.    All right.  All right.  So a third | 05:09:12 |
| 10 | document.  Okay.  Great.  5 and 6. | 05:09:13 |
| 11 | Q.    And I'm pointing you now to the sentence | 05:09:16 |
| 12 | that spans from the bottom of page 5 to the top of | 05:09:18 |
| 13 | page 6. | 05:09:22 |
| 14 | A.    Yes. | 05:09:28 |
| 15 | Q.    So, Mr. Fruchterman, you were told by | 05:09:28 |
| 16 | defense counsel that an electronic version of the | 05:09:30 |
| 17 | 1999 standards was hosted on the | 05:09:33 |
| 18 | Public.Resource.Org web site but has since been | 05:09:35 |
| 19 | removed during the course of this litigation. | 05:09:40 |
| 20 | A.    Yes, that is a fact that I was informed | 05:09:44 |
| 21 | of by counsel. | 05:09:46 |
| 22 | Q.    All right.  You did not obtain this | 05:09:47 |
| 23 | information from Carl Malamud? | 05:09:49 |
| 24 | A.    No, I did not. | 05:09:55 |
| 25 | Q.    Did you attempt to locate a historical | 05:09:56 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

308

| | | |
|---|---|---|
| 1 | version of the Public.Resource.Org web site to | 05:09:58 |
| 2 | determine whether an electronic version of the | 05:10:02 |
| 3 | 1999 standards was previously hosted there? | 05:10:05 |
| 4 | MR. KAPLAN:  Objection.  Vague. | 05:10:08 |
| 5 | THE WITNESS:  I did discover in | 05:10:11 |
| 6 | Google-searching a placeholder noting the | 05:10:13 |
| 7 | voluntary takedown of the file. | 05:10:16 |
| 8 | BY MR. HUDIS: | 05:10:19 |
| 9 | Q.    So other than the placeholder that you | 05:10:20 |
| 10 | just described, did you conduct, say, using the | 05:10:22 |
| 11 | Wayback Machine historical search of the | 05:10:31 |
| 12 | Public.Resource.Org web site to determine whether | 05:10:33 |
| 13 | an electronic version of the 1999 standards, in | 05:10:38 |
| 14 | its full form, was previously hosted there? | 05:10:41 |
| 15 | MR. KAPLAN:  Objection.  Vague and | 05:10:44 |
| 16 | confusing. | 05:10:45 |
| 17 | THE WITNESS:  I did not examine the | 05:10:46 |
| 18 | Wayback Machine as you've described. | 05:10:47 |
| 19 | BY MR. HUDIS: | 05:10:49 |
| 20 | Q.    Did you use any other method to | 05:10:49 |
| 21 | determine whether an historical version of the | 05:10:52 |
| 22 | 1999 standards was at any time hosted on the | 05:10:55 |
| 23 | Public.Resource.Org web site? | 05:10:58 |
| 24 | MR. KAPLAN:  Objection.  Vague and | 05:11:01 |
| 25 | confusing. | 05:11:02 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

309

1       THE WITNESS:  Not beyond the two points        05:11:04

2   already mentioned.                                  05:11:05

3   BY MR. HUDIS:                                       05:11:13

4       Q.    Turning to page 9 now at the top of your 05:11:16

5   report, Exhibit 64, and I am focused on the first   05:11:18

6   full paragraph under the title "The                 05:11:22

7   Public.Resource.Org Version of the 1999             05:11:24

8   Standards."                                          05:11:28

9       A.    Yes.                                       05:11:29

10      Q.    Mr. Fruchterman, you were provided by     05:11:32

11  defense counsel with a PDF file containing the      05:11:33

12  content of the 1999 standards.                       05:11:35

13      A.    That's my recollection.                   05:11:43

14      Q.    And it was represented to you by defense  05:11:47

15  counsel that this PDF file containing the 1999      05:11:50

16  standards was the version that had been made        05:11:53

17  available on the Public.Resource.Org web site at    05:11:55

18  one time?                                           05:11:59

19      A.    That was my understanding, yes.           05:12:01

20      Q.    You were informed Public.Resource         05:12:05

21  created this PDF file by purchasing a printed copy  05:12:08

22  of the 1999 standards, chopping off the binding     05:12:11

23  and scanning the pages?                             05:12:15

24      A.    I am not sure I was informed of that      05:12:23

25  fact by anyone in particular.  I might have read    05:12:25

310

| | | |
|---|---|---|
| 1 | it in a deposition 'cause I read the deposition | 05:12:28 |
| 2 | reports.  So I don't recall exactly, but that | 05:12:32 |
| 3 | makes a lot of sense to me, that that would be | 05:12:34 |
| 4 | what they would do. | 05:12:37 |
| 5 | Q.   So you were either informed of that fact | 05:12:38 |
| 6 | either by defense counsel or by reading a | 05:12:40 |
| 7 | deposition transcript in this case? | 05:12:43 |
| 8 | A.   Yes. | 05:12:48 |
| 9 | Q.   The OCR process had not been performed | 05:12:55 |
| 10 | on the electronic PDF file of the 1999 standards | 05:13:00 |
| 11 | that defense counsel gave to you? | 05:13:03 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 05:13:07 |
| 13 | THE WITNESS:  Correct.  The | 05:13:11 |
| 14 | Public.Resource.Org version of the 1999 standards | 05:13:11 |
| 15 | was an image-only PDF format. | 05:13:15 |
| 16 | BY MR. HUDIS: | 05:13:21 |
| 17 | Q.   Okay.  In your report, Mr. Fruchterman, | 05:13:21 |
| 18 | on page 9, in that same full paragraph, you | 05:13:22 |
| 19 | describe the content of the 1999 standards within | 05:13:26 |
| 20 | the PDF file given to you by defense counsel to be | 05:13:29 |
| 21 | the result of a high-quality image scan. | 05:13:33 |
| 22 | A.   Mh-hmm.  Yes. | 05:13:39 |
| 23 | Q.   What did you mean by "high-quality image | 05:13:40 |
| 24 | scan"? | 05:13:42 |
| 25 | MR. KAPLAN:  Objection.  Vague and | 05:13:43 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

311

| | | |
|---|---|---|
| 1 | confusing. | 05:13:44 |
| 2 | THE WITNESS:  I was able to easily read | 05:13:57 |
| 3 | the content, and it looked like an OCR device | 05:13:59 |
| 4 | would be able to recognize the characters. | 05:14:02 |
| 5 | BY MR. HUDIS: | 05:14:04 |
| 6 | Q.    As part of your work for the report of | 05:14:05 |
| 7 | Exhibit 64, did you compare the text of the PDF | 05:14:10 |
| 8 | file given to you of 1999 standards with the | 05:14:14 |
| 9 | printed version? | 05:14:16 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 05:14:19 |
| 11 | THE WITNESS:  Not side-by-side. | 05:14:20 |
| 12 | BY MR. HUDIS: | 05:14:23 |
| 13 | Q.    Did you check for any missing pages in | 05:14:24 |
| 14 | the PDF file? | 05:14:27 |
| 15 | MR. KAPLAN:  Objection.  Vague. | 05:14:28 |
| 16 | THE WITNESS:  No. | 05:14:30 |
| 17 | BY MR. HUDIS: | 05:14:31 |
| 18 | Q.    Did you check for any misaligned pages | 05:14:31 |
| 19 | in the PDF file? | 05:14:33 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 05:14:35 |
| 21 | THE WITNESS:  I scanned quite a number | 05:14:35 |
| 22 | of pages looking for misalignments and didn't see | 05:14:36 |
| 23 | any. | 05:14:39 |
| 24 | BY MR. HUDIS: | 05:14:40 |
| 25 | Q.    Did you review the entire document to | 05:14:40 |

312

| | | |
|---|---|---|
| 1 | look for PDF misaligned pages? | 05:14:41 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 05:14:44 |
| 3 | THE WITNESS:  I did not review every | 05:14:44 |
| 4 | page. | 05:14:46 |
| 5 | BY MR. HUDIS: | 05:14:46 |
| 6 | Q.    After you were provided with the | 05:14:49 |
| 7 | image-only PDF file of the 1999 standards by | 05:14:51 |
| 8 | defense counsel, you used the ABBYY FineReader | 05:14:54 |
| 9 | software and free online OCR service to OCR | 05:14:57 |
| 10 | process selected pages of the document; isn't that | 05:15:03 |
| 11 | right? | 05:15:07 |
| 12 | A.    Correct. | 05:15:07 |
| 13 | Q.    All right.  You did not OCR process the | 05:15:07 |
| 14 | entire 212 pages of the PDF-scanned 1999 | 05:15:10 |
| 15 | standards? | 05:15:14 |
| 16 | A.    Correct. | 05:15:15 |
| 17 | Q.    And it is common that OCR processing of | 05:15:24 |
| 18 | scanned text results in text recognition errors? | 05:15:27 |
| 19 | MR. KAPLAN:  Objection.  Argumentative. | 05:15:30 |
| 20 | And vague. | 05:15:34 |
| 21 | THE WITNESS:  Depending on the quality | 05:15:37 |
| 22 | of the scan and the complexity of the material, | 05:15:38 |
| 23 | you would see a variety of OCR error levels, yes. | 05:15:41 |
| 24 | BY MR. HUDIS: | 05:15:44 |
| 25 | Q.    After you subjected the selected pages | 05:15:49 |

CONTAINS CONFIDENTIAL INFORMATION

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

313

| | | |
|---|---|---|
| 1 | of the 1999 standards from the PDF document you | 05:15:52 |
| 2 | were given, did you check for the following | 05:15:55 |
| 3 | errors, yes or no. | 05:15:59 |
| 4 | Misrec errors? | 05:16:03 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 05:16:08 |
| 6 | THE WITNESS:  Yes. | 05:16:12 |
| 7 | BY MR. HUDIS: | 05:16:12 |
| 8 | Q.   Did you find any? | 05:16:12 |
| 9 | A.   Yes. | 05:16:13 |
| 10 | Q.   Did you check for nonrec errors? | 05:16:16 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 05:16:19 |
| 12 | THE WITNESS:  Yes. | 05:16:20 |
| 13 | BY MR. HUDIS: | 05:16:20 |
| 14 | Q.   Did you find any? | 05:16:20 |
| 15 | A.   Yes. | 05:16:21 |
| 16 | Q.   Did you check for drops? | 05:16:22 |
| 17 | MR. KAPLAN:  Objection.  Vague. | 05:16:23 |
| 18 | THE WITNESS:  Yes. | 05:16:25 |
| 19 | BY MR. HUDIS: | 05:16:25 |
| 20 | Q.   Did you find any? | 05:16:25 |
| 21 | A.   Yes. | 05:16:25 |
| 22 | Q.   Did you check for adds? | 05:16:26 |
| 23 | MR. KAPLAN:  Objection, vague. | 05:16:29 |
| 24 | THE WITNESS:  I didn't see any adds. | 05:16:31 |
| 25 | | |

314

| | | |
|---|---|---|
| 1 | BY MR. KAPLAN: | 05:16:35 |
| 2 | Q.    So let's take that one at a time. | 05:16:35 |
| 3 | So you checked for adds? | 05:16:37 |
| 4 | A.    Well, I examined the document, and I'm | 05:16:39 |
| 5 | talking about errors I observed as opposed to | 05:16:41 |
| 6 | errors I didn't observe.  So if I had seen an add, | 05:16:44 |
| 7 | I would have been seeing it.  I don't know. | 05:16:47 |
| 8 | Q.    So -- | 05:16:50 |
| 9 | A.    I was looking for errors. | 05:16:51 |
| 10 | Q.    Right.  So my first question is, did you | 05:16:52 |
| 11 | check for adds errors? | 05:16:55 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 05:16:58 |
| 13 | THE WITNESS:  If I -- if an add had been | 05:16:59 |
| 14 | there and I had been looking at it, I would have | 05:17:01 |
| 15 | been checking for them, yes.  But -- | 05:17:03 |
| 16 | BY MR. KAPLAN: | 05:17:05 |
| 17 | Q.    And you didn't find any? | 05:17:06 |
| 18 | A.    I didn't see any adds. | 05:17:07 |
| 19 | Q.    And did you check the entire 212 pages | 05:17:08 |
| 20 | of the document for adds errors? | 05:17:11 |
| 21 | A.    No. | 05:17:13 |
| 22 | Q.    So now we're at page 10, at the bottom | 05:17:22 |
| 23 | of page -- of Exhibit 64, your expert's report. | 05:17:24 |
| 24 | A.    Yes. | 05:17:28 |
| 25 | Q.    After you OCR-processed select pages | 05:17:29 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

315

| | |
|---|---|
| 1 | from the image-only PDF file of the 1999 standards | 05:17:32 |
| 2 | given to you by defense counsel, you used the | 05:17:35 |
| 3 | Window-Eyes software tool to read text aloud and | 05:17:39 |
| 4 | to conduct full-text searches by keyword? | 05:17:43 |
| 5 | A.   Right. | 05:17:47 |
| 6 | Q.   All right.  Now, Mr. Fruchterman, you | 05:17:48 |
| 7 | could not use the Window-Eyes software tool to | 05:17:51 |
| 8 | read text of the 1999 standards aloud or to | 05:17:54 |
| 9 | conduct full-text searches by keyword before the | 05:17:58 |
| 10 | PDF pages were OCR processed. | 05:18:01 |
| 11 | MR. KAPLAN:  Objection.  Vague. | 05:18:04 |
| 12 | Compound. | 05:18:05 |
| 13 | THE WITNESS:  You're making a statement. | 05:18:10 |
| 14 | What's the question? | 05:18:10 |
| 15 | BY MR. KAPLAN: | 05:18:13 |
| 16 | Q.   All right.  I will ask the question a | 05:18:13 |
| 17 | different way. | 05:18:14 |
| 18 | Could you use the Window-Eyes software | 05:18:16 |
| 19 | tool to read the text of the 1999 standards aloud | 05:18:18 |
| 20 | before the PDF pages were OCR processed? | 05:18:22 |
| 21 | MR. KAPLAN:  Objection.  Vague. | 05:18:25 |
| 22 | Confusing. | 05:18:26 |
| 23 | THE WITNESS:  No. | 05:18:30 |
| 24 | BY MR. KAPLAN: | 05:18:30 |
| 25 | Q.   Could you use the Window-Eyes software | 05:18:31 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

316

| | | |
|---|---|---|
| 1 | to conduct full-text searches by keyword before | 05:18:34 |
| 2 | the PDF pages were OCR processed? | 05:18:37 |
| 3 | MR. KAPLAN:  Objection.  Vague and | 05:18:41 |
| 4 | confusing. | 05:18:41 |
| 5 | THE WITNESS:  No. | 05:18:46 |
| 6 | BY MR. KAPLAN: | 05:18:46 |
| 7 | Q.    And, in fact, Mr. Fruchterman, you could | 05:18:53 |
| 8 | not use any screen reader software tool to read | 05:18:54 |
| 9 | the text of the 1999 standards aloud before the | 05:18:57 |
| 10 | PDF pages were OCR processed? | 05:19:01 |
| 11 | MR. KAPLAN:  Objection.  Vague and | 05:19:04 |
| 12 | confusing. | 05:19:05 |
| 13 | THE WITNESS:  That's correct.  But some | 05:19:09 |
| 14 | screen readers have OCR software built in and | 05:19:10 |
| 15 | would be able to do that process inside the screen | 05:19:13 |
| 16 | reader.  But I did not do that process inside the | 05:19:15 |
| 17 | screen reader.  I did it in a separate product. | 05:19:18 |
| 18 | BY MR. KAPLAN: | 05:19:21 |
| 19 | Q.    And you could not use a screen reader | 05:19:21 |
| 20 | software tool to conduct full-text searches by | 05:19:23 |
| 21 | keyword before the PDF pages were OCR processed? | 05:19:26 |
| 22 | MR. KAPLAN:  Objection.  Vague and | 05:19:31 |
| 23 | confusing. | 05:19:32 |
| 24 | THE WITNESS:  Correct. | 05:19:33 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

317

| Line | Text | Time |
|---|---|---|
| 1 | BY MR. KAPLAN: | 05:19:33 |
| 2 | Q.    Let's turn to pages 11 and 12 of your | 05:19:39 |
| 3 | report.  And I'm focusing on the textual material | 05:19:42 |
| 4 | in your report, Mr. Fruchterman, under the title | 05:19:50 |
| 5 | "The Archive.Org Version of the 1999 Standards." | 05:19:53 |
| 6 | A.    Yes. | 05:19:57 |
| 7 | Q.    Now, it's true you were -- it's true you | 05:19:59 |
| 8 | were told by a representative of the Internet | 05:20:09 |
| 9 | Archive that an electronic text or txt version of | 05:20:11 |
| 10 | the '99 standards was hosted on the Internet | 05:20:15 |
| 11 | Archive web site at one time? | 05:20:18 |
| 12 | A.    Yes. | 05:20:20 |
| 13 | Q.    You did not attempt to locate a | 05:20:21 |
| 14 | historical version of the Internet Archive web | 05:20:24 |
| 15 | site to determine whether an electronic text | 05:20:26 |
| 16 | version of the 1999 standards was previously | 05:20:29 |
| 17 | hosted on Internet Archive? | 05:20:32 |
| 18 | MR. KAPLAN:  Objection.  Vague and | 05:20:34 |
| 19 | confusing. | 05:20:40 |
| 20 | THE WITNESS:  Not beyond doing a Google | 05:20:41 |
| 21 | search, which I don't believe turned it up for me. | 05:20:43 |
| 22 | But it might have if I kept going in the results. | 05:20:45 |
| 23 | BY MR. HUDIS: | 05:20:47 |
| 24 | Q.    But if you did, you didn't document it | 05:20:48 |
| 25 | in your report. | 05:20:50 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

318

| | | |
|---|---|---|
| 1 | MR. KAPLAN:  Objection.  Vague. | 05:20:51 |
| 2 | THE WITNESS:  What's your question? | 05:20:59 |
| 3 | BY MR. KAPLAN: | 05:21:00 |
| 4 | Q.    Well, you said if you had a Google | 05:21:01 |
| 5 | search, you would have kept going.  You would have | 05:21:04 |
| 6 | found an historical version of the 1999 standards | 05:21:05 |
| 7 | on the Internet Archive web site.  You didn't | 05:21:08 |
| 8 | document that in your report, did you? | 05:21:11 |
| 9 | A.    I didn't say that. | 05:21:14 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 05:21:15 |
| 11 | BY MR. HUDIS: | 05:21:16 |
| 12 | Q.    What did you say? | 05:21:16 |
| 13 | A.    I said I did conduct a Google search for | 05:21:17 |
| 14 | the report.  I found it on the Internet Archive | 05:21:21 |
| 15 | site.  I did not see a link -- I'm sorry. | 05:21:25 |
| 16 | I found it on the Public.Resource.Org | 05:21:29 |
| 17 | site with a takedown notice that it was gone.  I | 05:21:32 |
| 18 | did not see a link to the Internet Archive.  All I | 05:21:36 |
| 19 | said is it might have been in the Google results | 05:21:42 |
| 20 | beyond the place where I stopped looking. | 05:21:44 |
| 21 | Q.    So my question, then, is did you use any | 05:21:47 |
| 22 | method to determine whether an historical version | 05:21:52 |
| 23 | of the '99 standards was hosted on the Internet | 05:21:57 |
| 24 | Archive web site at one time in the past? | 05:22:01 |
| 25 | MR. KAPLAN:  Objection.  Vague. | 05:22:04 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

319

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 05:22:09 |
| 2 | BY MR. HUDIS: | 05:22:09 |
| 3 | Q.    And you didn't use the Wayback Machine | 05:22:09 |
| 4 | for that purpose either? | 05:22:11 |
| 5 | MR. KAPLAN:  Objection.  Vague. | 05:22:13 |
| 6 | THE WITNESS:  No. | 05:22:14 |
| 7 | BY MR. HUDIS: | 05:22:21 |
| 8 | Q.    And on that same page, page 11, at the | 05:22:22 |
| 9 | bottom paragraph, you were provided by an Internet | 05:22:24 |
| 10 | Archive representative with a text or txt file | 05:22:29 |
| 11 | containing the content of the 1999 standards? | 05:22:33 |
| 12 | A.    Correct. | 05:22:37 |
| 13 | Q.    All right.  And it was represented to | 05:22:38 |
| 14 | you by the Internet Archive representative that | 05:22:40 |
| 15 | this txt file containing the 1999 standards was | 05:22:42 |
| 16 | the version that had been made available on the | 05:22:46 |
| 17 | Internet Archive web site at one time? | 05:22:48 |
| 18 | A.    Yes. | 05:22:51 |
| 19 | Q.    All right.  And now continuing on that | 05:22:54 |
| 20 | same explanation on pages 11 and 12 of Exhibit 64, | 05:22:55 |
| 21 | your report, by reviewing the Archive.Org | 05:22:59 |
| 22 | derivatives page, you were able to determine that | 05:23:03 |
| 23 | when a PDF file is uploaded to the Internet | 05:23:06 |
| 24 | Archive web site, that web site automatically | 05:23:09 |
| 25 | creates derivative file types that are also | 05:23:13 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

320

| | | |
|---|---|---|
| 1 | accessible on that web site, including in the txt | 05:23:16 |
| 2 | format? | 05:23:19 |
| 3 | MR. KAPLAN:  Objection.  Vague and | 05:23:20 |
| 4 | confusing. | 05:23:21 |
| 5 | THE WITNESS:  Yes.  I read that at that | 05:23:37 |
| 6 | link.  And I believe I also saw mention of that in | 05:23:39 |
| 7 | some of the depositions that I reviewed. | 05:23:43 |
| 8 | BY MR. HUDIS: | 05:23:45 |
| 9 | Q.    You just anticipated my next question. | 05:23:45 |
| 10 | Thank you, Mr. Fruchterman. | 05:23:47 |
| 11 | So from reading -- from your reading of | 05:23:49 |
| 12 | the transcripts from the depositions of | 05:23:50 |
| 13 | Carl Malamud of Public.Resource and | 05:23:52 |
| 14 | Christopher Butler of Internet Archive, when | 05:23:54 |
| 15 | Public.Resource uploaded the PDF file of the 1999 | 05:23:57 |
| 16 | standards to the Internet Archive web site, that | 05:24:01 |
| 17 | web site automatically created a txt file of the | 05:24:04 |
| 18 | 1999 standards? | 05:24:07 |
| 19 | MR. KAPLAN:  Objection.  Vague. | 05:24:11 |
| 20 | THE WITNESS:  That's my understanding. | 05:24:12 |
| 21 | BY MR. HUDIS: | 05:24:14 |
| 22 | Q.    Okay.  And this txt file of the 1999 | 05:24:15 |
| 23 | standards, in your view, had been created by | 05:24:19 |
| 24 | optical character recognition because the txt file | 05:24:21 |
| 25 | contained uncorrected errors typical of the OCR | 05:24:25 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

321

| | | |
|---|---|---|
| 1 | process? | 05:24:28 |
| 2 | MR. KAPLAN:  Objection.  Vague. | 05:24:28 |
| 3 | THE WITNESS:  Correct. | 05:24:29 |
| 4 | BY MR. HUDIS: | 05:24:30 |
| 5 | Q.    What were those errors? | 05:24:30 |
| 6 | A.    Well, looking at Malamud 34, the first | 05:24:39 |
| 7 | page is a very stylized cover sheet.  And the | 05:24:43 |
| 8 | second page has the word "standards" bridging the | 05:24:49 |
| 9 | entire page.  Those didn't recognize well.  It's | 05:24:55 |
| 10 | quite typical of OCR that it doesn't do well -- | 05:24:58 |
| 11 | so, for example, I remember specifically the word | 05:25:01 |
| 12 | "standards," I think, had errors in it as it | 05:25:04 |
| 13 | appeared on the top of this. | 05:25:09 |
| 14 | Q.    Continuing through the rest of | 05:25:12 |
| 15 | Malamud 34, did you notice any other errors | 05:25:13 |
| 16 | typical of the OCR process? | 05:25:16 |
| 17 | A.    Those were the -- certainly that cover | 05:25:23 |
| 18 | page kind of material was the thing that stuck in | 05:25:25 |
| 19 | my mind as having obvious OCR errors.  Once I got | 05:25:27 |
| 20 | down to, say, the copyright section, you know, I | 05:25:31 |
| 21 | zeroed to that, and I saw very few errors. | 05:25:33 |
| 22 | Q.    But you did see errors? | 05:25:36 |
| 23 | MR. KAPLAN:  Objection.  Vague and | 05:25:41 |
| 24 | confusing. | 05:25:42 |
| 25 | THE WITNESS:  I don't remember any | 05:25:45 |

CONTAINS CONFIDENTIAL INFORMATION
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

322

| | | |
|---|---|---|
| 1 | particular errors.  I could conceive of that there | 05:25:46 |
| 2 | might be one or two in that amount of text, but | 05:25:50 |
| 3 | perhaps zero. | 05:25:52 |
| 4 | BY MR. HUDIS: | 05:25:54 |
| 5 | Q.   When you engaged in your accessibility | 05:25:54 |
| 6 | to review, in particular, the txt file, access -- | 05:25:57 |
| 7 | accessible at one time from the Internet Archive | 05:26:00 |
| 8 | web site, did you go through the rest of the 1999 | 05:26:03 |
| 9 | standards to look for OCR errors? | 05:26:07 |
| 10 | MR. KAPLAN:  Objection.  Vague and | 05:26:09 |
| 11 | confusing. | 05:26:12 |
| 12 | THE WITNESS:  I did go through more | 05:26:13 |
| 13 | pages and performed the same tests that -- that I | 05:26:15 |
| 14 | had performed on the earlier one, but I had the | 05:26:21 |
| 15 | benefit of the entire text file instead of just | 05:26:24 |
| 16 | the handful of pages I'd recognized. | 05:26:28 |
| 17 | BY MR. HUDIS: | 05:26:30 |
| 18 | Q.   And I did notice OCR errors throughout | 05:26:30 |
| 19 | the document? | 05:26:34 |
| 20 | MR. KAPLAN:  Objection.  Vague. | 05:26:34 |
| 21 | THE WITNESS:  A few.  But I felt like | 05:26:35 |
| 22 | the OCR was working quite well on this document. | 05:26:37 |
| 23 | BY MR. HUDIS: | 05:26:46 |
| 24 | Q.   Mr. Malamud, let's -- | 05:27:00 |
| 25 | A.   I'm not -- | 05:27:02 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

323

| | | |
|---|---|---|
| 1 | Q.    I'm sorry.  It's late. | 05:27:02 |
| 2 |       Mr. Fruchterman -- | 05:27:04 |
| 3 | A.    Yes. | 05:27:04 |
| 4 | Q.    -- if you could turn to page 7 of your | 05:27:04 |
| 5 | expert's report, Exhibit 64. | 05:27:07 |
| 6 |       MR. KAPLAN:  That one almost slipped | 05:27:10 |
| 7 | past me. | 05:27:10 |
| 8 |       (Reporter interruption.) | 05:27:10 |
| 9 |       MR. HUDIS:  Sure.  What he said was I | 05:27:11 |
| 10 | blew past him. | 05:27:20 |
| 11 |       MR. KAPLAN:  Yes. | 05:27:22 |
| 12 | BY MR. HUDIS: | 05:27:22 |
| 13 | Q.    Are you there, Mr. Fruchterman? | 05:27:23 |
| 14 | A.    I am. | 05:27:24 |
| 15 | Q.    Thank you. | 05:27:25 |
| 16 |       As part -- now, looking at page 7, the | 05:27:26 |
| 17 | top paragraph of your expert's report, as part of | 05:27:29 |
| 18 | your accessibility review for the purposes of your | 05:27:34 |
| 19 | expert's report, you reviewed the | 05:27:35 |
| 20 | Public.Resource.Org web site? | 05:27:38 |
| 21 |       MR. KAPLAN:  Objection.  Vague. | 05:27:41 |
| 22 |       THE WITNESS:  Yes. | 05:27:44 |
| 23 | BY MR. HUDIS: | 05:27:46 |
| 24 | Q.    Did you observe on Public.Resource's web | 05:27:46 |
| 25 | site any place where Public.Resource held itself | 05:27:49 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

324

| | | |
|---|---|---|
| 1 | out as making the materials posted on its site | 05:27:51 |
| 2 | accessible to the blind or print-disabled? | 05:27:55 |
| 3 | MR. KAPLAN:  Objection.  Vague. | 05:27:59 |
| 4 | THE WITNESS:  I did not. | 05:28:02 |
| 5 | BY MR. HUDIS: | 05:28:03 |
| 6 | Q.    Except for a placeholder noting the | 05:28:04 |
| 7 | voluntary takedown of the 1999 standards, you | 05:28:05 |
| 8 | could not locate this document on the | 05:28:12 |
| 9 | Public.Resource web site, correct? | 05:28:14 |
| 10 | MR. KAPLAN:  Objection.  Vague. | 05:28:17 |
| 11 | THE WITNESS:  Correct. | 05:28:18 |
| 12 | BY MR. HUDIS: | 05:28:18 |
| 13 | Q.    However, you did search for and access | 05:28:18 |
| 14 | other standards posted on the Public.Resource web | 05:28:20 |
| 15 | site? | 05:28:22 |
| 16 | MR. KAPLAN:  Objection.  Vague. | 05:28:24 |
| 17 | THE WITNESS:  Correct. | 05:28:26 |
| 18 | BY MR. HUDIS: | 05:28:27 |
| 19 | Q.    Mr. Malamud -- I did it again.  My | 05:28:29 |
| 20 | apologies. | 05:28:32 |
| 21 | Mr. Fruchterman, there were no sign-up | 05:28:34 |
| 22 | procedures in order for an Internet user to access | 05:28:36 |
| 23 | the content on the Public.Resource web site, | 05:28:38 |
| 24 | correct? | 05:28:41 |
| 25 | MR. KAPLAN:  Objection.  Vague.  Calls | 05:28:41 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

325

| | | |
|---|---|---|
| 1 | for speculation.  Lacks foundation. | 05:28:43 |
| 2 | THE WITNESS:  Correct. | 05:28:46 |
| 3 | BY MR. HUDIS: | 05:28:46 |
| 4 | Q.    During your review of Public.Resource's | 05:28:51 |
| 5 | web site, you were able to access standards | 05:28:53 |
| 6 | produced by other companies, such as the NFPA, | 05:28:56 |
| 7 | without restriction? | 05:29:01 |
| 8 | MR. KAPLAN:  Objection.  Vague. | 05:29:04 |
| 9 | THE WITNESS:  Yes. | 05:29:08 |
| 10 | BY MR. HUDIS: | 05:29:08 |
| 11 | Q.    There were no requirements that a user | 05:29:10 |
| 12 | be visually impaired to access these other | 05:29:11 |
| 13 | standards documents on Public.Resource's web site? | 05:29:15 |
| 14 | MR. KAPLAN:  Objection.  Vague. | 05:29:19 |
| 15 | THE WITNESS:  Correct. | 05:29:20 |
| 16 | BY MR. HUDIS: | 05:29:20 |
| 17 | Q.    Mr. Fruchterman, for the next series of | 05:29:32 |
| 18 | questions, I would like you to pull out | 05:29:34 |
| 19 | Exhibit 60, which was your supplemental | 05:29:36 |
| 20 | declaration from the HathiTrust litigation. | 05:29:40 |
| 21 | A.    Okay. | 05:29:42 |
| 22 | Q.    And I'd also like you to pull out | 05:29:43 |
| 23 | Exhibit 55, which is the materials we reviewed | 05:29:47 |
| 24 | from the Bookshare web site. | 05:29:52 |
| 25 | A.    Good.  Do I get to put the rest of them | 05:29:59 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

