# EXHIBIT BB

Case No. 1:14-cv-00857-TSC-DAR

Christopher Butler                                      December 2, 2014
San Francisco, CA

```
 1              UNITED STATES DISTRICT COURT

 2                        for the

 3              DISTRICT OF COLUMBIA
    _____
 4  AMERICAN EDUCATIONAL           )

 5  RESEARCH ASSOC., INC.,         )

 6  et al.                         )

 7         Plaintiffs              )

 8                                 )   Civil Action No.:

 9  v.                            )   1:14-cv-00857-TSC

10                                 )

11  PUBLIC.RESOURCE.ORG, INC.,     )

12         Defendant.              )
    _____)
13

14             San Francisco, California

15             Tuesday, December 2, 2014

16      Videotaped deposition of CHRISTOPHER BUTLER,

17  a witness herein, called for examination by counsel

18  for Plaintiffs in the above-entitled matter, the

19  witness having been by me first duly sworn, taken

20  at the offices of Harvey Siskind, LLP, Four

21  Embarcadero Center, 39th Floor, San Francisco,

22  California at 9:10 a.m., on Tuesday, December 2,

23  2014, and the proceedings being taken down by

24  Stenotype by CINDY TUGAW, RPR, CSR and transcribed

25  under her direction.
```

```
                                                              Page 2

 1    APPEARANCES:

 2

 3    On behalf of the Plaintiffs:

 4         JONATHAN HUDIS, ESQ.

 5         OBLON, SPIVAK, McCLELLAND, MAIER &

 6         NEUSTADT, LLP

 7         1940 Duke Street

 8         Alexandria, Virginia  22314

 9         (703) 413-3000

10

11    On behalf of the Defendant:

12         KATHLEEN LU, ESQ.

13         Fenwick & West, LLP

14         555 California Street, 12th Floor

15         San Francisco, California  94104

16         (415) 875-2300

17

18    On behalf of the Witness

19         STEPHANIE D. AHMAD, ESQ.

20         Greenberg Traurig, LLP

21         Four Embarcadero Center, Suite 3000

22         San Francisco, California  94111

23         (415) 655-1303

24

25    ALSO PRESENT:  Sean McGrath, Video Operator
```

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1                         C O N T E N T S

2   THE WITNESS                                              PAGE

3   CHRISTOPHER BUTLER

4     Examination by Mr. Hudis                                  5

5

6                         E X H I B I T S

7   EXHIBIT NO.                                              PAGE

8   Exhibit 1   Subpoena to Testify at a                       7

9               Deposition in a Civil Action

10  Exhibit 2   Subpoena to Produce Documents,               15

11              Information, or Objects or to Permit

12              Inspection of Premises in a Civil Action

13  Exhibit 3   Internet Archive Bios                         23

14  Exhibit 4   Internet Archive About IA                     31

15  Exhibit 5   Terms of Use 10 March 2001                    41

16  Exhibit 6   Web pages for AERA57                          57

17  Exhibit 7   Item History for                              63

18              gov.law.aera.standards.1999

19  Exhibit 8   30 pages of task logs                         67

20  Exhibit 9   Log for task 315793300                       112

21  Exhibit 10  Internet Archive Error                       120

22  Exhibit 11  Mac Terminal screen capture page             124

23  Exhibit 12  12/19/2013 E-mail from Carl Malamud          132

24              to Christopher Butler with attachments

25                         ---o0o---

Christopher Butler                                          December 2, 2014
San Francisco, CA

1           VIDEO OPERATOR:  Good morning.  We're on

2    the video record, ladies and gentlemen, at 9:10

3    a.m.  I am Sean McGrath from Alderson Court

4    Reporting in Washington, DC.  The phone number is

5    (202) 289-2260.

6           This is a matter pending before the United

7    States District Court for the District of Columbia,

8    in the case captioned, American Educational

9    Research Association, Incorporated, et al., versus

10   Public.Resource.Org, Inc., Case No.

11   1:14-cv-00857-TSC.

12          This is the beginning of disk 1, volume 1

13   of the deposition of Chris Butler on December 2nd,

14   2014.  We're located at Four Embarcadero Center,

15   San Francisco, California.  This is taken on behalf

16   of the plaintiffs.

17          Counsel, would you please identify

18   yourselves, starting with the questioning attorney.

19          MR. HUDIS:  Jonathan Hudis, representing

20   plaintiffs.

21          MS.LU:  Kathleen Lu, Fenwick & West, for

22   defendant Public Resource.

23          MS. AHMAD:  Stephanie Ahmad, Greenberg

24   Traurig, for non-party Internet Archive.

25          VIDEO OPERATOR:  Will the court reporter

1    please swear in the witness and then you can

2    proceed.

3                    CHRISTOPHER BUTLER,

4    being first duly affirmed by the Certified

5    Shorthand Reporter to tell the truth, the whole

6    truth, and nothing but the truth, testified as

7    follows:

8                    EXAMINATION BY MR. HUDIS

9         MR. HUDIS:

10        Q.  Sir, if I could have your full name and

11   address for the record.

12        A.  Christopher Scott Butler.  And my address

13   is 152 Caine Avenue, Caine is spelled C-a-i-n-e, in

14   San Francisco, California 94112.

15        Q.  Mr. Butler, have you been deposed before?

16        A.  Yes.

17        Q.  In what kinds of matters?

18        A.  In matters relating to archived records of

19   websites that Internet Archive has preserved and

20   maintained on its site.  I was deposed as a third

21   party.

22        Q.  And how many such times have you been

23   deposed in that capacity?

24        A.  If I remember correctly, it's five times.

25        Q.  Other than those five times being deposed

Page 6

1   in the nature of what you just described, have you

2   been deposed at all in any other cases?

3       A.  Yes, yes.  I've been deposed in the case

4   Davydiuk, D-a-v-y-d-i-u-k, versus Internet Archive

5   and Internet Archive Canada relating to a copyright

6   infringement case against Internet Archive.

7       Q.  Did that relate to the posting of certain

8   materials on Internet Archive's website?

9       A.  It did.

10      Q.  Have you told me all the types of matters

11  in which you've been deposed before?

12      A.  Yes.

13      Q.  So altogether about six times?

14      A.  Yes.

15      Q.  Since you've been deposed before,

16  Mr. Butler, I'll make my rules of the road brief.

17          Do you understand that if any question I

18  pose to you is unclear to you or you didn't hear

19  it, you can ask me to repeat or rephrase it?

20      A.  Yes.

21      Q.  Do you understand that all of your answers

22  to my questions have to be verbal?

23      A.  Yes.

24      Q.  Do you understand that if you would like

25  to take a break during the deposition, you may do

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1   so?

2       A.  Yes.

3       Q.  The only exception is if I have a question

4   pending, you must answer the question before you

5   take the break or speak with your attorney.

6       A.  Yes.

7       Q.  Is there any reason, such as you're taking

8   medication, illness, any other reason why you can't

9   testify completely, accurately and truthfully

10  today?

11      A.  No.

12          (Plaintiffs' Exhibit 1 marked for

13          identification.)

14          MR. HUDIS:

15      Q.  Mr. Butler, I will now show you what's

16  been marked as Exhibit 1, and it is a subpoena to

17  testify at a deposition.

18          Have you seen this subpoena before?

19      A.  Yes.

20      Q.  When for the first time did you see the

21  subpoena in front of you?

22      A.  I saw the subpoena when it was served to

23  Internet Archive in late October.

24      Q.  If you could turn to the fourth and fifth

25  pages, there is a list of deposition topics.

Christopher Butler                                December 2, 2014
San Francisco, CA

Page 8

1          What, if anything, did you do to prepare

2     to testify on the topics listed on the fourth and

3     fifth pages of the deposition subpoena of

4     Exhibit 1?

5          MS. LU:  Just to be clear for the record,

6     since the pages aren't numbered, we're talking

7     about the page starting with Exhibit A?

8          MR. HUDIS:  Exhibit A to deposition

9     Exhibit 1, correct.  Thank you.

10          THE WITNESS:  To prepare for the

11     deposition, I, upon receipt of the subpoena,

12     immediately identified and spoke with the staff who

13     may have had communication with Public Resource or

14     the standard organizations.  I asked them to not

15     delete any of their e-mail and to search for

16     strings relating to these organizations and the

17     standards document specified and to alert me if

18     they found any matches for -- for those strings.

19          I also spoke with my attorneys at

20     Greenberg Traurig.

21          MR. HUDIS:

22     Q.  Other than speaking with your attorneys,

23     who did you speak with at Internet Archive?

24     A.  I spoke with Brewster Kahle,

25     Q.  Spell his last name.

1       A.   B-r-e-w-s-t-e-r, K-a-h-l-e.

2       Q.   And who is he?

3       A.   He's a founder of Internet Archive.

4       Q.   And what was the nature of that

5   discussion?

6       A.   It was to alert him of the subpoena, and

7   also the scope of the subpoena, and to ask him to

8   search his e-mail.

9       Q.   Did he search his e-mail?

10      A.   Yes.

11      Q.   What did he find?

12      A.   He did not find any correspondence with

13  these organizations relating to the standards.

14      Q.   When you say the organizations, there's

15  three plaintiffs in this lawsuit.  And I'll say,

16  just so we have a working definition, I'll say

17  their full names, and then I will say their

18  acronyms.

19           So the first plaintiff is American

20  Educational Research Association, Inc., they're

21  known as AERA; the American Psychological

22  Association, Inc., they're known as APA; and the

23  National Council on Measurement in Education, Inc.,

24  and they're known as NCME.

25           Do we understand each other?

Christopher Butler                                        December 2, 2014
San Francisco, CA

1        A.   That's right.

2        Q.   So after speaking with Mr. Kahle, he did

3    not find any correspondence exchanged with any of

4    AERA, APA or NCME?

5        A.   Correct.

6        Q.   Did he find any correspondence exchanged

7    with Public.Resource.Org, Inc., which we will refer

8    to as Public Resource?

9        A.   Yes.

10       Q.   What did he find?

11       A.   He found e-mails between himself and Carl

12   Malamud.

13       Q.   All right.  Have those e-mails been

14   produced to us?

15       A.   No.

16       Q.   Okay.  And why is that?

17       A.   Those e-mails did not mention and did not

18   have any relation to the 1999 standards.

19       Q.   Okay.  So we understand the 1999

20   standards, I actually have the book with me, and

21   I'll read the title into the record.  It's the

22   Standards for Educational and Psychological

23   Testing, bearing a copyright of 1999.

24           Do you understand, Mr. Butler, that we

25   will refer to that book as the 1999 standards

Christopher Butler                                                    December 2, 2014
San Francisco, CA

Page 11

1    during this deposition?

2        A.  Yes, I do.

3            MS. LU:  Are we entering that as an

4    exhibit?

5            MR. HUDIS:  No, no.

6        Q.  So all the e-mails that Mr. Kahle

7    exchanged with Mr. Malamud did not mention the

8    1999 standards?

9        A.  Correct.

10       Q.  Did they mention any of the plaintiffs in

11   this lawsuit?

12       A.  No.

13       Q.  Do you remember what those e-mails had to

14   do with?

15           MS. LU:  Objection, relevance.

16           THE WITNESS:  There were many e-mails

17   relating to -- to a broad number of topics.  I

18   don't remember any specific offhand.

19           MR. HUDIS:

20       Q.  Did any of those e-mails, to the best of

21   your recollection, have to do generally with

22   uploading by Public Resource standards or codes to

23   Internet Archive's website?

24           MS. AHMAD:  Objection --

25           MS. LU:  Objection, vague and ambiguous.

Page 12

1    I'm sorry.

2           MS. AHMAD:  Objection, outside the scope

3    of the deposition topics.

4           THE WITNESS:  No, we did not find any

5    e-mails that related to the uploading of standards.

6           MR. HUDIS:

7       Q.  Did you speak to anyone else, Mr. Butler,

8    to prepare for this deposition other than Mr. Kahle

9    or your counsel?

10          MS. LU:  Objection, misstates prior

11   testimony.

12          MR. HUDIS:  Okay.

13      Q.  Did you speak to anyone else to prepare

14   for your deposition today?

15      A.  I spoke with Alexis Rossi who's our

16   director of collections.

17      Q.  And how do you spell Rossi?

18      A.  R-o-s-s-i.

19      Q.  And what was the nature of that

20   conversation or conversations?

21      A.  I asked her to search her e-mail account

22   for any communication responsive to the subpoena.

23      Q.  Did she find any?

24      A.  No.

25      Q.  Did you speak with anyone else to prepare

1    for this deposition?

2         A.  No.

3         Q.  So, other than your counsel, the total

4    number of people that you spoke with to prepare for

5    your deposition were Mr. Kahle and Ms. Rossi?

6         A.  Correct.

7         Q.  To prepare for your deposition, did you

8    speak with anyone at Public Resource?

9         A.  No.

10        Q.  To prepare for you deposition, did you

11   speak with anyone who is part of Public Resource's

12   legal team?  Law firms?

13        A.  We spoke with Corynne McSherry from the

14   Electronic Frontier Foundation to --

15        Q.  And what was -- all right.  Go ahead.

16        A.  And alerted her of the fact that we had

17   received the subpoena.

18        Q.  And did you discuss anything else with

19   Ms. McSherry?

20             MS. LU:  I'm going to --

21             MS. AHMAD:  I want to object on the basis

22   of privilege.

23             MR. HUDIS:  Privilege between whom?

24             MS. LU:  If I understand this correctly,

25   and I think you probably know this better than I

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    do, I believe that there -- the communication

2    between Mr. Butler and Corynne McSherry is the

3    subject of privilege.

4              MR. HUDIS:  On what grounds?  How is it --

5    how is it privileged?

6              MS. LU:  I think it's attorney-client.

7              MS. AHMAD:  It's attorney-client

8    privileged.

9              MR. HUDIS:

10        Q.  So you're saying Corynne McSherry and EFF

11   are Internet Archive's attorneys?

12        A.  That's correct.

13        Q.  For what purpose?  Because you're being

14   represented today, and for the purposes of the

15   subpoena, by Greenberg Traurig, so --

16             MS. LU:  I think that what EFF has

17   represented Internet Archive on itself is a subject

18   of privilege unless it's a public matter, and I

19   know there are some public matters.  But I don't

20   know off the top of my head what they are.

21             MS. AHMAD:  Right.  So Greenberg Traurig

22   is representing Internet Archive for the purpose of

23   the subpoena, but prior to that, Internet Archive

24   was represented by -- or still are, but the

25   communications between them are privileged.

 1          MS. LU:  My understanding is that EFF has

 2   represented Internet Archive on occasion through

 3   the years, though I don't know the specifics of

 4   which matters, and I don't know which matters are

 5   public.

 6          MR. HUDIS:  Okay.  So let's confine

 7   ourselves to your preparation for this deposition

 8   and the deposition subpoena.

 9      Q.  Other than alerting Ms. McSherry about the

10   fact that Internet Archive received plaintiffs'

11   subpoena, did you have any other discussions with

12   Ms. McSherry to prepare for this deposition?

13      A.  No.

14          MR. HUDIS:  Mark this one.

15          (Plaintiffs' Exhibit 2 marked for

16          identification.)

17          MR. HUDIS:  Just for the record, the

18   deposition subpoena has been marked already as

19   Exhibit 1, and the document subpoena addressed to

20   Internet Archive has just been marked as Exhibit 2.

21      Q.  Mr. Butler, I now show you what's been

22   marked as deposition Exhibit 2 and ask if you've

23   seen this document before.

24      A.  Yes.

25      Q.  When for the first time did you see the

1   document subpoena of Exhibit 2?

2       A.   When it was served to Internet Archive in

3   late October.

4       Q.   What, if anything, did you do to assist

5   Internet Archive in complying with the document

6   subpoena as to the categories of materials listed

7   on the fifth and sixth pages of the subpoena?

8            And so we're clear, for the record, that

9   would be the fifth and sixth pages of the subpoena

10  which is -- and the document demand starts on the

11  second page of Exhibit A to Exhibit 2.

12           So I'll repeat the question, Mr. Butler.

13           What, if anything, did you do to assist

14  Internet Archive in complying with the document

15  subpoena?

16      A.   I asked Mr. Kahle and Ms. Rossi to search

17  their e-mail accounts, as I mentioned.

18      Q.   Uh-huh.

19      A.   I searched my own e-mail account.  I

20  searched our general incoming e-mail account,

21  info@archive.org.  And I also searched an e-mail

22  account that's used to correspond with -- with

23  folks who have sent e-mails to info@archive.org to

24  which e-mails may be passed along called

25  inforeply@archive.org.

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1          I also searched physical files when we

2     have all of our physical records relating to

3     take-down requests.

4          Q.  Let's take your search areas one at a

5     time.

6          In complying with the subpoena, did you

7     find anything in your own e-mail store?

8          A.  Yes, I did.

9          Q.  And what did you find?

10         A.  I found an e-mail from Carl Malamud

11    relating to the 1999 standards.

12         Q.  Was this just one e-mail or many e-mails?

13         A.  It was one e-mail.

14         Q.  Do you remember the nature of that e-mail?

15         A.  It -- it addressed the 1999 standards.  I

16    don't recall the exact content of the e-mail.

17         Q.  And in searching the e-mail box

18    info@archive.org, did you find any responsive

19    documents?

20         A.  No.

21         Q.  When you searched the mailbox

22    inforeply@archive.org, did you find any documents?

23         A.  No.

24         Q.  When you searched your physical files, did

25    you find any documents?

