# EXHIBIT EE

Case No. 1:14-cv-00857-TSC-DAR



Witness _Butler_
Plf.
Def.
Exhibit __7__
Consisting of _____ Pages
Date __12-2-14__
CINDY TUGAW, CSR 4805