# EXHIBIT FF-1

Case No. 1:14-cv-00857-TSC-DAR

history  details  download  metadata  manage  task that queued this   [File last modified: **2.4 years ago** ] [Time requested: UTC: 2014-10-30 16:40:49, PDT: 2014-10-30 09:40:49]

```
Task started at: UTC: 2012-05-26 18:48:12 ( PDT: 2012-05-26 11:48:12)
Task pid: 8478
ssh -A -n -c arcfour ia600500.us.archive.org '/petabox/sw/work/archive.php task_id=107010707&
identifier=gov.law.aera.standards.1999&server=ia600500.us.archive.org&cmd=archive.php&args=comment%3Ds3-
put%26nolo%3D1%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www37.s3dns%252Fs33%252Fs3-5ac4fa1d-
c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999%252F%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-26+18%3A48%3A12&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0'

GOT: [task_id=107010707&identifier=gov.law.aera.standards.1999&server=ia600500.us.archive.org&cmd=archive.php&
args=comment%3Ds3-
put%26nolo%3D1%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www37.s3dns%252Fs33%252Fs3-5ac4fa1d-
c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999%252F%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-26+18%3A48%3A12&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0]

[task_id] ==> [107010707]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [ia600500.us.archive.org]
[cmd] ==> [archive.php]
[args] ==> [comment=s3-put&nolo=1&delete_from_source=2&from_url=rsync%3A%2F
%2Fhd.www37.s3dns%2Fs33%2Fs3-5ac4fa1d-c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999%2F&
dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999]
[submittime] ==> [2012-05-26 18:48:12]
[submitter] ==> [carl@media.org]
[priority] ==> [-5]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [comment] => s3-put
    [nolo] => 1
    [delete_from_source] => 2
    [from_url] => rsync://hd.www37.s3dns/s33/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-
gov.law.aera.standards.1999/
    [dir] => /1/items/gov.law.aera.standards.1999
)

Warning: fileperms(): stat failed for /1/items/gov.law.aera.standards.1999 in /usr/local/petabox/www/common
/Util.inc on line 651
Getting file(s) from url: rsync://hd.www37.s3dns/s33/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-
gov.law.aera.standards.1999/
[ PDT: 2012-05-26 11:48:15 ] Executing: /usr/bin/rsync --timeout=900 --safe-links -rltDv  -Lk  --delete-after
'rsync://hd.www37.s3dns/s33/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999/' '/1/items
/gov.law.aera.standards.1999'
receiving file list ... done
created directory /1/items/gov.law.aera.standards.1999
./
gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999_meta.xml

sent 66 bytes  received 1825 bytes  1260.67 bytes/sec
total size is 1627  speedup is 0.86

S3 snowballing: from_url1=rsync://hd.www37.s3dns/s32/s3-4837e500-ab08-4faa-b925-c15c5b27367e-
gov.law.aera.standards.1999/
Getting file(s) from url: rsync://hd.www37.s3dns/s32/s3-4837e500-ab08-4faa-b925-c15c5b27367e-
gov.law.aera.standards.1999/
[ PDT: 2012-05-26 11:48:16 ] Executing: /usr/bin/rsync --timeout=900 --safe-links -rltDv  -Lk
'rsync://hd.www37.s3dns/s32/s3-4837e500-ab08-4faa-b925-c15c5b27367e-gov.law.aera.standards.1999/' '/1/items
/gov.law.aera.standards.1999'
receiving incremental file list
./
aera.standards.1999.pdf
aera.standards.1999.pdf_meta.txt

sent 66 bytes  received 14934120 bytes  29868372.00 bytes/sec
total size is 14932104  speedup is 1.00
...............Checking /1/items/gov.law.aera.standards.1999 for new zotero zips...

ASSIGNING [format]s in _files.xml IF MISSING...
  CHANGING gov.law.aera.standards.1999_files.xml source="" to source="original"
  ASSIGNING "gov.law.aera.standards.1999_files.xml" to format "Metadata"
  CHANGING gov.law.aera.standards.1999_meta.xml source="" to source="original"
  ASSIGNING "gov.law.aera.standards.1999_meta.xml" to format "Metadata"
  CHANGING aera.standards.1999.pdf source="" to source="original"
  ASSIGNING "aera.standards.1999.pdf" to format "Text PDF"
```

[File last modified: 2.4 years ago]

