# EXHIBIT FF-2

Case No. 1:14-cv-00857-TSC-DAR

```
history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30
16:41:28, PDT: 2014-10-30 09:41:28]

Task started at: UTC: 2012-05-26 18:48:53 ( PDT: 2012-05-26 11:48:53)
Task pid: 9239
ssh -A -n -c arcfour iw600203.us.archive.org '/petabox/sw/work/derive.php task_id=107010788&
identifier=gov.law.aera.standards.1999&server=iw600203.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107010707%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-26+18%3A48%3A53&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0'

GOT: [task_id=107010788&identifier=gov.law.aera.standards.1999&server=iw600203.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107010707%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-26+18%3A48%3A53&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0]

[task_id] ==> [107010788]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [iw600203.us.archive.org]
[cmd] ==> [derive.php]
[args] ==> [dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999&prevtask=107010707&server_primary=ia600500.us.archive.org]
[submittime] ==> [2012-05-26 18:48:53]
[submitter] ==> [carl@media.org]
[priority] ==> [-6]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [dir] => /1/items/gov.law.aera.standards.1999
    [prevtask] => 107010707
    [server_primary] => ia600500.us.archive.org
)
[ PDT: 2012-05-26 11:48:54 ] Executing: rm -rfv /var/tmp/autoclean/derive/gov.law.aera.standards.1999
[ PDT: 2012-05-26 11:48:54 ] Executing: mkdir -p /var/tmp/autoclean/derive/gov.law.aera.standards.1999
Copying files from primary server to remote server...
[ PDT: 2012-05-26 11:48:54 ] Executing: /usr/bin/rsync --timeout=900 -av  rsync://ia600500.us.archive.org/items_1
/gov.law.aera.standards.1999/ /var/tmp/autoclean/derive/gov.law.aera.standards.1999/
receiving incremental file list
./
aera.standards.1999.pdf
aera.standards.1999.pdf_meta.txt
gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999_meta.xml

sent 108 bytes  received 14937072 bytes  29874360.00 bytes/sec
total size is 14934912  speedup is 1.00
[ PDT: 2012-05-26 11:48:54 ] Executing: nice /usr/local/petabox/deriver/derive.php /var/tmp/autoclean/derive
/gov.law.aera.standards.1999 'task_id=107010788&identifier=gov.law.aera.standards.1999&
server=iw600203.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107010707%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-26+18%3A48%3A53&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0'
[ PDT: 2012-05-26 11:48:54 ] Executing: mkdir -m a=rwx -p /var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/
[ PDT: 2012-05-26 11:48:54 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<--------------- BookOp SetupMetaXML (v42680 May26 11:48) Starting  PDT: 2012-05-26 11:48:54 ------------------

====== starting CleanMeta bookop ======
====== finished CleanMeta bookop ======

Bound NOID 13960/t5k94b38d with server message:

Id:      13960/t5k94b38d
Element: goto
Bind:    set
Status:  ok, 54 bytes written, replacing 0 bytes


Inserting new cdlib ark identifier ark:/13960/t5k94b38d
loaded meta XML from: /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

modifying element: identifier-access
with value: 'http://archive.org/details/gov.law.aera.standards.1999'
   found (0) "identifier-access" elements
   appending element "identifier-access": http://archive.org/details/gov.law.aera.standards.1999

modifying element: identifier-ark
with value: 'ark:/13960/t5k94b38d'
   found (0) "identifier-ark" elements
   appending element "identifier-ark": ark:/13960/t5k94b38d

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 11:48:55 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/gov.law.aera.standards.1999_fmt.xml'
Unable to determine image_count for gov.law.aera.standards.1999
            [File last modified: 2.4 years ago]
```

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
[ PDT: 2012-05-26 11:48:55 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
gov.law.aera.standards.1999_meta.xml

sent 678 bytes  received 52 bytes  1460.00 bytes/sec
total size is 14935064  speedup is 20458.99
[ PDT: 2012-05-26 11:48:55 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*


Updating metadata table (after SetupMetaXML)


<--------------- BookOp DevelopRawJp2 (v38364 May26 11:48) Starting  PDT: 2012-05-26 11:48:55 ------------------

Running DevelopRawJp2 BookItemOperation $Revision: 38364 $ $Date: 2011-09-23 07:50:28 +0000 (Fri, 23 Sep 2011) $
[ PDT: 2012-05-26 11:48:55 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
No /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_orig_cr2.tar found. Continuing.

