# EXHIBIT FF-3

Case No. 1:14-cv-00857-TSC-DAR

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:42:12 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-7'
[ PDT: 2012-05-26 12:42:12 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/images-7'
Concatenating xml chunk 7
[ PDT: 2012-05-26 12:42:12 ] Executing: (cd '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' && tar -cf - 'images-8') | ssh io700803-0 '/usr/local/petabox/sw/books/bin/remoteOcr.php /usr/local/petabox '\''/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-8'\'' /usr/local/petabox/sw/books/bin/luraTechOcr.sh '\''images-8'\'' "2250828681 1581828133" "-lang English -dpi 600" 4' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy-8.xml'
[unpacking tar took 1.0 second]
Running OCR process on core 2 (numCores=4)
Beginning silent OCR call (to debug, undo stderr redirect to /dev/null)
[ PDT: 2012-05-26 12:43:50 ] Executing: ssh io700803-0 rm -rf '/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697-1338059339-8'
[ PDT: 2012-05-26 12:43:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/images-8'
Concatenating xml chunk 8

Updating meta.xml with ocr = "ABBYY FineReader 8.0"

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 12:43:50 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/gov.law.aera.standards.1999_fmt.xml'

Checking /var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy.xml with xmllint and compressing
[ PDT: 2012-05-26 12:43:50 ] Executing: /usr/bin/xmllint --noout --stream '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy.xml'
[ PDT: 2012-05-26 12:43:54 ] Executing: timeout 300 python /usr/local/petabox/sw/books/ol_search/solr_post.py 'gov.law.aera.standards.1999' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy.xml'
search inside: 0.1 mins, page 100
search inside: 0.2 mins, page 200
[ PDT: 2012-05-26 12:44:06 ] Executing: gzip -c '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/aera.standards.1999_abbyy.xml' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz'

Cleaning up temporary dir:
[ PDT: 2012-05-26 12:44:09 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-AbbyyXML/' '/var/tmp/fast/derive-gov.law.aera.standards.1999-AbbyyXML-7697/'

--------------- Module AbbyyXML Finished   PDT: 2012-05-26 12:44:10 (Took 35.2 minutes) -------------------->


[ PDT: 2012-05-26 12:44:10 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999_abbyy.gz
gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999_meta.xml

sent 10475116 bytes  received 108 bytes  20950448.00 bytes/sec
total size is 79888913  speedup is 7.63

---------------------
Source => Target

Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_abbyy.gz : "Abbyy GZ"
 => Target aera.standards.1999_djvu.xml : "Djvu XML"
 => Target aera.standards.1999.epub : "EPUB"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

---------------------
Derivation Analysis

NonSource   aera.standards.1999.gif : "Animated GIF"
NonSource   aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource   gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource   gov.law.aera.standards.1999_meta.xml : "Metadata"
UpToDate    aera.standards.1999.pdf => aera.standards.1999_jp2.zip
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999.gif
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999_abbyy.gz

<--------------- Module DjvuXML (v38071 2012May26 12:44) Starting   PDT: 2012-05-26 12:44:15 ------------------

[ PDT: 2012-05-26 12:44:15 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/'
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

[ PDT: 2012-05-26 12:44:15 ] Executing: gunzip -c '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/aera.standards.1999_abbyy.xml'
Scandata not found, proceeding without scandata.xml
[ PDT: 2012-05-26 12:44:18 ] Executing: perl /usr/local/petabox/sw/books/bin/AbbyyToDjvuXml.pl '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/aera.standards.1999_abbyy.xml' '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/' 'aera.standards.1999' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/djvuxml.stub'
gotScanData=0, gotJp2Archive=1, gotJpgArchive=0, gotTifArchive=0
++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
++++++++++ +

Checking /var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/djvuxml.stub with xmllint
[ PDT: 2012-05-26 12:47:07 ] Executing: /usr/bin/xmllint --noout --stream '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/djvuxml.stub'
[ PDT: 2012-05-26 12:47:07 ] Executing: mv '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/djvuxml.stub' '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_djvu.xml'

