# EXHIBIT FF-4

Case No. 1:14-cv-00857-TSC-DAR

```
history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

[ PDT: 2012-05-26 13:07:29 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999.epub
gov.law.aera.standards.1999_files.xml

sent 344709 bytes  received 71 bytes  689560.00 bytes/sec
total size is 94902208  speedup is 275.25

--------------------
Source => Target

Source aera.standards.1999.djvu : "DjVu"
 => Target aera.standards.1999_djvu.txt : "DjVuTXT"
Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_abbyy.gz : "Abbyy GZ"
Source aera.standards.1999_djvu.xml : "Djvu XML"
 => Target aera.standards.1999_text.pdf : "Additional Text PDF"
 => Target aera.standards.1999_pdf.zip : "Single Page Zipped PDF"
 => Target aera.standards.1999_toc.xml : "Contents"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

--------------------
Derivation Analysis

NonSource   aera.standards.1999.epub : "EPUB"
NonSource   aera.standards.1999.gif : "Animated GIF"
NonSource   aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource   aera.standards.1999_scandata.xml : "Scandata"
NonSource   gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource   gov.law.aera.standards.1999_meta.xml : "Metadata"
UpToDate    aera.standards.1999.pdf => aera.standards.1999_jp2.zip
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999_djvu.xml
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999.epub
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999_scandata.xml
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999.djvu
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999.gif
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999_abbyy.gz

<--------------- Module DJVUTXT (v38312 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:34 ------------------

[ PDT: 2012-05-26 13:07:34 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DJVUTXT/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-DJVUTXT-7697/'
[ PDT: 2012-05-26 13:07:34 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DJVUTXT/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-DJVUTXT-7697/'

Writing filtered output of /usr/local/djvu/bin/djvutotext '/var/tmp/autoclean/derive/gov.law.aera.standards.1999
/aera.standards.1999.djvu' to /var/tmp/autoclean/derive-gov.law.aera.standards.1999-DJVUTXT/djvutxt.tmp

[ PDT: 2012-05-26 13:07:50 ] Executing: mv '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DJVUTXT
/djvutxt.tmp' '/var/tmp/autoclean/derive-gov.law.aera.standards.1999/aera.standards.1999_djvu.txt'

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-DJVUTXT/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-DJVUTXT-7697/'

--------------- Module DJVUTXT Finished  PDT: 2012-05-26 13:07:50 (Took 16.0 seconds) -------------------->


[ PDT: 2012-05-26 13:07:50 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::1/items/gov.law.aera.standards.1999
building file list ... done
./
aera.standards.1999_djvu.txt
gov.law.aera.standards.1999_files.xml

sent 703297 bytes  received 77 bytes  1406748.00 bytes/sec
total size is 95604857  speedup is 135.92

<--------------- Module TOC (v39713 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:50 ------------------

[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'
[ PDT: 2012-05-26 13:07:50 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'

scandata version too low, skipping creation of Contents file

Cleaning up temporary dir:
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
--------------- Module TOC Finished  PDT: 2012-05-26 13:07:50 (Took 1.0 second) -------------------->




<--------------- Module HackPDF (v35935 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:50 -------------------

[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'
[ PDT: 2012-05-26 13:07:50 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

Skipping module because contributed pdf already has a text layer

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

--------------- Module HackPDF Finished  PDT: 2012-05-26 13:07:50 (Took 1.0 second) -------------------->




<--------------- Module PDF (v35935 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:50 -------------------

[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'
[ PDT: 2012-05-26 13:07:50 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

[Built on PDFBase $Revision: 42576 $ $Date: 2012-03-22 21:40:16 +0000 (Thu, 22 Mar 2012) $]

Not a newspaper, so skipping single-page-pdf-zip format

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:50 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

--------------- Module PDF Finished  PDT: 2012-05-26 13:07:50 (Took 1.0 second) -------------------->



--------------------
Source => Target

Source aera.standards.1999.djvu : "DjVu"
Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_abbyy.gz : "Abbyy GZ"
Source aera.standards.1999_djvu.xml : "Djvu XML"
 => Target aera.standards.1999_text.pdf : "Additional Text PDF"
 => Target aera.standards.1999_pdf.zip : "Single Page Zipped PDF"
 => Target aera.standards.1999_toc.xml : "Contents"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

--------------------
Derivation Analysis

UpToDate    aera.standards.1999.djvu => aera.standards.1999_djvu.txt
UpToDate    aera.standards.1999.pdf => aera.standards.1999_jp2.zip
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999_djvu.xml
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999.epub
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999_scandata.xml
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999.djvu
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999.gif
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999_abbyy.gz
NonSource   aera.standards.1999.epub : "EPUB"
NonSource   aera.standards.1999.gif : "Animated GIF"
NonSource   aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource   aera.standards.1999_djvu.txt : "DjVuTXT"
NonSource   aera.standards.1999_scandata.xml : "Scandata"
NonSource   gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource   gov.law.aera.standards.1999_meta.xml : "Metadata"

<--------------- Module TOC (v39713 2012May26 13:07) Starting  PDT: 2012-05-26 13:07:55 -------------------

[ PDT: 2012-05-26 13:07:55 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'
[ PDT: 2012-05-26 13:07:55 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-7697/'

scandata version too low, skipping creation of Contents file
```

