# EXHIBIT FF-5

Case No. 1:14-cv-00857-TSC-DAR

history   details   download   metadata   manage   task that queued this   [File last modified: 2.4 years ago
[Time requested: UTC: 2014-10-30 16:41:30, PDT: 2014-10-30 09:41:30]

```
-------------------------------------------------------
Task started at: UTC: 2012-05-26 20:07:58 ( PDT: 2012-05-26 13:07:58)
Task pid: 16320
ssh -A -n -c arcfour ia600500.us.archive.org '/petabox/sw/work/bup.php
task_id=107019567&identifier=gov.law.aera.standards.1999&
server=ia600500.us.archive.org&cmd=bup.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107010788&
submittime=2012-05-26+20%3A07%3A58&submitter=carl%40media.org&priority=-
5&wait_admin=0&finished=0'

GOT: [task_id=107019567&identifier=gov.law.aera.standards.1999&
server=ia600500.us.archive.org&cmd=bup.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107010788&
submittime=2012-05-26+20%3A07%3A58&submitter=carl%40media.org&priority=-
5&wait_admin=0&finished=0]

[task_id] ==> [107019567]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [ia600500.us.archive.org]
[cmd] ==> [bup.php]
[args] ==> [dir%2F1%2Fitems%2Fgov.law.aera.standards.1999&prevtask=107010788]
[submittime] ==> [2012-05-26 20:07:58]
[submitter] ==> [carl@media.org]
[priority] ==> [-5]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [dir] => /1/items/gov.law.aera.standards.1999
    [prevtask] => 107010788
)


=======================================================
finish()...

ASSIGNING [format]s in _files.xml IF MISSING...
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done
Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 13:07:59 ] Executing: /petabox/sw/bin/dsync.py
/1/items/gov.law.aera.standards.1999
...sunk in 0 seconds.

Now sychronizing item to the backup server...
[ PDT: 2012-05-26 13:07:59 ] Executing: ssh -A -n -c arcfour  ia700500.us.archive.org
"mkdir -p /var/tmp/bup-tink/2012-05-26/1/items  &&  /usr/bin/rsync -av --delete -b
--backup-dir=/var/tmp/bup-tink/2012-05-26/1/items rsync://ia600500.us.archive.org
/items_1/gov.law.aera.standards.1999 /1/items  &&  /petabox/sw/bin/dsync.py '/1/items
/gov.law.aera.standards.1999' "
receiving incremental file list
gov.law.aera.standards.1999/
gov.law.aera.standards.1999/aera.standards.1999.djvu
gov.law.aera.standards.1999/aera.standards.1999.epub
gov.law.aera.standards.1999/aera.standards.1999.gif
gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz
```

```
gov.law.aera.standards.1999/aera.standards.1999_scandata.xml
gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

sent 253 bytes  received 80683560 bytes  32273525.20 bytes/sec
total size is 95606397  speedup is 1.18
Calling Metadata::clear_cache('gov.law.aera.standards.1999')
[total task time: 3.0 seconds]

TASK FINISHED WITH SUCCESS at UTC: 2012-05-26 20:08:02, ( PDT: 2012-05-26 13:08:02)
```

