# EXHIBIT FF-6

Case No. 1:14-cv-00857-TSC-DAR

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago ] [Time requested: UTC: 2014-10-30 16:41:36, PDT: 2014-10-30 09:41:36]

```
Task started at: UTC: 2012-05-27 01:43:58 ( PDT: 2012-05-26 18:43:58)
Task pid: 2301
ssh -A -n -c arcfour iw600703.us.archive.org '/petabox/sw/work/derive.php task_id=107040792&
identifier=gov.law.aera.standards.1999&server=iw600703.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107040689%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-27+01%3A43%3A57&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0'

GOT: [task_id=107040792&identifier=gov.law.aera.standards.1999&server=iw600703.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107040689%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-27+01%3A43%3A57&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0]

[task_id] ==> [107040792]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [iw600703.us.archive.org]
[cmd] ==> [derive.php]
[args] ==> [dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999&prevtask=107040689&server_primary=ia600500.us.archive.org]
[submittime] ==> [2012-05-27 01:43:57]
[submitter] ==> [carl@media.org]
[priority] ==> [-6]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [dir] => /1/items/gov.law.aera.standards.1999
    [prevtask] => 107040689
    [server_primary] => ia600500.us.archive.org
)
[ PDT: 2012-05-26 18:43:58 ] Executing: rm -rfv /var/tmp/autoclean/derive/gov.law.aera.standards.1999
[ PDT: 2012-05-26 18:43:58 ] Executing: mkdir -p /var/tmp/autoclean/derive/gov.law.aera.standards.1999
Copying files from primary server to remote server...
[ PDT: 2012-05-26 18:43:58 ] Executing: /usr/bin/rsync --timeout=900 -av  rsync://ia600500.us.archive.org/items_1
/gov.law.aera.standards.1999/ /var/tmp/autoclean/derive/gov.law.aera.standards.1999/
receiving incremental file list
./
aera.standards.1999.djvu
aera.standards.1999.epub
aera.standards.1999.gif
aera.standards.1999.pdf
aera.standards.1999.pdf_meta.txt
aera.standards.1999_abbyy.gz
aera.standards.1999_djvu.txt
aera.standards.1999_djvu.xml
aera.standards.1999_jp2.zip
aera.standards.1999_scandata.xml
aera.standards.1999_scandata.xml_meta.txt
gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999_meta.xml

sent 279 bytes  received 95620701 bytes  63747320.00 bytes/sec
total size is 95608099  speedup is 1.00
[ PDT: 2012-05-26 18:43:59 ] Executing: nice /usr/local/petabox/deriver/derive.php /var/tmp/autoclean/derive
/gov.law.aera.standards.1999 'task_id=107040792&identifier=gov.law.aera.standards.1999&
server=iw600703.us.archive.org&cmd=derive.php&args=dir
%3D%252F1%252Fgov.law.aera.standards.1999%26prevtask%3D107040689%26server_primary%3Dia600500.us.archive.org&
submittime=2012-05-27+01%3A43%3A57&submitter=carl%40media.org&priority=-6&wait_admin=0&finished=0'
[ PDT: 2012-05-26 18:44:00 ] Executing: mkdir -m a=rwx -p /var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/
[ PDT: 2012-05-26 18:44:00 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<--------------- BookOp SetupMetaXML (v42680 May26 18:44) Starting  PDT: 2012-05-26 18:44:00 ------------------

====== starting CleanMeta bookop ======
====== finished CleanMeta bookop ======

Bound NOID 13960/t0rr3065f with server message:

Id:       13960/t0rr3065f
Element:  goto
Bind:     set
Status:   ok, 54 bytes written, replacing 0 bytes


Inserting new cdlib ark identifier ark:/13960/t0rr3065f
loaded meta XML from: /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

modifying element: identifier-access
with value: 'http://archive.org/details/gov.law.aera.standards.1999'
  found (0) "identifier-access" elements
  appending element "identifier-access": http://archive.org/details/gov.law.aera.standards.1999

modifying element: identifier-ark
with value: 'ark:/13960/t[File last modified: 2.4 years ago]
```

