# EXHIBIT GG

Case No. 1:14-cv-00857-TSC-DAR

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 2 of 9

3/14/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive



eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > AERA: Standard for Educational and Psychological Testing

**View the book**



Read Online
PDF            (14.2 M)
EPUB           (335.4 K)
Kindle
Daisy
Full Text      (686.0 K)
DjVu           (8.2 M)

All Files: HTTPS

Help reading texts



**Resources**
Bookmark

**AERA: Standard for Educational and Psychological Testing (1999)**



fullscreen

Author: American Educational Research Association
Subject: federalregister.gov;public.resource.org
Language: English
Collection: publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**                                                    Be the first to write a review
                                                               Downloaded 1,113 times

**Selected metadata**

Witness Butler
Plf.
Def. ⓞ
Exhibit 6
Consisting of 8 Pages
Date 12-2-14
CINDY TUGAW, CSR 4805

Case 1:14-cv-00857-TSC   Document 60-42   Filed 12/21/15   Page 3 of 9

3/14/2014     AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)

Case 1:14-cv-00857-TSC   Document 60-42   Filed 12/21/15   Page 4 of 9

3/19/2014    AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive





**AERA: Standard for Educational and Psychological Testing (1999)**

Author: American Educational Research Association
Subject: federalregister.gov;public.resource.org
Language: English
Collection: publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

By Authority of the Code of Federal Regulations: 34 CFR 668.148(a)(2)(iv)

Name of Legally Binding Document: AERA: Standard for Educational and Psychological Testing
Name of Standards Organization: American Educational Research Association

LEGALLY BINDING DOCUMENT

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.
Creative Commons license: CC0 1.0 Universal

**Reviews**                                             Be the first to write a review
                                                        Downloaded 1,137 times

**Selected metadata**

Case 1:14-cv-00857-TSC   Document 60-42   Filed 12/21/15   Page 5 of 9

3/19/2014    AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| Identifier: | gov.law.aera.standards.1999 |
| Credits: | Uploaded by Public.Resource.Org |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.aera.standards.1999 |
| Identifier-ark: | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 6 of 9

3/19/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive



eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > AERA: Standard for Educational and Psychological Testing

**View the book**



Read Online
PDF              (14.2 M)
EPUB             (335.4 K)
Kindle
Daisy
Full Text        (686.0 K)
DjVu             (8.2 M)

All Files: HTTPS

Help reading texts

**Resources**

Bookmark

### AERA: Standard for Educational and Psychological Testing (1999)



fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**                                          Be the first to write a review
                                                       Downloaded 1,137 times

**Selected metadata**

Case 1:14-cv-00857-TSC   Document 60-42   Filed 12/21/15   Page 7 of 9

3/19/2014    AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| Identifier: | gov.law.aera.standards.1999 |
| Credits: | Uploaded by Public.Resource.Org |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.aera.standards.1999 |
| Identifier-ark: | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)


eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > AERA: Standard for Educational and Psychological Testing

**View the book**



Read Online
PDF            (14.2 M)
EPUB           (335.4 K)
Kindle
Daisy
Full Text      (686.0 K)
DjVu           (8.2 M)

All Files: HTTPS

Help reading texts

**Resources**
Bookmark

### AERA: Standard for Educational and Psychological Testing (1999)



fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov; public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**                              Be the first to write a review
                                         Downloaded 1,137 times

**Selected metadata**

Case 1:14-cv-00857-TSC   Document 60-42   Filed 12/21/15   Page 9 of 9

3/19/2014       AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)