# EXHIBIT OO

Case No. 1:14-cv-00857-TSC-DAR

Confidential



April 7, 2000

Ms. Jill Morningstar, Legislative Assistant
U. S. Senator Paul Wellstone
136 Hart Senate Office Building
Washington, DC 20510

Dear Jill:

We very much appreciate your seeking the endorsement of the American Psychological Association (APA)
for the bill introduced by Senator Wellstone this week on Fairness and Accuracy in Student Testing. We
wanted to get back to you quickly with an interim response about the Association's views.

As we mentioned on the phone earlier this week, APA is not in a position to endorse the bill at this time.
APA policy on this issue is guided by *The Standards for Educational and Psychological Testing*, the 1999
version of which was developed over a six-year period with the American Educational Research
Association and the National Council on Measurement in Education. While we are drafting a more
comprehensive response for the Senator, we wanted to let you know the general areas of our concerns.
First, we believe that the most fair and appropriate way to approach the problems Senator Wellstone seeks
to address is to investigate high stakes decision-making in educational settings, how such decisions are
informed, and the impact on educational outcomes. The critical issue is not tests, per se (provided they are
valid, reliable instruments) but rather the instances wherein they and other measures of accountability (i.e.
grades), are used inappropriately in making these decisions. Second, the bill appears to misstate the intent
of both the *Standards* and the National Academy of Sciences (NAS) report by holding tests for tracking,
retention and graduation to the same standard. The NAS study and the *Standards* treat those uses
differently. Both documents treat graduation tests as certification tests, and do not prohibit assigning them
determinative weight, but offer recommendations for implementing them fairly.

We understand the Senator wants to offer this amendment to the Elementary and Secondary Education Act
soon and would appreciate APA's assistance in doing so. Regrettably, APA has not yet adopted a policy
that goes beyond the *Standards* to address the issues of how high stakes decision-making in schools affects
education and educational outcomes more broadly, particularly for certain groups of children.
Accordingly, it would be impossible for us to offer you language that the Association could endorse within
your timeframe. However, we would welcome the opportunity to work with you on your Plan B: an
amendment to authorize specific evaluation research that would provide additional needed information
about the impact of high stakes decision-making on the educational opportunities of different populations
of children, and on the educational system more generally. The NAS report and other sources point to
significant gaps in the data. We hope to provide specific draft language to you late next week.

Again, we appreciate your willingness to work with us. Senator Wellstone has been a champion of many
of the issues most important to psychologists, and we are grateful to him.

Sincerely,


Ellen G. Garrison, Ph.D.                                    Patricia C. Kobor
Director of Public Interest Policy                          Director of Science Policy

Confidential

AERA_APA_NCME_0031454