# EXHIBIT RR

Case No. 1:14-cv-00857-TSC-DAR



March 6, 2001

Dear Senator:

You may be aware that Senator Paul Wellstone will soon introduce a bill called, "Fairness and Accuracy in High Stakes Educational Decisions for Students." On behalf of the American Psychological Association (APA), I encourage you to cosponsor the bill and to support it if it is offered as a floor amendment to the Elementary and Secondary Education Act.

With 159,000 members and affiliates, APA is the largest association of psychologists in the world, and exists to advance psychology as a science, a profession, and a means of promoting human welfare. Psychologists have unique expertise to lend to policy discussions involving educational and psychological testing. Psychological scientists developed the first intelligence tests, educational achievement and ability measures, and personnel selection instruments. They continue to be at the forefront of assessment technology, and remain committed to the fair and appropriate use of tests, particularly in high-stakes situations with significant consequences for individuals.

APA's policy positions on testing questions are anchored by The *Standards for Educational and Psychological Testing* (1999). This is widely recognized as an authoritative document that addresses test development and use. Co-developed by the American Educational Research Association (AERA), the American Psychological Association (APA), and the National Council on Measurement in Education (NCME), the *Standards* are also adopted by the U.S. Department of Education, cited in policy guidance issued by the Equal Employment Opportunity Commission (EEOC), and frequently relied upon in legal cases related to educational and employment testing.

Senator Wellstone's bill focuses appropriately on the high-stakes decisions that involve students, rather than merely the tests that are used in many cases to justify those decisions. Determinations about whether students qualify for special services, are promoted to the next grade, or even graduate from high school, are appropriately made using multiple sources of information. As Congress struggles to answer questions about how to provide the resources each student needs to be successful in school, and how best to help the schools that are now failing to meet students' needs, enactment of the Wellstone legislation would help ensure that we "Leave No Child Behind."

If we can be of assistance in your deliberations on high stakes educational decisions, please contact the APA Public Policy Office at (202) 336-6062.

Sincerely,


L. Michael Honaker, Ph.D.
Deputy Chief Executive Officer and
Chief Operating Officer

enclosures

AERA_APA_NCME_0031471