# EXHIBIT III

Case No. 1:14-cv-00857-TSC-DAR

Confidential



Exhibit 1070

## COPYRIGHT ASSIGNMENT

WHEREAS, Leonard S. Feldt, was one of several authors of the work entitled "Standards for Educational and Psychological Testing" (1999 ed.) (the "Standards"), jointly published by the American Educational Research Association, Inc. ("AERA" – a District of Columbia not-for-profit corporation), the American Psychological Association, Inc. ("APA" – a District of Columbia not-for-profit corporation) and the National Council on Measurement in Education, Inc. ("NCME" – a District of Columbia not-for-profit corporation); and

WHEREAS, Leonard S. Feldt is deceased; and

WHEREAS, Daniel Charles Feldt, Sara Feldt Roach and Natalie Fischer Feldt ("Assignors"), are the rightful heirs of Leonard S. Feldt, and as such own or may own certain rights in and to the Standards; and

WHEREAS, Assignors have agreed to assign whatever rights they possess or own in the Standards to AERA, APA and NCME ("Assignees"), and Assignees wish to acquire all of Assignors' rights, title and interest in and to the Standards, including the copyrights therein and any and all renewals and extensions thereof;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors do hereby assign to Assignees, free and clear of all liens, claims and encumbrances, all of Assignors' right, title and interest in and to the Standards, including any and all copyrights therein, and any and all renewals and extensions thereof under applicable law.

This Assignment is made effective as of the 12th day of December, 2014.

AERA_APA_NCME_0031803

ASSIGNOR: Daniel Charles Feldt

By: _[signature]_

STATE OF _ILLINOIS_ )
) ss.:
COUNTY OF _COOK_ )

On _December 16_, 20_14_, before me personally appeared Daniel Charles Feldt, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is recited in the above-written Copyright Assignment and acknowledged to me that such person executed the same in such person's personal capacity.

WITNESS my hand and official seal.

_Debra A. Stonehill_
Notary Public
(Notarial Seal)

```
"OFFICIAL SEAL"
Debra A. Stonehill
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 08/08/2017
```

ASSIGNOR: Sara Feldt Roach

By: *Sarah F Roach*

STATE OF Colorado        )
                         ) ss.:
COUNTY OF El Paso        )

On Dec 22, 2014, before me personally appeared Sara Feldt Roach, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is recited in the above-written Copyright Assignment and acknowledged to me that such person executed the same in such person's personal capacity.

WITNESS my hand and official seal.

*MaryElla Telck*
Notary Public
(Notarial Seal)

```
MARYELLEN TELCK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19924015923
MY COMMISSION EXPIRES DECEMBER 19, 2016
```

AERA_APA_NCME_0031805

ASSIGNOR: Natalie Fischer Feldt

By: *Natalie F. Feldt*

STATE OF _Colorado_    )
                       ) ss.:
COUNTY OF _El Paso_    )

On _January 5_, 20_15_, before me personally appeared Natalie Fischer Feldt, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is recited in the above-written Copyright Assignment and acknowledged to me that such person executed the same in such person's personal capacity.

WITNESS my hand and official seal.

_Donna Rutter_
Notary Public
(Notarial Seal)

> DONNA RUTTER
> Notary Public
> State of Colorado
> Notary ID 20064036325
> My Commission Expires Sep 8, 2018