# EXHIBIT JJJ

Case No. 1:14-cv-00857-TSC-DAR



## COPYRIGHT ASSIGNMENT

WHEREAS, Charlie Spielberger, was one of several authors of the work entitled "Standards for Educational and Psychological Testing" (1999 ed.) (the "Standards"), jointly published by the American Educational Research Association, Inc. ("AERA" – a District of Columbia not-for-profit corporation), the American Psychological Association, Inc. ("APA" – a District of Columbia not-for-profit corporation) and the National Council on Measurement in Education, Inc. ("NCME" – a District of Columbia not-for-profit corporation); and

WHEREAS, Charlie Spielberger is deceased; and

WHEREAS, Nicholas Thomas Lee and Carol Spielberger ("Assignors"), are the rightful heirs of Charlie Spielberger, and as such own or may own certain rights in and to the Standards; and

WHEREAS, Assignors have agreed to assign whatever rights they possess or own in the Standards to AERA, APA and NCME ("Assignees"), and Assignees wish to acquire all of Assignors' rights, title and interest in and to the Standards, including the copyrights therein and any and all renewals and extensions thereof;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors do hereby assign to Assignees, free and clear of all liens, claims and encumbrances, all of Assignors' right, title and interest in and to the Standards, including any and all copyrights therein, and any and all renewals and extensions thereof under applicable law.

This Assignment is made effective as of the 30th day of December, 2014.

AERA_APA_NCME_0031414

ASSIGNOR: Carol Spielberger

By: *Carol Spielberger*

STATE OF **Florida**       )
                          ) ss.:
COUNTY OF **Hillsborough** )

FRANCIS P. BRUNO
Notary Public - State of Florida
My Comm. Expires Sep 18, 2017
Commission # FF 055407

On **Dec 31**, 20**14**, before me personally appeared Carol Spielberger, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is recited in the above-written Copyright Assignment and acknowledged to me that such person executed the same in such person's personal capacity.

WITNESS my hand and official seal.

Notary Public
(Notarial Seal)

ASSIGNOR: Nicholas Thomas Lee

By: _____ *(signature)* Nicholas Thomas Lee

STATE OF Florida        )
                        ) ss.:
COUNTY OF Hills         )

*[Notary seal: FRANCIS P. BRUNO, Notary Public - State of Florida, My Comm. Expires Sep 18, 2017, Commission # FF 055407]*

On DEC 31ST, 2014, before me personally appeared Nicholas Thomas Lee, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is recited in the above-written Copyright Assignment and acknowledged to me that such person executed the same in such person's personal capacity.

WITNESS my hand and official seal.

_____ *(signature)*
Notary Public
(Notarial Seal)

AERA_APA_NCME_0031416