# EXHIBIT KKK

Case No. 1:14-cv-00857-TSC-DAR



# JEM

JOURNAL of EDUCATIONAL MEASUREMENT
Volume 37 ■ Number 1 ■ Spring 2000
Published by the National Council on Measurement in Education

AERA_APA_NCME_0031444

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

____ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

____ Copies at $31.95 List (for institutions as well as individuals who are not members of AERA, APA, or NCME)

Shipping Costs:_____
(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $7.50 first copy, $5.00 each additional copy.)

☐ Check or money order enclosed, made out to AERA.
☐ Charge my ☐ VISA or ☐ Mastercard
Card # _____Exp. Date _____
Signature _____
Name _____
Address_____
_____
City _____ State _____ Zip _____
Phone _____
Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.

Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. Prices subject to change without notice. Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.

AERA_APA_NCME_0031445

# JEM

JOURNAL of EDUCATIONAL MEASUREMENT
Volume 37 ■ Number 1 ■ Spring 2000
Published by the National Council on Measurement in Education

AERA_APA_NCME_0031446

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

_____ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates
please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

_____ Copies at $31.95 List (for institutions as well as individuals who are not members of
AERA, APA, or NCME)

Shipping Costs:_____

(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $7.50 first copy, $5.00 each additional copy.)

☐ Check or money order enclosed, made out to AERA.
☐ Charge my ☐ VISA or ☐ Mastercard

Card # _____Exp. Date_____

Signature _____

Name _____

Address_____

_____

City _____State_____ Zip _____

Phone _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.

Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. Prices subject to change without notice. Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.

# JEM

JOURNAL of EDUCATIONAL MEASUREMENT
Volume 37 ■ Number 3 ■ Fall 2000
Published by the National Council on Measurement in Education

AERA_APA_NCME_0031448

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

---

____ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates please check to which association you belong:
□ AERA   □ APA   □ NCME

____ Copies at $31.95 List (for institutions as well as individuals who are not members of AERA, APA, or NCME)

---

Shipping Costs: _____

(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $7.50 first copy, $5.00 each additional copy.)

□ Check or money order enclosed, made out to AERA.
□ Charge my □ VISA or □ Mastercard

Card # _____ Exp. Date _____

Signature _____

Name _____

Address _____

_____

City _____ State _____ Zip _____

Phone _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.

Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. Prices subject to change without notice. Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.



# JEM

JOURNAL of EDUCATIONAL MEASUREMENT

Volume 38 ■ Number 1 ■ Spring 2001
Published by the National Council on Measurement in Education

tered.
under
etters;
ers or

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

nation

lines.
have
etters;

dicate

ottom

to fit
in the
ige-".
ued",

copy

____ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

____ Copies at $31.95 List (for institutions as well as individuals who are not members of AERA, APA, or NCME)

Shipping Costs: _____

(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $7.50 first copy, $5.00 each additional copy.)

☐ Check or money order enclosed, made out to AERA.
☐ Charge my ☐ VISA or ☐ Mastercard

Card # _____ Exp. Date _____

Signature _____

Name _____

Address _____

_____

City _____ State _____ Zip _____

Phone _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.

Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. Prices subject to change without notice. Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.

s

ems

AERA_APA_NCME_0031451