# EXHIBIT LLL

Case No. 1:14-cv-00857-TSC-DAR

Confidential

EXHIBIT
Wise
1252
5/4/15

**From:** Cizek, Gregory J
**Sent:** 3/5/2014 7:04:05 PM
**To:** lwise@humrro.org; van der Linden, Wim; Susan Rees
**CC:** Frisbie, David A
**Subject:**

Hello All:

one of my students showed up for class this semester and told me that he/she didn't purchase a copy of the Standards (I require them as a text for one of my courses) because "they are available for free on line" and they showed me the following site...G>

https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf



AERA_APA_NCME_0031863



Confidential

AERA APA NCME 0031864

Confidential

