# EXHIBIT OOO

Case No. 1:14-cv-00857-TSC-DAR

**THIS DOCUMENT HAS BEEN FILED WITH THE COURT UNDER SEAL**