# EXHIBIT PPP

Case No. 1:14-cv-00857-TSC-DAR



Login | Join / Renew | My Cart | Contact Us  search

FOR: Graduate Students | Divisions | SIGs | OIA

FOLLOW US ON:

- About AERA
- Events & Meetings
- Policy & Advocacy
- Education Research
- Professional Advancement
- Publications
- Membership
- Newsroom

Publications » Books » Standards for Educational & Psychological Testing

### Publications

- Journals
- AERA Highlights
- Books
- Research Points
- Online Paper Repository
- Online Store
- Advertise with AERA
- Publications Permissions

# Standards for Educational & Psychological Testing

EXHIBIT 1196 Levine

Revised significantly from the 1985 version, the 1999 Standards has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new Standards reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. The Standards is written for the professional and for the educated layperson and addresses professional and technical issues of test development and use in education, psychology, and employment. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

Revised 1999. Paperback
Developed jointly by the American Educational Research Association, American Psychological Association, and the National Council on Measurement in Education

AERA released a new edition of the *Testing Standards* in 2014 (view details and order information). The 1999 edition of the *Testing Standards* is no longer on sale.

©2015 American Educational Research Association. All rights reserved.

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Terms Of Use | Privacy Policy | Site Map | Contact Us

Designed by Weber-Shandwick   Powered by eNOAH