# EXHIBIT SSS

Case No. 1:14-cv-00857-TSC-DAR

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

TX 6-484-609

TX / TXU / PA / PAU / VA / VAU / SR / SRU / RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

2 / 25 / 2014
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼
Standards for Educational and Psychological Testing

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 5-100-196 | 1999 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| American Educational Research Association | American Educational Research Association |

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number  2b    Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼
Blank

Corrected Information ▼
American Psychological Association

Explanation of Correction ▼
This book had three authors, but only one was included in the original filing.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number  3a    Line Heading or Description  Copyright Claimant(s)

Amplified Information and Explanation of Information ▼
The address of the claimant listed has changed to:

American Educational Research Association
1430 K Street NW, Suite 1200
Washington, DC 20005

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions. · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

|  | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY  KOKA | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ☒ Part B or ☐ Part C

Line 2c was blank, but should have included the third author: National Council on Measurement in Education

Line 4 listed one copyright claimant: American Educational Research Association. Line 4 should have listed 3 copyright claimants as listed below:

American Educational Research Association
1430 K Street, NW
Suite 1200
Washington, DC 20005

American Psychological Association
750 First Street NE
Washington, DC 20002-4242

National Council on Measurement in Education
2424 American Lane
Madison, WI 53704

**D**

**Correspondence** Give name and address to which correspondence about this application should be sent.

John Neikirk, 1430 K Street, NW
Suite 1200
Washington, DC 20005

Phone ( 202 ) 238-3236   Fax ( 202 ) 238-3250   Email jneikirk@aera.net

**E**

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of  American Educational Research Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  John Neikirk            Date ▼  2/24/2014

Handwritten signature (X) ▼ [signature]

**F**

Certificate will be mailed in window envelope to this address:

Name ▼  John Neikirk, American Educational Research Association
Number/Street/Apt ▼  1430 K Street NW, Suite 1200
City/State/ZIP ▼  Washington, DC 20005

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form CA-Full   Rev 07/2006   Print: 07/2006—xxx,xxx   Printed on recycled paper                   U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

AERA_APA_NCME_0031164