# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., | ) ) ) ) ) |
| | ) Civil Action No. 1:14-cv-00857-TSC-DAR |
| Plaintiffs, | ) |
| | ) **DECLARATION OF KURT F.** |
| v. | ) **GEISINGER IN SUPPORT OF** |
| | ) **PLAINTIFFS' MOTION FOR** |
| | ) **SUMMARY JUDGMENT AND ENTRY** |
| PUBLIC.RESOURCE.ORG, INC., | ) **OF A PERMANENT INJUNCTION** |
| | ) |
| Defendant. | ) |
| | ) |

I, KURT F. GEISINGER, declare:

1.      I am currently Director of the Buros Center on Testing and W. C. Meierhenry Distinguished University Professor at the University of Nebraska-Lincoln.  I submit this Declaration in support of the motion of the American Educational Research Association, Inc. ("AERA"), the American Psychological Association, Inc. ("APA"), and the National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs" or "Sponsoring Organizations") for summary judgment and the entry of a permanent injunction.

2.      My curriculum vitae is attached to this Declaration as Exhibit 1.

3.      I received my doctoral degree in Educational Psychology in 1977 from the Pennsylvania State University, after previously receiving my masters' degree in Psychology at the University of Georgia and my bachelor's degree from Davidson College (with honors).  I also studied German, Psychology and other topics as an undergraduate at the Phillips Universität in Marburg, Germany and at Harvard University when I attended the Institute for Educational Management in 1995.

4.      From 2001 to 2006, I served as the Vice President of Academic Affairs and Professor of Psychology at the University of St. Thomas in Houston, Texas, where I was responsible for four academic schools, approximately 200 faculty members, and over 4,000 students.  From 1997 to 2001, I served as Academic Vice President and Professor of Psychology at Le Moyne College.  From 1992 to 1997 I served as Dean of the College of Arts and Sciences and Professor of Psychology at the State University of New York at Oswego.  And, from 1977-1992 I served as a Professor of Psychology at Fordham University in New York City, where I served as department chair for the Department of Psychology and director of the Doctoral program in Psychometrics.

5.      Over the past forty years, I have researched, studied, and taught psychometrics (psychometrics is the quantitative study of tests and measures in terms of the value, usefulness, and interpretation of the results of such measures).  I also am a fellow, diplomate, and member of numerous professional societies involving educational and psychological testing, such as the APA (fellow), the American Association for Assessment Psychology (diplomate), the AERA (fellow), and the NCME, as well as other professional associations.  I have represented the APA by serving on and chairing the Joint Committee on Testing Practices (which is separate from the APA committee responsible for the 1999 *Standards for Educational and Psychological Testing*) and have served on the APA's Committee on Psychological Testing and Assessment.  In 2010, I was elected to serve two terms (2006-2008 and 2009-2011) as the representative on the Council of Representatives for the APA's Division of Evaluation, Measurement and Statistics.  My second term was cut short by one year when I was elected to serve as a member-at-large on the APA's Board of Directors in 2010, a position I held for a three-year term (2011-2013).

6.      I have authored numerous publications about psychological and educational testing.  I have worked at the Educational Testing Service ("ETS"), chaired its Technical Advisory Committee for the Graduate Record Examination ("GRE"), served on the Board of Directors for the GRE (a Board that I also chaired), and have been a member of the College Board, (formerly known as the College Entrance Examination Board) for which I served (2000-2002) on its SAT Committee.  I recently concluded a four-year term (2011-2014) on the Advisory Research Committee for the College Board, serving the last two years as its chair.  I currently serve on the Technical Advisory Committee for the Educational Records Bureau[1] and on Saudi Arabia's International Advisory Board for its National Center for Assessment and Evaluation.

7.      In 2010, I was elected to the Council (i.e., Board of Directors) for the International Test Commission—the primary international testing body.  In 2012, I was also elected as its Treasurer and to serve on its Executive Council.  I am the only American who serves on its Executive Council.

8.      I was asked to review and share my comments' chapters of the 1999 *Standards for Educational and Psychological Testing*, published jointly by the AERA, the APA, and the NCME (the "1999 Standards").  The Standards[2] embody the professionally accepted practices for testing and measurement.  One of the chapters I reviewed was based upon the testing of individuals with disabilities, an area in which I have engaged in research and have served as an expert witness in federal courts as well as state courts in New York, New Jersey, and California.

---

[1] The Educational Record Bureau specializes in the development and use of tests and testing products for private and independent educational institutions at the p-12 levels.
[2] I use the term "Standards" to refer to the *Standards for Educational and Psychological Testing* as a whole, not a specific version of the Standards, *i.e.* 1999 or 2014

The other chapter related to the rights and responsibilities of test takers.  *See* Exh. 1.  I note that the Standards were revised again in 2014.

9.      In addition to my 130 plus journal articles and book chapters, I have written, edited, or co-edited approximately 15 books and monographs.  The vast majority of these publications deal with testing and measurement issues.  For example, I have edited two books on the psychological testing of Hispanics and another I co-edited related to fairness in testing.  I have also co-edited several books of reviews of published tests and measures.  I was also Editor-in-Chief for the three-volume *Handbook of Testing and Assessment in Psychology* (published by the APA in 2013) and have been editor of the journal *Applied Measurement in Education* for the past 9 plus years.  Taylor & Francis, in conjunction with the Buros Center for Testing publishes this journal.

10.      I also co-chaired a sub-committee of the APA's Joint Committee on Testing Practices and the overall committee itself that developed a document on the rights and responsibilities of test takers (1993-2001).  This document has been endorsed by a number of professional associations related to proper test use, including the APA, the National Association of School Psychologists, the American Counseling Association, and the NCME.  While chairing the Joint Committee on Testing Practices, the committee developed a book entitled *Assessing Individuals with Disabilities*, in which I wrote a chapter.  I also served on a task force charged to illuminate issues related to the testing of individuals with disabilities as well as ethnic minorities.  The task force wrote and edited a book entitled *Test Interpretation and Diversity:  Achieving Equity in Assessment*, which was published by the APA's publication unit in 1997.  I had three chapters in that volume.

11.     I additionally served on an APA task force (2007-2010) that considered the assessment and intervention of individuals with disabilities.  The results of our work, Guidelines for the "Assessment of and Intervention with Individuals with Disabilities," was published in the *American Psychologist*, the premier publication of the APA (Geisinger et al., 2012) and endorsed as the policy of the APA by its governance.  A reference for the *American Psychologist* article may be found on my curriculum vitae, which is attached as Exhibit 1.

12.     In the past two years (2014-2015), I have served on two task forces related to the use of measures in clinical psychology.  One of these has written a policy, recently accepted by the APA's Board of Directors, that differentiates the use of tests and other measures, for screening and assessment, two highly related types of testing, but which differ in specificity and focus.  Tests are usually standardized measures that are given to a number of people for a specific purpose.  A bar examination would be an example of a test.  Measures are other variables yielding typically quantitative values that are used to evaluate a person and include tests.  A bathroom scale results in a measure (weight), but would not normally be considered as a test.

13.     During 2013-2014, I served on a committee of the Institute of Medicine (a component of the National Academy of Sciences) that evaluated the use of psychological and clinical neuropsychological measures by the Social Security Administration in determining disability status.  The final report, entitled *Psychological Testing in the Service of Disability Determination*, has been published by the National Academy of Sciences and is also available from the Institute of Medicine's website.

14.     For approximately four years (2008-2012), I jointly represented three professional associations (the AERA, the APA, and the NCME) in developing the International Standards

Organization's ("ISO") first standard on psychological testing.  The results of the work of the committee that engaged in this activity was ISO Standard 10677.  The standard is divided into two parts.  The first establishes requirements and guidance for a client working with a service provider to carry out the assessment of an individual, a group, or an organization for work-related purposes.  ISO 10667-1:2011 enables the client to base its decisions on sound assessment results.  ISO 10667-1:2011 also specifies the responsibilities of a service provider in terms of the assessment methods and procedures that can be carried out for various work-related purposes made by or affecting individuals, groups or organizations.

15.     I also built or helped to build a number of testing measures.  Specifically, I served as the primary consultant on a number of civil service examinations given in New York City for police officers, sergeants, lieutenants, and captains, fire fighters, fire lieutenants, fire captains, sanitation supervisors, and a variety of other civil service occupations over a period of at least a decade ending in 1992.  I sometimes defended these measures in court.  I also represented the Public Service Alliance of Canada against the Public Service of Canada in two cases related to their national testing efforts and assisted Disability Rights Advocates with regard to several testing disputes concerning individuals with disabilities.  *See* Exh. 1.

16.     In recent years, my primary efforts have been to assure testing fairness for those with disabilities, language minorities, and ethnic minorities.

17.     I first learned about the Standards for Educational and Psychological Testing while I was in my first or second year of graduate school.  They are widely discussed in classes on testing and testing practice and treated with great respect.  Some graduate programs and courses require that students purchase the Standards as part of their coursework and education.  In teaching graduate classes on topics related to testing and associated with the Standards, I often

refer to them, building the thoughts and approaches described in the Standards, as well as specific standards, into my lectures and classes.  I expect students to purchase and read the Standards in a number of the classes I taught.  When writing chapters and articles on such topics as test validity, test reliability, and test fairness—all topics I have discussed in writing—I frequently refer to the Standards to check my use of language, my interpretations, and to check that I am not omitting a topic of importance relevant to the specific publication.  Also, when building tests, such as the Police and Fire Department Civil Service tests I helped construct for the City of New York, or when serving on technical advisory committees for the well-known SAT and GRE committees and boards, I refer to the Standards frequently.  Usually, in meetings I attempt to express what I believed to be best practices, and then would "back up" my beliefs with quotes from the specific and relevant standards.  Perhaps my greatest use of the Standards has occurred in my legal defense of specific tests or in my critique of particular uses of some tests, both of which I have engaged in during my career as an expert witness.

18.     The ultimate advantages of the Standards in my opinion are that they are written and edited by first-rate professionals covering a number of the representative fields in which testing and assessment are primarily employed, they are thoroughly and publicly vetted by other professionals, and they are openly discussed during the revision process at many professional conferences.  The resultant document becomes a living document of best practices.  That the members of the committee drafting the Standards are generally extremely highly respected professionals in the field of testing and testing practice also provides the Standards great credibility.  Given my experience over the last 10 years as Director of the Buros Center for Testing, thought of by many as the Consumer Reports of the testing industry, and my service as the co-editor of the Mental Measurements Yearbooks, where commercially available tests are

evaluated, I can state categorically that the Standards serve as the primary basis for all test evaluations.   The other editors of these Yearbooks and I refer to the Standards with great frequency to determine and assure ourselves that the comments made by reviewers are consistent with the Standards and that the reviews themselves are based upon principles supported by, and coherent with, the Standards. The Standards originally were created as principles and guidelines – a set of best practices to improve professional practice in testing and assessment across multiple settings, including education and various areas of psychology.   The Standards can and should be used as a recommended course of action in the sound and ethical development and use of tests, and also to evaluate the quality of tests and testing practices.   Additionally, an essential component of responsible professional practice is maintaining technical competence.   Many professional associations also have developed standards and principles of technical practice in assessment.   The Sponsoring Organizations' Standards have been and still are used for this purpose.

19.     The Standards, however, are not simply intended for members of the Sponsoring Organizations: AERA, APA, and NCME.   The intended audience of the Standards is broad and cuts across audiences with varying backgrounds and different training.   For example, the Standards also are intended to guide test developers, sponsors, publishers, and users by providing criteria for the evaluation of tests, testing practices, and the effects of test use.   Test user-oriented standards refer to those standards that help test users decide how to choose certain tests, interpret scores, or make decisions based on test results.   Test users include clinical or industrial psychologists, research directors, school psychologists, counselors, employment supervisors, teachers, and various administrators who select or interpret tests for their organizations.   There is no mechanism, however, to enforce compliance with the Standards on the part of the test

developer or test user.  The Standards, moreover, do not attempt to provide psychometric answers to policy or legal questions.  They do not themselves set requirements, but serve to distribute best practices and procedures.

20.     The Standards apply broadly to a wide range of standardized instruments and procedures that sample an individual's behavior, including tests, assessments, inventories, scales, and other testing vehicles.  The Standards apply equally to standardized multiple-choice tests, performance assessments (including tests comprised of only open-ended essays), and hands-on assessments or simulations.  The main exceptions are that the Standards do not apply to unstandardized questionnaires (*e.g.*, unstructured behavioral checklists or observational forms), teacher-made tests, and subjective decision processes (*e.g.*, a teacher's evaluation of students' classroom participation over the course of a semester).

21.     The Standards have been used to develop testing guidelines for such activities as college admissions, personnel selection, test translations, test user qualifications, and computer-based testing.  The Standards also have been widely cited to address technical, professional, and operational norms for all forms of assessments that are professionally developed and used in a variety of settings.  The Standards additionally provide a valuable public service to state and federal governments as they voluntarily choose to use them.  For instance, each testing company, when submitting proposals for testing administration, instead of relying on a patchwork of local, or even individual and proprietary, testing design and implementation criteria, may rely instead on the Sponsoring Organizations' Standards to afford the best guidance for testing and assessment practices.

22.     The Sponsoring Organizations do not keep any of the revenues generated from the sales of the Standards.  Rather, the income from these sales is used by the Sponsoring

Organizations to offset their development and production costs and to generate funds for subsequent revisions.  This strategy allows the Sponsoring Organizations to develop up-to-date, high quality Standards that otherwise would not be developed due to the time and effort that goes into producing them.

23.     Without the sales revenue from prior Standards versions (because – if Public Resource succeeds in this litigation – this publication will be made freely available online), it is extremely unlikely that future updates to the Standards will be undertaken.  This well-informed opinion is made because NCME is too small an organization to financially support periodic updates of the Standards, AERA does not have the budget for it, and an insufficient number of psychometricians are members of APA for it to justify the ongoing expenditures.  Charging extra membership fees to fund ongoing updates to the Standards would never happen, because the governing bodies of AERA, APA and NCME would not vote for it.   If these Sponsoring Organizations ceased updating the Standards, it is unlikely that other organizations would step in and continue the effort.  Moreover, there are no other organizations with the expertise in their memberships to populate such a committee or task force.

24.     There simply is no way for Plaintiffs to calculate with any degree of certainty the number of university/college professors, students, testing companies and others who would have purchased Plaintiffs' Standards but for their wholesale posting on Defendant's https://law.resource.org website and the Internet Archive http://archive.org website.

25.     In Fiscal Year ("FY") 2011 to FY 2012, as compared to FY 2011, the Sponsoring Organizations experienced a 34% drop in sales of the 1999 Standards.  In FY 2013, sales of the 1999 Standards remained at their low level from the prior fiscal year (*See* F. Levine Declaration, ¶ 18, Exh. OOO).  For a publication with the longevity of the 1999 Standards, one otherwise

would expect to see a gradual decline in sales year-over-year; not the precipitous drop in sales experienced by the 1999 Standards in 2012 and 2013 - even considering that updated Standards were published in 2014.  It is also clear that this drop did not occur due to the expected publication of the 2014 Standards, because they were actually due to be published more than a year earlier.  Thus, one would have expected such a drop to occur perhaps in 2010 or 2011.

