UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCAITION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR |

### DECLARATION OF SEBASTIAN E. KAPLAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Sebastian E. Kaplan, declare as follows:

1. My name is Sebastian E. Kaplan. I serve as counsel for Defendant Public.Resource.Org, Inc.

2. I am an attorney practicing with Fenwick & West LLP, located at 555 California Street, 12th Floor, San Francisco, California 94104. My phone number is (415) 875-2300.

3. I am a member in good standing of the Bar of California. I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

2

6.   I have been admitted *pro hac vice* to practice in this Court once within the last two years.

7.   I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.   I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 13, 2016 at San Francisco, California.

_____
Sebastian E. Kaplan

Attachment A

**Sebastian Kaplan**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| USDC Northern District of California | 450 Golden Gate Avenue San Francisco, CA 94102 | February 6, 2007 |
| USDC Central District of California | 312 N. Spring Street Los Angeles, CA 90012 | July 25, 2012 |
| U.S. Court of Appeals for the Ninth Circuit | P.O. Box 193939 San Francisco, CA 94119 | February 16, 2007 |