UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCAITION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:14-cv-00857-TSC-DAR |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SEBASTIAN E. KAPLAN**

Upon consideration of Defendant Public.Resource.Org, Inc.'s motion for the admission *pro hac vice* of Sebastian E. Kaplan, it is hereby ORDERED that the motion for the admission *pro hac vice* of Sebastian E. Kaplan on behalf of Public.Resource.Org, Inc. in the above-captioned case be GRANTED, and that Sebastian E. Kaplan is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

Date: _____          _____
                                         Hon. Tanya S. Chutkan
                                         U.S. District Court Judge