## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:14-cv-00857-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.

Dated this 19th day of January, 2016.          Respectfully submitted,

*/s/ Jonathan P. Labukas*
Jonathan P. Labukas
D.C. Bar No. 998662
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC  20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail jonathan.labukas@quarles.com

*Attorneys for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.  Additionally, the foregoing was served, via e-mail, on:

>Andrew P. Bridges
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>abridges@fenwick.com
>
>Matthew B. Becker
>FENWICK & WEST LLP
>801 California Street
>Mountain View, CA 94041
>Telephone: (650) 335-7930
>mbecker@fenwick.com
>
>David Halperin
>1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com
>
>Mitchell L. Stoltz
>Corynne McSherry
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>mitch@eff.org
>corynne@eff.org
>
>*Counsel for Defendant*
>*PUBLIC.RESOURCE.ORG, INC.*

>>*/s/ Jonathan P. Labukas*
>>Jonathan P. Labukas