IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>*Defendant.* | Civil Action No.: 1:14-cv-00857-TSC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc., by its attorneys, provides notice to the Court of the withdrawal of Kathleen Cooney-Porter of MG-IP Law, P.C., previously with the law firm of Oblon, McClelland, Maier & Neustadt, LLP, as counsel for Plaintiffs. Plaintiffs will continue to be represented by Jonathan Hudis and the law firm of Quarles & Brady, LLP.

Dated this 21 day of January, 2016.

Respectfully submitted,

*/s/ Kathleen Cooney-Porter*
Kathleen Cooney-Porter (DC Bar #434526)
MG-IP Law, P.C.
4000 Legato Road, Suite 310
Fairfax, VA 22033
Tel. (703) 621.7140 x 149
kcp@mg-ip.com

*Withdrawing attorney for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Kathleen Cooney-Porter*
Kathleen Cooney-Porter (DC Bar #434526)
MG-IP Law, P.C.
4000 Legato Road, Suite 310
Fairfax, VA 22033
Tel. (703) 621.7140 x 149
kcp@mg-ip.com