# EXHIBIT 8

Home  |  Help  |  Log In  |   Cart (0)  |  JOIN APA

 AMERICAN PSYCHOLOGICAL ASSOCIATION

  MENU

Home  //  About APA  //  Who We Are  //  APA History and Archives  //

✉ EMAIL   🖨 PRINT

# APA Membership Statistics

| Year | Associates | Members | Fellows | Total |
|---|---|---|---|---|
| 2014 | 7,866 | 62,924 | 4,449 | 79,796 |
| 2013 | 8,350 | 69,248 | 4,555 | 82,153 |
| 2012 | 8,535 | 70,054 | 4,491 | 83,080 |
| 2011 | 8,593 | 71,247 | 4,499 | 84,339 |
| 2010 | 9,223 | 77,508 | 4,626 | 91,306 |
| 2009 | 8,775 | 78,618 | 4,626 | 92,019 |
| 2008 | 8,318 | 79,152 | 4,852 | 92,322 |
| 2007 | 7,943 | 79,407 | 4,705 | 92,055 |
| 2006 | 7,385 | 79,158 | 4,653 | 91,196 |
| 2005 | 7,056 | 78,542 | 4,658 | 90,256 |
| 2004 | 7,144 | 78,416 | 4,642 | 90,202 |
| 2003 | 7,240 | 77,938 | 4,597 | 89,775 |
| 2002 | 7,507 | 77,316 | 4,580 | 89,403 |
| 2001 [30, 31, 32] | 7,618 | 76,660 | 4,547 | 88,825 |
| 2000 | 6,732 | 71,847 | 4,517 | 83,096 |
| 1999 | 7,068 | 72,064 | 4,484 | 83,617 |
| 1998 | 7,165 | 71,364 | 4,409 | 82,938 |
| 1997 | 7,450 | 70,587 | 4,350 | 82,387 |
| 1996 | 7,841 | 69,335 | 4,355 | 81,531 |
| 1995 | 7,719 | 67,063 | 4,316 | 79,098 |
| 1994 | 7,532 | 64,234 | 4,242 | 76,008 |
| 1993 | 7,295 | 61,806 | 4,162 | 73,263 |
| 1992 | 7,631 | 60,892 | 4,121 | 72,644 |
| 1991 | 7,884 | 60,259 | 4,059 | 72,202 |
| 1990 | 7,903 | 58,311 | 4,052 | 70,266 |
| 1989 | 8,098 | 56,226 | 3,997 | 68,321 |
| 1988 | 8,347 | 54,644 | 4,005 | 66,996 |

| Year | | | | |
|---|---:|---:|---:|---:|
| 1987 | 8,823 | 52,584 | 3,737 | 65,144 |
| 1986 | 8,587 | 50,727 | 3,832 | 63,146 |
| 1985 | 8,511 | 47,901 | 3,719 | 60,131 |
| 1984 | 8,539 | 46,042 | 3,641 | 58,222 |
| 1983 | 8,600 | 44,212 | 3,590 | 56,402 |
| 1982 | 8,681 | 42,071 | 3,528 | 54,282 |
| 1981 | 8,706 | 40,301 | 3,433 | 52,440 |
| 1980 | 8,865 | 38,675 | 3,393 | 50,933 |
| 1979 | 8,909 | 36,804 | 3,333 | 49,047 |
| 1978 | 8,817 | 34,832 | 3,242 | 46,891 |
| 1977 | 8,658 | 32,797 | 3,195 | 44,650 |
| 1976 | 8,278 | 30,576 | 3,174 | 42,028 |
| 1975 | 7,795 | 28,552 | 3,064 | 39,411 |
| 1974 | 7,357 | 26,644 | 2,999 | 37,000 |
| 1973 | 7,052 | 25,243 | 2,959 | 35,254 |
| 1972 | 6,832 | 23,870 | 2,927 | 33,629 |
| 1971 | 6,611 | 22,526 | 2,848 | 31,985 |
| 1970 | 6,532 | 21,502 | 2,805 | 30,839 |
| 1969 | 6,070 | 19,909 | 2,806 | 28,785 |
| 1968 | 5,640 | 18,889 | 2,721 | 27,250 |
| 1967 | 5,219 | 17,955 | 2,626 | 25,800 |
| 1966 | 4,812 | 17,095 | 2,566 | 24,473 |
| 1965 | 4,362 | 16,664 | 2,535 | 23,561 |
| 1964 | 3,791 | 15,865 | 2,463 | 22,119 |
| 1963 | 3,213 | 15,342 | 2,378 | 20,933 |
| 1962 | 2,623 | 14,931 | 2,337 | 19,891 |
| 1961 | 2,033 | 14,640 | 2,275 | 18,948 |
| 1960 | 1,408 | 14,569 | 2,238 | 18,215 |
| 1959 | 744 | 14,485 | 2,219 | 17,448 |
| 1958 | none | 14,474 | 2,170 | 16,644 |
| 1957 | 13,457 | | 2,088 | 15,545 |
| 1956 | 12,503 | | 2,006 | 14,509 |
| 1955 | 11,579 | | 1,896 | 13,475 |
| 1954 [29] | 10,567 | | 1,813 | 12,380 |
| 1953 | 9,233 | | 1,690 | 10,903 |

