# EXHIBIT 14



Sign-In to Store Account ▾ | Register | Customer Service | Feedback

**SHOP BY:** Practice Area ▾ | Jurisdiction ▾ | Products ▾ | Law School ▾ | Law Enforcement ▾

CART ( 0 items )

Home › Shop by Practice Area › California Intellectual Property Laws, 2015 Edition



# California Intellectual Property Laws, 2015 Edition

**Publisher:** Matthew Bender

Includes complete and fully updated provisions of all relevant California and federal intellectual property statutes with expert commentary.

| | | | |
|---|---|---|---|
| **Print Book** ISBN:9781632810083 | Quantity: [−] 1 [+] | $146.00 | Add to Cart |
| **eBook: epub** ISBN:9781632810090 | Quantity: [−] 1 [+] | $146.00 | Add to Cart |
| **eBook: mobi** ISBN:9781632810090 | Quantity: [−] 1 [+] | $146.00 | Add to Cart |

🖨 Print

**Description** | Table of Contents | Volume Pricing | Reviews

Get complete and fully updated text provisions for all relevant California and intellectual property statutes along with expert commentary by Leech Tishman Fuscaldo & Lampl with **California Intellectual Property Laws**. Includes an Introduction that provides an overview of intellectual property law and Finding Aids that consist of topical references to Federal and California statutes.

Key California statutes are accompanied by consultant comments and annotations. Consultant comments reflect the observations, opinions, and practical experience of the Editorial Consultant. Annotations are also included to help direct the practitioner to key cases and secondary sources.

The eBook version of this title features links to Lexis Advance for further legal research options.

### Recommended Products

**Chisum on Patents**
For pricing and more information on this title, call 1-877-394-8826. Discounts may be available to customers that subscribe to both online research and print products. The most cited patent law treatise today, providing definitive analysis of all issues involving patent law doctrine, rules and case law.

**Deering's California Codes Annotated**
Since 1866, smart practitioners have turned to Deering's California Codes ...



**Lexis Practice Advisor - Intellectual Property & Technology**
Lexis Practice Advisor® Intellectual Property & Technology is a comprehensive resource that provides unique insight on topics, transactions and perspectives that are most critical to IP practitioners like you. Learn more about practical guidance content written by leading practitioners.

**Moores Federal Practice Reference Guide: Manual of Complex Litigation**
Moores Federal Practice Reference Guide - Manual for Complex Litigation, Fourth. Issued in 2004 under the auspices of the Federal Judicial Center, Washington, D.C., the Fourth Edition of the Manual is an important resource for federal litigators.

**Nimmer on Copyright**
The most cited work in the field and the undisputed leading authority for in-depth, comprehensive analysis of U.S. copyright law.



California Intellectual Property Laws

Contact a Sales Person: 1-877-394-8826 | Contact Us | ▼ Worldwide Shops

Home | Our Company | Product Sign-In | Communities | Privacy & Security | Terms & Conditions | Site Map

Copyright © 2016 LexisNexis. All rights reserved.