# EXHIBIT 15



Try Prime

Books

New Year, New You Sponsored by Intuit

Shop by Department | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello. Sign in Your Account | Try Prime | Your Lists | 0

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Textbool

Sign in

New customer? Start here.

Books › History › Military

See this image

# Code of Federal Regulations, Title 38, Pensions, Bonuses, and Veterans' Relief, Pt. 0-17, Revised as of July 1, 2015

Paperback – November 20, 2015

by Office of the Federal Register (U.S.) (Compiler)

Be the first to review this item

See all formats and editions

**Paperback**
**$66.00**

8 Used from $61.70
12 New from $56.52

Share

Buy New $66.00

Qty: 1

FREE Shipping.

Temporarily out of stock.

Order now and we'll deliver when available. Details

Ships from and sold by Amazon.com.

Gift-wrap available.

Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Turn on 1-Click ordering for this browser

**Ship to:**

SANTACLARA, CA 95050

Buy Used $61.70

Have one to sell? Sell on Amazon

Best Books of 2015

Looking for something great to read? Browse our editors' picks for 2015's Best Books of the Year in fiction, nonfiction, mysteries, children's books, and much more.

## Customers Who Viewed This Item Also Viewed

Code of Federal Regulations, Title 38 - Parts 18-end Pensions, Bonuses & Veterans Relief
National Archives and…
Paperback

Code of Federal Regulations Title 38, Pensions, Bonuses and Veterans' Relief, Parts 0-
National Archives and…
Paperback
$66.00 Prime

Code of Federal Regulations, Title 38, Pensions, Bonuses, and
Office of the Federal…
2
Paperback
$66.00 Prime

Code of Federal Regulations, Title 38,

Code of Federal Regulations, Title 38, Pensions, Bonuses, and Veterans' Relief, Pt. 0-17, Revised as of July 1, 2015: Office of the Federal Register (U.S.): 9780160929229: Amazon.com: Books

Case 1:14-cv-00857-TSC   Document 67-17   Filed 01/21/16   Page 3 of 4

Pensions, Bonuses, and Veterans' Relief, Pt. 18-
Office of the Federal…
Paperback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Veterans Codes** - Learn About **Veteran** Laws. Find Lawyers for Free at FindLaw.   lawyers.findlaw.com/**Veteran**

Ad feedback

## Special Offers and Product Promotions

- Your cost could be **$36.00 instead of $66.00**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $30.00** off instantly as a gift card. Apply now.

## Product Details

**Paperback:** 872 pages
**Publisher:** Office of the Federal Register; Revised edition (November 20, 2015)
**Language:** English
**ISBN-10:** 0160929229
**ISBN-13:** 978-0160929229
**Product Dimensions:** 5.8 x 1.5 x 9.1 inches
**Shipping Weight:** 12.6 ounces (View shipping rates and policies)
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #1,333,756 in Books (See Top 100 in Books)

#996 in Books > History > Military > United States > **Veterans**
#1258 in Books > Law > **Tax Law**
#3361 in Books > Law > **Administrative Law**

Would you like to **update product info** or **give feedback on images**?



**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE Kindle Reading App**.

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

Ad feedback



Code of Federal Regulations, Title 38, Pensions, Bonuses, and Veterans' Relief, Pt. 0-17, Revised as of July 1, 2015: Office of the Federal Register (U.S.): 9780160929229: Amazon.com: Books

Case 1:14-cv-00857-TSC   Document 67-17   Filed 01/21/16   Page 4 of 4

Back to top

### Get to Know Us
- Careers
- About Amazon
- Investor Relations
- Amazon Devices

### Make Money with Us
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

### Amazon Payment Products
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| --- | --- | --- | --- | --- | --- | --- |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates