# EXHIBIT 16



Sign In | My Account ▼ | Save $5 on Two Business Books | Membership | Gift Cards | Stores & Events | Help

Books | NOOK Books | nook | Textbooks | Bargain | Newsstand | Teens | Kids | Toys & Games | Hobbies & Collectibles | Home & Gifts | Movies & TV

**You are looking at**
- Barnes & Noble Classics ✕
- Fiction ✕
- Fiction & Literature Classics ✕
- American Fiction & Literature Classics ✕

*Refine by*

**Prices** −
- Under $5
- $5 - $10
- $10 - $25
- $25 - $50

**Formats** −
- Paperback
- NOOK Book
- Hardcover

ADVERTISING

## { Barnes & Noble Classics }

Showing **1 - 20** of **64** results

Best Sellers ▼ | 20 ▼ | [grid] [list] | 1 | 2 | 3 | ›


**Essential Tales and Poems of…**
by Edgar Allan Poe
★★★½☆
Paperback $7.88
NOOK Book $4.99


**Moby-Dick (Barnes & Noble…**
by Herman Melville
★★★½☆
Paperback $8.60
NOOK Book $3.99


**The Scarlet Letter (Barnes &…**
by Nathaniel Hawthorne
★★★½☆
Paperback $6.25
NOOK Book $3.99


**Adventures of Huckleberry Finn…**
by Mark Twain
★★★½☆
Paperback $6.25
NOOK Book $3.99


**Narrative of the Life of…**
by Frederick Douglass
★★★½☆
Paperback $6.25
NOOK Book $3.99


**Little Women (Barnes & Noble…**
by Louisa May Alcott
★★★☆☆
Paperback $7.15
NOOK Book $3.99


**Adventures of Tom Sawyer…**
by Mark Twain
★★★½☆
Paperback $6.25
NOOK Book $3.99


**The Beautiful and Damned…**
by F. Scott Fitzgerald
★★★☆☆
Paperback $8.05
NOOK Book $4.49


**The Jungle (Barnes & Noble…**
by Upton Sinclair
★★★½☆
Paperback $8.95
NOOK Book $3.99


**Uncle Tom's Cabin (Barnes &…**
by Harriet Beecher Stowe
★★★½☆
Paperback $7.15
NOOK Book $3.99


**The Legend of Sleepy Hollow…**
by Washington Irving
★★★☆☆
Paperback  $8.05
NOOK Book  $3.49


**Call of the Wild and White…**
by Jack London
★★★★☆
Paperback  $6.25
NOOK Book  $3.99


**The Collected Poems of Emily…**
by Emily Dickinson
★★★½☆
Paperback  $7.15
NOOK Book  $4.49


**This Side of Paradise (Barnes …**
by F. Scott Fitzgerald
★★★½☆
Paperback  $8.95


**The Last of the Mohicans…**
by James Fenimore Cooper
★★★★☆
Paperback  $8.95


**Age of Innocence (Barnes &…**
by Edith Wharton
★★★½☆
Paperback  $8.05
NOOK Book  $3.99


**My Antonia (Barnes & Noble…**
by Willa Cather
★★★½☆
Paperback  $6.25
NOOK Book  $3.99


**Incidents in the Life of a…**
by Harriet Jacobs
★★★★☆
Paperback  $8.05
NOOK Book  $3.49


**House of Mirth (Barnes & Noble…**
by Edith Wharton
★★★½☆
Paperback  $7.15
NOOK Book  $4.49


**Leaves of Grass: First and…**
by Walt Whitman
★★★★½
Paperback  $9.32

Best Sellers ▼    20 ▼        1 | 2 | 3 | >

ADVERTISING



---


**Visit Your Local Store**
Find Author Events and Storytime
**Find a Store >**


**Gift Cards**
Always the Perfect Gift
**Shop Now >**


**Barnes & Noble Café**
Relax and Refuel
**Visit BN Café >**


**B&N Membership**
Don't Miss Out on Savings
**Learn More >**

| **B&N Services** | **Shipping & Delivery** | **Quick Help** | **Store & Events** |
|---|---|---|---|
| Advertise | About Free Shipping | Customer Service | *Author Events, FREE Wi-Fi, and more* |
| Publisher & Author Guidelines | About Shipping | Order Status |  Store Locator |
| Self-Publish with NOOK Press | Shipping Rates | Easy Returns | |
| Bulk Order Discounts | | Product Recalls | |
| B&N Membership | **NOOK** | | **Be in the Know** |
| B&N MasterCard | NOOK Tablets & eReaders | **About Us** | *Sign up for savings, news, updates* |
| B&N Kids' Club | NOOK Mobile Apps | About B&N | Email Address  Submit |
| B&N Educators | Special Offers | Investor Relations | |
| B&N Bookfairs | NOOK on Facebook | Barnes & Noble, Inc. |    |
| Careers at B&N | NOOK on Twitter | | |

Terms of Use    Copyright & Trademark    Privacy Policy    Sitemap    Accessibility    © 1997-2016 Barnes & Noble Booksellers, Inc.
122 Fifth Avenue, New York, NY 10011.