# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG,<br><br>　　　　　　　Defendant. | Case No. 1:14-CV-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION TO STRIKE ECF NO. 60-88, THE DECLARATION OF KURT P. GEISINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br><br>Action Filed:   May 23, 2014 |

Having fully considered Defendant-Counterclaimant's Motion to Strike ECF No. 60-88, the Declaration of Kurt P. Geisinger In Support of Plaintiffs' Motion for Summary Judgment, and all documents and argument in support thereof and in opposition thereto, and for good cause shown, this Court **GRANTS** Defendant-Counterclaimant's Motion to Strike.

　　**IT IS HEREBY ORDERED** that Defendant's motion is GRANTED and the exhibit is stricken as well as all references to the exhibit in Plaintiffs' Motion for Summary Judgment and Permanent Injunction.

Dated:   _____, 2016

_____
The Honorable Tanya S. Chutkan
UNITED STATES DISTRICT COURT JUDGE