# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, <br><br> Defendant. | Case No. 1:14-CV-00857-TSC-DAR <br><br> **CERTIFICATE OF SERVICE OF SEALED DOCUMENTS** <br><br> Action Filed:   May 23, 2014 |

I hereby certify that on January 21, 2016, a copy of the foregoing documents were served via e-mail on the following counsel of record:

- Notice of Electronic Filing;

- Memorandum Of Points and Authorities in Support of Defendant-Counterclaimant Public.Resource.Org's Motion to Strike ECF No. 60-88, the Declaration Oo Kurt F. Geisinger in Support of Plaintiffs' Motion for Summary Judgment and Permanent Injunction

- Declaration of Matthew Becker in Support of Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to Strike ECF No. 60-88, the Declaration of Kurt F. Geisinger in Support of Plaintiffs' Motion for Summary Judgment and Permanent Injunction

- The following sealed Exhibits:

| Exh. No. | Document Title |
|:---:|---|
| 1 | Excerpts of the Deposition of Kurt F. Geisinger, dated September 10, 2015 |
| 2 | Excerpts of the Deposition of Felice Levine, dated May 4, 2015 |
| 6 | Levine Deposition Exhibit 1207 |
| 7 | Levine Deposition Exhibit 1212 |

*Counsel for American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement Education, Inc.*

**Jonathan P. Labukas**
**Jonathan Hudis**
QUARLES & BRADY LLP
1700 K Street, N.W. Suite 825
Washington, DC 20006
(202) 372-9514
Fax: (202) 372-9586
jonathan.labukas@quarles.com
jon.hudis@quarles.com

*Counsel for National Fire Protection Association, Inc.*

**Anjan Choudhury**
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Anjan.Choudhury@mto.com

*Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

**Joseph R. Wetzel**
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
jwetzel@kslaw.com

*Counsel for American Society for Testing and Materials*

**J. Kevin Fee**
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5353
Fax: (202) 239-3001
jkfee@morganlewis.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date:   January 21, 2016    */s/   Andrew P. Bridges*
                                          Andrew P. Bridges