...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG,<br><br>　　　　　Defendant. | Case No. 1:14-CV-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br><br>Action Filed:　May 23, 2014 |

Having fully considered Defendant-Counterclaimant's Motion for Summary Judgment and all documents and argument in support thereof and in opposition thereto, and for good cause shown, this Court **GRANTS** Defendant-Counterclaimant's Motion for Summary Judgment. The Court **DENIES** Plaintiff-Counterdefendants' Motion for Summary Judgment and Permanent Injunction.

The Court further **GRANTS** Defendant-Counterclaimant's Request for Judicial Notice.

**IT IS SO ORDERED.**

Dated: _____, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE