# EXHIBIT 35

Dianne
FYI
R.

## MEMORANDUM

To: Karen Beaty
    Susan Graves

From: Gary R. VandenBos, PhD

Date: December 29, 2000

Subject: Test Standards Development Fund Transfer for 2000 Sales

EXHIBIT
1197
Levine

As per procedure, it is time to transfer funds from revenue reported in account 4910-50426 (sales of Standards for Educational and Psychological Testing) into the test standards development fund reserve account (2142) that was set up in 1986-1987 under the agreement between APA and other interested groups.

Funds were last transferred into the account at the end of 1999, in the amount of $16,481.13. With that transfer, the transferred total became $391,277.95.

**Funds should now be transferred as follows:**

- From 2000 gross sales revenue of -$2,281.37 (refunds), transfer 55%, or -$1,254.75 (refund).

- Thus, transfer a total of $1,254.75 from Test Standards development fund reserve account 2142 back into 2000 income reported in 4910-50426.

- This 2000 transfer will bring the total amount transferred to the development fund to $390,023.20. My office does not track the actual fund balance. This number reflects the total funds transferred into the account over the many years. This actual fund balance may be lower, as other offices spend money out of the fund.

- This will be the final APA memo on this matter. AERA is handling the new volume.

**Please notify me when the transfer has occurred so that I can note it in the records.**

Attachment: 2000 Sales of Standards for Educational and Psychological Testing

cc: Richard McCarty, PhD
    Virginia Holt
    Julia Frank-McNeil
    Ruth Seitler

P:\Test Standards 2000.doc

2000 Sales of Standards for Educational and Psychological Testing

| MONTH | SALES | REVENUE |
|---|---|---|
| January | -107 | -$1,452.59 |
| February | -18 | -$308.98 |
| March | 39 | $514.92 |
| April | -153 | -$371.27 |
| May | -10 | -$141.32 |
| June | -34 | -$490.98 |
| July | -1 | -$11.98 |
| August | -4 | -$67.08 |
| September | 0 | $0.00 |
| October | 0 | $0.00 |
| November | 1 | $11.98 |
| December | 3 | $35.93 |
| TOTAL | -284 | -$2,281.37 |

Adjustment to revenue to
match Finance's MAR          $0.00
TOTAL                        -$2,281.37

Sales and revenue listed above are from Association Plus sales report.
The addition of the dollar figure in the next to last line makes the revenue
figure match the figure given on the Finance Office's Monthly Activity Report
for December 2000.

s:\operations\Test Standards 2000.xls

AERA_APA_NCME_0004520