# EXHIBIT 37





**AMERICAN PSYCHOLOGICAL ASSOCIATION**

Gary 50/50

50/40/10

— end of year
— all returns have to come back

<u>Mgmt. Com.</u>

1. Bill Howell
2. Wayne Camara

— Add APA to be reimbursed for rec'ing docs re: next revision.

750 First Street, NE
Washington, DC 20002-4242
(202) 336-5500

→ Fulfillment costs —



# AMERICAN PSYCHOLOGICAL ASSOCIATION

REMIT TO:
750 FIRST STREET NE
WASHINGTON DC 20002
(202) 336-5802
(202) 336-6123 (TDD)
(202) 336-5813 (FAX)
(202) 336-5502 FAX ORDERS

## INVOICE

***** CREDIT MEMO *****
Applied to order -00 / invoice 20806058

**Returned From:**
Rittenhouse Book Distributors
511 Feheley Drive
King of Prussia, PA 19406

**Reason For Return:**

Ship To:
511 Feheley Drive
King of Prussia, PA 19406

Return No:

| YOUR ORDER NO. | CUSTOMER ID NO. | TERMS | DUE DATE | METHOD OF PAYMENT |
|---|---|---|---|---|
| R18824 | 00000058 | | | |

| SHIP DATE | SHIP VIA | ENTERED BY | ORDER DATE | APA ORDER NO. |
|---|---|---|---|---|
| 02/03/2000 | | gim | 02/03/2000 | 20300195-00 |

| QTY SHIPPED | STOCK NUMBER | DESCRIPTION | LIST PRICE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 53 | 4260010 | Standards For Educational And Psychological Testing ODP  DO NOT ENTER CODE. | 23.95 | 11.98 | 634.68 |

credit 00000031
ref 20400193

Credit Amount: 634.68

| | |
|---|---|
| SHIPPING & HANDLING | 0.00 |
| SUBTOTAL | 0.00 |
| PAYMENT RECEIVED | 0.00 |
| CREDIT MEMO AMOUNT | 634.68CR |
| PAY THIS AMOUNT ▶ | 0.00 |

**PAYMENT MADE EASY:**
You may pay this invoice with your VISA, MASTERCARD, or AMERICAN EXPRESS credit card. To pay by credit card, complete the information on the reverse side.

ACCOUNTING COPY

AERA_APA_NCME_0004547

# RETURN

**AMERICAN PSYCHOLOGICAL ASSOCIATION**

DATE: 1/6/00  RECEIVED BY: LAURA  RETURNED BY: UPS  VIA: UPS  [✗] Customer  [ ] Carrier

Return Number: 0000034  POSTAGE:  Correspondence Enclosed? [✗] Yes  [ ] No

Returned From:
Rittenhouse Book Distributors
511 Feheley Drive
King of Prussia, PA 19406

Reason For Return: Recalled

Return No.:
Invoice No.:

| TOTAL QTY | ITEM NO. | DESCRIPTION | QTY R | QTY N | QTY RW | QTY D |
|---|---|---|---|---|---|---|
| 53 | 4260010 | Standards for Educational & Psych. Testing | — | | | — |
| | | | | | | |
| | | Cust # 00000088     RMA # 20300195 | | | | |
| | | Ret # 20400192     CM # 20806058 | | | | |

R-Resalable Return to Stock  Warehouse 1
N-Slightly Damaged  Wharehouse 5
D-Damaged (please note type of damage in the Notes section)  Trash
RW-Rework (Complete Rework Form)

Credit For: [✗] Book  [ ] Shipping & Handling  [ ] Rush Charge  [ ] Return Postage
In The Form Of: [✗] Credit Memo  [ ] Debit Memo*  [ ] Refund Credit Card  [ ] Refund Check  [ ] Cancel Invoice  *Additional Charge

Credit Amount: $634.68

Notes:

Skid # 2   2A

AERA_APA_NCME_0004548