# EXHIBIT 40

Case 1:14-cv-00857-TSC   Document 70-39   Filed 01/22/16   Page 1 of 2



EXHIBIT 1208 Levine

***Standards for Educational and Psychological Testing***
**Sales Report**

| Period | Notes | No. of Units | Notes | Inventory EOY |
|---|---|---|---|---|
| FY 2000 | est. | 3,797 | | |
| FY 2001 | est. | 3,755 | | |
| FY 2002 | est. | 5,592 | | |
| FY 2003 | est. | 3,310 | | |
| FY 2004 | est. | 3,218 | | |
| FY 2005 | Actual | 3,803 | est. | 6,937 |
| FY 2006 | Actual | 3,888 | est. | 3,049 |
| 7/1/06-12/31/06 | Actual | 2,144 | est. | 905 |
| FY 2007 | Actual | 3,077 | est. | 2,828 |
| FY 2008 | Actual | 3,358 | est. | 6,970 |
| FY 2009 | Actual | 2,590 | est. | 4,380 |
| FY 2010 | Actual | 3,043 | est. | 1,337 |
| FY 2011 | Actual | 2,132 | est. | 4,705 |
| FY 2012 | Actual | 1,649 | est. | 3,056 |
| FY 2013 | Actual | 1,732 | Actual | 1,324 |
| **Total Units Sold** | | 109,843 | | |

AERA_APA_NCME_0005137