# EXHIBIT 44

EXHIBIT 1217 Levine

## Letters
*from page 4*

"Sex" refers to biology (and yes, as Anne Fausto-Stirling brilliantly recounts, the dividing people into two biological sexes rather than more, or a continuum, is hugely problematic), and "gender" is the whole set of attitudes, feelings, interests, clothing and behavior that has been arbitrarily divided into "masculine" and "feminine," causing profound damage when people's attitudes, feelings and the rest are classified as either appropriate and normal or inappropriate and abnormal, depending on their biological sex. One way to prevent such damage is to make it crystal clear that one's sex should not be equated with and should not determine how one feels, thinks, dresses and acts. This cannot happen when the picture is blurred by the misuse of terms.

For instance, when a journalist writes in "Both sexes seek attractiveness in one-night stand partners" (April, *Monitor*) that "both genders prioritize looks in their partners," the meaning is that people (of any sex) who are feminine and those who are masculine prioritize looks in their partners, not at all what was surely intended. This may be particularly confusing in light of research showing that both gay and straight men care more about partners' appearance than do women.

**PAULA J. CAPLAN, PHD**
Cambridge, Mass.

### Evidence for the evolutionary?
I APPRECIATE BEING PART OF A scientific, research-based profession. Therefore I am disturbed when I read articles such as "Bonding over others' business" by Zak Stambor in the April *Monitor*. At least 20 percent of the article was dedicated to speculating about the possible psychological behavior of our caveman ancestors. We have no data about this matter, and never can have it. The author and those he cites take our supposed reasons for gossip today, project them back on hypothetical ancient conditions and say that is the reason for our current behavior. Are we inventing a folklore of prehistory for ourselves? We would do better to limit ourselves to what is observable and testable.

**CAROLYN E. KERR, PHD**
Sevilla, Spain

## CORRECTIONS
The roster of Centering on Mentoring task force members in the May 2006 president's column listed Haydee M. Cuevas, PhD, as having obtained her degree in 1904. She received her degree in 2004.

On page 35 of the June *Monitor*, Michael Scheier, PhD, is incorrectly listed as the speaker delivering the address, "Social and Psychological Predictors of Susceptibility to the Common Cold." Sheldon Cohen, PhD, is delivering the address; Scheier is chairing the session.

## Standards for Educational and Psychological Testing

Developed jointly by the American Educational Research Association (AERA), the American Psychological Association (APA), and the National Council on Measurement in Education (NCME)

The new *Standards for Education and Psychological Testing* has been revised significantly from the 1985 version with more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new Standards reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology.

____ Copies at $25.95 for members of:
☐ AERA
☐ APA, or
☐ NCME
*(please indicate your association)*

____ Copies at $31.95 List
*(for institutions as well as individuals who are not members of AERA, APA, or NCME)*

____ Shipping, U.S. Priority mail: $3.50 first copy; $1.50 each add'l; non-U.S. air mail: $7.50 first copy, $5.00 each add'l

*Enclose check or money order made out to AERA and send order to:*
Test Standards, P.O. Box 465
Hanover, PA 17331.
To order by VISA or Mastercard, call (800) 628-4094.

Send fax orders and institutional purchase orders to (717) 633-8900. All orders must be prepaid. No returns.

AERA_APA_NCME_0004706