# EXHIBIT 45


EXHIBIT 1218 Levine

## Table of Contents

Foreword ................................................................... 5
Association and Division Program Highlights ................................ 7
General Information ........................................................ 9
Meeting Facilities and Services ............................................ 9
  On-Site Registration ..................................................... 9
  Convention Directory ..................................................... 9
  Message Center ........................................................... 9
  AERA Service Desk ........................................................ 9
  Additional Programs ...................................................... 9
  AERA Headquarters ........................................................ 9
  Press Room ............................................................... 9
  Audio Tape Sales ......................................................... 9
  Hospitality Suite ........................................................ 9
  Exhibits ................................................................. 9
  Placement ................................................................ 9
  Division H Business Meeting (31.05) ..................................... 10
  Housing ................................................................. 10
  Program on Internet ..................................................... 10
  Conventional Wisdom ..................................................... 10
  Dining Guide ............................................................ 10
  Child Care Services ..................................................... 10
  Voluntary Contribution .................................................. 10
  Collection and Availability of Papers ................................... 10
  Room Locations and Capacities ........................................... 10
  Divisional Programs ..................................................... 11
  Officers of AERA ........................................................ 11
  2000 Program Committee .................................................. 11
Professional Development and Training Courses ............................. 13
Meetings of Unaffiliated Groups ........................................... 17
Cross-Index to Session Sponsors ........................................... 19
Explanation of Program and Session Formats ................................ 43
Chronological Listing of Sessions ......................................... 45
  Monday .................................................................. 45
  Tuesday ................................................................. 79
  Wednesday .............................................................. 129
    Presidential Address (29.01) ......................................... 164
  Thursday ............................................................... 171
  Friday ................................................................. 221
2000 Program Reviewers ................................................... 261
Participant Index ........................................................ 274
Subject Index ............................................................ 301
Address Directory of Presenters .......................................... 308
Directory of Exhibitors .................................................. 368
Index of Program Advertisers ............................................. 369
Downtown Hotel Map ....................................................... 370
Hotel Floor Plans ........................................................ 371

*This program is recyclable; text is printed on recycled paper. Some cover photographs courtesy of the New Orleans Convention and Visitors Bureau.*

AERA_APA_NCME_0004746

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests.

The *Standards* is written for the professional and for the educated layperson and addresses professional and technical issues of test development and use in education, psychology and employment. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology. The *Standards* has fifteen chapters organized into three sections:

### PART I  TEST CONSTRUCTION, EVALUATION, AND DOCUMENTATION
1. Validity
2. Reliability and Errors of Measurement
3. Test Development and Revision
4. Scales, Norms and Score Comparability
5. Test Administration, Scoring, and Reporting
6. Supporting Documentation for Tests

### PART II  FAIRNESS IN TESTING
7. Fairness in Testing and Test Use
8. The Rights and Responsibilities of Test Takers
9. Testing Individuals of Diverse Linguistic Backgrounds
10. Testing Individuals with Disabilities

### PART III  TESTING APPLICATIONS
11. The Responsibilities of Test Users
12. Psychological Testing and Assessment
13. Educational Testing and Assessment
14. Testing in Employment and Credentialing
15. Testing in Program Evaluation and Public Policy

## Order Form — STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

___ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

$ _____

___ Copies at $31.95 List (for institutions as well as individuals who are not members of AERA, APA, or NCME)

$ _____

(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $7.50 first copy, $5.00 each additional copy.)

SUBTOTAL  $ _____
SHIPPING & HANDLING  $ _____
TOTAL AMOUNT ENCLOSED  $ _____

☐ Check or money order enclosed, made out to AERA.
☐ Charge my ☐ VISA or ☐ Mastercard
Card # _____ Exp. Date _____
Signature _____
Name _____
Address _____
City _____ State _____ Zip _____
Phone _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.
Institutional Purchase Order No. _____
All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. (Prices subject to change without notice.)
Send order to: Test Standards, P.O. Box 465, Hanover, PA 17331.