326

| | | |
|---|---|---|
| 1 | away? | 05:30:02 |
| 2 | Q.   Soon. | 05:30:02 |
| 3 | A.   Or are these the only two I need to have | 05:30:03 |
| 4 | out now? | 05:30:05 |
| 5 | Q.   Those are the only two you have to have | 05:30:07 |
| 6 | out now. | 05:30:09 |
| 7 | A.   Okay.  I have those two documents in | 05:30:18 |
| 8 | front of me, Exhibit 55 and 60. | 05:30:19 |
| 9 | Q.   Okay.  So I would like to focus your | 05:30:25 |
| 10 | attention on -- in the supplemental declaration, | 05:30:25 |
| 11 | Exhibit 60, to pages 2 and 3, where you talk about | 05:30:28 |
| 12 | the digital rights management plan. | 05:30:33 |
| 13 | A.   Yes. | 05:30:37 |
| 14 | Q.   Okay.  And similarly, an explanation of | 05:30:38 |
| 15 | the DRM plan on page 18 of Exhibit 55.  And that's | 05:30:43 |
| 16 | the Bookshare web site. | 05:31:04 |
| 17 | A.   Okay. | 05:31:13 |
| 18 | Q.   During your review of Public.Resource's | 05:31:13 |
| 19 | web site, how did their web site compare with the | 05:31:16 |
| 20 | Bookshare web site in terms of employing a digital | 05:31:20 |
| 21 | rights management or DRM plan to protect the | 05:31:23 |
| 22 | digital copies of standards posted on | 05:31:27 |
| 23 | Public.Resource's web site from unauthorized | 05:31:30 |
| 24 | copying? | 05:31:35 |
| 25 | MR. KAPLAN:  Objection.  Vague.  Calls | 05:31:35 |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

327

| | | |
|---|---|---|
| 1 | for a legal conclusion.  Confusing. | 05:31:36 |
| 2 | THE WITNESS:  I didn't find a DRM plan | 05:31:43 |
| 3 | in evidence on the Public.Resource.Org site. | 05:31:45 |
| 4 | MR. HUDIS:  I'd like to take a break for | 05:31:52 |
| 5 | five minutes. | 05:33:18 |
| 6 | THE VIDEOGRAPHER:  Going off the record | 05:33:19 |
| 7 | at 5:33. | 05:33:20 |
| 8 | (Whereupon, a recess was taken.) | 05:33:27 |
| 9 | THE VIDEOGRAPHER:  Back on the record at | 05:39:35 |
| 10 | 5:39. | 05:39:37 |
| 11 | BY MR. HUDIS: | 05:39:38 |
| 12 | Q.   Mr. Fruchterman, when you examined | 05:39:40 |
| 13 | Public.Resource's web site, you noticed a number | 05:39:44 |
| 14 | of standards that were hosted on that web site? | 05:39:48 |
| 15 | A.   Correct. | 05:39:58 |
| 16 | MR. KAPLAN: Objection. Vague.  Asked | 05:39:59 |
| 17 | and answered. | 05:40:00 |
| 18 | BY MR. HUDIS: | 05:40:00 |
| 19 | Q.   Did you notice any restrictions on the | 05:40:01 |
| 20 | ability of an Internet user to copy any of the | 05:40:02 |
| 21 | standards that you saw on Public.Resource's web | 05:40:11 |
| 22 | site? | 05:40:13 |
| 23 | MR. KAPLAN:  Objection.  Vague. | 05:40:14 |
| 24 | THE WITNESS:  No. | 05:40:17 |
| 25 | | |

Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

328

| | | |
|---|---|---|
| 1 | BY MR. HUDIS: | 05:40:17 |
| 2 | Q.    Did you notice any restrictions on the | 05:40:19 |
| 3 | ability of an Internet user to download any of the | 05:40:20 |
| 4 | standards hosted on the Public.Resource's web | 05:40:28 |
| 5 | site? | 05:40:31 |
| 6 | MR. KAPLAN:  Objection.  Vague. | 05:40:31 |
| 7 | THE WITNESS:  No. | 05:40:32 |
| 8 | BY MR. HUDIS: | 05:40:32 |
| 9 | Q.    Did you notice any restrictions on the | 05:40:32 |
| 10 | ability of an Internet user to print any of the | 05:40:35 |
| 11 | standards hosted on the Public.Resource web site? | 05:40:37 |
| 12 | MR. KAPLAN:  Objection.  Vague. | 05:40:40 |
| 13 | THE WITNESS:  No. | 05:40:41 |
| 14 | MR. HUDIS:  Thank you, Mr. Fruchterman. | 05:40:43 |
| 15 | That's all I have. | 05:40:43 |
| 16 | THE WITNESS:  Okay.  Thank you. | 05:40:46 |
| 17 | MR. KAPLAN:  I have no questions at this | 05:40:52 |
| 18 | time. | 05:40:53 |
| 19 | THE WITNESS:  Okay.  Oh, that's right. | 05:40:53 |
| 20 | You get a chance, huh. | 05:40:54 |
| 21 | THE VIDEOGRAPHER:  This marks the end of | 05:40:56 |
| 22 | the deposition of James Fruchterman.  Going off | 05:40:56 |
| 23 | the record at 5:41. | 05:40:59 |
| 24 | (Whereupon, the deposition concluded | 05:41:00 |
| 25 | at 5:41 p.m.) | 05:41:00 |

329

1           CERTIFICATE OF REPORTER

2           I, Kathleen A. Wilkins, Certified

3   Shorthand Reporter licensed in the State of

4   California, License No. 10068, hereby certify that

5   the deponent was by me first duly sworn, and the

6   foregoing testimony was reported by me and was

7   thereafter transcribed with computer-aided

8   transcription; that the foregoing is a full,

9   complete, and true record of proceedings.

10          I further certify that I am not of

11  counsel or attorney for either or any of the

12  parties in the foregoing proceeding and caption

13  named or in any way interested in the outcome of

14  the cause in said caption.

15          The dismantling, unsealing, or unbinding

16  of the original transcript will render the

17  reporter's certificates null and void.

18          In witness whereof, I have hereunto set

19  my hand this day:

20  _____ Reading and Signing was requested.

21  _____ Reading and Signing was waived.

22  ___X___ Reading and Signing was not requested.

23  _____

24  KATHLEEN A. WILKINS

25  CSR 10068, RPR-RMR-CRR-CCRR-CLR

Case 1:14-cv-00857-TSC   Document 60-39   Filed 12/21/15   Page 332 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

330

| A |
| --- |

**AAP**
165:10
**ABBYY**
284:3,12,17 285:1,3,11
289:2,14 290:7 291:1
294:1 295:5,21 312:8
**abide**
135:7
**ability**
85:19 118:1 135:21
145:22 166:17 327:20
328:3,10
**able**
28:6 44:25 56:8 86:9
98:2 142:21 147:17
155:17 156:7 159:21
167:21 266:9 278:2
291:9 300:13 311:2,4
316:15 319:22 325:5
**above-entitled**
2:10
**absence**
18:15
**Abstract**
5:6
**abuse**
167:11,19
**accelerator**
26:25 27:5,7
**accept**
171:13
**acceptable**
153:9
**access**
5:16 78:6 117:22 118:1
118:3,6,13,15,22
122:3,14,17,23
126:25 134:20 135:5
139:8,14,19,24
140:11,21 141:5,11
141:18,24 147:6
148:16,22 155:5
159:18,22 163:4
164:6 171:11 180:14
181:9 182:1 183:21
196:6 197:2 198:3

200:13,22 201:5,15
221:12 222:23 223:23
224:2 232:13 233:25
234:16 236:1,4,6
238:24 239:21 240:6
245:5 250:10 259:7
261:6 266:10,16
270:25 271:2 275:5
278:10 293:15 322:6
324:13,22 325:5,12
**accessibilities**
258:14
**accessibility**
118:5 184:17 249:20
250:1,8 251:12
252:10,17 257:12,19
258:2,14,21,24
259:11,15 262:23
263:14 264:11,24
265:6,12,18,24
266:21 267:9 268:2
274:16 276:19 277:11
277:15,22 278:5,10
279:3,25 280:4,6,9
281:3 283:8,11,21
284:11 289:21 290:4
291:4 294:3,17 295:5
295:18 322:5 323:18
**accessible**
63:24 88:9 99:9 105:13
118:14 145:3 146:5,6
146:17 147:9 159:18
160:11 169:11 181:20
194:13,15,23 195:5
195:25 198:21 199:25
205:3,14 206:15
217:11 220:4,21
248:4 250:10 259:13
260:1,6 266:12
277:19 286:4,6,16,22
287:1,4,7,17 288:3,5
288:10,14,21 299:14
299:15 302:15 306:11
320:1 322:7 324:2
**accessing**
119:24 135:8 148:10
148:14 153:8 191:2

191:12 192:4,20
193:20 197:24 198:6
198:11 274:22 281:24
**accommodation**
104:21
**accommodations**
165:24
**accomplish**
184:11
**accomplished**
184:10
**account**
35:14 163:2,9
**accounting**
34:19
**accounts**
89:9
**accuracy**
46:14 290:13,16
**accurate**
14:4 16:2 123:20 161:5
186:16 226:1
**accurately**
11:12 153:10 154:5,18
170:15 190:8
**achievement**
19:14
**acknowledge**
10:4 174:17
**acquire**
86:5 97:15 116:15
119:17 302:21
**acquired**
40:3,10 41:11
**Acquiring**
193:13
**acquisition**
118:20,25 192:14,25
193:2,6,16,22,24
194:7,13,23 195:5,10
**Acrobat**
294:21 296:1
**Act**
127:23 171:9
**acting**
139:3
**action**

2:12 4:11 9:22 91:12
**active**
67:16 68:7 72:17 73:4
74:8 82:23
**actively**
129:20
**activists**
108:14
**activities**
74:18 76:19 166:18
194:21 195:2
**actor**
138:17,19
**actors**
139:1
**actual**
83:16
**adaptive**
181:25 197:12 239:23
**add**
46:19 99:7 105:14,15
117:7 294:19 314:6
314:13
**added**
87:25 113:25
**adding**
56:4
**addition**
134:6 142:22 153:4
**additional**
28:13 114:12 188:12
229:16 251:23 260:16
**address**
9:10,13,14,15,16,18
45:21 49:9 144:13
164:24 165:3 259:19
**addresses**
45:17
**addressing**
197:1
**adds**
203:15 313:22,24
314:3,11,18,20
**ADHD**
149:12
**adhere**
221:22 227:13

**administrative**
48:3 81:18
**Adobe**
116:5 294:21 295:25
**advance**
197:12
**advantage**
100:16 106:3
**Advertisements**
243:21
**advice**
128:17 211:6
**advocacy**
81:19
**affairs**
48:8 212:2
**affect**
249:22
**affiliated**
33:23
**affordable**
186:6
**AFTERNOON**
4:5 143:8
**agency**
181:22
**agenda**
80:7
**agent**
171:13 172:9
**agents**
171:17
**ago**
173:9 180:6 185:15
217:2,19 218:6
**agree**
55:22 91:12 129:20
145:6,14,25 146:1
150:18,25 151:17
152:1 159:1,8 160:6
164:9 180:22 181:10
182:3 183:25 221:20
234:12 239:9 240:10
247:7
**agreed**
91:18 100:3
**agreeing**

**agreement**
128:25 135:7,15,17,21
175:1,2,8 248:10,12
255:17,23 256:3
257:1
**agreements**
112:18,23 127:17
165:12,13,17 169:1
230:3
**agrees**
220:10
**ahead**
38:25 116:2 121:24
197:18 220:25 259:21
259:22
**Ai**
271:4
**al**
1:5 6:19 8:7 229:9
**Albania**
301:10
**Alexandria**
3:14
**align**
147:10
**Alison**
180:7
**alive**
67:18
**allay**
133:2
**allegations**
209:19
**allow**
103:3 165:19 230:4
232:16
**allowed**
171:24
**allows**
88:1 128:7 156:4 164:1
238:21
**alluded**
280:16
**Ally**
237:2
**aloud**

56:9 196:8 198:24
199:16 200:8 259:9
264:17 266:19 270:1
272:1 273:5,13
291:10 293:1 315:3,8
315:19 316:9
**alphabet**
45:14
**alternate**
198:10
**alternative**
197:23 198:6
**Alto**
9:12,19 74:24
**Amazon**
119:7 133:16 134:10
166:5 297:12
**Amazon.com**
83:25 296:4 297:21,23
298:5
**amendment**
5:15 127:22 128:3
129:5,14,21,25
133:10 145:20 157:21
157:22 158:13 163:23
164:1 169:15 170:22
171:23 172:4,6,7
180:18,24 181:8
182:7 210:11
**America**
247:15,17 248:13
**American**
1:4 8:5 132:7 164:22
164:23 165:2 167:8,9
167:17 189:16 301:1
301:2 302:3,5
**amicus**
210:17 236:24
**amount**
218:5 322:2
**analyzed**
31:18
**analyzes**
293:5,7
**Android**
85:8
**and/or**

251:25
**announced**
40:18
**annual**
160:23
**answer**
7:22 10:21 11:5,8 13:5
16:5 45:12 49:21
51:4,24 67:21 68:2
79:7,10 83:12 90:20
94:7,11 107:17
122:22 125:9 137:24
157:17 218:19 221:18
221:19 225:5,8 227:8
227:20 251:17 301:3
**answered**
15:6 61:4 76:5 99:22
107:19 263:2,4
303:14 327:17
**answers**
156:2
**anticipated**
320:9
**antithesis**
206:10
**anyplace**
111:22
**anyway**
256:25
**apart**
92:24 95:24 116:23
253:7
**apologies**
144:8 324:20
**app**
84:7 85:8 94:8
**appeal**
236:20,23 237:4
**appealed**
236:16
**appeals**
7:5 237:8,23
**appear**
120:17 136:21
**APPEARANCES**
3:1
**appeared**

2:9 137:25 321:13
**appears**
173:25 175:7 195:1
   214:14 233:2
**appellate**
228:23 237:5
**Apple**
94:8 97:11,16
**apples**
103:23
**appliance**
57:20,24 59:7 61:15
**applicable**
155:19 163:10
**application**
5:7 30:7
**applications**
51:20 52:13
**applied**
17:2,3,11,16,22 18:9
   279:20
**applies**
92:11 126:21
**apply**
158:10
**appreciate**
131:6 183:11 238:13
**approach**
198:23 247:23 276:18
   277:9 280:3,12,13,15
   280:19 281:2
**approaches**
277:19
**appropriate**
252:1
**approve**
166:18
**approximately**
40:21 55:14 196:17
**archive**
253:8,21 296:9 317:9
   317:11,14,17 318:7
   318:14,18,24 319:10
   319:14,17,24 320:14
   320:16 322:7
**Archive's**
7:10 242:4

**Archive.Org**
317:5 319:21
**area**
20:9 45:7 82:15 153:15
   157:8 168:1 187:3,17
**areas**
17:22 51:14 77:5
**arena**
187:9
**Argosy**
49:6,8
**argued**
238:9,11
**argumentative**
33:24 74:10 87:23 89:7
   89:19 95:7 96:4,19
   97:1,7 99:3 100:5
   103:6 106:10,23
   112:15 113:2 114:5
   115:22 117:3 118:24
   120:20 127:15 129:6
   129:19 134:4,12
   136:7 165:6 167:23
   187:18 196:20 208:23
   209:4 224:3 227:5
   255:24 260:12 278:25
   281:12 292:12 301:19
   302:24 312:19
**Arkenstone**
4:24 53:4,6,21 54:4,11
   54:16,22 55:1,6,8,16
   55:25 56:1,2,10,11,17
   56:21 57:1,2,6,12,16
   58:11 60:6 62:21
   63:21 65:6 66:14
   67:10,12,22 68:21,25
   69:4 70:15,25 71:8,11
   72:10 76:2,13,14
   186:13
**array**
168:14
**art**
109:22 177:2
**article**
5:18 180:5 185:14,16
   242:1,7
**asked**

15:5 61:3 76:4 94:4
   99:21 156:1 157:8,8
   171:8 191:9 251:15
   253:16,17 263:1
   283:7 295:2 303:13
   327:16
**asking**
60:10 154:21
**aspects**
81:16
**assemblage**
209:24
**asserted**
210:3
**asserting**
246:23
**assess**
260:25 274:17 278:10
**assessing**
276:18 277:10,14
   278:5 279:21 280:3,5
   280:11 281:2
**assessment**
55:22 109:10 113:25
   114:4 153:7 156:5
**asset**
65:7,12 66:20,21 67:3
   67:10 68:7 72:9 76:2
   76:22 77:1
**assets**
41:7 55:9,16
**assign**
93:6 306:5
**assigned**
71:10 119:4
**assigning**
70:21
**assignment**
71:7
**assistance**
177:8 178:2
**assisted**
141:13
**assistive**
5:23 88:2,6 139:14,17
   139:25 141:13 147:5
   190:21,21 191:10

196:14 266:14 273:15
   274:19 275:2 283:24
   289:13
**associate**
26:1
**associated**
33:1 46:11 53:24 88:2
   88:6 95:12 137:7
   162:10 192:3 193:20
**association**
1:5 8:6 131:22 132:7
   138:2 164:21 165:2
   165:18 166:17,23
   167:8,17 189:16
**associations**
209:8,9
**assume**
56:14 196:21
**assumed**
159:21
**assuming**
41:8
**ASTM**
11:19
**Atlas**
63:22 64:17,25 66:4
**atoms**
28:4
**attached**
14:14 37:16 38:6 269:3
**attachments**
14:19,20 15:15 215:5,6
**attempt**
299:3 307:25 317:13
**attempts**
277:18
**attention**
149:11 183:2 202:2
   251:24 326:10
**attorney**
182:21 329:11
**attorney-client**
227:21
**audible**
10:11 198:1
**audio**
170:8 199:7,8 200:7,23

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 335 of 386
Confidential Videotaped Deposition of Dr. James Fruchterman
Conducted on September 8, 2015

333

auditory
269:24
August
161:13,15
auspices
139:3
authenticating
224:8
authentication
224:7
authenticity
143:21 176:3,6,8
author
172:9,12 190:24 244:1
authorities
152:12,19,25
authority
109:8,14,22 151:14,22
152:5,22
authorized
128:7 129:25 130:4
169:16 181:19 182:10
232:22
authors
6:17 7:6,12 159:16,24
168:10 171:17 189:24
201:10 208:18 209:6
209:8,11 229:8 232:9
237:24 242:4 248:2
author's
172:8
autism
149:11
automated
113:24 278:9,12,24
279:3,16 280:2
automatically
319:24 320:17
avail
127:16
availability
253:24 298:4 300:2
available
50:25 68:17 94:12
98:14 104:7 106:8
109:21 113:7 114:1
207:11 208:1

125:18,25 128:9
134:10,19 135:8
139:7 145:22 148:10
164:3 169:17 170:17
199:7,25 201:13
213:2 223:22 226:16
228:1 230:21 233:24
244:13 245:4 250:2
260:10 283:25 293:6
297:11 299:13,15,21
309:17 319:16
Avenue
9:19
average
216:19 217:14,18
301:8
avoid
105:6
aware
12:21 96:14 172:10
291:21
a.m
2:4 8:1,11

**B**

B
256:18
bachelor's
16:13,16 17:2
back
21:1 29:18 32:24 43:14
64:14 74:13 91:9
106:4 131:2 133:19
136:21 143:9 144:3,9
167:1 175:24 176:18
185:10 208:14 222:8
222:9 249:4 262:20
273:24 282:24 283:5
304:20 306:17 327:9
background
21:7,22 29:13 35:12
123:15,16 229:23
245:18
balance
159:13
bananas
121:2
bar

56:15
barely
56:13
bargain
159:12 180:12,21
189:20,25
based
16:11 51:25 54:16
58:17 59:3 145:11
149:16 155:11 159:17
161:10 165:24 188:21
212:10 213:9 219:12
220:18 223:11 224:23
225:9 226:9 258:2
272:19
basic
274:18
basically
24:4 86:3 209:25
267:13 268:7 273:5
basis
161:5 226:20
bear
169:24
bears
242:5
becoming
100:13 174:3
beginning
119:19
begins
8:4 91:7 185:8 249:2,3
behalf
105:11 135:17,19
136:1
beings
121:7
believe
12:20 15:21 28:1 56:20
62:9 63:7 64:22 66:2
66:7 67:6 75:4 77:17
78:24 79:19 83:17
87:12 88:20 89:20
93:4 116:15,22 130:3
172:19 174:23 175:16
176:13 178:10 201:17
205:12 209:7 210:21

213:9,25 214:22
215:3,11,12 217:15
224:6 226:12 227:24
242:2 247:16 251:11
256:20 258:5,23
263:3 265:2 295:17
317:21 320:6
believed
247:1
Beneficent
5:10 72:4 74:22 75:10
76:16 82:24 98:20,24
144:2
beneficiary
109:1
benefit
53:7 75:5 81:12 123:17
156:18 157:24 159:17
263:16 322:15
Benetech
33:3,4 55:5,17 72:6
74:15,19 75:8,15,17
75:20 76:1,8 77:6
78:4 79:23 81:3 82:6
82:9,12,19,24 83:4,10
84:3 85:4 87:20 89:4
90:1 96:5 138:11,13
138:15,21,21,24
139:2 145:10 161:11
163:19,20 164:17
169:16 170:16 175:11
175:15 176:4,15,25
177:6,13 178:4,10,22
179:4 185:19,22
186:3,17 248:9
Benetech's
106:21 178:15
Bengineering
76:21
best
41:5 48:10,18 58:2
72:8 76:10 90:12
92:1 93:9 100:2
101:2 222:21 297:8
297:10
beta
83:18

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 336 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

334

**better**
39:10,19 54:12 177:25
**beyond**
13:12 57:11 60:5
  126:11 164:17 194:11
  196:10 228:6 262:12
  298:8,16,23 299:8
  303:15 309:1 317:20
  318:20
**big**
44:22 92:5 181:9
  271:16 301:25
**bigger**
123:13
**binding**
113:20,21 309:22
**bindings**
117:10
**Bite**
304:19
**black**
123:14,15
**blew**
19:4 323:10
**blind**
5:25 32:19 60:19 62:25
  63:25 70:11 78:5
  122:24 125:3 140:15
  150:14 153:3,17,17
  169:22 170:10 182:1
  186:7 190:22 191:11
  196:15 197:12,14
  210:20 222:22 257:13
  257:19 258:3,8
  259:10,14 260:2
  261:4,10,15,17,17,22
  262:24 263:20,21
  264:10 266:8 270:12
  272:22 273:7,18
  274:3,10,18 275:4,12
  275:17,24 276:4,9
  281:10,14,18 283:9
  289:3,12 293:19
  298:20 299:5 301:1
  301:14,16,23,24,24
  302:4,5,9,13,17,19,21
  303:12 306:11 324:2

**blindness**
86:8,23 150:11 153:5
  239:4 262:16 282:1,5
  300:14 301:25 302:2
  302:10
**Blind's**
301:2
**blog**
242:21
**blow**
22:24
**board**
52:18 79:21 80:2,5,13
  81:24 188:9,10,22
**board-level**
80:14
**body**
83:24
**Bokser**
43:7
**bona**
164:4
**bono**
177:20 178:9 254:6,10
**book**
58:12,16,21,22,23,25
  59:5,7,14,23 60:16,23
  61:10,11,13,14 62:5
  65:14 104:25 105:6,7
  105:18 113:19 114:8
  114:14 125:2,18
  126:3 130:14 137:15
  141:25 142:5,5,13
  147:19 148:6 153:25
  154:1,14 162:5
  190:20,25 191:1,2,10
  191:16,16 196:14
  198:2 207:13 208:1,2
  208:6 209:25 213:11
  216:20 217:11,20,22
  218:20,21 219:5
  220:3,21 221:2
  222:18 230:20 239:7
  245:23 246:8,18
  263:17 274:4,5,10,13
  297:11 300:23 301:10
  302:12,14

**books**
48:4 99:6 100:4,18
  105:14,23 106:8
  114:1 126:22 133:12
  134:19 135:20 145:22
  146:5,9,13,16 147:22
  162:10,11,13 164:2
  169:17 172:12 181:20
  191:3,12 199:5,6
  201:4,11,12 205:3,15
  207:10 216:3 217:14
  217:17 218:2,10,15
  218:16 219:11 220:2
  222:19 223:10 225:16
  230:22,25 244:21
  245:11 299:12 300:16
  300:17 302:1
**Bookshare**
5:13 82:1,6,16,18 83:3
  83:6,18,20,22 87:21
  87:25 88:15,22 89:10
  90:3 92:21,23,25
  94:13,19,22 95:3,4,13
  95:17,19,25 96:1,17
  99:7,13 100:4,17
  101:15,19 103:3
  104:7,18 105:13,16
  106:2,8 108:20,23
  109:2 110:2,12,24
  111:6,7,17,22 112:12
  112:17,24 113:7,14
  113:16 115:20 125:17
  126:16 127:1,6,10
  128:20,22 129:3,17
  129:24 130:13 131:13
  131:16 132:2,23
  133:13 134:19 135:4
  135:6,14 136:23
  137:2 138:7,8,9,12,16
  138:23 139:4,6 141:1
  143:19 144:22 145:2
  145:9,18 146:12
  147:7,22 148:3,9,11
  149:3 150:1,5,17,24
  151:13,21 152:9,14
  153:11,16 154:4,6,19
  155:5 156:12 157:10

157:16 158:12,18,20
  160:20 161:1 162:3
  162:25 163:2,4,9,19
  163:21,24 164:5
  165:4,11 167:10,19
  168:13,20,23 169:10
  169:13 172:23 173:12
  174:1,3,11,18 175:2,6
  175:7 176:23 182:9
  184:8,12 187:2 189:9
  190:6,9 195:23
  218:11,12 219:11,14
  221:7,11,13 226:10
  247:2 325:24 326:16
  326:20
**Bookshare's**
99:1 100:13,17 101:24
  102:8,22 112:3 122:2
  122:13,17 126:6
  130:7 135:9 136:6
  139:20 143:18 146:17
  148:15 171:4 172:15
  226:2
**Bookshare.org**
189:4
**Bookshelf**
89:5,22 90:4,11 91:22
  92:11,13,17 93:9
  96:16 97:5
**Boolean**
121:3
**bordering**
71:5
**bottom**
68:24 146:22 174:5,8
  180:9 201:8 202:17
  233:11,12 234:20
  240:21 247:18 264:7
  269:18 276:16 285:19
  307:12 314:22 319:9
**bound**
156:20 158:1
**Bowes**
49:13
**box**
174:6,14,16,24
**Brady**

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 337 of 386
Confidential Videotaped Deposition of James H. Fruchterman
Conducted on September 8, 2015

335

3:3 8:19
**Braille**
140:12,16,18,19
142:11,12 147:14,15
147:17,20 170:8
194:18 196:9 197:10
197:14,25 199:2,5,16
200:3,5,6,23 202:7
265:25 266:10,22
267:2,10,14,14,24
268:3,6,7,9 269:10,11
269:15 270:9,10,13
270:14,15,16 274:7
**Brailler**
199:2,16
**brain**
53:17
**brain-injured**
262:3
**branched**
186:20
**brand**
270:19 279:12,17,24
**breach**
241:4
**breadboxes**
39:14
**break**
10:18,20,22 90:25
104:15 142:25 207:21
208:8 248:17 282:8
327:4
**brevity**
243:2
**bridging**
321:8
**brief**
210:17 236:24
**brings**
158:4 234:17
**broad**
164:18 168:14
**browser**
88:2 140:1,3 288:15
294:5 295:24
**browsers**
283:25

**Bruce**
26:1
**build**
25:13 185:24
**building**
22:6
**built**
61:9,20 62:5 140:1
289:13 316:14
**bullet**
170:20
**bunch**
23:17 28:2 45:19 84:1
279:4 290:17 293:2
**bureaus**
45:24 49:11,20
**burn**
42:1 215:21
**business**
9:13,16,18 22:5,6 33:5
33:18 35:15 45:10
47:18,21 49:10 54:25
144:1 175:10 176:6
178:15,23 189:23
212:3
**Butler**
320:14
**buy**
119:7 162:7 285:13
**buying**
162:11 292:6
**bylaws**
81:8

———————
**C**
———————
**C**
8:2 22:3
**Caere**
40:3,6,7 41:7,10
**Caere's**
40:17
**Calera**
4:16 33:2,4,9,18,23
34:3,5 35:21 36:1
37:24 38:8,18,20 39:7
39:22 40:2 42:16,21
42:24 43:3,6,25 48:7
48:9 56:4 58:15

186:14,15 188:9,21
**Calera's**
36:18 38:5 39:3 41:6
54:16
**California**
2:5,5,8 3:20,21 8:14,15
9:12,18,19 16:13 17:6
53:7 74:25 75:3,5
329:4
**call**
64:10 75:17 82:22 84:7
216:9 277:9
**called**
16:24 25:15 41:12
49:11 53:3 59:7
163:22 245:17 264:11
**calls**
13:2 33:13 63:17 67:4
70:8,24 71:13,21 72:3
72:20 73:21 82:20
84:14,23 87:11,17
88:19,25 89:25 90:8
90:14 92:16 102:10
103:13 106:14 107:10
113:9 127:4,13 130:1
130:9 131:18 134:22
135:11 139:10 143:22
178:16,24 179:8
182:11,19 188:18
210:5 213:8,17
221:15 224:4 227:8
228:11 245:6 254:7
283:16 324:25 326:25
**Caltech**
17:15 25:25 28:12
**camera**
268:23 269:3,5
**candor**
32:6
**capabilities**
39:18 232:15
**capacity**
35:7 225:16
**capital**
34:19
**capital-backed**
186:11

**Cappaert**
3:12 8:20,20 9:24
161:19,21
**caption**
329:12,14
**captioning**
224:25
**capture**
108:16 297:23
**captures**
162:1
**card**
39:14 56:5 58:15,18
**care**
35:13 92:7
**carefully**
121:16 242:14 281:20
**Carl**
307:23 320:13
**case**
8:9 11:19,21,25 16:4
57:22 112:20 182:16
184:8 185:18 195:22
204:16 209:13,16,18
209:23 210:17 211:4
211:11,14 212:14
247:20 255:4 252:6
255:10 256:24 275:4
303:23,23 310:7
**cases**
140:17
**cassettes**
199:7,8
**CAST**
279:20,24
**catalog**
172:11
**catalogs**
296:16
**catch**
15:12
**categories**
263:22
**category**
17:4
**cause**
2:10 23:25 40:16 197:6

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 338 of 386
Confidential - Videotaped Deposition of Chanda R. Frauenhagen
Conducted on September 8, 2015

336

204:17 310:1 329:14
**ceased**
79:16
**center**
23:3,9,10,13,15 24:20
104:20 235:16 279:20
**centered**
115:14
**centers**
23:12
**CEO**
47:8,17 48:20 54:21
78:14,20,22 79:1
**cerebral**
53:17 86:8
**certain**
45:18 46:13,22 81:22
120:25 158:11 217:22
219:3 250:1 252:10
280:20 302:13,16
303:8
**certainly**
20:8,9 24:23 62:13
101:19 209:6 264:5
273:12 279:9,11
280:8 294:13 321:17
**certainty**
303:1,4
**certificate**
305:15 329:1
**certificates**
329:17
**certification**
239:17
**certified**
2:7 232:14 234:3
235:15 238:23 329:2
**certify**
329:4,10
**certifying**
155:10
**CFO**
47:12,25 48:13
**Chafee**
5:15 127:22 128:2,5,6
129:5,13,21,25
133:10 145:20 157:21

157:22 158:13 163:22
164:1 169:14 170:22
171:22 172:6,7
180:17,18,20,24
181:4,15,18 182:6
183:3 210:11
**chairman**
54:22 78:15,22 80:1,2
80:19
**chairman's**
79:15
**challenges**
257:12,19 258:2
259:10 262:23
**chamber**
27:19
**chance**
328:20
**change**
90:22 215:10,14 216:6
216:7 217:5 218:22
221:4 224:20,22
225:9,12 251:22
271:16
**changed**
76:13 172:20 219:4
**changes**
165:16,17,21,23
166:13 167:5 269:23
**changing**
271:17
**chapter**
191:1,6,10,19 192:12
192:17,20 196:18
**character**
29:24 30:1,8,17 32:14
33:20 36:15,20 37:10
44:4,11 45:16,19
46:17 113:22 115:1
193:9 200:21 202:22
284:18 320:24
**characteristic**
39:9
**characteristics**
202:21
**characterize**
60:21 64:1 100:10