Christopher Butler                                                December 2, 2014
San Francisco, CA

Page 18

1        A.  No.

2        Q.  Besides these e-mails boxes and your

3    physical files, did you conduct any other searches

4    to comply with the document subpoena?

5        A.  No.

6        Q.  Do you remember what documents were

7    collected for production?

8        A.  Yes, the -- the e-mail that I had received

9    from Carl Malamud --

10       Q.  Uh-huh.

11       A.  -- found in my own e-mail account.

12       Q.  Uh-huh.

13       A.  We also supplied documents from our site,

14   archive.org.

15       Q.  Uh-huh.

16       A.  One document was called the item history

17   for the 1999 standards.

18       Q.  Uh-huh.

19       A.  It lists all of the technical tasks

20   submitted and logged for the item.  And we also

21   submitted detailed technical logs for each

22   individual task.

23       Q.  Uh-huh.  So that was -- so that was also

24   part of your search?  You searched for these logs?

25       A.  That's correct.  Yes.

Christopher Butler                                    December 2, 2014
San Francisco, CA

Page 19

1       Q.  What else did you search for?

2       A.  We also searched for the number of -- for

3   our record of downloads for the item.

4       Q.  And what do you mean by "downloads"?

5       A.  Downloads in the context of our site,

6   meaning a count of the number of unique

7   IP addresses -- allow me to start over.

8           A count of the number of accesses of the

9   item's pages by an IP address where multiple

10  accesses from the same IP address in a day as

11  defined by UTC time are counted as only one

12  download.

13      Q.  When you say "IP address," that's Internet

14  protocol address?

15      A.  Correct.

16      Q.  And what do you mean by "access"?

17      A.  I mean that there was an HTTP request for

18  the -- for one of the item's pages that was

19  fulfilled by archive.org.

20      Q.  So I have to ask this again, Mr. Butler,

21  because I do not want to put words in your mouth.

22          When you say you have a count of the

23  number of downloads, if you were explaining that to

24  me who has much less knowledge of Internet parlance

25  than you ever do, what does that mean?  What does

1    that count of downloads mean?

2         A.   The count of downloads means --

3              MS. LU:  Objection, argumentative.

4              MR. HUDIS:  Okay.

5         Q.   You may answer.

6         A.   As I understand it, the count of downloads

7    means any time that a computer with a unique

8    IP address or a server or any -- it could be an

9    automated program, it could be a crawler from

10   Google, and we actually understand that a great

11   many of the hits that we record are very likely

12   from automated programs, not from individuals.

13             So it would -- it would count requests

14   submitted from those IP addresses that were then

15   served by Internet Archive where we returned the --

16   the file information that they requested in a given

17   URL.  And it would also count individual accesses,

18   individual requests that were fulfilled from

19   individuals using computers as well.

20             We don't have a way to determine

21   whether -- which -- we don't have a way to

22   determine what percentage of the download count

23   that we obtained for this item would have been

24   submitted by an automated program or an individual.

25        Q.   In the context of download, does that mean

1    call up a web page to view or to take material on a

2    web page and copy it onto another computer?

3        A.  It could be either one.  So there are

4    texts files that might be displayed in a browser,

5    PDF files that might be displayed in a browser but

6    are not necessarily downloaded by the browser to

7    the default folder on the local machine.

8        Q.  So your download count does not

9    distinguish between a mere view versus a copying of

10   material onto another computer?

11           MS. LU:  Objection, vague and ambiguous.

12           MR. HUDIS:

13       Q.  Do you understand the question?  I can

14   rephrase if you wish.

15       A.  If you would, please.

16       Q.  Sure.  So the download count, does it

17   distinguish between the merely viewing a web page

18   versus taking the content on the web page and

19   count -- and copying it to another computer?

20           MS. LU:  Objection, vague and ambiguous.

21           MR. HUDIS:

22       Q.  Do you understand the question?

23       A.  No, I'm not certain there -- there may be

24   browser cache or --

25       Q.  Uh-huh.

1      A.   -- recording of a file for temporary

2    purposes versus downloading of a file to someone's

3    hard drive for -- for use until it's actively

4    deleted.

5      Q.   So you have no way of determining whether

6    it's a cache copy or taking a file from one place

7    to another copy?  I'm purposely not using the term

8    "download."

9            MS. LU:  Objection, vague and ambiguous.

10           MR. HUDIS:  Right, right.

11     Q.   So please distinguish for me the follow --

12   what terms you would use for the following things.

13           I see something on a website and all I

14   want to do is see it.  What do you call that?

15     A.   Viewing a page.

16     Q.   Viewing.  Okay.

17           I see something on a website and I want to

18   make a copy of it from where I see it on the

19   website to the hard drive on my computer.  What do

20   you call that?

21           MS. LU:  Objection, vague and ambiguous.

22           MR. HUDIS:

23     Q.   I see a file located on a web page and I

24   want to make a copy of it and put it on my hard

25   drive.  What do you call that?

Page 23

1          MS. LU:  Objection, vague and ambiguous.

2          MR. HUDIS:

3      Q.  You may answer.

4      A.  So as I understand, the term "download"

5  can be used the multiple ways.

6      Q.  Right.

7      A.  And so in -- in some user's mind, the

8  process you described could be defined as

9  downloading.

10     Q.  Uh-huh.

11     A.  However, our -- our recorded number which

12  we formally refer to as a download count does not

13  distinguish between viewing and downloading in this

14  instance for specific file -- for certain file

15  types.

16         MR. HUDIS:  Off the record.

17         VIDEO OPERATOR:  Just a second.  The time

18  is 9:37 a.m., and we are off the record.

19         (Discussion off the record.)

20         (Plaintiffs' Exhibit 3 marked for

21         identification.)

22         VIDEO OPERATOR:  The time is 9:39 a.m.,

23  and we are on the record.

24         MR. HUDIS:

25     Q.  Mr. Butler, have you described for me all

Page 24

 1     of the ways that Internet Archive searched and

 2     collected documents to comply with the document

 3     subpoena on Exhibit 2?

 4          A.  Yes.

 5          Q.  Mr. Butler, I now show you what has been

 6     marked as deposition Exhibit 3.

 7               Do you recognize at the bottom of the page

 8     your own line biography?

 9          A.  Yes.

10          Q.  And it says here you have twin degrees in

11     Environmental Science and Film Studies.

12          A.  That's correct.

13          Q.  Are those Bachelor's or Master's degrees?

14          A.  Bachelor's degrees.

15          Q.  What's the highest level of your

16     education?

17          A.  Bachelor's degree.

18          Q.  In these two -- in these two subject

19     matters on your bio?

20          A.  Yes.

21          Q.  When did you receive these degrees?

22          A.  2002.

23          Q.  And did you have a double major?

24          A.  Yes.

25          Q.  Did you have a minor?

Page 25

1      A.  No.

2      Q.  Did you have a concentration while in

3   school?

4      A.  Within Environmental Science, I had a

5   concentration in Social Sciences.

6      Q.  Do you have any other degrees or

7   certificates from formal study?

8      A.  No.

9      Q.  What, if any, background do you have in

10  computer programming, either by education or work

11  history?

12     A.  I have none via formal education.  Through

13  my work at Internet Archive, I have worked around

14  programmers and developers.

15     Q.  What do you mean by "work around"?

16     A.  I've worked as part of the Internet

17  Archive team in the same office space with

18  programmers and developers.  I have worked with

19  them on various questions of user support and

20  issues of taking material down when appropriate.

21     Q.  When you say "taking down," you mean from

22  Internet Archive's website?

23     A.  Correct.

24     Q.  Have you done any computer programming

25  yourself?

Christopher Butler                                     December 2, 2014
San Francisco, CA

1       A.  No.

2       Q.  Have you taken any courses whatsoever on

3   computer programming?

4       A.  No.

5       Q.  Have you taken -- scratch the question.

6           Have you received informal training from

7   anyone at Internet Archive in computer programming?

8       A.  I've received informal explanations from

9   time to time, various types of codes, mostly

10   related to HTML, or JavaScript, a composition of

11   web pages.  I've also received some informal

12   instruction about submitting a query from a command

13   line interface.

14           MR. HUDIS:  Could you repeat his answer.

15   Submitting a query from --

16           (Record read by Reporter.)

17           MR. HUDIS:

18       Q.  So these informal explanations, would that

19   qualify you to program in either HTML, Java or web

20   page composition?

21       A.  No.

22       Q.  Now, when you say submitting a query to a

23   command line interface, where do you do that?

24       A.  I -- in these instances, I did that from

25   the Mac Terminal application.

Christopher Butler                                    December 2, 2014
San Francisco, CA

 1      Q.  And that's at Internet Archive?

 2      A.  That's on a Mac computer located at

 3   Internet Archive.

 4      Q.  And it's hooked into Internet Archive's

 5   computer systems?

 6      A.  Yes.

 7      Q.  And do you know what software is used to

 8   submit that query command?

 9          MS. LU:  Objection, vague and ambiguous.

10          MR. HUDIS:

11      Q.  How do you submit a query command line?

12          MS. LU:  Objection, vague and ambiguous.

13          MR. HUDIS:

14      Q.  You may answer.

15      A.  The command was dictated to me by -- by

16   the engineer.

17          MS. LU:  And objection also, relevance.

18          MR. HUDIS:

19      Q.  An Internet Archive engineer?

20      A.  Correct.

21      Q.  Did you use -- did you get such dictation

22   to run the searches to comply with plaintiffs'

23   document subpoena?

24      A.  Yes, in order to search for our records of

25   the download count, one of the Internet Archive

1   engineers dictated the query to me so I could

2   search for it as he sat next to me.

3       Q.  Who was the engineer?

4       A.  His name was Ralph Muehlen.

5       Q.  Spell his last name.

6       A.  M-u-e-h-l-e-n.

7       Q.  And do you -- when you were entering this

8   command into the Mac Terminal, do you know what

9   software you were using?

10      A.  I was using a Mac operating system.

11      Q.  Any particular software on the Mac

12  operating system?

13      A.  Within the Mac operating system, I was

14  using the application Terminal.  Terminal is the

15  name of the application.

16      Q.  And so with Terminal, in this instance,

17  dictated by Mr. Muehlen, you entered in a command

18  and it gave you back information?

19      A.  That's correct.

20      Q.  Mr. Butler, when did you first become

21  employed by Internet Archive?

22      A.  In February of 2009.

23      Q.  What was your position then?

24      A.  Office manager.

25      Q.  Is that the position you still hold today?

Page 29

1       A.   Yes.

2       Q.   What are your duties and responsibilities

3   at Internet Archive as an office manager?

4       A.   Some of them are clerical and relate to

5   office functions and managing our team of

6   administrative assistants.

7       Q.   To do what?

8       A.   To -- to perform reception duties,

9   inventory duties, purchasing duties, office

10  maintenance duties.

11      Q.   What other responsibilities do you have as

12  office manager at Internet Archive?

13      A.   I am primary point of contact for

14  take-down requests and requests for information

15  from law enforcement and attorneys.

16      Q.   And when you say you're the point of

17  contact for take-down requests, is that a request

18  to take down material from Internet Archive's

19  website?

20      A.   That's correct.

21      Q.   What do you do?

22      A.   I receive the take-down request, review

23  it.  If it meets our basic criteria for -- for

24  something that should be taken down, I will process

25  that and take down the material.  And if -- and

Page 30

1    follow up with any necessary communication

2    thereafter.

3        Q.  And so if a take-down request meets

4    certain criteria, what criteria would that be?

5            MS. LU:  Objection as to relevance.

6            MR. HUDIS:

7        Q.  You may answer.

8        A.  Sure.  I hadn't understood that the scope

9    of the subpoena would include this information.

10   but there can be take-down requests on -- on

11   various grounds, so the criteria would be specific

12   to -- to sometimes even the particular case, but

13   the most basic example is a complaint of -- of

14   copyright infringement brought to our attention on

15   the site.

16           And we would ask for a take-down notice

17   with the standard information requested as outlined

18   in the Digital Millennium Copyright Act.  And if it

19   meets that criteria, we will typically take down

20   the item, notify both the uploading party and the

21   requesting party.

22       Q.  And what about your being the point of

23   contact for information requests from attorneys?

24           MS. LU:  Objection as to relevance.

25           MR. HUDIS:

Christopher Butler                                    December 2, 2014
San Francisco, CA

1      Q.   You may answer.

2      A.   The most common example of that is an

3   attorney who is interested in using archived

4   material from our web archive in one of their cases

5   and would like to have those records authenticated

6   by Internet Archive.

7      Q.   And as point of contact, you were also

8   part of Internet Archive's compliance with document

9   subpoenas such as the one we served on Internet

10  Archive?

11     A.   That's correct.

12     Q.   Have you told me all of your

13  responsibilities as office manager for Internet

14  Archive?

15     A.   Yes.

16          MR. HUDIS:  Off the record.

17          VIDEO OPERATOR:  The time is 9:51 a.m.,

18  and we are off the record.

19          (Discussion off the record.)

20          VIDEO OPERATOR:  The time is 9:52 a.m.,

21  and we are on the record.

22          (Plaintiffs' Exhibit 4 marked for

23          identification.)

24          MR. HUDIS:

25     Q.   Mr. Butler, what is the Internet Archive?

1      A.   Internet Archive is a nonprofit

2   organization.   We are attempting to maintain a

3   digital library online at our website, archive.org.

4   We preserve many types of media and make much of

5   that media available in digital format via our

6   website, archive.org, and also openlibrary.org.

7      Q.   Mr. Butler, do you recognize what I now

8   have marked as deposition Exhibit 4 as a portion of

9   Internet Archive's website?

10      A.   Yes.

11      Q.   And it's the About page?

12      A.   Yes.

13      Q.   And the first paragraph up at the top

14   right beneath "About the Internet Archive," it

15   says, "The Internet Archive is a 501(c) non-profit

16   that was founded to build an Internet library.   Its

17   purposes include offering permanent access for

18   researchers, historians, scholars, people with

19   disabilities, and the general public to historical

20   collections that exist in digital format.

21           Do you see that?

22      A.   Yes.

23      Q.   Is that an accurate description of

24   Internet Archive's mission and business?

25      A.   Yes.

Page 33

1      Q.  And it says below that, in the end of the

2   second paragraph, "the Internet Archive includes

3   text, audio, moving pictures" -- "moving images,

4   and software as well as archived web pages in our

5   collections."

6           Do you see that?

7      A.  Yes.

8      Q.  And that's a part of the business of

9   Internet Archive?

10     A.  Yes.

11     Q.  All right.  If you would go to Page 5 of 5

12   of Exhibit 4, please.  It's the last page of the

13   exhibit.

14           Do you see the descriptive text under

15   where it says, "Storage"?

16     A.  Yes.

17     Q.  And it says, "Storing the Archive's

18   collections involves parsing, indexing, and

19   physically encoding the data.  With the Internet

20   collections growing at exponential rates, this task

21   poses an ongoing challenge."

22           Is this part of the business of Internet

23   Archive storage as it's described here?

24     A.  Yes.

25     Q.  And then immediately below that, there is

1    a descriptive text under the title, "Preservation,"

2    do you see that?

3         A.  Yes.

4         Q.  And it says there, "Preservation is the

5    ongoing test of permanently protecting stored

6    resources from damage or destruction.  The main

7    issues are guarding against the consequences of

8    accidents and data degradation and maintaining the

9    accessibility of data as formats become obsolete."

10            Is that part of the mission and business

11   of Internet Archive?

12        A.  Yes.

13        Q.  Mr. Butler, what is an Internet library?

14        A.  From our standpoint, as I understand

15   Internet library, it would be an organization that

16   offers library services, including access to -- to

17   the types of resources on Internet Archive texts,

18   movies, audio, software, information and artwork

19   and literature and scientific data.  It makes it

20   available for the public benefit.

21        Q.  Have you completely described what you

22   believe to be an Internet library?

23        A.  That's -- that's my definition in a

24   nutshell.

25        Q.  At the Internet Archive, what is a

Page 35

1   collection?

2        A.   A collection is roughly defined as a set

3   of posted items.  An item would be defined as a

4   page beginning with archive.org/details and ending

5   in an identifier.  It would be assigned a media

6   type such as text, movie, audio.  Multiple files

7   could be uploaded to that page.  It would be

8   assigned a title.  And perhaps other metadata

9   submitted by the uploader of the item.

10        A collection would be a list of items that

11   is associated with a separate landing page, its own

12   summary page where a visitor could -- can see

13   summary information about that list of items.  It's

14   often organized around a theme.

15        Some of the functions of a collection

16   include being able to search within just that list

17   of items, being able to sort those items, for

18   example, sorting them by title, alphabetically or

19   by author.

20        A collection is generally set up for any

21   archive.com user who contacts Internet Archive.

22   And generally we ask that they have uploaded

23   50 items to the site already that we can then form

24   into a collection and assign a collection page.

25        Q.   Have you described the entirety of what

Christopher Butler                                                December 2, 2014
San Francisco, CA

1    you believe is a collection?

2         MS. LU:  Objection, argumentative.

3         MR. HUDIS:

4    Q.  Did you leave anything out?

5    A.  I don't think of anything offhand.

6    Q.  How does Internet Archive build an

7    Internet library?

8    A.  Through multiple ways.  Our web archive is

9    collected both by Internet Archive and by outside

10   organizations that donate data to Internet Archive.

11   Q.  Let's take that separately.

12   A.  Okay.

13   Q.  What part of building Internet Archive's

14   library is done by Internet Archive itself?

15   A.  Much of the web archive is -- is crawled

16   and collected by Internet Archive directly.

17   Q.  So that we have a good record, what do you

18   mean by "crawled and collected"?