Witness _Butler_
Plf.
Def.
Exhibit __8__
Consisting of __3__ Pages
Date __12-2-14__
CINDY TUGAW, CSR 4805

history  details  download  metadata  manage  task that queued this  [File last modified: **2.4 years ago**] [Time requested: UTC: 2014-10-30 16:40:49, PDT: 2014-10-30 09:40:49]

```
made changes, SAVING new version of _files.xml to disk...
... done

====================================================
finish()...
Adding parent collections: additional_collections
loaded meta XML from: /1/items/gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

modifying element: collection[2]
with value: 'additional_collections'
  found (2) "collection" elements
    collection[0]: publicsafetycode
    collection[1]: USGovernmentDocuments
  appending element "collection": additional_collections

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 11:48:50 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean
/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/gov.law.aera.standards.1999_fmt.xml'

ASSIGNING [format]s in _files.xml IF MISSING...
    Updating checksum(s) for gov.law.aera.standards.1999_meta.xml... computing
    updated: true     size: 1714      mtime: 1338058130      verified: true
    Updating checksum(s) for aera.standards.1999.pdf... computing
    updated: true     size: 14930470  mtime: 1338058092      verified: true
    Updating checksum(s) for aera.standards.1999.pdf_meta.txt... computing
    updated: true     size: 1634      mtime: 1338058093      verified: true
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

made changes, SAVING new version of _files.xml to disk...
... done


Updating metadata table

Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 11:48:51 ] Executing: /petabox/sw/bin/dsync.py /1/items
/gov.law.aera.standards.1999
...sunk in 0 seconds.

Now sychronizing item to the backup server...
[ PDT: 2012-05-26 11:48:51 ] Executing: ssh -A -n -c arcfour  ia700500.us.archive.org "mkdir -p /var/tmp
/bup-tink/2012-05-26/1/items  && /usr/bin/rsync -av --delete -b --backup-dir=/var/tmp/bup-tink/2012-05-26
/1/items rsync://ia600500.us.archive.org/items_1/gov.law.aera.standards.1999 /1/items  && /petabox/sw/bin
/dsync.py '/1/items/gov.law.aera.standards.1999' "
receiving incremental file list
gov.law.aera.standards.1999/
gov.law.aera.standards.1999/aera.standards.1999.pdf
gov.law.aera.standards.1999/aera.standards.1999.pdf_meta.txt
gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

sent 109 bytes  received 14937109 bytes  29874436.00 bytes/sec
total size is 14934912  speedup is 1.00
Deleting from hd.www37.s3dns.us.archive.org
[ PDT: 2012-05-26 11:48:53 ] Executing: ssh -A -n -c arcfour  hd.www37.s3dns.us.archive.org '/bin/rm -rfv
/3/incoming/REMOTE_SUBMIT/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999/ /2/incoming
/REMOTE_SUBMIT/s3-4837e500-ab08-4faa-b925-c15c5b27367e-gov.law.aera.standards.1999/ '
removed `/3/incoming/REMOTE_SUBMIT/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999
/gov.law.aera.standards.1999_files.xml'
removed `/3/incoming/REMOTE_SUBMIT/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-gov.law.aera.standards.1999
/gov.law.aera.standards.1999_meta.xml'
removed directory: `/3/incoming/REMOTE_SUBMIT/s3-5ac4fa1d-c475-4817-9bf1-19882775914a-
gov.law.aera.standards.1999'
removed `/2/incoming/REMOTE_SUBMIT/s3-4837e500-ab08-4faa-b925-c15c5b27367e-gov.law.aera.standards.1999
/aera.standards.1999.pdf'
removed `/2/incoming/REMOTE_SUBMIT/s3-4837e500-ab08-4faa-b925-c15c5b27367e-gov.law.aera.standards.1999
/aera.standards.1999.pdf_meta.txt'
removed directory: `/2/incoming/REMOTE_SUBMIT/s3-4837e500-ab08-4faa-b925-c15c5b27367e-
gov.law.aera.standards.1999'
```

[File last modified: **2.4 years ago**]

history   details   download   metadata   manage   task that queued this   [File last modified: **2.4 years ago**] [Time requested: UTC: 2014-10-30 16:40:49, PDT: 2014-10-30 09:40:49]

Item queued for derive task!

[total task time: 40.0 seconds]

TASK FINISHED WITH SUCCESS at UTC: 2012-05-26 18:48:53, ( PDT: 2012-05-26 11:48:53)

[ File last modified: **2.4 years ago** ]