--------------- BookOp DevelopRawJp2 Finished  PDT: 2012-05-26 11:48:55 (Took 1.0 second) ------------------->


[ PDT: 2012-05-26 11:48:55 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 158 bytes  received 12 bytes  113.33 bytes/sec
total size is 14935064  speedup is 87853.32
[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<--------------- BookOp AbbyyZipToGz (v38364 May26 11:48) Starting  PDT: 2012-05-26 11:48:56 ------------------

Running AbbyyZipToGz BookItemOperation $Revision: 38364 $ $Date: 2011-09-23 07:50:28 +0000 (Fri, 23 Sep 2011) $
[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
No /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_abbyy.zip or /var/tmp/autoclean
/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_abbyy.xml found. Nothing to do.

--------------- BookOp AbbyyZipToGz Finished  PDT: 2012-05-26 11:48:56 (Took 1.0 second) ------------------->


[ PDT: 2012-05-26 11:48:56 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 158 bytes  received 12 bytes  340.00 bytes/sec
total size is 14935064  speedup is 87853.32
[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<--------------- BookOp DevelopMekel (v38252 May26 11:48) Starting  PDT: 2012-05-26 11:48:56 ------------------

Running DevelopMekel BookItemOperation $Revision: 38252 $ $Date: 2011-09-17 00:02:26 +0000 (Sat, 17 Sep 2011) $
Repub state  is not 4, so skipping DevelopMekel

--------------- BookOp DevelopMekel Finished  PDT: 2012-05-26 11:48:56 (Took 1.0 second) ------------------->



[ PDT: 2012-05-26 11:48:56 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 158 bytes  received 12 bytes  340.00 bytes/sec
total size is 14935064  speedup is 87853.32
[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/


Updating metadata table

Updating catalog with scribe=1.

--------------------
Source => Target

Source aera.standards.1999.pdf : "Text PDF"
 => Target aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