Cleaning up temporary dir:
[ PDT: 2012-05-26 12:47:07 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjvuXML/' '/var/tmp/fast/derive-gov.law.aera.standards.1999-DjvuXML-7697/'

--------------- Module DjvuXML Finished  PDT: 2012-05-26 12:47:07 (Took 2.9 minutes) -------------------->


[ PDT: 2012-05-26 12:47:07 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999_djvu.xml
gov.law.aera.standards.1999_files.xml

sent 5959305 bytes  received 71 bytes  3972917.33 bytes/sec
total size is 85846929  speedup is 14.41

<--------------- Module EPUB (v36000 2012May26 12:47) Starting  PDT: 2012-05-26 12:47:08 -------------------

[ PDT: 2012-05-26 12:47:08 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/' '/var/tmp/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'
[ PDT: 2012-05-26 12:47:08 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/' '/var/tmp/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'
[ PDT: 2012-05-26 12:47:08 ] Executing: gunzip -c '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/aera.standards.1999_abbyy.xml'

scandata doesn't exist yet, skipping this module for now

Cleaning up temporary dir:
[ PDT: 2012-05-26 12:47:11 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/' '/var/tmp/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'

--------------- Module EPUB Finished  PDT: 2012-05-26 12:47:11 (Took 3.0 seconds) -------------------->




--------------------
Source => Target

Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_abbyy.gz : "Abbyy GZ"
 => Target aera.standards.1999.epub : "EPUB"
Source aera.standards.1999_djvu.xml : "Djvu XML"
 => Target aera.standards.1999_text.pdf : "Additional Text PDF"
 => Target aera.standards.1999_pdf.zip : "Single Page Zipped PDF"
 => Target aera.standards.1999_scandata.xml : "Scandata"
 => Target aera.standards.1999.djvu : "DjVu"
 => Target aera.standards.1999_toc.xml : "Contents"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

--------------------
Derivation Analysis

NonSource    aera.standards.1999.gif : "Animated GIF"
NonSource    aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource    gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource    gov.law.aera.standards.1999_meta.xml : "Metadata"
UpToDate     aera.standards.1999.pdf => aera.standards.1999_jp2.zip
[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
<--------------- Module DjVu (v38041 2012May26 12:47) Starting  PDT: 2012-05-26 12:47:16 ------------------

[ PDT: 2012-05-26 12:47:16 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjVu/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-DjVu-7697/'
[ PDT: 2012-05-26 12:47:16 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjVu/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-DjVu-7697/'
Found image archive PROCESSED_JP2 for aera.standards.1999 in /var/tmp/autoclean/derive/gov.law.aera.standards.1999/
[ PDT: 2012-05-26 12:47:16 ] Executing: /usr/bin/unzip -oq '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
//aera.standards.1999_jp2.zip' -d '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjVu/'
Creating filelist.txt. gotScanData = 0
[ PDT: 2012-05-26 12:47:17 ] Executing: mktemp -d

0000 ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
0100 ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++ ++++++++++
0200 ++++++++++ +
[ PDT: 2012-05-26 12:56:15 ] Executing: rm -rf /tmp/tmp.NjRqcUJPhC
[ PDT: 2012-05-26 12:56:15 ] Executing: /usr/local/djvu/bin/documenttodjvu --profile=manuscript300  --filelist='/var
/tmp/autoclean/derive-gov.law.aera.standards.1999-DjVu/filelist.txt' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-DjVu/aera.standards.1999.djvu.noocr' 2>&1
Translating absolute paths in djvu.xml
[ PDT: 2012-05-26 13:05:21 ] Executing: /usr/local/djvu/bin/djvuparsexml '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-DjVu//translated-djvu.xml'
[ PDT: 2012-05-26 13:07:02 ] Executing: mv '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
DjVu//aera.standards.1999.djvu.noocr' '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999.djvu'

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:02 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DjVu/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-DjVu-7697/'

--------------- Module DjVu Finished  PDT: 2012-05-26 13:07:02 (Took 19.8 minutes) ------------------->