[File last modified: 2.4 years ago]

```
history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30
16:41:28, PDT: 2014-10-30 09:41:28]
/fast/derive-gov.law.aera.standards.1999-TOC-7697/

--------------- Module TOC Finished   PDT: 2012-05-26 13:07:55 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 13:07:55 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::/1/items/gov.law.aera.standards.1999
building file list ... done
gov.law.aera.standards.1999_files.xml

sent 411 bytes  received 55 bytes  310.67 bytes/sec
total size is 95604857  speedup is 205160.64

<--------------- Module PDF (v35935 2012May26 13:07) Starting   PDT: 2012-05-26 13:07:56 ------------------

[ PDT: 2012-05-26 13:07:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'
[ PDT: 2012-05-26 13:07:56 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

[Built on PDFBase $Revision: 42576 $ $Date: 2012-03-22 21:40:16 +0000 (Thu, 22 Mar 2012) $]

Not a newspaper, so skipping single-page-pdf-zip format

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-7697/'

--------------- Module PDF Finished   PDT: 2012-05-26 13:07:56 (Took 1.0 second) -------------------->



<--------------- Module HackPDF (v35935 2012May26 13:07) Starting   PDT: 2012-05-26 13:07:56 ------------------

[ PDT: 2012-05-26 13:07:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'
[ PDT: 2012-05-26 13:07:56 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

Skipping module because contributed pdf already has a text layer

Cleaning up temporary dir:
[ PDT: 2012-05-26 13:07:56 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-7697/'

--------------- Module HackPDF Finished   PDT: 2012-05-26 13:07:56 (Took 1.0 second) -------------------->




Updating meta.xml with repub_state = "4"

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 13:07:56 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean
/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/gov.law.aera.standards.1999_fmt.xml'
[ PDT: 2012-05-26 13:07:56 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org::/1/items/gov.law.aera.standards.1999
building file list ... done
./
gov.law.aera.standards.1999_meta.xml

sent 958 bytes  received 52 bytes  2020.00 bytes/sec
total size is 95604888  speedup is 94658.30

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

==================================================
finish()...

ASSIGNING [format]s in _files.xml IF MISSING...
    Updating checksum(s) for aera.standards.1999.epub... computing
        updated: true    size: 343427    mtime: 1338062849    verified: true
    Updating checksum(s) for aera.standards.1999_djvu.xml... computing
        updated: true    size: 5957857   mtime: 1338061627    verified: true
    Updating checksum(s) for aera.standards.1999_abbyy.gz... computing
        updated: true    size: 10472746  mtime: 1338061449    verified: true
    Updating checksum(s) for aera.standards.1999.gif... computing
        updated: true    size: 156652    mtime: 1338059339    verified: true
    Updating checksum(s) for aera.standards.1999_scandata.xml... computing
                           [ File last modified: 2.4 years ago ]
```

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:28, PDT: 2014-10-30 09:41:28]

```
      Updating checksum(s) for gov.law.aera.standards.1999_meta.xml... computing
      updated: true      size: 1948      mtime: 1338062876      verified: false
      Updating checksum(s) for aera.standards.1999_djvu.txt... computing
      updated: true      size: 702495    mtime: 1338062870      verified: true
      Updating checksum(s) for aera.standards.1999_jp2.zip... computing
      updated: true      size: 54323911  mtime: 1338059306      verified: true
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

made changes, SAVING new version of _files.xml to disk...
... done

Queuing update for Search Engine to handle when it is able.
Search Engine update queued!


Updating metadata table

Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 13:07:57 ] Executing: /petabox/sw/bin/dsync.py /var/tmp/autoclean/derive
/gov.law.aera.standards.1999
...sunk in 0 seconds.
Copying files from remote server back to primary server...
[ PDT: 2012-05-26 13:07:57 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
gov.law.aera.standards.1999_files.xml

sent 4280 bytes  received 82 bytes  2908.00 bytes/sec
total size is 95606397  speedup is 21918.02
[ PDT: 2012-05-26 13:07:58 ] Executing: ssh ia600500.us.archive.org /petabox/sw/bin/dsync.py /1/items
/gov.law.aera.standards.1999
[ PDT: 2012-05-26 13:07:58 ] Executing: rm -rfv /var/tmp/autoclean/derive/gov.law.aera.standards.1999
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.pdf_meta.txt'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.epub'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_djvu.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.pdf'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.gif'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_scandata.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.djvu'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_djvu.txt'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_jp2.zip'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml'
removed directory: `/var/tmp/autoclean/derive/gov.law.aera.standards.1999'


Item queued for bup task!

Calling Metadata::clear_cache('gov.law.aera.standards.1999')
[total task time: 1.3 hour][includes 1.0 second for initial rsync]

TASK FINISHED WITH SUCCESS at UTC: 2012-05-26 20:07:58, ( PDT: 2012-05-26 13:07:58)
```

[File last modified: 2.4 years ago]