File last modified: 2.4 years ago

```
Task started at: UTC: 2012-05-26 23:46:51 ( PDT: 2012-05-26 16:46:51)
Task pid: 30022
ssh -A -n -c arcfour ia600500.us.archive.org '/petabox/sw/work/archive.php
task_id=107034141&identifier=gov.law.aera.standards.1999&server=ia600500.us.archive.org&
cmd=archive.php&args=update_mode%3D1%26comment%3Ds3-
put%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www38.s3dns%252Fs31%252Fs3-
f8bbeb8e-a265-4b6a-8ce5-c512f785e094-gov.law.aera.standards.1999%252F%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-26+23%3A46%3A51&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0'

GOT: [task_id=107034141&identifier=gov.law.aera.standards.1999&
server=ia600500.us.archive.org&cmd=archive.php&args=update_mode%3D1%26comment%3Ds3-
put%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www38.s3dns%252Fs31%252Fs3-
f8bbeb8e-a265-4b6a-8ce5-c512f785e094-gov.law.aera.standards.1999%252F%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-26+23%3A46%3A51&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0]

[task_id] ==> [107034141]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [ia600500.us.archive.org]
[cmd] ==> [archive.php]
[args] ==> [update_mode=1&comment=s3-put&delete_from_source=2&from_url=rsync%3A%2F
%2Fhd.www38.s3dns%2Fs31%2Fs3-f8bbeb8e-a265-4b6a-8ce5-c512f785e094-
gov.law.aera.standards.1999%2F&dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999]
[submittime] ==> [2012-05-26 23:46:51]
[submitter] ==> [carl@media.org]
[priority] ==> [-5]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [update_mode] => 1
    [comment] => s3-put
    [delete_from_source] => 2
    [from_url] => rsync://hd.www38.s3dns/s31/s3-f8bbeb8e-a265-4b6a-8ce5-c512f785e094-
gov.law.aera.standards.1999/
    [dir] => /1/items/gov.law.aera.standards.1999
)
Getting file(s) from url: rsync://hd.www38.s3dns/s31/s3-f8bbeb8e-a265-4b6a-
8ce5-c512f785e094-gov.law.aera.standards.1999/
[ PDT: 2012-05-26 16:46:53 ] Executing: /usr/bin/rsync --timeout=3600 --safe-links -rltDv
-Lk  --contimeout=30  'rsync://hd.www38.s3dns/s31/s3-f8bbeb8e-a265-4b6a-8ce5-c512f785e094-
gov.law.aera.standards.1999/' '/1/items/gov.law.aera.standards.1999'
receiving incremental file list
./
gov.law.aera.standards.1999_meta.xml

sent 65 bytes  received 1753 bytes  3636.00 bytes/sec
total size is 1611  speedup is 0.89
...............Checking /1/items/gov.law.aera.standards.1999 for new zotero zips...

ASSIGNING [format]s in _files.xml IF MISSING...
... done

========================================================
finish()...
Adding parent collections: additional_collections
loaded meta XML from: /1/items/gov.law.aera.standards.1999
/gov.law.aera.standards.1999_meta.xml

modifying element: collection[2]
with value: 'additional_collections'
  found (2) "collection"  File last modified: 2.4 years ago
```

```
checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 16:47:24 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean
/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean
/gov.law.aera.standards.1999_fmt.xml'

ASSIGNING [format]s in _files.xml IF MISSING...
    Updating checksum(s) for gov.law.aera.standards.1999_meta.xml... computing
    updated: true    size: 1708    mtime: 1338076044    verified: false
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

made changes, SAVING new version of _files.xml to disk...
... done

Queuing update for Search Engine to handle when it is able.
Search Engine update queued!


Updating metadata table

Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 16:47:27 ] Executing: /petabox/sw/bin/dsync.py /1/items
/gov.law.aera.standards.1999
...sunk in 0 seconds.

Now sychronizing item to the backup server...
[ PDT: 2012-05-26 16:47:27 ] Executing: ssh -A -n -c arcfour  ia700500.us.archive.org
"mkdir -p /var/tmp/bup-tink/2012-05-26/1/items  &&  /usr/bin/rsync -av --delete -b
--backup-dir=/var/tmp/bup-tink/2012-05-26/1/items rsync://ia600500.us.archive.org/items_1
/gov.law.aera.standards.1999 /1/items  &&  /petabox/sw/bin/dsync.py '/1/items
/gov.law.aera.standards.1999' "
receiving incremental file list
gov.law.aera.standards.1999/
gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

sent 125 bytes  received 3981 bytes  2737.33 bytes/sec
total size is 95606157  speedup is 23284.50
Deleting from hd.www38.s3dns.us.archive.org
[ PDT: 2012-05-26 16:47:28 ] Executing: ssh -A -n -c arcfour
hd.www38.s3dns.us.archive.org '/bin/rm -rfv /1/incoming/REMOTE_SUBMIT/s3-f8bbeb8e-
a265-4b6a-8ce5-c512f785e094-gov.law.aera.standards.1999/ '
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
@     WARNING: POSSIBLE DNS SPOOFING DETECTED!          @
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
The RSA host key for hd.www38.s3dns.us.archive.org has changed,
and the key for the corresponding IP address 207.241.226.151
is unchanged. This could either mean that
DNS SPOOFING is happening or the IP address for the host
and its host key have changed at the same time.
Offending key for IP in /etc/ssh/ssh_known_hosts:838
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
@     WARNING: REMOTE HOST IDENTIFICATION HAS CHANGED!  @
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
IT IS POSSIBLE THAT SOMEONE IS DOING SOMETHING NASTY!
Someone could be eavesdropping on you right now (man-in-the-middle attack)!
It is also possible that the RSA host key has just been changed.
The fingerprint for the R[File last modified: 2.4 years ago]te host is
```