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:36, PDT: 2014-10-30 09:41:36]

```
checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 18:44:00 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/BookItemOperation
/gov.law.aera.standards.1999/gov.law.aera.standards.1999_fmt.xml'
Unable to determine image count for gov.law.aera.standards.1999

---------------- BookOp SetupMetaXML Finished  PDT: 2012-05-26 18:44:00 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 18:44:00 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
gov.law.aera.standards.1999_meta.xml

sent 841 bytes  received 52 bytes  595.33 bytes/sec
total size is 95608251  speedup is 107064.11
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*


Updating metadata table (after SetupMetaXML)


<---------------- BookOp DevelopRawJp2 (v38364 May26 18:44) Starting  PDT: 2012-05-26 18:44:01 ------------------

Running DevelopRawJp2 BookItemOperation $Revision: 38364 $ $Date: 2011-09-23 07:50:28 +0000 (Fri, 23 Sep 2011) $
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
No /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_orig_cr2.tar found. Continuing.

---------------- BookOp DevelopRawJp2 Finished  PDT: 2012-05-26 18:44:01 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 18:44:01 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 327 bytes  received 12 bytes  678.00 bytes/sec
total size is 95608251  speedup is 282030.24
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<---------------- BookOp AbbyyZipToGz (v38364 May26 18:44) Starting  PDT: 2012-05-26 18:44:01 ------------------

Running AbbyyZipToGz BookItemOperation $Revision: 38364 $ $Date: 2011-09-23 07:50:28 +0000 (Fri, 23 Sep 2011) $
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
No /var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_abbyy.zip or /var/tmp/autoclean
/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_abbyy.xml found. Nothing to do.

---------------- BookOp AbbyyZipToGz Finished  PDT: 2012-05-26 18:44:01 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 18:44:01 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 327 bytes  received 12 bytes  678.00 bytes/sec
total size is 95608251  speedup is 282030.24
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*

<---------------- BookOp DevelopMekel (v38252 May26 18:44) Starting  PDT: 2012-05-26 18:44:01 ------------------

Running DevelopMekel BookItemOperation $Revision: 38252 $ $Date: 2011-09-17 00:02:26 +0000 (Sat, 17 Sep 2011) $
Repub state  is not 4, so skipping DevelopMekel

---------------- BookOp DevelopMekel Finished  PDT: 2012-05-26 18:44:01 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 18:44:01 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done

sent 327 bytes  received 12 bytes  678.00 bytes/sec
total size is 95608251  speedup is 282030.24
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/*
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf /var/tmp/autoclean/BookItemOperation/gov.law.aera.standards.1999/


Updating metadata table
```

[File last modified: 2.4 years ago]

```
history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30
16:41:36, PDT: 2014-10-30 09:41:36]

Source aera.standards.1999.djvu : "DjVu"
Source aera.standards.1999.pdf : "Text PDF"
Source aera.standards.1999_abbyy.gz : "Abbyy GZ"
Source aera.standards.1999_djvu.xml : "Djvu XML"
 => Target aera.standards.1999_text.pdf : "Additional Text PDF"
 => Target aera.standards.1999_pdf.zip : "Single Page Zipped PDF"
 => Target aera.standards.1999_toc.xml : "Contents"
Source aera.standards.1999_jp2.zip : "Single Page Processed JP2 ZIP"

---------------------
Derivation Analysis

UpToDate    aera.standards.1999.djvu => aera.standards.1999_djvu.txt
UpToDate    aera.standards.1999.pdf => aera.standards.1999_jp2.zip
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999_djvu.xml
UpToDate    aera.standards.1999_abbyy.gz => aera.standards.1999.epub
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999_scandata.xml
UpToDate    aera.standards.1999_djvu.xml => aera.standards.1999.djvu
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999.gif
UpToDate    aera.standards.1999_jp2.zip => aera.standards.1999_abbyy.gz
NonSource   aera.standards.1999.epub : "EPUB"
NonSource   aera.standards.1999.gif : "Animated GIF"
NonSource   aera.standards.1999.pdf_meta.txt : "Metadata"
NonSource   aera.standards.1999_djvu.txt : "DjVuTXT"
NonSource   aera.standards.1999_scandata.xml : "Scandata"
NonSource   aera.standards.1999_scandata.xml_meta.txt : "Metadata"
NonSource   gov.law.aera.standards.1999_files.xml : "Metadata"
NonSource   gov.law.aera.standards.1999_meta.xml : "Metadata"

<--------------- Module TOC (v39713 2012May26 18:44) Starting  PDT: 2012-05-26 18:44:01 -------------------

[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-27550/'
[ PDT: 2012-05-26 18:44:01 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-27550/'

scandata version too low, skipping creation of Contents file

Cleaning up temporary dir:
[ PDT: 2012-05-26 18:44:01 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-TOC/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-TOC-27550/'

--------------- Module TOC Finished  PDT: 2012-05-26 18:44:01 (Took 1.0 second) -------------------->


[ PDT: 2012-05-26 18:44:01 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
gov.law.aera.standards.1999_files.xml

sent 390 bytes  received 67 bytes  304.67 bytes/sec
total size is 95608251  speedup is 209208.43

<--------------- Module PDF (v35935 2012May26 18:44) Starting  PDT: 2012-05-26 18:44:02 -------------------

[ PDT: 2012-05-26 18:44:02 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-27550/'
[ PDT: 2012-05-26 18:44:02 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-27550/'

[Built on PDFBase $Revision: 42576 $ $Date: 2012-03-22 21:40:16 +0000 (Thu, 22 Mar 2012) $]

Not a newspaper, so skipping single-page-pdf-zip format

Cleaning up temporary dir:
[ PDT: 2012-05-26 18:44:02 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-PDF/' '/var/tmp
/fast/derive-gov.law.aera.standards.1999-PDF-27550/'

--------------- Module PDF Finished  PDT: 2012-05-26 18:44:02 (Took 1.0 second) -------------------->



<--------------- Module HackPDF (v35935 2012May26 18:44) Starting  PDT: 2012-05-26 18:44:02 -------------------

[ PDT: 2012-05-26 18:44:02 ] Executing: rm -rf '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-27550/'
[ PDT: 2012-05-26 18:44:02 ] Executing: mkdir '/var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/'
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-27550/'
```