26.     Past harm from Public Resource's infringing activities includes misuse of Plaintiffs' intellectual property without permission, lost sales that cannot be totally accounted for – due to potentially infinite Internet distribution, especially by psychometrics students, and lack of funding that otherwise would have been available for the update of the Sponsoring Organizations' Standards from the 1999 to the 2014 versions.

27.     Should Public Resource's infringement be allowed to continue, the harm to the Sponsoring Organizations, and public at large who rely on the preparation and administration of valid, fair and reliable tests, includes: (i) uncontrolled publication of the 1999 Standards without any notice that those guidelines have been replaced by the 2014 Standards; (ii) future unquantifiable loss of revenue from sales of authorized copies of the 1999 Standards (with proper notice that they are no longer the current version) and the 2014 Standards; and (iii) lack of funding for future revisions of the 2014 Standards and beyond.

28.     The harm caused to the public by publication of out-of-date Standards (not labeled as such) will be significant, because the testing and assessment fields are constantly changing, given updates in testing technology and ever-evolving collective thought on the validity, reliability and fairness of tests.  Members of the public who would be harmed by discontinued updates of the Standards include psychometrics professors, students and professionals, as well as test developers, administrators and takers.

I DECLARE, under the penalty of perjury, that the foregoing is true and correct.

Dated:  <u>December 9, 2015</u>

Kurt F. Geisinger

## EXHIBIT 1

Updated 12/1/2014

## CURRICULUM VITAE

### Kurt F. Geisinger, Ph.D.

<u>Current Position</u>:   Director, Buros Center for Testing
W. C. Meierhenry Distinguished University Professor
The University of Nebraska-Lincoln

<u>Office Address and Telephone</u>
21 Teachers College Hall
Buros Center for Testing
The University of Nebraska-Lincoln
Lincoln, NE  68588
Telephone:  402/472-3280
FAX:  402/472-6207
E-Mail:  kgeisinger2@unl.edu

<u>Home Address and Telephone</u>
6300 Rainier Court
Lincoln, NE  68510-5050
Telephone: 402/327-0205
E-Mail:  Kurtgeis1@aol.com

## EDUCATION

A.B. with Honors, Davidson College
M.S., The University of Georgia
Ph.D., The Pennsylvania State University

## ADMINISTRATIVE RESPONSIBILITIES

2006 to the present

**Director, Buros Center for Testing, University of Nebraska-Lincoln**.  Direct the Buros Institute for Mental Measurments.  Supervise director of the Buros Institute for Assessment Consultation and Outreach.  Provide consultation on assessment issues to clients.  Editorial and executive leadership to the **Mental Measurements Yearbooks**, **Tests in Print**, and the journal, **Applied Measurement in Education**, which I edit.  Serve as Interim Director of the Buros Institute for Assessment Consultation and Outreach effective 9/15/2007. Tenured, chaired professor.

2001 to 2006

**Vice President for Academic Affairs, University of St. Thomas, Houston**
Responsible for programs encompassing over 125 full-time faculty members and approximately 5,000 students.  Lead deans of Schools of Arts & Science, Business, Education, Theology, and Graduate Program in Liberal Arts as well as libraries and advisement.   Responsible for personnel, student, and budget issues.  Lead the college in the absence of the President.  Tenured full professor.

1997 to 2001

**Academic Vice President, Le Moyne College.**
Responsible for college of over 120 full-time faculty members and approximately 3,000 students.  Lead deans, academic departments, library, admissions, financial aid, registrar, academic support center, and continuing education office.  Specific personal responsibility for running graduate programs in Business (MBA) and Education (M.Ed.).  Responsible for personnel, student, enrollment and budget issues.  Lead the college in the absence of the President.  Tenured full professor.

| | |
|---|---|
| 1992 to 1997 | **Dean of Arts and Sciences, State University of New York, College at Oswego**. Lead 19 academic departments, Biological Field Station, Environmental Research Center, Art Gallery, approximately 20 librarians, Office of Learning Support Services, consisting of over 230 faculty members and 4900 students.  Responsible for personnel, student and budget issues.  Tenured full professor. |
| 1985 to 1991 | **Chairperson of the Department of Psychology, Fordham University**.  Administered department of 18 full-time faculty members with at least 5 additional FTEs and approximately 180 full- and part-time graduate students, 5 doctoral program, and 70 undergraduate majors.  Coordinated extensive faculty evaluation and hiring efforts. |
| 1979 to 1985 | **Director of Doctoral Program in Psychometrics, Department of Psychology, Fordham University**.  Administered doctoral program for approximately 25 graduate students. Wrote descriptions of the program, developed a formal curriculum, coordinated curriculum and course offerings, developed Ph.D. Comprehensive Examinations, advised program students.  Coordinated hiring of program faculty. |

## AWARDS, RECOGNITIONS, AND HONORARY OFFICES

American Board of Assessment Psychology, Diplomate (1994)
Recipient of the Jacob Cohen Award for Distinguished Teaching and Mentoring, American Psychological Association, 2008
Recipient of the President's Award for Scholarly and Creative Activity, SUNY-Oswego, 1995
Recipient of the 1997 Leo D. Doherty Award by the Northeastern Educational Research Association for leadership
        in educational research
Recipient of the 2002 Thomas J. Donlon Award by the Northeastern Educational Research Association for
        distinguished mentoring
Biographee in Who's Who in the East (23rd ed., 24th ed., 25th ed., 26th ed., 27th ed., 28th ed.), Who's Who in America
        (48th ed., 49th ed., 50th ed., 54th ed., 55th ed., 56th ed., 57th ed.)  ,Who's Who in American Education (4th ed.,
        5th ed.),  Who's Who in the World (20th ed.), Who's Who in Medicine and Healthcare (3rd ed.), Who's Who
        in Emerging Leaders in America (4th ed.), Who's Who in Science and Technology
Psi Chi (National Psychology Honor Society)
Sigma Xi (National Scientific Research Society)
Northeastern Educational Research Association, President for term 1987-1988
        (President-elect, 1986-87); (Past President, 1988-89)
Northeastern Educational Research Association, Program Committee, 1978 - present (Co-Chair, 1985)
Northeastern Educational Research Association, Member, Board of Directors for term 1984-87
Phi Kappa Phi (National Academic Honor Society)
President, Fordham University Chapter, Phi Kappa Phi, 1985-86
President-Elect and Acting President, Fordham University Chapter, Phi Kappa Phi 1984-85
Treasurer (1983-86) and Secretary (1983-84), Fordham University Chapter, Phi Kappa Phi
Selected as an Outstanding Young Man of America, 1982

## FACULTY EXPERIENCE

### Faculty Work and Employment

| | |
|---|---|
| 2006-present | **W. C. Meierhenry Distinguished University Professor, Department of Educational Psychology, University of Nebraska-Lincoln.**  Teach one advanced doctoral seminar per semester and run Buros Center for Testing and the Buros Institute for Mental Measurements.  Beginning in October 2007, directing the Buros Institute for Assessment Consultation and Outreach on an interim basis.  Serve on departmental and university committees. |
| 1989 to 1992 | **Professor of Psychology, Fordham University, (Tenured).**   Chairperson, Graduate School of Arts and Sciences' Long Term Planning Committee (1989-91); Member, University Research Council (1985-1991); Member, Graduate Studies Council (1984-1991); Member, University Tenure Review Committee (1990-1993), Chair (1991-92).  Served on various Departmental and University committees.  Served as survey and grading consultant to the College Dean.  Graduate courses taught included Statistics, Psychological Testing, Test Construction, Psychometrics, Survey and Interview Methodology, Differential Psychology, Personnel Selection, Program Evaluation, the Teaching of Psychology.  Undergraduate courses taught: Introductory Psychology, Statistics, Research Design, Psychological Testing, and Seminar on Personnel Decisions for Police.  Supervised 16 doctoral  dissertations (with one currently in progress).  Served on dissertation committees.   Supervised Masters' research projects (have directed twelve studies).  Advised graduate and undergraduate students.  Coordinated faculty evaluation via student rating. |
| 1981 to 1989 | **Associate Professor of Psychology, Fordham University, (Tenured 6/83).**  Essentially the same duties and responsibilities as above. On sabbatical, Spring Semester, 1986, at the Research Division, Educational Testing Service, Princeton, NJ. |
| 1977 to 1981 | **Assistant Professor of Psychology, Fordham University**.  Essentially the same job activities as Professor above. |
| 1975 to 1976 | **Instructor, Departments of Educational Psychology and Psychology, The Pennsylvania State University**.  Taught graduate courses in Educational and Psychological Testing. |

### Externally Funded Research Activity

| | |
|---|---|
| 2006-2013 | As Director of Buros Center for Testing at the University of Nebraska, I have brought in approximately $350,000/year in contract research.  One example is listed below. |
| 2007-2008 | **Project Director**.  Department of Education, State of Florida ($200,000).  Provide consultation to the State regarding its statewide testing program, its equating.  Discuss implications of testing program with legislators and senators as well as Department of Education commissioners and staff members. |
| 1993-94 | **Institutional Planning Team Member**, American Council on Education/National Endowment for the Humanities, *Spreading the Word*, a program to institute a Modern Languages across the curriculum project at the State University of New York at Oswego. |
| 1988-92 | **Faculty Participant and Project Evaluator**, Grant ($250,000) from the Fund for the Improvement of Post-Secondary Education (FIPSE) to develop a Master of Arts in Liberal Studies at Fordham University. |

| 1990 to 1991 | **Project Director**, Grant ($9,840) from the American Psychological Association Science Directorate with matching grant ($6,560) from the Fordham University Sesquicentennial Celebration to host a conference on the *Psychological Testing of Hispanics*, February 9, 1990, New York City. |

| 1979 to 1980 | **Project Director**, Grant ($50,000) from Harcourt Brace Jovanovich, Inc. to study the effects of test use in the school with special emphasis on their use with minority children. Anne Anastasi, Principal Investigator. |

| 1978 to 1979 | **Research Associate**, Grant ($75,000) from Harcourt Brace Jovanovich, Inc.  Same study as above.  Anne Anastasi, Principal Investigator and Project Director. |

## SERVICE ON NATIONAL COMMITTEES AND BOARDS

American Educational Research Association, American Psychological Association & National Council on Measurement in Education representative to the International Standards Commission's Committee on International Testing Standards, 2007-2010

American Psychological Association, Board of Directors, 2011-2013

American Psychological Association, Council of Representatives member for Division 5 (2006-2010)

American Psychological Association, Coalition of Academic, Scientific, and Applied Psychology, President-elect (2008), President (2009), Past President (2010)

American Psychological Association, Committee on Psychological Tests and Assessments, 1998 to the 2000

American Psychological Association, Committee on Psychological Tests and Assessments Task Force on Test Interpretation for Diverse Groups, 1993 to the 1997

American Psychological Association, Division 5 (Evaluation, Measurement & Statistics), Member, Membership Committee (1988-1992), Chairperson (1991-92); Member, ad hoc Committee for the Disabled; Member, Public Policy Committee (1996-99), Chairperson (1997-98), Executive Committee Member (2006-2008)

American Psychological Association, Division 15 (Educational Psychology), Member, Early Contributions Committee (1990-1993)

American Psychological Association, Office of Program Accreditation and Consultation, Site Visitor, 1987 to 2010


The College Board, Research Advisory Committee, 2010-2012 (Chair 2012)

The College Board, Middle States Regional Council, 1998-2000

The College Board, Member, Editorial Board, The College Board Review, 2000-2006

The College Board, Scholastic Assessment Test Committee, 2000-2003


Council for the Accreditation of Educator Professionals, Commission on Standards and Performance Reporting, Commissioner, 2012-2013

Council for the Accreditation of Educator Professionals, Commission on Institutional Briefs, Commissioner, 2013-present

Council for the Accreditation of Educator Professionals, Research Committee, Member, 2013-present

Council for the Accreditation of Educator Professionals, Commission on Standards and Performance Reporting, Commissioner, 2012-2013

Council of Graduate Schools, Committee on Masters' Education at Predominantly Masters Institutions, 2002- 2006

Council of Independent Colleges, Committee to Provide a Workshop for New Chief Academic Officers, 2002-2004, Chair (2003-2004)

Educational Testing Service, Member, Panel convened to review test security procedures and processes (1994)

Graduate Record Examination, Technical Advisory Committee, Member, 1995-2002; Chair 2000-2003

Graduate Record Examination, Board, *ex officio*, 2000-2003
Graduate Record Examination, Board, 2003-2007
Graduate Record Examination, Chair-elect, 2004-2005, Chair, 2005-2006, Past Chair, 2006-2007
Graduate Record Examination, Research Committee, 2000-2007

International Association of Applied Psychology, Division 2 (Psychological Assessment and Evaluation),
    President-elect (2014-2018), President (2018-2022), Past President (2022-2026).

International Test Commission, Council Member (2010-2012), Treasurer (2012-2014)

Joint Committee on Testing Practices, American Psychological Association delegate and Co-Chair (1992-96)
Joint Committee on Testing Practices, Member and Co-Chair, Understanding Testing Working Group, 1990-94
    (American Psychological Association delegate to the committee)
Joint Committee on Testing Practices, Member, Testing Individuals with Disabilities Working Group, 1996-2001
Joint Committee on Testing Practices, Member and Co-Chair, Test Taker Rights Working Group, (1993-2001)

National Council on Measurement in Education, Professional Training and Development Committee (1990-92),
    Chairperson (1991-92)
National Council on Measurement in Education, Member, Ad Hoc Committee to Develop a Code of Ethical
    Standards Committee (1992-94)
National Council on Measurement in Education, Program Committee Co-Chair (1994)

## EDITORIAL WORK

| | |
|---|---|
| 2011-2012 | Special Issue Editor, **International Journal of Testing** (Volume 12, Issue 2) |
| 2006 to the present | Editor, **Applied Measurement in Education** |
| 2001 to the present | Consulting Editor, **Practical Assessment, Research, and Evaluation** |
| 2000 to the 2006 | Consulting Editor, **College Board Review** |
| 2000 to the present | Consulting Editor, **International Journal of Testing** |
| 1992 to 2000 | Member, Editorial Board, **Psychological Assessment** |
| 1992 to the present | Member, Editorial Board, **Educational Research Quarterly** |
| 1997 to the present | Member, Editorial Board, **ITEMS** |
| 1991 to 1997 | Member, Board of Cooperating Editors, **Educational and Psychological Measurement** |
| 1992 to 1995 | Member, Advisory Board, **Educational Measurement: Issues and Practice** |
| 1988 to 1991 | Co-Editor, **The NERA Researcher** (the quarterly newsletter of the Northeastern Educational Research Association) |
| 1978 to 1983 | Consulting Editor, **Improving College and University Teaching** |
| 1979 to 1984 | Consulting Editor, **Journal of Educational Research** |
| 1988 | Consultant, **Psychology of Work Behavior** (4th ed.), by F. J. Landy.  Homewood, IL: Dorsey Press. |
| 1988 | Consultant, **Psychology** (2nd ed.), by L. T. Benjamin, J. R. Hopkins, and J. R. Nation, New York: Macmillan. |
| 1985 | Consultant, **Psychology: The Science of People** (2nd ed.), by F. J. Landy.  Englewood Cliffs, NJ: Prentice-Hall, Inc. |

| | |
|---|---|
| 1983 | Consultant and Critical Reader, **Psychology: The Science of People**, by F. J. Landy. Englewood Cliffs, NJ: Prentice-Hall, 1984. |
| 1982 | Editorial Consultant, **Applied Psychology in Occupational Organizations**, by L. R. Aiken.  Reading, MA.: Addison-Wesley. |
| 1982 | Editorial Consultant, **The Handbook of Questionnaire Construction**, by J. R. Jacoby. New York: Academic Press, 1984. |
| 1982 | Editorial Consultant, **Principles and Techniques of Questionnaire Design**, by F. J. Kviz and W. L. Kreitman.  New York: Academic Press, 1984. |
| 1980 | Reviewer, **Applied Psychometrics**, by R. L. Thorndike.  Boston: Houghton Mifflin Company, 1982. |
| 1980 | Critical Reader, **Psychology**, by C. Wortman and E. Loftus, New York: Random House, 1981. |
| 1980 | Editorial Consultant, **Psychology at Work: An Introduction to Industrial Psychology**, by J. P. Houston and L. M. Berry.  Boston: Addison-Wesley. |
| 1978 | Critical Reader, **Psychology Today: An Introduction**, by J. Braun and D. E. Linder. New York: Random House, 1979. |