| Year | | | | |
|---|---:|---:|---:|---:|
| 1952 | 7,927 | | 1,585 | 9,512 |
| 1951 | 6,979 | | 1,576 | 8,554 |
| 1950 | 5,775 | | 1,498 | 7,272 |
| 1949 | 5,299 | | 1,436 | 6,735 |
| 1948 | 4,493 | | 1,261 | 5,754 |
| 1947 | 3,583 | | 1,078 | 4,661 |
| 1946 [28] | 3,344 | | 1,083 | 4,427 |
| 1945 | 3,161 | 1,012 | | 4,173 |
| 1944 | 2,948 | 858 | | 3,806 |
| 1943 | 2,716 | 760 | | 3,231 |
| 1942 | 2,518 | 713 | | 3,231 |
| 1941 | 2,254 | 683 | | 2,937 |
| 1940 | 2,075 | 664 | | 2,739 |
| 1939 [27] | 1,909 | 618 | | 2,527 |
| 1938 [26] | 1,715 | 603 | | 2,318 |
| 1937 | 1,551 | 587 | | 2,138 |
| 1936 | 1, 431 | 556 | | 1,987 |
| 1935 | 1,276 | 542 | | 1,818 |
| 1934 | 1,224 | 530 | | 1,754 |
| 1933 | 1,135 | 535 | | 1,670 |
| 1932 | 985 | 525 | | 1,510 |
| 1931 | 737 | 530 | | 1,267 |
| 1930 | 571 | 530 | | 1,101 |
| 1929 | 353 | 540 | | 893 |
| 1928 [25] | 165 | 534 | | 699 |
| 1927 [23] | 92 | 516 | | 608 [24] |
| 1926 | 41 | 494 | | 535 |
| 1925 [22] | | 471 | | 471 |
| 1924 [20] | | 464 | | 464 [21] |
| 1923 [17] | | 457 [18] | | 457 [19] |
| 1922 | | 442 | | 442 |
| 1921 [14, 15] | | 424 | | 424 [16] |
| 1920 [13] | | 393 | | 393 |
| 1919 | | 372 | | 372 |

| Year | Members | Total |
|---|---|---|
| 1918 | 367 | 367 |
| 1917 | 336 | 336 |
| 1916 [11] | 308 | 308 [12] |
| 1915 [10] | 291 | 291 |
| 1914 | 285 | 285 |
| 1913 | 271 | 271 |
| 1912 | 262 | 262 |
| 1911 [9] | 244 | 244 |
| 1910 | 228 | 228 |
| 1909 | 225 | 225 |
| 1908 | 209 | 209 |
| 1907 | 209 | 209 |
| 1906 [8] | 190 | 190 |
| 1905 | 168 | -168 |
| 1904 | 94 | -151 |
| 1903 | 135 | 135 |
| 1902 | 127 | 127 |
| 1901 | 127 | 127 |
| 1900 | 127 | 127 |
| 1899 | 113 | 113 |
| 1898 | 111 | 111 |
| 1897 [7] | 87 | 87 |
| 1896 [6] | 94 | 94 |
| 1895 | 78 | 78 |
| 1894 [5] | 67 | 67 |
| 1893 | 54 [3] | 54 |
| 1892 | 31 [1] | 31 |
| 1892 | 42 [2] | 42 [4] |

## Footnotes

[1] Preliminary Meeting.