AERA_APA_NCME_0004747

# TABLE OF CONTENTS

Foreword .................................................................................................................. 3
2009 Program Committee ....................................................................................... 4
Program Highlights ................................................................................................. 6
Professional Development and Training Courses ................................................ 15
Division Highlights and Sessions ......................................................................... 24
Special Interest Group Sessions ............................................................................ 39
AERA Governance Meetings and Events ............................................................. 58
Meetings of AERA Affiliated and Unaffiliated Groups ....................................... 60
Navigating the Annual Meeting ............................................................................ 64
   Explanation of Session Formats ....................................................................... 64
   Meeting Services and Facilities ....................................................................... 64
      Registration ................................................................................................. 64
      Name Badges ............................................................................................. 64
      Annual Meeting Program and Supplement .............................................. 65
      Exhibit Hall ................................................................................................ 65
      On Site Services ......................................................................................... 65
         Headquarters Office ............................................................................. 65
         Press Office .......................................................................................... 65
         Help Service Desk ............................................................................... 65
         Message Center ................................................................................... 65
         CD Sales ............................................................................................... 65
         Child Care ............................................................................................ 65
      Resources for Registrants with Disabilities ............................................. 65
      Career Center ............................................................................................. 66
      Graduate Student Council Resource Center ........................................... 66
      Housing and Hotel Information ................................................................ 66
      Off-Site Visits and Tours .......................................................................... 66
      Emergency and Medical Assistance ........................................................ 66
      Telephone Numbers .................................................................................. 66
Chronological Listing of Sessions ......................................................................... 67
   Sunday (Pre-Meeting Events) .......................................................................... 67
   Monday ............................................................................................................. 68
   Tuesday ........................................................................................................... 100
   Wednesday ..................................................................................................... 197
   Thursday ......................................................................................................... 281
   Friday .............................................................................................................. 360
   Saturday (Post-Meeting Events) .................................................................... 375
   Sunday (Post-Meeting Events) ...................................................................... 375
AERA Governance ............................................................................................... 376
AERA Central Office Staff .................................................................................. 378
Participant Index .................................................................................................. 379
Subject Index ........................................................................................................ 430
Directory of Exhibitors ........................................................................................ 442
AERA Exhibit Hall Map ...................................................................................... 444
San Diego Hotels Map ......................................................................................... 445
San Diego Convention Center Maps ................................................................... 446
Hotel Floor Plans .................................................................................................. 448
Meeting Rooms at a Glance ................................................................................. 453
Program Advertisements ..................................................................................... 454
AERA Advertisements and Information ............................................................. 483

# STANDARDS
## for educational and psychological testing

Developed jointly by the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education, *Standards for Educational and Psychological Testing* addresses professional and technical issues of test development and use in education, psychology, and employment. The current edition includes changes in federal law and measurement trends affecting validity, testing individuals with disabilities or different linguistic backgrounds, and new types of tests, as well as new uses of existing tests. Now in its fifth printing since 1999, *Standards for Educational and Psychological Testing* has sold more than 40,000 copies.

*ISBN 0-935302-25-5*

*APA, AERA, or NCME member price: $35.95*
*Nonmember price: $49.95*

*To order, visit www.aera.net or call (202) 238-3200.*



# Table of Contents

Foreword ........................................................................................................................... 3
2012 Program Committee ................................................................................................. 4
Program Highlights ........................................................................................................... 6
Professional Development and Training Courses ........................................................... 20
AERA Governance Meetings and Events ....................................................................... 21
Meetings of Affiliated Groups ........................................................................................ 23
Navigating the Annual Meeting ...................................................................................... 26
    Explanation of Session Formats ................................................................................ 26
    Meeting Services and Facilities ................................................................................. 26
        Registration ........................................................................................................ 26
        Annual Meeting Program and Surveys of Session Chairs and Attendees ........ 27
        Exhibit Hall ........................................................................................................ 27
        AERA On-Site Services .................................................................................... 27
        Career Center .................................................................................................... 28
        Graduate Student Council Resource Center ..................................................... 28
        Housing and Hotel Information ......................................................................... 28
        Emergency and Medical Assistance .................................................................. 28
        Telephone Numbers ........................................................................................... 28
Chronological Listing of Sessions ................................................................................... 29
    Thursday (Pre-Meeting Events) ................................................................................. 29
    Friday ......................................................................................................................... 30
    Saturday ..................................................................................................................... 65
    Sunday ..................................................................................................................... 150
    Monday .................................................................................................................... 215
    Tuesday .................................................................................................................... 290
    Wednesday (Post-Meeting Events) ......................................................................... 337
AERA Governance .......................................................................................................... 338
AERA Central Office Staff ............................................................................................ 340
Participant Index ............................................................................................................ 341
Subject Index .................................................................................................................. 395
Directory of Exhibitors .................................................................................................. 408
AERA Exhibit Hall Map ................................................................................................ 409
Vancouver Convention Centre Maps ............................................................................ 410
Hotel Floor Plans ............................................................................................................ 413
Vancouver Hotels Map ................................................................................................... 419
Program Advertisers ....................................................................................................... 420



*This publication is printed on Forest Stewardship Council™ certified paper. This paper has been certified to meet the environmental and social standards of the FSC® and comes from responsibly managed forests and/or verified recycled sources.*

# STANDARDS
## for educational and psychological testing

Developed jointly by the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education, *Standards for Educational and Psychological Testing* addresses professional and technical issues of test development and use in education, psychology, and employment. The current edition includes changes in federal law and measurement trends affecting validity, testing individuals with disabilities or different linguistic backgrounds, and new types of tests, as well as new uses of existing tests. Now in its fifth printing since 1999, *Standards for Educational and Psychological Testing* has sold more than 40,000 copies.