245:11
**characters**
37:14 46:19 246:8
311:4
**charge**
96:7,13 162:4 234:25
235:9
**charged**
96:23 97:4 110:1,12
**charitable**
76:18,19
**charity**
53:8 55:4 75:22
**chart**
68:20,24
**charter**
76:15,18
**cheaper**
39:10 54:12 292:14
**check**
114:20 138:1 174:6,14
174:16,24 254:24
311:13,18 313:2,10
313:16,22 314:11,19
**checked**
314:3
**checking**
165:20 314:15
**checklist**
277:25 281:3
**chief**
34:17 48:1 81:6,9,11
81:21,22 236:24
**children**
146:10
**child's**
125:2
**choose**
121:11
**chop**
113:20 117:10
**chopping**
309:22
**chose**
289:23 291:23
**Chris**
242:21

**Christopher**
320:14
**Circuit**
7:4 237:23
**circumstance**
95:25
**cite**
216:19 225:15
**cited**
218:1 300:14
**cites**
217:13
**citing**
235:12 241:5
**citizens**
57:20
**Civil**
4:11 13:4 221:16
227:10
**claim**
36:19 67:17
**claimed**
70:6
**claims**
209:16
**Clancy's**
222:17 223:1,9
**Clara**
20:8,8
**clarification**
254:2
**clarify**
10:16 13:17 14:6
**class**
105:1
**classroom**
146:11
**clause**
159:2,6
**clear**
128:15 138:15 139:2
144:18 164:17 243:3
**clearer**
103:12
**client**
98:23
**close**

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 339 of 386
Confidential - Videotaped Deposition of James K. Fraustermaug
Conducted on September 8, 2015

337

216:17
**closed-circuit**
265:19 269:6 276:7
**cloud**
133:17 134:10 166:5
**clutter**
151:4
**coauthored**
180:5,7
**code**
35:5 57:6,12 58:8
59:23 62:4 63:9
64:24 66:21 84:20
87:14 88:22 92:13,22
92:23 96:12 158:14
163:23
**coins**
44:14
**colleague**
9:24 21:5
**collect**
22:22
**collected**
73:17
**collecting**
174:1
**collection**
99:7 105:16 112:17
114:1 213:2,19
**collections**
104:6 222:25
**colors**
271:18
**Columbia**
1:2 8:9
**column**
233:12,13 234:21
238:16 240:22,23
**combination**
124:21 140:2 142:8
271:5
**combined**
35:12 169:2
**come**
11:4 15:12 61:15,22
62:2 104:24 112:4
244:25 245:5 294:14

**comes**
109:20 156:21 158:24
251:23 281:24
**comfortable**
167:9,18
**Coming**
64:4
**command**
22:23
**commencing**
2:3
**comment**
165:19 242:12,17
246:13
**commentary**
229:16
**comments**
242:7,10 243:4,7,18
**commercial**
289:9,15
**committed**
247:21
**committee**
189:15,17
**common**
30:7,19,23 31:1,3 46:4
58:23 104:23 115:2,6
115:17 123:18 178:18
203:19,21 204:18,19
204:20 224:7 245:12
264:9,21 270:7 273:6
274:9 277:10 312:17
**commonly**
55:5,19 84:7 142:4
268:20 269:2,25
275:14 282:1,5
283:25 289:2 293:18
**commons**
148:17
**communicated**
36:7
**communications**
13:3,6 41:12 227:9,22
**community**
100:16 106:3 108:2
167:20 180:13 186:3
221:12

**companies**
19:22 28:10,15,15,18
28:25 29:4 32:25
35:8 49:9 62:10
246:10 325:6
**company**
18:16 20:4,6,16 22:1,3
22:8 23:5,6,8 25:3
28:23 29:20 33:7,9,10
33:17,21 34:6 35:10
40:17,22 41:11,14
44:3,4,5 46:9 48:4
53:3,6,24 54:25 55:3
73:19,23 74:6,21 75:3
75:20 80:9,13 92:4,5
145:12 186:12
**compare**
290:6 311:7 326:19
**compares**
285:4 291:17
**compensation**
167:22 254:12,17,22
255:16 256:23
**competence**
30:21 31:9 32:10,21
33:14 39:6 40:14
156:4
**competent**
109:8,14,22 151:13,22
152:4,12,19,22,25
**competitor**
285:5 291:18
**competitor/collabor...**
236:25
**compilations**
176:25
**complaint**
16:5
**complementary**
49:25 50:6
**complete**
37:9 109:19 175:14
294:25 329:9
**completed**
86:3
**completely**
11:6,12 61:6 107:19

114:15 122:24 153:17
276:4,9 278:9
**completing**
17:2
**complex**
217:18 218:2
**complexity**
217:20 219:13,15
220:2,20 221:3 305:3
306:3,5,9 312:22
**compliance**
260:25
**complicated**
75:14 121:20 219:3
**complies**
182:9
**complimentary**
111:11
**components**
188:8
**compound**
31:9 36:16 38:1,10
49:7 50:1 51:11,22
52:8,16 57:18 58:13
60:8 62:23 63:23
84:5 85:6 87:22 89:6
97:18 102:11 134:23
240:14 248:8 252:14
267:21 289:7 315:12
**comprehensive**
152:18 178:10 183:24
222:24
**comprehensively**
52:1
**comprises**
144:1
**computer**
23:6 28:22 29:16 56:3
57:21,22,23 88:9
200:7 264:15 270:25
283:24 294:2
**computer's**
58:19
**computer-aided**
329:7
**computer-synthesized**
264:17

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 340 of 386
Confidential Videotaped Deposition of Dennis R. Frustenberg
Conducted on September 8, 2015

338

comp'ed
161:4
conceive
322:1
concentrate
129:13 305:16
concentrating
189:7
concentration
16:25 17:19
concept
131:16
concern
100:15,24 106:7
132:20 168:4
concerned
131:13 167:7 176:7
201:11
concerning
302:4
concerns
101:22 102:22 132:17
133:2 164:24 165:3
252:19
concluded
223:12 328:24
conclusion
33:14 63:18 67:5 70:9
70:24 71:13,22 72:3
72:20 73:22 82:21
84:14,23 87:11,17
88:19 89:1,25 90:8,15
92:16 107:11 113:10
127:4,14 130:2,10
134:22 135:11 143:23
178:17,25 179:8
182:12,20 210:6
224:4 228:12 254:8
300:2 327:1
conditions
174:11,18 175:1,5
conduct
76:22 308:10 315:4,9
316:1,20 318:13
conducted
296:17
confidential

1:15 77:6,12,17,21
90:17,21 91:13
130:23,25 131:2
165:8
confirm
149:4 152:13 155:17
215:4
confirmed
152:4
confirming
291:8
confirms
151:14,23
confused
193:23 209:9 307:2
confusing
193:17 194:24 195:12
196:2,19 197:5
200:16 205:19,25
206:9 207:2 226:22
230:13 233:6 235:24
237:15 240:14 241:10
261:13 263:2 271:24
273:10 277:3 288:23
290:10,22 296:24
298:7,14 299:25
308:16,25 311:1
315:22 316:4,12,23
317:19 320:4 321:24
322:11 327:1
confusion
220:12
conjunction
80:13
connected
76:22
connection
255:18
consent
64:6 143:1 175:19
consider
258:14,20,23 264:23
265:6,11,17,23
266:21 267:8 268:2
281:14
considerations
303:16

considered
269:9
considering
275:19
consistent
42:23 43:5 50:13 51:14
235:25 250:9,16
consortium
205:10,23
constantly
257:7,8
Constitution
121:2
constraints
96:13
consumers
168:10 289:12
consummated
40:19
contacted
138:5
contain
176:12 207:13
contained
229:17 248:10 251:5
320:25
containing
309:11,15 319:11,15
content
13:19 31:4 43:8 50:12
107:13,22 108:6,7
112:13,23 113:7,8,12
113:15 118:2,20
119:10,13,15,17
120:25 121:6,17,17
122:3,18 124:2 125:5
130:6 134:9 139:24
140:11,21 141:5,11
141:18,24 166:3
167:21 171:14 172:9
177:5,5 178:3,7,11,13
178:21 192:4,8
193:20 195:21 230:24
250:2 252:10,18
253:2 260:10 266:11
274:5 275:20 276:25
277:1 280:9 293:15

309:12 310:19 311:3
319:11 324:23
contents
120:8,16 176:2 239:22
context
44:8 49:21 85:16,21
88:5 109:13 138:19
139:1 146:25 191:24
194:8 195:18,24
212:5 245:15 247:12
261:20 272:24 273:1
273:3 275:1,12 281:4
290:4,17 297:2
continue
76:25 111:18 158:22
216:1 259:18 294:23
continued
5:1 6:1 7:1 54:11
continues
186:8
continuing
239:15 240:22 319:19
321:14
contractor
218:4,7
contractors
178:9 218:9
contracts
48:5 111:24
contrary
41:9
contrast
123:14 217:9 271:17
271:17
contribute
231:19
contributing
190:24
control
29:10 53:16 113:25
114:3,13,19,25
116:24 117:12,16,18
125:17 126:11 236:1
236:4 293:5,13
controls
34:20 241:14 263:18
293:3

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 341 of 386
Confidential Videotaped Deposition of James R. Prescott
Conducted on September 8, 2015

339

**conversation**
47:6 75:18 167:6 173:7
193:15 194:10
**conversations**
13:18 101:13,20
106:17 165:24 166:14
**converse**
166:23 299:20
**conversed**
167:4
**conversion**
290:5,7
**convert**
202:12 289:4 292:20
293:19
**converted**
204:2
**converting**
217:18
**converts**
239:25
**convinced**
190:2
**Cool**
243:22
**copies**
30:20 105:13 114:15
128:8 136:20 169:19
230:5,8 231:17,20
326:22
**coprocessor**
39:14 58:18
**copy**
120:4 127:11 128:22
132:22,23 135:7
165:18 191:19 230:20
231:1,11,13 263:17
302:14 303:25 309:21
327:20
**copying**
158:9 226:14 227:25
247:24 248:1 288:12
326:24
**copyright**
57:7,14 58:9 59:24
62:6 63:10 65:1 67:2
68:24 84:21 87:15

88:23 92:14 98:24
126:20,23 127:1,17
127:21,23 128:24
129:4,8,11 134:20
135:4,7 145:19
156:20 157:19 158:8
158:17,25 159:3,11
160:1 163:22 164:16
169:9 170:4,5,23,24
171:9,15,18 172:4,6
189:15 209:19 232:22
245:22 246:19 321:20
**copyrightable**
42:24
**copyrighted**
95:9,11 107:8 113:8,12
127:11 128:9 135:3
135:13 136:10 137:11
148:20,22 155:5
158:10 163:8 164:2,7
171:12 173:12 238:25
**copyrights**
4:16 5:10 7:12 42:21
242:5
**core**
198:1
**corner**
144:19 230:17
**corp**
22:4
**corporate**
72:5 75:16 82:23 83:1
**corporation**
53:8 75:5 81:12,13
82:16
**correct**
11:2,6,8 13:25 14:10
15:25 16:15,18 17:7,9
17:12,25 18:4,13,22
19:5,9,12,16,19 20:3
23:4 25:21 27:1
34:13 36:2 37:19
39:23 47:10 49:2,4,18
50:21 54:24 59:9
60:21 65:9 74:22,23
75:1 77:12,13 79:3
80:23 93:12,22 94:7

98:7 99:12 102:25
104:7 107:23 112:8
116:8 128:17 129:1
137:3 139:5 147:24
180:8,19 203:1 208:2
249:13 261:23 275:25
276:5,12 281:7
284:24 297:18,22
310:13 312:12,16
316:13,24 319:12
321:3 324:9,11,17,24
325:2,15 327:15
**correctly**
97:10
**cortical**
262:16
**cost**
39:15 160:25 216:20
217:11,14,16,20
218:2,4,19,23 219:22
221:4 306:10
**costs**
160:18 217:16 218:3,5
218:8,25 220:3,21
221:1 305:8,9
**counsel**
3:1 8:16 11:2 12:11,23
13:6,21,24 14:2,7
38:3,13 48:6 68:13
77:13,19 90:24 91:10
98:12 142:24 143:25
151:1 161:7 165:15
165:18 174:15,22
175:9 177:9,20 178:3
178:9,9 179:10
183:11 184:23 189:12
190:13 194:4 203:2
211:5,10 214:16
220:5 229:12 237:22
238:5,10 243:1 251:7
255:8 256:2,25 263:6
303:17 307:16,21
309:11,15 310:6,11
310:20 312:8 315:2
329:11
**counsel's**
139:2 176:1 191:21,23

221:23 227:13
**count**
177:12
**counterfeit**
47:1
**countries**
110:10,21 161:2
**County**
20:9
**couple**
10:2 23:16 209:10
298:24
**Courier**
37:20
**course**
22:25 117:15,23
124:11 178:14,22
181:2 282:20 307:19
**courses**
18:7
**court**
1:1 2:10 6:16 7:4 8:8
8:25 10:8 11:22,23
12:9 21:10 26:8 31:8
208:20 228:22,23
237:5,8,23 239:15
240:24 251:16 303:25
**court's**
229:1,8 236:16 237:6
239:10 240:11
**cover**
137:22 305:15 321:7
321:17
**coverage**
209:12
**covered**
126:23 129:12
**covers**
196:4 294:10
**co-owner**
73:25 74:7
**CPU**
58:19
**crawled**
29:16
**create**
28:5,5 32:18 161:10,11

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 342 of 386
Confidential - Videotaped Deposition of Anne K. Taylor Fleming
Conducted on September 8, 2015

340

169:3 179:5 183:17
199:5 212:9 230:4
267:13 283:2 284:19
287:24 288:4,10,25
**created**
31:4,13,23 50:23 68:14
76:7,16,21 83:14
116:12,23 122:4,14
147:9 161:9,17
168:12 173:7 177:6
178:3,8,11,13 207:15
217:10 287:3,6
309:21 320:17,23
**creates**
319:25
**creating**
30:19 31:14,24 177:9
287:18
**creation**
15:23 185:19
**creative**
148:17
**credentials**
109:10 152:21
**credibility**
190:1
**criteria**
149:17
**CSR**
1:25 329:25
**curious**
193:14
**current**
29:10 71:19 74:5 75:13
123:19 172:18,19
216:5 217:21 225:17
291:14 292:13
**currently**
48:25 240:2
**Curriculum**
4:12
**custom**
45:5 46:17,20
**customer**
39:20 47:18 54:1
**customers**
34:4,8 35:6 36:7 39:4

45:22 46:7,22 47:3,21
49:12 50:10 53:19,22
**customizable**
60:22
**customization**
34:7
**customized**
200:23
**cut**
218:19
**C-A-E-R-E**
40:3
**C-H-A-F-E-E**
128:5

---

**D**
**D**
3:12 8:2
**DAISY**
205:1,2,10,13,13,22
206:2,23 207:5,8,13
207:25 208:1,2,5
244:13,17,20,22,25
245:5,8
**DAISY-processed**
207:25
**Dan**
223:9
**Daniel**
222:17
**data**
22:22 26:5 108:17
174:1 176:25 241:4
**database**
46:12,15
**date**
8:10 69:3,10,11 83:16
83:17 99:18,23 170:5
175:8 214:6 224:23
225:10 229:10 242:5
**dated**
184:3 185:23 214:13
216:2,21 219:6
**day**
11:6 329:19
**days**
77:9 91:13 111:16
**DC**

11:21
**deaf**
270:13
**deaf/blind**
270:8
**deal**
35:6 40:16,18
**dealing**
157:25
**deals**
47:21
**dealt**
168:4
**decade**
164:21
**decent**
212:1 240:16
**decide**
77:25 125:17
**decided**
238:6
**decision**
7:5 228:24 229:10,18
236:16 237:6,23,25
238:12 240:3,17
**declaration**
6:4,9 210:24 214:1,2,2
215:4,14 216:10
217:1,4,10 219:6,9
221:10 222:11 224:17
224:23 225:10 226:24
227:3 234:24 235:8
235:13 241:5,8
304:13,21 306:4
325:20 326:10
**declarations**
210:16 211:21 212:12
**DECtalk**
188:10
**dedicated**
142:19
**defects**
24:3
**defendant**
1:9 3:17 6:11 8:23
182:15 250:3
**defendants**

209:22 210:3 212:9
228:22 229:24 230:2
230:8 232:9 234:23
235:7
**defense**
307:16 309:11,14
310:6,11,20 312:8
315:2
**defenses**
210:2,8
**deficit**
149:11
**define**
23:20 29:7,24 37:3
73:16 85:16 109:13
118:2,19 281:23
301:4
**defined**
109:23 128:8
**defines**
301:7
**definition**
37:2 117:21 118:21
181:18 182:10,17
210:21 250:9,17
260:15 263:23 281:1
282:4 290:15 300:22
301:5
**definitions**
150:10 286:23
**degree**
16:10,13 17:5,16 25:5
**delay**
105:18
**delete**
137:23,23
**deleted**
159:4
**deliver**
218:15
**delivered**
208:1,6
**delivering**
39:20 205:3,14 207:9
**delivers**
83:24 169:3
**demand**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 343 of 386
Confidential Videotaped Deposition of Annette R. Trunzentnage
Conducted on September 8, 2015

341

216:23 298:19 299:4
299:23 300:11 301:15
302:20 303:11
**demonstrative**
251:25
**Department**
112:4,10 218:14
**depending**
119:3 204:5 293:9
312:21
**depends**
94:23 204:11,13
**deployed**
107:21
**deponent**
329:5
**Depos**
8:13 9:1
**deposed**
11:14 12:4
**deposition**
1:13 2:1 7:18 8:4,13
10:1,3 12:12,16,17
14:8 15:23 21:11,12
30:15 41:15 50:14
68:8 69:13 77:9 91:8
98:8 143:6 179:22
185:2,6,9 190:15
208:12 211:15 229:3
237:11 241:19 248:25
249:3 303:19,21
304:4,11 305:13
310:1,1,7 328:22,24
**depositions**
320:7,12
**depository**
235:16
**derivative**
319:25
**derivatives**
319:22
**describe**
61:2 80:18 83:3 92:20
147:21 156:3 162:21
168:23 170:15 185:21
231:12 244:17 269:19
310:19

**described**
45:6 47:3 53:19 55:19
83:20 116:10,24
117:18 122:5 128:21
142:4,4 162:20 194:1
194:21 197:6 203:14
209:19 282:1 308:10
308:18
**describes**
197:10 198:14 231:9
235:11 240:24 262:9
**describing**
82:25 131:20 162:16
193:12 274:11
**description**
4:8 5:2 6:2 7:2 117:8
146:2 186:16 188:20
189:3 190:13 222:17
223:2,9 225:21 226:1
239:10 240:11
**descriptions**
147:21 216:23,25
229:16
**design**
22:20 37:7,13 164:25
165:3 278:8
**designate**
77:11 91:1
**designated**
9:22
**designations**
91:14
**designed**
27:8 56:3 57:20 59:1
60:17 61:6 62:25
84:8 85:9,14 114:25
155:2 274:17 278:21
**Designers**
37:7
**desire**
299:13
**desktop**
56:15
**despeckling**
202:19
**destination**
45:18 63:1

**destruct**
22:23
**detail**
79:9 212:21 221:7
292:19
**details**
128:11
**detect**
23:23 24:2 27:8 115:1
**detected**
27:21 28:3
**determination**
155:20
**determine**
299:3,4 308:2,12,21
317:15 318:22 319:22
**determined**
109:6
**determining**
157:12
**developed**
32:8,17 46:22
**developer**
47:20
**developing**
5:19 186:2
**development**
47:22 76:25 81:15
**developmental**
107:1 108:3
**device**
26:10 56:2 88:9 266:11
268:6,17 269:2 311:3
**devices**
268:7
**devote**
216:25
**diagnoses**
262:11
**diesel**
25:13
**difference**
167:3 285:16,17
290:12
**different**
23:17 28:1 36:17,18
37:7,8,10 39:19 45:1

58:22 59:5 61:6 74:4
75:16 82:13 94:1
105:2 131:8 132:8,11
146:9 150:4 157:2
167:15 169:5 204:7
207:14 210:25 217:13
253:4 258:6 270:5,6
275:3 285:15 286:10
288:15 289:17 293:9
294:6 302:7 315:17
**differentiate**
166:11
**differently**
131:9
**difficult**
155:13
**digital**
30:20 31:5,14,25 82:3
92:11 100:3,18
116:10 121:6 133:8
133:12 134:18 139:8
141:18 142:9 164:2
168:2 170:8 171:9
172:16,16,21 183:19
200:9 207:11 212:17
213:6 222:24 226:2
230:4,8,20 231:1,7,17
231:19,20,25 232:11
232:19 233:4,8,15,22
233:23 234:5 235:10
235:22 238:21 239:20
239:22 240:12 241:15
245:9 247:22 263:17
266:10 267:17,20
268:6,7 287:4 299:23
326:12,20,22
**digitally**
31:4 117:11 127:10
128:22 207:9 287:6
**digitization**
230:9,19
**digitized**
104:5
**dilatory**
21:6
**direct**
171:25 202:2

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 344 of 386
Confidential - Videotaped Deposition of Dennis R. Prusentinsky
Conducted on September 8, 2015

342

**directed**
12:18
**directions**
18:10
**directly**
139:20 140:17 183:15
193:9 195:21 200:24
202:7
**director**
26:2 48:25
**directors**
80:3 81:24
**disabilities**
53:11,12,14,15 60:18
61:7 78:5 82:4 84:9
85:10,12,13,15,17
86:11,13 99:9,11
104:22 107:1 108:4
109:17 122:3,14,17
126:25 128:10,10
130:8 131:11 145:5
145:23 149:14 150:12
150:12 152:4,13
156:15,17 158:23
164:5 169:4,13,18,23
170:11,25 180:15
182:2 183:22 186:24
187:2,4 189:22 192:3
193:21 201:16 205:4
220:4,22 226:12,18
228:2 232:14 234:3
238:23 239:5 240:10
249:21 258:7,11
259:6,17 260:15,20
260:24 261:10 262:10
262:12 266:14 275:20
281:16,19,22 282:4
299:1,13
**disability**
85:18,25 86:4,6,14,16
86:20,22 97:17,22
98:6 101:15 102:3
109:3,6 149:5,19,24
150:7,22 151:11,15
151:21,24 155:4,12
156:5,8 159:23
163:10 180:13 196:6

239:1,1,11,18 263:15
274:22 276:22,23
277:24
**disabled**
76:15 104:17,20,24
105:3,9 132:22 201:4
205:15 234:8 262:5
277:21
**disagree**
301:20
**disciplinary**
137:6,9
**disclose**
13:13 76:17 77:9,21
**discontinue**
137:25
**discount**
46:5
**discover**
305:3 308:5
**discovery**
137:7
**discuss**
179:14,15 250:15
258:10
**discussed**
65:6 102:1 122:15
126:12 142:23 165:9
172:22 192:2 193:19
196:5 223:21 228:7
250:10 265:3 275:7
306:3
**discussing**
21:7,21,22 126:16
**discussion**
26:17 64:13 175:23
221:9 227:2 260:10
263:11
**dismantling**
329:15
**disorder**
149:12
**display**
265:25 268:9 269:10
269:12 270:9,10
**displayed**
272:21

**displays**
200:6,24 269:15
**distinction**
281:9 285:16,17
286:15,20 288:18
**distinguish**
223:20
**distinguishing**
138:23
**distribute**
127:11 128:23
**distributed**
169:20
**distribution**
158:9 170:1 183:17
226:15 228:1
**district**
1:1,2 6:16 8:8,8 135:18
136:12 228:22 229:1
229:8 237:6
**dive**
248:18
**Diverse**
46:3
**divide**
47:14
**divides**
219:11
**divine**
147:4
**division**
23:8 82:18,23
**divisions**
132:8
**DMCA**
171:13,16,20 172:2
**docket**
214:16
**doctors**
109:16
**document**
4:9,22 5:5,14,22 6:3,8
7:9,13 21:17 30:9,24
31:13,18,23 37:6
41:22 42:2,8 45:8
50:20 51:5 56:9
68:14 69:5,20 74:17

86:5 119:25 120:1,2
120:18 121:14,18,19
123:8 124:3 143:13
152:16 161:9,12
180:4 184:4 185:13
194:25 196:7 197:17
198:2,20 199:10
214:21,23 215:5,7
216:1 224:19,20
226:23 229:21 241:23
241:25 242:23 251:13
252:23 261:12 263:12
267:14 271:11 272:7
277:2,19 287:11,18
287:24 288:13,13,20
293:6,10 296:24
298:3,11,15,25
300:12,14 304:2
305:23 306:22 307:10
311:25 312:10 313:1
314:4,20 317:24
318:8 322:19,22
324:8
**documents**
14:13 15:19 30:3 31:19
45:25 46:1 62:10
85:24 184:18 191:3
191:12 207:10 213:24
214:22 241:1 300:25
304:11 305:3 325:13
326:7
**doing**
20:21 25:4 35:9 38:15
45:16,18,19 46:4
83:18 96:14 166:16
174:10 193:8 289:24
295:9,15 299:17
317:20
**dollars**
285:9 292:15,16,16
306:13
**Dolphin**
270:24,24
**domain**
127:18 128:25 148:16
232:21
**donate**

Case 1:14-cv-00857-TSC    Document 60-30    Filed 12/21/15    Page 345 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

343

100:3
**donations**
111:25
**dotted**
81:23
**double**
115:18
**double-check**
124:10
**doubt**
143:20
**download**
98:2 118:16 140:5,8,17
162:9 163:8 167:21
297:6,15 328:3
**downloaded**
135:14 136:22 137:15
140:25
**downloading**
100:17 193:10
**downloads**
136:12 162:8
**dozen**
180:6
**Dr**
26:1,4,20
**draw**
183:2
**drawn**
180:20
**DRM**
172:24 326:15,21
327:2
**drop**
181:14
**dropping**
145:16
**drops**
203:15 313:16
**dual**
81:10
**Duke**
3:13
**duly**
2:11 9:5 329:5
**dust**
23:22,23,25

**duties**
35:15 47:23 48:11,19
79:13,23 80:2,18,24
**dyslexia**
18:19 53:14 86:8 87:4
155:12 266:17 275:21
**dyslexic**
43:18
**D.C**
3:6

_____
**E**

**E**
8:2,2 40:8
**earlier**
106:16 117:8 122:5
166:3 172:22 192:1
193:15 194:10 280:17
322:14
**earliest**
188:21
**early**
29:19 40:10 79:16
165:18 279:19
**earthquake**
29:18 304:15,17
**easier**
93:5 121:6 180:14
**easily**
136:14 137:19 201:13
311:2
**easy**
57:19 64:1
**eBook**
84:8 85:9 88:1 94:2
142:20
**eBooks**
169:12 244:3,8,12
**economic**
159:15 160:2 180:16
**ed**
101:3,7 131:12 157:15
157:18,25
**edge**
36:23
**edition**
252:20 283:8
**education**

16:9 19:17 105:14
112:4,5,9,10 132:10
156:22 157:11 181:15
181:24 218:14 300:16
**educational**
1:4 8:6 19:14 109:18
131:11 132:6,18
252:20 305:24
**educator**
135:18
**educators**
301:23
**EFF**
14:2
**effectively**
94:24 101:14 108:16
155:14 166:22 239:2
**efficiency**
167:2
**efficient**
283:3
**effort**
217:17
**eh**
132:15
**eight**
185:15
**either**
28:14,21 61:13 80:13
86:13 88:2 120:6
122:23 128:23 139:24
153:17 182:22 196:21
208:1 258:18 297:15
310:5,6 319:4 329:11
**elaborate**
80:3
**elapsed**
77:10
**electrical**
16:20 18:5,10 19:1
22:14 27:24 28:22
29:9,10
**electronic**
14:2 116:11 200:6
201:13 245:25 263:18
296:18 297:3,15
299:21 307:16 308:2

308:13 310:10 317:9
317:15
**element**
263:13 291:9
**elementary**
27:9,21
**elements**
117:17 188:16 207:14
277:23
**elevated**
279:21
**eligibility**
157:12
**eligible**
108:23 110:23
**emboss**
267:12
**embosser**
267:10,15 268:8
**embossers**
200:5
**emit**
24:1
**emotion**
149:13
**employ**
117:11
**employed**
22:12 23:2,14 24:21
25:2 29:5 35:22
241:15
**employee**
177:12
**employees**
23:16 138:21 139:3
177:6 178:4,8
**employing**
326:20
**encompass**
121:12
**encompassed**
194:10
**encompasses**
207:11
**encountered**
203:22 204:1
**endeavor**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 346 of 386
Confidential Videotaped Deposition of James B. Fenton Page
Conducted on September 8, 2015

344

28:17
engage
125:23
engaged
24:24 322:5
engagement
184:17
engaging
165:12
engine
25:13,14 119:6 289:24
engineer
19:1 22:14 43:7
engineering
16:17,20 18:5,10 19:21
    19:23 21:23,23 25:5
    28:22 76:24
engineers
51:15
engines
20:20 204:21 294:6
    295:25
English
149:15
enlarged
194:17 274:9
ensemble
56:8
ensure
158:21 164:18 167:17
ensuring
160:2
enter
255:17
entered
230:2
enterprise
18:25 20:5 22:7 186:5
entire
15:21 73:18 77:11
    105:6,7 154:21
    172:11 191:16,16
    242:23 254:5 311:25
    312:14 314:19 321:9
    322:15
entities
75:16 77:7 102:21

181:19 209:10
entitled
4:9,14,19,22 5:5,8,14
    5:18,22 6:3,8 7:9,13
    171:9 242:3
entity
82:23 83:1 128:7
    129:25 130:4 156:13
    169:16 182:10
entrepreneurial
186:1
environment
28:2
environmental
186:25 187:17,25
epileptic
280:22,24
equating
261:9
equipment
49:13,16 57:24
equivalent
30:5,10 174:7
eReader
97:11
error
115:17 123:25 124:8
    124:24,25 125:10
    204:6,12,13,18
    290:25 312:23
errors
115:3,6 124:9 125:1
    203:14,19,22,25
    278:18 290:18,19,24
    312:18 313:3,4,10
    314:5,6,9,11,20
    320:25 321:5,12,15
    321:19,21,22 322:1,9
    322:18
especially
119:16 131:12 173:4
ESQ
3:4,12,19
essence
180:11
essentially
37:13 81:7 156:1 162:8

171:8 187:24 205:11
established
156:13
estimate
113:11
et
1:5 6:19 8:6 229:9
evaluate
184:17 249:25
evaluation
252:10,17 253:24
evaluations
253:1,9,18
events
125:7
everybody
183:20
evidence
251:23 327:3
evolution
38:18
exact
24:18 99:23
exactly
25:24 77:4 217:23
    310:2
EXAMINATION
4:4 9:7
EXAMINATIONS
4:2
examine
242:10 308:17
examined
2:12 9:6 275:18 314:4
    327:12
examining
284:16 293:10
example
31:6,12,23 37:14,17
    44:13 85:23 88:10,11
    119:18 120:1,8,25
    123:12,12 125:4
    126:24 135:16 142:11
    147:10 204:14 239:4
    247:1,23 262:16,17
    263:18 266:16 270:2
    270:8 278:23 280:19

280:23 287:5,9,18
    288:10 300:9 321:11
examples
150:10 152:19 153:1
    196:11 264:1
Excel
293:11
exception
111:13 126:20,23
    128:24 129:4,9
    157:19 163:21 164:16
    170:23 189:21
exceptions
127:17,21 129:12
exchange
230:7
excited
132:14
excluded
234:8
excluding
159:6
exclusively
169:22 170:9
excuse
33:4 90:3 203:1 218:18
executive
35:11,13 81:6,9,11,21
    212:3
exemption
145:19 158:25 159:3
    159:11,20 160:1
exhibit
4:8,9,12,14,19,22 5:2,3
    5:5,8,12,14,18,22 6:2
    6:3,8,15 7:2,3,9,13,19
    7:20 12:10,12,16,18
    14:9 21:11,12 34:10
    41:15,19 42:16,22
    43:2 50:14,18 51:2,19
    52:3,23 53:2 68:8,12
    68:20 69:13,19 70:7
    71:3,20 72:1 73:4,20
    74:14 78:23 98:8,11
    98:18,22 124:5 143:6
    143:13,21 144:1,12
    144:12,21,25 146:3