19   A.  I mean that automated programs operated by

20   Internet Archive visit web pages and store web

21   files that are transmitted to Internet Archive by

22   the web servers that they visit.  That information

23   is then processed in such a way that it's rendered

24   searchable and browseable by visitors to the

25   website.

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1      Q.   And the searchable and browseable

2   functions, that's done by Internet Archive's web

3   engineers?

4      A.   Correct.

5      Q.   And I believe the other way you said that

6   Internet Archive builds Internet library is by

7   donations of content by outside organizations?

8      A.   Correct.

9      Q.   How does that work?

10     A.   So in the instance of the web archive

11  organizations, the biggest one of which is Alexa

12  Internet, who regularly perform web crawling, would

13  donate bulk data of historical web files to

14  Internet Archive to be incorporated into the

15  Wayback Machine.

16     Q.   And are there other organizations that

17  donate content to the Internet Archive?

18         MS. LU:   Objection, misstates prior

19  testimony.

20         MR. HUDIS:

21     Q.   Are there any other organizations that

22  donate content to the Internet Archive?

23     A.   Yes.  So private individuals and

24  institutions may establish a user account with

25  archive.org and post material in the movies, texts,

1    audio and software collections.

2        Q.  How many individuals or organizations have

3    established user accounts for uploading purposes to

4    Internet Archive?  Tens, hundreds, thousands, tens

5    of thousands?

6        A.  At a minimum, thousands, perhaps tens of

7    thousands, perhaps hundreds of thousands.

8            MS. LU:  I'll object that this is outside

9    the scope of the deposition topics.

10           MR. HUDIS:  I would disagree, Counsel.

11       Q.  You may go.  Are you finished with your

12   answer?

13       A.  I am.

14       Q.  Have you described all the ways that

15   Internet Archive builds its collections or builds

16   its libraries, to be correct?

17       A.  Internet Archive may also digitize text

18   materials or other materials.

19       Q.  Is this printed text materials?

20       A.  Yes.

21       Q.  You may go on.

22       A.  Yes.  Typically, those are supplied by

23   libraries and state agencies.

24       Q.  So the three ways that Internet Archive

25   can build a library is Internet Archive's own

Christopher Butler                                          December 2, 2014
San Francisco, CA

1    crawling and archiving, donations by outside

2    organizations, and digitization of text materials

3    donated by libraries and state agencies, correct?

4          MS. LU:  Objection, misstates prior

5    testimony.

6          MR. HUDIS:  I disagree.

7      Q.  Go on.  You may answer.

8      A.  I would also add that private individuals

9    can digitize materials themselves and upload them

10   to our service.

11     Q.  Have you told me all the different ways

12   that Internet Archive can build its libraries?

13     A.  Again, I think that's -- that's a fair

14   nutshell description.  I don't think of anything

15   specific to add.

16     Q.  So we have some definitions of terms, what

17   does it mean to post content to a website?

18         MS. LU:  Objection to the extent it calls

19   for expert testimony.

20         MR. HUDIS:

21     Q.  Do you understand the question?

22     A.  Yes.  In the basic sense, I understand it

23   to -- to be something that an individual or an

24   automated program does to -- to transmit content to

25   a website.

Page 40

1      Q.   Is that otherwise known as uploading?

2      A.   I think that the two terms are used

3   interchangeably a lot.

4           MS. AHMAD:  Can we take a break?

5           MR. HUDIS:  Yes.

6           VIDEO OPERATOR:  The time is 10:04 a.m.,

7   and we are off the record.

8           (Brief recess.)

9           VIDEO OPERATOR:  The time is 10:11 a.m.,

10   and we are on the record.

11           MR. HUDIS:

12      Q.   Mr. Butler, just so we have a frame of

13   reference, individuals not employed by Internet

14   Archive are allowed to post content to Internet

15   Archive's website?

16      A.   That's correct.

17      Q.   And I believe we discussed people who have

18   such posting or uploading access could be anywhere

19   in the thousands to hundreds of thousands?

20      A.   Correct.

21      Q.   And why are these nonemployee individuals

22   allowed to post content to Internet Archive's

23   website?

24           MS. AHMAD:  Objection, outside the scope

25   of the deposition topics.

Page 41

1          MR. HUDIS:

2      Q.  You may answer.

3      A.  One of the reasons why is to enable

4  sharing of information and to -- to expand the

5  amount of materials that's available for public use

6  and sharing at archive.org.

7          MR. HUDIS:  Off the record.

8          VIDEO OPERATOR:  The time is 10:12 a.m.,

9  and we are off the record.

10         (Discussion off the record.)

11         (Plaintiffs' Exhibit 5 marked for

12          identification.)

13         VIDEO OPERATOR:  The time is 10:13 a.m.

14  We are on the record.

15         MR. HUDIS:  We've now marked as Exhibit 5

16  a document which says at the top, "Terms of Use

17  10 March 2001," bearing production numbers IA-AERA

18  38 through 40.

19         Counsel for Internet Archive, can you

20  stipulate this is a business record of your client?

21         MS. AHMAD:  Yes.

22         MR. HUDIS:  Any objections, Ms. Lu?

23         MS. LU:  No objection.

24         MR. HUDIS:

25      Q.  Mr. Butler, do you recognize this document

Christopher Butler                                              December 2, 2014
San Francisco, CA

 1   of Exhibit 5?

 2        A.   Yes.

 3        Q.   What is it?

 4        A.   This is the Internet Archive's terms of

 5   use.

 6        Q.   And to what activity associated with

 7   Internet Archive are these terms of use applied?

 8             MS. LU:  Objection, vague and ambiguous.

 9             MR. HUDIS:

10        Q.   You may answer if you understand the

11   question.

12        A.   Use of the website both by individuals who

13   establish an account and also by users who visit

14   the website without establishing an account.

15        Q.   So if I understand your answer, and if I'm

16   wrong, correct me, if I'm an individual or an

17   outside organization, not employed with Internet

18   Archive, who wants to post content to Internet

19   Archive's website, I would have to comply with

20   these terms of use, is that correct?

21        A.   Yes.

22             MS. LU:  Objection, misstates prior

23   testimony.

24             MR. HUDIS:

25        Q.   You may answer.

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1        A.  Yes, any -- any individual or institution

2    who -- who uses Internet Archive's website as a

3    visitor agrees to these terms of use.

4            MR. HUDIS:

5        Q.  Did you participate in writing these terms

6    of use?

7        A.  No.

8        Q.  Who participated in writing these terms of

9    use?

10           MS. LU:  Objection, lack of personal

11   knowledge.

12           MR. HUDIS:

13       Q.  If you know.

14       A.  I don't know.

15       Q.  And the date of these terms of use says

16   10 March, 2001.  Do you see that?

17       A.  Yes.

18       Q.  To the best of your knowledge, are these

19   terms of use still in effect today?

20       A.  Yes.

21       Q.  Were these terms of use, to the best of

22   your knowledge, in effect between 2012 and 2014?

23       A.  Yes.

24       Q.  Must individuals not employed with

25   Internet Archive or outside organizations agree to

 1   these terms of use of Exhibit 5 before they're

 2   allowed to post content to Internet Archive's

 3   website?

 4        A.  Yes.

 5        Q.  Why?

 6            MS. LU:  Objection, lack of personal

 7   knowledge.

 8            MR. HUDIS:

 9        Q.  If you know.

10        A.  I'm not the one who made that decision,

11   and I -- I haven't spoken to those who did to --

12   and, therefore, wouldn't -- wouldn't know exactly

13   why that determination was made.

14        Q.  How are nonemployee individuals and

15   outside companies or organizations made to comply

16   with these terms of use before they're allowed to

17   post content?

18            Is it a click-wrap?  Is it a shrink-wrap?

19   What is it?

20            MS. LU:  Objection, vague and ambiguous

21   and compound.

22            MR. HUDIS:  All right.  I will reask the

23   question.

24        Q.  In what form are nonemployee individuals

25   or outside companies mandated to comply with these

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    terms of use before they're allowed to post content

2    to Internet Archive's website?

3            MS. LU:  Objection, vague and ambiguous.

4            MR. HUDIS:

5        Q.  You may answer.

6        A.  Upon signing up for an account, an

7    individual is presented with a check box that

8    indicates that they've read and agreed to these

9    terms of use.

10       Q.  And they have to click on that before they

11   can go on to post?

12           MS. LU:  Vague and ambiguous.

13           MR. HUDIS:

14       Q.  You may answer.

15       A.  That is correct.

16       Q.  What type of oversight, if any, does

17   Internet Archive have over these outside

18   nonemployee individuals who publish content to

19   Internet Archive's website?

20           MS. LU:  Objection --

21           MS. AHMAD:  Objection, vague and

22   ambiguous.

23           MS. LU:  And argumentative.

24           MR. HUDIS:  Okay.

25       Q.  When an outside individual or company

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1    publishes content to Internet Archive's website, do

2    you monitor the content before it's posted?

3         MS. LU:  Objection, assumes facts not in

4    evidence.

5         MR. HUDIS:

6    Q.  You may answer.

7         MS. LU:  Vague and ambiguous.

8         THE WITNESS:  A general user account's

9    posts are not reviewed prior to their -- their

10   being posted and automatically processed by the

11   archive.org website.

12        MR. HUDIS:

13   Q.  Is the content reviewed by Internet

14   Archive after posting?

15   A.  The content is not reviewed unless it's

16   brought to our specific attention.

17   Q.  By whom?

18   A.  It may be brought to our attention by any

19   number of individuals.  It could be somebody who

20   e-mailed us to our info@archive.org e-mail address.

21   It could be somebody who called about the -- the

22   material.  Typically, it's a user of the website.

23   Occasionally, it may be someone who has a complaint

24   about the material.

25   Q.  Does Internet Archive have a policy, if

Christopher Butler                                      December 2, 2014
San Francisco, CA

Page 47

1    any, about monitoring outside uploaded content to

2    its website?

3            MS. LU:  Objection, vague and ambiguous.

4            MR. HUDIS:

5        Q.  You may answer.

6        A.  I'm not aware of any policy.

7        Q.  What is the process by which a nonemployee

8    individual would post content onto Internet

9    Archive's website?

10           MS. LU:  Objection, lacks personal

11   knowledge.

12           THE WITNESS:  Generally, their user

13   account would be used to -- to upload material.

14   They would have an opportunity to submit files and

15   metadata pertaining to those files to be posted on

16   one of our standard details pages.

17           MR. HUDIS:

18       Q.  And before they start the process of

19   uploading to a details page, they have to log in?

20       A.  That's correct.

21       Q.  And they have a user name and password?

22       A.  That's correct.

23       Q.  And that would have to be authenticated by

24   Internet Archive before they could proceed with the

25   upload?

Page 48

1      A.  Yes.

2      Q.  When the material -- once the material is

3  uploaded, is there any formatting of the material

4  done in order for it to reside on Internet

5  Archive's website?

6          MS. LU:  Objection, vague and ambiguous.

7          MR. HUDIS:

8      Q.  You may answer.

9      A.  Can you define "formatting"?

10     Q.  Yes.  To put it in a form such that it can

11  be viewed on Internet Archive's website.

12          MS. LU:  Objection, vague and ambiguous.

13          THE WITNESS:  Certain file types may

14  automatically trigger the system to create

15  derivative file formats.  For instance, a text

16  document may be supplied in a PDF format, and the

17  system may automatically generate other formats of

18  that text, including an EPUB file.  E-P-U-B is the

19  spelling.  A format called DjVu.  D-j-V-u-is the

20  file extension.  Also, a plain text file.

21          MR. HUDIS:

22     Q.  And is that formatting done automatically

23  by Internet Archive's computer systems?

24     A.  It is.

25     Q.  So that we have a basic working definition

1    so I don't have to completely define this over and

2    over again, I'm going to refer to a submitter as an

3    outside, nonemployee person or organization.  Okay?

4        A.  Okay.

5        Q.  All right.  Does Internet Archive process

6    documents after they are posted by a submitter?

7            MS. LU:  Objection, vague and ambiguous.

8            MR. HUDIS:

9        Q.  You may answer.

10       A.  If creating derivative file formats and

11   arranging the item -- the submitted files so that

12   they may be viewed on a web page along with the

13   submitted metadata is considered processing, those

14   are things that the Internet Archive's website

15   performs.

16       Q.  You just anticipated my next question.

17           And that process is done automatically?

18       A.  That's correct.

19       Q.  So we have a working definition, what is a

20   URL?

21       A.  A URL is the address that corresponds to a

22   web page.  It may correspond to a web page.

23   Technically it, as I understand it, it generally

24   corresponds to a location on a web server.

25       Q.  Does Internet Archive control the URL name

Page 50

1    and location structure of materials posted to its

2    website by submitters?

3            MS. LU:  Objection, vague and ambiguous.

4            THE WITNESS:  Can you reread the question,

5    please?

6            MR. HUDIS:

7        Q.  Does Internet Archive control the URL name

8    or location structure of materials posted to

9    Internet Archive's website by submitters?

10           MS. LU:  Objection, lack of personal

11   knowledge.

12           MS. AHMAD:  Objection, vague as to

13   "control."

14           MR. HUDIS:  Q.  I'll give you an example

15   of what I mean.

16           In our subpoena of Exhibit 1, deposition

17   subpoena, Exhibit A-1 to deposition Exhibit 1, has

18   a URL associated with the posting of the

19   1999 standards to Internet Archive's website and it

20   reads as follows --

21           MS. LU:  What page are you on, Jonathan?

22           I'm afraid this might be a little

23   confusing for the record.

24           MR. HUDIS:  And I will read the URL into

25   the record:  https://archive.org/details/gov.law.

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    aera.standards.1999."

2         Q.  Mr. Butler, when the material posted to

3    Internet Archive's website on Exhibit A-1 of

4    deposition Exhibit 1 was put there, who created the

5    name of this URL at the bottom left-hand corner?

6              MS. LU:  Objection, vague and ambiguous

7    and lack of personal knowledge.

8              THE WITNESS:  The prefix

9    "archive.org/details" is the default URL prefix

10   assigned by the archive.org website.  The following

11   text is what we call the identifier.  That is

12   something that is submitted by the submitter.

13             MR. HUDIS:

14        Q.  Mr. Butler, to the best of your knowledge,

15   what is Public.Resource.Org, Inc., which I will

16   refer to for the rest of this deposition as Public

17   Resource?

18             MS. LU:  Objection, lack of personal

19   knowledge.

20             MR. HUDIS:

21        Q.  You may answer to the extent you know.

22        A.  What I know about Public.Resource.Org is

23   that it makes available government documents to the

24   public, and that's part of its mission.

25        Q.  And how do you know about Public Resource?

Page 52

1       A.  I know about Public.Resource.Org through

2   their posting of material on archive.org.

3       Q.  That's the other name of Internet

4   Archive's website?

5       A.  That's correct.

6       Q.  What else, if anything, do you know about

7   Public Resource?

8           MS. AHMAD:  Objection, vague and

9   ambiguous.

10          MR. HUDIS:

11      Q.  Other than its posting of what you call

12  government documents on internetarchive.org's

13  website, what else, if anything, do you know about

14  Public Resource?

15      A.  I believe that that -- that generally

16  covers what I know about Public Resource.

17      Q.  Do you know Carl Malamud?

18      A.  Yes.

19      Q.  How do you know him?

20      A.  I've met him on brief occasion when he was

21  at Internet Archive.

22      Q.  And why did Carl Malamud visit Internet

23  Archive?

24          MS. LU:  Objection, lack of personal

25  knowledge.

1          THE WITNESS:  The instance when I met him,

2     he was speaking at a public function that Internet

3     Archive was hosting.  It was a memorial service for

4     Aaron Swartz.

5          MR. HUDIS:

6     Q.  Who was Aaron Swartz?

7          MS. LU:  Objection, relevance.

8          THE WITNESS:  Aaron Swartz was a public

9     figure and former employee of Internet Archive.

10         MR. HUDIS:

11    Q.  Other than speaking at this memorial

12    function, do you remember any other times that

13    Mr. Malamud visited Internet Archive when you were

14    present?

15    A.  Yes.  Perhaps a total of four or five

16    times.

17    Q.  What were the purpose of those visits?

18    A.  I don't know.

19    Q.  Did he make any speeches other than the

20    one at the memorial service?

21         MS. LU:  Objection, lack of personal

22    knowledge.

23         THE WITNESS:  I'm not aware of any.

24         MR. HUDIS:

25    Q.  Do you know what the nature of his

Christopher Butler                                                December 2, 2014
San Francisco, CA

 1    meetings at Internet Archive was those other four

 2    or five times?

 3        A.  No.

 4        Q.  What else do you know about Mr. Malamud?

 5            MS. AHMAD:  Objection, outside the scope

 6    of the deposition topics.

 7            MR. HUDIS:

 8        Q.  You may answer.

 9        A.  I know he's involved with Public Resource.

10        Q.  That was my next question.

11            What, if anything, do you know about

12    Mr. Malamud's relationship to Public Resource?

13        A.  As I understand it, he -- he's very

14    central at Public Resource.  I don't know his exact

15    title and responsibilities at the organization.

16        Q.  Is that the extent of your knowledge of

17    the relationship between Mr. Malamud and Public

18    Resource?

19        A.  Yes.

20        Q.  Is Public Resource allowed to post content

21    to Internet Archive's website?

22        A.  Yes.

23        Q.  Is Carl Malamud allowed to post content

24    into Internet Archive's website?

25        A.  Yes.

Christopher Butler                                    December 2, 2014
San Francisco, CA

 1          MS. LU:  Objection, vague and ambiguous.

 2          MR. HUDIS:

 3      Q.  When was Public Resource given access to

 4   publish content to Internet Archive's website?