--------------------
```

[ File last modified: 2.4 years ago ]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
NonSource    gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource    gov.law.aera.standards.1999_meta.xml : "Metadata"

<--------------- Module ProcessJP2 (v44094 2012May26 11:48) Starting  PDT: 2012-05-26 11:48:56 ------------------

[ PDT: 2012-05-26 11:48:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ProcessJP2-7697/'
[ PDT: 2012-05-26 11:48:56 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ProcessJP2-7697/'

attempting to make "Single Page Processed JP2 ZIP" from "Text PDF"
Accepting pdftoppm version 0.16.7, exceeds required minimum of 0.10.4

[Built on PDFDigester $Revision: 40590 $ $Date: 2012-01-08 06:13:17 +0000 (Sun, 08 Jan 2012) $]

=== Heuristic Resolution Analysis ===
number of pages in PDF: 211
median page size: 7.250 x 10.500
expected number of full-size images: 211
approx large-image size: 2176 x 2941
regular estimate: 290.117
comparing number of colors for resolution 300 vs. 600
page 158: 3, 2
page 166: 2, 2
page 69: 2, 2
page 196: 2, 2
page 144: 3, 2
switching to higher res

Updating meta.xml with ppi = "600"

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 11:49:24 ] Executing: /usr/bin/xmllint --format '/var/tmp/fast/derive-gov.law.aera.standards.1999-
ProcessJP2-7697/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/fast/derive-gov.law.aera.standards.1999-
ProcessJP2-7697/gov.law.aera.standards.1999_fmt.xml'

0000 c1c1111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111
0100 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111 1111111111
0200 1111111111 1
[ PDT: 2012-05-26 12:08:23 ] Executing: du -sbD '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2
/aera.standards.1999_jp2'
54329599          /var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2/aera.standards.1999_jp2
[ PDT: 2012-05-26 12:08:23 ] Executing: cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2/'  &&
zip -rTq 'aera.standards.1999_jp2.zip' 'aera.standards.1999_jp2'
[ PDT: 2012-05-26 12:08:26 ] Executing: mv '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2
/aera.standards.1999_jp2.zip' '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_jp2.zip'

Cleaning up temporary dir:
[ PDT: 2012-05-26 12:08:26 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ProcessJP2/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ProcessJP2-7697/'

--------------- Module ProcessJP2 Finished  PDT: 2012-05-26 12:08:26 (Took 19.5 minutes) -------------------->


[ PDT: 2012-05-26 12:08:26 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999_jp2.zip
gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999_meta.xml

sent 54331952 bytes  received 102 bytes  21732821.60 bytes/sec
total size is 69259166  speedup is 1.27

---------------------
Source => Target

Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"
 => Target aera.standards.1999.gif : "Animated GIF"
 => Target aera.standards.1999_abbyy.gz : "Abbyy GZ"

---------------------
Derivation Analysis

UpToDate     aera.standards.1999.pdf => aera.standards.1999_jp2.zip
NonSource    aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource    gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource    gov.law.aera.standards.1999_meta.xml : "Metadata"
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
/var/tmp/fast/derive-gov.law.aera.standards.1999-AnimatedGIF-7697/
[ PDT: 2012-05-26 12:08:33 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-AnimatedGIF-7697/'
[ PDT: 2012-05-26 12:08:33 ] Executing: /usr/bin/unzip -q '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999_jp2.zip' -d '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF'
[ PDT: 2012-05-26 12:08:34 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF
//gifTmp'
Forming gifs:
0000 ++++++++++ ++++++++++ ++++++++++
[ PDT: 2012-05-26 12:08:59 ] Executing: gifsicle --delay 50 --loopcount=0 --colors 256 '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/0.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/1.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/2.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/3.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/4.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/5.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/6.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/7.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/8.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/9.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/10.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/11.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/12.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/13.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/14.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/15.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/16.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/17.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/18.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/19.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/20.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/21.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/22.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/23.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/24.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/25.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/26.gif'
'/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF//gifTmp/27.gif' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-AnimatedGIF//gifTmp/28.gif' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
AnimatedGIF//gifTmp/29.gif'  > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF/tmp.gif'
[ PDT: 2012-05-26 12:08:59 ] Executing: mv /var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF/tmp.gif
'/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.gif'

Cleaning up temporary dir:
[ PDT: 2012-05-26 12:08:59 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AnimatedGIF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-AnimatedGIF-7697/'

--------------- Module AnimatedGIF Finished  PDT: 2012-05-26 12:08:59 (Took 26.0 seconds) -------------------->


[ PDT: 2012-05-26 12:08:59 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999.gif
gov.law.aera.standards.1999_files.xml

sent 157721 bytes  received 65 bytes  315572.00 bytes/sec
total size is 69415975  speedup is 439.94

<--------------- Module AbbyyXML (v43310 2012May26 12:08) Starting  PDT: 2012-05-26 12:08:59 -------------------

[ PDT: 2012-05-26 12:08:59 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697/'
[ PDT: 2012-05-26 12:08:59 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697/'
Setting OCR language to English
Setting OCR dpi to 600
(re)-fetching current list of ONLINE OCR hosts
Trying OCR host io700803-0; one of 40
Got Zip Source...
[ PDT: 2012-05-26 12:08:59 ] Executing: zipinfo -h '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999_jp2.zip'
Archive:  /var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_jp2.zip
Zip file size: 54323911 bytes, number of entries: 212
Got 212 input files, will OCR in chunks of 25
[ PDT: 2012-05-26 12:08:59 ] Executing: unzip -q -j '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999_jp2.zip' -d '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/images'
[ PDT: 2012-05-26 12:09:00 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-0') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-0'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-0'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-0.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:12:28 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-0'
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
[ PDT: 2012-05-26 12:12:26 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-1') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-1'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-1'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-1.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:16:55 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-1'
[ PDT: 2012-05-26 12:16:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-1'
Concatenating xml chunk 1
[ PDT: 2012-05-26 12:16:56 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-2') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-2'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-2'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-2.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 3 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:21:21 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-2'
[ PDT: 2012-05-26 12:21:22 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-2'
Concatenating xml chunk 2
[ PDT: 2012-05-26 12:21:22 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-3') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-3'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-3'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-3.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 3 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:25:24 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-3'
[ PDT: 2012-05-26 12:25:25 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-3'
Concatenating xml chunk 3
[ PDT: 2012-05-26 12:25:26 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-4') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-4'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-4'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-4.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:29:33 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-4'
[ PDT: 2012-05-26 12:29:33 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-4'
Concatenating xml chunk 4
[ PDT: 2012-05-26 12:29:33 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-5') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-5'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-5'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-5.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:34:01 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-5'
[ PDT: 2012-05-26 12:34:01 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-5'
Concatenating xml chunk 5
[ PDT: 2012-05-26 12:34:01 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-6') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-6'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-6'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-6.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:38:10 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-
AbbyyXML-7697-1338059339-6'
[ PDT: 2012-05-26 12:38:10 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML
/images-6'
Concatenating xml chunk 6
[ PDT: 2012-05-26 12:38:10 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar
-cf - 'images-7') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var
/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-7'\'' /usr/local/petabox/sw/books
/bin/luraTechOcr.sh '\''images-7'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean
```

[File last modified: 2.4 years ago]