[ PDT: 2012-05-26 13:07:02 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::/1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999.djvu
gov.law.aera.standards.1999_files.xml

sent 8649899 bytes  received 71 bytes  5766646.67 bytes/sec
total size is 94495037  speedup is 10.92

<--------------- Module TOC (v39713 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:03 ------------------

[ PDT: 2012-05-26 13:07:03 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'
[ PDT: 2012-05-26 13:07:03 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'

scandata doesn't exist yet, skipping this module for now

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:03 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'

--------------- Module TOC Finished  PDT: 2012-05-26 13:07:03 (Took 1.0 second) ------------------->




<--------------- Module ScandataXML (v35935 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:03 ------------------

[ PDT: 2012-05-26 13:07:03 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ScandataXML/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ScandataXML-7697/'
[ PDT: 2012-05-26 13:07:03 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ScandataXML/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ScandataXML-7697/'
Made image archive PROCESSED_JP2 for aera.standards.1999 in /var/tmp/autoclean/derive/gov.law.aera.standards.1999
[ PDT: 2012-05-26 13:07:03 ] Executing: /usr/bin/unzip -oq '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999_jp2.zip' -d '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ScandataXML/'
Seeking title page...

Title:    "aera: standard for educational and psychological testing"
Start word: "aera:"

Candidate words:
    p. 0      and             76 px (0.00)
    p. 0      and             78 px (0.00)
    p. 2      educational     84 px (0.00)
    p. 3      anda            362 px (0.25)
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
checking and formatting new scandata.xml with xmllint:
[ PDT: 2012-05-26 13:07:04 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-ScandataXML/aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-ScandataXML/aera.standards.1999_fmt.xml'

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:04 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-ScandataXML/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-ScandataXML-7697/'

--------------- Module ScandataXML Finished  PDT: 2012-05-26 13:07:04 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 13:07:04 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999_scandata.xml
gov.law.aera.standards.1999_files.xml

sent 64511 bytes  received 71 bytes  43054.67 bytes/sec
total size is 94558630  speedup is 1464.16

<--------------- Module PDF (v35935 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:05 ------------------

[ PDT: 2012-05-26 13:07:05 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'
[ PDT: 2012-05-26 13:07:05 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

[Built on PDFBase $Revision: 42576 $ $Date: 2012-03-22 21:40:16 +0000 (Thu, 22 Mar 2012) $]

Not a newspaper, so skipping single-page-pdf-zip format

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:05 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

--------------- Module PDF Finished  PDT: 2012-05-26 13:07:05 (Took 1.0 second) -------------------->



<--------------- Module HackPDF (v35935 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:05 ------------------

[ PDT: 2012-05-26 13:07:05 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'
[ PDT: 2012-05-26 13:07:05 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

Skipping module because contributed pdf already has a text layer

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:05 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

--------------- Module HackPDF Finished  PDT: 2012-05-26 13:07:05 (Took 1.0 second) -------------------->



<--------------- Module EPUB (v36000 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:05 ------------------

[ PDT: 2012-05-26 13:07:05 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'
[ PDT: 2012-05-26 13:07:05 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'
[ PDT: 2012-05-26 13:07:05 ] Executing: gunzip -c '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999_abbyy.gz' > '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-
EPUB/aera.standards.1999_abbyy.xml'
Could not load Open Library record for this book.. proceeding without TOC.
[ PDT: 2012-05-26 13:07:08 ] Executing: ulimit -v 1048576; PATH=/petabox/sw/bin:$PATH LD_LIBRARY_PATH=/petabox/sw/lib
/kakadu python /petabox/www/datanode/epub/convert_iabook.py   --epub --document='aera.standards.1999'
'gov.law.aera.standards.1999' '/var/tmp/autoclean/derive/gov.law.aera.standards.1999/' '/var/tmp/autoclean/derive-
gov.law.aera.standards.1999-EPUB/tmp.epub'  2>&1
[ PDT: 2012-05-26 13:07:29 ] Executing: mv '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/tmp.epub'
'/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.epub'

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:29 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-EPUB/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-EPUB-7697/'
```

[File last modified: 2.4 years ago]