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago ] [Tir
requested: UTC: 2014-10-30 16:41:33, PDT: 2014-10-30 09:41:33]

Offending key in /root/.ssh/known_hosts:44
Password authentication is disabled to avoid man-in-the-middle attacks.
Keyboard-interactive authentication is disabled to avoid man-in-the-middle attacks.
Agent forwarding is disabled to avoid man-in-the-middle attacks.
removed `/1/incoming/REMOTE_SUBMIT/s3-f8bbeb8e-a265-4b6a-8ce5-c512f785e094-
gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml'
removed directory: `/1/incoming/REMOTE_SUBMIT/s3-f8bbeb8e-a265-4b6a-8ce5-c512f785e094-
gov.law.aera.standards.1999'


 ARCHIVE TASK SUCCESS!
Calling Metadata::clear_cache('gov.law.aera.standards.1999')
[total task time: 36.0 seconds]

TASK FINISHED WITH SUCCESS at UTC: 2012-05-26 23:47:28, ( PDT: 2012-05-26 16:47:28)

File last modified: 2.4 years ago

task_id=107040689

history   details   download   metadata   manage   task that queued this   [File last modified: **2.4 years ago** ] [Time requested: UTC: 2014-10-30 16:41:35, PDT: 2014-10-30 09:41:35]

```
Task started at: UTC: 2012-05-27 01:43:25 ( PDT: 2012-05-26 18:43:25)
Task pid: 1554
ssh -A -n -c arcfour ia600500.us.archive.org '/petabox/sw/work/archive.php task_id=107040689&
identifier=gov.law.aera.standards.1999&server=ia600500.us.archive.org&cmd=archive.php&
args=update_mode%3D1%26comment%3Ds3-
put%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www38.s3dns%252Fs32%252Fs3-0d64e431-7403-4eb4-
b07a-113ad0b85af3-gov.law.aera.standards.1999%252F%26next_cmd%3Dderive%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-27+01%3A43%3A25&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0'

GOT: [task_id=107040689&identifier=gov.law.aera.standards.1999&server=ia600500.us.archive.org&cmd=archive.php&
args=update_mode%3D1%26comment%3Ds3-
put%26delete_from_source%3D2%26from_url%3Drsync%253A%252F%252Fhd.www38.s3dns%252Fs32%252Fs3-0d64e431-7403-4eb4-
b07a-113ad0b85af3-gov.law.aera.standards.1999%252F%26next_cmd%3Dderive%26dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999&submittime=2012-05-27+01%3A43%3A25&
submitter=carl%40media.org&priority=-5&wait_admin=0&finished=0]

[task_id] ==> [107040689]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [ia600500.us.archive.org]
[cmd] ==> [archive.php]
[args] ==> [update_mode=1&comment=s3-put&delete_from_source=2&from_url=rsync%3A%2F
%2Fhd.www38.s3dns%2Fs32%2Fs3-0d64e431-7403-4eb4-b07a-113ad0b85af3-gov.law.aera.standards.1999%2F&
next_cmd=derive&dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999]
[submittime] ==> [2012-05-27 01:43:25]
[submitter] ==> [carl@media.org]
[priority] ==> [-5]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [update_mode] => 1
    [comment] => s3-put
    [delete_from_source] => 2
    [from_url] => rsync://hd.www38.s3dns/s32/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-
gov.law.aera.standards.1999/
    [next_cmd] => derive
    [dir] => /1/items/gov.law.aera.standards.1999
)
Getting file(s) from url: rsync://hd.www38.s3dns/s32/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-
gov.law.aera.standards.1999/
[ PDT: 2012-05-26 18:43:25 ] Executing: /usr/bin/rsync --timeout=3600 --safe-links -rltDv  -Lk
--contimeout=30  'rsync://hd.www38.s3dns/s32/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-
gov.law.aera.standards.1999/' '/1/items/gov.law.aera.standards.1999'
receiving incremental file list
./
aera.standards.1999_scandata.xml
aera.standards.1999_scandata.xml_meta.txt

sent 612 bytes  received 3592 bytes  2802.67 bytes/sec
total size is 65070  speedup is 15.48
...............Checking /1/items/gov.law.aera.standards.1999 for new zotero zips...

ASSIGNING [format]s in _files.xml IF MISSING...
  CHANGING aera.standards.1999_scandata.xml_meta.txt source="" to source="original"
  ASSIGNING "aera.standards.1999_scandata.xml_meta.txt" to format "Metadata"
... done

made changes, SAVING new version of _files.xml to disk...
... done

======================================================
finish()...

ASSIGNING [format]s in _files.xml IF MISSING...
    Updating checksum(s) for aera.standards.1999_scandata.xml... computing
    updated: true     size: 63430    mtime: 1338083004     verified: false
    Updating checksum(s) for aera.standards.1999_scandata.xml_meta.txt... computing
    updated: true     size: 1640    mtime: 1338083004     verified: true
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

made changes, SAVING new version of _files.xml to disk...
... done
```