[File last modified: 2.4 years ago]

history  details  download  metadata  manage  task that queued this  [File last modified: 2.4 years ago] [Time requested: UTC: 2014-10-30 16:41:36, PDT: 2014-10-30 09:41:36]

```
[ PDT: 2012-05-26 18:44:02 ] Executing: rm -rf  /var/tmp/autoclean/derive-gov.law.aera.standards.1999-HackPDF/
'/var/tmp/fast/derive-gov.law.aera.standards.1999-HackPDF-27550/'

--------------- Module HackPDF Finished  PDT: 2012-05-26 18:44:02 (Took 1.0 second) -------------------->



Updating meta.xml with repub_state = "4"

checking and formatting new meta.xml with xmllint:
[ PDT: 2012-05-26 18:44:02 ] Executing: /usr/bin/xmllint --format '/var/tmp/autoclean
/gov.law.aera.standards.1999_tmp.xml' > '/var/tmp/autoclean/gov.law.aera.standards.1999_fmt.xml'
[ PDT: 2012-05-26 18:44:02 ] Executing: /usr/bin/rsync --timeout=900 -av --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
./
gov.law.aera.standards.1999_meta.xml

sent 872 bytes  received 52 bytes  1848.00 bytes/sec
total size is 95608282  speedup is 103472.17

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

======================================================
finish()...

ASSIGNING [format]s in _files.xml IF MISSING...
    Updating checksum(s) for gov.law.aera.standards.1999_meta.xml... computing
    updated: true     size: 1891     mtime: 1338083042     verified: false
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done

made changes, SAVING new version of _files.xml to disk...
... done

Queuing update for Search Engine to handle when it is able.
Search Engine update queued!


Updating metadata table

Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.


Sync-ing item... [ PDT: 2012-05-26 18:44:02 ] Executing: /petabox/sw/bin/dsync.py /var/tmp/autoclean/derive
/gov.law.aera.standards.1999
...sunk in 0 seconds.
Copying files from remote server back to primary server...
[ PDT: 2012-05-26 18:44:02 ] Executing: /usr/bin/rsync --timeout=900 -av  --delete-after  /var/tmp/autoclean/derive
/gov.law.aera.standards.1999/ ia600500.us.archive.org:/1/items/gov.law.aera.standards.1999
building file list ... done
gov.law.aera.standards.1999_files.xml

sent 1753 bytes  received 70 bytes  1215.33 bytes/sec
total size is 95608282  speedup is 52445.57
[ PDT: 2012-05-26 18:44:03 ] Executing: ssh ia600500.us.archive.org /petabox/sw/bin/dsync.py /1/items
/gov.law.aera.standards.1999
[ PDT: 2012-05-26 18:44:03 ] Executing: rm -rfv /var/tmp/autoclean/derive/gov.law.aera.standards.1999
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.epub'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_abbyy.gz'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_djvu.txt'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_scandata.xml_meta.txt'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.gif'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_scandata.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_djvu.xml'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.pdf_meta.txt'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.djvu'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999_jp2.zip'
removed `/var/tmp/autoclean/derive/gov.law.aera.standards.1999/aera.standards.1999.pdf'
removed directory: `/var/tmp/autoclean/derive/gov.law.aera.standards.1999'


Item queued for bup task!

Calling Metadata::clear_cache('gov.law.aera.standards.1999')
```
[File last modified: 2.4 years ago]