## MEMBERSHIPS IN PROFESSIONAL ASSOCIATIONS

American Association for Higher Education
American Educational Research Association
American Psychological Association (Divisions 2 [Teaching of Psychology], 5 [Measurement, Evaluation,
    Statistics and Assessment], 14 [Industrial/Organizational Psychology]and 15 [Educational
    Psychology); Fellow in Divisions 5, 15, and 52
American Psychological Society, Charter Fellow
College Board
Council of Graduate Schools
Eastern Psychological Association
National Council on Measurement in Education
Northeastern Educational Research Association
Northern Rocky Mountain Educational Research Association
Society of Psychologists in Management

## SELECTED CONSULTING

| | |
|---|---|
| 2008 | **Measured Progress**.  Serve on a panel to consider the testing of students with disabilities. |
| 2008 | **The College Board**.  Considered validation report of the new SAT. |
| 2007 | **W.W. Norton** (Publishing house).  Served on a panel to make recommendations on improving undergraduate assessment. |
| 1995-2003 | **Educational Testing Service**.  Served on and chaired (2000-2003) the Technical Advisory Committee for the GRE.  Served on other paid committees related to the SAT and the GRE. |
| 2001, 2002,  2005-6 | **Disability Rights Advocates**.  Testified before a panel formed to recommend the flagging policies on the SAT and other College Board examinations to the College Board |

and against the Association of American Medical Colleges in a case relating to the
provision of accommodations to individuals with disabilities.

2002-2003          **U.S. Department of Justice**.  Consider the validity of the Law School Admission Test
for the Department of Justice and wrote reports regarding the same.

1999               **Steptoe & Johnson, LLP**.  Provided a deposition and testimony for the United States
District Court of Eastern Pennsylvania regarding the use of flagging for a professional
school licensure test.

1986 to the 2001   **Fox and Fox, Counselors at Law**, Newark, NJ.  Serve as an expert witness and
consultant in cases related to the title of Engineer, Department of Transportation, and
Fire Captain.  Consulted on other cases related to police and fire matters.

1989 to  1995      **Cornell University, New York State School of Industrial and Labor Relations**.
(New York City). Delivered lecture entitled "E.E.O. Selection" several times a year as
part of their "Human Resources Programs: Professional Workshop Series in New York
City."

1995 to 1998       **American Board of Physical Therapists**, Alexandria, VA.  Provide guidance with
regard to the passing score for some certification examinations.

Prior to 1995

Prior to 1992, I was engaged in considerable consultation with a variety of states, municipalities, and unions.  This
consultation generally concerned test development and often involved my leading major test construction projects in
civil service, industrial, and educational testing.  I gained considerable understanding of the functioning of
organizations in so doing.

For approximately 10 years from the early 1980s through the 1990s, I was the primary consultant to **New York City
Department of Personnel** building and defending in court Police Officer and Fire Fighter Examinations.  This
involved examinations for the entry-level positions as well as all levels of promotion including for police service of
Sergeant, Lieutenant, and Captain for the New York City Police Department, the Transit Police and the Housing
Police.  It also included working with all ranks in the Fire Department, through Chief of the Department, as well as
positions in Sanitation (entry-level and promotional), Social Services, Parks and Recreation, and Health Services.  I
built the examination used for the hiring of Test and Measurement Specialists in the New York City.

I served as an expert witness (**working with the New York City Department of Law**) in a number of cases
defending New York City personnel examinations and in one case, against the examination for Parks and Recreation
Worker.  I served as an expert witness and consultant to the **Public Service Alliance of Canada**, the union of
federal employees in Canada, in cases against three tests, a Canadian Intelligence Test, a Canadian Customs Officer
Supervisor Test, and a Office Manager Test.

Together with Dr. Richard R. Reilly of Assessment Alternatives, I performed job analyses for the New Jersey Civil
Service Commission of a number of police positions.

While in graduate school at the Pennsylvania State University, for almost two years I directed a court-ordered study
that ultimately brought women onto the police force in the City of Philadelphia.  Prior to and during this study, I
went through various aspects of police training, worked closely with uniformed police representatives of the
department, developed rating scales for the evaluation of police officers.  As stated above, this was a full-time
position for approximately 1.5 years with Bartell Associates, of State College, Pennsylvania.

## RESEARCH ACTIVITY AND PUBLICATIONS

*Articles for Journals*

Dahlman, K. A. & Geisinger, K. F. (2105, in press).  The Prevalence of Measurement in Undergraduate
Psychology Curricula across the United States.  Scholarship of Teaching and Learning in Psychology.

Lee, H. & Geisinger, K. F. (In press.) The Matching Criterion Purification for DIF Analyses in a Large-scale
Assessment.  *Educational and Psychological Measurement.*

Brabeck, M. M., Dwyer, C. A., Geisinger, K. F., Marx, R. W., Noell, G. W., Pianta, R. C., Subotnick, R. F., &
Worrell, F. C. (2015, in press).  Assessing the assessments of teacher preparation.  *Theory into Practice*,
DOI: : 10.1080/00405841.2015.1036667

Lee, H. & Geisinger, K.F.  (2014). The Effect of Propensity Scores on DIF Analysis: Inference on the Potential
Cause of DIF.  *International Journal of Testing, 14*, 313-338

Geisinger, K. F. (2014).  Established best practices.  NCME Newsletter, 22(4), p. 6.

Geisinger, K. F. (2012). Worldwide test reviewing at the beginning of the twenty-first century.  *International
Journal of Testing, 12*, 103-107.

Carlson, J. F. & Geisinger, K. F. (2012).   Test reviewing at the Buros Center for Testing.  *International Journal
of Testing, 12*, 122-135.

Geisinger, K. F., Kriegsman, K., Leigh, I. W., Manghi, E., Schultz, I.Z., Seekins, T., & Taliaferro, T.
(Authorship by this committee and listed in alphabetical order.) (2012).  Guidelines for assessment of and
intervention with persons with disabilities.  *American Psychologist, 67*, 43-62.

Patel, N. P., Bussler, J. F., Geisinger, K. R., Geisinger, & Hill, I. D. (2011). Are Pathologists Accurately
Diagnosing Eosinophilic Esophagitis in Children? A 9Year Single Academic Institutional Experience With
Interobserver Observations.  *International Journal of Surgical Pathology, 19*, 290-296.

Geisinger, K . F. (2010). Consequences and validity:  An uneasy relationship.  *NCME Newsletter*, 18 (1; March,
2010), 8-9.

Geisinger, K. F. & McCormick, C. M. (20100.  Adopting Cut Scores:  Post-Standard-Setting Panel
Considerations for Decision Makers.  *Educational Measurement:  Issues and Practice, 29* (1; March, 2010), 38-
44..

Geisinger, K. F.  (2010).  Report on the 7th Conference of the International Test Commission. *International
Psychology Bulletin*, 2010, *14* (4), 48-49.

A College Admissions Question:  What would we do if the SAT and ACT did not exist.  NCME newsletter, 17
(2; June 2009), 4-6.

Invited essay:  Some reflections on faculty evaluation.  Newsletter of the Society for Teaching of Psychology.
(Spring, 2009).  4-5.

Screening:  Testing the Limits.  Human Resource Executive, 2008, 17-19.  Also available at:
http://www.hreonline.com/HRE/story.jsp?storyId=146568445.

The Revised GRE General Test launch in Fall 2007.  (K. F. Geisinger & D. Payne).  CGS Communicator,
March, 2006, XXXIX (2), pp. 4.

Coming soon to your campus:  The Revised GRE General Test and the TOEFL IBT.  .  (With D. G. Payne & R. Setlzer).  CGS Communicator, November, 2005, XXXVIII (9), pp. 4-5.

Improving the Graduate Admissions Process:  How Deans Can Influence Program Decision Making.  CGS Communicator, July, 2004, XXXVII, pp. 1,2,5,7.

Psychological testing at the end of the millennium:  A brief historical review.  Professional Psychology, 2000, 31, 117-118.

Scholarship in psychology:  A paradigm for the 21st Century, American Psychologist,  1998, 54, 1292-1297.  (With D. F. Halpern, D. Smothergill, M. Allen, S. Baker, C. Baum, D. Best, J. Ferrari, E. Gilden, M. Hester, P. Keith-Speigel, N. C. Kierniesky, T. V. McGovern, W. J. McKeachie, W. F. Prokasy, C. T. Szuchma, R. Vasta, and K. A. Weaver.)

Using subject matter experts to assess content representation: An MDS analysis.  (With S. G. Sireci.)  Applied Psychological Measurement, 1995, 19, 241-255.

Responding to graduate students' professional deficiencies:  A nationwide survey.  (With M. E. Procidano, N. Busch-Rossnagel, and M. Reznikoff.)  Journal of Clinical Psychology, 1995, 51, 426-433.

Development and preliminary validation of the Ego Identity Process Questionnaire.  Journal of Adolescence.  1995, 18, 179-192.  (With E. Balistreri and N. Busch-Rossnagel.)

Psychometric issues in testing students with disabilities.  Applied Measurement in Education, 1994, 7, 121-140.

Cross-cultural normative assessment:  Translation and adaptation issues influencing the normative interpretation of assessment instruments.  Psychological Assessment, 1994, 6, 304-312.

Psychometric and assessment issues raised by the Americans with Disabilities Act (ADA).  (With M. L. Tenopyr, W. H. Angoff, J. N. Butcher, and R. R. Reilly.)  The Score, 1993, 15 (4), pp. 1-2, 7-15.

Analyzing test content using cluster analysis and multidimensional scaling.  (With S. G. Sireci.)  Applied Psychological Measurement, 1992, 16, 17-31.

The metamorphosis in test validation.  Educational Psychologist, 1992, 27, 197-222.

Using standard setting data to establish operational cutoff scores.  Educational Measurement: Issues and Practice, 1991 10 (2), 17-22.

The metamorphosis in test validation.  The NERA Researcher, 1991, 29 (1), 2-12.

Response latency to computer administered inventory items as an indicator of emotional arousal.  (With D. E. Temple.)  Journal of Personality Assessment, 1990, 54, 289-297.

The relationship between recruiting source, applicant quality, and hire performance.  (With J. Powell-Kirnan and J. A. Farley.)  Personnel Psychology, 1989, 42, 293-308.

The Golden Rule in psychological testing: Please, please don't do it unto me.  Theoretical and Philosophical Psychology, 1988, 8, 15-22.

Presidential address: Legal issues in test construction, validation and use.  The NERA Researcher, 1988, 26 (4), 2-7.

The psychosocial impact and development implications of the threat of nuclear war on adolescents.  (With D. Rudoy and M. Reznikoff.)  Medicine and War, 1987, 3, 77-91.

Psychosocial development and stressful life events among religious professionals.  (With S. D. Sammon and M. Reznikoff.)  Journal of Personality and Social Psychology, 1985, 48, 676-687.

Cross-validation of the factor structure of the McGill Pain Questionnaire.  (With M. Byrne, A. Troy, L. A. Bradley, P. J. Marchisello, L. H. Van der Heide, and E. J. Prieto.)  Pain, 1982, 13, 193-201.

The prediction of graduate school success in psychology.  (With J. Powell-Kirnan.)  Educational and Psychological Measurement, 1981, 41, 815-820.

The use of tests with schoolchildren: Final project report.  (With A. Anastasi.)  Journal Supplement Abstract Service, 1981, 11, 58.  Also abstracted in Resources in Education, March, 1981.

A construct validation of faculty orientations toward grading: Comparative data from three institutions.  (With A. N. Wilson and J. J. Naumann.)  Educational and Psychological Measurement, 1980, 40, 413-417.

The language of low back pain: Factor structure of the McGill Pain Questionnaire.  (With E. J. Prieto, L. Hopson, L. A. Bradley, M. Byrne, O. Midax, and P. J. Marchisello.)  Pain, 1980, 8, 11-19.

Serum chloride: A College of American Pathologists' survey.  (With K. R. Geisinger, P. Wakely, and J. G. Batsakis.)  American Journal of Clinical Pathology, 1980, 74, 546-551.

Individual differences among college faculty members in grading.  (With W. Rabinowitz,) Journal of Instructional Psychology, 1980, 7, 20-27.

Who are giving all those A's?  An examination of high grading college faculty members.  The Journal of Teacher Education, 1980, 31 (March-April), 11-15.

A note on grading policies and grade inflation.  Improving College and University Teaching, 1979, 27, 113-115.


*Book Chapters and Entries in Edited Works*

Geisinger, K .F. & Usher-Tate, B. J. (In press).  Face validity.  In A. Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology*.  Thousand Oaks, CA:  Sage.

Geisinger, K .F. (In press). Incremental validity.  In A. Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology*.  Thousand Oaks, CA:  Sage.

Geisinger, K .F. (In press).  Inter-rater reliability.  In A. Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology*.  Thousand Oaks, CA:  Sage.

Geisinger, K .F. (In press).  Reliability.  In A. Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psychology*.  Thousand Oaks, CA:  Sage

Geisinger, K .F. (In press).  Validity.  In A. Wenzel (Ed.), *The Sage Encyclopedia of Abnormal and Clinical Psycholog*y.  Thousand Oaks, CA:  Sage

Geisinger, K. F. (In press).  Test construction.   In J. Norcross & VandenBos, G. (Eds) *APA Handbook of Clinical Psychology*.  Washington, DC:  APA Books.

Geisinger, K. F. (In press).  Technology and Test Administration:  The Search for Validity.  In F. Dragsow (Ed.), *Technology and Testing: Improving Educational and Psychological Measurement.*  Washington, DC: NCME.

Geisinger, K.. F. (In press).  A Brief Review of Spanish-Language Adaptations of Some English-Language Intelligence Tests.  In K. F. Geisinger (Ed.), *Psychological Testing of Hispanics:  Clinical, Cultural, and Intellectual Issues*.  Washington, DC:  APA.