[2] First Annual Meeting.

[3] Figures in parentheses are estimates.

[4] The first mention of membership appears in a tentative ad interim constitution adopted at the first annual meeting (1892) which reads: "The right of nomination for membership is reserved to the Council, the election to be made by the Association." (Fernberger, 1932, p. 7-8).

[5] In the first constitution adopted at the third annual meeting (1894) no specific article is concerned with membership. But, in Article II, which provides for a council of six members with the president ex-officio, we find as one of its duties that they "shall nominate new members" and also that "the resolutions of the Council shall be brought before the Association and decided by a majority vote." (Fernberger, 1932, p. 8).

[6] As early as 1896, one finds that (Lightner) Witmer proposed that "all names nominated by the Council, shall be presented to the Association at its opening meeting in written form or visibly displayed upon a blackboard, together with a statement of the contribution or contributions to psychology, in virtue of which the persons named are eligible to Membership, and that the final action upon such names shall be taken by the Association at the final business meeting." (Fernberger, 1932, p. 8).

[7] Perhaps because of (Lightner) Witmer's motion the previous year, it was voted in 1897 "that nomination blanks be provided by the Secretary with spaces for the name, official position and publications of the candidate and the names of two proposers, members of the Association; such blanks to be filled in and sent to the Secretary before the meeting and to be read before the Association when the name of such candidate comes up for election." (Fernberger, 1932, p. 8).

[8] Council decided in the future to define the qualifications and make them more difficult. This was accomplished in 1906 by a formal announcement of the council to the association of the principles which guided them in nominating or declining to nominate individuals proposed for membership. "The Constitution reads that those are eligible for membership who are engaged in 'the advancement of Psychology as Science.' In interpreting the Constitution the Council has, historically and consistently, recognized two sorts of qualifications for membership: professional occupation in psychology and research. The Council now adheres to a somewhat strict interpretation of the former of these qualifications so that, in the absence of research, positions held in related branches such as philosophy and education, or temporary positions, such as assistantships in psychology, are not regarded as qualifying candidates for membership." (Fernberger, 1932, p. 9).

[9] "The Council having for some years back experienced frequent difficulty in securing adequate information regarding applicants for membership in the Association made public the following announcement: The Council requests that all recommendations for membership in the Association submitted to the Secretary at least one month in advance of the time of election, and that these recommendations be accompanied by Statement of the candidate's professional position and by copies of published researches." (Fernberger, 1932, p. 9).

[10] In 1915, at the end of this low period, (Charles) Judd questioned the council's interpretation of a statement regarding requirements of candidates for admission to membership in the association and moved that it be the sense of the association that the statement appended to Article I of the Constitution defining 'temporary positions' should be interpreted to include under this head the position of instructor." The motion was carried and we see, for the first time, the association as a whole, rather than the council, initiating a definition of qualifications for membership. This motion defines an instructorship as a temporary position and hence, for a younger man, throws still greater emphasis on the question of publication. (Fernberger, 1932, p. 10).

[11] In the next year (1916) the council again initiates a move for greater standardization as follows: "A proposal for membership, signed by at least two members of the Association, must be submitted to the Secretary, for the Council at least one month in advance of the annual meeting. The proposal must be accompanied by (1) a statement of the candidate's professional position and degrees, naming the institutions by which and the dates when, conferred, and (2) by copies of his published researches. In the absence of acceptable publications of a psychological character, or a permanent position in psychology, the conditions of membership will not be regarded as having been fulfilled." This announcement merely still further defined Judd's motion of the year before and for the first time specifically mentions academic degrees. (Fernberger, 1932, p. 10).