*ISBN 0-935302-25-5*

*APA, AERA, or NCME member price: $35.95*
*Nonmember price: $49.95*

*To order, visit www.aera.net or call (202) 238-3200.*

AERA_APA_NCME_0004751

# Table of Contents

Foreword .................................................................................................................. 3
2013 Program Committee ......................................................................................... 4
Program Highlights .................................................................................................. 6
Professional Development and Training Courses .................................................. 23
AERA Governance Meetings and Events .............................................................. 24
Meetings of Affiliated Groups ................................................................................ 26
Navigating the Annual Meeting .............................................................................. 29
   Explanation of Session Formats ........................................................................ 29
   Meeting Services and Facilities .......................................................................... 30
      Registration ................................................................................................... 30
      Annual Meeting Program and Surveys of Session Chairs and Attendees ... 30
      Exhibit Hall .................................................................................................. 31
      AERA On-Site Services ............................................................................... 31
      Career Center ................................................................................................ 32
      Graduate Student Council Resource Center ................................................ 32
      Housing and Hotel Information .................................................................... 32
      Emergency and Medical Assistance ............................................................. 32
      Telephone Numbers ...................................................................................... 32
Chronological Listing of Sessions ........................................................................... 33
   Friday (Pre-Meeting Events) ............................................................................. 33
   Saturday .............................................................................................................. 35
   Sunday ................................................................................................................ 67
   Monday ............................................................................................................. 151
   Tuesday ............................................................................................................. 202
   Wednesday ....................................................................................................... 289
   Thursday (Post-Meeting Events) ..................................................................... 350
AERA Governance .................................................................................................. 351
AERA Central Office Staff ..................................................................................... 353
Participant Index ..................................................................................................... 354
Subject Index .......................................................................................................... 411
Directory of Exhibitors ........................................................................................... 425
AERA Exhibit Hall Map ........................................................................................ 426
Hotel Floor Plans .................................................................................................... 427
San Francisco Hotels Map ...................................................................................... 439
Program Advertisers ............................................................................................... 440

# STANDARDS
## for educational and psychological testing

Developed jointly by the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education, *Standards for Educational and Psychological Testing* addresses professional and technical issues of test development and use in education, psychology, and employment. The current edition includes changes in federal law and measurement trends affecting validity, testing individuals with disabilities or different linguistic backgrounds, and new types of tests, as well as new uses of existing tests. Now in its fifth printing since 1999, *Standards for Educational and Psychological Testing* has sold more than 40,000 copies.



*ISBN 0-935302-25-5*

APA, AERA, or NCME member price: $35.95
Nonmember price: $49.95

To order, visit www.aera.net or call (202) 238-3200.

# Table of Contents

Program Theme ........................................................................................................................... 2
Foreword .................................................................................................................................... 3
2014 Program Committee ........................................................................................................... 4
Program Highlights .................................................................................................................... 6
Professional Development and Training Courses .................................................................... 22
AERA Governance Meetings and Events ................................................................................ 23
Meetings of Affiliated Groups .................................................................................................. 25
Navigating the Annual Meeting ............................................................................................... 28
    Explanation of Session Formats ......................................................................................... 28
    Meeting Services and Facilities .......................................................................................... 28
    Registration ......................................................................................................................... 28
    Annual Meeting Program, Mobile App, and Surveys
    of Session Chairs and Attendees ........................................................................................ 29
    Roundtable and Poster Sessions ......................................................................................... 29
    Exhibit Hall ......................................................................................................................... 30
    AERA On-Site Services ..................................................................................................... 30
    Graduate Student Council Resource Center ...................................................................... 31
    Housing and Hotel Information .......................................................................................... 31
    Emergency and Medical Assistance ................................................................................... 31
    Telephone Numbers ............................................................................................................ 31
Chronological Listing of Sessions ............................................................................................ 32
    Wednesday (Pre-Meeting Events) ...................................................................................... 32
    Thursday ............................................................................................................................. 33
    Friday .................................................................................................................................. 63
    Saturday ............................................................................................................................ 149
    Sunday .............................................................................................................................. 203
    Monday ............................................................................................................................. 284
    Tuesday ............................................................................................................................. 330
AERA Governance ................................................................................................................. 331
AERA Central Office Staff ..................................................................................................... 333
Participant Index ..................................................................................................................... 334
Subject Index .......................................................................................................................... 388
Directory of Exhibitors ........................................................................................................... 402
AERA Exhibit Hall Map ........................................................................................................ 403
Convention Center and Hotel Floor Plans .............................................................................. 404
Philadelphia Hotels Map ........................................................................................................ 414
Program Advertisers ............................................................................................................... 415

## Submissions open in July 2014!

# AERA OPEN



A new open access journal from AERA.
AERA congratulates the incoming inaugural editors Mark Warschauer, Greg Duncan, and Jacquelynne Eccles.





Mark Warschauer   Greg Duncan   Jacquelynne Eccles

## Coming soon in 2014!

### A New Edition of
# *Standards for Educational and Psychological Testing*

**STANDARDS** for Educational and Psychological Testing

To learn about the next edition, please attend:
40.017 - *Standards for Educational and Psychological Testing*: Major Changes and Implications to Users
Friday, April 4, 4:05–6:05 pm
Convention Center, 200 Level, 204A

Pick up a copy of the Table of Contents at the AERA Exhibit Booth!

AERA_APA_NCME_0004755