147:25 148:24 150:9
152:11 153:2,23
154:10 155:7 156:10
160:11,15 162:23
163:16 168:8 169:8
171:2 172:14 173:21
175:5 176:3,18,21
177:5 178:3,8,14,22
179:6,19,22 180:3,10
181:1 182:25 185:6
185:13,16 188:2,25
190:15,19,25 191:15
192:12 193:25 194:9
194:22,22 195:9,25
196:13 201:7 202:16
204:25 208:12 214:3
214:9,12,17 215:10
217:8 219:10 221:10
222:1,10,12,17
224:17 226:1,8 227:4
229:3,7 230:17
234:18 236:13 237:11
237:21 238:15 240:20
240:23 241:19,23
242:20 246:16 247:6
247:10 248:25 249:8
251:5 252:7 257:7
303:20,23 304:3,10
304:22 305:13,20,23
306:4,20 309:5 311:7
314:23 319:20 323:5
325:19,23 326:8,11
326:15
**exhibits**
4:7 5:1 6:1 7:1,17
69:18 213:23 214:25
251:25
**exist**
278:17
**existence**
13:18 33:11 38:3 69:3
184:9
**existing**
56:6
**exists**
184:12
**expanded**

199:24
**expect**
124:6,24 274:21
**expense**
105:18 218:17
**expenses**
254:23
**expensive**
54:13
**experience**
226:9 259:9
**experienced**
262:24
**experiments**
27:8
**expert**
7:14 9:23 13:7,9 14:11
14:12,18 15:24 16:4
16:12 149:3 184:16
210:19,22,25 211:4
239:19 249:19 251:3
251:9,20 252:5 255:8
298:16 307:3
**expertise**
109:17 155:18 250:23
**experts**
255:8
**expert's**
29:22 211:11,19
248:16 249:9 251:5
251:10 252:4,7
256:12 257:5,6 259:1
269:18 283:5 306:17
314:23 323:5,17,19
**expiration**
71:25
**expired**
71:23
**explain**
79:9 252:1
**explained**
189:19
**explaining**
171:20
**explains**
226:24
**explanation**

102:5 103:2 105:20
319:20 326:14
**explanations**
102:7
**explicitly**
167:4
**explore**
153:22
**express**
100:15 106:6
**expressed**
100:24 101:22 102:21
132:21 184:11 303:16
**expression**
160:8
**extant**
33:8
**extensive**
168:9 241:1 263:11
**extent**
13:2,5 19:7 61:8 227:8
232:3
**extra**
40:8 159:2
**extreme**
204:14
**extremely**
181:2
**eyes**
262:17
**e-mail**
3:8,16,23 163:14

**F**

**face**
209:7
**faced**
257:13,19 258:2,15,21
**fact**
197:7 299:9,20 300:13
301:13 302:6,18
307:20 309:25 310:5
316:7
**facts**
216:2 300:5
**faculty**
213:2 224:8 234:8,10
**fair**

29:22 191:22,24 210:8
**fake**
57:22
**fall**
17:3 285:12
**fallen**
277:20
**familiar**
11:23 51:16,25 52:10
52:18 114:7 127:22
190:20 208:17 212:2
234:14 285:7
**familiarity**
212:20,24
**familiarize**
41:21 50:19
**Fantasy**
247:15,17 248:12
**far**
16:2 77:17 176:14
179:9 302:8
**fast**
25:13
**faster**
25:14 54:12 183:22
**feature**
46:21 89:8 92:18,20
93:5,10 95:19,21
96:17
**features**
36:6 169:1
**fed**
115:18
**federal**
11:22 13:4 208:20
221:16 227:10 256:6
**Federation**
210:20
**fee**
93:14,19 94:5,6,8,10
94:12,14,16,18,23,25
94:25 95:3,12,25 96:1
96:7,23 97:4 110:1,6
110:11 162:10 163:10
255:8
**feed**
56:16 115:18

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 348 of 386
Confidential - Volume III Deposition of Annex K Frankenberg
Conducted on September 8, 2015

346

feeding
35:14
feel
147:17 259:19
feeling
37:13
fees
96:13 111:5,21
fell
54:8
felt
322:21
Fenwick
2:4 3:18 8:14,23 13:24
14:25
Fermi
26:24 27:4
Fiction
247:16 248:12
fide
164:4
field
28:17 37:5 187:12
236:25 259:11 269:4
298:24 301:25 302:2
302:10
fields
186:21
fifth
71:5
figure
195:17
figured
131:3
figures
216:3 217:14 225:17
file
30:10 115:20 116:4,11
116:12,22,25 122:4,5
122:14,18 137:16
140:5,9,16,17 202:13
206:7,11,25 207:16
231:4 285:21 308:7
309:11,15,21 310:10
310:20 311:8,14,19
312:7 315:11 319:10
319:15,23,25 320:15

feeding

320:17,22,24 322:6
322:15
filed
236:24
files
100:4,18 133:12
134:18 183:19 231:3
filling
174:24
final
117:17
finance
34:11,15 35:3,18 47:12
47:24 48:13
finances
20:19
financial
34:17,19,21 48:2,3
73:12 81:22
find
118:14 119:6 124:12
137:16 242:12 253:13
253:25 259:1,21
277:6 279:4,10
296:18 297:6,11,14
297:20 300:13 313:8
313:14,20 314:17
327:2
fine
53:16 64:12 104:3
202:21 262:17 283:18
finely
55:24 79:9
finer
86:13 306:14
FineReader
284:3,12,17 285:1,4,11
289:3,14 290:8 291:1
294:1 295:6,21 312:8
fingerprint
136:6,17 137:23
fingerprints
136:10
finish
107:16
finished
21:22 79:7

first
2:11 28:10 29:19 32:8
42:14 43:1 54:6
69:11 79:16 94:4
119:12 120:15 124:15
148:5 149:14 156:20
163:18 180:9 183:25
184:8 185:21 192:8
192:11,16,19,24
213:25 215:25 216:6
218:3 227:12,15
239:9 243:25 249:17
264:13 272:13 283:6
285:18 309:5 314:10
321:6 329:5
five
327:5
flashing
280:20
flies
43:16
flip
120:13
Floor
3:20
fluids
29:9
focus
118:7 121:11 154:1
257:12,18 258:1
263:8 277:23 326:9
focused
17:21 160:3 258:7
262:22 263:19 309:5
focuses
107:12
focusing
154:17 155:8 272:13
273:1 305:14 317:3
follow
157:10 173:5 277:25
280:12,17
following
19:22 65:11 67:9 77:1
183:4 261:21 268:13
313:2
follows

9:6 225:7
follow-up
78:1
font
37:3,6,9,12,12,18,20
37:22
fonts
36:21,21,22 37:7,8
Footnote
232:6
foregoing
329:6,8,12
foreign
209:8,10
form
30:23,25 44:10 113:15
113:20 118:13 139:14
156:7 191:4 198:21
201:14 206:15 245:25
267:17 269:16 299:23
308:14
formal
19:7,8,10,13,17 57:11
59:22
format
39:19 116:4,7,22 139:8
141:1 169:20,21
170:1,2 205:13,17,22
206:2 207:9,16
244:14,17,18,20,25
245:5 266:7 297:7,7
297:16,16 299:15,21
302:15 310:15 320:2
formats
170:7 299:14
formerly
76:12
forms
45:8,10 201:4 270:6
forward
102:7 181:9
found
55:17 137:11 232:25
233:18 242:17 289:25
318:6,14,16
foundation
14:3 40:14 54:5,18

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 349 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

347

59:16,25 61:18,25
62:7,18 63:6,12,18
64:21 65:3,16,21 66:1
66:6,11,16,23 67:5,14
67:24 68:5 70:9,24
71:13,22 72:3,13,20
72:25 73:6,22 84:14
84:23 85:7 87:11,17
87:23 88:19 89:1,7,19
89:25 90:8 92:16
95:6,16 96:4 97:1,7
97:19 98:1 99:4,16,22
100:6 101:1,11
102:11 103:7 106:10
106:15,24 107:11
108:12,25 110:4,14
111:25 112:7 113:3
113:10,18 114:6,23
115:23 116:14 117:3
122:8,21 123:5
125:13,21 126:9
131:18 133:15,21
134:22 135:11 136:8
137:5 139:11,22
140:7,14,24 141:8,20
142:2,18 144:14
147:2 155:24 156:25
157:6 165:6 168:19
171:6 173:1,23
174:21 178:6,17,25
179:8 182:12 188:19
190:11 202:11 205:9
213:8,17 224:5,13
228:12 236:9 245:7
292:3 301:2 302:5
325:1
**founded**
74:15 130:13 145:13
186:4,17 190:9
**founder**
34:10 35:4,17 47:9,17
48:21 54:22 78:15,20
78:22 79:2
**founding**
108:22 133:19 190:5
**four**
27:25 39:13 188:8

196:11
**frame**
27:25 177:24
**Francisco**
3:21
**fraud**
47:2
**free**
94:12 110:24 111:7,17
160:22 162:3 279:13
285:8,8 289:20,25
290:6 291:21 292:7
294:1 295:8,21 312:9
**Freedom**
55:9,16 65:7 67:9
71:11 72:10 76:2,14
270:20
**frequently**
120:17 137:13 156:1
157:7 171:8,16
206:14 289:10
**front**
12:15 21:8 41:18 50:17
176:19 213:22 237:21
249:7 303:18 304:2
304:12 305:11,15
326:8
**Frontier**
14:2
**Fruchterman**
1:14 2:1,9 4:13 6:5,10
7:15 8:5 9:4,11,20
11:6,14 12:10,15 16:8
19:6 21:5,11,16 29:23
31:12 32:7,24 36:14
41:18 42:13 43:24
44:8 50:17 51:7
52:22 53:3 56:11
64:17 68:11,19 69:17
71:2 74:14 75:25
77:19 82:1 91:8,21
98:10,11,17 99:1
117:6,21 143:12
144:11,15 145:13
155:22 160:17 163:3
165:1 170:13 172:13
176:18 180:2 182:24

185:3,9,12 188:15,24
190:5,18 191:14
192:2 196:14 201:21
202:15 203:12 204:24
208:17 211:9 213:22
214:15 215:8 218:18
219:8 221:6,25
224:16 227:12 228:9
229:6,20 236:12,15
237:14,20 238:4,15
239:9 240:10,19
241:22,23 242:6
243:15,25 247:4
248:5 249:4,7,8,14
254:5 255:17 256:8
257:1,4,11,24 258:13
262:19 264:4 265:5
266:20 268:12 269:17
272:12 274:14 276:16
281:10 282:6 283:2
285:14 295:19 296:15
300:20 304:9,20
305:11 307:15 309:10
310:17 315:6 316:7
317:4 320:10 323:2
323:13 324:21 325:17
327:12 328:14,22
**Fruchterman's**
215:4 248:16
**fuel**
22:20,21
**fulfill**
105:3
**full**
9:10 31:19 73:7 114:12
151:2 183:2 189:4
202:25 223:22 233:25
238:24 251:19 264:7
272:14 274:15 285:18
308:14 309:6 310:18
329:8
**fuller**
14:15
**fully**
226:15 228:1
**full-text**
208:2 232:12,15,23

277:5 315:4,9 316:1
316:20
**fun**
43:17
**function**
120:5,9
**functional**
118:7,11 119:12,20
120:19 121:15 153:6
153:18 192:2,8
193:20 276:18 277:9
277:23 278:6 280:3
280:12 291:9
**functionally**
85:19 276:22 281:23
**fundamental**
263:13
**funder**
112:8
**funding**
111:22 112:3 218:14
**fundraising**
81:19
**further**
169:25 215:12 329:10
**future**
240:8
**F.Supp.2d**
6:20 229:10
**F.3d**
7:8 237:25

---

**G**

**G**
8:2
**gained**
190:1
**garbled**
204:9 214:17 215:1
**gas**
28:2,4
**gases**
29:9
**gather**
180:18 198:15
**general**
25:2 39:9 42:8 44:10
79:23 152:8 164:7

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 350 of 386
Confidential - Videotaped Deposition of Annex A, Plaintiffs Page
Conducted on September 8, 2015

348

165:14,20 179:10
212:19,23 213:18
239:13
**generally**
30:3 80:18 105:4
113:24 115:24 116:3
139:13 149:15 153:14
198:19 230:14 258:9
259:12 269:19,24
271:25 273:5 279:13
281:23 288:3 292:14
292:18 293:12
**generate**
202:7
**generates**
280:25
**gesture**
246:20,22
**gestures**
10:12
**getting**
35:14 39:19 90:17
162:11 195:20 219:2
237:15 307:1
**give**
11:7 15:9 111:9 124:22
165:17 278:23 303:25
**given**
11:5 78:8 118:8 120:2
121:13 196:11 218:4
274:23 283:15 310:20
311:8 313:2 315:2
**giving**
10:5 77:10,10 109:19
189:24
**glad**
77:14
**glass**
268:20
**glean**
272:20 293:14
**global**
145:9
**glow**
25:15
**glyph**
202:22

**go**
21:24 38:13,25 41:20
42:9 43:10 49:18
64:6 85:5 86:10 87:8
87:14 89:16 90:22
93:18 94:10 97:24
98:3 103:22 105:5
116:2 119:7 120:3,12
121:24 124:12 131:2
166:25 171:2 175:17
175:19 179:16 184:24
197:18 215:1,19
220:25 221:6 242:16
242:17 248:16 259:21
259:22 280:20 282:14
292:19 322:8,12
**goal**
293:11
**goes**
106:4 113:24 126:3
161:8 305:7
**going**
14:7 20:23 24:6 25:23
26:9 29:20 41:20
43:11 46:12 55:7
77:5 78:11 79:12
90:18 91:4 105:12
107:16 114:10 122:15
124:12 137:2 143:3
149:9 175:21 176:22
185:3 191:14 204:16
208:9,14 212:8
216:21 217:15 221:22
223:21 233:13 242:16
242:22 243:20 245:15
248:15,20,22 282:7
282:21 283:11 292:18
294:18,24 295:17
296:4 303:25 317:22
318:5 327:6 328:22
**good**
8:3 9:9 26:12 75:23
77:14,20 79:10 90:25
123:23 137:24 174:15
248:17 282:10 325:25
**Google**
137:20 213:10,14

222:18 223:10 230:3
230:4,7,19,21,23,25
231:10,16 279:2,10
289:24 296:18 300:9
300:10 317:20 318:4
318:13,19
**Google's**
222:18
**Google-searching**
308:6
**gotten**
91:15 217:25
**government**
45:11 111:24
**governmental**
181:21
**GPS**
62:24 64:2 70:12
**grab**
96:11
**graded**
79:9
**graduating**
28:12
**grafted**
61:10
**grant**
237:7
**granted**
228:22
**grants**
111:25 145:20
**graphics**
147:11,12,15 207:12
**great**
31:17 35:6,23 47:6
179:20 191:17 221:6
259:16 307:10
**greater**
114:15 217:19,20
**greatly**
199:24 263:16
**gross**
86:13
**group**
37:9 73:8 132:3 159:20
162:11 164:23

**groups**
131:15 158:11 186:25
186:25 259:5
**guardian**
135:17
**guess**
92:7 132:15 216:8
240:2 282:16 297:9
299:11
**guessing**
22:4
**guide**
62:25
**guidelines**
280:10
**Guild**
6:17 7:6 208:18 209:6
229:9 237:24
**guy**
79:25
**guys**
38:14
**GW**
270:22
**G.C.H**
18:18,19 21:24 22:17
22:18
**G.H.C**
18:17 22:16

---

**H**
**halves**
104:15
**hand**
56:12 57:3,13 329:19
**handed**
119:4
**handful**
322:16
**handheld**
268:23
**handled**
255:6
**Handwriting**
46:21
**happen**
214:19 274:12
**happened**

55:3 71:18 137:12

**happens**
203:21 204:1

**happy**
75:16

**hard**
23:24 125:3

**hardware**
38:6,16 39:16 58:15,18
58:24 142:8 188:16

**HarperCollins**
100:8

**Harry**
301:9

**Hathi**
233:8

**HathiTrust**
6:18 7:7 208:19 209:3
209:16,23,24 210:3
210:14 211:11,14
212:14,16 213:1,6,15
214:23 222:19,21
223:2,11,16,19 224:1
224:18 226:19 227:3
228:3,4,10,20 229:9
230:11 231:7,10,12
231:20,25 232:10,19
233:4,23 234:5
235:10,21 236:17,23
237:4,9,24 238:20
239:19 240:11 241:6
241:13,15 304:14,21
306:4 325:20

**HDL**
232:10 233:16 240:5

**head**
195:4

**hear**
166:25 204:7,15

**heard**
40:24 300:21

**hearing**
149:10

**hearsay**
176:10

**heat**
24:1

**held**
26:6,17 64:13 175:23
323:25

**help**
47:5 70:11 79:14
106:25 108:3 127:1,6
144:22 189:21

**helped**
178:11

**helpful**
131:5

**helping**
29:17 47:1 76:15
131:11 156:14 186:22
187:4

**Helvetica**
37:22

**hereunto**
329:18

**hertz**
280:21

**Hewlett-Packard**
35:10 56:5,14 188:11

**hide**
136:13

**high**
299:23

**higher**
40:25 101:3,6 131:12
132:5,10 183:23
216:21 217:23,23

**highest**
16:8 216:23

**highly**
266:12

**high-quality**
218:15 310:21,23

**high-speed**
113:21

**historical**
307:25 308:11,21
317:14 318:6,22

**historically**
292:4

**history**
301:10

**hitting**

23:24 28:4

**hi-fi**
57:24

**hold**
86:9 102:19 165:13

**holding**
239:7

**home**
9:14,15

**homeowners**
29:17

**honor**
189:19

**hope**
111:18

**hopefully**
35:14

**hosted**
307:17 308:3,14,22
317:10,17 318:23
327:14 328:4,11

**hour**
2:3 282:8

**hours**
15:16

**House**
100:9 301:1 302:4

**houses**
29:16

**How's**
179:12

**Hudis**
3:4 4:4 8:18,18 9:7,8
9:21 11:1 12:9,14
13:10,22 15:12 20:22
21:3,10,15 24:7 25:1
26:18 29:21 31:2,11
31:21 32:5,16,23
33:16 34:2 35:20
37:1 38:2,7,13,19
39:2,21 40:20 41:1,17
41:24 42:1,5,11 43:10
43:20,23 44:19 48:17
48:24 49:15 50:4,16
50:21,24 51:3,6,17
52:2,11,20 54:9,20
55:12,21 58:1,7,20

59:13,19 60:2,9,12,14
60:20 61:1,12,21 62:3
62:15,20 63:2,8,14,20
64:3,9,16,23 65:5,18
65:23 66:3,8,13,18
67:1,7,20 68:1,10,16
68:18 69:16 70:13,20
71:1,15,24 72:7,16,22
73:2,9 74:2,12,20
75:24 76:9 77:13,18
78:2,13 79:11 80:4,17
81:2,14 82:5,10 83:2
84:10,16 85:1,11
86:21 87:3,7,13,19
88:4,14,21 89:3,11,15
89:21 90:2,10,19 91:1
91:3,18,20 92:19 93:8
93:17 96:6,15,22 97:3
97:9,14,23 98:4,10,16
99:10,19 100:1,12,22
101:5,21 102:4,14
103:10,17 104:12
106:12,20 107:3,7,15
108:5,15 109:4 110:7
110:17,22 111:12,20
112:2,11,19 113:5,13
114:2,18 115:4,12,19
116:1,17 117:4,19
118:10 119:9 120:22
122:1,11 123:1,9,24
124:4 125:15 126:1,5
126:14 127:9,20
128:1,13,18 129:7,23
130:5,12,18,24
131:14,24 132:4
133:1,4,11,18,24
134:8,15 135:1,23
136:5,16,24 137:8
138:12,18 139:16
140:4,10,20 141:4,12
141:16,23 142:7,24
143:11,25 144:5,10
146:21 147:13 149:21
150:3 151:3,7 152:10
152:23 153:21 154:9
154:23 156:9 157:1
157:20 160:14 161:13

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 352 of 386
Confidential Videotaped Deposition of Former K-1 Presentment
Conducted on September 8, 2015

350

161:15,18,20,22,25
162:14,22 163:11
164:12 166:1,7,20
167:14 168:6,22
171:1 172:5 173:10
173:17 174:4,15,22
175:3,9,19 176:5,12
176:16 177:11,16,22
178:12,20 179:3,12
179:18,21 180:1
181:13 182:8,14,23
183:10 184:5,23
185:11,20 187:15,22
188:23 190:17 191:7
191:23 193:4,18
194:6 195:3,15
196:12,23 197:9,20
198:12 199:13,21
200:18 201:6,20,25
202:14 203:1,6,11,20
203:24 204:8,23
205:16,20 206:5,12
206:22 207:4,17,22
207:24 208:7,16
209:1,14,21 210:10
210:18 211:8 212:4
212:22 213:4,12,21
214:18,21 215:3,17
215:21,24 216:11,13
219:7,18,24 220:7,9
220:14,17 221:5,21
222:6,9,14 223:6,24
224:10,15 225:1,4,11
225:18,24 226:6
227:1,11,16,19 228:8
228:17 229:5,14,19
230:15 231:14,24
232:5 233:10,21
234:11 235:2,5 236:3
236:11 237:13,17,19
238:3,8,10 239:14
240:18 241:12,18,21
242:15,24 243:1,5,8
243:12,14,20,24
244:24 245:14 248:15
248:21 249:6 250:14
250:21 251:2,7,10

252:2,16 253:15
254:4,11,16 255:2,4,7
255:15,22 256:2,7,11
256:15,18,20,25
257:15,17 258:12
260:17 261:19 262:14
263:3,9 265:4,10,16
265:22 266:3 267:1,7
267:16 268:1,11
270:11 271:20 272:2
272:11 273:14 274:1
275:10 276:6,11,15
276:24 277:8 278:3
278:11,22 279:5,15
280:1,14 281:8,17
282:10 283:1,19
284:2,20 285:10
286:9,13,19 287:16
288:1,17 289:1,18
290:3,14,23 291:11
291:24 292:8,17
293:17 294:8 295:2
295:11,16 296:5,10
296:14,22 297:1,13
297:19 298:2,10,18
299:2,19 300:4,19
301:12,21 303:2,9,17
303:24 304:8,18
305:6,18 306:2,23
307:5,7 308:8,19
309:3 310:16 311:5
311:12,17,24 312:5
312:24 313:7,13,19
317:23 318:11 319:2
319:7 320:8,21 321:4
322:4,17,23 323:9,21
323:23 324:5,12,18
325:3,10,16 327:4,11
327:18 328:1,8,14
**huh**
282:16 328:20
**human**
108:14,17 121:7 122:9
122:12,16,23 186:24
187:9 194:16 196:7
198:18
**humans**

204:12
**HumanWare**
74:5
**human-narrated**
199:6
**hundred**
302:23 303:1
**hundreds**
292:15 302:22 303:4
306:13,15
**hurting**
189:22
**hyperactivity**
149:12
**hypothetical**
31:16 32:2 95:6,15
114:23 115:9,16
122:8,21 123:5
125:13,22 126:9
127:4,14 135:12
136:3 137:5 139:12
139:22 140:7,14,24
141:8,20 142:2,18
152:7 202:11 204:4
208:4 220:24 271:13
272:9 276:2 278:15
287:13,22 288:7
300:7

**I**

**IBM**
23:2,6
**IBM's**
23:11
**Icelanders**
46:20
**Icelandic**
46:18,19
**idea**
79:17 212:1
**ideally**
297:6
**ideas**
29:2
**identification**
12:13 21:13 41:16
50:15 68:9 69:14
98:9 143:7 179:23

185:7 190:16 208:13
229:4 237:12 241:20
249:1
**identify**
44:18 45:1 152:12
**identifying**
170:4
**identity**
136:13
**igniting**
22:23
**ignition**
25:15
**illegal**
247:25
**illness**
11:11
**IMAA**
183:16
**image**
116:15,22 123:7 202:6
202:13,18 216:22,25
231:3 271:15 288:20
297:16 310:21,23
**imagery**
26:6
**images**
116:16 122:24
**image-based**
30:25 284:16,18
**image-only**
271:11 272:7 287:10
297:7 310:15 312:7
315:1
**imagine**
147:8 152:20
**impacted**
260:8 261:3
**impaired**
5:24 190:22 191:11
196:15 198:4,25
258:15,22,25 260:11
289:4 293:19 298:21
299:6 303:12 306:12
325:12
**impairment**
153:15 281:25

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 353 of 386
Confidential Videotaped Deposition of Mark R. Frischmann
Conducted on September 8, 2015

351

**impairments**
53:13
**implementing**
172:24 277:22
**importance**
300:18
**important**
158:20 181:3,7 199:3
    201:1 260:4,22 293:5
    300:16 302:7
**impression**
217:25
**improve**
24:3
**improved**
32:14
**Improving**
5:16
**inaccessible**
196:6 201:4 202:13
    263:12
**inadvertent**
137:13
**include**
114:19 165:14 166:2
    170:3 239:5 260:14
    268:8,9,22 275:3,6,13
    275:15
**included**
49:11 53:25 95:20,21
    277:5 295:5
**includes**
109:16 135:4 231:2
**including**
136:10 155:12 156:18
    169:6 229:15 246:1
    261:16 320:1
**inclusion**
246:6
**incomplete**
31:15 32:1 95:5,14
    114:22 115:8,15
    122:7,20 123:4
    125:12,21 126:9
    127:3,14 135:12
    136:3 137:4 139:12
    139:21 140:7,13,23

141:7,19 142:1,18
152:7 202:11 204:4
208:4 220:24 271:12
272:8 276:1 278:14
287:12,22 288:6
300:6
**incorporate**
136:9
**incorporated**
8:6,7,24 70:18
**incorrect**
78:18 215:11 247:3
**increased**
248:2
**increases**
218:2 220:3,20
**incurred**
254:23
**independently**
261:6
**index**
4:1,2,7 5:1 6:1 7:1
    120:8 137:21
**indicates**
153:7 174:25 232:24
**indication**
59:22 299:11 300:11
    302:11
**indicator**
299:16
**individual**
89:9 111:25 138:1
    160:25 173:25 175:2
    234:24 235:8
**individually**
183:15
**individuals**
44:24 160:23 183:18
    226:16,17 228:2
    240:9 260:23
**industry**
131:8,21 132:2,9 138:1
    164:23 165:13 166:23
    166:24 168:5 169:6
    173:4,8
**infinity**
301:6

**inform**
130:14
**informal**
154:25 160:8 182:5
**Informally**
17:21
**information**
5:17,19 13:3 50:25
    77:6,21 78:6 98:14
    109:21 118:8 119:3
    169:9 181:25 221:15
    227:9 246:3 259:13
    264:16,21 270:6
    272:19 275:5 293:14
    293:16 307:23
**informed**
307:20 309:20,24
    310:5
**infringement**
158:17 170:3 209:20
**infringes**
171:14
**ingested**
274:4
**initial**
36:19 83:18 110:1,6
    116:11,12 131:16
    188:3,7 242:13
**initials**
30:16
**initiative**
145:10 163:20
**injury**
53:17
**innovation**
185:24
**input**
168:9 293:13
**inquire**
217:24 219:5
**inquiry**
215:12
**inside**
170:25 316:15,16
**inspected**
290:11
**inspection**

23:24 24:2 136:15
143:24 242:13
**instance**
148:13
**Institute**
16:14 17:6
**instruct**
13:4 221:18 227:7
**INSTRUCTED**
7:22
**instructing**
221:17
**instruction**
13:17 221:23
**instructions**
227:13
**instruments**
27:14,15,16,17
**integrity**
181:5
**intellectual**
149:13 173:4
**intend**
240:7 251:3 252:5,8
**intended**
170:9 234:2
**intending**
173:5
**intent**
38:20 155:21 157:3
**intention**
243:12
**intentions**
130:15
**interact**
147:22
**interaction**
104:17,18 131:21
    132:1
**interchangeable**
81:7
**interchangeably**
138:11
**interest**
71:8 160:2 277:7
**interested**
329:13

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 354 of 386
Confidential Videotaped Deposition of Annex A, Prausitz Page
Conducted on September 8, 2015

352

interesting
186:10 302:9
interests
131:23 168:15 180:16
    189:23
interface
60:23 61:6
interfere
53:15
interferes
85:19 86:7 151:16,25
interject
31:7
intern
24:17 25:9 27:11,12
Internet
7:10 137:17 193:11
    195:21 242:3 253:2,8
    253:9,18,20 279:14
    288:12 296:8 299:22
    317:8,10,14,17 318:7
    318:14,18,23 319:9
    319:14,17,23 320:14
    320:16 322:7 324:22
    327:20 328:3,10
internship
24:10
interrupt
77:3
interruption
177:14,21 193:3
    233:20 323:8
intersection
158:2
intervene
200:2
intervener
210:20
Intervenors
6:12
intervention
122:12,16 198:19
    200:12 274:24
intrinsic
140:1
invention
70:6

inventor
32:12 69:22
inventors
32:13 51:16,24
inventor's
71:8
investigate
184:13
investigated
182:22
involve
13:6
involved
20:18
ionization
28:5
iPad
84:7
iPhone
84:7
issue
166:24 172:1 211:3
    301:25
issued
51:8 69:23 70:22 229:1
    237:9,25 238:12
issues
53:16 80:14,15 153:20
italics
124:20,21,25
item
216:12 256:21
items
176:24 217:4,6 281:3

J

James
1:14 2:1,9 4:12 6:4,10
    7:14 8:5 9:4,11 91:8
    185:3,9 249:4 328:22
January
79:18
JAWS
88:11 270:20 292:15
    293:24
Jerry
189:5,11,14
Jet

25:19 26:21
Jim
131:6 145:13
job
20:10,12 22:13 24:16
    24:19 27:10
join
18:15 108:23 110:2
    149:1 160:20 162:2
joining
102:8 162:3
Jonathan
3:4 8:18 9:21 13:15
    282:7
jon.hudis@quarles.c...
3:8
JPL
26:2
Jr
9:11
judge
212:10
judgment
6:7,14 211:24 212:6,13
    228:21,23 237:7
July
214:13 242:5 246:13
    247:5,9
June
214:7 238:7,12

K

K
3:5
Kaplan
3:19 8:22,22 10:24
    13:1,15 15:5,9 24:5
    24:22 29:14 30:21
    31:7,15 32:1,9,20
    33:13,24 35:19 36:16
    38:1,10,12,24 39:5
    40:13,23 41:23,25
    42:3,6 43:19 44:16
    48:15,22 49:7 50:1,21
    51:1,10,21 52:7,15
    54:5,18 55:10,18
    57:18 58:5,13 59:10
    59:16,25 60:8,10,13

60:24 61:3,18,24 62:7
    62:17,23 63:5,11,17
    63:23 64:6,11,20 65:2
    65:15,20,25 66:5,10
    66:15,22 67:4,13,23
    68:4,13 69:7 70:8,16
    70:23 71:12,21 72:2
    72:12,19,24 73:5,21
    74:9,16 75:21 76:4
    77:3,14,24 78:10 79:6
    79:24 80:11 81:1,4
    82:2,7,20 84:5,13,22
    85:6 86:17 87:1,5,10
    87:16,22 88:12,18,25
    89:6,13,18,24 90:7,14
    90:24 91:2,10,19
    92:15 93:3,15,21,24
    94:15,17,20 95:1,5,10
    95:14,23 96:3,8,19,25
    97:6,12,18,25 98:15
    99:3,15,21 100:5,20
    100:25 101:10,25
    102:10 103:6,13
    104:8 106:9,14,23
    107:5,10,25 108:11
    108:24 110:3,13,19
    111:8,14,23 112:6,14
    113:1,9,17 114:5,22
    115:8,11,15,22
    116:13 117:2,13
    118:4,23 120:20
    121:22 122:7,20
    123:4,22 124:1
    125:12,20 126:4,8
    127:3,13,24 128:4,15
    129:6,18 130:1,9,16
    130:21 131:5,17
    132:19 133:3,6,14,20
    134:4,12,21 135:10
    136:2,7,19 137:4
    138:10,17 139:10,21
    140:6,13,23 141:7,15
    141:19 142:1,17
    143:1,22 144:3,6,8
    146:18 147:1 149:20
    150:2 151:1 152:6,15
    153:13 154:7,20

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 355 of 386
Confidential - Videotaped Deposition of Jennifer K. Frahenthagel
Conducted on September 8, 2015