 5          MS. LU:  Vague and ambiguous.

 6          THE WITNESS:  I don't know.

 7          MR. HUDIS:

 8      Q.  When was Carl Malamud given access to post

 9   content to Internet Archive's website?

10          MS. LU:  Lack of personal knowledge, vague

11   and ambiguous.

12          MR. HUDIS:

13      Q.  You may answer.

14      A.  I don't know.

15      Q.  Is there a formal agreement between

16   Internet Archive and Public Resource that

17   memorializes, if there is one, posting rights to

18   the Internet Archive website?

19          MS. LU:  Objection, lack of personal

20   knowledge, assumes facts not in evidence.

21          MR. HUDIS:

22      Q.  You may answer.

23      A.  If a -- if a user account was set up

24   through the -- through the site and our terms of

25   use were agreed to, then our terms of use would

Christopher Butler                                              December 2, 2014
San Francisco, CA

 1    fall under that description.  I'm not aware of any

 2    other agreements.

 3        Q.  Do you know whether the terms of use were

 4    agreed to by Public Resource or Carl Malamud or

 5    both?

 6            MS. LU:  Objection, lack of personal

 7    knowledge, assumes facts not in evidence.

 8            MR. HUDIS:

 9        Q.  You may answer if you know.

10        A.  I don't know.

11        Q.  Other than the terms of use of Exhibit 5,

12    you said there was no formal agreement between

13    Public Resource or Carl Malamud and Internet

14    Archive for posting rights.

15            Was there any informal agreement?

16            MS. LU:  Objection, misstates prior

17    testimony.

18            MR. HUDIS:

19        Q.  You may answer.

20        A.  Can you define "posting rights"?

21        Q.  Permission to upload content to Internet

22    Archive's website.

23        A.  I'm not aware of any.

24            MR. HUDIS:  Off the record.

25            VIDEO OPERATOR:  The time is 10:33 a.m.

Page 57

1   We are off the record.

2           (Discussion off the record.)

3           (Plaintiffs' Exhibit 6 marked for

4           identification.)

5           VIDEO OPERATOR:  The time is 10:41 a.m.

6   We are on the record.

7           Mr. HUDIS:  I've now marked as Exhibit 6 a

8   web page with different views which I will discuss

9   with the witness in a moment.  It's a total of

10  eight pages.

11      Q.  Mr. Butler, what we did -- it's on the

12  date stamped up in the upper left-hand corner,

13  March 14, 2014.

14          The way that we understand the material

15  which we call the 1999 standards was uploaded to

16  Internet Archive's website.  The material in this

17  frame here, showing the witness, has the ability so

18  that electronically you read it like a book.

19          So we took a first shot of the web page

20  with the first page of the '99 standards, and then

21  the second page which is the front cover of the

22  '99 standards, and then we took another shot,

23  screenshot, of the inside cover and copyright page,

24  and then finally the table of contents.

25          Do you see that?

Page 58

1      A.  Yes.

2      Q.  So these are, in fact, different shots of

3  the same page with different turns, electronically,

4  of the book.

5          Do you understand that?

6      A.  I understand.

7      Q.  Okay.  So --

8          MS. AHMAD:  Yes.  So you should answer

9  questions about this exhibit assuming that that

10  description is accurate.

11          THE WITNESS:  I understand.

12          MR. HUDIS:

13      Q.  Mr. Butler, do you recognize Exhibit 6 as

14  a web page from Internet Archive's website that

15  existed at one time?

16          MS. LU:  Objection, lack of personal

17  knowledge.

18          THE WITNESS:  This has the layout of an

19  Internet Archive details page.  I recognize it as

20  the layout and design of an Internet Archive

21  details page.

22          MR. HUDIS:

23      Q.  Do you know what material is posted on

24  this web page of Exhibit 6?

25          MS. LU:  Objection, lack of personal

Page 59

1    knowledge.

2            THE WITNESS:  I see a title for the

3    material.

4            MR. HUDIS:

5        Q.  What title is that?

6        A.  The title is "AERA:  Standard for

7    Educational and Psychological Testing," and then

8    there's a date in parentheses following that,

9    "1999."

10       Q.  According to this exhibit, the bottom of

11   the second page, who posted the 1999 standards to

12   this web page?

13           MS. LU:  Objection, lack of personal

14   knowledge.

15           THE WITNESS:  On the -- on the second

16   page, I see a metadata tag entitled, "Credits" that

17   reads "Uploaded by Public.Resource.Org.

18           As I understand the function of our

19   website, the submitter would have submitted that

20   tag and the text displayed beside it, reading

21   "Uploaded by Public.Resource.Org."

22           MR. HUDIS:  Counsel, can you stipulate

23   that Exhibit 6 is a business record of Internet

24   Archive that existed at one time, at least on

25   March 14th, 2014?

Page 60

1          MS. AHMAD:  No, I can't.

2          MR. HUDIS:

3      Q.  On the second page of Exhibit 6, it says,

4   "Identifier-access."

5          Do you see that?

6      A.  Yes.

7      Q.  Based upon your knowledge of an Internet

8   Archive details page, who created this identifier

9   access string?

10         MS. LU:  Objection, vague and ambiguous,

11  lack of personal knowledge.

12         MR. HUDIS:

13     Q.  You may answer.

14     A.  I don't know.  I don't know whether a

15  submitter would have created that or whether the

16  Internet Archive's automated processes created it.

17     Q.  To the best of your knowledge it's one or

18  the other?

19         MS. LU:  Objection, lack of personal

20  knowledge.

21         THE WITNESS:  To the best of my knowledge,

22  it would either have been performed by Internet

23  Archive's automated processes or an account holder

24  with requisite permission to edit this item's

25  metadata.

Christopher Butler                                                   December 2, 2014
San Francisco, CA

1        MR. HUDIS:

2        Q.  To the best of your knowledge, if you

3    could look on Page 1, beneath the -- beneath the

4    frame containing the 1999 standards, who wrote the

5    text under where it says, "Description"?

6        MS. LU:  Objection, lack of personal

7    knowledge.

8        THE WITNESS:  The service requires a

9    description to be provided by the submitter at the

10   time of upload.  That information may subsequently

11   be edited by an account that has permissions to do

12   so.

13       MR. HUDIS:

14       Q.  And in this context, that account would

15   have been by Public.Resource.Org?

16       MS. LU:  Objection, lack of personal

17   knowledge and argumentative.

18       THE WITNESS:  Sorry, could you repeat the

19   question, please?

20       MR. HUDIS:

21       Q.  Yes,  yes.

22       Is it correct to say that the text on this

23   web page of Exhibit 6, beneath the frame containing

24   the 1999 standards, was provided by the submitter?

25       MS. LU:  Objection, lack of personal

1    knowledge, vague and ambiguous.

2          THE WITNESS:  In the instance of the item

3    with this identifier, our records show that the

4    description was provided by the submitter.

5          MR. HUDIS:

6      Q.  Who was the submitter, to the best of your

7    knowledge, looking at this exhibit?

8          MS. LU:  Objection, lack of personal

9    knowledge, vague and ambiguous.

10          THE WITNESS:  Our records list an account,

11    a user account, as the submitter for this -- for

12    the item with this identifier.

13          MR. HUDIS:

14      Q.  And do you know whose account that is?

15          MS. LU:  Objection, lack of personal

16    knowledge, vague and ambiguous.

17          THE WITNESS:  The -- I know that the user

18    account is associated with an e-mail address which

19    is carl@media.org.

20          MR. HUDIS:

21      Q.  Do you know whether carl@media.org is Carl

22    Malamud's e-mail address?

23          MS. LU:  Objection, lack of personal

24    knowledge.

25          THE WITNESS:  I recognize that e-mail

Page 63

1    address as Carl Malamud's e-mail address.

2              MR. HUDIS:

3         Q.  At the bottom of Page 1 of Exhibit 6, it

4    says, "Downloaded 1,113 times."

5              What does that downloaded number reflect?

6              MS. LU:  Objection, lack of personal

7    knowledge.

8              THE WITNESS:  That number, the -- the

9    downloaded number?

10             MR. HUDIS:

11        Q.  Yes.

12        A.  Is the same as the download account to

13   which we referred earlier today.

14             MR. HUDIS:  Off the record.

15             VIDEO OPERATOR:  The time is 10:50 a.m.,

16   and we are off the record.

17             (Discussion off the record.)

18             (Plaintiffs' Exhibit 7 marked for

19             identification.)

20             VIDEO OPERATOR:  The time is 10:52 a.m.,

21   and we are on the record.

22             MR. HUDIS:

23        Q.  I've marked as deposition Exhibit 7 a

24   document that is a single page entitled, "Item

25   History for gov.law.aera.standards.1999."

Page 64

1          MS. LU:   Can you say that again?

2          MR. HUDIS:  Okay, I'll do it again.

3          MS. LU:   Jonathan, if you could repeat the

4     Bates number on that.

5          MR. HUDIS:  Sure.  I'll do both.

6          It's a document that's named at the top,

7     "Item History for gov.law.aera.standards.1999."

8     Bears production number IA-AERA-036.

9      Q.  Mr. Butler, I'll show you again what's

10    been marked as Exhibit 2 which is the document

11    subpoena.  Please look at items 1 through 4 for a

12    minute.

13     A.  Okay.

14     Q.  Thank you, Mr. Butler.

15          In order to comply with the document

16    subpoena, or Exhibit 2, who at Internet Archive

17    searched your company's records to determine how

18    the 1999 standards were posted to the Internet

19    Archive's website?

20          MS. LU:  Objection, assumes facts not in

21    evidence and argumentative.

22          MR. HUDIS:

23     Q.  You may answer.

24     A.  Would you read that for me, please?

25     Q.  Sure.  In order to comply with our

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    document subpoena of Exhibit 2, you've read items 1

2    through 4.

3         Who at Internet Archive searched your

4    company's records to determine how the

5    1999 standards were posted to your company's

6    website?

7         A.  I did.

8         Q.  Mr. Butler, I now show you Exhibit 7 and

9    ask you if you recognize the document.

10        A.  Yes.

11        Q.  What is it?

12        A.  This document is a history showing a

13   summary of all of the technical tasks submitted for

14   the item with the identifier gov.law.aera.

15   standards.1999.

16        Q.  And how is the results of that search in

17   any way related to the content of Exhibit 6?

18        MS. LU:  Objection, lack of personal

19   knowledge.

20        THE WITNESS:  This is Exhibit 6?

21        MR. HUDIS:  Yes.

22        MS. LU:  Let the record reflect the

23   witness was pointing to what I believe is Page 2 of

24   8 of Exhibit 6.

25        MR. HUDIS:  Yes.  It's my copy.

```
 1            THE WITNESS:  And would you repeat

 2   question, please?

 3            MR. HUDIS:

 4       Q.  Yes.  And I will state it a different way.

 5            Is Exhibit 7 the results of a search to

 6   determine who posted the content on the web page of

 7   Exhibit 6?

 8            MS. LU:  Objection, lack of personal

 9   knowledge.

10            THE WITNESS:  The Exhibit 7 is a result of

11   a search to determine who posted the item

12   associated with the URL listed on the printout for

13   Exhibit 6.

14            MR. HUDIS:

15       Q.  And what was the results of that search?

16            MS. LU:  Objection, vague and ambiguous.

17            THE WITNESS:  One document located was

18   the -- the item history that is Exhibit 7.

19            MR. HUDIS:  Counsel for Internet Archive,

20   can you stipulate that Exhibit 7 is a business

21   record of Internet Archive?

22            MS. AHMAD:  Yes.

23            MS. LU:  No objection.

24            MR. HUDIS:  No objection, okay.

25       Q.  And you performed the search, the results
```

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1    of which are reflected as Exhibit 7?

2         A.  Yes, I -- I clicked the link to get to

3    this history page.

4              MR. HUDIS:  Off the record.

5              VIDEO OPERATOR:  The time is 10:57 a.m.,

6    and we are off the record.

7              (Discussion off the record.)

8              (Plaintiffs' Exhibit 8 marked for

9              identification.)

10             VIDEO OPERATOR:  The time is 10:59 a.m.,

11    and we are on the record.

12             MR. HUDIS:  I now mark as Exhibit 8 a

13    multipage document bearing the production numbers

14    IA-AERA 5 through 34.

15             MS. LU:  And I'll just state for the

16    record that it appears to me that this is actually

17    several documents that were produced consecutively

18    and now are entered as one exhibit together.  Is

19    that --

20             MR. HUDIS:  That is correct, Counsel.

21        Q.  Mr. Butler, do you recognize the

22    collection of documents now marked as Exhibit 8?

23        A.  Yes.

24        Q.  What are they?

25        A.  These documents are the logs for -- for

Page 68

1    the tasks that are summarized in the item history.

2    They represent the technical tasks submitted for

3    the item with identifier gov.law.aera.standards

4    .1999.

5         Q.  Is it correct to say that the search

6    summary of Exhibit 7 resulted in retrieval of the

7    logs of Exhibit 8?

8              MS. LU:  Objection, vague and ambiguous.

9              THE WITNESS:  I was able to access the

10   logs of Exhibit 8 through hyperlinks that were

11   available on the page for Exhibit 7.

12             MR. HUDIS:  Counsel, can you stipulate

13   that Exhibit 8 is a collection of the business

14   records of Internet Archive?

15             MS. AHMAD:  Yes.

16             MR. HUDIS:  Any objection, Counsel?

17             MS. LU:  No objection.

18             MR. HUDIS:

19        Q.  Mr. Butler, how does -- how long does

20   Internet Archive maintain logs of the type shown in

21   Exhibit 8?

22             MS. LU:  Objection, lack of personal

23   knowledge.

24             THE WITNESS:  As a general practice, these

25   logs are not deleted unless the item itself is

Christopher Butler                                          December 2, 2014
San Francisco, CA

Page 69

1    deleted.

2              MR. HUDIS:

3         Q.   And when you say "the item itself," what

4    do you mean?

5              MS. LU:  Objection, vague and ambiguous.

6              MR. HUDIS:

7         Q.   Do you mean the item of Exhibit 6?

8              MS. LU:  Objection, vague and ambiguous,

9    argumentative.

10             THE WITNESS:  By "item," I mean the -- the

11   collection of files and metadata that are posted

12   associated with a URL archive.org/details/ the

13   identifier.

14             MR. HUDIS:

15        Q.   And you were able to retrieve these logs

16   of Exhibit 8 associated with the identifier

17   gov.law.aera.standards.1999?

18        A.   That's correct.

19        Q.   So the item has not yet been deleted from

20   Internet Archive's website?

21             MS. LU:  Objection, vague and ambiguous.

22             MR. HUDIS:

23        Q.   You may answer.

24        A.   That's correct.

25        Q.   From where did you gather the logs of

1   Exhibit 8?

2        A.  The logs of Exhibit 8 were gathered from

3   Internet Archive's servers that serve the site

4   archive.org.

5        Q.  Who at Internet Archive maintains those

6   servers?

7             MS. LU:  Objection, lack of personal

8   knowledge.

9             MR. HUDIS:

10       Q.  If you know.

11       A.  Internet Archive's engineers maintain

12   those servers.

13       Q.  Who has access to those servers?

14            MS. LU:  Objection, lack of personal

15   knowledge.

16            THE WITNESS:  Internet Archive's

17   engineers.

18            MR. HUDIS:

19       Q.  Internet engineers?

20            MS. LU:  Objection.

21            MR. HUDIS:

22       Q.  What type of engineers have access to

23   these servers?

24            MS. LU:  Objection, lack of personal

25   knowledge, and vague and ambiguous.

Christopher Butler                                    December 2, 2014
San Francisco, CA

1           MR. HUDIS:

2       Q.  You may answer.

3       A.  Internet Archive's Petabox team is the

4   name of the team.

5       Q.  Could you spell Petabox?

6       A.  Yes.  P-e-t-a-b-o-x.

7       Q.  And who comprises Internet Archive's

8   Petabox team?

9       A.  Several engineers who work with data

10  clusters, physical hardware and also support the --

11  the back end of Internet Archive, of the

12  archive.org website.

13      Q.  So, generally, the Petabox team is

14  comprised of computer hardware and software

15  engineers?

16      A.  That's correct.

17      Q.  What tool was used to extract these logs

18  of Exhibit 8?

19          MS. LU:  Objection, lack of personal

20  knowledge.

21          THE WITNESS:  I obtained these records

22  through the web browser Firefox.

23          MR. HUDIS:

24      Q.  And through the Firefox web browser, did

25  you use the Mac Terminal application?

1        MS. LU:  Objection, incomprehensible.

2   Misstates prior testimony.  Facts not in evidence.

3        MR. HUDIS:

4     Q.  Besides the Firefox web browser, what

5   other tools, if any, did you use to procure the

6   logs of Exhibit 8?

7        MS. LU:  Objection, lack of personal

8   knowledge.

9        THE WITNESS:  The -- I used the Firefox

10  web browser with the site archive.org to -- to

11  obtain these -- these records from archive.org's

12  records of the task history of the item.

13       MR. HUDIS:

14    Q.  And the task history is Exhibit 7?

15    A.  Yes, the -- the summary is Exhibit 7 and

16  then the specific tasks are Exhibit 8.

17    Q.  Now, in Exhibit 7, it says, "submitter

18  carl@media.org."

19       You associate that -- that e-mail address

20  with Carl Malamud?