[ File last modified: **2.4 years ago** ]

IA-AERA-026

history   details   download   metadata   manage   task that queued this   [File last modified: **2.4 years ago** ] [Time requested: UTC:
2014-10-30 16:41:35, PDT: 2014-10-30 09:41:35]

```
Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 18:43:56 ] Executing: /petabox/sw/bin/dsync.py /1/items
/gov.law.aera.standards.1999
...sunk in 0 seconds.

Now sychronizing item to the backup server...
[ PDT: 2012-05-26 18:43:56 ] Executing: ssh -A -n -c arcfour  ia700500.us.archive.org "mkdir -p /var/tmp
/bup-tink/2012-05-27/1/items  &&  /usr/bin/rsync -av --delete -b --backup-dir=/var/tmp/bup-tink/2012-05-27
/1/items rsync://ia600500.us.archive.org/items_1/gov.law.aera.standards.1999 /1/items  &&  /petabox/sw/bin
/dsync.py '/1/items/gov.law.aera.standards.1999' "
receiving incremental file list
gov.law.aera.standards.1999/
gov.law.aera.standards.1999/aera.standards.1999_scandata.xml
gov.law.aera.standards.1999/aera.standards.1999_scandata.xml_meta.txt
gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml


sent 672 bytes  received 6051 bytes  13446.00 bytes/sec
total size is 95608099  speedup is 14221.05
Deleting from hd.www38.s3dns.us.archive.org
[ PDT: 2012-05-26 18:43:57 ] Executing: ssh -A -n -c arcfour  hd.www38.s3dns.us.archive.org '/bin/rm -rfv
/2/incoming/REMOTE_SUBMIT/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-gov.law.aera.standards.1999/ '
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
@        WARNING: POSSIBLE DNS SPOOFING DETECTED!          @
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
The RSA host key for hd.www38.s3dns.us.archive.org has changed,
and the key for the corresponding IP address 207.241.226.151
is unchanged. This could either mean that
DNS SPOOFING is happening or the IP address for the host
and its host key have changed at the same time.
Offending key for IP in /etc/ssh/ssh_known_hosts:838
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
@    WARNING: REMOTE HOST IDENTIFICATION HAS CHANGED!     @
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
IT IS POSSIBLE THAT SOMEONE IS DOING SOMETHING NASTY!
Someone could be eavesdropping on you right now (man-in-the-middle attack)!
It is also possible that the RSA host key has just been changed.
The fingerprint for the RSA key sent by the remote host is
93:0e:1d:56:1b:9f:00:a0:ab:1a:aa:d6:e9:c2:fe:23.
Please contact your system administrator.
Add correct host key in /root/.ssh/known_hosts to get rid of this message.
Offending key in /root/.ssh/known_hosts:44
Password authentication is disabled to avoid man-in-the-middle attacks.
Keyboard-interactive authentication is disabled to avoid man-in-the-middle attacks.
Agent forwarding is disabled to avoid man-in-the-middle attacks.
removed `/2/incoming/REMOTE_SUBMIT/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-gov.law.aera.standards.1999
/aera.standards.1999_scandata.xml'
removed `/2/incoming/REMOTE_SUBMIT/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-gov.law.aera.standards.1999
/aera.standards.1999_scandata.xml_meta.txt'
removed directory: `/2/incoming/REMOTE_SUBMIT/s3-0d64e431-7403-4eb4-b07a-113ad0b85af3-
gov.law.aera.standards.1999'


 ARCHIVE TASK SUCCESS!
Calling Metadata::clear_cache('gov.law.aera.standards.1999')


Item queued for derive task!

[total task time: 32.0 seconds]

TASK FINISHED WITH SUCCESS at UTC: 2012-05-27 01:43:57, ( PDT: 2012-05-26 18:43:57)
```

[ File last modified: **2.4 years ago** ]