IA-AERA-032

history    details    download    metadata    manage    task that queued this    [File last modified: **2.4 years ago**]
[Time requested: UTC: 2014-10-30 16:41:38, PDT: 2014-10-30 09:41:38]

```
Task started at: UTC: 2012-05-27 01:44:03 ( PDT: 2012-05-26 18:44:03)
Task pid: 2387
ssh -A -n -c arcfour ia600500.us.archive.org '/petabox/sw/work/bup.php
task_id=107040809&identifier=gov.law.aera.standards.1999&
server=ia600500.us.archive.org&cmd=bup.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107040792&
submittime=2012-05-27+01%3A44%3A03&submitter=carl%40media.org&priority=-
5&wait_admin=0&finished=0'

GOT: [task_id=107040809&identifier=gov.law.aera.standards.1999&
server=ia600500.us.archive.org&cmd=bup.php&args=dir
%3D%252F1%252Fitems%252Fgov.law.aera.standards.1999%26prevtask%3D107040792&
submittime=2012-05-27+01%3A44%3A03&submitter=carl%40media.org&priority=-
5&wait_admin=0&finished=0]

[task_id] ==> [107040809]
[identifier] ==> [gov.law.aera.standards.1999]
[server] ==> [ia600500.us.archive.org]
[cmd] ==> [bup.php]
[args] ==> [dir=%2F1%2Fitems%2Fgov.law.aera.standards.1999&prevtask=107040792]
[submittime] ==> [2012-05-27 01:44:03]
[submitter] ==> [carl@media.org]
[priority] ==> [-5]
[wait_admin] ==> [0]
[finished] ==> [0]
args ==> Array
(
    [dir] => /1/items/gov.law.aera.standards.1999
    [prevtask] => 107040792
)

======================================================
finish()...

ASSIGNING [format]s in _files.xml IF MISSING...
... done

REMOVING file info from _files.xml FOR FILES THAT NO LONGER EXIST...
... done
Setting file permissions for gov.law.aera.standards.1999.
  This is a public item.

Sync-ing item... [ PDT: 2012-05-26 18:44:03 ] Executing: /petabox/sw/bin/dsync.py
/1/items/gov.law.aera.standards.1999
...sunk in 1 seconds.

Now sychronizing item to the backup server...
[ PDT: 2012-05-26 18:44:04 ] Executing: ssh -A -n -c arcfour  ia700500.us.archive.org
"mkdir -p /var/tmp/bup-tink/2012-05-27/1/items   &&   /usr/bin/rsync -av --delete -b
--backup-dir=/var/tmp/bup-tink/2012-05-27/1/items rsync://ia600500.us.archive.org
/items_1/gov.law.aera.standards.1999 /1/items   &&   /petabox/sw/bin/dsync.py '/1/items
/gov.law.aera.standards.1999' "
receiving incremental file list
gov.law.aera.standards.1999/
gov.law.aera.standards.1999/gov.law.aera.standards.1999_files.xml
gov.law.aera.standards.1999/gov.law.aera.standards.1999_meta.xml

sent 125 bytes   received ???? bytes  ????.?? bytes/sec
```

[File last modified: **2.4 years ago**]

history   details   download   metadata   manage   task that queued this   [File last modified: **2.4 years ago**
[Time requested: UTC: 2014-10-30 16:41:38, PDT: 2014-10-30 09:41:38]

```
TASK FINISHED WITH SUCCESS at UTC: 2012-05-27 01:44:04, ( PDT: 2012-05-26 18:44:04)
```

[ File last modified: **2.4 years ago** ]