Geisinger, K. F. & McCormick, C. (In press).  Testing individuals with disabilities: An international perspective.  In Leong, F. T. L., Bartram, D., Cheung, F.M., Geisinger, K. F., Hattie, J.A., & Iliescu, D. (Eds.) *International Test Commission Handbook of Testing*, Oxford, Eng.:  Oxford University Press.

Geisinger, K. F. & Usher-Tate, B. J.  (In press).  The History of Educational Testing and Psychometrics.  In C. S. Wells & Falkner-Bond (Eds.) *Educational Measurement: From Foundations to Future*.  NY: Guilford.

Geisinger, K. F. (In press).  Test evaluation.  In Lane, S., Raymond, M., & Haladyna, T.  Test evaluation.  In Lane, S., Raymond, M., & Haladyna, T. (Eds.), *Handbook of test development (2nd ed.)*.  Washington, DC: NCME.

Geisinger, K. F. (2013).  Reliability.  In K. F. Geisinger (Ed.), *Handbook of testing and assessment in psychology* (vol. 1; pp. 21-42).  Washington, DC:  American Psychological Association.

Geisinger, K. F. (2013).  Review of the "Adult Basic Learning Examination, Second Edition."  In Wood, C. & Hays, D. G., (Eds.), *A counselor's guide to career assessment instruments* (pp. 121-124).  Broken Arrow, OK: National Career Development Association.

Folers, D., Cotner, H., Kotamraju, P., & Geisinger, K. F. (2012).  Using data for decision-making, accountability and evaluation.  In D. Folkers, K. Green, R. Hinkley, & D.Mills (Eds.), *The career pathways effect:  Linking education and economic prosperity* (pp. 301-331).  Waco, TX:  CORD Communictions.

Geisinger, K. F. & McCormick, C.  Testing and assessment in cross-cultural psychology.  (2012).  In Naglieri, J., & Graham, J. (Eds.), *Handbook of Psychology, Volume 10:  Assessment Psychology* (pp. 161-224).  NY, NY: Wiley.

Geisinger, K. F. (2012.)  Norm- and criterion-referenced testing.  In H. Cooper (Ed.), *Handbook of research methods in psychology* vol. 1, pp. 371-393).  Washington, DC:  American Psychological Association.

Geisinger, K. F., Shaw, L. H., & McCormick, C.  (2011). The validation of tests in higher education.  In C. Secolsky & D. B. Denison (Eds.), *The Handbook of Measurement, Assessment and Evaluation in Higher Education* (pp. 194-207).  NY, NY:  Routledge.

Geisinger, K. F. (2011). The future of high-stakes testing in education.  In J. A. Bovaird, K. F. Geisinger, & C. W, Buckendahl (Eds.).  *High Stakes Testing:  Science and Practice in K-12 Settings* (pp. 231-248). Washington, DC:  APA Books.

Bovaird, J. A., Geisinger, K. F. & Buckendahl, C. W. (2011). Introduction. In J. A. Bovaird, K. F. Geisinger, & C. W, Buckendahl (Eds.).  *High Stakes Testing:  Science and Practice in K-12 Settings* (pp. 3-10). Washington, DC:  APA Books.

Geisinger, K. F. (2010). Opening comments.  Included in presentations from the Buros Center Conference for Monitoring Assessment Quality in the Age of Accountability, The eighteenth mental measurements yearbook (pp. 807-809). Lincoln, NE: Buros Institute of Mental Measurements.

Geisinger, K. F. (2010). Closing thoughts: A look to the future.  Included in presentations from the Buros Center Conference for Monitoring Assessment Quality in the Age of Accountability, The eighteenth mental measurements yearbook (pp. 863-868). Lincoln, NE: Buros Institute of Mental Measurements.

Review of Adult Basic Learning Examination (Second Edition). (2009).  In E. A. Whitfield, R. Feller, & C. Wood (Eds.), <u>A Counselor's Guide to Career Assessment Instruments</u> (5th ed.) (pp. 90-93).  Broken Arrow, OK: National Career Development Association.

Bogardus Social Distance Scale.  (2010). In I. Weiner & W. E. Craighead (Eds.) <u>Corsini encyclopedia of psychology</u> (4th ed.). (Vol. 1; p. 246.) New York:  Wiley.

Psychometrics: Norms, Reliability, Validity, and Item Analysis.  (2010). In I. Weiner & W. E. Craighead (Eds.) <u>Corsini encyclopedia of psychology</u> (4th ed.). (Vol. III; pp.  1345-1349). New York:  Wiley.

Questionnaires.  (2010).  In I. Weiner & W. E. Craighead (Eds.) <u>Corsini encyclopedia of psychology</u> (4th ed.). (Vol. III; pp. 1408-1410).  New York:  Wiley.

Test standardization.  (2010).  In I. Weiner & W. E. Craighead (Eds.) <u>Corsini encyclopedia of psychology</u> (4th ed.). (Vol. IV; pp. 1769-1770). New York:  Wiley.

Testing methods.  (2010). In I. Weiner & W. E. Craighead (Eds.) <u>Corsini encyclopedia of psychology</u> (4th ed.). (Vol. IV; pp. 1773-1774). New York:  Wiley.

Foreword.  (2009).  In G. Robertson, L. Eyde, & S. Krug.  <u>Responsible test use:  Case studies for assessing human behavior</u> (2nd ed.) (pp. xi-xii.)  Washington, DC:  American Psychological Association.

The future of high stakes testing.  (In press.)  In J. Bovaird, K. F. Geisinger & C. B. Buckendahl (Eds.), <u>High stakes testing</u>.  Washington, DC:  American Psychological Association.

Geisinger, K. F., & Carlson, J. F. (2009). Standards and standardization. In J. N. Butcher (Ed.), Oxford handbook of personality assessment (pp. 99-111).  New York, NY: Oxford University Press. [updated; an earlier version was published in 2002 in J. N. Butcher (Ed.), Clinical personality assessment: Practical approaches (2nd ed., pp. 243-256). New York, NY: Oxford University Press.

Psychological diagnostic testing.  (2008.)  In R. Phelps (Ed.)  <u>The anti-testing fallacies</u>  (pp. 67-88).  Washington, DC:  American Psychological Association.

General Aptitude Test Battery.  (2008).  In F. Leong (Ed.), <u>Encyclopedia of Counseling</u> Volume 4: pp. 1541-1542).  Thousand Oaks, CA:  Sage.

Preface. (2007).  In C. Calahan Laitusis & L.L. Cook (Eds.), <u>Large Scale Assessment and Accommodations:  What Works?</u> (pp. ix-xii).   Alexandria, VA:  Council on Exceptional Children.

The testing industry, ethnic minorities, and those with disabilities.  (2005).  In R. Phelps (Ed.), <u>Defending standardized testing</u> (pp. 187-203).  Mahwah, NJ:  Erlbaum..

Conversion of the Wechsler Adult Intelligence Scale into Spanish:  An early test adaptation effort of considerable consequence.  (With C. Y. Maldonado.)  (2005).  In R. K. Hambleton, P. F. Merenda, & C. D. Spielberger (Eds.), <u>Adapting educational and psychological tests for cross-cultural assessment</u> (pp.213-234).  Mahwah, NJ: Erlbaum.

Review of the *College Student Experiences Questionnaire* (2005).  In Spies, R. A. & Plake, B. S.  (Eds.)  <u>The sixteenth mental measurements yearbook</u>.  The Buros Institute on Mental Measurements, University of Nebraska-Lincoln, Lincoln, NE.  Pp.  244-247.

Review of the *Power and Performance Measures* (2005).  In Spies, R. A. & Plake, B. S.  (Eds.)  <u>The sixteenth mental measurements yearbook</u>.  The Buros Institute on Mental Measurements, University of Nebraska-Lincoln, Lincoln, NE.  Pp.  804-807.

Bogardus Social Distance Scale.  (2004.)  In W. E. Craighead & C. B. Nemeroff (Eds.),<u>Corsini concise encyclopedia of psychology and behavioral science</u> (3rd ed.).  New York:  Wiley. Pp. 131-132.

Psychometrics: Norms, Reliability, Validity, and Item Analysis. (2004.) In W. E. Craighead & C. B. Nemeroff (Eds.), Corsini concise encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Pp. 758-760.

Questionnaires. (2004.) In W. E. Craighead & C. B. Nemeroff (Eds.), Corsini concise encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Pp. 787-788.

Testing methods. (2004.) In W. E. Craighead & C. B. Nemeroff (Eds.), Corsini concise encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Pp. 983-984.

Test standardization. (2004.) In W. E. Craighead & C. B. Nemeroff (Eds.), Corsini concise encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Pp. 984-986.

Testing students with Limited English Proficiency. (2004.) In J. E. Wall & G. R. Walz (Eds.), Measuring up: Assessment issues for teachers, counselors, and administrators (147-159). Greensboro, NC: ERIC Clearinghouse for Counseling and Student Services and the National Board for Certified Counselors.

Testing and Assessment in Cross-Cultural Psychology. (2003). In J. R. Graham & J. A. Naglieri (Eds.), Handbook of Psychology (Volume 10: Assessment Psychology) (95-117). I. B. Weiner (Editor-in-Chief). New York: John Wiley.

The psychometrics of testing individuals with disabilities. (With G. Boodoo & J. P. Noble). (2002). In R. Ekstrom & D. K. Smith (Eds.), Assessing Individuals with Disabilities in Educational, Employment, and Counseling Settings. (pp. 33-42). Washington, DC: American Psychological Association.

Standards and standardization. (With J. F. Carlson.) (2002). In J. N. Butcher (Ed.), Clinical Personality Assessment: Practical approaches. (2nd ed.; pp. 243-256). New York: Oxford University Press.

Testing the members of an increasingly diverse society. (2002). In J. F. Carlson & B. B. Waterman (Eds.), Social and Personality Assessment of School-Aged Children: Developing Interventions for Educational and Clinical Use. Boston: Allyn & Bacon. Pp. 346-364.

Development of a statement of Test Taker Rights and Responsibilities. (2001). In G. R. Walz & J. C. Bleuer (Eds.), Assessment: Issues and Challenges for the Millennium. Greensboro, NC: CAPS Publications/ERIC Clearinghouse for Counseling & Student Services. Pp. 143-162.

Testing students with disabilities. (With J. F. Carlson). (2001). In G. R. Walz & J. C. Bleuer (Eds.), Assessment: Issues and Challenges for the Millennium. Greensboro, NC: CAPS Publications/ERIC Clearinghouse for Counseling & Student Services. Pp. 375-380.

Review of the Wonderlic Personnel Inventory/Scholastic Level Examination. (2001). In J. Impara, (Ed.) Buros Mental Measurements Yearbook: Volume XIV. Lincoln, NE: Buros Institute of Mental Measurements, University of Nebraska-Lincoln. Pp. 1360-1363.

Review of the Skillscan for Management Development. (2001). In J. Impara, (Ed.) Buros Mental Measurements Yearbook: Volume XIV. Lincoln, NE: Buros Institute of Mental Measurements, University of Nebraska-Lincoln. Pp. 1142-1146..

Bogardus Social Distance Scale. (2001.) In W. E. Craighead & C. B. Nemeroff (Eds.), The Corsini encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Vol. 1, p. 225.

Psychometrics: Norms, Reliability, Validity, and Item Analysis. (2001.) In W. E. Craighead & C. B. Nemeroff (Eds.), The Corsini encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Vol 3, pp. 1313-1316.

Questionnaires. (2001.) In W. E. Craighead & C. B. Nemeroff (Eds.), The Corsini encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Vol 4, pp. 1362-1364.

Test standardization. (2001.) In W. E. Craighead & C. B. Nemeroff (Eds.), The Corsini encyclopedia of psychology and behavioral science (3rd ed.). New York: Wiley. Vol. 4. pp. 1683-1684.

Testing accommodations for the new millennium: Computer-administered testing in a changing society. In Niyogi, S. (Ed.). New Directions in Assessment for Higher Education: Fairness, Access, Multiculturalism & Equity (FAME). The Graduate Record Examination FAME Report Series, No. 2, (1998), pp. 12-20.

Equity issues in employment testing. (With S. Sireci). In J. Sandoval, C. Frisby, K. F. Geisinger, J. Scheuneman, & J. M. Ramos-Grenier (Eds.) Test interpretation and diversity: Achieving equity in psychological assessment. Washington, DC: American Psychological Association, 1998, pp. 105-140.

Psychometric issues involved in test interpretation. In J. Sandoval, C. Frisby, K. F. Geisinger, J. Scheuneman, & J. M. Ramos-Grenier (Eds.) Test interpretation and diversity: Achieving equity in psychological assessment. Washington, DC: American Psychological Association, 1998, pp. 17-30.

Training psychologists to assess members of a diverse society. (With J. F. Carlson). In J. Sandoval, C. Frisby, K. F. Geisinger, J. Scheuneman, & J. M. Ramos-Grenier (Eds.) Test interpretation and diversity: Achieving equity in psychological assessment. Washington, DC: American Psychological Association, 1998, pp. 375-386.

Review of the Tests of Adult Basic Education Work-Related Foundation Skills (TABE-WRFS). In J. C. Impara & B.S. Plake (Eds.), The Thirteenth Mental Measurements Yearbook. Lincoln, NE: Buros Institute of Mental Measurements, 1998, pp. 1086-1088.

Review of the Watson-Glaser Critical Thinking Appraisal, Form S. In J. C. Impara & B.S. Plake (Eds.), The Thirteenth Mental Measurements Yearbook. Lincoln, NE: Buros Institute of Mental Measurements, 1998, pp. 1121-1124.

Review of the National Police Officer Selection Test. In J. J. Kramer & J. C. Conoley (Eds.), The Twelfth Mental Measurements Yearbook. Lincoln, NE: Buros Institute of Mental Measurements, 1995, pp. 672-675.

Review of the NOCTI Teacher Occupational Competency Test. In J. J. Kramer & J. C. Conoley (Eds.),  The Twelfth Mental Measurements Yearbook. Lincoln, NE: Buros Institute of Mental Measurements, 1995, pp. 682-685.

Standards and standardization. (With J. F. Carlson.) In J. N. Butcher (Ed.), Clinical Personality Assessment: Practical approaches (pp. 211-223). New York: Oxford University Press, 1995.

Testing students with disabilities. (With J. F. Carlson.) ERIC/Clearinghouse on Counseling and Student Services Digest, 1995, (ERIC #EDO-CG-95-27). In W. D. Schafer (Guest Ed.), Assessment in counseling and therapy: An ERIC/CASS Special Digest Collection, Washington, DC: ERIC Clearinghouse on Counseling and Student Services.

Psychometric and policy issues in the use of tests with individuals with disabilities. Proceedings of the Joint Conference on Disability Issues, pp. 141-145. April, 1995.

Testing LEP students for minimum competency and high school graduation. In Focus on Evaluation and Measurement (Volume 2). Washington, DC: United States Department of Education, Office of Bilingual Education and Minority Languages Affairs, 1992, pp. 33-67.