[12] In the same year (1916) the council also announced that "Proposals to membership that are unfavorably acted upon by the Council must be renewed for action at a subsequent meeting." (Fernberger, 1933, p. 10).

[13] In this year (1920) it was voted "that a committee of three, including the Secretary, be appointed by the President to revise the requirements for membership and to report at the next annual meeting of the Association." Boring was appointed chairman with Dunlap and Terman as the committee. It was also proposed and voted that this be referred to the new committee, that foreign members be not elected to active membership but "that distinguished psychologists in foreign countries be elected, upon recommendation of the Council, corresponding members of the Association and that such corresponding members be not subject to the payment of dues." (Fernberger, 1932, p. 11).

[14] In 1921 this committee reported and the report was adopted by the association in part only. The committee recommended two grades of membership, members and fellows. The recommendation was for the creation of 100 fellows within the membership of the association and asked for a new committee to consider the mode of election of these fellows, their qualifications, functions, etc. (Fernberger, 1932, p. 11).

[15] But the first part of the report, which was adopted and became law, more fully and clearly defines qualifications for membership.

In a preamble the committee states: "The Committee believes further that the qualifications should be formulated in accordance with the object of the Association, ' the advancement of psychology as a science ' as stated in the Constitution; and they believe that this end will be most readily secured by placing emphasis upon scientific publication. They believe further that the time has come to abandon professional position or title as a basis for election on account of the reason that the multiplication of special positions, especially in nonacademic fields of psychology, makes the interpretation of the significance of position impracticable." In order to enforce this point of view, the Association adopted the Committee's specific recommendations for qualifications for members the establishment of an 'associate' grade of membership and to report to the 1924 meeting with recommendations." (Fernberger, 1932, p. 11-12).

[16] The Association adopted the committee's specific recommendations for qualifications for membership which were "(1) acceptable published research of a psychological character and (2) of the degree of the Doctor of Philosophy, based in part on a psychological dissertation." The question of the degree may be waived by the council in special cases providing it states its reasons when making the nomination. And further "(3) it is also expected that the Council shall assure itself that the nominee is actively engaged in psychological work at the time of the nomination." (Fernberger, 1932, p. 12).

[17] 1924: At the meeting the year before it was decided that nominations must be made "not later than March 15 of the year in which the nomination is to be first acted upon." (Fernberger, 1932, p. 12).

[18] 1923: the Council shall have power to defer action upon such proposals for membership as it deems necessary providing, however, that the third annual meeting after the original receipt of the nomination papers, it must decide either to present or not to present the candidate's name to the Association. A proposal for membership cannot be reviewed until two years have elapsed after the Council's action upon it." (Fernberger, 1932, p. 12).

[19] 1923: It was voted that a committee of three be appointed "to consider the advisability of the establishment of an 'associate' grade of membership and to report to the 1924 meeting with recommendations." Boring was appointed chairman of this committee with F. L. Wells and Hunter. The report, which was a lengthy one, was presented in 1924 and printed in the Proceedings. The committee "are unanimous in the opinion that the purposes of the Association will be served by the creation of a class of Associates " because the growth of psychology has "created distinct groups of persons engaged in psychological work of a scientific character at less advanced levels" so that the fundamental requirements of membership can no longer be met by this group. Hence the Committee proposes a class of Associates eligible under the following qualifications: "(1) any person devoting full time to work that is primarily psychological; (2) any person with the degree of Doctor of Philosophy, based in part upon a psychological dissertation and conferred by a graduate school of recognized standing, or (3) scientists, educators or distinguished persons, whom the Council may recommend for sufficient reason." (Fernberger, 1932, p. 12).

[20] The exclusionary tendency that predominated the first two decades of the 20th century was to eliminate from membership individuals who were not directly involved in psychological pursuits. The Definition of Psychology officially hinged on the terminology of the association's constitution as "The Advancement of Psychology as a Science," which was primarily that of academic psychology involved in research, primarily experimental research. In general, it was the individuals on the periphery of psychology who were eliminated, those with a non professional, amateur's interest in the field, and those primarily involved in philosophy. (Evans, 1992, p. 78).