353

155:23 156:24 157:5
160:7,10 161:7,14,16
161:24 162:6,18
163:6 164:10 165:5
166:6,9 167:12,23
168:18 170:18 171:5
172:25 173:14,22
174:13,20 175:12
176:1,9,13 177:7,19
178:5,16,24 179:7,14
181:11 182:4,11,19
184:2,15,21,25
185:17 187:13,18
188:18 190:10 191:4
191:21 193:17 194:2
194:4,24 195:11
196:2,19 197:4,16
198:8 199:12,18
200:15 201:2,18,24
202:10,24 203:5,8,17
203:23 204:3,10
205:8,18,24 206:8,19
207:1,7,19,23 208:3
208:22 209:4,17
210:5,15 211:3,7,25
212:18,25 213:7,16
214:16,19 215:2,15
215:20,23 218:24
219:16,21 220:5,8,11
220:15,23 221:14
222:3,10 223:3,17
224:3,12 225:3,13,21
226:4,22 227:5,15,18
228:5,11,14 229:12
229:15 230:12 231:8
231:23 232:2 233:5
233:17 234:6 235:23
236:8 237:15 238:2,6
238:9 239:12 240:13
241:9,16 242:8,22
243:2,10,13,19,21
244:19 245:6 248:7
248:19 250:12,19,25
251:14,18 252:13
253:12,22 254:7,14
254:20 255:1,3,5,9,14
255:20,24 256:9,13

256:16,19,22 257:14
257:16 258:4 260:12
261:11 262:7 263:1,5
265:1,8,14,20 266:1
266:23 267:4,11,21
268:4 270:4 271:12
271:23 272:8 273:9
273:23 275:8 276:1
276:10,13,20 277:3
277:16 278:7,14,25
279:8,18 280:7 281:5
281:12 282:7,12,14
283:16,22 284:14
285:6 286:7,17
287:12,21 288:6,22
289:6,22 290:9,21
291:6,20 292:2,11,22
294:4 295:1,9,14
296:2,7,12,20,24
297:4,17,25 298:6,13
298:22 299:7,24
300:6 301:3,7,18
302:24 303:5,7,13,20
304:16 305:5 306:21
306:24 307:1 308:4
308:15,24 310:12,25
311:10,15,20 312:2
312:19 313:5,11,17
313:23 314:1,12,16
315:11,15,21,24
316:3,6,11,18,22
317:1,18 318:1,3,10
318:25 319:5 320:3
320:19 321:2,23
322:10,20 323:6,11
323:21 324:3,10,16
324:25 325:8,14
326:25 327:16,23
328:6,12,17

**Katherine**
3:12 8:20 9:24

**Kathleen**
1:25 2:6 9:1 24:5 329:2
329:24

**Kcappaert@oblon.c...**
3:16

**keep**

103:15 189:25
**keeps**
86:9,14
**kept**
178:22 317:22 318:5
**keyboard**
293:12
**keypad**
58:25
**keyword**
315:4,9 316:1,21
**kid**
137:19
**kind**
27:17 195:6 266:11
  274:20 280:16 293:3
  304:6 321:18
**kinds**
45:3 47:3 207:10
**knocked**
304:6
**know**
10:15,19 11:7 18:20
  38:2 41:10 43:8
  46:25 50:9 64:8,24
  65:4,10 67:8 73:7,24
  74:6 76:8 77:22
  84:24 99:17 113:6
  114:14 116:20 120:13
  121:1,7 123:20
  126:10 131:1,1
  137:12 147:21 169:2
  171:22 176:15 177:3
  179:9 182:15 194:20
  203:13 204:13,15
  209:9 211:23 214:19
  217:23 220:1,10
  236:15 241:24 243:13
  243:15 255:5,11
  256:13 262:21 268:12
  269:13 270:18 279:6
  279:19,23 285:3,13
  285:15 289:2 291:16
  292:9 293:8 295:19
  298:19 302:10 304:7
  305:21 314:7 321:20
**knowing**

45:20 302:9
**knowledge**
41:5,9 86:5 90:13 92:2
  96:10 100:2 303:10
**known**
33:11 55:5 76:12
  123:25 200:9 232:8
  264:18 269:6
**Kurzweil**
32:8,18
**K-12**
132:10 216:23

---

## L

**L**
26:11
**labor**
218:3
**Laboratory**
25:20 26:21,25 27:5
**lack**
40:13 131:18 300:2
**lacks**
63:5,11,18 64:20 65:2
  65:15,20,25 66:5,10
  66:15,22 67:5,13,23
  68:4 70:9,23 71:12,22
  72:2,12,19,24 73:5,22
  84:13,22 85:7 87:10
  87:16,23 88:18 89:1,7
  89:18,24 90:7 92:15
  95:6,16 96:4,25 97:6
  97:19,25 99:4,15,22
  100:6,25 101:10
  102:11 103:7 106:10
  106:15,24 107:11
  108:11,24 110:3,13
  112:6 113:2,10,17
  114:6,23 115:23
  116:13 117:3 122:8
  122:21 123:5 125:13
  125:21 126:8 133:14
  133:20 134:21 135:10
  136:8 137:5 139:11
  139:22 140:7,14,24
  141:8,20 142:2,18
  147:1 155:23 156:24
  157:5 165:6 168:18

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 356 of 386
Confidential - William Joseph Deposition of Chris McEachern Frischmann
Conducted on September 8, 2015

354

leading
145:11 168:11 205:11
289:15 291:8 298:24
leap
181:9
learn
107:1 108:4 148:5
149:1
learned
154:16
learning
53:13 60:18 61:7
149:19,23 150:6,12
151:20,23 192:20
237:2
learning-disabled
262:1
leave
18:15
left
39:22 43:25 48:6 216:9
left-hand
230:17 233:12 240:22
legal
33:14 48:2,8 63:18
67:5 70:9,24 71:13,22
72:3,5,20 73:8,22,24
75:14 76:7 81:17
82:21 84:14,23 87:11
87:17 88:19 89:1,25
90:8,15 92:16 107:11
113:10 117:23 127:4
127:14 128:16,16
130:2,10 134:22
135:11 143:23 153:5
158:1 165:17 169:1
178:17,25 179:8
182:12,20 184:18
189:20 209:16 210:2
210:6 211:6 212:2
224:4 228:12 247:24
254:8 327:1
legally
153:3,17 163:25 172:3
183:15
legs
91:2

length
102:1 226:25
lessoned
200:1
letter
30:5 45:14 181:6
letters
30:2 37:11,16 44:12
45:8,13,13,15,17
let's
21:24 30:8 42:13 43:10
47:14 69:18 76:17
90:20,22 104:2,15
108:19 109:16 119:8
119:11 124:5 129:13
139:17 144:24 146:3
147:16,25 148:24
150:9 153:2,22
154:10 155:7 156:10
160:15 162:23 172:18
179:16 208:7 224:16
277:17 281:21 286:23
290:1,1 300:17
304:20 314:2 317:2
322:24
level
16:9 171:21 208:19
299:4 301:15 303:11
306:5,7,7,9
levels
219:12,15 305:3 306:3
312:23
level-above
82:14
Lexis
7:3 237:16,22
libraries
104:4 205:11,13,23
209:25 213:3,19
230:6 235:14,17
238:22 240:7 241:2
245:8
library
7:11 82:3 83:25 145:3
169:11 212:17 213:6
213:15 222:24 226:10
230:11 231:7,21,25

171:5 172:25 173:22
174:20 178:5,17,25
179:7 182:12 188:19
190:10 202:10 205:8
213:7,16 224:4,12
228:12 236:9 245:7
292:2 325:1
language
109:15 149:15 204:22
246:17
large
23:6,15 27:7,25 44:22
73:15,16 83:24 138:3
138:3 209:25
larger
196:8
largest
27:18 145:3
large-scale
45:8
laser
23:25
lasers
17:22
late
323:1
latest
46:16
launch
132:2 165:11
launched
39:17
law
109:8 156:20,22
157:11 158:25 159:3
159:11 163:22 164:16
173:6 181:7
laws
135:8 158:8
lawyer
129:10 171:10 211:1
lawyers
14:24 189:18
layman
67:6
layman's
70:10 146:1

length
102:1 226:25
lessoned
200:1
letter
30:5 45:14 181:6
letters
30:2 37:11,16 44:12
45:8,13,13,15,17
let's
21:24 30:8 42:13 43:10
47:14 69:18 76:17
90:20,22 104:2,15
108:19 109:16 119:8
119:11 124:5 129:13
139:17 144:24 146:3
147:16,25 148:24
150:9 153:2,22
154:10 155:7 156:10
160:15 162:23 172:18
179:16 208:7 224:16
277:17 281:21 286:23
290:1,1 300:17
304:20 314:2 317:2
322:24
level
16:9 171:21 208:19
299:4 301:15 303:11
306:5,7,7,9
levels
219:12,15 305:3 306:3
312:23
level-above
82:14
Lexis
7:3 237:16,22
libraries
104:4 205:11,13,23
209:25 213:3,19
230:6 235:14,17
238:22 240:7 241:2
245:8
library
7:11 82:3 83:25 145:3
169:11 212:17 213:6
213:15 222:24 226:10
230:11 231:7,21,25

232:11,19 233:4,23
234:5 235:10,22
238:21 239:20,23
240:4,12 241:15
242:4 247:2 296:16
license
73:13 96:13 127:17
128:24 172:8 289:14
329:4
licensed
72:18,23 73:4,20
107:13,22 108:6,9
148:17 329:3
licensing
96:11
life
73:18
lights
280:20
limit
258:1
limitation
86:7 281:24
limited
76:15 134:20 135:4
161:5 257:11,18
line
7:23 15:21 38:17 51:13
51:13 81:23 207:20
260:16 282:9
lines
86:2 92:12
Lingane
180:7
link
119:5 162:17,19
318:15,18 320:6
linked
103:19
linking
103:15
list
48:7 52:13 93:6 100:11
109:19 146:22 147:10
152:18,18,24 178:10
294:16,18,24,25
295:17,20

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 357 of 386
Confidential - Videotaped Deposition of James K. Fruchterman
Conducted on September 8, 2015

355

listed
28:11 42:15 66:20
69:21,25 94:8 142:14
194:11,12 294:9
listen
141:3 266:9
listening
121:16 204:6,12 274:7
293:13
Lists
89:20 93:11 95:21
96:17,24
literacy
106:22 107:9,21
145:10
literary
126:21
litigated
117:23 208:19
litigation
125:8 191:24 208:18
209:3 210:4,14
214:23 224:18 228:10
228:20 236:17 237:9
241:7,14 250:24
251:4 253:3 254:6,13
254:19 255:19 304:14
304:21 307:19 325:20
little
21:6 195:7 209:9
LLP
2:4 3:3,18 8:19,21,23
loading
22:20
locate
272:22,25 307:25
317:13 324:8
located
20:7 74:24 273:11
log
163:1
log-in
163:4
long
15:13 22:8 151:13,22
164:3
longer

89:12 137:1
longest-term
27:18
look
52:17 63:25 69:19
83:22 86:1 98:17
114:10 120:2 124:5
171:23 260:19 264:1
286:9 312:1 322:9
looked
223:18 286:11 291:1
311:3
looking
44:11 85:24 114:13
120:24 192:23 256:16
264:6 274:14 311:22
314:9,14 318:20
321:6 323:16
looks
37:7 69:11 84:2 143:1
144:23 159:2 214:25
loss
149:10 197:2
lost
195:7
lot
45:5,25 117:17 132:11
143:15 310:3
loud
184:22
low
61:8 86:25 123:17
150:15 261:24 266:17
274:8 275:21 306:13
306:15
lower
144:19
low-quality
115:1
low-vision
123:2 150:11
lunch
143:5
L.L.P
3:11
_____
**M**
M

204:15
machine
30:2,12 32:18 54:8
56:4 58:24 188:3,7,14
188:17 308:11,18
319:3
machines
53:10 54:4,15 186:7
magnification
196:25 197:25 264:25
265:3 268:15 271:7
271:15 275:16,23
276:3
magnified
123:7
magnifier
265:7,13 268:19,22
269:1
magnifies
240:1
magnify
160:13 268:17 269:4
magnifying
268:20
magnitude
40:15
MAIER
3:10
mail
45:9 46:13,15 50:7
mailings
46:4
main
22:25 24:24 48:11,19
58:19 79:25 131:21
164:22
maintain
153:25 179:1
Maintaining
48:4
maintenance
27:15 34:6 46:11,12
54:1
major
16:19 17:14,15 23:11
24:25 35:10 45:22
100:3,10 112:8

165:21 186:21 188:8
189:18
majority
35:23 47:3 112:16
137:14 147:21 259:16
making
23:22 123:13 125:24
170:23 184:7 186:6
201:12 227:24 260:5
260:10 288:19 315:13
324:1
Malamud
15:2 305:20 307:23
320:13 321:6,15
322:24 324:19
Malamud's
303:19 304:3 305:13
mammal
44:22
manage
264:2
management
80:14,15 133:8 168:3
172:16,21 187:24
219:23 226:2 245:9
326:12,21
managers
187:25
mandated
183:16
Manhattan
208:20
manner
132:25 166:8
manufacturer
49:17
map
63:24
maps
63:25
mark
12:10 21:11 56:18 58:2
59:14 63:3 64:18
66:14 70:15 84:11
87:8 88:15 89:22
90:4 91:22 92:2
marked

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 358 of 386
Confidential Videotaped Deposition of Annex II - Authentinate
Conducted on September 8, 2015

356

7:17 12:13,16 21:13
34:10 41:16,19 50:15
50:18 68:9,12 69:14
69:18 98:9,11 143:7
143:12 179:23 180:3
185:7,12 190:16,19
208:13 213:23 229:4
229:7 237:12,21
241:20,22 249:1,8
303:18 304:3,10
305:12
**market**
36:19 186:9 285:5
291:19
**marketed**
59:5
**marketing**
36:1,5,11 50:9,12
**marking**
21:6
**marks**
328:21
**markup**
120:7,10,11 121:18
**Martus**
98:23 108:10,13
187:10
**mass**
46:4 230:9
**master**
17:10
**master's**
16:10 17:1,5,13,17,20
24:11
**material**
42:24 90:17 94:23 95:9
95:12 98:3 112:24
117:10 118:9,12
119:16 139:7,9,15,19
148:20,23 154:3
155:6 170:24 171:12
177:9 200:14 213:14
220:20 229:17 239:3
245:4 269:25 289:4
292:20 293:20 305:14
305:17,20 312:22
317:3 321:18

**materials**
93:6 126:15 127:11
128:23 135:8 148:10
148:14 149:7 158:10
159:19,22 163:8
170:16 173:6,11,12
213:5 234:1 249:20
324:1 325:23
**math**
29:2
**Matt**
255:6
**matter**
8:5 251:12
**matters**
304:7
**MCCLELLAND**
3:10
**MDP**
230:9
**Meadows**
244:1 245:17
**mean**
30:17 42:6 45:13 82:11
85:13,21 88:5 121:10
123:10 124:13 126:10
129:8 146:24 156:23
169:2 177:18 178:19
194:7,21 195:2,6,9,24
204:12 221:2 223:8
246:21 248:5 252:24
256:14 261:21 272:24
273:3,22 274:4,11
275:2 276:17 297:3
306:15 310:23
**meaning**
16:5 261:17
**means**
146:8 147:7 170:7
180:18 240:2 245:13
245:25 260:21 261:2
299:22
**meant**
222:11
**measure**
28:7 300:8
**measures**

19:15,18 224:1 227:3
228:4 235:12,21
241:2
**mechanical**
246:1
**mechanism**
167:2 168:3 287:5
293:13
**mechanisms**
101:17 102:2 245:10
**media**
147:9
**medical**
109:11
**medication**
11:11
**meet**
5:20 46:13 133:9 153:5
155:15 157:18 259:15
282:4
**meeting**
165:9,11 189:14
**meetings**
80:5
**meets**
109:7 169:13
**member**
94:19 95:3 137:2 148:9
148:14 149:3 150:1,5
153:11,16 154:6,19
161:1 163:5 174:3
213:3 238:21 240:5,7
**members**
79:21 110:2,12,23
111:6 112:13,25
122:3,13,17 135:6
139:7,8 152:14
166:25 167:1 170:17
205:13 206:4 216:4
218:10,13
**membership**
110:11,16 111:2,11,17
152:9 154:4 160:18
175:2,8
**memorize**
279:12
**memorized**

36:22 128:7
**memory**
36:23 140:18
**mention**
13:18 120:15 121:1
217:6 320:6
**mentioned**
147:11 246:8 295:20
295:23 299:9 301:14
302:1,6 309:2
**mentions**
277:6 296:4 298:23
**merged**
33:7 55:4
**merger**
41:14
**met**
190:8 210:21
**method**
30:19 31:14,24 197:1,7
276:18 277:10 278:6
280:4 308:20 318:22
**methods**
128:21 199:10 200:13
277:14 278:4
**Mh-hmm**
14:17 105:21 106:5
108:21 146:7,15
148:7 154:11 173:19
195:16 216:11 262:4
272:17 295:7 310:22
**Michigan's**
240:4
**Micro**
270:22
**microfluidics**
29:2,7
**microscopy**
23:19
**Microsoft**
31:13,24 59:3 116:3
266:8 288:5,9,9
291:22 292:5,6
294:11 295:25
**middle**
188:2 192:24 202:3
**Middlefield**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 359 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

357

9:12
**middling**
300:17,22 301:4,5
**mike**
144:6 304:6
**Millennium**
171:9
**million**
40:12,21,25 41:3 55:14
**mind**
13:16 77:20 131:22
294:14 321:19
**Mindy**
43:7
**minimal**
73:14 226:19 228:3
**minimum**
73:14
**minor**
16:21 17:17 135:18
**minors**
17:18
**minute**
292:18
**minutes**
327:5
**Miradi**
187:21,23
**misaligned**
311:18 312:1
**misalignments**
311:22
**Mischaracterizes**
197:17 306:22
**misleading**
170:19 262:8 303:7
**misled**
243:11
**Misrec**
313:4
**misrecs**
203:15
**missed**
149:20
**missing**
115:1 311:13
**mission**

181:22
**missions**
26:7
**Misstates**
59:10 74:9,16 86:17
95:15 104:8 107:25
113:1 117:13 121:22
129:19 152:16 166:9
173:14 194:25 236:9
261:12 277:4 281:5
296:24
**model**
168:13,16,21,24
**models**
186:1
**modem**
204:16,20
**moderate**
301:7
**modern**
120:24 124:7 125:5
126:25 204:17 244:3
244:8,11
**moment**
71:3 96:14 143:13
242:9 269:23
**money**
20:15,21 47:7 55:15
**monitor**
8:11 269:3
**month**
11:18 172:20
**monthly**
225:16
**months**
14:5
**month's**
172:19
**morning**
8:3 9:9 250:11,18
255:12
**motion**
6:6,13 211:24 212:6,9
212:13 228:21
**motor**
53:16 86:13
**Motors**

25:3
**Mountain**
2:5 8:15
**move**
70:12 282:20
**moved**
282:16
**moving**
29:9
**MP3**
140:22 141:1,2 142:10
**multiple**
82:12 129:11 158:1
243:4,6
**multiwire**
27:19
**Murphy**
26:1
**Murray**
26:2,4,20
**M-I-R-A-D-I**
187:21

_____
### N
_____
**N**
8:2 204:14
**name**
9:10,20 26:9 33:15,19
55:2 58:23 72:5 73:8
74:5,6,19,21 75:9
76:13,14 89:14 93:11
101:6 134:2,7,11
136:11,11 137:15
163:13 174:6,24
224:11 236:5 279:17
279:22,24 280:4
**named**
76:21 329:13
**names**
51:15 74:4 270:19
279:13
**narrate**
194:17
**narrow**
37:15 189:3
**narrower**
168:1
**narrowly**

160:3 180:20
**NASA**
25:19 26:21
**National**
26:24 27:5 210:20
**nature**
70:5 75:6 79:13 193:24
212:23
**nearly**
285:8
**necessarily**
287:19
**necessary**
256:4
**need**
10:11,18 26:12,15 60:7
60:22 64:6 82:15
94:22 104:25 117:21
122:23 163:8 200:1
202:12 242:13 259:19
273:15 280:24 293:15
300:5 304:5 326:3
**needed**
47:5 80:3 105:14 134:2
**needing**
36:21
**needs**
5:21 60:18 61:7 82:13
126:25 135:14,20
159:4,13 182:1 194:4
258:8,9,10 259:15
263:20,20,21
**Negotiating**
48:5
**neither**
77:8
**NEUSTADT**
3:10
**never**
29:6 106:19 256:3
300:20
**new**
37:20 40:1 79:17
208:20
**NFPA**
325:6
**nice**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 360 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

358

172:10
**night**
29:15
**noble**
28:2
**nods**
10:12 195:4
**non**
46:24
**nondisabled**
101:18
**nondramatic**
126:21
**nonhuman**
200:12
**nonlawyer**
246:23
**nonprofit**
62:13 74:18 75:2 76:12
81:12 145:12,21
156:12 181:20 185:19
186:3,4 212:3
**nonqualifying**
132:24
**nonrec**
313:10
**nonrecs**
203:15
**non-OCR**
46:23
**normal**
86:3 159:14 160:25
**notable**
29:12
**note**
140:16,18 142:12
251:7 253:5 257:1,6
263:24 268:8 301:8
304:1 305:18
**noted**
21:5 32:25 229:19
237:22 256:2 275:21
**notes**
19:20 235:14
**noteworthy**
32:12 132:12
**notice**

71:7 169:24 170:4
171:21 172:2 204:13
318:17 321:15 322:18
327:19 328:2,9
**noticeable**
290:12
**noticed**
327:13
**notices**
134:20 135:5 171:13
171:16
**noting**
298:8 308:6 324:6
**novel**
119:18 125:1
**November**
69:23,24
**Nuance**
41:12,13
**null**
329:17
**number**
8:9 69:25 91:16 141:10
155:1 165:22,23
173:8 185:2 214:16
215:6,7 216:5,8,18
217:22 219:3 233:1
280:21 291:3 293:21
293:23 302:1 303:23
311:21 327:13
**numbered**
144:17 192:17
**numbers**
214:23 216:9,19,20
224:22 225:9,12
232:24 307:2
**NVDA**
271:8
**NW**
3:5

---
**O**
---
**O**
8:2
**oath**
10:6
**object**
13:1 119:3 126:4

201:14
**objection**
15:5 24:22 29:14 30:21
31:8,15 32:1,9,20
33:13,24 35:19 36:16
38:1,10,24 39:5 40:13
40:23 48:15,22 49:7
50:1 51:10,21 52:7,15
54:5,18 55:10,18
57:18 58:5,13 59:10
59:16,25 60:8,24 61:3
61:18,24 62:7,17,23
63:5,11,17,23 64:20
65:2,15,20,25 66:5,10
66:15,22 67:4,13,23
68:4 70:8,16,23 71:12
71:21 72:2,12,19,24
73:5,21 74:9,16 75:21
76:4 79:24 80:11
81:1,4 82:2,7,20 84:5
84:13,22 85:6 86:17
87:1,5,10,16,22 88:12
88:18,25 89:6,13,18
89:24 90:7,14 92:15
93:3,15,21 94:15,20
95:5,14 96:3,8,19,25
97:6,12,18,25 99:3,15
99:21 100:5,20,25
101:10,25 102:10
103:6,13 104:8 106:9
106:14,23 107:5,10
107:25 108:11,24
110:3,13,19 111:8,14
111:23 112:6,14
113:1,9,17 114:5,22
115:8,15,22 116:13
117:2,13 118:4,23
120:20 121:22 122:7
122:20 123:4,22
124:1 125:12,20
126:8 127:3,13,24
128:4 129:6,18 130:1
130:9,16,21 131:17
132:19 133:3,14,20
134:4,12,21 135:10
136:2,7,19 137:4
139:10,21 140:6,13

140:23 141:7,15,19
142:1,17 143:22
146:18 147:1 150:2
152:6,15 153:13
154:7,20 155:23
156:24 157:5 160:7
162:6,18 163:6
164:10 165:5 166:6,9
167:12,23 168:18
170:18 171:5 172:25
173:14,22 174:13,20
177:7 178:5,16,24
179:7 181:11 182:4
182:11,19 184:2,15
185:17 187:13,18
188:18 190:10 191:4
193:17 194:24 195:11
196:2,19 197:4,16
198:8 199:12,18
200:15 201:2,18
202:10 203:8,17,23
204:3,10 205:8,18,24
206:8,19 207:1,7
208:3,22 209:4,17
210:5,15 211:25
212:18,25 213:7,16
215:15 218:24 219:16
219:21 220:23 221:14
223:3,17 224:3,12
225:13 226:4,22
227:5 228:5,11,15
230:12 231:8,23
233:5 234:6 235:2
236:8 239:12 240:13
241:9,16 242:8
244:19 248:7 250:12
250:19,25 252:13
253:12,22 254:7,14
254:20 255:20,24
258:4 260:12 261:11
262:7 263:1 265:1,8
265:14,20 266:1,23
267:4,11,21 268:4
270:4 271:12,23
272:8 273:9,23 275:8
276:1,10,13,20 277:3
277:16 278:7,14,25

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 361 of 386
Confidential Videotaped Deposition of Anne L.I. Frahtenberg
Conducted on September 8, 2015

359

279:8,18 280:7 281:5
281:12 283:16,22
284:14 285:6 286:17
287:12,21 288:6,22
289:6,22 290:9,21
291:6,20 292:2,11,22
294:4 295:1,10 296:2
296:7,12,23 297:4,17
297:25 298:6,13,22
299:7,24 300:6
301:18 303:5,13
306:21 308:4,15,24
310:12,25 311:10,15
311:20 312:2,19
313:5,11,17,23
314:12 315:11,21
316:3,11,22 317:18
318:1,10,25 319:5
320:3,19 321:2,23
322:10,20 323:21
324:3,10,16,25 325:8
325:14 326:25 327:16
327:23 328:6,12
**objections**
220:16
**Objectives**
192:21
**objects**
30:4
**obligated**
135:6
**obligation**
105:8 135:22
**obligations**
133:10
**Oblon**
3:10 8:21
**observe**
314:6 323:24
**observed**
314:5
**obtain**
18:12 112:12,24
118:20 119:13 121:17
192:8 239:17,21
276:25 307:22
**obtained**

132:22
**obtaining**
119:2,10,11
**obtains**
113:14
**obvious**
123:12 321:19
**obviously**
121:7 196:10
**occasionally**
111:9 138:2
**occurred**
125:8 302:17
**occurs**
35:24
**ocean**
44:23
**OCR**
30:16,19 32:7,17 34:1
36:19 38:5,16 39:15
39:20 54:16 61:9,15
61:22 62:2,4,11,14
117:11 122:6,19,23
123:20 124:7 125:5
125:10,16 188:9,16
200:22 201:5 202:13
202:19 203:7,10,14
203:19,21,25 204:21
206:17 267:19 285:5
287:10 289:9,12,20
289:24,25,25 290:5,6
290:13,15 294:1
295:8,22 310:9 311:3
312:9,9,13,17,23
315:10,20 316:2,10
316:14,21 320:25
321:10,16,19 322:9
322:18,22
**OCR-based**
60:16
**OCR-processed**
206:24 314:25
**October**
229:11 237:25 238:9
238:11
**OEM**
49:12,16

**offer**
251:3 292:5
**offered**
93:10,14,18 94:5,10,11
94:13 103:4 254:21
**offering**
250:22 252:9 253:1,9
253:17,23 254:9
**office**
50:22 56:19 57:7,14
58:4,9 59:15,24 62:6
63:4,10 64:19 65:1
68:15 84:12,21 87:9
87:15 88:17,24 89:23
90:6,12 91:24 92:3,14
98:13 104:25 105:3
105:10 112:9 161:10
291:22 292:6
**officer**
34:17 48:2 81:7,9,11
81:21,22
**official**
74:21
**off-centered**
115:13
**Oh**
29:2 44:20 107:16
144:8 204:16 222:10
224:24 238:8 306:24
307:3,6 328:19
**okay**
10:17 13:14 14:15 16:1
16:11 21:9,14 39:22
39:24 42:12,12 43:21
43:24 52:21,24 64:11
66:19 69:6 75:11
77:14 78:12,12 79:15
80:21 90:24 93:20
94:1 102:15 103:11
103:15 106:21 115:11
119:11 122:2 129:15
130:19 131:1 135:3
138:14 142:16 143:17
143:25 144:5,10,15
144:20,24 147:3
151:8 160:16 161:6
161:16,24 163:17

167:25 168:7 175:21
177:4,23 178:2
179:11,24 183:6,9
184:6,23 189:7,13
191:20 192:7,15,19
192:24 194:6,12
196:24 198:13 201:25
206:13 209:2 211:13
211:21,23 212:5
217:3,6 220:11
221:25 223:7,13,14
223:25 227:18 233:17
233:19 234:19 235:3
236:14,22 237:18
238:19 242:18,25
243:9 244:4,7 247:18
248:19 251:16 255:14
259:23 262:2 265:23
270:24 273:24 278:16
282:12,13 283:20
286:2 294:23 295:10
295:16 304:6,7,15
305:10,25 306:23
307:6,10 310:17
320:22 325:21 326:7
326:9,14,17 328:16
328:19
**old**
216:6
**omission**
100:10
**omitting**
151:2
**Omnifront**
36:15
**once**
11:18 113:14 115:18
116:23 138:9 139:6
163:12 204:21 215:5
321:19
**ones**
28:14 48:1 51:13
121:12 132:12 196:10
199:14 279:6 294:14
**ongoing**
83:7 110:11
**online**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 362 of 386
Confidential - Videotaped Deposition of James R. Fr...sehman
Conducted on September 8, 2015

360

83:24 97:21 136:21
137:11 145:3 169:10
171:12 226:10,13
227:25 230:22 289:20
289:25 290:6 296:18
298:12 312:9
**open**
7:10 58:12,16,21,22,23
58:25 59:5,5,7,14,23
60:15,23 61:10,11,13
61:14 62:5 65:14
96:9,10,12 131:10
242:4 271:8
**openly**
107:12,21 108:6,8
**operate**
82:25 158:2 160:9
166:12 247:2
**operated**
133:22 212:17 221:7
**operates**
83:23 129:3,17 138:22
145:18 163:20 212:20
268:16 269:22
**operating**
74:19 83:9,15 114:16
181:4
**operation**
95:22 128:19 212:21
**operational**
168:20,24
**operations**
50:8 81:17 129:22
**opinion**
6:16 128:16 179:12
222:20 223:12 229:1
229:8 237:8 252:9
263:5
**opinions**
251:4 252:1,6
**opportunity**
11:8 77:11 222:22
**opposed**
38:5 114:16 118:6
273:19 277:25 292:15
314:5
**Opposition**

6:12
**optical**
29:24 30:1,8,17 32:14
33:20 44:4,10 45:16
45:18 113:22 193:8
200:21 284:17 320:24
**optics**
17:21
**options**
199:24
**optometrists**
109:16
**oranges**
103:23
**order**
14:21 40:15 77:8 91:11
91:17 149:2 174:2
195:20 324:22
**organization**
81:17 138:15 162:2
181:21 185:19,22
**organizations**
49:11 145:21 162:4,7
168:12 181:3 294:7
298:24 300:14
**organization's**
130:14
**organize**
93:1
**orienting**
202:19
**origin**
218:12
**original**
39:12 49:16 170:6
173:7 183:19 186:11
198:23 229:17 279:24
329:16
**originally**
136:22
**outcome**
228:10,19 237:3
329:13
**outline**
19:6
**output**
202:8

**outputting**
264:21
**outside**
189:2 218:7,9
**outsourcers**
218:16 219:1,23
**overall**
170:16
**overarching**
133:9
**oversaw**
81:13
**overseeing**
48:2,8
**owned**
43:3 68:21,25 76:20
98:24
**owner**
70:21 71:19,25 170:5
232:22

---

**P**

**P**
8:2
**package**
38:22 162:8,13,16
168:25
**packages**
162:21
**page**
4:3,8 5:2 6:2 7:2,19,23
28:10 30:9,13,14 43:1
68:20 71:4 85:25
86:10,15 98:22 114:9
120:2,3,3 121:2
123:21 124:15,16
144:21,22,24 146:3
147:25 148:24 150:9
151:19 152:11,11
153:2,23 154:10,18
154:21 155:7 156:10
156:11 158:5 160:15
162:15,21,23 163:1
163:16 168:7,8 169:8
171:2,3 172:13,15
173:18,20,21 175:4
175:13,15 180:9,25
182:24 183:7 188:1,2