21    A.  Yes.

22    Q.  Looking at the logs of Exhibit 8, at the

23  top of each grouping of pages, first grouping is

24  three pages, the second grouping is thirteen pages,

25  the third grouping is two pages, the fourth

Christopher Butler                                    December 2, 2014
San Francisco, CA

Page 73

1   grouping is three pages, the fifth grouping is two

2   pages, the sixth grouping is five pages, and the

3   final grouping is two pages.

4            Each one of them has a task ID at the

5   upper left-hand corner.  Do you see that?

6        A.  Yes.

7        Q.  How did you determine which tasks to

8   search for?

9            MS. LU:  Objection, misstates prior

10  testimony.

11           THE WITNESS:  I obtained the task -- the

12  task logs by selecting the hyperlink for each task

13  under "task id" on Exhibit 7.

14           MR. HUDIS:

15       Q.  Now, each of these documents of Exhibit 8

16  includes a line that states, "submitter

17  carl@media.org."

18           This is the e-mail associated with Carl

19  Malamud?

20       A.  Yes.

21       Q.  And Mr. Malamud has access to Internet

22  Archive's system by a user name and password?

23           MS. LU:  Objection, lack of personal

24  knowledge.

25           THE WITNESS:  Yes, I understand this

Page 74

1    account to be associated with Carl Malamud.

2            MR. HUDIS:

3        Q.   And he accesses Internet Archive's systems

4    for upload purposes by a user name and password?

5            MS. LU:  Objection, lack of personal

6    knowledge, calls for speculation.

7            THE WITNESS:  Would you say the question

8    one more time, please?

9            MR. HUDIS: Yes.

10       Q.   How does Mr. Malamud gain access to

11   Internet Archive's systems to submit a post?

12           MS. LU:  Objection, lack of personal

13   knowledge, calls for speculation.

14           THE WITNESS:  In the instance of this

15   item, it would be through the use of -- this item

16   was submitted through the user account associated

17   with carl@media.org and was used by submission

18   of -- and gained access by submission of the e-mail

19   address and log-in credentials.

20       Q.   What are log-in credentials?

21       A.   Log-in credential would be an e-mail

22   address and password.

23       Q.   Did Internet Archive monitor the materials

24   posted to its servers as reflected by these logs of

25   Exhibit 8?

Page 75

1          MS. LU:  Objection, vague and ambiguous,

2     lack of personal knowledge.

3          MR. HUDIS:

4     Q.  You may answer.

5     A.  One more time, please.

6     Q.  Yes.  Did Internet Archive monitor the

7     materials posted to its servers as reflected by

8     these logs of Exhibit 8?

9     A.  To the best of my knowledge, no person

10    working on behalf of Internet Archive monitored --

11    personally reviewed the processes at work for each

12    one of these tasks.

13    Q.  And after the material was posted, did

14    Internet Archive exercise any quality control of

15    the materials once submitted?

16         MS. LU:  Objection, lack of personal

17    knowledge.  And vague and ambiguous.

18         THE WITNESS:  To the best of my knowledge,

19    no.

20         MR. HUDIS:

21    Q.  And according to Exhibit 8, when did you

22    search for these logs?

23    A.  According to Exhibit 8, the search was

24    performed on October 30th, 2014 at 9:40:49 Pacific

25    time.

Christopher Butler                                        December 2, 2014
San Francisco, CA

1    Q.  Thank you for a precise answer.

2    A.  You're welcome.

3    Q.  What are the dates of these logs?

4        MS. LU:  Objection, vague and ambiguous.

5        MR. HUDIS:  All right.

6    Q.  Can you tell from Exhibit 8 the dates of

7    these logs on Exhibit 8?

8        MS. LU:  Objection, vague and ambiguous.

9        MR. HUDIS:  Okay.

10   Q.  Do you want to go through them one at a

11   time?

12   A.  There's a -- there's a line at the

13   beginning of each log that reads, "Task started at"

14   that has a record -- has Internet Archive's record

15   of the time of submission for each task.

16   Q.  And then at the end of each log is there a

17   time of finish?

18   A.  Yes.

19   Q.  So, the first task, 107010707, what time

20   was this task started?

21       MS. LU:  Objection, lack of personal

22   knowledge.

23       THE WITNESS:  The task log states the task

24   was started on May 26, 2012 at 11:48 a.m. Pacific

25   time.

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1          MR. HUDIS:

2      Q.  Let's go to task No. 107010788.  That's on

3   Page -- production Page 8.

4          What time was this task started?

5          MS. LU:  Objection, lack of personal

6   knowledge.

7          THE WITNESS:  I can only state that our

8   record -- our record states that the task was

9   started at the same date, May 26th, 2012, at

10  11:48 a.m. Pacific time.

11         MR. HUDIS:

12     Q.  And if we go to production Page 21 of

13  Exhibit 8, when was task 107019567 started?

14         MS. LU:  Objection, lack of personal

15  knowledge.

16         THE WITNESS:  Again, I only have the

17  record created by our system.  That record states

18  the task was started at -- on the same date,

19  May 26th, 2012, at, let's see, 1:07 Pacific time.

20  1:07 p.m.

21         MR. HUDIS:

22     Q.  And if you could turn to page --

23  production Page 23 of Exhibit 8, what time was task

24  107034141 started?

25     MS. LU:  Objection, lack of personal

1    knowledge.

2              THE WITNESS:  The task log reads that the

3    task started on the same date, May 26th, 2012, at

4    4:46 p.m. Pacific time.

5              MR. HUDIS:

6        Q.  Mr. Butler, please turn to Page 26 of

7    Exhibit 8.

8              What time was task 107040689 started?

9              MS. LU:  Objection, lack of personal

10   knowledge.

11             THE WITNESS:  The task log states that the

12   task was started on May 27th, 2012, at 6:43 p.m.

13   Pacific time.

14             MR. HUDIS:

15       Q.  Mr. Butler, please turn to Page 28 of

16   Exhibit 8.

17             Task No. 107040792, according to your

18   records, when did this task start?

19             MS. LU:  Objection, lack of personal

20   knowledge.

21             THE WITNESS:  The task log reads that the

22   task started on May 27th, 2012 at 6:43 p.m. Pacific

23   time.

24             MR. HUDIS:

25       Q.  Mr. Butler, please turn to Page 33 of

Page 79

1    Exhibit 8.

2              What time did Task ID 107040809 start?

3              MS. LU:  Objection, lack of personal

4    knowledge.

5              THE WITNESS:  The task log reads that the

6    task started at -- on May 27th, 2012 at 6:44 p.m.

7    Pacific time.

8              MS. AHMAD:  Let's take a break.

9              MR. HUDIS:  Yes.

10             VIDEO OPERATOR:  This marks the end of

11   volume 1, disk 1 in the deposition of Chris Butler.

12   the time is 11:16 a.m.  We're off the record.

13             (Brief recess.)

14             VIDEO OPERATOR:  This marks the beginning

15   of volume 1, disk 2 in the deposition of Chris

16   Butler.  The time is 11:24 a.m., and we are on the

17   record.

18             MR. HUDIS:

19        Q.  Mr. Butler, each of these logs of

20   Exhibit 8 reflects a process of content submission

21   by Mr. Malamud or somebody using his credentials?

22             MS. LU:  Objection, lack of personal

23   knowledge, and misstates prior testimony.

24             MR. HUDIS:

25        Q.  You may answer.

1      A.   What was the question again, please?

2           MR. HUDIS:

3      Q.   Yes.  Do the logs of Exhibit 8 reflect the

4  activity of submitting content to Internet

5  Archive's website by Carl Malamud or somebody using

6  his log-in credentials?

7           MS. LU:  Objection, lack of personal

8  knowledge, assumes facts not in evidence.

9           THE WITNESS:  The -- these records --

10          MR. HUDIS:  Of Exhibit 8.

11          THE WITNESS:  -- of Exhibit 8 reflect the

12  tasks submitted for -- for this item.

13          MR. HUDIS:

14     Q.   What item is that?

15     A.   The item is gov.law.aera.standards.1999.

16     Q.   Uh-huh.

17     A.   The record of the submitter in -- in these

18  logs is the account associated with the e-mail

19  address carl@media.org.

20     Q.   Which you associate with Carl Malamud?

21          MS. LU:  Objection, misstates prior

22  testimony.

23          THE WITNESS:  I associate the e-mail

24  address carl@media.org with Carl Malamud.

25          MR. HUDIS:

Christopher Butler                                    December 2, 2014
San Francisco, CA

Page 81

1     Q.  And each of these logs reflect processes

2   that were performed on May 26th and May 27th of

3   2012?

4         MS. LU:  Objection, lack of personal

5   knowledge.

6         THE WITNESS:  The question one more time,

7   please.

8         MR. HUDIS:  Yes.

9     Q.  Each of these logs reflects processes that

10  were performed on May 26th and May 27th, 2012?

11    A.  The logs list the dates that these were

12  performed as May 27th -- May 26th and May 27th of

13  2012.

14    Q.  Each of these documents of Exhibit 8 is a

15  log that resulted from a command being run on

16  Internet Archive's web servers?

17        MS. LU:  Objection, lack of personal

18  knowledge.

19        THE WITNESS:  The question one more time,

20  please.

21        MR. HUDIS:  Yes.

22    Q.  Each of these documents of Exhibit 8 is a

23  log that resulted from a command being run on

24  Internet Archive's servers?

25        MS. LU:  And also add, vague and ambiguous

Page 82

1    objection.

2           THE WITNESS:  This is the Internet

3    Archive's log of the -- of the tasks submitted,

4    including commands submitted to Internet Archive's

5    website for the identifier previously mentioned.

6           MR. HUDIS:

7       Q.  And each of these logs has a command line

8    that is reflected by the line [cmd] right arrow, do

9    you see that?

10          MS. LU:  Counsel, sorry, where are you,

11   on which page of which --

12          MR. HUDIS:  According to Page 5 of

13   Exhibit 8, the command line.

14          MS. LU:  I think, for the record, you're

15   talking about [cmd] two equal signs and then

16   greater than symbol?

17          MR. HUDIS:  Yes, which I define as right

18   arrow.

19      Q.  Do you see that?

20      A.  Yes.

21      Q.  And if you go back to Exhibit 7, the

22   different commands that were performed starting

23   from the bottom are archive.php, derive.php,

24   bup.php, again twice archive.php, derive.php and

25   bup.php.

Christopher Butler                                                    December 2, 2014
                            San Francisco, CA

1              Do you see that?

2        A.   Yes.

3        Q.   And we will leave for later the last one

4    at the top, says, "make_dark."  We'll leave that

5    for later.

6              Each of these commands has a "php" file

7    extension.  Do you know what a "php" is?

8              MS. LU:  Objection, lack of personal

9    knowledge.

10             THE WITNESS:  I don't know what "php"

11   stands for.  It's an extension that I've seen

12   associated with -- with web pages.

13             MR. HUDIS:

14       Q.   Is it a scripting language, to the best of

15   your knowledge?

16             MS. LU:  Objection, lack of personal

17   knowledge.

18             THE WITNESS:  I don't know.

19             MR. HUDIS:

20       Q.   Do you know where the php files are

21   stored?

22             MS. LU:  Objection, lack of personal

23   knowledge, vague and ambiguous.

24             THE WITNESS:  No.

25             MR. HUDIS:

Christopher Butler                                          December 2, 2014
San Francisco, CA

1       Q.   Do you know who wrote the php scripts?

2            MS. LU:  Objection, lack of personal

3       knowledge.

4            THE WITNESS:  No.

5            MR. HUDIS:

6       Q.   Do you know if the php file extensions

7       were Carl Malamud's scripts?

8            MS. LU:  Objection, lack of personal

9       knowledge, and vague and ambiguous.

10            THE WITNESS:  I know that -- that these

11       commands that you see listed in the command

12       column --

13            MR. HUDIS:  The witness is pointing --

14            THE WITNESS:  -- on Exhibit 7 and also

15       listed by the bracketed command tag by the right

16       arrow previously mentioned are generic commands

17       that are associated with many, many items.  They

18       are very common commands and functions of the

19       archive.org website.

20            MR. HUDIS:

21       Q.   Looking at Exhibit 7, you see there is a

22       column that says "args," do you see that?

23       A.   Yes.

24       Q.   Do you know whether that stands for

25       arguments?

Page 85

1             MS. LU:  Objection, lack of personal

2     knowledge.

3             THE WITNESS:  No.

4             MR. HUDIS:

5         Q.  Do you know what arguments were supplied

6     for each of the commands for each of these logs so

7     that -- so that the process described in the log

8     would run?

9             MS. LU:  Objection, lack of personal

10    knowledge, and vague and ambiguous.

11            THE WITNESS:  There are records of -- of

12    information associated with the term "args" in

13    each -- in each task log.

14            MR. HUDIS:

15        Q.  So, for example, looking at Exhibit 7,

16    does the submission of the argument

17    "done=delsrc&from_url=ry" -- excuse me, "rsyn..."

18    enable archive.php to run?

19            MS. LU:  Objection, lack of personal

20    knowledge.

21            THE WITNESS:  I don't know that that's

22    what enables archive.php to run.

23            MR. HUDIS:

24        Q.  Looking at Exhibit 7, do you know what

25    each of these commands do?

1        MS. LU:  Objection, lack of personal

2    knowledge, and vague and ambiguous.

3        THE WITNESS:  I have a general

4    understanding of the function of each of these

5    commands.

6        MR. HUDIS:

7    Q.  What does the archive.php command do?

8    A.  Archive.php is associated with the

9    submission of files or information by a user to be

10   incorporated into the item and displayed, made

11   available with that item.

12   Q.  Do you know why the archive.php command

13   was run three times?

14       MS. LU:  Objection, lack of personal

15   knowledge.  And objection, assumes facts not in

16   evidence.

17       THE WITNESS:  Generally, the first

18   archive.php is associated with the submission of --

19   of a -- a file relating to a work that is a text or

20   movie or audio recording.  It also contains

21   metadata that needs to be submitted with the

22   initiating task for an item.

23       Subsequent archive.php commands may

24   correspond to the submission of further files --

25   excuse me, further files for information to be

1   incorporated with the item.

2          MR. HUDIS:

3      Q.  Do you know what the derive.php file does?

4          MS. LU:  Objection, lack of personal

5   knowledge.

6          THE WITNESS:  Derive.php is associated

7   with the creation of derivative file formats that

8   the archive.org website automatically generates

9   from the original file and -- and presents on the

10  item -- on the item's details page.

11         MR. HUDIS:

12     Q.  On the website?

13     A.  On archive.org.

14     Q.  What does the bup.php command do?

15         MS. LU:  Objection, lack of personal

16  knowledge.

17         THE WITNESS:  "Bup" is associated with

18  creation of a backup of -- of the files, of the

19  item's files, as Internet Archive uses two copies,

20  creates and maintains two copies of a file in case

21  one server has issue that prevent those files from

22  being available.

23         MR. HUDIS:

24     Q.  Do you know why the backup.php command was

25  run twice?

Page 88

 1          MS. LU:  Objection, lack of personal

 2     knowledge.  And assumes facts not in evidence.

 3          THE WITNESS:  The backup.php command is

 4     typically run after a change is made to an item,

 5     and it is the updating of the backup copy.

 6          MR. HUDIS:

 7       Q.  Mr. Butler, all of the logs produced by

 8     Internet Archive which are now reflected in

 9     Exhibit A have the identifier gov.law.area

10     .standards.1999.  What is this?

11          MS. LU:  Objection, lack of personal

12     knowledge, and misdescribes the documents.

13          THE WITNESS:  The question is asking what

14     the identifier is?

15          MR. HUDIS:

16       Q.  Yes.

17       A.  The identifier is a string of characters

18     that is submitted with an item by the submitter

19     that is unique to the item and then is incorporated

20     into the URL for the public page for the item.

21          MR. HUDIS:

22       Q.  And that in this instance is reflected in

23     Exhibit 6?

24          MS. LU:  Objection, vague and ambiguous.

25          THE WITNESS:  The same identifier listed

Page 89

1    for the tasks on Exhibit 8 appears in the URL at

2    the bottom of the printouts for Exhibit 6.

3           MR. HUDIS:

4       Q.  So if Mr. Malamud was the submitter in

5    this case, was it Mr. Malamud who named this

6    particular identifier "gov.law.aera.standards

7    .1999"?

8           MS. LU:  Objection, lack of personal

9    knowledge, calls for speculation.

10          THE WITNESS:  The records of the task log

11   state that the identifier submitted for this item

12   by the submitter is gov.law.aera.standards.1999.

13          MR. HUDIS:

14      Q.  In each of the logs of Exhibit 8, there is

15   a line that says, "server."

16          Do you see that?

17      A.  I see a line that begins with "server."

18      Q.  All right.  And then it follows with

19   "ia600500.us.archive.org."

20          What is this identifier?

21          MS. LU:  Objection.

22          MR. HUDIS:  Next to -- sorry, next to

23   "server"?

24          MS. LU:  Objection, lack of personal

25   knowledge, vague and ambiguous.

Christopher Butler                                          December 2, 2014
San Francisco, CA

1              THE WITNESS:  The string of characters

2     next to "server" is the location of a server

3     maintained by Internet Archive that has a server

4     name of "ia600500."

5              MR. HUDIS:

6         Q.  Do you know what is stored on this

7     particular server?  The one you just named,

8     "ia600500"?

9              MS. LU:  Objection, lack of personal

10    knowledge and misstates prior testimony.

11             THE WITNESS:  Generally, servers

12    referenced in task logs store information posted to

13    archive.org's website.

14             MR. HUDIS:

15        Q.  And if you notice, the server name for

16    task 107010707 is different from the server of the

17    task 107010788.