Review of the Management Competence Index. In J. J. Kramer & J. C. Conoley (Eds.), The Eleventh Mental Measurements Yearbook. Lincoln, NE: Buros Institute of Mental Measurements,

1992, pp. 502-503.  Also available as Accession Number AN-11180749, Mental Measurements Yearbook Database (Search Label MMYD), BRS Information Technologies.

Review of the PSB-Nursing School Aptitude Examination (RN).  In J. J. Kramer & J. C. Conoley (Eds.),  The Eleventh Mental Measurements Yearbook.  Lincoln, NE: Buros Institute of Mental Book Measurements, 1992, pp. 719-721.    Also available as Accession Number AN-11180749, Mental Measurements Yearbook Database (Search Label MMYD), BRS Information Technologies.

Assessing language-minority students.  (With J. F. Carlson.)  ERIC/Clearinghouse on Tests, Measurement and Evaluation Digest, 1992, EDO-TM-92-4.

Fairness and selected psychological issues in the psychological testing of Hispanics.  In K. F. Geisinger (Ed.), Psychological testing of Hispanics.  Washington, D.C.: American Psychological Association, 1992, pp. 17-42.

Preface.  In K. F. Geisinger (Ed.), Psychological testing of Hispanics.  Washington, D.C.: American Psychological Association, 1992, pp. xv-xvii.

Bogardus Social Distance Scale. In R. J. Corsini (Ed.), Concise encyclopedia of psychology.  New York: Wiley, 1987, pp. 146-147.

Psychometrics.  In R. J. Corsini (Ed.), Concise encyclopedia of psychology.  New York: Wiley, 1987. pp. 925-926.

Questionnaires.  In R. J. Corsini (Ed.), Concise encyclopedia of psychology.  New York: Wiley, 1987, pp. 952-953.

Test Standardization.  In R. J. Corsini (Ed.), Concise encyclopedia of psychology.  New York: Wiley, 1987. p. 1115.

The General Aptitude Test Battery.  (With J. Kirnan.)  In R. C. Sweetland & D. J. Keyser (Eds.), Test Critiques: Volume V.  Kansas City: Test Corporation of America, 1986.  pp. 150-167.  Reprinted in Keyser, D. J., & Sweetland, R. D. (Eds.), Test critiques compendium:  Reviews of major  tests   from the Test Critiques series.  Kansas City: Test Corporation of America, 1987.  pp. 163-180. Reprinted in Bolton, B., (Ed.), Special education and rehabilitation testing: Current practices and test reviews. Austin, TX: Pro-ed, 1988, pp. 217-234.

The Miller Analogies Test.  In R. C. Sweetland & D. J. Keyser (Eds.), Test critiques: Volume III.  Kansas City: Test Corporation of America, 1985, pp. 414-424.

The ACT Assessment.  In R. C. Sweetland & D. J. Keyser (Eds.), Test critiques: Volume I.  Kansas City: Test Corporation of America, 1985, pp. 11-28.

Bogardus Social Distance Scale.  In R. J. Corsini (Ed.), Wiley encyclopedia of psychology.  New York: Wiley, 1984.  Volume I, p. 160.

Psychometrics.  In R.J. Corsini (Ed.), Wiley encyclopedia of psychology.  New York: Wiley, 1984.  Volume 3, pp. 163-165.

Questionnaires.  In R. J. Corsini (Ed.), Wiley encyclopedia of psychology.  New York: Wiley, 1 84.  Volume 3.  pp. 199-200.

Test standardization.  In R.J. Corsini (Ed Wiley encyclopedia of psychology.  New York: Wiley, 1984. Volume 3.  p. 414.

Factor analytic studies of the McGill Pain Questionnaire.  (With E. J. Prieto).  In R. Melzack (Ed.), Pain

measurement and assessment.  New York:  Raven Press, 1983.  pp. 63-70.

Marking systems.  In H. E. Mitzel (Ed.), Encyclopedia of educational research (5th Ed.) New York: The
    Free Press, 1982.  Vol. 3: 1139-1149.

Grading attitudes and practices among college faculty members. (With W. Rabinowitz.) In H. Dahle, A.
    Lysne, & P. Rand (Eds.), A Spotlight on educational problems.  Oslo, Norway: Universitets
    Forlaget, 1979.  pp. 145-172.  (Distributed in the United States by the Columbia University
    Press, Irvington, NY).

Developing an operational model for assessing experiential learning.  (With W. W. Willingham.)  In W. W.
    Willingham & H. S. Nesbitt (Eds.), Implementing a program for assessing experiential learning.
    Princeton, NJ: Cooperative Assessment of Experiential Learning (Educational Testing Service),
    1976.  Chapter 1; pp. 1-15.

Overview of CAEL field research.  (With W. W. Willingham.)  In W. W. Willingham & Associates, The
    CAEL validation report, Princeton, NJ: Cooperative Assessment of Experiential Learning (Educational
    Testing Service), 1976.  Chapter III, pp. 1-35.

Data analysis.  (With R. R. Reilly & W. W. Willingham.)  In W. W. Willingham & Associates, The CAEL
    validation report, Princeton, NJ: Cooperative Assessment of Experiential Learning (Educational
    Testing Service), 1976.  Appendix 5, pp. 5-1 - 5-42.

Books and  Monographs

Pardes, H., Barsky, A., Daly, M., Geisinger, K. F., Gerber, N., Jette, A., Koop, J. Suzuki, L. A., Twamley, E., Ubel, Pl, & Wall, J. (2015, in press*). Psychological testing in the service of disability determination*. Washington, DC:  National Academies Press (Institute of Medicine report/to be published by the Institute of Medicine).

Geisinger, K. F.  (2015, in press). (Ed.)  *Psychological testing of Hispanics:  Clinical, cultural, and intellectual assessment*.  Washington, DC:  American Psychological Association.

Carlson, J. F., Geisinger, K. F. & Jonson, J. (Eds.)  (2014)  *The Nineteenth Mental Measurements Yearbook*. Lincoln, NE: Buros Institute of Mental Measurements.

Worrell, F, C., Brabeck, M. M., Dwyer, C. A., Geisinger, K. F., Marx, R. W., Noell, G. H., & Pianta, R.C. (2014). *Assessing and evaluating teacher preparation programs:  An APA Task Force Repo*rt.  Washington, DC:  American Psychological Association.

Schlueter, J. E., Carlson, J. F., Geisinger, K. F., and Murphy, L.L. (Eds.)  (2013).  *Pruebas Publicadas en Español: An index of Spanish tests in print*. Lincoln, NE:  Buros Center for Testing.

Geisinger, K. F. (Ed.).  (2013).  *Handbook of testing and assessment in psychology* (3volumes).  Washington, DC:  American Psychological Association.

Murphy, L. M., Geisinger, K. F., Carlson, J. F., & Spies, R. S.  (2011).  *Tests in print VIII*.  Lincoln, NE:  Buros Institute of Mental Measurements.

Bovaird, J., Geisinger, K. F., & Buckendahl, C. B.  (Eds.), (2011.) *High Stakes Testing:  Science and Practice in K-12 Settings*.   Washington, DC:  American Psychological Association.

Spies, R. A., Carlson, J. F., & Geisinger, K. F. (Eds.) (2010).  *The Eighteenth Mental Measurements Yearbook*. Lincoln, NE: Buros Institute of Mental Measurements.

Geisinger, K. F., Spies, R. A., Carlson, J.F., & Plake, B. S.  (2007).  *The Seventeenth Mental Measurements Yearbook*. Lincoln, NE:  Buros Institute for Mental Measurements.

Sandoval, J., Frisby, C., Geisinger, K.F., Scheuneman, J., & Ramos-Grenier, J. M. (Eds.).  (1998).*Test interpretation and diversity:  Achieving equity in psychological assessment*.  Washington, DC:  American Psychological Association.

Lloyd, B., Crocker, L., Geisinger, K.F., & Webb, M. (1994).  *Report of the panel convened to review test security procedures at the Educational Testing Service in February, 1994*.  Princeton, NJ:  Educational Testing Service.

Geisinger, K. F.  (1992). *Psychological Testing of Hispanics* (Ed.), Washington, DC: American Psychological Association,  1992.

Geisinger, K. F. & Anastasi, A.  *Instructor's manual to accompany Psychological testing*, A. Anastasi, Sixth Edition.  New York:  Macmillan, 1988.

Geisinger, K. F. & Anastasi, A.  *Instructor's manual to accompany Psychological testing*, A. Anastasi, Fifth Edition.  (With A. Anastasi and S. Urbina.)  New York: Macmillan, 1982.

Anastasi, A. & Geisinger, K. F.  Use of tests with schoolchildren *JSAS Catalogue of Selected Documents in Psychology*, 1981 11, ERIC Document No. ED 194-635.

*Videotapes*

The ABC's of School Testing.  (Project Co-director, with J. J. Fremer and J. Wall).  Co-author of the
        Leader's Guide for the videotape.  Both are available from the National Council on Measurement in
        Education, Washington, DC.  (1994).


*Book Reviews*

Review of The Conditions of Admission:  Access, Equity, and the Social Contract of Public Universities by John
        Aubrey Douglas.  Educational Horizons, 2008, 86, 182-185.

One is the loneliest number: Two is not as bad as one (in some instances). (With S. L. Davis.)  Review of Dyadic
        Data Analysis by D. A. Kenny, D. A. Kashy, W. L. Cook.  Journal of Clinical and Social Psychology,
        2008, 27, 311-313.

Review of Making sense of college grades.  (By O. Milton, H. R. Pollio, and J. A. Eison.)  Journal of
        Educational Measurement, 1988, 25, 167-170.

Review of Support for teaching at major universities.  (Edited by S. C. Ericksen with J. A. Cook.) Improving
        College and University Teaching, 1980, 28, 41.


*Paper Presentations*

Geisinger, K. F. (2015).  The ITC Guidelines on Quality Control in Scoring, Test Analysis and Reporting of Test
        Scores.  In A. Odendall (Chr.), The International Test Commission's Guidelines for Good Testing Practice.
        Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology,
        Philadelphia, PA.  April.

Geisinger, K. F. (2015). Using ITC Guidelines.  In D. Bartram (Chr.), Executive Board Special Session:  Improving
        International Testing Practice with the International Test Commission.  Symposium presented at the annual
        meeting of the Society for Industrial and Organizational Psychology, Philadelphia, PA.  April.

Geisinger, K. F.  (2015). Global transportability of measures.  In Y. Yang & T. L. Hayes (Co-chairs),
        Transportability:  Boundaries, Challenges, and Standards.  Symposium presented at the annual meeting of
        the Society for Industrial and Organizational Psychology, Philadelphia, PA.  April.

Geisinger, K. F. (2015).  Publishing in Applied Measurement in Education.  Roundtable presented at the annual
        meeting of the American Educational Research Association, Chicago, IL. April.

Geisinger, K. F. (2015).  General Overview of Standards for Technical Quality.  In Worrell, F. (Chr.), Higher
        Education Assessment:  Evaluating and Assessing Teacher Preparation Programs.  Symposium presented at
        the annual meeting of the American Educational Research Association, Chicago, IL, April.

Geisinger, K. F. (20154).  Test reviewing at the Buros Center for Testing.  In T. Patelis (Chr.), Various Efforts to
        Evaluate the Quality of Assessment Programs.  Symposium presented at the annual meeting of the National
        Council on Measurement in Education.  Chicago, IL, April.

Geisinger, K. F. (2015).  The assessment of 21sts Century skills:  A global perspective.  Invited address at the
        University of Luxembourg, Luxembourg.  March 4, 2015.

Geisinger, K. F. (2014).  Keynote interview.  In Kristen Huff, (Chair).  Invited keynote presentation at the annual
        meeting of the Northeastern Educational Research Association, October, Trumbull, CT.

Geisinger, K. F. (2014).  The Buros Approach to Ensuring Quality.  In T. Patelis (Chr.)/Ensuring the quality of assessments.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, October, Trumbull, CT.

Geisinger, K. F. (2014).  How do we ensure fairness?  In T. Patelis (Chr.), Fairness issues in assessment and accountability. .  Symposium presented at the annual meeting of the Northeastern Educational Research Association, October, Trumbull, CT.

Geisinger, K. F. (2014).  Evaluating tests:  A continuing effort for psychologists.  Invited divisional keynote presentation, International Congress of Applied Psychology, Paris, France, July, 2014.

Geisinger, K. F. (2014).  International technical standards for  test quality and test reviewing.  In D. Bartram (Chair), Symposium presented at the International Congress of Applied Psychology, Paris, France, July, 2014..

Geisinger, K. F. (2014).  Assessing 21st Century Skills.  Invited workshop presented at the biannual meeting of the International Test Commission, San Sebastian, Spain, July, 2014.

Geisinger, K. F. (2014).  Preparing doctoral-level psychometrics specialists.  In T. Oakland (Chair), How do we prepare psychometric specialists.  Symposium presented at the biannual meeting of the International Test Commission, San Sebastian, Spain, July, 2014.

Geisinger, K. F. (2014).  Applied Measurement in Education.  Roundtable with a journal editor presented at the annual meeting of the American Educational Research Association, Philadelphia, PA, April, 2014.

Lee, H. & Geisinger, K. F.  (2014).  Differential item functioning analysis models in large-scale assessment.  Paper editor presented at the annual meeting of the American Educational Research Association, Philadelphia, PA, April, 2014.

Lee, H. & Geisinger, K. F.  (2014).  Purification of the matching criterion in the equated pooled booklet method for DIF.  Paper editor presented at the annual meeting of the National Council on Measurement in Education, Philadelphia, PA, April, 2014

Geisinger, K. F. (2013).  Outcomes assessment.  Lecture presented at King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia, November.

Geisinger, K. F. (2013).  Classroom assessment.  Workshop presented at King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia, November.

Geisinger, K. F. (2013). Best practices for faculty in graduate admissions.  Workshop presented at King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia, November.

Geisinger, K. F. (2013).  Grading:  Assessment technique and learning facilitator.  Workshop presented at King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia, November.

Geisinger, K. F. (2013).  Setting the minimum passing score for the CFA examination.  Workshop presented to the Chartered Financial Analyst Board of Governors, London, England, November.

Geisinger, K. F. (2013).  Tensions between Educational/Political Realities and Reliability and Validity.  In F. Worrell (Chair), Effective use of data  for program improvement.  Symposium presented at the annual meeting of the American Psychological Association, Honolulu, August.

Geisinger, K. F.  (2013).  Building unbiased assessments.  Workshop presented to the faculties of the Bryan College of Health Sciences, Clarkson College, and Nebraska Methodist College.

Lee, H.S. & Geisinger, K. F. (2013).  Efficiency of Generalized Full Information Bifactor Model.  Poster presented at the annual meeting of the National Council on Measurement in Education, San Francisco, April.

Geisinger, K. F. (2013)  Contributions of Anne Anastasi.  In S. Sinharay (Chair), A look at our psychometric history:  Contributions of Thurstone, Lindquist, Anastasi, Bock, Messick, and Holland.  Symposium presented at the annual meeting of the National Council on Measurement in Education, San Francisco, April.

Geisinger, K. F. (2013).  The future of admissions testing in the United States.  Invited keynote at the Buros "Big Issues in Testing Conference."  Lincoln, NE, March.