[21] The committee then further recommends certain methods of application of the change. The application for associateship may be made by the candidate rather than by two proposers as for membership. But two endorsers must be specified by the applicant with whom the council may (and always did) communicate. The application must be received by October 1 instead of March 15 as for Members. The council is to consider all applications for associateship and recommend to the association which elects. The associates to have the right of the floor at the annual meetings and the right participate in the programs but are not entitled to hold office or to vote. Upon the recommendation of the council and by the majority vote of the annual meeting an associateship may be terminated. (Fernberger, 1932, p. 13).

[22] The necessary by-laws and constitutional changes were passed for the first time in 1924 and received the necessary second passage in 1925. Immediately and at the same meeting these changes the by-laws became effective by the election of forty-five associates. (Fernberger, 1932, p. 13).

[23] The committee suggests a form by means of which associates may apply for membership. This is to be accomplished by having all associates asked each year if they care to make application for membership. The committee also suggested a similar form of application blank for both grades. The changes were passed in 1927 on its second reading. This change had the effect of still further raising the qualifications for Membership by defining a policy of the council demanding at least two publications beyond the doctorate thesis. It makes the date of application for both grades uniform with a closing on March 15th. (Fernberger, 1932, p. 14).

[24] The council in 1927 were willing to recommend only a relatively few associates for membership inasmuch as they were not willing to construe graduate work as "devoting full time to professional work in psychology." Hence in this year a change was made

in the by-laws which changed this qualification to read "who have had at least one full year of graduate work in psychology in a recognized graduate school or who at the time of application are devoting full time to professional or graduate work in psychology." (Fernberger, 1932, p. 14).

[25] In 1928 a new mechanism for handling nominations was approved by the council. According to this new method, which is still in practice, the Secretary first reviews each nomination. For those cases where there is no question that the candidate is eligible for associateship but not for membership (and this includes the great majority of the cases) the secretary himself approves the nomination and writes to so inform the candidate, telling him that if he objects to this ruling and insists upon being considered for membership, that his case will be presented to the council. For all other cases, those who seem to be eligible for membership and those whom the secretary considers are not qualified for associateship, the former method of submitting transcripts for the consideration of the council is followed. (Fernberger, 1932, p. 15).

[26] 1) The association shall consist of three classes of persons: first, members, second, associates and third, honorary members. 2) Members of the association shall be persons who are primarily engaged in the advancement of psychology as a science. 3) Associates shall be such other persons as are interested in the advancement of Psychology as a science and who desire affiliation with the association for this reason. Three honorary members shall be persons, who having reached the age of seventy years and having been members for at least twenty years, request such status. (APA Yearbook, 1938, pgs. 14-15).

[27] The association shall consist of three classes of persons: first, members, second, associates and third, life members. Four life members shall be persons who, having reached the ages of seventy years and having been members of the association for at least twenty years, request such status. (APA Yearbook, 1939, pg. 21).

[28] The association shall consist of three classes of members: Fellows, associates and life members. Two fellows of the association shall be persons who are primarily engaged in the advancement of psychology as a profession..(APA Yearbook, 1946-1947, p. 26).

[29] 1954, the council formally requested the Policy and Planning board to study the standards for membership, which, at that time, were those set forth in article II of the original (1946) bylaws. These classes of Membership were defined as follows:

- Fellow. Holder of Doctoral degree based in part of a dissertation psychological in nature, prior membership as an associate and acceptable, published research beyond the dissertation or four years of acceptable professional experience. The nomination was made by a Division to the Board of Directors, which, if approved was recommended to the council.

- Associate. Holder of a doctorate *or* completion of two years of graduate work in psychology, *or* completion of the year of graduate study and one year of professional experience; or that the individual be a distinguished person recommended by the board of directors.

- Life Member. A fellow or and associate for 25 years and attainment at age 65.