188:25 192:15,16,18
192:19 193:8 194:9
194:22 195:8,20,25
196:13,24 200:25
201:7,8,21 202:3,15
202:17,20 203:12
204:25 214:4,9 217:8
218:21 219:9 221:4,4
222:1,4,5,13 226:7
229:7,21 230:16
232:24 233:2,11
234:18,19 238:14,16
240:20,23 244:1,2,4,5
244:6 245:17,22
246:14,19 247:6,19
247:19 249:15 250:9
257:5 259:3,23
260:16 262:20 263:16
263:18 264:6,8 266:5
269:18 272:12,14
274:15 276:16 283:6
285:18 286:3 288:13
289:19 293:1,10
295:24 307:12,13
309:4 310:18 312:4
314:22,23 319:8,8,22
321:7,8,9,18 323:4,16
326:15
**pages**
42:20 51:7,18 52:3,12
71:6 86:15 98:18
114:9,20 115:1,5,13
115:18 121:1 143:14
143:21 144:17 153:25
176:4,21,24 178:14
179:2,5 191:18 215:9
231:3 239:8 241:24
247:9 272:21 290:12
291:2 296:15 297:23
304:24 306:18,25
309:23 311:13,18,22
312:1,10,14,25
314:19,25 315:10,20
316:2,10,21 317:2
319:20 322:13,16
326:11
**paid**

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 363 of 386
Confidential - Videotaped Deposition of Annex K. Fraternaturé
Conducted on September 8, 2015

361

111:2,5 163:10 178:9
218:8 256:23
**Palo**
9:12,19 74:24
**palsy**
53:17 86:9
**paper**
56:16 116:10
**papers**
16:12
**paragraph**
91:11,16 145:8 146:4
149:8,9 155:9 158:6
163:18 164:13 181:16
181:17 183:3,13
184:11 185:21 189:4
189:8 192:11,25
195:8,14 197:10
198:16 199:22 202:17
202:25,25 216:14,15
216:16,19,22 217:2,8
217:13 219:9 220:6
222:1,14 225:14,15
226:7,21 244:2,7
249:17 251:19 262:20
264:7 272:14,14
274:15 283:6 285:18
305:5 309:6 310:18
319:9 323:17
**paragraphs**
145:16 159:9 197:21
198:14 203:3,4,5
219:25 220:19 221:8
225:25 304:24
**parent**
135:16
**parse**
55:23
**part**
18:11 29:17,22 41:6
56:24 63:15 65:11
66:20,21 67:10 68:7
72:9 78:17 82:6
92:21 94:18,21
100:13 103:4 104:4,7
106:2 107:9 112:3
114:3,24 116:9

118:19 159:5 165:11
171:7 179:11 205:14
213:14 237:6 241:6
241:13 245:23 255:6
256:5,11,12,15
284:11 289:20 291:4
294:3,16 295:4,18
311:6 323:16,17
**partial**
235:4
**participate**
34:18
**participating**
205:23
**participation**
254:6,13,18 255:19
**particle**
28:3
**particles**
27:9,22
**particular**
28:20,24 43:9 50:3
56:25 168:4 175:15
232:17,17,25 300:11
309:25 322:1,6
**parties**
72:18 329:12
**Partners**
102:16 103:16,21
105:11
**Partnership**
99:2,14 100:14 102:8
102:23 103:5 104:5
104:14 106:7,19
**parts**
42:3,7 56:21 57:2 67:3
**party**
77:8 94:24 95:2 111:3
111:5 135:15 136:1
161:3 274:25
**passage**
148:8 158:4 159:10
160:6 168:16 170:12
180:22 181:10 190:7
194:8 261:8
**passages**
145:1

**passed**
46:16 180:24
**password**
134:2,7,11 163:13,15
224:11 236:5
**pasting**
288:12
**Patapoff**
3:25 8:12
**patent**
5:3 43:3,9 44:6 51:20
56:18,22 57:3 58:3
59:15 63:4,16 64:18
69:8,10,11,21,25 70:2
70:6,11,19,22 71:10
71:19 72:1,9,18 73:3
73:18,20 74:1,8 84:12
87:9 88:16 89:23
90:5,12 91:23
**patented**
70:18
**patents**
4:15,20,23 41:6 51:8
62:12 68:21
**path**
28:3
**patron**
239:17
**patrons**
205:15 238:22
**pattern**
29:3 44:5,7,7,9 45:2
46:23 47:5 278:17
**patterns**
44:12
**pause**
15:7 78:9 147:3 294:22
**pay**
94:18,23 95:2,4 96:1
110:6 111:10 162:9
218:16
**paying**
74:1 94:24 110:15
111:4 161:3
**payment**
100:19
**payments**

73:15
**PC**
54:7 56:6 59:2 188:9
188:13 268:17 284:9
**PDF**
116:5,18 161:17 206:7
206:11,24 245:22
271:11 272:7 284:16
284:18 287:10 309:11
309:15,21 310:10,15
310:20 311:7,14,19
312:1,7 313:1 315:1
315:10,20 316:2,10
316:21 319:23 320:15
**PDFs**
206:14,21
**PDF-scanned**
312:14
**pending**
10:21 11:21,25 51:19
52:13 94:10
**Penguin**
100:9
**people**
5:25 45:17 53:11 60:18
60:19 61:7,8 78:5
82:4 84:6,9 85:9,12
85:13,14,16,18 86:12
99:8,9 101:18 102:2
107:1 108:2,3 109:17
119:25 121:9,11,13
123:17 128:9 130:7
131:11 145:4,23
147:22 149:10 150:10
152:19 153:19,22
155:3 156:15,17
157:15 158:12,22
159:13,20 164:4
167:20 169:3,12,17
170:24 178:11 180:14
183:22 186:23 187:2
187:4 189:21 190:22
191:11 196:16 197:14
201:5,15 205:3,11
226:11 232:13 249:21
249:23 250:15 257:13
257:20 258:3,6,8,10

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 364 of 386
Confidential Videotaped Deposition of James C. Fruchterman
Conducted on September 8, 2015

362

258:24 259:5,10,16
260:1,11,15 261:4,9
261:10,14,16,18
262:10,25 263:20,21
266:13,16 270:16
271:6 275:4,19,21
276:23 277:21,23
281:14,15,19,22,25
282:2,3,17 283:9
291:22 299:1,12
301:16,25 302:4,19
302:21
**perceive**
262:18
**percent**
113:12 121:12 154:13
155:1 160:4 262:10
**Percheron**
18:21,24
**perfectly**
124:7,16
**perform**
113:22 274:20,22
**performance**
22:22
**performed**
298:17 310:9 322:13
322:14
**period**
35:5 39:8 54:8 75:13
77:1 81:5 89:9
125:11
**Perkins**
199:2,16
**permission**
100:18 145:24 167:21
246:4 247:24 248:1
**permit**
158:8
**permits**
169:15 240:6
**permitted**
127:10,19 172:4
**permitting**
128:22
**person**
35:9,11 47:20 70:11

85:24 86:4,6,14 97:16
109:2 118:1,8 120:3
125:3 135:24 137:15
137:22 139:19,24
140:15 150:14,21
151:10,20 153:15
163:7 177:12,23
192:3 193:21 196:6
198:20,24,25 199:15
200:2 204:6,16 239:2
239:6 259:14 262:6
263:15 264:10 266:8
269:23 270:8,13
272:22 273:7,18
274:3,6,10 275:12,17
275:24 276:5,9,21
277:24 280:24 281:18
297:5 302:9,13,17
**personal**
56:3 88:9 200:4 264:15
**personally**
2:9
**persons**
169:23 170:10 182:2
263:23 298:20 299:5
306:11
**philanthropy**
112:1
**Phoenix**
19:22 20:10 21:23
**phonetic**
279:22,22
**photoacoustic**
23:19
**photocopying**
246:2
**photographic**
26:5
**phrase**
120:17 121:20 167:14
193:23 261:14 268:5
**phrased**
154:8 266:24
**phrases**
120:25
**physical**
30:24 53:14 149:18

150:6,11,21 151:10
151:15 154:2 263:15
**physically**
119:4 155:11 239:7
262:5
**physics**
17:2,3,11,16,22 18:10
27:8
**Ph.D**
17:24 18:8,12 24:11
**pick**
85:25 86:4 153:24
154:14 262:6 278:18
**picking**
86:14
**picture**
30:13 125:2 146:10
286:5
**pictures**
107:13,22 207:12
**piece**
57:24 96:12 118:8
**pieces**
188:13 284:8
**pile**
304:11
**piracy**
201:11 226:13 227:25
247:22
**Pitney**
49:13
**place**
8:14 12:15 50:17 90:16
106:1 166:19 235:12
237:20 249:7 318:20
323:25
**placed**
213:22
**placeholder**
308:6,9 324:6
**plain**
137:14
**PLAINTIFF**
1:6
**plaintiffs**
3:2 6:13 8:19,21 9:21
209:3,15 212:9

236:16,20
**plaintiff's**
12:10 13:8
**plan**
133:8 168:3 172:16,17
172:21,24 226:3
326:12,15,21 327:2
**Planet**
8:13 9:1
**planning**
125:24
**plans**
133:9
**platform**
83:23
**play**
126:18,25 127:7
210:13 236:22
**player**
140:22 141:3 142:10
**pleadings**
16:5
**please**
8:16 9:2,17 10:15,19
11:7 23:21 29:24
37:3 77:22 79:14
93:25 98:17 109:13
143:13 177:24 178:1
188:24 194:3 204:24
224:18 229:20 259:22
260:18 263:24 269:19
272:12 304:9
**plot**
63:25
**plug**
25:15
**plus**
26:11 45:19 58:24,25
163:14 299:9
**point**
10:14 11:4 29:5 42:6
54:1,6 77:20 199:9
216:24 243:3 254:22
260:20 306:14
**pointed**
251:7
**pointing**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 365 of 386
Confidential Videotaped Deposition of James K. Fruchterman
Conducted on September 8, 2015

363

points
199:15 251:18 307:11
128:12 170:21 309:1
policies
168:25
policy
80:9,12 165:16
political
301:10
poorly
191:9
population
154:14 160:4 281:21
portable
56:12 57:3,13 67:22
265:7 268:19
portion
90:21 113:6 192:11
236:1,5 242:2
portions
77:11
position
21:23 48:12 191:21,23
positions
19:21 28:13
possibility
124:24 242:11
possible
96:11 105:4 163:25
218:1
post
49:6,8 242:21 247:5,8
postal
45:24 46:5,14 49:10,12
49:13,19,20
posted
252:11,18 324:1,14
326:22
posting
253:2,10,18
posts
247:7
postsecondary
132:13,21
potential
152:14 174:2
potentially

Potter
77:6 105:16 195:20
301:9
powerful
36:24
powers
246:24
practice
32:14 74:1 179:4
preceded
38:17
precedes
198:16
precise
43:8 99:17 109:15
precisely
147:10
predates
69:3
prefer
105:5
preparation
15:22 299:1
prepare
12:24 14:3,13,21,23
15:3,14,19 251:24
prepared
98:13 210:24
preparing
37:6 48:4
present
3:24 78:20,25 133:16
180:23 206:15
presentation
195:6 269:24 289:17
presentations
194:13,15,23 196:1
presented
133:7 270:10
preservation
232:12
preserving
38:12
president
20:11 34:11,15 35:3,17
35:25 36:11 47:8,11
47:17,24 48:13,20

54:21 78:14,22 79:17
79:18,19 80:22,25
81:6,8
presorting
46:4 49:12
press
36:8 199:17 209:12
213:9
presses
102:19 199:3
presuming
273:18
pretty
32:4 36:24 131:10
prevent
101:18 221:11 224:1
239:6
prevents
149:5 239:2
previously
7:17 228:6 275:7
304:10 305:12 308:3
308:14 317:16
price
40:11,22,25 54:3,6
55:13 285:3 291:16
292:9,14
priced
40:16
prices
54:8
Prima
246:5
primacy
36:19
primarily
26:7 27:14 34:5 36:5
46:9 47:19 53:10,23
76:24 84:8 85:14
108:18 132:3 195:19
209:6,12 210:8
219:20,22 224:14
280:11
primary
26:22 34:20 36:8,18,23
45:6 62:1 93:4 109:1
121:12 128:12 132:20

148:21 168:3 170:23
181:22 187:11 213:10
principal
156:14
print
82:4 85:15,17,20,22
86:4,6,12,16,20 97:17
98:6 99:11 109:2,6
117:25 122:3,13,17
126:24 128:10 145:4
145:23 147:19 149:4
149:6 150:16,23
151:12 152:3 155:14
158:24 159:14,22
160:5,11 164:4
169:12,18 192:3
193:21 194:18 196:7
197:24 198:6,11
201:4 220:4,22
226:11,17 228:2
232:14 238:23,25
239:5,10 240:9
249:22 258:10,14,21
259:6,8,17 260:10,15
260:19,24 261:10
262:10,12 263:12
266:13,16 267:25
275:19 277:15 278:5
280:3,5 281:2,15,19
281:22,24 282:4
297:9,20 328:10
printed
37:6 78:6 85:23 86:15
113:15,20 117:10
123:21 127:7 154:3
193:7 200:13,25
204:1 231:4 239:3
246:18 309:21 311:9
printer
267:15,24,25 292:24
293:1
printing
199:3,17 301:1 302:3
printout
229:13
print-disabilities
205:12

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 366 of 386
Confidential Videotaped Deposition of James E. Frischkorn
Conducted on September 8, 2015

364

**print-disabled**
104:24 118:1 127:12
135:25 147:23 198:7
198:11 200:13 217:12
233:24 239:20 244:12
249:23 250:16,17
260:2,7 261:5,15,16
261:18,21 263:22
281:11 283:10 296:17
301:17 324:2
**prior**
51:23 112:22 165:10
**private**
18:16,25 20:5 22:3,6
**privilege**
10:25 11:3
**privileged**
13:2 221:14 227:8
**pro**
177:20 178:9 254:6,9
**proactively**
299:18
**probably**
20:18 22:3,11,11 30:25
46:3 47:6 67:17
83:19 195:22 197:11
204:17 209:10 216:25
219:4,4 259:14
291:23 303:3 306:7
**problem**
22:19 105:25 124:22
153:8,18 184:25
214:21
**problematic**
260:3
**problems**
50:11 124:17 206:20
224:24 225:1 258:15
258:21,24 278:19,19
278:20,20
**Procedure**
13:4 221:16 227:10
**procedures**
324:22
**proceeding**
117:24 329:12
**proceedings**

**process**
30:2 32:7,17 45:25
46:1 86:7 101:17,24
103:2 105:12 114:17
115:21 116:9,23
117:11 122:4,6,19
123:20 125:24 126:2
126:17,22 137:7,9
171:21 174:2 200:3
287:3 290:5,7 291:10
310:9 312:10,13
316:15,16 321:1,16
**processed**
30:6 49:10 123:8,11
315:10,20 316:2,10
316:21
**processes**
101:10 106:18 114:25
116:25 119:2 125:16
**processing**
45:9,20 49:25 50:6
202:18 312:17
**processor**
30:10 285:21 287:7
288:16
**produce**
49:13 115:21 147:19
287:15
**produced**
42:25 54:16 257:2
325:6
**product**
34:5,7 36:5,6,24 37:24
38:5,8,17 39:12,16
46:9 49:5,9,22,24
53:23 55:25 56:10,13
57:1,1,16 58:9,11,16
58:16 60:6,9,17 61:10
61:11,22 62:1,21,25
63:10,15,21,25 64:25
67:16 68:3,6 70:14,18
76:25 81:15,18 83:14
83:21 84:1,3,9 85:4
87:15,20 89:4,16
92:14,18 93:13,18
94:5 96:10 97:11,16

97:21 169:1 187:11
230:9 271:7 289:16
292:10 316:17
**production**
147:7 287:5 289:10
**productized**
46:23
**products**
33:22 34:1 39:9 45:3,5
45:7,23 46:10,20,25
53:9,18,25 54:12
58:22 59:6 61:14
65:11 66:19,21 67:3
76:25 78:3 147:6
246:7 289:9,12,13,15
**product's**
89:12
**professional**
109:7,9,11 152:20
155:18 156:3,4
**professionals**
199:4
**profit**
76:20
**program**
24:11 99:2,5,14 100:14
102:9,16,17,18,23
103:5,16,21 104:5,14
105:11,19 106:7,19
107:4 161:18 264:15
269:22,22 285:4,12
288:14,15 291:17
292:1,19 293:14,15
294:1 295:23
**programming**
29:16
**programs**
82:14 111:15 112:5,9
285:5 291:18
**progression**
39:10
**progressively**
32:13
**project**
18:25 19:3 24:24 25:12
26:22 27:19 82:8,11
82:14,15 83:4,6,9,20

106:22,25 107:9,21
138:12,16,22 139:4
143:19 164:19 187:16
187:21,24,25 213:11
213:15 222:19 223:10
**projects**
24:25 25:11,16 28:24
29:12 82:12 186:2
187:3
**promote**
186:1
**pronounced**
40:6
**pronouncing**
18:21
**pronunciation**
18:22
**proof**
97:17,21 98:5 102:2
163:9
**proofread**
117:12 218:16 221:1,3
**proofreading**
117:16
**proofreads**
113:23
**proper**
106:1
**properly**
115:14
**properties**
37:8
**property**
173:4
**proportion**
110:5
**proportional**
27:19
**proprietary**
205:17,22 206:3
**Propulsion**
25:20 26:21
**proscription**
281:2
**proscriptive**
280:13,15,19
**protect**

protected
181:7 326:21
protected
13:3 221:15 227:9
244:13,18 245:12,13
protecting
180:15
protection
56:22 57:4 63:16 134:3
134:11 244:23 245:9
protections
244:21 245:1,5
protective
77:8 91:11,17
protocols
221:11 224:7
prototype
20:19
provide
10:19 34:6 102:2 105:7
108:7 112:13,25
130:6 156:2 158:15
164:2,6 180:14
181:23 186:22 200:22
211:11 238:22 240:8
242:6 252:5
provided
169:18 181:8 191:19
210:16 223:23 256:3
266:6 309:10 312:6
319:9
provides
169:11 171:11 222:21
230:7,25 231:16
providing
102:5 187:1
provisionally
91:12
provisions
128:6 170:22
psychological
19:18 252:21 305:24
psychologists
109:18
psychology
19:8
psychometrics
19:11

public
40:17 53:7 75:5 81:12
81:19 83:16,16 84:19
85:3 92:10 127:18
128:25 148:16 164:8
190:12 209:7 232:21
296:8
publication
170:6
publications
103:4 301:14
publicly
50:24 68:16 83:11,13
98:14 109:21 210:7
Public.Resource
182:16 184:14 253:7
255:18 309:20 320:13
320:15 323:25 324:9
324:14,23 328:11
Public.Resource's
211:10 252:12,19
253:20 323:24 325:4
325:13 326:18,23
327:13,21 328:4
Public.Resource.Org
1:8 8:7,24 12:1 184:19
249:25 307:18 308:1
308:12,23 309:7,17
310:14 318:16 323:20
327:3
published
196:16
publisher
100:10 101:4,7 102:17
105:22 112:22 131:22
138:4,5 145:24 172:8
172:11 279:25
publishers
100:3,7,15,23,24
101:13,16,23 102:6
102:18,24 103:3,16
103:20,25 106:6,17
112:18 130:14,20
131:9,12 132:6,8,13
132:14,18,21 159:16
159:24 164:22,24
165:2 166:14 167:9

167:17 168:11 171:17
173:5 180:12,17
183:14 189:16,18,23
190:2,6,8 201:10
216:17,18
publishing
131:8,21 132:2,9
165:13 168:5 169:6
173:8 209:8 246:5
302:3
pull
52:22 304:9 325:18,22
pulsed
23:25
purchase
97:20
purchasing
309:21
purported
278:9
purpose
39:3 46:2 93:1,5
136:17 156:14 171:3
172:23 173:3,20
174:16 176:11 254:18
272:15 319:4
purposes
46:3 75:17 323:18
pursuant
91:10
pursue
186:5
put
28:1 31:18 41:18 90:18
90:20 113:21 176:18
225:4 303:18 305:11
306:14 325:25
puts
293:1
putting
288:15 304:2
Pythagorean
147:16
p.m
246:14 247:5,9 248:23
328:25
_____

Q

quadriplegia
53:16
qualification
106:18 151:6 158:19
qualifications
149:25
qualified
184:20 239:18
qualifies
150:16,23 151:12,21
158:12 182:16
qualify
83:13 111:17 130:3
149:16 153:4,19
154:4,11 155:5
262:12
qualifying
101:15 109:2,5 128:10
130:7 149:18,23
150:6 156:8 170:24
183:18
quality
113:25 114:3,13,19,25
116:24 117:12,16,17
125:17 126:11 183:23
248:3 312:21
Quarles
3:3 8:19
question
10:15,16,20,21 13:2
14:16 31:20 55:7
75:7 78:1,11,17 79:12
90:20 91:21 94:4,9
101:13 102:12,19
103:8,12,20 106:4
107:14,18 117:5
122:15 125:7 139:2
148:8 157:8,14 161:8
163:3 167:13 174:14
176:24 177:23 188:15
191:8 194:5 195:1
198:5 200:11 203:24
205:21 215:23,24
217:12 221:9 223:13
227:20 234:17 243:23
245:3,15 251:16,17
257:14,16,23 258:17

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 368 of 386
Confidential - Multipart Deposition of James K. Frasher Page
Conducted on September 8, 2015

366

263:4,7 266:24 267:5
275:23 286:8,14
295:2 301:4 306:1
314:10 315:14,16
318:2,21 320:9
**questioner**
295:15
**questioning**
15:22 207:20
**questions**
7:22 42:10 51:5 101:16
117:20 142:15 144:11
144:14 156:1 157:8
171:8 211:13 282:9
325:18 328:17
**quick**
143:24
**quite**
123:23 124:23 125:6
141:9 165:23 173:8
215:1 217:22 262:11
302:16 311:21 321:10
322:22
**quotations**
246:6
**quote**
109:15
**quoted**
246:18
**quoting**
264:14 296:21

**R**

**R**
1:14 2:1,9 4:13 7:15
8:2 9:4 204:14
**RAF**
4:21 44:1,3,13 45:3,5
46:6,9 47:4,9,16,25
48:9,13,20,25 49:5,24
50:3,7,13 51:9,15,16
51:20 52:4,13,19
**RAF's**
45:23
**raise**
20:15,21
**raises**
77:19

**raising**
34:18
**ran**
27:7 58:21 80:5
**random**
100:9 302:10
**range**
41:4 54:3 76:19 86:11
194:16 285:8 306:8
**rank**
301:8
**rare**
44:13 172:1
**rarely**
201:14
**rate**
123:25 125:10
**Ray**
32:8,18
**reach**
137:10 300:2
**reached**
29:4 282:9
**react**
130:20
**reacted**
131:9,15
**reaction**
132:13 215:25
**read**
13:8 14:20 16:4 56:9
75:25 85:5,19 86:1,2
87:8,14 88:1 93:7,18
94:10,23 95:8,11
97:24 98:3,3 107:2
108:4 119:15,18
121:17 122:10 123:8
140:18 144:25,25
146:8,12 148:1,5
150:16,22 151:4,8,11
154:15,16 155:13
157:4 158:5 159:10
159:14 160:5 170:12
170:21 190:7 192:10
193:5 194:8 198:24
199:16 215:16 216:1
219:25 224:18 225:6

242:2 243:17 246:23
252:4 259:8 260:16
261:9 266:18 270:16
271:25 272:23 273:4
273:5,13,18,19 274:3
274:9,12 276:25
285:24 291:10 292:5
309:25 310:1 311:2
315:3,8,19 316:8
320:5
**reader**
56:1,2,8,21 57:1,7
67:12 85:9 87:21
88:7,8,10,15,23 93:2
94:13,21 95:4,13,19
96:2 123:3 139:24
140:12 142:12 194:16
264:12,13,14,22
266:18 269:16,20,21
270:6,8,19 271:5,8,10
271:21 272:5,20
275:13 285:25 291:18
293:2,8,22 294:21
295:22 296:1 316:8
316:16,17,19
**readers**
94:2 142:20 275:22
291:8 316:14
**reading**
15:14,17 32:18 42:2
51:12 52:1 53:10,15
54:4,7,15 56:4 57:19
57:23 58:24 59:2
84:8 85:13 86:3
89:20 93:11 95:21
96:17,23 112:13,24
113:15 139:7 149:6
151:16,25 155:4
156:6 158:24 164:14
170:16 181:25 186:6
188:3,7,14,16,21
199:25 200:20 209:12
234:20 238:15 239:3
259:3 269:25 271:16
305:22 310:6 320:11
320:11 329:20,21,22
**reads**

196:8 264:16
**ready**
42:9 51:4 189:10
243:16 305:21,25
**Read2Go**
84:4,6,11,20 93:13
94:5 97:10,15
**real**
155:4
**realize**
11:4 137:20 155:3
**really**
29:20 92:18 130:16,21
131:17 204:11 303:8
305:14
**reask**
191:8 203:24 205:20
245:3
**reason**
10:19 11:10 143:20
148:21 151:1 157:14
161:4
**reasonable**
132:16
**rebuttal**
13:8 14:12,19
**recall**
18:7 20:13 24:18 26:23
34:24 36:12 42:18
46:6 50:2 56:13,17
57:8 60:1 63:13 86:2
192:1 196:17 209:2
223:14,15,25 228:9
237:3 242:20 279:16
291:12 292:13 310:2
**recapitulate**
170:21
**receive**
110:23 111:6 113:19
159:25
**received**
16:13 17:5
**receiving**
254:12,17
**recess**
20:25 43:13 91:6 143:5
185:5 208:11 248:24

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 369 of 386
Confidential Videotaped Deposition of James R. Frauenthal
Conducted on September 8, 2015

367

282:23 327:8
**recognition**
4:17 29:4,25 30:1,8,17
32:15 33:2,5,10,18,20
34:4 36:15,20 37:24
38:8 40:2,3 41:11
42:16 43:3,25 44:4,5
44:6,7,9,11 45:2,16
45:19 46:21,24 47:5
49:9 50:7 113:22
115:2 123:25 124:8
125:10 193:9 200:21
202:20,21 278:18
284:18 287:3,19
312:18 320:24
**recognize**
21:16 42:15,20 43:2
44:24 45:15,17 51:8
51:19 52:4,12 68:19
69:2,9,20 98:19,23
124:16 180:4 185:13
213:24 241:24 242:1
270:18 288:21 311:4
321:9
**recognized**
36:20 152:21 267:20
285:19,22 286:15,21
286:25 287:2,8,9,15
288:19,25 289:4,10
291:10 322:16
**recognizing**
30:2 44:13 45:7,13
47:1 123:21
**recollect**
296:13
**recollection**
42:24 48:10,19 50:5
57:10 58:3 59:21
60:4 72:8 76:11
84:17 85:2 92:9
93:10 101:3 209:11
223:1 309:13
**record**
9:10 20:22,23 21:1,4
26:17 31:10 41:20
43:10,11,14 57:11
64:3,4,7,11,13,14

77:15 84:19 90:18,21
90:22 91:4,9 143:3,9
144:2 175:10,17,20
175:22,23,24 176:6
184:24 185:4,10
208:9,15 215:18,19
225:6 240:25 248:22
249:4 252:5 257:6
282:14,21,24 304:1
305:19 327:6,9
328:23 329:9
**recording**
246:2
**records**
68:17
**reduce**
24:3
**refer**
70:1 75:8,15 245:16
252:23 280:9
**reference**
286:10 302:7
**references**
259:19 260:4,19
**referred**
7:18 300:25
**referring**
186:13 257:7 259:4
268:6 283:5 289:19
**refers**
244:1
**reframe**
257:23 258:17
**refresh**
50:5 57:9 59:20 60:3
84:17 85:2 92:8
**refreshable**
200:5 268:3
**regard**
118:14 287:4
**regarding**
128:17 176:2
**regimes**
158:1
**registered**
52:4 56:18 57:7,13
58:3,9 59:14,24 62:6

63:3,10 64:18,25
84:11,21 87:8,15
88:16,23 89:22 90:4
90:11 91:23 92:2,14
98:19,23
**registration**
59:22 60:5 68:25 84:19
85:3 92:10
**registrations**
62:12
**regular**
159:22 178:14,22
179:4
**regulation**
109:9
**regulations**
109:20,25
**regulatory**
109:21
**related**
28:21 45:20 250:23
253:2
**relating**
181:24
**relations**
47:18 81:19
**relationship**
47:20
**relationships**
36:7
**relatively**
300:15
**relay**
132:18
**release**
83:16,16
**released**
39:8
**relevant**
298:25 302:2,12,19
**relied**
216:2
**religious**
114:11
**remainder**
30:15
**remember**

20:17 25:12,16 26:3,19
28:25 40:9 46:18
55:13 59:18 65:8
73:12 92:4,6 101:6
160:18 192:5 209:5
209:15,22 210:2
212:16 255:13 279:24
284:25 321:11,25
**REMEMBERED**
2:2
**remote**
22:20,23
**removed**
307:19
**render**
34:4 53:22 329:16
**rendered**
53:24 162:5
**rendering**
46:7
**repeat**
31:20 55:7
**repeatedly**
46:13
**rephrase**
55:7 122:15 281:20
**replace**
58:17
**replaced**
199:8
**reply**
16:6
**report**
7:14 13:7,8 14:11,12
14:18,19 15:24 16:12
29:23 211:4,11
248:16 249:9 250:8
251:1,5,9,10,20,23
252:4,7 256:12 257:5
257:6,12,18 258:2,7
259:2,18 263:25
264:14,23 265:3,5,11
265:17,23 266:20
267:8 269:18 272:13
272:15 276:17 281:9
283:6,14 285:14
294:9,17 295:24

296:3,16 298:9,16
306:17 307:4 309:5
310:17 311:6 314:23
317:3,4,25 318:8,14
319:21 323:5,17,19
**reported**
1:24 6:15,19 7:3,7
210:7 229:9 237:22
237:24 329:6
**reporter**
2:8 8:25 9:2 10:8 12:9
21:10 26:8,14 31:8
177:14,21 193:3
225:6 233:20 254:2
304:1 323:8 329:1,3
**reporter's**
329:17
**reporting**
34:20
**reports**
14:14 15:14 48:5
211:19 213:10 310:2
**repository**
210:1
**represent**
8:17 68:13 98:13 173:3
176:15,22 191:15
**representation**
175:13 176:2
**representations**
166:13 168:2
**representative**
152:18,24 317:8
319:10,14
**represented**
37:12 114:14 309:14
319:13
**representing**
8:12 9:1,21
**represents**
131:23 175:14
**reproduced**
169:19 245:24
**reproduction**
169:25
**request**
104:23 105:4 175:9

**requested**
299:16 329:20,22
**requests**
104:22
**require**
206:6,24 244:22
**required**
39:11,16 171:12
198:18 207:5 218:14
256:6,9
**requirement**
148:18 157:18 163:4
**requirements**
109:8 155:16 164:15
164:18 169:14 182:6
325:11
**requires**
77:21
**requiring**
274:23
**reread**
13:7 242:13
**rereading**
195:13
**research**
1:4 8:6 23:3,8,9,11,13
23:15 24:20 26:1
184:18 209:25 213:20
235:17
**reservation**
252:3
**reserve**
251:21
**resource**
260:22
**resources**
39:11 125:25
**respect**
118:2 135:16 158:20
207:14 240:9 248:2
254:23
**respective**
246:9
**respond**
234:23 235:7
**responding**
104:21

**responses**
10:11
**responsibilities**
20:12 22:15,17 23:1
24:20 26:20 34:14,17
34:21,24 35:2,17,24
36:3,9,10 47:15,16,24
48:3,12,20 79:13,16
79:23 80:19,25 81:10
81:23
**responsible**
48:7 80:1 81:16,20
104:21 135:15,25
**rest**
149:8 199:9 243:17
263:25 283:3 321:14
322:8 325:25
**restate**
107:18
**Restricted**
246:17
**restriction**
325:7
**restrictions**
327:19 328:2,9
**restricts**
159:19
**result**
76:1 102:7 167:5
310:21
**resulting**
278:1 285:21
**results**
172:2 312:18 317:22
318:19
**resume**
19:20 21:6,8,20 28:9
32:25 34:9 52:23
53:2 74:13,15 78:23
124:3
**retained**
16:3 249:24
**Retaining**
48:6
**retains**
230:20
**retrieval**