18             Do you see that?

19             MS. LU:  Objection, vague and ambiguous.

20             THE WITNESS:  Yes, I see a different

21    server name for these two tasks.

22             MR. HUDIS:

23        Q.  What's -- if you know, what is the

24    difference between the server from the task

25    107010707 and the server of task 107010788?

1          MS. LU:  Objection, lack of personal

2    knowledge, assumes facts not in evidence.

3          THE WITNESS:  I don't know of a

4    substantial difference between these two servers.

5          MR. HUDIS:

6      Q.  So if I were to go through the rest of the

7    logs of Exhibit 8 and there were different named

8    servers, you would not know the difference from one

9    server to the next?

10          MS. LU:  Objection, assumes facts not in

11   evidence.

12          THE WITNESS:  Correct.

13          MR. HUDIS:

14      Q.  Mr. Butler, let's go back to Exhibit 6,

15   and that's the 1999 standards posted to Internet

16   Archive's website.

17          MS. LU:  Objection, misstates prior

18   testimony.

19          MR. HUDIS:

20      Q.  Do the logs of Exhibit 8 reflect Carl

21   Malamud or someone with his log-on credentials

22   posting the 1999 standards to Internet Archive's

23   website?

24          MS. LU:  Objection, lack of personal

25   knowledge, calls for speculation, and misstates

1    prior testimony.  And argumentative.

2              THE WITNESS:  The logs in Exhibit 8 have a

3    recorded submitter of carl@media.org for the item

4    with the identifier gov.law.aera.standards.1999.

5    This is the same identifier that is listed at the

6    bottom of the printout for Exhibit 6.

7              MR. HUDIS:

8       Q.  When the 1999 standards were posted to

9    Internet Archive's website in May of 2012, were any

10   other materials posted with them?

11             MS. LU:  Objection, lack of personal

12   knowledge and relevance.

13             THE WITNESS:  Can you define "materials"?

14             MR. HUDIS:

15      Q.  Metadata.

16      A.  The -- the task log indicates that a file

17   named "aera.standards.1999.pdf_meta.text" was

18   submitted.  It also indicates that a file named

19   "gov.law.aera.standards.1999_meta.xml" was created.

20   Typically, these are associated with the submission

21   of metadata from a submitter.

22      Q.  For what purpose?

23             MS. LU:  Objection, lack of personal

24   knowledge, calls for speculation.

25             THE WITNESS:  Generally, the -- the

 1   metadata is submitted to archive.org and displayed.

 2   Sometimes it has -- it has informational value for

 3   the item.  An example would be the submission of a

 4   title for an item or an author.

 5           MR. HUDIS:

 6      Q.  So, for example, on Exhibit 6, it says,

 7   "Author:  American Educational Research

 8   Association."

 9           Is that the type of metadata you were

10   talking about?

11           MS. LU:  Objection, lack of personal

12   knowledge.

13           THE WITNESS:  Yes, that would be an

14   example of metadata that would typically be

15   submitted by a submitter to be -- to be displayed,

16   along with a posted item.

17           MR. HUDIS:

18      Q.  Did any Internet Archive employees have

19   any participation in posting the 1999 standards or

20   associated metadata to Internet Archive's website?

21      A.  One more time, please.

22      Q.  Sure.  Did any Internet Archive employees

23   have any participation in posting the

24   1999 standards or associated metadata to Internet

25   Archive's website?

Page 94

1      A.  To the lack [sic] of my knowledge, no

2   Internet Archive employee directly participated in

3   the posting of this item to archive.org.

4      Q.  What involvement, if any, did Internet

5   Archive have in the posting of the 1999 standards

6   or associated metadata to Internet Archive's

7   website?

8          MS. LU:  Objection, vague and ambiguous.

9          THE WITNESS:  The Internet Archive

10   website, according to this task log, appears to

11   have run standard automated processes responsive to

12   commands submitted by a submitter.

13          MR. HUDIS:

14      Q.  Once posted by Mr. Malamud, where on

15   Internet Archive's website could the 1999 standards

16   be found?  I'm talking about the URL.

17          MS. LU:  Objection, assumes facts not in

18   evidence.

19          THE WITNESS:  The -- the URL associated

20   with this identifier would be archive.org/details/

21   gov.law.aera.standards.1999.

22          MR. HUDIS:

23      Q.  Was the uploaded metadata also posted to

24   this same URL?

25          MS. LU:  Objection, lack of personal

1    knowledge.

2          THE WITNESS:  It seems that a metadata

3    file was created and associated with the item.  I

4    don't see any signs of -- of error in that process

5    from looking at these logs.

6          MR. HUDIS:  So let's go through each one

7    of the logs one at time.

8        Q.  What is happening -- this is in

9    Exhibit 8 -- in the log of task 107010707?

10         MS. LU:  Objection, lack personal

11   knowledge, and vague and ambiguous.  It calls for a

12   narrative.

13         THE WITNESS:  Can you be more specific --

14         MR. HUDIS:  Yes.

15         THE WITNESS:  -- with the question?

16         MR. HUDIS:

17       Q.  What function is being recorded by the log

18   of 107010707?

19         MS. LU:  Same objections.

20         THE WITNESS:  The log is associated with

21   an archive.php command which I understand to relate

22   to the submission of files and/or metadata.

23         MR. HUDIS:

24       Q.  Now, you see below the definition of the

25   task, it says, "Getting file(s) from," and it gives

Page 96

1    you a very long URL which starts with "rsync."

2           Do you see that?

3      A.  Sorry, this is near the bottom of the

4    first page?

5      Q.  Yes.

6           MR. HUDIS:  May I point to the witness,

7    Counsel?

8           MS. AHMAD:  Yes.

9           MR. HUDIS:

10     Q.  So you see "Getting file(s)" and "Getting

11   file(s)"?

12          MS. LU:  Objection, lack of personal

13   knowledge.

14          THE WITNESS:  I see -- I see where the log

15   says, "Getting file(s)."

16          MR. HUDIS:

17     Q.  Now, is that the URL from which the

18   document was uploaded?

19          MS. LU:  Objection, lack of personal

20   knowledge.

21          THE WITNESS:  This is a URL associated

22   with a submission of information to archive.org for

23   posting with the item.

24          MR. HUDIS:

25     Q.  And the item, the first item is

1    1,825 bytes, do you see that?

2          MS. LU:  Objection, lack of personal

3    knowledge.

4          THE WITNESS:  I see a line that it states

5    that 1,825 bytes received.

6          MR. HUDIS:

7      Q.  And the second "Getting file" then results

8    in a receipt of --

9      A.  I see a line that states that 1,000,493 --

10   excuse me -- 14,934,120 bytes received.

11     Q.  Does the log say received from where?

12         MS. LU:  Objection, lack of personal

13   knowledge.

14         THE WITNESS:  The notes indicating the --

15   or stating the receipts of this amount of

16   information directly -- directly follow tasks

17   stating that files are being retrieved from the

18   long URL following the term "rsync."

19         MR. HUDIS:

20     Q.  Could you please turn to Page --

21   production Page 6 of Exhibit 8, the next page.

22         Now, you see towards the middle, it says,

23   "Now synchronizing item to the backup server."

24         Do you see that?

25     A.  Yes.

Christopher Butler                                    December 2, 2014
San Francisco, CA

Page 98

1      Q.  At how many locations are the

2   1999 standards stored within Internet Archive, if

3   know?

4           MS. LU:  Objection, lack of personal

5   knowledge, assumes facts not in evidence.

6           THE WITNESS:  Generally, items submitted

7   to archive.org are stored on two different servers.

8           MR. HUDIS:

9      Q.  For what purpose?

10          MS. LU:  Objection, lack of personal

11  knowledge.

12          THE WITNESS:  As -- as I had stated

13  earlier, Internet Archive uses paired storage in

14  the instance that one server becomes inaccessible.

15          MR. HUDIS:

16     Q.  Now, lower down on the same page,

17  production Page 6 of Exhibit 8, it says, "Deleting

18  from hd.www37," et cetera, et cetera,

19  "us.archive.org."

20          Why are these files being deleted?

21          MS. LU:  Objection, lack of personal

22  knowledge, and assumes facts not in evidence.

23          THE WITNESS:  I don't know exactly what

24  files are being deleted pursuant to this line.

25          MR. HUDIS:  Let's turn to production

Page 99

1    Page 8 of Exhibit 8.  And we're now on the 13-page

2    task with the ID 107010788.

3        Q.  What task is this log reflecting?

4            MS. AHMAD:  Objection, lack of personal

5    knowledge.

6            THE WITNESS:  This log is associated with

7    task No. 107010788.  This task ID is associated

8    with a derive.php command both in the task log and

9    in the item history.

10           MR. HUDIS:

11       Q.  And what function is being performed

12   according to this log which has a derive.php

13   command?

14           MS. LU:  Objection, lack of personal

15   knowledge, assumes facts not in evidence.

16           THE WITNESS:  Derive.php is associated

17   with the automated creation of derivative file

18   formats by the archive.org website.

19           MR. HUDIS:

20       Q.  Do you know what the BookOp module does?

21           MS. LU:  Objection, lack of personal

22   knowledge.

23           THE WITNESS:  No, I don't know what that

24   specific -- I don't know what the BookOp module

25   does.

Christopher Butler                                                    December 2, 2014
San Francisco, CA

Page 100

1            MR. HUDIS:  Could we turn to production

2     Page 10 of Exhibit 8.

3        Q.  Do you see towards the top of the page, it

4     says, "Heuristic Resolution Analysis"?

5        A.  Yes.

6        Q.  And underneath it, it says, "number of

7     pages in PDF: 211"?

8        A.  Yes.

9        Q.  Is this the PDF file corresponding to the

10    uploaded 1999 standards?

11           MS. LU:  Objection, lack of personal

12    knowledge.

13           THE WITNESS:  This task appears to be

14    being performed on a file named "aera.standards

15    .1999.pdf."  The initial task for this item with

16    task No. 107010707 states that this file was

17    submitted to the item by the submitter.

18           MR. HUDIS:

19       Q.  And my question from Page 10, Exhibit 8,

20    task 107010788 is, what was the size of that PDF

21    file?

22           MS. LU:  Objection, lack of personal

23    knowledge.

24           THE WITNESS:  The task history has a

25    reading that says that the PDF file has 211 pages.

1          MR. HUDIS:

2     Q.  And if you could turn to Page 11 --

3  production Page 11 of Exhibit 8, do you know what

4  is happening where it says formatting gifs?

5          MS. LU:  Objection, lack of personal

6  knowledge.

7          THE WITNESS:  As clarification, the log

8  states "forming gifs."

9          MR. HUDIS:  Thank you, "forming gifs."

10  Thank you.

11          THE WITNESS:  This appears to be the

12  generation of random images taken from a submitted

13  text which are then displayed alongside the item.

14  This is a standard process performed for texts that

15  are posted to archive.org.

16          MR. HUDIS:

17     Q.  Do you know what the AnimatedGIFT --

18  excuse me, the AnimatedGIF, G-I-F, module does?

19          MS. LU:  Objection, lack of personal

20  knowledge.

21          THE WITNESS:  AnimatedGIF module creates

22  random images from a submitted text to be displayed

23  alongside a posted text to archive.org.

24          MR. HUDIS:

25     Q.  And what is the function of these random

Christopher Butler                                                    December 2, 2014
San Francisco, CA

1    images?

2          MS. LU:  Objection, lack of personal

3    knowledge.

4          THE WITNESS:  The random images, as I

5    understand it, are generated to -- to provide an

6    example of pages that may exist in a text.

7          MR. HUDIS:

8      Q.  And do you know what the AbbyyXML module

9    does?

10         MS. LU:  Objection, lack of personal

11   knowledge.

12         THE WITNESS:  As I understand it, the

13   AbbyyXML module plays a role in generating a text

14   file, a plain text file, of a submitted text.

15         MR. HUDIS:

16     Q.  Mr. Butler, could you turn to Page 13 of

17   Exhibit 8.  At the bottom, it says, DjvuXML module.

18         Do you know what this module does?

19         MS. LU:  Objection, lack of personal

20   knowledge.

21         THE WITNESS:  As I understand it, this

22   module creates a derivative of the initially

23   submitted text in a -- that functions with a

24   special reader called a DjVu reader or deja vu

25   reader.

1          MR. HUDIS:

2      Q.  Do you know what a DjVu reader does?

3          MS. LU:  Objection, lack of personal

4  knowledge.

5          THE WITNESS:  The extent of my knowledge

6  is that a -- a reader will display a -- a DjVu text

7  for -- for display for a user.

8          MR. HUDIS:

9      Q.  On a website?

10         MS. LU:  Objection, lack of personal

11  knowledge.

12         THE WITNESS:  I'm afraid I don't recall if

13  it's used within a browser or if it's -- if it is

14  used as a stand-alone application.

15         MR. HUDIS:

16     Q.  Looking at Exhibit 6, the top third of the

17  page, the 1999 standards were within a framed

18  document which I told you basically turns the

19  pages.

20         Do you know what kind of reader this is?

21         MS. LU:  Objection, lack of personal

22  knowledge, and assumes facts not in evidence.

23         THE WITNESS:  Yes, this is the Internet

24  Archive's BookReader application.

25         MR. HUDIS:

Christopher Butler                                          December 2, 2014
San Francisco, CA

1       Q.  And is that created by the DjVu module or

2    the BookOp module, or do you not know?

3       MS. LU:  Objection, lack of personal knowledge

4    and compound.

5           THE WITNESS:  I know that it's not created

6    by the DjVu module.  I don't know whether are not

7    the BookOp module plays a role in that.

8           MR. HUDIS:

9       Q.  Do you know what the EPUB module does?

10      MS. LU:  Objection, lack of personal

11   knowledge.

12          THE WITNESS:  Generally, the EPUB module

13   creates another derivative format that is a -- a

14   .epub file, e-p-u-b.

15          MR. HUDIS:

16      Q.  And what does that do?

17          MS. LU:  Objection, lack of personal

18   knowledge.  Vague and ambiguous.

19          MS. AHMAD:  For the record, we're on

20   Page 14 now?

21          MR. HUDIS:  Page 15 -- excuse me.  Yes, we

22   are on Page 14 of Exhibit 8.  Thank you.

23          THE WITNESS:  I'm sorry, the question was?

24          MR. HUDIS:  Yes.

25      Q.  Do you know what the EPUB file does once

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    created by the EPUB module?

2        A.   An EPUB file is a file format that is

3    associated with an electronic text and must be read

4    by software that's specifically designed to display

5    an EPUB file.

6        Q.   Do you know what TOC module does?  This is

7    on Page 15 of Exhibit 8.

8            MS. LU:  Objection, lack of personal

9    knowledge.

10           THE WITNESS:  No.

11           MR. HUDIS:

12       Q.   Do you know what a scandataXML module

13   does?

14           MS. LU:  Objection, lack of personal

15   knowledge.

16           THE WITNESS:  No.

17           MR. HUDIS:

18       Q.   Do you know what a PDF module does?  And

19   that's on page 16 of Exhibit 8.

20           MS. LU:  Objection, lack of personal

21   knowledge.

22           THE WITNESS:  PDF module creates a

23   derivative file of an initial file.  It may create

24   a black and white PDF that's smaller in size than

25   any initial PDF that had been submitted.

Christopher Butler                                                December 2, 2014
San Francisco, CA

1         MR. HUDIS:

2      Q.  Do you know what a HackPDF does?

3         MS. LU:  Objection, lack of personal

4   knowledge.

5         THE WITNESS:  No.

6         MR. HUDIS:  Excuse me, HackPDF module.

7      Q.  And the answer is no?

8      A.  No.

9      Q.  Could you turn to Page -- production

10  Page 20 of Exhibit 8.  This is the last page of

11  task 107010788.

12         Do you know why each of these files on

13  Page 20 of Exhibit 8 are being autocleaned?

14         MS. LU:  Objection, lack of personal

15  knowledge, and assumes facts not in evidence.

16         THE WITNESS:  No, I don't know.

17         MR. HUDIS:

18      Q.  Could you go to the next task, please,

19  production Page 21 of Exhibit 8.  This is now

20  starting task 107019567.  And being performed here,

21  according to this log, is the backup command?

22         MS. LU:  Objection, lack of personal

23  knowledge, assumes facts not in evidence.

24         THE WITNESS:  The command associated with

25  this task is bup.php, which I understand to be

Page 107

1   associated with the creation of a backup of an

2   item.

3           MR. HUDIS:

4       Q.  And the back -- and the item being backed

5   up is gov.law.aera.standards.1999?

6       A.  The identifier listed on this task in this

7   task history is that identifier.

8       Q.  And this was, as we discussed before,

9   placing the item on a backup server to make sure,

10  if one server is not accessible, another server

11  could be accessible at Internet Archive?

12          MS. LU:  Objection, lack of personal

13  knowledge, and assumes facts not in evidence.

14          THE WITNESS:  That is the operation that's

15  associated with the bup.php command.

16          MR. HUDIS:

17      Q.  Could we go to Page 23 of Exhibit 8.  This

18  is now starting the task 107034141.

19          What task is being performed here?

20          MS. LU:  Objection, lack of personal

21  knowledge.

22          THE WITNESS:  The command associated

23  listed on this task log is archive.php which is

24  associated with the submission of files or metadata

25  for an item.

Christopher Butler                                          December 2, 2014
San Francisco, CA

1          MR. HUDIS:

2      Q.  So this was the submission of metadata in

3  this task?

4          MS. LU:  Objection, lack of personal

5  knowledge.