Geisinger, K. F.  (2013). A testing course focusing on diversity issues.  In K. F. Geisinger (Chair), Making a quantitative program more multicultural. Symposium presented at the National Multicultural Summit and Conference, Houston, January.

Geisinger, K. F. The future content in admissions testing.  Invited presentation to the First International Conference on Assessment & Evaluation:  Admissions Criteria in Higher Education, Riyadh, Saudi Arabia, December, 2012.

Geisinger, K. F. (2012).  Criterion-referenced testing.  Paper presented at the Ronference Honoring Professor Ronald Hambleton, Amherst, MA, November.

Geisinger, K. F., Carlson, J. F., & Jonson, J.  Evaluating tests:  Fundamental concepts and skills for psychologists and researchers.  Continuing Education Workshop presented at the annual meeting of the American Psychological Association, August, 2012.

Geisinger, K. F. & Bartram, D. International Perspectives on Test Reviewing.  Paper presented at the Quadrennial meeting of the International Congress of Psychology, Cape town, SA, July, 2012.

Geisinger, K. F. Evaluating tests:  Fundamental concepts and skills for psychologists and researchers.  Workshop presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012

Geisinger, K. F. Languages and linguistic diversity.  In P. Elosua (Chair), Linguistic diversity and testing.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

Geisinger, K. F.  The testing of multiple languages in a single country.  In .  In D. Sandilands (Chair), Assessment of linguistic minority students in Canada and the United States.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

Geisinger, K. F.  Some thoughts on international test adaptations.  In J-L. Padilla (Chair), Challenges of test adaptation in special contexts:  The role of the ITC Guidelines.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

Carlson, J. F. & Geisinger, K. F. (2012)  Test reviewing at the Buros Center for Testing.  In K. F. Geisinger (Chair), International Perspectives on Test Reviewing.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

Geisinger, K. F.  (2012).  A 50,000 foot view on observed score equating.  In M. Wiberg (Chair), New developments in observed score equating.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

McCormick, C. M., Shaw, L. H., Evers, A., & Geisinger, K. F. (2012).  A multilevel approach to the EFPA/ITC questionnaire on test attitudes.  In A. Evers (Chair), Attitude of psychologists on tests and testing:  The

results of an international survey.  Symposium presented at the biannual meeting of the International Test Commission, Amsterdam, the Netherlands, July, 2012.

Geisinger, K. F. Cultural bias in testing.  Presentation at the First Session of the Summer Faculty and Staff Development Series, BryantLGH College of Health Sciences, May, 2012.

Geisinger, K. F.  Anne Anastasi's Views on Ability and Achievement.  Invited paper presented at the Hertz Memorial Presentation in Memory of Anne Anastasi at the annual meeting of the Society for Personality Assessment, Chicago, IL, March, 2012.

Geisinger, K. F. & Shaw, L. H. Evaluation of Accuplacer®, PSAT/NMSQT, and SAT program features.  Presentation to the Research Division of the College Board, New York City (also broadcast to Newtown, PA).  March, 2012.

Geisinger, K . F. & Patelis, T. Maintenance schedules for quality.  Presentation to the Research Advisory Committee of the College Board, Phoenix, AZ, March, 2012.

Geisinger, K. F.  The future of admissions testing.  Invited presentation at the ETS Conference on the Future of Learning, Education and Assessment, Educational Testing Service, Princeton, NJ, March, 2012.

Geisinger, K. F.  The scholarly and fair evaluation of psychological tests and assessments:  English language and adapted tests.  Invited workshop at the First Caribbean Regional Conference on  Psychology, Nassau, Bahamas, November, 2011.

Geisinger, K. F.  Testing and psychometrics at NERA.  In R. Michel (Chair).  Designing statewide testing programs.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October 2011.

Geisinger, K. F.  If we could change K-12 testing today.  In T. Patelis (Chair).  Past presidents discuss educational research.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October 2011.

Geisinger, K. F.  Change and stability:  Revisiting new recurrent concerns.  In K. F. Geisinger, (Chair).  Issues in large scale testing.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October 2011.

Geisinger, K. F. Diversity and psychometrics:  A necessary but almost null hypothesis.  In Diversity in Psychometrics, P. Scott-Johnson (Chr.), Symposium  presented at the annual meeting of the American Psychological Association, Washington, DC, August, 2011.

Geisinger, K. F.  Test reviewing at the Buros Center for Testing.  In D. Bartram (Chr.), Internationalization of test reviewing.  Symposium presented at the biannual meeting of the European Congress of Psychology, Istanbul, Turkey, July, 2011.

Geisinger, K. F.  Validation:  Its role in Test Reviews at the Buros Center for Testing.  In S. Sireci (Chr.), Validating educational and psychological tests; Theory, applications, and future directions.  Symposium presented at the biannual meeting of the European Congress of Psychology, Istanbul, Turkey, July, 2011.

Byrne, B. M., Geisinger, K. F. & Oakland, T.  The work of the International Test Commission.  Symposium presented at the Fifth Brazilian Congress of Assessment Psychology, Bento Goncalves, Brazil, June 2011.

Geisinger, K. F.  Scientific Publication in Psychological Assessment: Challenges toward the internationalization of the knowledge.  In E. Remor (Chr.), Scientific Publication in Psychological Assessment: Challenges toward the internationalization of the knowledge.  Symposium presented at the Fifth Brazilian Congress of Assessment Psychology, Bento Goncalves, Brazil, June 2011.

Geisinger, K. F.  The Scholarly Evaluation of Tests and Assessments.  Invited keynote address presented at the Fifth Brazilian Congress of Assessment Psychology, Bento Goncalves, Brazil, June 2011.

Chin, T. Y., Geisinger, K. F. & Yang, Y.  (2011). Classification Accuracy of Diagnostic Methods: A Simulation Study.  Paper presented at the annual meeting of the National Council on Measurement in Education. New Orleans, LA, April, 2011.

Geisinger, K. F.  (2011).  The history of the Buros Center for Testing.  In T. Patelis (Chr.).  Perspectives on the history of testing in the United States.  Symposium presented at the annual meeting of the National Council on Measurement in Education. New Orleans, LA, April, 2011.

Geisinger, K. F.  (2011). Some thoughts on the breadth of educational and psychological testing.  Invited lecture at the University of Kansas, Lawrence, KS.  March, 2011.

Geisinger, K. F.  The Buros Center for Testing and its Admissions Testing Initiatives.  Invited paper presented to the students of the SRAM program, UNL, Lincoln, NE, November 2010.

Geisinger, K. F.  Classical test theory.  In Graduate Students Issues Committee Special Invited Session on Advanced Measurement and Statistics.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2010.

Geisinger, K. F.  Alternate assessment:  Should assessment drive instruction?  Paper presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2010.

Geisinger, K. F.  Dissertations:  Hurdles, pathways or gateways.  In T. Patelis (Chr.) On Finishing and Further: Dissertation Research Now and Then.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2010.

Geisinger, K. F.  Reviewing tests:  A comprehensive approach.  Presentation to the College Board Research and Development staff,  Newtown, PA, October, 2010.

Geisinger, K. F.  Reviewing manuscripts for Applied Measurement in Education.  Presentation to the College Board Research and Development staff,  Newtown, PA, October, 2010.

Geisinger, K. F. Consequences and validity.  In E. Burke (Chr.)  Reconsidering Messick:  Validity and best practices in testing.  Symposium presented at the biennial meeting of the International Test Commission, Hong Kong, July 2010.

Geisinger, K. F. An American Psychometrician's Perspective.   In M. Ph. Born (Chr.), Informing about ISO 10667- An International Standard for Assessment Service Delivery in Work and Organizational Settings. Symposium presented at the biennial meeting of the International Test Commission, Hong Kong, July 2010.

Geisinger, K. F. Evaluating Test Quality as Users and Writing Manuals as Authors: Two Sides of a Coin.  Workshop presented at the biennial meeting of the International Test Commission, Hong Kong, July 2010.

Geisinger, K. F. College Admissions Testing for Student Selection:  Challenges for Deans and Vice President. Paper presented to the Hochschulrektorsconferenz (Conference of University Presidents).  Bonn, Germany, December, 2009.

Geisinger, K. F.  College admissions testing at German universities:  What might such testing look like and what advantages and disadvantages might it bring?  Paper presented to the RWH (University of Aachen) Psychology Department, December 2009.

Geisinger, K. F.  Concepts of validity.  In Patelis, T., Conceptions of validity.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2009.

Geisinger, K. F.  How to get published.  In K. Huff (Chair), Symposium for New Faculty Members.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2009

Geisinger, K. F. Testing Issues and Concerns.  Invited presentation to the Career and Technical Education State Collaborative Working Group of the Council of Chief State School Officers.  Baltimore, MD, October 2009.

Geisinger, K. F.  Paper-and-pencil vs. Computer-based Test Delivery.  Invited presentation to the Career and Technical Education State Collaborative Working Group of the Council of Chief State School Officers. Baltimore, MD, October 2009.

Geisinger, K. F.  A College Admissions Question: What would we do if the SAT and ACT did not exist?  Paper presented at the annual meeting of the Northern Rocky Mountain Educational Research Association, Jackson Hole, October, 2009.  (Also presented to the QQPM Seminar at the University of Nebraska-Lincoln, November, 2009).

McCormick, C. M. & Geisinger, K. F. When do testing accommodations give an unfair advantage?  A Comparison to a double-amputee sprinter's quest to compete in the Olympics.  Paper presented at the annual meeting of the Northern Rocky Mountain Educational Research Association, Jackson Hole, WY, October, 2009.

Foley, B.P., Geisinger, K.F., Roschewski, P., & Foy, E. (2009, October). *Conducting an alignment study in the context of a performance assessment with a single writing prompt.* Paper presented at the Annual meeting of the Northern Rocky Mountain Educational Research Association, Jackson Hole, WY.

Geisinger, K. F. Non-Traditional Admissions Measures in Higher Education:  Some Comments.  In P. Kyllonen (Chr.), New constructs and new measures in higher education admissions.  Symposium presented at the annual meeting of the American Psychological Association, Toronto, CA, August, 2009.

Geisinger, K. F. Research on the SAT-Writing Test.  Discussant Comments in W. Camara (Chair), The SAT Writing Test:  An Update on Research.  Toronto, CA, August, 2009.

The Buros Institute of Mental Measurements Test Review Process (With J. F. Carlson.)  In D. Bartram (Chr.) Symposium on national approaches to test quality assurance.  Symposium presented at the 11th Biannual European Congress of Psycholgy, Oslo, NO, July, 2009.

Status update on the revision of the US Joint Standards on Testing.  In E. Burke (Chr.), International guidelines and standards related to tests and testing.  Symposium presented at the 11th Biannual European Congress of Psycholgy, Oslo, NO, July, 2009.

An educational testing perspective on the ITC testing quality control guidelines in scoring, analysis and reports.  In A. Allalouf & M. Born (Co-Chrs.)  The development of ITC guidelines on quality control in scoring, analysis and reports.  Symposium presented at the 11th Biannual European Congress of Psycholgy, Oslo, NO, July, 2009.

Eosinophilic Esophagitis: Interobserver Variability in a Disease Entity in Which Counting Counts.  (With J. F. Busler, N. Patel, I.D. Hill, & K.R. Geisinger).  Poster presented at the annual meeting of the United States and Canadian Academy of Pathology, Boston, March 2009.

American Psychological Association Science Agenda Goals.  (With M. L. Cooper).  Workshop presented to the Coalition of Academic, Scientific, and Applied Research Psychologists, American Psychological Association Building, Washington, DC, Feb. 19, 2009.

The Buros Center for Testing at the University of Nebraska.  Invited address at the University of Aachen, Aachen, Germany, December, 2008.

Adjusting standards to enhance validity:  Post standard-setting panel considerations to enhance validity.  (With C. McCormick.)  In K. Huff (Chr.), Validating Standards on Educational Tests, Symposium presented at the annual meeting of the Northeastern Educational Research Association, Rocky Hill, CT, October 2008.

A focus and follow-up on fairness.  In T. Patelis (Chr.), The Fordham Five's Fundamentals of Fairness.  Paper presented at the annual meeting of the Northeastern Educational Research Association, Rocky Hill, CT, October 2008.

Testing issues and concerns:  An introductory presentation to the State Directors of Career and Technical Education.  Invited Keynote address to the biannual meeting of the State Directors of Career and Technical Education, Mystic, CT, October, 2008.

Three significant roles in the teaching of measurement:  Mentor, administrator, and campus consultant.  Jacob Cohen Award Speech invited at the annual meeting of the American Psychological Association, Boston, MA, August, 2008.

Issues in cross-cultural testing:  The future was yesterday.  In B. Byrne (Chr.).Interplay of cross-cultural comparisons and related methodological practices.  Symposium presented at the annual meeting of the American Psychological Association, Boston, MA, August, 2008.

The rights and responsibilities of test takers and test makers.  Invited keynote address to the biannual meeting of the International Testing Commission, Liverpool, Eng., July, 2008.

Anne Anastasi's views on ability and achievement:  Implications for the training of measurement professionals.  In T. Patelis (Chr.), The legacy of Anne Anastasi on educational research and assessment:  Commerating the 100th anniversary of her birth.  Symposium presented at the annual meeting of the American Educational Research Association, New York NY,  March, 2008.

Current validation practice for academic achievement tests.  (With C. McCormick & A. Römhild.)  Paper presented at the annual meeting of the National Council on Measurement in Education, New York NY,  March, 2008.

 Timeliness in meeting the testing standards.  In T. Patelis (Chr.), Maintaining quality in large-scale assessment (a.k.a. Maintenance Schedules:  They're not just for your car.)  Symposium presented at the annual meeting of the Association of Test Publishers, Dallas, TX, March, 2008.

An international standard (ISO) for assessment in work and organizational settings.  (With D. Bartram & W. Camara.)  Symposium presented at the annual meeting of the Association of Test Publishers, Dallas, TX, March, 2008.

The historical and present role of the Buros Institute of Mental Measurements.  In K. F. Geisinger (Chr.)  Test evaluation in the 21st Century.  Symposium presented at the annual meeting of the Association of Test Publishers, Dallas, TX, March, 2008.

From the Bronx through New Brunswick to Lincoln, Nebraska: Critical Questions in the Review of Tests.  (With J. F. Carlson).  Paper presented at the annual meeting of the Northeastern Educational Research Association, Hartford, CT, October, 2007.

Implications of the Spellings Commission for Outcomes Assessment in Higher Education.  Paper presented at the annual meeting of the Northern Rocky Mountain Educational Research Association Meeting, Jackson Hole, WY, October 2007.

Assessment after the Spellings Commission.  Paper presented as an after-dinner presentation to the Academic Leadership Dinner held at the annual meeting of the American Psychological Association, San Francisco, CA, August, 2007.

Improving test use.  In L. Stricker (Chair), Improving Test Use.  Discussant comments presented at a symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA, August, 2007.

Changes in the Verbal Test of the GRE.  In K. F. Geisinger (Chair), The Revised Graduate Record Examination General Test—Requisite Knowledge.  Paper presentation in a symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA, August, 2007.