As a result of its deliberations, the Policy and Planning board recommended to the Board of Directors that the categories be revised. After some years of debate, the Council approved three classes of membership: fellow, member and associate. On approval by the membership, this change went into effect at the beginning of 1958. Standards for Fellow were strengthened by requiring the nominating division to furnish the Membership Committee with clear evidence of the candidate's unusual or outstanding accomplishment in Psychology. The new category of member required the doctorate, thus preserving the time-honored criterion. The class of associate was continued for subdoctoral psychologist, but it was stipulated that when an associate was awarded the doctorate, he or she would automatically be raised to member. The life member category was dropped, but waiver of dues, when requested, for members over 65 years of age and with 25 years of membership were retained. Various types of affiliates, such as student, division and foreign were recognized, but, as in 1945, they were not counted as members of the association. (Evans, 1992, p. 182-183).

[30] Member: The minimum standard for election to member status is receipt of the doctoral degree based in part on a psychological dissertation or based on other evidence of proficiency in psychological scholarship. The doctoral degree must be received from a program primarily psychological in content and must be conferred by a graduate or professional school that (a) is regionally accredited or (b) has achieved such accreditation within five years of the year the doctorate was granted, or (c) is a school of equivalent standing outside of the United States. All members may vote and hold office in the association. (Directory, 2001, p. IX).

[31] Associate Member: To become an associate member, an applicant must meet one of two sets of requirements: (a) must have completed two years of graduate work in psychology at a regionally accredited graduate or professional school or (b) must have received the master's degree in psychology from a regionally accredited graduate or professional school. Associate members initially may not vote or hold office in APA. After five consecutive years of membership, associate members may vote. (Directory, 2001, p. IX).

[32] Fellow: Qualified members, may, on nomination by an APA division and election by the Council of Representatives, become fellows of the APA. Candidates for fellows status must previously have been members for at least one full year, have a doctoral degree in psychology and at least five years of acceptable experience beyond that degree, hold membership in the nominating division, and present evidence of unusual or outstanding contribution or performance in the field of psychology. Fellows may vote and hold office. (Directory, 2001, p. IX).

## Bibliography

- American Psychological Association. (1938). "Bylaws: Article I." *American Psychological Association Yearbook: 1938 Edition.* Washington, DC: American Psychological Association. 14-15.

- American Psychological Association. (1939). "Bylaws: Article I." *American Psychological Association Yearbook: 1939 Edition.* Washington, DC: American Psychological Association. 21.

- American Psychological Association. (1947). "Bylaws: Article II." *American Psychological Association Yearbook: 1946-1947 Edition.* Washington, DC: American Psychological Association. 26-27.

- American Psychological Association. (2001). *Directory of the American Psychological Association: 2001 Edition.* Washington, DC: American Psychological Association. IX.

- Crawford, Meredith P. (1992) "Rapid Growth and Change." *100 Years: The American Psychological Association: A Historical Perspective.* Washington, DC: American Psychological Association. 182-183.

- Evans, Rand B. (1992) "Growing Pains." *100 Years: The American Psychological Association: A Historical Perspective.* Washington, DC: American Psychological Association. 76-80.

- Fernberger, Samuel W. (1932). History of the American Psychological Association. *Psychological Bulletin*, 29, 7-15.

share this page:

| FACEBOOK | TWITTER | LINKEDIN | GOOGLE+ | EMAIL |

### Affiliate and International

- APA Affiliate and International Membership Totals 2001-Present



ADVERTISEMENT

| APA Home | Contact | Press Room | Advertise | APA Store | Privacy Statement | Terms of Use | Accessibility | Website Feedback | Site Map | Help |

© 2016 American Psychological Association
750 First St. NE, Washington, DC 20002-4242
Telephone: (800) 374-2721; (202) 336-5500
TDD/TTY: (202) 336-6123

Join APA | Renew Membership

Follow APA: 

**More APA websites:**

| APA Style | APA Practice Central | APA Center for Organizational Excellence | ACT Raising Safe Kids Program |
| APA Education Advocacy Trust | Online Psychology Laboratory | Psychology: Science in Action | APA PsycNET® |