26:6 246:3
**revealing**
227:21
**reversing**
123:13 271:17
**review**
14:12 42:4 143:14
223:15 228:3,25
237:8 241:7,14
242:23 246:7 283:7
283:12,21 284:11
289:21 290:5 291:4
294:3,17 295:5,19
305:20 311:25 312:3
322:6 323:18 325:4
326:18
**reviewed**
15:19 178:8 222:16
223:9,10 249:11
320:7 323:19 325:23
**reviewing**
14:11,18 16:11 319:21
**reworks**
198:20
**re-mark**
131:2 303:20
**rhythm**
15:11
**rich**
116:7
**right**
10:18 11:2 12:24 13:23
14:1,6 16:3 18:21,24
21:21,25 22:1 23:7
33:9,17 42:12 44:15
44:24 47:14 53:1
60:14 65:10 69:12
70:5 75:2 83:6 92:1
94:3 97:15 103:1,18
104:13 117:9 119:1
121:3 122:2 124:18
129:14,24 130:19
131:3,3,25 134:9,18
135:2 139:6 141:17
143:2 144:21 150:4
151:8,19 152:3 159:7
164:13 166:21 170:12

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 371 of 386
Confidential - Volume II - Deposition of Dr. Kenneth J. Frentenberg
Conducted on September 8, 2015

369

170:14 176:5,17,21
177:4,17 178:21
179:11,21 183:9,9
186:15 187:7 188:6
192:10,22,23 193:19
199:14 202:5 203:2
206:23 221:22 222:14
228:18 230:1,16
233:11 235:4,20
238:11 242:20 243:5
243:17,22 244:10
245:21 250:7,22
251:21 257:10,22
258:18 261:25 262:15
262:19 264:6 270:2
275:11,11 276:7
282:19 286:14 287:17
288:4 295:16 297:14
298:3 304:7 305:2,18
307:9,9,22 312:11,13
314:10 315:5,6,16
319:13,19 328:19
**rights**
67:2 73:25 108:14,17
133:8 159:15 168:2
172:16,16,21 186:24
187:9 226:2 245:9
248:3 326:12,21
**right-hand**
144:19 233:13 234:21
238:16 240:23
**risk**
226:13 227:25 241:4
**risks**
29:18
**Road**
9:12
**Robert**
9:11
**rocket**
18:16,25 19:4 20:5,15
20:19 22:7,21,24
**rocket's**
22:22
**role**
34:22,25 35:3 36:4
80:1 81:21 210:13

**roles**
47:15
**rolled**
222:6
**Roman**
37:17
**rough**
40:5
**roughly**
165:10 184:8
**route**
46:12 106:21 107:9,12
107:20,21 108:7
187:5
**routed**
45:18
**routes**
64:1
**routing**
45:9 46:14
**royalties**
72:2 73:18
**royalty**
73:14 74:1 159:25
**RPR-RMR-CRR-C...**
1:25 2:7 329:25
**RTF**
116:3,7
**rubrics**
129:17
**rudeness**
218:18
**rule**
13:4 111:13 221:15
227:9 256:17,24
**rules**
10:3 158:18,21 221:16
227:10 256:6
**run**
111:15
**running**
58:18 139:25
**runs**
82:12 264:15

_____
**S**

**S**

8:2
**safeguard**
241:3
**safeguards**
106:1
**sake**
243:2
**sale**
35:10 40:11,21 53:25
54:3 55:13,15 65:7,12
66:20,21 67:3,11 68:7
72:9 76:2,22 77:2
297:12,21,24 298:4
**sales**
34:5 35:12 53:23
**salesperson**
35:9
**Sammy**
279:22
**San**
3:21
**Santa**
20:8,8
**satisfied**
102:6
**satisfying**
105:8
**save**
105:16 183:20
**saw**
126:15 292:6 320:6
321:21 327:21
**saying**
10:9 138:10 156:7
171:17 212:10 216:3
223:14 282:19
**says**
120:12 126:20 145:8
145:17 146:4,11,22
148:2,25 150:13
153:1 154:12 156:11
160:21 162:24 164:13
168:8 169:9 174:5
180:10 181:1,17
183:3,12 186:8,19
188:2 192:13,25
193:5 194:14 196:24

197:22 198:22 199:22
200:19 201:9 202:5
219:10 222:1 229:23
230:18 231:11,15
232:7 233:14 234:22
235:6 238:8,17,19
239:15 240:24 244:10
245:21 249:18 256:24
272:18 274:3 292:25
296:16
**scale**
138:3,3
**scan**
56:8 99:8 105:6,6,17
116:10 117:11 126:18
126:22 218:10 220:3
220:21 221:2,2,4
310:21,24 312:22
**Scanjet**
56:5,15
**scanned**
30:12 99:6 114:20
115:13 126:3 133:13
213:14 220:20 231:1
231:3 267:19 311:21
312:18
**scanner**
56:5,12,15,15,16 57:3
57:13 58:25 67:22
113:21 188:11
**scanning**
30:8 45:9 113:4 115:21
125:16 127:7 193:7
195:20 210:1 213:11
213:15 217:15 218:13
220:2 221:3 309:23
**scans**
116:16
**scars**
44:25
**school**
19:7,8,10,13 29:15
135:18 136:12 137:18
**schools**
162:3
**Schuster**
100:8

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 372 of 386
Confidential Videotaped Deposition of Anne K. Frankenthal
Conducted on September 8, 2015

370

**science**
16:16 17:10 28:22 29:3
247:14,16 248:12
**scientific**
55:9,16 65:7 67:10
71:11 72:10 76:2,14
132:10 270:20
**scope**
80:15 184:16
**Scratch**
228:14
**scream**
23:22
**screen**
56:7 88:8,8,10 143:15
161:16 173:24 175:14
176:23 264:11,13,14
264:17,21,24 265:3
266:18 268:15,17
269:19,21 270:1,6,8
270:10,19 271:5,6,8
271:10,15,21 272:1,5
272:20,21 275:13,15
275:22,23 276:3
285:24 291:8,18
293:2,7,8,21 295:22
316:8,14,15,17,19
**screeners**
271:14
**Screenshots**
5:12
**Scrolling**
225:3
**se**
118:7
**seal**
180:21
**search**
119:6,6 120:5,7,9,14
121:4,19 230:23
232:15,16,23 259:18
277:6 279:2 289:24
294:5 295:25 296:18
308:11 317:21 318:5
318:13 324:13
**searchable**
30:20 31:14,25

**searched**
31:5 171:18 253:5
296:16 299:22 300:10
**searches**
121:5,20 232:12 273:2
279:11 298:11 315:4
315:9 316:1,20
**Sebastian**
3:19 8:22 248:15
**second**
7:4 69:7,9 77:4 120:16
124:16 149:9 155:8
158:6 175:18 181:16
181:17 183:2,12
189:8 222:4 237:23
238:17,20 251:19
262:20 266:5 272:18
274:15 294:22 321:8
**secondary**
132:17
**seconds**
41:20
**section**
120:13,14,16 148:4
155:25 158:14 163:24
210:9 321:20
**sector**
186:22
**secure**
133:25 166:8 183:17
234:1,15
**secured**
134:10
**security**
221:11 223:25 227:3
228:4 235:9,11,21
241:1,14
**see**
23:24 78:21 109:16
124:10 144:18 146:14
156:16 166:24 174:8
174:12 179:16 188:4
192:13 223:14 235:18
244:15 245:19 246:11
250:5 256:19 272:16
277:12 278:20,21
280:24 285:20 290:1

290:1,12 311:22
312:23 313:24 314:18
318:15,18 321:22
**seeing**
255:13 274:8 314:7
**seeking**
128:16,18
**seen**
12:17 14:8 136:14
212:10 314:6
**sees**
174:14
**segment**
130:23 165:8
**segments**
131:8 132:9,11
**seizure**
280:22,25
**select**
176:4 314:25
**selected**
312:10,25
**selections**
93:2
**sell**
46:10,11 49:19 55:6,8
**selling**
39:3
**semiconductor**
28:23
**semiconductors**
24:6
**semiconductor-based**
29:8
**send**
105:13 292:25
**Sendero**
73:8,10,19
**sending**
267:13,14
**senior**
57:20
**sense**
92:24 102:13 103:9
266:25 267:6 310:3
**sensible**
270:15

**sent**
254:24 255:1 267:23
267:24
**sentence**
151:2,6 154:22,24,25
155:8,21 159:5 168:7
181:17 183:12 189:8
200:19 223:5,8 235:4
248:6,14 251:19
266:5 272:18 275:1
286:4 307:11
**separate**
62:13 94:16 95:24 96:1
96:23 97:4 102:18,18
139:25 142:5 269:21
303:20 316:17
**September**
1:16 2:3 8:1,10 161:13
161:14
**series**
34:1 39:8 76:6 78:4
117:20 119:2 142:15
325:17
**serifs**
37:16
**Serotek**
271:2
**serve**
135:19 158:22 296:17
**servers**
133:23 166:4
**serves**
179:2
**service**
45:24 49:11,20 52:18
54:2 96:18 161:3
164:25 165:22 166:4
166:13 169:3 239:16
289:20 290:6 294:1
295:8,22 312:9
**services**
34:3,6,7 45:24 46:6,11
46:25 47:4 49:20
53:21,24 76:22,23,24
104:20,25 105:3,10
110:24 111:7 133:17
137:25 156:19 157:13

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 373 of 386
Confidential Videotaped Deposition of James R. Fruchterman
Conducted on September 8, 2015

371

serving
157:24 158:15 181:23
156:21
SESSION
4:5 143:8
set
37:10 80:7,9,12 87:24
158:7,18 184:10
280:17 329:18
sets
46:17
setup
110:1,6 160:24
seven
69:4 185:14
seven-point
133:8 168:2 172:21
226:2
severe
86:8 159:23 258:9
SFWA
247:14,20 248:10
share
132:23
shared
206:2
sheet
56:16 321:7
short
207:20 277:20
shorthand
2:7 283:3,14 329:3
shot
161:17 173:24 175:14
shots
143:15 161:23 176:23
show
68:11 69:17 97:17
98:10 180:2 190:18
278:16
showed
62:10
showing
97:21 98:5 124:25
297:24
shown
179:5 255:12

sic
222:22
side-by-side
311:11
sighted
100:16 106:2 167:20
198:19,24 199:15
200:2 221:12 270:16
274:6
sign
101:15 105:10 135:7
135:17,19 148:4,9,13
148:18,22 156:7
163:2 174:6
signal
28:6
signals
27:21,24 29:11
signature
214:3,6,10,12
signed
248:9
significant
153:8 158:23 165:16
197:11 218:17 291:3
294:14
significantly
151:15,24
signing
101:18 135:15 329:20
329:21,22
sign-up
101:17,24 103:2 148:1
148:19 173:20,25
324:21
silicon
23:23 24:3 145:11
similar
37:13 48:1 51:23 58:14
60:15 111:25 141:21
259:7,9 274:6 276:22
similarly
326:14
Simon
100:8
simple
29:23

simply
61:10 159:17 166:16
166:22 231:11
simulation
29:3
simultaneously
17:1
single
68:20 138:4
sir
9:9 15:25
sit
29:1 71:18 279:7 280:5
303:10
site
84:2 87:25 89:10 92:21
92:23 94:22 95:18,20
125:19 126:7 128:23
130:7 134:19 135:9
137:19,21 139:20
140:2 141:2 143:16
143:17,18,19 144:22
146:17 148:11,15
161:11 164:5 167:10
167:19 171:4,14,19
173:13 174:11,19
175:6,15,16 176:4,23
179:1 222:20 223:2
223:11,16,19 224:1
228:4 250:3 252:12
252:19 253:8,8,11,14
253:19,20,21 297:24
307:18 308:1,12,23
309:17 317:11,15
318:7,15,17,24
319:17,24,24 320:1
320:16,17 322:8
323:20,25 324:1,9,15
324:23 325:5,13,24
326:16,19,19,20,23
327:3,13,14,22 328:5
328:11
sites
253:4,6,25 294:6
295:23 299:8,9,10
301:2 302:7
site's

95:22
six
27:25 99:18 219:12
sixth
71:5
size
39:13 301:8
skaplan@fenwick.co...
3:23
skills
274:19
skim
121:19
skimming
121:8,9
skip
159:9 198:13
skipping
149:8 197:21 232:6
slate
267:2 268:9
slipped
323:6
small
110:5 302:2,5
smartphone
141:6,10,22 142:10
264:16
Snagit
161:21,22,22 175:14
176:22
Snavely
235:13
snippets
230:24
social
5:20 75:23 82:13,15
159:12 180:11 186:4
186:22 189:20,25
software
29:3 35:5 38:5 39:16
56:6 57:6,12 58:8,16
58:18,21 59:8,23
60:17,23 61:15 62:4
63:9 64:24 78:4
83:24 84:20 87:14
88:22 92:13 98:23

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 374 of 386
Confidential Videotaped Deposition of Annex K. Fraser-Image
Conducted on September 8, 2015

372

108:13 142:9 161:25
187:21,24 200:4
239:24 268:16 269:21
284:1,8,12,17 285:1,5
289:3 290:8 291:5,13
291:18 293:18 295:6
295:21 312:9 315:3,7
315:18,25 316:8,14
316:20
**software-hardware**
38:22
**software-only**
59:1
**sold**
41:7 53:19 58:24 67:9
68:7 70:14 76:14
77:1 291:25
**solely**
30:24 234:2
**solution**
49:19,22 184:12
**solutions**
185:25 186:23 187:1
**solve**
50:11 263:20,21
**somebody**
90:5 96:7 261:24 262:1
**someone's**
114:9
**something's**
69:4
**Soon**
326:2
**sorry**
15:8 18:19 26:14 39:1
43:15 48:16 59:12
76:17 78:7 103:22
107:14,17 115:10
119:24 132:15 187:14
194:3 220:11 222:11
222:12 225:15,22
228:14 243:9 251:14
256:13 296:8 300:20
307:1 318:15 323:1
**sort**
23:24 50:11 73:25
138:24

**sorting**
50:8
**sought**
56:22 57:3
**sound**
24:1
**sounds**
27:23 132:16 257:21
258:16
**source**
30:24 31:17 96:9,10,12
136:22 213:5,10
271:8 287:5
**sources**
213:13
**so-and-so**
45:14
**space**
26:11 28:8
**Spacel**
26:5,11
**spans**
191:18 247:9 264:8
307:12
**speak**
14:1,24 15:2 200:8
272:6
**speaking**
300:15
**speaks**
63:22 64:17,25 66:4
226:23
**special**
112:4,9 156:22 157:11
157:15,18,25 279:20
**specialized**
56:6 109:17 169:21
170:2,7 181:23
**specialty**
202:21
**specific**
91:14 209:11 277:6
**specifically**
60:17 302:1 321:11
**specifications**
280:17
**specifics**

108:19
**specified**
81:8 158:11
**specify**
280:10
**spectrum**
32:13 285:12
**speculation**
102:11 103:14 106:15
131:19 139:11 188:19
213:8,17 245:6
283:17 325:1
**speech**
41:11 194:19 196:10
198:1 200:10 204:2
264:18,20 270:3,7
272:3,6 292:21,24
293:4,20
**speed**
98:12
**spell**
26:9 73:10
**spelling**
18:21
**spend**
264:3
**spent**
20:20
**spoken**
13:20 239:25 293:4
**spot**
115:2 290:17,18,20,24
**spotted**
290:25
**spotting**
121:8
**spot-checking**
51:14,25
**spreadsheet**
4:14,19 5:8 293:11
**Squared**
271:4
**squat**
37:15
**staff**
213:3 224:8 234:8,10
**stage**

47:21
**stakeholders**
131:23 169:5
**stamina**
154:2
**stand**
217:21
**standard**
48:1 56:3 80:2 85:20
85:22 150:16,23
151:12 153:6 155:14
160:5 175:7 188:13
205:1,2,2,5 206:3
207:8 249:22 261:7
266:7 272:22,25
273:4,12 274:23
280:10 284:19,22
**standards**
46:14 158:7 252:20,24
253:3,10,19,25
259:25 260:4 261:1,2
264:24 265:6,12,18
265:24 266:21 267:9
268:3 283:9,21
284:15,23 296:19
297:21,24 298:4,12
298:20 299:5 300:24
301:13,16 302:18,20
303:11 305:23 306:6
306:10 307:17 308:3
308:13,22 309:8,12
309:16,22 310:10,14
310:19 311:8 312:7
312:15 313:1 315:1,8
315:19 316:9 317:5
317:10,16 318:6,23
319:11,15 320:16,18
320:23 321:8,12
322:9 324:7,14 325:5
325:13 326:22 327:14
327:21 328:4,11
**stands**
116:7,21 247:14
**stand-alone**
82:16 291:25 292:10
**Stanford**
18:1 24:12

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 375 of 386
Confidential - Voluminous Deposition of Vanessa Frehtenmaq
Conducted on September 8, 2015

373

start
17:23 20:15 25:13,14
28:15 174:2
started
10:2 28:16,18 29:6
54:10 74:19 76:1
99:14 148:3 295:14
starting
24:11 28:25 33:1 80:21
233:12 240:21 244:7
260:20
starts
189:5 202:3 244:2
272:14
state
2:8 8:17 9:9 123:19
190:8 220:15 240:16
329:3
stated
232:3
statement
60:5 85:3 153:10 154:5
154:17 164:9 220:1,6
226:20 227:24 234:13
256:22 257:21 258:16
302:8 315:13
statements
176:10
states
1:1 5:3 110:9,20
158:14 163:23 170:25
233:7 302:17
stating
155:1 298:16
statistics
204:22
status
53:8
statute
109:23 128:8
statutory
81:23 109:20
stays
31:5 160:3
step
117:16,18 273:24
steps

202:18 203:7,9 292:19
Steve
3:25 8:12
stipulate
144:1 175:10 176:3,14
stipulated
176:7
stipulation
161:8 176:9
stock
40:17,25
stop
223:10 235:1,1 293:4
stopped
79:19 318:20
storage
166:3 246:3
Store
94:8
stored
133:13
straight
124:14 125:5
straightening
202:20
strategy
47:18 190:13
stream
292:25
Street
2:5 3:5,13,20 8:14
stretch
91:2
strict
181:6
Strider
62:22 63:3,9,15 64:2
65:24 70:15,17
structural
277:1
structure
119:24 120:11 121:18
133:9 207:11 293:5,6
structured
75:4 102:13 120:6,10
structures
75:14

stuck
321:18
student
26:1 27:11 93:7 104:18
104:20,24,25 105:3,7
105:8,9 126:24
137:20 162:12
students
99:6 104:22 132:22,24
135:19 156:18,22
157:17,23,25 160:22
213:2 218:15 222:23
223:23 224:9 233:25
234:2,9 260:6,23
301:24
student's
157:15
studied
212:21
studies
16:22,25 17:23
study
185:18 256:23
stuff
126:11
stunned
73:17
stylized
321:7
stylus
267:3 268:10
subject
63:16 70:19 151:5
167:10,19 175:12
176:1
subjected
312:25
submit
211:4,19,21 212:12
submitted
214:22 215:5 242:12
subpoena
4:10 12:17 14:9 256:5
subscribe
111:18
subscriber
95:18

subscription
94:25 95:3,18,20,24
162:12
subset
281:15,18 286:21
subsidiary
76:20
substance
227:21
substituting
56:14
sue
190:3
suggestion
79:20
Suite
3:5
sum
15:18
summarize
121:16 153:10 154:6
154:18
summarized
248:13
summarizing
171:25 248:11 296:20
296:22
summary
6:6,14 182:6 211:23
212:6,13 220:9
228:21 237:7 240:16
summer
24:10,10,13,13,15,17
27:3,11
summers
25:4,6,7
SuperNova
270:24
supervisor
81:25
supplement
215:13 251:22
supplemental
6:9 214:1 224:17
325:19 326:10
supplied
112:17 163:9

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 376 of 386
Confidential Videotaped Deposition of James F. Fruchterman
Conducted on September 8, 2015

374

supplying
112:22
support
6:5,11 54:2 147:6
    164:19 169:4 212:13
    247:25
supported
168:14
supporting
109:25
supposed
114:8
sure
25:24 31:10,19 42:12
    67:15,17 77:4 79:6
    104:1,16 107:19
    114:20 124:5 142:5
    147:8 220:17 223:20
    242:24 247:13 257:24
    274:2 290:25 294:15
    294:25 309:24 323:9
surprising
165:14
surviving
41:14
sustained
237:5
swear
9:2 114:12
swims
44:22
switching
237:16
sworn
2:11 9:5 329:5
symbols
37:11
synthesized
200:8 292:21,24
    293:20
synthesizer
56:7 188:10
synthetic
194:18 196:9 202:8
system
22:23,24 25:13 26:6
    31:18 59:2 136:6,18

183:18 188:21 205:14
230:22 234:1,9,15
236:2,5 246:4 268:15
271:2 276:4 278:18
systems
4:17 22:21,21 33:2,5
    33:10,18 34:4,19
    37:25 38:9 40:2,3
    42:17 43:4,25 53:10
    200:20 224:8 264:25
    275:16,24
S-E-N-D-E-R-O
73:11
S-T-R-I-D-E-R
62:22

## T

table
120:8,15
tablet
141:18 142:9
tactile
147:11,12,15,18
    197:25 207:12 269:16
    270:13,14,15
tagged
116:22
tail
44:15,16,17,20
tails
44:14,25
take
10:22 42:14 43:19 47:7
    64:9 69:18 90:25
    113:20 117:9 139:17
    142:25 143:13 171:19
    207:20 208:8 242:9
    248:17 282:8 314:2
    327:4
takedown
308:7 318:17 324:7
taken
20:25 43:13 91:6
    135:22 143:5 185:5
    208:11 248:24 282:23
    327:8
taker
140:16,18 142:12

268:8
takes
106:3 269:15
talk
24:6 32:25 50:10
    103:24 104:2 142:22
    167:1 216:22 217:7
    218:20 251:12 326:11
talked
77:16 166:2 189:2
    190:4 258:5
talking
15:22 54:7 62:24 94:1
    117:25 129:5 138:6
    141:25 142:4,5,12,13
    160:17 168:16 190:6
    195:19 198:16 202:24
    284:22 306:24 314:5
talks
202:18,19 305:8
tall
37:15
tan
245:18,18
tape
8:4 90:19,23 91:5,7
    185:2,8 249:3
target
82:13,15
targeted
49:9
task
23:22 119:12 120:19
    277:25 278:2
tasks
118:7,11 119:20,25
    121:10,15 192:2,8
    193:20 194:1,11
    274:16,20 275:18
    276:22
taught
29:15
teacher
119:5 135:18 136:12
teachers
93:6
team

80:14 217:24
team's
80:16
tech
35:9,11
technical
35:4 50:11 81:18
    132:15 155:15 245:9
technically
55:23
technique
24:2 199:1
techniques
197:24 198:6,10
technological
283:23
technologies
62:11 67:9 168:25
    200:11 239:24 259:7
    275:6
technology
4:21 5:20,23 16:14
    17:6 28:19,20 29:8
    35:8,12 36:15 43:5
    44:1 47:19 49:1,5,18
    49:24,25 50:6,7 51:9
    51:20 52:5,14 54:11
    54:17 58:17 59:3
    61:9,16,23 62:2,5,14
    70:11,18 72:4 74:22
    75:10,23 76:16 82:24
    83:14,21,25 84:2
    87:24 88:3,6 98:20,24
    123:19 139:14,17,25
    140:1 141:13 142:13
    144:2 145:12 147:6
    185:25 186:23 187:1
    190:21 191:11 196:15
    197:12 198:3 199:9
    199:23 203:7,10
    206:6,17,24 207:6
    264:9 265:19,25
    266:15 267:2 269:7
    269:10,12,20 270:19
    271:10,22 272:5
    273:15,19,21 274:12
    274:19 275:2,4,13

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 377 of 386
Confidential Videotaped Deposition of James R. Frederickson
Conducted on September 8, 2015

375

276:8 279:20 283:25
287:10,20 288:20
289:13,16
**telemetry**
22:21
**Telephone**
3:7,15,22
**television**
265:19 269:7 276:8
**tell**
75:6 101:23 136:25
144:10 215:8 224:19
237:17 293:9 301:15
302:19,25
**telling**
266:15
**ten**
241:23 277:18
**tend**
163:14
**tends**
114:14 137:16
**tens**
302:22
**term**
36:18 50:3 70:10 73:24
79:19 92:10 109:22
117:22 118:6,21
119:1 132:16 177:1,2
232:18,25 233:1
269:8 273:17 283:11
284:21 285:19 286:4
**terms**
29:23 50:9 73:12 172:1
174:11,18,25 175:5
232:17 268:13 277:6
285:15 286:10,12
326:20
**territory**
196:5
**test**
46:16 280:24 298:25
**tested**
20:19 83:15 274:17
**testified**
9:6 12:6 138:13 250:17
257:2

**testify**
4:10 11:11 14:3,13,21
14:23 15:3,19 211:15
211:17
**testifying**
12:22,25 14:7 249:11
**testimony**
10:5 16:1 59:4,11
74:10 86:18 93:23
95:15 104:9 106:16
108:1 113:2 117:14
121:23 129:19 165:10
166:10 173:15 236:9
256:24 261:12 277:4
281:6 283:4 329:6
**testing**
83:18,19 252:21
280:18 281:4 301:24
305:24
**tests**
19:14,18 114:8 260:5,8
322:13
**text**
30:14 31:14,19,25
106:2 107:8,13,22
116:7 123:14,15
124:3,14 125:5
137:15 151:2,4 153:8
157:3 170:8 172:15
192:13,25 193:2,6,10
193:13,16,22,24
194:7,12,17,22 195:5
195:9 197:2 200:9,9
202:13 204:1,6,9,12
207:11 223:22 231:4
233:15 238:24 239:25
240:1 245:17 262:6
263:13 264:18,20
266:6,9,11,18 267:13
267:14,17,17,20,20
267:23,24 269:15
270:2,7,9 272:3,6,6
273:12 284:19 285:19
285:22 286:4,16,16
286:21,22,25 287:1,2
287:2,4,4,7,9,15,17
288:5,11,14,19,19,25

289:5,11 291:10
297:6,15 311:7
312:18,18 315:3,8,19
316:9 317:9,15
319:10 322:2,15
**textbook**
132:23 137:18
**textbooks**
105:14 216:23 219:2
**texts**
30:20 207:25 233:22
**textual**
112:13,24 113:14
119:15 139:6 245:4
289:4 292:20 293:20
305:14,16,20 317:3
**text-to-speech**
142:20
**thank**
18:23 21:9,14 32:6
52:25 69:15 75:19
77:24 79:4 91:19
98:15 105:20 149:21
161:23 174:22 183:10
183:10 191:8 201:25
207:23 211:5 238:10
238:12 243:1,9
257:25 264:4 320:10
323:15 328:14,16
**theme**
268:21
**theorem**
147:16
**theory**
254:24
**thereof**
2:4
**They'd**
273:15
**thing**
92:24 126:13 130:25
138:3 151:9 164:14
211:2 255:12 297:8
297:10 321:18
**things**
13:12 23:17 28:3 30:5
45:1 47:1 48:7 82:25

92:22 123:16 137:24
162:20 166:12,15
167:3,4 169:2 172:10
184:10 216:6 223:12
248:11 274:11 277:18
278:21 293:9,13
**think**
15:13 26:8 67:16,18
69:10 83:23,25 117:7
118:6 122:22 124:21
124:23 127:18 132:11
138:3 142:24 161:5
162:8 165:20,20
166:25 170:20 184:21
195:19 196:4 211:3
216:20,24 221:17,17
223:4 234:7,14 238:6
240:15 242:11 247:3
248:17 255:3 256:4
257:2 259:21 263:11
271:6 280:16 289:8
292:23 293:21 294:10
296:3 300:1,15
303:22 304:16,18
321:12
**thinking**
195:22
**third**
72:18 94:24 95:2 111:3
111:5 146:4 161:3
189:4 244:2 264:7
274:24 297:10 307:9
**third-party**
295:23
**thought**
61:5 78:8,8 218:10
222:11 234:9 289:25
299:17
**thousand**
23:16 292:16,16
302:23
**thousands**
285:8 302:22 303:1
**three**
39:13 75:16 127:19
128:21,25 129:17
183:8 186:21 188:12

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 378 of 386
Confidential - Videotaped Deposition of James B. Fruchterman
Conducted on September 8, 2015

376

197:23 198:5,9,10
217:1,19 218:5
232:11
**thumbing**
305:19
**TIFF**
116:16,21,23 122:4,14
122:18,23 123:7
**till**
254:22
**time**
8:11 12:3 20:20 23:14
24:21 33:22 35:5,21
36:4 38:21 39:8
40:18 42:1 43:4,16
45:23 46:7 53:22
54:1,8 59:6 67:19
68:22 69:1 73:4 74:7
75:13 76:7 81:5 89:9
90:25 91:15 103:19
112:16 125:11 130:19
135:2 139:18 183:21
185:3 187:20 215:10
215:21 216:16,24
217:1 223:19 240:3
240:17 248:17 252:11
254:9,15 264:2,3
282:11 286:24 295:12
308:22 309:18 314:2
317:11 318:24 319:17
322:7 328:18
**times**
37:17 204:16 233:1
300:9
**title**
5:6 20:10 22:13 24:16
24:18 27:10 43:2
81:6 114:11 148:1
181:15 191:2,5 247:3
302:11 309:6 317:4
**titled**
191:12 192:20 208:18
**titles**
68:21 78:19 81:11
162:9
**today**
8:12,25 11:12 12:19,22

12:25 14:8,13,21,23
15:3 29:1 33:6,8,12
54:25 71:18 76:8
82:24 83:7 89:17
113:7 165:14 184:12
192:1 193:15 197:3
197:15 199:1,11,20
199:23 200:12 205:5
217:9 218:5 219:15
224:19 226:1 249:12
263:12 279:7 304:11
**Today's**
8:10
**told**
14:7 24:19 29:13 34:23
35:16 36:12 48:11,18
50:6 210:25 307:15
317:8
**tongue**
304:19
**tool**
219:23 278:9,12,24
279:21,25 315:3,7,19
316:8,20
**tools**
78:4 199:4 278:17
279:3,16 280:2
283:20,24 284:4,6
293:25 294:16 295:4
295:17 296:11
**top**
22:25 23:23 61:9 68:20
139:25 150:13 156:11
181:1 189:17 201:9
203:13 230:17 233:13
238:16 244:1 247:19
249:17 250:8 268:16
269:22 286:3 289:9
289:19 307:12 309:4
321:13 323:17
**topic**
250:23
**topics**
51:24 302:4
**total**
15:16,18 86:23
**totally**

257:13,19 258:3 261:9
261:22 275:12
**touches**
101:14
**trace**
136:21,25
**track**
28:7 47:2 86:1
**tracks**
137:23
**trade**
75:9 131:9 132:5,10,14
**trademark**
52:13 56:19 58:4 59:15
63:4 64:18 84:12
87:9 88:16 89:23
90:5,12 91:23 92:3
**trademarks**
4:15,20,23 5:9 41:6
42:14,15,16,18 52:4
52:10 62:12 98:20
246:9
**tradition**
131:10
**traditional**
149:6 197:1,7,8
**trained**
36:21
**training**
19:7,8,11,14 181:24
**transactions**
76:7
**transcribed**
329:7
**transcript**
77:9,12 91:13,14
144:18 310:7 329:16
**transcription**
200:4 329:8
**transcripts**
320:12
**transfer**
140:16 141:2
**transferred**
67:3 79:15
**transformation**
199:10

**transformations**
198:14,15,17
**transition**
58:14
**translating**
30:4
**transmitted**
245:24
**traumatic**
53:17
**Treasury**
47:2
**treating**
138:24
**tremendous**
190:1
**trial**
12:6 208:19 211:17
212:8 236:16
**triangle**
147:17
**tried**
20:15 28:18 137:22
**tries**
159:12
**trigger**
280:21
**truck**
304:15,18
**true**
32:4 51:3 62:16 69:7
97:24 197:3 201:17
211:9 220:1,19
258:20 296:19 299:20
317:7,7 329:9
**TrueScan**
38:9,11,16,21 39:4,14
56:4 58:15 188:22
**trust**
233:9
**trustworthy**
235:15
**truthfully**
11:12
**try**
10:15 15:7 119:7
129:21 147:4 220:12