6          THE WITNESS:  The task -- the task log

7  states that it was an archive -- states that it was

8  an archive.php command which is associated with the

9  submission of -- of metadata or files.

10          MR. HUDIS:

11      Q.  Could you turn to Page -- production

12  Page 24 of Exhibit 8.  And there are warning

13  messages at the bottom of this page.  It says

14  "Warning:  Possible DNS Spoofing Detected!"

15  "Warning:  Remote Host Identification has Changed!

16  It is possible that someone is doing something

17  nasty!"

18          Do you know what the purpose of these

19  warnings are?

20          MS. LU:  Objection, lack of personal

21  knowledge.

22          THE WITNESS:  No, I don't.

23          MR. HUDIS:

24      Q.  Please turn to production Page 26 of

25  Exhibit 8.  This is now starting task

Christopher Butler                                    December 2, 2014
San Francisco, CA

1   No. 107040689.

2        And is this another archive.php command

3   being performed here?

4        MS. LU:  Objection, lack of personal

5   knowledge.

6        THE WITNESS:  The command associated -- or

7   the command listed on this task log is a command

8   archive.php.

9        MR. HUDIS:

10    Q.  Do you know what function is being

11   performed in this task?

12       MS. LU:  Objection, lack of personal

13   knowledge.

14       THE WITNESS:  Archive.php, again, is

15   associated with the submission of files or metadata

16   for an item.

17       MR. HUDIS:

18    Q.  And, again, the item is gov.law.aera

19   .standards.1999?

20    A.  The identifier listed in these task logs

21   is that identifier.

22    Q.  And, again, we see on Page 27 of Exhibit 8

23   the same warnings.  And you don't know what those

24   warnings are about?

25    A.  That's correct.

Christopher Butler                                          December 2, 2014
San Francisco, CA

1      Q.  Could we please turn to Page 28 of

2  Exhibit 8.  This starts task 107040792.

3          And the derive.php command is being

4  performed here?

5          MS. LU:  Objection, lack of personal

6  knowledge.

7          THE WITNESS:  The command listed on this

8  task log for this task is derive.php.

9          MR. HUDIS:

10     Q.  In this specific log, do you know what is

11  happening here?

12         MS. LU:  Objection, lack of personal

13  knowledge, vague and ambiguous.

14         THE WITNESS:  Generally, a -- an

15  archive.php task may trigger a derive task to

16  update the derivative files after any change has

17  been made to the initially submitted metadata or

18  file.

19         MR. HUDIS:

20     Q.  Could we turn to Page 31 of Exhibit 8.

21         At the bottom of that page, do you know

22  why the files are being autocleaned?

23         MS. LU:  Objection, lack of personal

24  knowledge, assumes facts not in evidence.

25         THE WITNESS:  No.

Christopher Butler                                                     December 2, 2014
San Francisco, CA

1          MR. HUDIS:

2      Q.  Could we turn now to Page 33 of Exhibit 8.

3  This is the final task and it is identified with

4  107040809.

5          Do you know what task is being performed

6  here, bup.php?

7          MS. LU:  Objection, lack of personal

8  knowledge.

9          THE WITNESS:  The command listed on this

10  task log is bup.php.  This is associated with the

11  creation of a backup file -- backup copies of the

12  file for the item.

13          MR. HUDIS:

14      Q.  And the item being backed up here is

15  gov.law.aera.standards.1999?

16          MS. LU:  Objection, lack of personal

17  knowledge, assumes facts not in evidence.

18          THE WITNESS:  That is the identifier that

19  is listed on this task log.

20          MR. HUDIS:

21      Q.  And this is a backup task log?

22          MS. LU:  Objection, lack of personal

23  knowledge, assumes facts not in evidence, and

24  argumentative.

25          THE WITNESS:  The command listed for this

1    task log is bup.php which is a backup task.

2            MR. HUDIS:  Off the record.

3            VIDEO OPERATOR:  The time 12:12 p.m.  We

4    are off the record.

5            (Brief recess.)

6            (Plaintiffs' Exhibit 9 marked for

7            identification.)

8            VIDEO OPERATOR:  The time is 12:20 p.m.,

9    and we are on the record.

10           MR. HUDIS:

11      Q.  Mr. Butler, I'd like you to refer back to

12   Exhibit 7.  And you see at the very top, there's a

13   command that says, "make_dark.php."

14           Do you see that?

15      A.  Yes.

16      Q.  What does the make_dark command do?

17           MS. LU:  Objection, lack of personal

18   knowledge.

19           THE WITNESS:  Make_dark takes down files

20   from public access.

21           MR. HUDIS:

22      Q.  I'd like you to now look at what has been

23   marked as Exhibit 9.

24           What is this one-page exhibit?

25      A.  This exhibit is a log for a task

Christopher Butler                                      December 2, 2014
San Francisco, CA

1   associated with the item with identifier

2   gov.law.aera.standards.1999.

3       Q.  And what is the command being run as

4   reflected in this log of Exhibit 9 which bears task

5   ID 315793300?

6       A.  The command listed in this task log is

7   make_dark.php.

8       Q.  When we looked at the commands and tasks

9   of Exhibit 8, you saw that the commands were being

10  run on multiple servers, correct?

11          MS. LU:  Objection, lack of personal

12  knowledge, and assumes facts not in evidence.

13          THE WITNESS:  I saw that there were

14  different server addresses listed in -- throughout

15  the task -- throughout the various tasks associated

16  with this item.

17          MR. HUDIS:

18      Q.  And the task of Exhibit 9, 315793300, on

19  how many servers was this task run?

20          MS. LU:  Objection, lack of personal

21  knowledge, assumes facts not in evidence, vague and

22  ambiguous.

23          MR. HUDIS:

24      Q.  According to this tag, there is one server

25  identified.  Do you see it?

1          MS. LU:  Objection, lack of personal

2     knowledge, assumes facts not in evidence, and

3     argumentative.

4          MR. HUDIS:

5      Q.  And you see that the server is ia600500?

6          MS. LU:  Objection, vague and ambiguous.

7          MR. HUDIS:

8      Q.  You may answer.

9      A.  I see that an address for a server is

10    listed in this task log with the server name of

11    ia600500.

12     Q.  Do you see any other servers listed on

13    this log of Exhibit 9?

14     A.  I see a listing associated with a backup

15    server near the bottom with server address

16    ia700500.us.archive.org.

17     Q.  So do you know if the make_dark command

18    was being run, according this log, on one server or

19    two?

20         MS. LU:  Objection, lack of personal

21    knowledge, and vague and ambiguous.  And assumes

22    facts not in evidence.

23         THE WITNESS:  The item -- the task log

24    states that the item is being synchronized to the

25    backup server.  I would associate that with the --

Christopher Butler                                           December 2, 2014
San Francisco, CA

1   with the performing of the changes made to the

2   primary server also being made to the backup

3   server.

4           MR. HUDIS:

5       Q.  Based upon your reading of Exhibit 8,

6   which were the upload logs, do you know on how many

7   servers the item gov.law.aera.standards.1999 were

8   uploaded to, within Internet Archive?

9           MS. LU:  Objection, lack of personal

10  knowledge, misstates prior testimony, assumes facts

11  not in evidence, and vague and ambiguous.

12          THE WITNESS:  I don't know for certain how

13  many servers this may have -- the files and

14  metadata may have resided on.  I know generally

15  archive.org items reside on a primary server and a

16  backup server at any given time.

17          MR. HUDIS:

18      Q.  And, according to the make_dark command of

19  Exhibit 9, task 315793300, the make_dark command

20  was associated with server ia600500 and

21  synchronized to server ia700500, is that correct?

22          MS. LU:  Objection, lack of personal

23  knowledge.

24          THE WITNESS:  The -- the task log states

25  that the servers upon which this command was

Page 116

1   performed are server named ia600500 and backup

2   server named ia700500.

3              MR. HUDIS:

4         Q.  Even though the make_dark command was

5   performed on these two servers, could Internet

6   Archive's employees still access the 1999 standards

7   on those two servers?

8              MS. LU:  Objection, lack of personal

9   knowledge, and assumes facts not in evidence.

10             THE WITNESS:  I know that, via the

11  archive.org interface, the standards are not

12  accessible to -- to Internet Archive employees and

13  the public.  I don't know for certain if there

14  would be a way to -- to access the standards via

15  another method.

16             MR. HUDIS:

17        Q.  After the make_dark command was performed,

18  is the file still located on Internet Archive's

19  primary and backup servers?  And that's -- that's

20  the file identified by gov.law.aera .standards

21  .1999.

22             MS. LU:  Objection, lack of personal

23  knowledge.

24             THE WITNESS:  I don't know with respect to

25  this particular item.  Generally speaking, an item

1    that has been made dark still resides on the

2    servers.

3            MR. HUDIS:

4        Q.  If you notice within Exhibit 9, this task

5    315793300, there is a comment.

6            Do you see that?

7            MR. HUDIS:  Counsel, permission to point

8    to the witness?

9            MS. AHMAD:  Yes.

10           THE WITNESS:  I see a -- a comment tag

11   listed in the -- the task log.

12           MR. HUDIS:

13       Q.  And what does the comment say after the

14   tag?

15       A.  Comment says, "pending outcome of

16   litigation."

17       Q.  Do you know who wrote that comment?

18           MS. LU:  Objection, lack of personal

19   knowledge.

20           THE WITNESS:  The comment is associated

21   with a submitter carl@media.org.

22           MR. HUDIS:

23       Q.  Do you know whether counsel was involved

24   in the writing of this comment on this task of

25   Exhibit 9?

Christopher Butler                                    December 2, 2014
San Francisco, CA

1          MS. LU:  Objection, lack of personal

2     knowledge, and vague and ambiguous as to "counsel."

3          THE WITNESS:  No, I don't know.

4          MR. HUDIS:

5     Q.  Do you know whether inserting a comment of

6     this type, "pending outcome of litigation," is a --

7     sorry, is an approved technique for making content

8     dark from an Internet Archive server?

9          MS. LU:  Objection, lack of personal

10    knowledge.

11         MR. HUDIS:  Sure.

12         MS. LU:  And vague and ambiguous.

13         MR. HUDIS:  All right.  I'll reask the

14    question.

15    Q.  Is inserting a comment of this type,

16    "pending outcome of litigation," an approved

17    technique for removing content from an Internet

18    Archive server?

19         MS. LU:  Objection, vague and ambiguous,

20    assumes facts not in evidence, and lack of personal

21    knowledge.

22         MR. HUDIS:

23    Q.  Do you understand the question?

24    A.  I'll say that the -- a submission of a

25    comment is something that can be done and is not

Christopher Butler                                      December 2, 2014
San Francisco, CA

1    atypical when an item is made dark.

2        Q.  Is not typical or is not atypical?

3        A.  Is not atypical.  Is fairly commonly done.

4        Q.  Thank you for the clarification.

5            MR. HUDIS:  Counsel, can we stipulate that

6    Exhibit 9 is a business record of Internet Archive?

7            MS. AHMAD:  Yes, we can.

8            MR. HUDIS:  Any objection, Counsel?

9            MS. LU:  No objection.

10           MR. HUDIS:

11       Q.  So looking again at Exhibit 7 and 9, the

12   search associated with gov.law.aera.standards.1999

13   is reflected in Exhibit 7 and includes the

14   make_dark command, correct?

15           MS. LU:  Objection, vague and ambiguous.

16           THE WITNESS:  The -- the records of the

17   task history lists a command of make_dark.php for

18   task ID 315793300.  This is also the task ID that's

19   listed for the final task or the task at the top of

20   the list on the item history page, Exhibit 7.

21           MR. HUDIS:  In the last answer the witness

22   gave, let the record reflect that he was referring

23   to Exhibits 9 and 7.

24           Off the record.

25           VIDEO OPERATOR:  The time is 12:33 p.m.

Page 120

1    and we are off the record.

2              (Discussion off the record.)

3              (Plaintiffs' Exhibit 10 marked for

4              identification.)

5              VIDEO OPERATOR:  The time is 12:34 and we

6    are on the record.

7              MR. HUDIS:

8       Q.  Mr. Butler, I now put in front of you a

9    document marked as Exhibit 10.  It's a one-page

10   document.  And it says at the top, "Internet

11   Archive Error," and it's dated June 30, 2014.

12             I'd like you to compare the URL printed on

13   Exhibit 6 and the URL printed on Exhibit 10.

14             Are they the same?

15      A.  Yes, they are the same.

16      Q.  Now, you notice on Exhibit 6, content is

17   there?

18             MS. LU:  Objection, vague and ambiguous.

19             MR. HUDIS:

20      Q.  Is there content shown on Exhibit 6 at the

21   URL shown at the bottom?

22             MS. LU:  Objection, vague and ambiguous.

23             THE WITNESS:  Exhibit 6 shows the standard

24   design and layout for an archive.org details page

25   for a text item.

Christopher Butler                                    December 2, 2014
San Francisco, CA

1          MR. HUDIS:

2     Q.  And the text item is gov.law.aera

3   .standards.1999?

4          MS. LU:  Objection, lack of personal

5   knowledge.

6          THE WITNESS:  That is the identifier

7   listed in the URL at the bottom of the printout for

8   Exhibit 6.

9          MR. HUDIS:

10    Q.  And it's also listed in the identifier

11  access on Page 2 of Exhibit 6?

12    A.  That identifier is also listed under the

13  identifier access listing on Exhibit 6.

14    Q.  Now, if you notice in Exhibit 10, the

15  content is gone.

16          MS. LU:  Objection, vague and ambiguous,

17  argumentative.

18          THE WITNESS:  On Exhibit 10, I see the

19  standard placeholder message that indicates an item

20  is not available.

21          MR. HUDIS:

22    Q.  So my question, if Exhibit 6 was printed

23  on March 14, 2014, and Exhibit 10 was printed on

24  June 30, 2014, and they both have the same URL,

25  what happened between March and June such that the

1    content on Exhibit 6 was there and then the content

2    in Exhibit 10 is gone?

3            MS. LU:  Objection --

4            MR. HUDIS:

5        Q.  Replaced by the placeholder?

6            MS. LU:  Objection, assumes facts not in

7    evidence, and calls for speculation.

8            THE WITNESS:  Typically, when the

9    placeholder message is displayed on a page that

10   previously displayed a live item, it is an

11   indication that the item has been taken down.

12           MR. HUDIS:

13       Q.  And is that the result of a make_dark

14   command?

15           MS. LU:  Objection, lack of personal

16   knowledge.

17           THE WITNESS:  It can be the result of a

18   make_dark command.  Uh -- it can be the result of a

19   make_dark command.

20           MR. HUDIS:

21       Q.  Do you know whether the change of the live

22   content of Exhibit 6 and then the placeholder that

23   says this item is not available of Exhibit 10

24   resulted from the make_dark command shown in log

25   315793300 of Exhibit 9?

1          MS. LU:  Objection, vague and ambiguous,

2    assumes facts not in evidence and lack of personal

3    knowledge.

4          THE WITNESS:  I can state that this is the

5    message and this is how I would expect the page to

6    appear following the submission of a make_dark

7    command for a live item.

8          MR. HUDIS:  Note that the witness is

9    pointing to Exhibit 10.

10     Q.  On Exhibit 10, who, if you know, inserted

11   the language "The item is not available due to

12   issues with the item's content"?

13          MS. AHMAD:  Objection, outside the scope

14   of the deposition topics.

15          MR. HUDIS:  I would disagree with that.

16          MS. LU:  And lack of personal knowledge.

17          MR. HUDIS:  I would disagree with that,

18   Counsel.  Public Resource's counsel can assert her

19   objections.

20          So I'll reask the question subject to all

21   objections.

22     Q.  Do you know who inserted the language in

23   Exhibit 10, "The item is not available due to

24   issues with the item's content"?

25          THE WITNESS:  This is a placeholder

1    message that was determined years ago.  I don't

2    know who drafted that message and selected it.

3    It's the general message that is displayed on an

4    item's page after a make_dark command has been

5    submitted for that item.

6            MR. HUDIS:  Off the record.

7            VIDEO OPERATOR:  The time is 12:41 p.m.

8    and we are off the record.

9            (Discussion off the record.)

10           (Plaintiffs' Exhibit 11 marked for

11           identification.)

12           VIDEO OPERATOR:  The time is 12:42 p.m.,

13   and we are on the record.

14           MR. HUDIS:

15      Q.  Mr. Butler, once content is taken down

16   from an Internet Archive web page from public

17   access, can your company still track the number of

18   visits to that page while the content was still

19   there?

20           MS. LU:  Objection, vague and ambiguous.

21           THE WITNESS:  The record that we have

22   is -- is called a download count and relates to the

23   number of visits to -- to pages with files for the

24   item.  So it's our -- it's our best record of the

25   number of HTTP requests from -- from an IP address

Page 125

 1    where multiple visits from the same IP address in

 2    the same day have been counted as one download.

 3          MR. HUDIS:

 4      Q.  Mr. Butler, have you ever heard of the

 5    term "hit count"?

 6      A.  Yes.

 7      Q.  What does "hit count" refer to?

 8      A.  Hit count --

 9          MS. LU:  Objection to the extent it calls

10    for expert testimony.

11          MR. HUDIS:

12      Q.  You may answer.

13      A.  Hit count, as I understand it, relates to

14    the amount of visits to a given web page.

15      Q.  So we've talked about today a number of

16    views, a number of downloads, correct, to a web

17    page?

18      A.  Yes.

19          MS. LU:  Objection, misstates prior

20    testimony.

21          MR. HUDIS:

22      Q.  You may answer.

23       A.  We've talked about the definition of our

24    download count number and discussed a little bit

25    how that relates to downloading and viewing.