The future of high stakes testing.  Keynote address at the Barbara Plake Festschrift Celebration, Lincoln, NE, May, 2007.

Investigating students with disabilities on the SAT.  In D. L. Morgan (Chair), Investigating students with disabilities on the SAT.  Symposium presented at the annual meeting of the American Educational Research Association, Chicago, IL, April, 2007.

Non-cognitive predictors and academic success.  In A. E.. Schmidt (Chair), The use of non-cognitive measures for guidance and selection.  Discussant comments presented at an invited symposium presented at the annual meeting of the American Psychological Association, New Orleans, LA, August, 2006.

Changes in Large-Scale Admissions Measures in American Higher Education:  Implications for Test Adaptation.  (With D. G. Payne).  Invited paper presented at the fourth biannual conference of the International Test Commission, Brussels, BE, July, 2006.

The New GRE Test.  In D. G. Payne (Chair), The New GRE General Test and GRE 2005Volume Report.  Symposium presented at the annual meeting of the Council of Graduate Schools, Palm Springs, CA, December, 2005.

The New GRE Test.  (With D. Piacentino.), The New GRE General Test.  Paper presented at the annual meeting of the Association of Texas Graduate Schools, Lubbock, TX, October, 2005.

The New GRE Test.  In D. G. Payne (Chair), The New GRE General Test and GRE 2004 Volume Report.  Symposium presented at the annual meeting of the Council of Graduate Schools, Washington, DC, December, 2004.

Development of a Statement of Test Taker Rights and Responsibilities.  In N. Abeles (Chair), Ethical Issues in Assessment.  Invited symposium presented at the annual meeting of the American Psychological Association, Honolulu, HI, August, 2004.

Revisions to the GRE General Test.  In D. Johnson (Chair), Use of the GRE and the Analytic Writing Measure in Master's and Ph.D. Programs:  Views from the Field.  Symposium at the annual meeting of the Council of Graduate Schools, San Francisco, December, 2003.

An Update on the Graduate Record Examination.  Presentation at the annual meeting of the Association of Texas Graduate Schools, San Angelo, TX, September, 2003.

An Administrative Perspective on Part-Time Faculty Members:  The Issue of Best Utilizing Adjuncts.  In J. F. Carlson (Chair), Don't quit your day job:  Perspectives on Part-Time Teaching.  Symposium presented at the annual meeting of the American Psychological Association, Toronto, ON, August 2003.

Psychometric Issues in Testing Individuals with Disabilities:  Instructional Validity.  Invited Keynote Symposium entitled "High Stakes Testing:  Challenges, Victories and Best Practices" at the annual meeting of the International Dyslexia Association, Atlanta, GA, November, 2002.

Some thoughts on Dr. Thomas F. Donlon, My Friend and Mentor.  Acceptance remarks upon receipt of the Thomas F. Donlon Award, presented at the annual meeting of the Northeastern Educational Research Association, Kerhonksen, NY, October, 2002.

Anne Anastasi's continuum of experiential specificity for tests of developed ability and the current SAT controversy.  Paper presented in the Tribute to Anne Anastasi Symposium at the American Psychological Association, Susana Urbina (Chair), Chicago, IL, August, 2002.

Some language issues in educational and psychological testing.  Paper presented at the annual meeting of the American Psychological Association, San Francisco, August, 2001.

Some Thoughts on the Matter of Flagging:  Reactions to a Trial.  Paper presentation to the annual meeting of the National Council on Measurement in Education, Seattle, WA, April, 2001.

Some issues in the college use of Advanced Placement tests.  (With D. DePerro.)  Invited presentation to the annual meeting of the Middle States Regional Council of the College Board, Baltimore, MD, February, 2000.

Testing individuals who do not fit the mold.  Invited presentation to the Psychometrics program, University of Massachusetts, Amherst, MA, October, 1999.

Considerations in adapting intelligence tests:  A focus on the Wechsler Tests.  Invited presentation at the Joint European Conference of the International Association for Cross-Cultural Psychology and the International Test Commission., Graz, Austria, June, 1999.

A review of some Spanish-language adaptations of some English-language intelligence tests.   Keynote address presented at the International Conference on Test Adaptation:  Adapting Tests for Use in Multiple Languages and Cultures, Washington, DC, May, 1999.

Psychometric issues in achieving equity in psychological assessment.  In J. Sandoval (Chair), Test interpretation and diversity:  Achieving equity in psychological assessment.  Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA, August, 1998.

Some Summative Thoughts on Sternberg's Paper and the Validity of the Graduate Record Examination in Graduate Admissions.  In A. R. Fitzpatrick (Chair), Evaluating the predictive validity of the Graduate Record Examination.  Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA, August, 1998.

An interprofessional project on rights and responsibilities of test takers.  In H.E. Roberts-Fox (Chair), Test-taker rights and responsibilities:  Issues and perspectives.  Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA, August, 1998.

Faculty use of the GRE in graduate admissions:  What is the validity?  Paper presented at the annual meeting of the Northeastern Association of Graduate Schools, Baltimore, MD, April, 1998.  (Also presented to the Technical Advisory Committee for the Graduate Record Examination, Educational Testing Service, Princeton, NJ, June, 1998)

The Library of the future:  One academic administrator's reflections.  Keynote address presented at the annual meeting of the New York State Library Assistant's Association, Syracuse, NY, June, 1998.

A brief history of test taker rights and responsibilities:  A call for codification.  In J. Noble, (Chair), The rights and responsibilities of test takers.  Symposium presented at the annual meeting of the National Council on Measurement in Education, San Diego, CA, April, 1998.

Psychometric issues involved in test interpretation for members of diverse groups.  In H. Roberts-Fox (Chair), Test interpretation and diversity:  Achieving equity in assessment,  Invited symposium presented at the Assessment '98:  Assessment for change—Changes in assessment conference, St. Petersburg, FL, January, 1998.

A multi-profession project to enumerate the rights and responsibilities of test takers. In K. F. Geisinger & W. Schafer (Co-chairs), Test taker rights and responsibilities, Invited symposium presented at the Assessment '98: Assessment for change—Changes in assessment conference, St. Petersburg, FL, January, 1998.

Pathways to organizational diversity in the next millennium: Observations of a personnel testing specialist and a college administrator. Invited address to the International Training Conference on Public Personnel Administration: Human Resource Management—Stepping out of the Box. Doris T. McGuffey (Session Chair). Minneapolis, MN, September, 1997.

Suggestions for improving test adaptation practice: Discussant comments. In H. Swaminathan (Chair), Large scale test adaptation projects: Designs, results, and suggestions for improving practice. Symposium presented at the annual meeting of the National Council on Measurement in Education, Chicago, IL, March, 1997,

Testing accommodations for a new millennium: Computer administered testing for a changing society. Invited paper presented at the Invitational Conference on Testing and Higher Education, co-sponsored by Educational Testing Service and Xavier University, New Orleans, March, 1997.

Development of a statement of test takers' rights and responsibilities: Implications for Counselors. In R. Ekstrom, (Chair), The Work of the Joint Committee on Testing Practices. Invited Symposium at the annual meeting of the American Counseling Association, Orlando, FL, March, 1997.

Selected measurement contributions of Harold E. Mitzel. In M. E. Horan, (Chair), A Tribute to Harold E. Mitzel: A founder of NERA and a leader in educational research. Symposium presented at the annual meeting of the Northeastern Educational Research Association, Ellenville, NY, October, 1996,

Development of a statement of test takers' rights and responsibilities. Paper presented as Introductory Remarks to the Open Conference on Test Taker Rights and at the national headquarters of the American Speech Language Hearing Association, Rockville, MD, October, 1996.

The civil service testing of Hispanics. Invited presentation to the Personnel Testing Council of Metropolitan Washington, Washington, DC, September, 1996.

Advances in test adaptation. Discussant comments. In W. Camara (Chair), Adapting and translating educational and psychological tests: Issues, technical advances, and guidelines. Symposium presented at the annual convention of the American Psychological Association, Toronto, CA, August 1996.

Testing people who do not fit the mold. Presidential Scholarly and Creative Activity Award Address presented at the annual Quest conference, Oswego, NY, April, 1996.

The rights of test takers. Paper presented at the California Test Bureau/McGraw-Hill, Monterey, CA, February, 1996. Also presented at Educational Testing Service, Princeton, NJ, June, 1996.

The rights of test takers: A brief history. In K. F. Geisinger, (Chair), The rights of test takers. Symposium presented at the annual meeting of the American Speech Hearing Language Association, Orlando, FL, December, 1995.

The Joint Committee on Testing Standards. In S. Goldsmith, (Chair), The ABC's of School Testing: A Videotape. Symposium presented at the annual meeting of the American Speech Hearing Language Association, Orlando, FL, December, 1995.

The development of a statement of test taker rights. In W. D. Schafer (Chair), Test taker rights. Symposium presented at the annual meeting of the National Council on Measurement in Education, San Francisco, April, 1995.

Reactions from a member of the development committee. In C. B. Schmeiser, (Chair), Making the ideal real: Dissemination and use of the NCME Code of Ethics. Symposium presented at the annual meeting of the

National Council on Measurement in Education, San Francisco, April, 1995.

Psychometric and policy issues in the use of tests with individuals with disabilities.  Paper presented at the Joint Conference on Disability Issues sponsored by the American Bar Association, the Association of American Law School, the Law School Admission Council, and the National Conference of Bar Examiners, St. Louis, MO, April, 1995.

A consideration of graduate education.  In V. Hall, (Chair), Graduate education in psychology.  Symposium presented at the annual meeting of the Northeastern Educational Research Association, Ellenville, NY, October, 1994.

Needed changes in the Revised Standards for Educational and Psychological Testing.  In W. J. Camara (Chair), Revision of the Standards for Educational and Psychological Testing.  Symposium presented at annual conference of the American Psychological Association, Los Angeles, CA,  August, 1994.

A summary of four  reviews of the NCME Code of Professional Responsibility in Educational Assessment.  In C. B. Schmeiser (Chair), Membership Forum on the Proposed NCME Code of Ethics.              Symposium presented at the annual meeting of the National Council on Measurement in        Education, New Orleans, LA, April, 1994.

Who exactly are the testing police?  In W. C. Camara (Chair), Enforcing Professional Standards in Measurement (or Do We Need the Testing Police?).  Symposium presented at the annual meeting of the National Council on Measurement in Education, New Orleans, LA, April, 1994.

The Work of the Joint Committee on Testing Standards:  The ABC's of School Testing.  In D. K. Smith (Chair), The ABC's of School Testing:  A video for parents.  Invited symposium presented at the annual meeting of the National Association of School Psychologists, Seattle, WA, March, 1994.

The  NCME Code of Professional Responsibility in Educational Assessment:  Its development and orientation.  In K. F. Geisinger (Chair), Reactions to the NCME Code of Ethical Assessment Practices in Education.  Symposium presented at the annual conference of the Northeastern        Educational Research Association, Ellenville, NY, October, 1993.

The study of psychological testing of Hispanics: A beginning with a focus on industrial applications.  Address presented to the SUNY Oswego chapter of Sigma Xi, Oswego, NY, September, 1993.

Two SUNY-Oswego teacher education partnerships.  In J. E. Milley (Chair), "Renewing Partnerships," Symposium presented at the Teach America II: Implementing Teacher Education Reform Conference, Washington, DC, June, 1993.

Functions and uses of the Code of Ethical Assessment Practices in Education.  In C.B. Schmeiser (Chair), Ethics in Educational Assessment.  Symposium presented at the Council of Chief State School Offices 1993 National Conference on Large Scale Assessment, Assessment: Key to Systematic Change, Albuquerque, NM, June, 1993.

Standards in standardization: United we stand.  Keynote address presented at the annual spring seminar of the Counseling and Psychological Department, Oswego, NY, April, 1993.

Ethics in the professions: The case of educational assessment.  Invited keynote address at the Phi Kappa Phi Initiation Ceremony, Fordham University, New York, NY, April, 1993.

Audiences, functions and uses of the Code of Ethical Assessment Practices in Education.  In C. B. Schmeiser (Chair), NCME Code of Ethics: Reactions to a draft.  Symposium presented at the annual meeting of the National Council on Education, Atlanta, GA, April, 1993.

Using subject matter experts to assess content representation: An MDS analysis.  (With S. G. Sireci.)  Paper presented at the annual meeting of the National Council on Measurement in Education, Atlanta, GA, April, 1993.

Perspectives on research on teacher education.  Paper presented at the annual convention at the Northeastern Educational Research Association, Ellenville, NY, October, 1992.

Initial validation of placement examinations at a community college.  (With D. G. Seguin & K. S. Sweeney.)  Paper presented at the annual convention of the Northeastern Educational Research Association, Ellenville, NY, October, 1991.

The psychological testing of Hispanics in industry. Paper presented at the monthly meeting of the Connecticut Applied Psychological Association, New Haven, CT, September, 1991.

Testing LEP students for minimum competency and graduation.  Commissioned paper for the National Research Symposium on Limited English Proficient (LEP) Students' Issues:  Focus on Evaluation and Measurement, Washington, DC, September, 1991.

Disclosing interpreted test scores to test takers:  What are the problems?  In J. C. Hansen (Chair), Understanding test results:  What should users and examinees know?  Symposium presented at the American Psychological Association, San Francisco, CA, August, 1991.

The graduate admissions process in psychology.  Psi Chi Invited Lecture presented at the annual meeting of the Eastern Psychological Association, New York, NY, April, 1991.

The metamorphosis in test validation.  Invited address presented at the annual convention of the Northeastern Educational Research Association, Ellenville, NY, November, 1990.

Selecting and evaluating a site for the annual convention. Paper presented at the annual convention of the American Educational Research Association, San Francisco, CA, March, 1989.

Using standard setting data to establish operational cutoff scores.  In B. H. Loyd (Chair), Practical issues in conducting a standard setting study.  Symposium presented at the annual convention of the National Council on Measurement in Education, San Francisco, CA, March, 1989.

Legal issues in test construction, validation and use.  Presidential address presented at the annual convention of the Northeastern Educational Research Association, Ellenville, NY, November, 1988.

Post-hoc strategies for insuring and improving content validity. Paper presented as part of a symposium entitled, Issues related to content validation for selection of municipal employees, at the annual convention of the International Personnel Management Association Assessment Council, Philadelphia, PA, July, 1987.

Whither educational research?  Roundtable presented at the annual meeting of the Northeastern Educational Research Association, Kerhonksen, NY, October, 1986.

Grading non-cognitive student behavior:  A construct validation.  (With V. W. Hevern, S. J.)  Paper presented at the annual meeting of the American Psychological Association, Washington, DC, August, 1986.

The impact of the 1985 Joint Testing Standards on civil service testing.  Invited address as part of the Visiting Scholar Lecture Series, Department of Personnel, New York, NY, March, 1986.

The relationship and stability of two item-bias detection indices.  (With G. Locke.)  Paper presented at the annual meeting of the American Educational Research Association, Chicago, IL, April, 1985.

The microcomputer as a research tool: Statistical packages.  Pre-session presented at the annual
        convocation of the Northeastern Educational Research Association, Ellenville, NY,
        October, 1984.