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 379 of 386
Confidential - Videotaped Deposition of Nnenna K. Frankenfield
Conducted on September 8, 2015

377

**trying**
20:20 28:14 29:19
115:2 156:2,2 160:12
195:17
**TTS**
200:10 264:19
**Tuesday**
1:16 2:2
**tune**
204:22
**turn**
25:15 32:24 43:1 54:7
56:3 59:2 71:2,4
108:19 144:24 146:3
147:25 148:24 150:9
153:2,23,25 154:10
155:7 156:10 160:15
162:23 163:16 169:8
172:13 173:18 175:4
180:25 182:24 188:1
188:24 196:13 201:3
201:7,21 202:15
203:12 204:24 219:8
221:25 224:16 226:7
229:6,20 230:16
234:18 238:14 240:19
249:14 257:4 262:19
263:16,18 272:12
304:20 317:2 323:4
**turned**
30:13 188:13 204:15
317:21
**turning**
30:9 74:13 86:15
196:24 239:8 263:13
269:17 306:17 309:4
**twice**
214:22
**two**
11:18 15:14,16 25:4
43:20,20 47:15 58:22
59:5 61:14 94:1
104:15 115:18 123:18
123:18 124:9 128:24
145:16 159:9 194:11
194:12,21 195:2
197:21 198:13 203:2

203:4 208:5 217:13
218:1 223:11 253:4
284:15 285:15 286:10
286:11 289:9 293:21
302:6 309:1 322:2
326:3,5,7
**txt**
317:9 319:10,15 320:1
320:17,22,24 322:6
**type**
20:4 22:1 23:5 33:17
37:17,20,22 44:3 53:6
75:20 86:16,19,22
115:20 116:11 124:2
179:5
**typed**
30:11
**types**
53:9,12 152:12 203:14
268:7 319:25
**typical**
34:16 203:14 271:18
271:21 320:25 321:10
321:16
**typically**
86:8 137:10 207:9
**typing**
287:6 288:9
**typo**
159:3
**typography**
37:5
**T.J**
23:2

---

### U

**ultimately**
71:10 81:20
**unable**
150:15,22 151:11
159:14 261:5
**unauthorized**
132:24 136:20 221:12
224:2 226:14 227:25
326:23
**unavailability**
259:24 261:1
**unbinding**

329:15
**Unbound**
58:25 59:8 60:16
**uncomfortable**
57:21
**uncorrected**
320:25
**undergo**
117:1 122:5
**undergone**
122:19
**undergraduate**
16:22,25 25:25
**underlines**
124:17,22
**understand**
10:5,8,14 29:17 30:16
37:3 50:22 59:4 70:3
75:9,12 97:10 137:17
211:2 234:16 252:24
281:1
**understanding**
12:2 32:12 40:5 41:13
42:8 72:14 76:3 77:7
90:9 103:12 108:8
109:24 128:2,19
129:2,11 171:11
178:19 206:1 211:12
212:6 213:18 228:19
230:10 231:6,22
233:3,8 234:4 235:20
236:1,19 240:16
245:12 268:13,18,25
269:11,14 309:19
320:20
**understood**
259:12 282:5
**undertaken**
241:3
**unfair**
100:16 106:3
**unhappy**
39:25
**unincorporated**
82:18
**Unintelligible**
117:3 125:21

**unit**
58:24 217:16 219:1
**United**
1:1 5:3 110:9,20
158:13 163:23 170:25
302:17
**universities**
99:6 102:24 104:19,19
105:17 213:20 230:6
231:2,17,18
**university**
99:2,13 100:14 102:8
102:16,17,19,23
103:5,16,21 104:5,13
105:9,11,12 106:7,18
222:25 224:7 240:4
**unprotected**
245:11
**unsealing**
329:15
**unsuccessful**
20:21
**update**
46:15 216:4,18 217:5,7
225:17
**upgrading**
27:15
**upheld**
228:23
**uploaded**
126:6 137:18 319:23
320:15
**uploading**
107:8
**upside**
114:21
**upside-down**
115:5
**usable**
277:20 278:4
**use**
30:16 36:17 43:6 46:20
50:10 70:11 89:12
97:16 98:3 108:17
118:8 120:24 121:17
125:3 139:13 141:10
161:18,19 163:1,14

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 380 of 386
Confidential Volume II Deposition of Dennis R. Frauenhal
Conducted on September 8, 2015

378

169:22 170:10,23
173:6 177:18 191:22
191:24 193:16 199:1
199:4,10,20,23
200:12,21 205:5,13
206:3,6,24 207:5
210:8 219:14 232:9
232:23 239:16 245:8
250:7 259:6 263:18
266:15,18 268:5
269:9 270:5 271:19
271:21 273:6,17,21
274:9,12 275:5,17,20
275:22,24 276:8
277:1 283:11,13,20
284:12,21 285:4,14
285:19 286:3 287:10
288:5,8 289:20,23
291:5,17 292:7
293:12 294:3 303:22
308:20 315:7,18,25
316:8,19 318:21
319:3
**useful**
276:4
**useless**
246:20,22
**user**
60:22 61:6 95:3,11,13
96:1 134:2,7,11
136:11,22 140:5,8,11
140:21 141:5,10,17
141:24 148:9,13
163:13 174:2,17
224:11 236:5 239:21
274:18,21 293:3
324:22 325:11 327:20
328:3,10
**users**
62:25 88:7 110:6 114:1
135:3 225:15 230:23
232:16 270:5 275:4
292:6
**uses**
221:11 270:8,15
**usually**
35:8 118:7 142:8 172:3

277:23 283:24
**utilize**
129:21
**utilizes**
264:20
**utmost**
181:5
**U.S**
8:8 47:2 56:18 57:7,13
58:3,9 59:15,24 62:6
63:4,10,16 64:18,25
84:12,21 87:9,15
88:16,23 89:23 90:5
90:12 91:23 92:14
109:8 112:10 127:23
145:19 158:8 160:22
163:25

---

**V**

**vague**
24:22 29:14 30:22
31:16 32:2,9,20 33:25
35:19 38:24 39:5
40:23 48:15,22 51:10
51:21 52:7,15 55:10
55:18 58:5 59:17
60:24 61:19,24 62:8
62:17 63:6,12,18
64:21 65:3,16,21 66:1
66:6,11,16,23 67:5,13
67:23 68:4 70:16,24
71:13 72:12,20,24
73:5,22 75:21 76:5
79:24 80:11 81:4
82:2,7,20 84:14,22
86:18 87:1,5,11,17
88:12,18,25 89:13,19
89:24 90:7,14 92:15
93:3,15,21 94:15,20
95:6,15 96:3,8,20,25
97:6,12,19 98:1 99:4
100:6,20 101:25
102:10 103:7,14
104:9 106:9,15 107:5
107:10 108:1,25
110:3,13,19 111:8,14
111:23 112:6,14
113:2,10,17 114:6,23

115:16,23 116:13
117:2 118:4,23
120:21 122:8,21
123:5,22 124:1
125:13,20 126:8
127:5,15,24 128:4
129:18 130:2,10,16
130:21 131:18 132:19
133:6,14,20 134:5,13
134:21 135:10 136:2
136:8,19 137:5
139:11,22 140:6,14
140:24 141:8,15,20
142:2,17 146:18
150:2 152:6,15
153:13 154:7,20
155:24 156:24 157:5
160:7 162:6,18 163:6
164:10 165:5 166:10
167:24 170:18 171:5
172:25 173:22 174:20
177:7 178:6,16,24
179:7 181:11 182:4
182:12,20 184:2,15
185:17 187:19 188:18
190:10 194:25 195:11
196:3 197:4,17 198:8
199:18 200:15 201:2
201:18 202:10 203:8
203:17 204:3,10
205:9,18,24 206:8,19
207:1,7 208:3,22
209:17 210:5,15
211:25 212:18,25
213:8,17 215:15
218:24 219:16,21
220:23 223:3,17
224:4,12 225:13
226:4,23 227:6 228:5
228:11 230:12 231:8
231:23 232:2 233:5
234:6 235:23 236:8
239:12 240:13 241:9
241:16 242:8 244:19
245:7 248:7 250:12
250:19,25 252:13
253:12,22 254:8,14

254:20 255:20,25
258:4 260:13 261:11
262:7 263:2 265:1,8
265:14,20 266:1,23
267:4,11,22 268:4
270:4 271:13,23
272:9 273:9,23 275:8
276:2,13,20 277:4,16
278:7,15 279:1,8,18
280:7 281:6,13
283:22 284:14 285:6
286:17 287:13,21
288:7,22 289:6,22
290:9,21 291:6,20
292:11,22 294:4
295:1,10 296:2,7,12
296:23 297:4,17,25
298:6,13,22 299:7,24
300:7 301:18 302:24
303:14 308:4,15,24
310:12,25 311:10,15
311:20 312:2,20
313:5,11,17,23
314:12 315:11,21
316:3,11,22 317:18
318:1,10,25 319:5
320:3,19 321:2,23
322:10,20 323:21
324:3,10,16,25 325:8
325:14 326:25 327:16
327:23 328:6,12
**vaguely**
69:12
**validation**
126:2,11,16
**Valley**
145:11
**value**
169:3
**vanilla**
76:18
**variation**
24:17
**variations**
268:21
**varied**
40:16,17 193:7

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 381 of 386
Confidential Videotaped Deposition of Frederick Anthea-Hague
Conducted on September 8, 2015

379

**varies**
124:2 125:4
**variety**
258:6 283:23 312:23
**various**
165:12
**vendors**
36:17
**venture**
186:11
**VERA**
57:17 58:2,8 66:9 68:3
68:6
**verify**
247:4
**version**
6:15 7:3 38:16 59:1
127:7 172:20 237:22
248:4 259:25 273:12
284:19,25 291:12
297:3,5,9,11,15,20
307:16 308:1,2,13,21
309:7,16 310:14
311:9 317:5,9,14,16
318:6,22 319:16
**versions**
105:13 296:18
**versus**
6:18 7:6 8:7 208:18
229:9 237:24
**vice**
20:11 34:11,11,14 35:3
35:17,25 36:11 47:11
47:24 48:13
**video**
8:4,11,13 207:11
265:13 268:22 269:1
**videographer**
3:25 8:3,12,25 20:23
21:1 43:11,14,18,22
64:4,14 91:4,7 143:3
143:9 144:6 175:21
175:24 185:1,8 208:9
208:14 248:22 249:2
282:17,21,24 327:6,9
328:21
**VIDEOTAPED**

**view**
1:13 2:1
2:5 8:15 123:6 230:24
260:9 269:4 320:23
**Viking**
26:7
**violating**
7:11 242:4
**violations**
108:17
**Virginia**
3:14
**vision**
53:13 61:8 86:25
123:17 149:18,23
150:6,15 152:13
153:6,15,18 197:2
261:24 266:17 274:8
275:21
**vision-impaired**
274:10
**visit**
161:11
**VisuAide**
74:11
**visual**
23:24 78:5 123:16
153:25 200:24 269:24
281:25
**visually**
5:24 123:7,10 190:21
191:1 196:15 198:3
198:25 258:15,21,24
260:11 270:16 289:3
290:11 293:19 298:20
299:6 303:12 306:11
325:12
**vis-a-vis**
128:19
**Vitae**
4:12
**voice**
56:7 188:10 202:8
264:17
**voices**
200:8
**voice-identify**

**void**
8:16
329:17
**voluntarily**
105:10
**voluntary**
112:18,23 114:15
308:7 324:7
**Volunteer**
113:4
**volunteers**
113:16
**vs**
1:7
**V-E-R-A**
57:17
**V-I-S-U-A-I-D-E**
74:11

_____

## W

**wafer**
24:3
**wafers**
23:23
**wait**
107:14 194:2 233:17
233:17
**waived**
255:8 329:21
**want**
37:11 42:1,4,7 45:17
49:14 64:9 93:20,22
100:9 103:24 108:3
118:20,21 121:1,13
138:14 144:25 151:3
166:25 176:9 179:14
201:3 215:21 217:7
220:10,12 243:10
247:4,12,25 257:23
258:17 260:24 262:21
269:13 282:8 293:4
294:15,24 295:12
301:3 302:21 303:19
305:16
**wanted**
31:9 39:25 148:16
215:17 243:3 286:9
**wants**

**Washington**
153:16
3:6
**wasn't**
24:24 186:9,10 243:12
243:13 261:17 299:10
**waste**
125:25
**Watson**
23:3,8,9 24:20
**way**
36:22 37:17 75:12
86:11 105:16 107:24
117:5 119:19 136:14
150:4 154:25 156:6
157:2 165:22 166:12
166:16,22 167:15
169:4 170:16 196:7
219:19 256:5 261:15
264:21 274:5 281:18
287:14 288:4,10,24
295:9 298:5 315:17
329:13
**Wayback**
308:11,18 319:3
**ways**
36:18 105:2,4 127:19
141:10,21 142:22
146:9,16,20 147:22
165:1 167:16 208:5
232:11 287:23 288:8
**wealthy**
110:9,21 161:2
**web**
83:23 84:2 87:21,25
88:1,7,15,23 89:10
94:13,21,22 95:4,13
95:18,19,19,22 96:1
119:6 125:18 126:7
128:23 130:7 135:9
137:18 139:20,23
140:1,2,2 141:1
143:16,17,18,19
144:22 146:17 161:11
171:4,14,18,19
173:13 174:11,18
175:6,15,15,16 176:4

Case 1:14-cv-00857-TSC Document 60-30 Filed 12/21/15 Page 382 of 386
Confidential Videotaped Deposition of Annex A Prashtenhage
Conducted on September 8, 2015

380

176:4,23 178:13
179:1,5 222:20 223:2
223:11,16,19 224:1
228:4 250:3 252:12
252:19 253:4,6,7,8,10
253:14,19,20,21,25
273:1 280:9 283:25
288:13,14,16 293:10
294:5,5,6 295:23,24
295:25 297:23 299:9
299:10 301:2 302:7
307:18 308:1,12,23
309:17 317:11,14
318:7,24 319:17,24
319:24 320:1,16,17
322:8 323:20,24
324:9,14,23 325:5,13
325:24 326:16,19,19
326:20,23 327:13,14
327:21 328:4,11
**website**
5:13
**web-based**
107:4
**Welcome**
162:25
**went**
22:24 43:25 102:7
**weren't**
106:1 125:24 172:10
278:21
**West**
2:4 3:18 8:14,23 13:24
14:25
**Westlaw**
6:15 229:12 237:16
**Westlaw's**
229:15
**we'll**
10:11 30:16 43:19
135:2
**we're**
15:22 21:6 41:20,23,24
79:1 90:17,19 94:1
114:13 115:2 155:25
156:2,2 157:25,25
158:1 161:13 166:16

167:25 171:23 179:18
192:19 217:15,17
218:14 237:16 242:16
247:23 248:15 249:4
259:3 314:22
**we've**
34:10 75:14 101:12
126:12 142:3,22
161:4 165:23 166:13
167:4 186:20 196:5
199:8 268:13 282:7
**whale**
44:14,15,16,17,20
**whereof**
329:18
**white**
123:15,15
**wholly**
76:20
**wide**
37:15 86:10 199:1
**widely**
185:25 199:6 206:2
**wider**
76:19
**Wilkins**
1:25 2:6 9:1 241:5,7
329:2,24
**Willie**
279:22
**Windows**
58:21 59:3
**Windows-based**
284:9 294:2
**Window-Eyes**
270:22 284:6 291:5,7
291:13,17,25 292:10
292:19 293:18 294:2
295:22 315:3,7,18,25
**wires**
28:1,6
**wish**
95:8 302:14
**wishes**
95:11 163:7
**withdraw**
75:6

**witness**
2:10,12 7:22 9:3,23
13:5,7,20 15:7,10
16:4,12 21:14 24:23
26:15 29:15 30:23
31:17 32:3,11,22
33:15 34:1 36:17
38:4,11,14 39:1,7
40:15,24 42:9 43:16
43:21 44:17 48:16,23
49:8 50:2 51:4,12,23
52:9,17 54:6,19 55:11
55:19 57:19 58:6,14
59:12,18 60:1,15,25
61:5,20 62:1,9,19,24
63:7,13,19,24 64:22
65:4,17,22 66:2,7,12
66:17,24 67:6,15,25
68:6 69:9,15 70:10,17
70:25 71:14,23 72:4
72:14,21 73:1,7,23
74:11,18 75:22 76:6
77:16,25 78:12 79:8
79:25 80:12 81:5
82:3,8,22 84:6,15,24
85:8 86:19 87:2,6,12
87:18,24 88:13,20
89:2,8,14,20 90:1,9
90:16 92:17 93:4,16
93:22 94:16,21 95:8
95:17 96:5,9,21 97:2
97:8,13,20 98:2 99:5
99:17,23 100:7,21
101:2,12 102:1,12
103:8,15 104:10
106:11,16,25 107:6
107:12 108:2,13
109:1 110:5,15,20
111:9,15,24 112:8,16
113:4,11,19 114:7,24
115:10,17,24 116:15
117:15 118:5,25
121:25 122:9,22
123:6,23 124:2
125:14,23 126:10
127:6,16,25 128:5
129:20 130:3,11,17

130:22 131:7,20
132:20 133:7,16,22
134:6,14,24 135:13
136:4,9,20 137:6
138:13,14 139:13,23
140:8,15,25 141:9,21
142:3,19 143:2,24
146:19 147:3 151:5
152:8,17 153:14
154:8,22 155:25
157:7 160:8,12 162:7
162:19 163:7 164:11
165:7 166:11 167:25
168:20 170:20 171:7
173:2,16,24 174:23
177:8,15,20 178:7,18
179:1,9,16,20,24
181:12 182:5,13,21
184:3,16 185:18
187:14,20 188:20
190:12 191:5,25
194:3 195:1,13 196:4
196:21 197:6,19
198:9 199:19 200:17
201:3,19 202:12
203:4,9,18 204:5,11
205:10 206:1,10,20
207:3,8 208:5,24
209:5,18 210:7,16,19
210:22 211:1,5 212:1
212:19 213:1,9,18
214:25 215:16,25
216:12 218:25 219:17
219:22 221:1,17,18
221:20 222:4,8 223:4
223:18 224:6,14
225:14,22 226:5,24
227:7 228:6,13,16
230:14 231:9 232:3
233:7,19 234:7 235:3
235:25 236:10 237:18
239:13 240:15 241:11
241:17 242:9,23,25
243:6,9,22 244:20
245:8 248:9 250:13
250:20 251:1,9,11,15
251:21 252:15 253:13

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 383 of 386
Confidential Videotaped Deposition of Emma France Hinterking
Conducted on September 8, 2015

381

253:23 254:3,9,15,21
255:11,21 256:1
258:5 260:14 261:14
262:9 263:7 265:2,9
265:15,21 266:2,24
267:5,12,23 268:5
270:5 271:14,25
272:10 273:11,24
275:9 276:3,14,21
277:5,17 278:8,16
279:2,9,19 280:8
281:7,14 282:13,16
282:19 283:18,23
284:15 285:7 286:11
286:18 287:14,23
288:8,24 289:8,23
290:11 291:7,21
292:4,13,23 294:5
296:3,8,13,25 297:5
297:18 298:1,8,15,23
299:8 300:1,8 301:5,9
301:20 302:25 303:6
303:8,15,18 304:2,5
305:19,22,25 306:25
307:3,6 308:5,17
309:1 310:13 311:2
311:11,16,21 312:3
312:21 313:6,12,18
313:24 314:13 315:13
315:23 316:5,13,24
317:20 318:2 319:1,6
320:5,20 321:3,25
322:12,21 323:22
324:4,11,17 325:2,9
325:15 327:2,24
328:7,13,16,19
329:18
**witness's**
79:7 128:19
**wondering**
78:10 248:19
**wooden**
57:22
**word**
26:11 30:5,10 31:13,24
116:3 121:8 146:6
204:7,21 266:8

285:21 287:7,18,24
288:5,9,9,13 293:10
294:11 295:25 300:21
321:8,11
**words**
30:3 114:12 119:16,17
123:21 125:2 240:1
272:1 292:24,25
**WordScan**
37:25 38:4,17,21 39:4
39:15 58:16,17
**work**
24:25 25:11,25 35:13
38:21 43:25 69:2
99:8 104:14 126:18
129:12 135:3,13,16
136:13,13,22 137:11
137:25 141:1 147:12
154:2 165:2 167:16
171:14 172:3 183:20
189:24 218:5,7 219:1
231:1,5 241:6,13
248:4 262:17 271:10
272:6 283:14 302:7
311:6
**worked**
23:19 24:24 25:17,19
26:5,24 27:14 28:11
35:6 44:13 53:3
167:8 230:11 231:7
232:1 233:4 234:5
235:22 240:12
**working**
9:25 26:20 28:25 29:13
33:2 37:2 83:17
164:20 183:14 261:20
322:22
**works**
51:15 104:6 105:19
126:21 128:9 136:10
137:14,18 138:4
142:21 148:17 164:7
223:22 226:15 228:1
230:5 231:18 232:8,9
232:18,20 233:9
235:9 238:25 239:22
269:13,20 290:1

**world**
71:23 92:11
**world's**
145:2
**worry**
201:12
**worth**
299:17
**wouldn't**
82:22 92:7 125:23
147:17 217:21
**Wow**
290:1
**wrapped**
57:22
**write**
247:5,8
**Writers**
247:15,17 248:13
**writing**
155:17 266:22
**written**
220:18 243:6 246:4
249:20 255:23
**wrong**
24:5 69:4,10 91:16
193:23 238:5
**wrote**
35:5 45:14 185:14
191:1 196:18 224:20
247:7
**WYNN**
60:7,15,22 61:22 62:1
62:16 65:19
**W3C**
280:9

**X**
**X**
329:22
**X-COM**
245:22 246:19

**Y**
**yeah**
15:10 22:25 41:4 52:6
60:10 61:17 121:21
121:25 124:6,12,15

134:24 138:17 151:3
151:5 153:1 155:2
161:20 162:19 203:1
203:6 204:11 218:8
225:14 227:18 244:9
255:7,9 290:2 294:13
305:10
**year**
22:9,10,10 24:8 79:18
79:20 110:18 165:10
184:8 189:9,24
196:17 279:12 285:2
291:15
**years**
19:25 24:8 69:4 99:18
165:23 173:9 180:6
185:15 197:8 204:20
216:5 217:2,19 218:6
**Yep**
235:2
**York**
208:20

**Z**
**zero**
301:6 322:3
**zeroed**
321:21
**ZoomText**
271:4,5

**$**
**$1,000**
39:17
**$10**
162:5
**$10,000**
73:17
**$200**
306:15
**$25**
110:8 160:23
**$300**
162:9
**$35**
40:12
**$40**
217:22 218:20 254:24

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 384 of 386
Confidential Videotaped Deposition of Anne K. Fruehling
Conducted on September 8, 2015

382

255:11
**$400**
218:21 219:5 306:16
**$5**
55:14
**$5,000**
39:15 54:7
**$50**
41:3 110:18 160:23
**$50,000**
39:13

---
# #
---

**#10068**
1:25

---
# 0
---

**08210239**
5:7

---
# 1
---

**1**
8:4 51:7 91:5 98:18
   144:21 215:9 225:14
   226:7,7,21 249:15
   250:9
**1E**
91:11
**1:08**
143:10
**1:14-CV-00857-TSC...**
1:7 8:9
**1:43**
175:22,25
**1:53**
185:3
**10**
52:12 155:7 229:11
   238:12 242:5 286:3
   314:22
**10th**
238:7
**10,000**
114:9
**10:06**
43:12
**10:12**
43:15,22

**10:40**
64:5
**10:43**
64:15
**10:45**
247:9
**100**
306:15,16
**10068**
329:4,25
**11**
156:10 266:5 317:2
   319:8,20
**11:17**
91:5
**11:31**
91:9
**118**
214:24 215:2,7
**12**
4:9 160:15 162:15
   221:8 225:25 246:13
   247:5,9 304:4 317:2
   319:20
**12th**
3:20
**12:10**
43:15
**12:34**
143:4
**121**
158:14 163:24 210:9
**13**
162:23 240:20,23
**143**
4:5 5:12
**15**
163:16 168:8 192:12
   192:20 196:18 234:18
   234:19
**1500**
54:14
**16**
169:8 216:8,12,15,16
**17**
158:13 163:23 171:2
   214:13

**1700**
3:5
**179**
5:14
**18**
172:14,15 326:15
**1800**
54:14
**1800s**
197:13
**185**
5:18
**1850**
9:12
**19**
173:18,21
**190**
5:22
**1940**
3:13
**1960**
301:11
**1977**
27:3
**1980**
16:17 17:8 18:3 301:11
**1981**
18:3 20:2 22:11,12
**1982**
33:11 34:11
**1983**
20:2
**1987**
36:1
**1988**
34:12
**1989**
33:11 36:1 39:22 47:9
   47:12 49:3 53:4
   54:22 186:5
**1994**
40:4
**1995**
47:9 69:23,24 70:22
**1996**
127:22
**1999**

252:19,24 253:3,10,19
   253:24 254:3,4
   259:25 260:3,25
   261:2,6 264:24 265:6
   265:12,18,24 266:21
   267:9 268:3 283:8,21
   284:22 296:19 297:20
   297:24 298:4,12,19
   299:4 300:24 301:13
   301:15 302:18,20
   303:11 305:23 306:5
   306:10 307:17 308:3
   308:13,22 309:7,12
   309:15,22 310:10,14
   310:19 311:8 312:7
   312:14 313:1 315:1,8
   315:19 316:9 317:5
   317:16 318:6 319:11
   319:15 320:15,18,22
   322:8 324:7

---
# 2
---

**2**
91:8 144:24 160:4
   180:25 185:2 222:1,4
   222:13 225:14,15
   244:1,5,6 245:17
   256:18 306:7 326:11
**2:01**
185:10
**2:30**
208:10
**2:38**
208:15
**20**
175:4
**200**
216:17
**2000**
53:4 54:23 55:6,8 65:7
   74:15,19 78:15,19,21
   79:22 80:22
**20006**
3:6
**2001**
83:19
**2002**
83:10,17 108:22

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 385 of 386
Confidential Videotaped Deposition of James R. Frazier
Conducted on September 8, 2015

383

217:10
**2004**
47:12
**2007**
185:23 196:22
**2008**
185:23 196:16,22
**2009**
99:20
**2011**
208:20
**2012**
125:8 208:21 214:7,13
217:10 221:8 229:11
**2013**
238:1,9,11 242:5
246:13 247:5,9
**2014**
78:21 79:16,22 125:8
238:7,12
**2015**
1:16 2:3 8:1,10 78:25
79:1 80:21 304:4
**202**
3:7
**208**
6:3,8
**21**
4:12
**212**
312:14 314:19
**221**
7:24
**22314**
3:14
**227**
7:25
**229**
6:15
**23**
216:19 217:8
**233**
70:2,6,22 71:19 72:1,9
72:16 73:3,20 74:8
**237**
7:3
**241**

7:9
**249**
7:13
**25**
219:9,25 220:6,19
304:24 305:5
**2500**
54:14
**26**
13:4 219:25 220:8,19
221:15 227:9 256:6
304:25 305:7
**26(a)(2)(B)**
256:17
**28**
69:23 216:22 217:2
**28th**
69:24 214:7
**29**
221:8

---
**3**
---
**3**
98:18 146:3 182:24
185:9 257:5 262:20
264:6 269:18 306:8
326:11
**3,000**
54:14
**3:34**
248:23
**3:48**
249:5
**30**
77:9 91:13 162:9,10
237:25
**30th**
238:9
**304**
7:20
**34**
7:20 304:3 305:13,20
305:23 321:6,15
**35**
40:21 41:2
**372-9599**
3:7

---
**4**
---
**4**
7:25 42:20 51:7,18
98:22 147:25 214:9
225:25 229:7,21
232:6 246:14 247:6,9
247:19 249:3 264:8
272:12 274:15 276:16
**4,000**
54:14
**4:28**
282:15
**4:29**
282:22
**4:37**
282:25
**40**
39:12 147:5
**41**
4:14
**413-3000**
3:15
**415**
3:22
**445**
6:20 229:10
**4780**
9:18
**48**
4:9 12:10,12,16,18
14:9
**49**
4:12 21:11,12 34:10
52:23 53:2 74:14
78:23 124:5

---
**5**
---
**5**
42:20 120:2,3,3 148:24
217:8 230:16 233:11
247:10,19 283:6
289:19 295:24 296:15
306:18,25 307:10,12
**5,000**
54:10,14
**5,470,233**
5:4 70:1

**5:33**
327:7
**5:39**
327:10
**5:41**
328:23,25
**50**
4:14,19 40:25 41:15,19
42:16,22 43:2 51:2
138:4 201:8
**500**
100:7 216:17
**501(c)(3)**
53:8
**51**
4:19 50:14,18 51:19
52:3
**52**
4:22 68:8,12,20
**53A**
5:3 69:13,18,19 70:7
71:20 72:1 73:4,20
**53B**
5:5 69:14,18 71:3
**54**
5:8 98:8,11,18,22
**55**
5:12 143:6,13,21 144:1
144:21,25 146:3
147:25 148:24 150:9
152:11 153:2,23
154:10 155:7 156:10
160:15 162:23 163:16
168:8 169:8 171:2
172:14 173:21 175:5
176:18,21 177:5
178:3,8,14,22 179:6
194:9,22 325:23
326:8,15
**555**
3:20 192:18 194:22
195:25
**556**
196:13,24
**557**
201:7,8
**558**

Case 1:14-cv-00857-TSC   Document 60-30   Filed 12/21/15   Page 386 of 386
Confidential Videotaped Deposition of James R. Prehterman
Conducted on September 8, 2015

384

201:9,22
**56**
5:14 179:22 180:3,10
181:1 182:25
**560**
202:16,17
**562**
203:13
**565**
204:25
**57**
5:18 185:6,13,16 188:2
188:25
**58**
5:22 190:15,19,25
191:15 192:12 193:25
194:9,22 195:9,25
196:13 201:7 202:16
204:25
**59**
6:3 208:12 213:23
214:3,17 215:10
217:8 219:10 221:10
222:1,12 304:10,22
306:4

_____ **6** _____
**6**
150:9 152:11 162:5
219:9 259:23 296:15
304:24 306:18,25
307:10,13
**60**
6:8 208:13 213:23
214:9,12 224:17
226:1,8 227:4 325:19
326:8,11
**600**
114:8
**61**
6:15 229:3,7 230:17
234:18 236:13
**62**
7:3 237:11,21 238:15
240:20,23
**63**
7:9 241:19,23 242:20
246:16 247:6,10

**64**
7:13 248:25 249:8
251:5 252:7 257:7
306:20 309:5 311:7
314:23 319:20 323:5
**66**
106:21 107:9,12,20,21
108:8 187:5
**68**
4:22
**69**
5:3,5

_____ **7** _____
**7**
153:2 214:4 215:9
238:14,16 304:24
323:4,16
**7.1**
120:13,14,14,15,16,17
**700**
191:18
**703**
3:15
**755**
7:8 237:24
**77**
25:23
**78**
25:7
**79**
25:8,23

_____ **8** _____
**8**
1:16 2:3 7:24 8:1 51:18
52:3 153:23 285:18
**8th**
8:10
**8:06**
246:14 247:5
**80**
24:9,13,15 214:23
215:6
**80s**
29:19
**801**
2:4 8:14

**81**
20:1 24:9,14
**825**
3:5
**83**
20:1
**86**
188:1
**87**
7:8 237:25
**875-2477**
3:22

_____ **9** _____
**9**
4:4 52:3,12 154:10
222:2,14 309:4
310:18
**9:21**
2:4 8:1,11
**9:34**
20:24
**9:37**
21:2
**90**
111:16
**90s**
40:10
**902**
6:19 229:10
**94104**
3:21
**95**
113:12 121:12 188:25
262:10
**97**
155:1
**98**
5:8 154:13
**99**
317:10 318:23