1          MR. HUDIS:

2      Q.  So your company defines download count.

3  Does the download count distinguish between an

4  Internet user's view of a page versus capturing and

5  copying content to go to another computer?

6          MS. LU:  Objection, vague and ambiguous.

7          THE WITNESS:  The download count does not

8  distinguish between, for example, a visit to a web

9  page without, for instance, saving that file

10  through the -- a browser's downloader or selecting

11  files' save-as from the browser.

12          MR. HUDIS:

13      Q.  Does Internet Archive's download count

14  distinguish between visits from human beings over

15  the Internet versus Internet crawling robots, or

16  bots, or uploaders, or internal visits from

17  Internet Archive processes or staff?

18          MS. LU:  Objection, vague and ambiguous.

19          THE WITNESS:  No.  The download count does

20  not distinguish between all of those different

21  types of access.

22          MR. HUDIS:

23      Q.  For the purposes of my next question, I

24  need your definition of what an IP address is.

25      A.  Okay.

1      Q.   What is an IP address?

2           MS. LU:  Objection, to the extent it calls

3      for expert testimony.

4           THE WITNESS:  What I know about an

5      IP address is that it is a unique number associated

6      with a computer that is connected to a network.

7           MR. HUDIS:

8      Q.   Does Internet Archive's download count

9      include or exclude multiple visits from the same

10     IP address during a given day?

11          MS. LU:  Objection, vague and ambiguous.

12          THE WITNESS:  During a day, as defined by

13     UTC time, Internet Archive's systems are designed

14     to log multiple visits from the same IP -- count,

15     excuse me, count multiple visits from the same

16     IP address as only one download.

17          MR. HUDIS:

18     Q.   Does Internet Archive maintain any records

19     or other information that would enable it to be

20     more specific about what is included or excluded

21     from a download count?

22          MS. LU:  Objection, vague and ambiguous.

23          THE WITNESS:  Can you read the question

24     again, please?

25          MR. HUDIS:  Yes.

1       Q.   Does Internet Archive maintain any records

2  or other information that would enable it to be

3  more specific about what is included or excluded

4  from a download count?

5       MS. LU:  Same objection.

6          THE WITNESS:  I'm not aware of any further

7  information that we would be able to supply.

8          MR. HUDIS:

9       Q.   How does Internet Archive obtain the

10  download count of a specific web page after the

11  uploaded content is removed?

12         MS. LU:  Objection, lack of personal

13  knowledge, assumes facts not in evidence.  Counsel,

14  if you want to ask him about how someone retrieved

15  this Exhibit 11, then I would not object to that.

16         MR. HUDIS:

17      Q.   All right.  I'm going to ask you

18  specifically about Exhibit 11.  I'd like to know

19  generally how the information was obtained.

20         We've established that a make_dark command

21  was run for the content of the 1999 standards in

22  June of 2014, correct?

23         MS. LU:  Objection, misstates prior

24  testimony, lack of personal knowledge.

25         MR. HUDIS:

Christopher Butler                                      December 2, 2014
San Francisco, CA

1      Q.   When was this make_dark command of

2   Exhibit 9 run?

3      A.   The date listed on the task log for this

4   task which has a command listed of make_dark.php is

5   June 11th, 2014.

6      Q.   I've now marked as Exhibit 11 a one-page

7   document that's in front of you.

8           What is the date of this document?

9      A.   The date of Exhibit 11 is November 25th,

10   2014.

11      Q.   What is this document?

12      A.   This document is a screen capture of the

13   Mac Terminal application.  The Terminal was used by

14   myself to submit a query to archive.org's systems

15   to obtain archive.org's records for the download

16   count for the item with identifier gov.law.aera

17   .standards.1999.

18      Q.   The make_dark command of Exhibit 9

19   associated with that identifier was run in June of

20   2014, correct?

21      A.   The task log lists that date -- the task

22   log associated with the make_dark command lists

23   that date.

24      Q.   And the same identifier you got at a

25   download -- a set of download information on

1    November 25th, 2014, according to Exhibit 11,

2    correct?

3         MS. LU:  Objection, vague and ambiguous.

4         THE WITNESS:  Sorry, one more time,

5    please.

6         MR. HUDIS:  Yes.

7    Q.  We established that make_dark command for

8    gov.law.aera.standards.1999 was run in June of

9    2014, correct?

10        MS. LU:  Objection, lack of personal

11   knowledge.

12        THE WITNESS:  The task logs list that

13   date.

14        MR. HUDIS:

15   Q.  So you got download information for the

16   same identifier on November 25th, 2014, correct?

17        MS. LU:  Objection, vague and ambiguous.

18        THE WITNESS:  I ran a query for Internet

19   Archive's download count for that same identifier.

20        MR. HUDIS:

21   Q.  So I now ask the same question that I

22   asked before.

23        How does Internet Archive obtain a

24   download count for a specific Internet Archive web

25   page after the uploaded content has been removed?

Christopher Butler                                                December 2, 2014
San Francisco, CA

1          MS. LU:  Objection, lack of personal

2     knowledge, misstates prior testimony, and assumes

3     facts not in evidence, and vague and ambiguous.

4          THE WITNESS:  A SQL query can be run on

5     Internet Archive's system to obtain a metadata

6     value that has been associated with this item and

7     generated by archive.org.

8          MR. HUDIS:

9      Q.  And the item again is gov.law.aera

10    .standards.1999?

11     A.  That's correct.

12     Q.  And according to your search and the

13    results that came back on Exhibit 11, how many

14    downloads are reflected for this item while live

15    content was up on the web page associated with

16    gov.law.aera.standards.1999?

17         MS. LU:  Objection, vague and ambiguous,

18    assumes facts not in evidence, lack of personal

19    knowledge.

20         THE WITNESS:  The download count of record

21    from the archive.org system for the identifier that

22    you read is 1,290.

23         MR. HUDIS:  Counsel, will you stipulate

24    that Exhibit 11 is a business record of Internet

25    Archive?

Christopher Butler                                    December 2, 2014
San Francisco, CA

Page 132

1          MS. AHMAD:  Yes.

2          MR. HUDIS:  Any objections?

3          MS. LU:  No objections.

4          (Plaintiffs' Exhibit 12 marked for

5          identification.)

6          MR. HUDIS:  I'm going to have to make a

7   quick copy.

8          VIDEO OPERATOR:  Do you want to go off?

9          MR. HUDIS:  Yes, please.

10          VIDEO OPERATOR:  The time is 12:54 p.m,

11   and we're off the record.

12          (Brief recess.)

13          VIDEO OPERATOR:  The time is 12:58 p.m.,

14   and we're on the record.

15          MR. HUDIS:

16      Q.  Mr. Butler, all of my following questions

17   are all relative to the 1999 standards.

18          Do we understand each other for purposes

19   of these questions?

20      A.  Yes.

21      Q.  Between May of 2012 and June of 2014, have

22   you ever communicated with Carl Malamud?

23      A.  I have received e-mail from Carl Malamud.

24      Q.  So that was my next question.

25          Mr. Malamud initiated the communication?

Christopher Butler                                         December 2, 2014
San Francisco, CA

1       A.  Yes.

2       Q.  And how did he make that contact?  By

3  e-mail?

4       A.  Yes.

5       Q.  Besides that one e-mail, on the subject of

6  the 1999 standards, did you have any other exchange

7  of communications with Mr. Malamud?

8           MS. LU:  Objection, relevance.

9           MR. HUDIS:

10      Q.  You may answer.

11      A.  No.

12      Q.  Are you aware of anyone else from Internet

13  Archive communicating with Mr. Malamud regarding

14  the 1999 standards between May of 2012 and June of

15  2014?

16      A.  No.

17      Q.  Do you remember the purpose of

18  Mr. Malamud's communication with you regarding the

19  1999 standards?

20          MS. LU:  Objection, vague and ambiguous.

21          MR. HUDIS:

22      Q.  You may answer.

23      A.  Mr. Malamud sent me an e-mail with an

24  attachment relating to a take-down request that he

25  had received relating to the standards.

1      Q.  I now place in front of you what has been

2   marked as Exhibit 12 and ask if you recognize the

3   collection of documents.

4            For the record, Exhibit 12 bears

5   production numbers IA-AERA 1 through 4.

6      A.  Yes, I recognize these documents.

7      Q.  Was Exhibit 12 produced to us in response

8   to our document subpoena?

9      A.  Yes.

10     Q.  And copied on this e-mail is Brewster

11  Kahle, and you said he is the founder of Internet

12  Archive?

13           MS. LU:  Objection, lack of personal

14  knowledge and compound.

15           MR. HUDIS:  All right.  Let's take them

16  one at a time.

17     Q.  Is Mr. Kahle copied on the e-mail from

18  Mr. Malamud to you dated December 19th, 2013?

19     A.  Brewster Kahle's name is listed by the

20  cc field.

21     Q.  And who is Mr. Kahle?

22     A.  Mr. Kahle is the founder of Internet

23  Archive.

24     Q.  And do you know what the initials "SDO"

25  means?

1      A.  No.

2      Q.  Did you ever ask Mr. Malamud what "SDO"

3   means?

4      A.  No.

5      Q.  Are you familiar with the term "standards

6   organization"?

7      A.  Yes.

8      Q.  Is SDO an acronym for standards

9   organization?

10         MS. LU:  Objection, lack of personal

11   knowledge.

12         THE WITNESS:  It seems to me that it is.

13   I don't know for certain.

14         MR. HUDIS:

15      Q.  Do you know why Mr. Malamud sent you this

16   e-mail of Exhibit 12?

17         MS. LU:  Objection, lack of personal

18   knowledge.

19         THE WITNESS:  I know that Mr. Malamud sent

20   me this e-mail with the take-down requests he'd

21   received and his response to the -- to the

22   take-down request, and that it was pertinent to --

23   to something posted on archive.org.

24         MR. HUDIS:

25      Q.  Just so we're clear, the e-mail that

1    Mr. Malamud sent to you on December 19th, 2013, did

2    it relate to a take-down request of material on

3    Public Resource's website or on Internet Archive's

4    website?

5              MS. LU:  Objection, lack of personal

6    knowledge.

7              THE WITNESS:  As I read the e-mail that

8    was forwarded by Carl from aera.net, I see only a

9    listing relating to the website law.resource.org.

10             MR. HUDIS:

11        Q.  That's not a website maintained by

12   Internet Archive, is it?

13        A.  It's not.

14        Q.  Has Mr. Malamud sent you e-mails similar

15   to the one in Exhibit 12 before?

16             MS. LU:  Objection as to relevance.

17             THE WITNESS:  Can you define "similar."

18             MR. HUDIS:  Yes.

19        Q.  Complaints by other standards

20   organizations to take down posted material.

21        A.  Yes.

22        Q.  How many times?

23        A.  Approximately, five or six.

24        Q.  Since December 19th, 2013, has Mr. Malamud

25   sent you similar e-mails to the one in Exhibit 12?

1          MS. LU:  Objection, vague and ambiguous,

2     and relevance.

3          THE WITNESS:  Would you repeat the

4     question, please?

5          MR. HUDIS:  Yes.

6     Q.  Since December 2013, has Mr. Malamud sent

7     you e-mails similar to the one shown in Exhibit 12?

8          MS. LU:  Same objection.

9          THE WITNESS:  I don't recall if

10    Mr. Malamud has sent us an e-mail since that date

11    relating to take-down requests from standard

12    organizations.

13         MR. HUDIS:

14    Q.  Did you, Mr. Butler, discuss the posting

15    of the 1999 standards to Internet Archive's website

16    at any time after you received this letter of

17    Exhibit 12?

18         MS. LU:  Objection, vague and ambiguous.

19         THE WITNESS:  The question again was --

20         MR. HUDIS:  Yes.

21         Could you repeat the question?

22         (Record read by Reporter.)

23         MR. HUDIS:  With Mr. Malamud.

24         THE WITNESS:  We only notified -- Internet

25    Archive only notified Mr. Malamud that we had

Christopher Butler                                    December 2, 2014
San Francisco, CA

1    received the subpoena issued to us for this case.

2              MR. HUDIS:

3        Q.  So you had a conversation with Mr. Malamud

4    that you received my client's subpoena?

5              MS. LU:  Objection, assumes facts not in

6    evidence and misstates prior testimony.

7              THE WITNESS:  A phone conversation

8    occurred with Mr. Malamud to advise him that we had

9    received the subpoena.

10             MR. HUDIS:

11       Q.  What did he say to you during that phone

12   conversation?

13       A.  He -- he said that he -- he understood and

14   that he -- that he hoped it wouldn't be a big

15   burden for Internet Archive.

16       Q.  Have you told me the entirety of that

17   conversation between you and Mr. Malamud?

18       A.  I've told you the -- the entirety of the

19   substance of the communication.

20       Q.  Did you leave out any details?

21       A.  No.

22       Q.  Since receiving this e-mail of Exhibit 12

23   from Mr. Malamud, did you discuss with him

24   disabling public access of the 1999 standards from

25   Internet Archive's website?

Christopher Butler                                           December 2, 2014
San Francisco, CA

1    A.   No.

2    Q.   Other than Exhibit 12, has Internet

3  Archive exchanged any other correspondence with

4  Mr. Malamud or Public Resource regarding the

5  posting of the 1999 standards to Internet Archive's

6  website or the disabling of public access to the

7  1999 standards on Internet Archive's website?

8    A.   I can say Internet Archive performed a

9  search and discussed with those members of Internet

10  Archive's staff we understood may have communicated

11  with Mr. Malamud upon receiving the -- the

12  subpoenas, and that we did not delete any

13  information after having received that subpoena,

14  and performed a search of the e-mail accounts and

15  the physical files.

16         And this e-mail received from Mr. Malamud

17  is the only record of communication that was found

18  from that search.

19    Q.   And that's the e-mail of Exhibit 12?

20    A.   That's right.

21    Q.   Does Internet Archive maintain any phone

22  logs of its conversations with the outside public?

23    A.   Our phone system -- our phone system may

24  have that.  I don't know.

25    Q.   Well, other than the fact that the call

Page 140

1    was made, I'm talking about the substance of the

2    call.

3          Does Internet Archive maintain any call

4    logs of the substance of calls it has with outside

5    individuals or companies?

6       A.  No.

7          MR. HUDIS:  That's all I have for this

8    witness.  I do keep the deposition open as a result

9    of the deposition subpoena.  And unless we can come

10   to some understanding with Public Resource's

11   counsel, we may need to have a second deposition of

12   Internet Archive.

13         MS. LU:  And I'll object that we had

14   discussed the subpoena -- stipulation as to certain

15   matters before this deposition took place, and

16   counsel for plaintiffs withdrew that stipulation in

17   favor of this deposition today.  And we would

18   object to any re- -- any second deposition of

19   Internet Archive.

20         MR. HUDIS:  My recollection is that while

21   I did have conversations with Internet Archive's

22   counsel, I have had no such conversations with

23   Public Resource's counsel on the nature of this

24   deposition or what it might have contained by way

25   of stipulation.

Page 141

1        THE REPORTER:  Do you want a copy of the

2   deposition?

3            MS. LU:  I think we'll probably discuss

4   that off the record afterwards.

5            Counsel, do you want to reserve 30 days to

6   make any corrections?

7            MS. AHMAD:  Sure.  Yes.

8            MS. LU:  So 30 days after the witness has

9   an opportunity to review the transcript.

10           VIDEO OPERATOR:  Is that it?

11           MR. HUDIS:  Yes.

12           VIDEO OPERATOR:  This marks the end of

13  volume 1, disk 2 and for the day, at least,

14  concludes the deposition of Chris Butler.  The time

15  is 1:10 p.m. and we are off the record.

16           (Whereupon, the deposition

17           adjourned at 1:10 o'clock p.m.)

18                    ---o0o---

19

20

21

22

23

24

25

Christopher Butler                                                          December 2, 2014
San Francisco, CA

Page 142

```
 1              CERTIFICATE OF DEPONENT

 2

 3   I hereby certify that I have read and examined the

 4   foregoing transcript, and the same is a true and

 5   accurate record of the testimony given by me.

 6   Any additions or corrections that I feel are

 7   necessary, I will attach on a separate sheet of

 8   paper to the original transcript.

 9

10                   _____

11                        Signature of Deponent

12

13   I hereby certify that the individual representing

14   himself/herself to be the above-named individual,

15   appeared before me this _____ day of _____,

16   2014, and executed the above certificate in my

17   presence.

18

19                   _____

20                        NOTARY PUBLIC IN AND FOR

21

22                   _____

23                             County Name

24

25   MY COMMISSION EXPIRES:
```

1    STATE OF CALIFORNIA        )
                                )
2    COUNTY OF SAN FRANCISCO )

3            I, CINDY TUGAW, a Certified Shorthand

4    Reporter of the State of California, duly

5    authorized to administer oaths pursuant to Section

6    8211 of the California Code of Civil Procedure, do

7    hereby certify that

8                    CHRISTOPHER BUTLER,

9    the witness in the foregoing deposition, was by me

10   duly sworn to testify the truth, the whole truth

11   and nothing but the truth in the within-entitled

12   cause; that said testimony of said witness was

13   reported by me, a disinterested person, and was

14   thereafter transcribed under my direction into

15   typewriting and is a true and correct transcription

16   of said proceedings.

17        .  I further certify that I am not of counsel

18   or attorney for either or any of the parties in the

19   foregoing deposition and caption named, nor in any

20   way interested in the outcome of the cause named in

21   said caption.

22        Dated the 12th day of December, 2014.

23

24            CINDY TUGAW

25            CSR NO. 4805