A questionnaire approach to college curriculum evaluation. Paper presented at the annual convocation
        of the Northeastern Educational Research Association, Ellenville, NY, October, 1984.

Ethnic group differences in the personal biserial index.  (With F. J. Breyer).  Paper presented at the annual
        meeting of the American Educational Research Association, New Orleans, LA, April, 1984.

Public personnel selection testing and the law.  Invited address as part of the Visiting Scholar  Lecture
        Series, New York City Department of Personnel, New York, NY, April, 1984.

An initial classification of non-cognitive student behavior grading items. (With V. W. Hevern, S.J.)  Paper
        presented at the annual meeting of the American Psychological Association, Anaheim, CA,
        August, 1983.  ERIC Document No. PS 014-211.

The relationships of attitudes toward multiple-choice tests and convergent production, divergent pro-
        duction, and risk-taking.  (With D. T. Horber.)  Paper presented at the annual meeting of the
        American Educational Research Association, Montreal, Canada, April, 1983.  ERIC Document
        No. ED 229-435.

Sex: A moderator variable between sex role and statistics performance.  Paper presented at the annual
        meeting of the Eastern Psychological Association, Philadelphia, PA, April, 1983.

Can scientific thinking be measured?  (With P. Biesmeyer & H. Koritz.)  Paper presented at the annual
        convention of the National Science Teachers Association and the Society of College Science
        Teachers, Dallas, TX, April, 1983.

Construct validation of faculty orientations toward grading: An experimental investigation of differential
        grade assignment.  (With G. Locke.)  Paper presented at the annual convocation of the
        Northeastern Educational Research Association, Ellenville, NY, October, 1982.

A validation of the Veterinary Aptitude Test.  Paper presented at the annual convocation of the
        Northeastern Educational Research Association, Ellenville, NY, October, 1981.

Development of a scale to measure attitudes toward multiple-choice testing. (With D. Horber.)  Paper
        presented at the annual convocation of the Northeastern Educational Research Association,
        Ellenville, NY, October, 1981.

Cross-validation of the factor structure of the McGill Pain Questionnaire.  (With L. A. Bradley, M. Byrne, . Troy, L.
        Hopson Van der Heide & E.J. Prieto.)  Paper presented at the annual meeting of the Eastern Psychological
        Association, New York, NY, April, 1981.

Grade inflation and the potential for discrimination in graduate admissions. (With D. Grudzina and M. A.
        Glynn.)  Paper presented at the annual meeting of the National Council on Measurement in
        Education, Los Angeles, CA, April, 1981.

The differential prediction of graduate school success for experimental and clinical psychology students.
        (With J. Powell-Kirnan.)  Paper presented at the annual meeting of the Eastern Educational
        Research Association, Philadelphia, PA, March, 1981.

A  factor analysis of teachers' attitudes about standardized testing.  Paper presented at the annual convocation
        of the Northeastern Educational Research Association, Ellenville, NY, October, 1981.

The incremental validity of an MMPI underachievement scale in predicting academic performance.  (With

T.J. Dignelli.)  Paper presented at the annual meeting of the Eastern Psychological Association, Hartford, CT, April, 1980.

The language of low back pain: Factor structure.  (With L. Hopson, E.J. Prieto, L. A. Bradley, & M. Byrne.)  Paper presented at the annual meeting of the Eastern Psychological Association, Hartford, CT, April, 1980.

An MMPI underachievement scale as a predictor of academic achievement among high school students. (With V. Hevern, S.J.) Paper presented at the annual meeting of the American Educational Research Association, Boston, MA, April, 1980.

Faculty techniques for preventing cheating: Some baseline data.  (With J. J. Maiorca & J. J. Naumann.) Paper presented at the annual meeting of the National Council on Measurement in Education, Boston, MA, April, 1980.

Intra-university variations in grading:  A rationale for differing standards. Paper presented at the annual meeting of the American Educational Research Association, Boston, MA, April, 1980.

Grading and the psychology of motivation.  Invited address to the National Conference on Higher Education, Washington, DC, March, 1979.

Faculty orientations toward grading at three academic institutions.  (With A. N. Wilson & J. J. Naumann.)   Paper presented at the annual convocation of the Northeastern Educational Research Association, Ellenville, NY, October, 1979.

Academic policy and faculty-related changes influencing grading standards. In K. F. Geisinger (Chair), University grade inflation: Documentation, causes, and consequences.  Symposium presented at the annual meeting of the American Psychological Association, New York, NY, September, 1979.

Individual differences among college faculty in awarding grades.  Paper presented at the annual meeting of the National Council on Measurement in Education, San Francisco, CA, April, 1979.

Grading policies and grade inflation.  Paper presented at the annual convocation of the Northeastern Educational Research Association.  Ellenville, NY, October, 1978.

Individual differences in calculator attitudes and performance in a statistics course.  (With D. M. Roberts.) Paper presented for presentation at the annual meeting of the American Educational Research Association, Toronto, Ontario, Canada, April, 1978.

A systems approach to item production and review in a computer-managed instruction project.  In H. E. Mitzel (Chair), Mobile education for nurses: Computer-based instruction in support of an extended degree program for registered nurses.  Symposium presented at the annual meeting of the American Educational Research Association, San Francisco, CA, April, 1976, ERIC Document No. ED 121-280.

Prayer, biographical background and college experience.  Paper presented at the annual meeting of the Southeastern Psychological Association, Hollywood, FL, May, 1974.

Models for the teaching of graduate-level statistics courses in psychology departments.  In E. J. Robinson, Discussion of the role of the statistics course in psychology.  Symposium presented at   the annual meeting of the Southeastern Psychological Association, Hollywood, FL, May, 1974.

## ADMINISTRATIVE DEVELOPMENT

University of Indiana/Purdue University, The Fund Raising School, Center on Philanthropy. *Principles and Techniques of Fund Raising*. Houston, TX (March, 2005).

Lilly Foundation, *Building and supporting diversity at church-related colleges and universities*, Seguin, TX, (March, 2004).

Council of Independent Colleges and American Association of Academic Libraries, *Reforming the academic library*, San Francisco, CA, (February, 2004).

Association for Institutional Research & Council of Independent Colleges, *Data and Decisions*, Denver, CO, (September, 2003).

Council on Independent Colleges, Academic Vice President program entitled *Leading from Within*, led by Dr. Parker Palmer, Kalamazoo, MI (June, 1998).

Harvard University, *Institute for Educational Management* (July, 1995)

University of Massachusetts, Boston (New England Research Center for Higher Education*), Defining the Collective Task* (March, 1994)

Council for Advancement and Support of Education (CASE), *Major Gift Fund Raising for Deans* (May, 1993)

American Council on Education, Center for Leadership Development*, Workshop for Department and Division Chairpersons and Deans* (January, 1987)

Council of Graduate Departments of Psychology, *Workshops for Department Chairs* (February, 1986, 1987)

## ADMINISTRATIVE ACCOMPLISHMENTS

### Buros Center for Testing

- Brought out the 17th and 18th Mental Measurements Yearbook on time.

- Organized and ran the first strategic planning in the center's history to generate a strategic plan (2010).

- Developed a new, international vision for the Center.

- Published Pruebas Publicadas en Español: An Index of Spanish Tests in Print, the first such document in existence.

- Developed plans for a new institute related to assessment literacy and effected them.

- Developed plans to publish the first ever publication enumerating tests in Spanish.

- Brought in new clients for assessment outreach and consultation.

- Set a new course for the types of psychometric consultation that is appropriate given the changes in statewide testing under the Common Core.

- Developed new policies for dealing with test publishers.

- Performed outreach efforts to work with test publishers in a more effective manner.

- Hired new directors for institutes within the Center.

- Developed strategies to identify new test reviewers.

- Reorganized the meeting schedule of the National Advisory Council to provide additional external input.

- Converted secretarial position to student workers.

- Brought more than two million dollars of income over expenses over the initial four-year period.

- Began a process of succession planning.

- Updated the data base that keeps the Test Reviews and Information information.

- Regularized the meeting schedule of our National Advisory Council.

- Helped graduate assistants receive nationally prestigious summer fellowships.

- Initiated, organized and ran the first celebration of the Center's history.

- Re-oriented the Buros Institute for Assessment Consultation and Outreach to focus more on equating and validation.

- Filed suit against Taylor and Francis and received ownership of the journal, **Applied Measurement in Education** and more than  tripled our income from this work.

- Developed a leadership team in the Center.


**The University of St. Thomas**

- Drafted, proposed and had approved a 5-year plan for the Doherty Library.

- Served as a primary participant in the SACS reaccreditation process that was completely successful.

- Partnered with the Museum of Fine Arts to provide all of our students' free membership.

- Negotiated approval of the controversial minor academic program, Woman, Culture and Society.

- Extended partnerships with other Houston museums to extend membership to students.

- Developed and instituted plan to infuse clerical support for academic units.

- Led effort with deans to develop policy on the more effective use of adjuncts.

- Coordinated and organized Chairs Workshop, Fall, 2003.

- Developed and instituted a plan to reduce Arts and Science faculty teaching loads.

- Served as member of the Governing Council, Partnership for Quality Education.

- Hired deans for Schools of Business and Theology.

- Renegotiated contract with the Diocese of Galveston/Houston for the campus of the School of Theology.

- Proposed new plan for faculty evaluation working collaboratively with the Faculty Senate.

- Radically increased grantsmanship in Academic Affairs.

- Advocated for faculty awards in the areas of teaching, scholarship and service.

- Established a process whereby goals for the Core Curriculum could be identified and agreed upon, to lead to the evaluation of the core curriculum.

- Chaired an ad-hoc committee that developed a new plan for hosting Political Speakers on campus.

- Provided Faculty Study Day (Convocation) address (Fall, 2001).  Coordinated Faculty Study Day each semester.

- Held monthly open-houses for faculty members.

- Conducted focused deans' retreats each semester.

- Developed and had approved a faculty exchange program with St. Thomas University, New Brunswik, CA.

- Chaired task force on Academic Integrity.  Produced recommendations for change at the University.

- Reworked the budget of the Reagan Summer Academy so that we could continue to provide collegiate instruction to underserved students from a predominantly Hispanic, urban high school.

## Le Moyne College

- Initiated the O'Brien Faculty Service Award to accompany the Teacher of the Year and Scholar of the Year Awards.

- Upgraded Faculty Convocations as a true "coming together" through use of nationally recognized speakers and coordinated workshops.

- Worked with the Budget Committee and the Vice President for Finance and Treasurer to set aside funds for academic equipment (my initiative).  The budget became the first academic equipment budget at Le Moyne.

- Chaired the board of a multi-university consortium (the Syracuse Consortium for the Cultural Foundations of Medicine).

- Developed and implemented a faculty-run assessment plan.

- Developed plan for, moved through governance, and initiated the Honors House across the street from the Campus Center.

- Developed and submitted a strategic plan for the Academic division.  Began the development of an academic plan for the College.

- Developed a model to help identify the need for faculty lines in academic departments.

- Infused significant technology into the curriculum through a faculty development program led by a faculty member.

- Proposed and negotiated Academic Librarian Status, and had approved by the librarians, the Faculty Senate and the Board of Trustees.

- Engaged in a re-organization of the Academic Affairs Office that led to the new Assistant Vice President for Multicultural Affairs position, a return to a Director of Continuing Education position, and elimination of the Special Assistant position.  Served on a committee to re-conceptualize the College into (1) Arts and Sciences and (2) Management and Graduate Studies.  Hired an Associate Dean to facilitate student-centeredness.

- Worked with other administrators to increase the student-faculty ratio from 12.5-1 to 15-1, as called for by the Board of Trustees.

- Brought about and/or enhanced on-going discussions regarding new majors in Communications, Environmental Science, Global Business, Management Information Systems, Theatre, Nursing, and a masters in Accounting.

- Advanced discussion on campus concerning the arts, internships, international education, increased diversity in faculty hiring, and faculty service through my convocation speeches.

- Worked closely with a faculty committee and with input for the Trustees' Academic Affairs Committee to lead to a plan of action that led to the saving of the Physics major program.

- Led discussion that led to plans for instructional use of an older cafeteria.

- Hired a new and outstanding Director of the Madden Center (a business outreach center) from the local business community.

- Initiated accreditation effort of our Education programs through TEAC.  Led discussions culminating in the decision to pursue TEAC accreditation.   Moved the Department of Education substantially ahead on several fronts through the hiring of a new, outside Department Chairperson.

- Helped to fashion the Arab Studies program and to get it funded and running.

- Worked collaboratively with others to design a new Performing Arts Center and a campus archives.

- Participated in discussions related to the development of approximately 4 smart classrooms/year.

- Established annual budget line ($150,000) for academic (e.g., scientific and instructional) equipment, not including computers (which are funded from other accounts).

- Served on a variety of American Red Cross and regional educational boards.

## SUNY-Oswego

- Led conversion from a Division of Arts and Sciences to a College of Arts and Sciences through faculty governance and administrative structures.

- Raised initial funding for a speaker series to commemorate the founding of the College of Arts and Sciences.  This  series was so successful that it was instituted permanently.

- Increased faculty diversity significantly through hiring procedures.  The percentages of ethnic minority and women tenure-track faculty hires during the 1992-93, 1993-94 and 1994-95 academic years were approximately 25% and 50%, respectively.  Increased the number of women chairpersons from 0 to 3 out of 19.

- Initiated a Faculty Executive Committee for the College of Arts and Sciences to improve consultation.

- Led efforts to develop new majors in Journalism, Graphic Arts, Criminal Justice (transformed from Public Justice), Human Services, Legal Studies, Human Development, and Language and International Trade.

- Initiated and coordinated the actions leading to the chartering of Phi Kappa Phi (national honor society) and the first national interdisciplinary honor society at Oswego) on campus.

- Raised non-state funds to set up a College of Arts and Sciences Faculty Development Travel Fund.

- Initiated and conducted annual new chairperson training programs.

- Organized a development program for all chairpersons from five campuses in the SUNY system.  This program was evaluated by participants as being extremely effective.

- Completed development of a major in Environmental Science.

- Established a board of local health professionals to provide guidance to the health professions and to faculty in the sciences.

- Worked with the Graduate School Dean at SUNY-Health Sciences Center to initiate a summer research and pre-graduate study program for advanced students in biology, chemistry, physics and psychology.

- Co-chaired the Teacher Education Commission (1992-93).

- Hired new directors for the Tyler Art Gallery and the Rice Creek Field Station.

- Instituted more balance among teaching, service and scholarly activity through hiring policies, faculty development activities, and promotion and retention practices.

- Worked as part of a team of deans to develop a more flexible faculty workload policy.

- Initiated the effort to bring a NASA/JOVE to SUNY-Oswego and served as the administrative liaison on the JOVE team.  This grant is the first NASA/JOVE grant in SUNY.

- Served on the Interim Provost Search Committee (1993-94).

- Developed a proposal, received funding for, and initiated a multi-media Language/Journalism laboratory.

Kurt F. Geisinger, Ph.D.                                                                                           Page 36

- Increased the numbers of College of Arts and Sciences students studying abroad through efforts with the Office of International Education.

- Substantially updated technology within department office and science laboratories.

- Served on numerous charitable and community boards.