# EXHIBIT 46

EXHIBIT 1219 Levine

New! Revised! Expanded!

# Standards for Educational and Psychological Testing

Developed jointly by
American Educational Research Association (AERA)
American Psychological Association (APA)
National Council on Measurement in Education (NCME)

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests.

The *Standards* is written for the professional and for the educated layperson and addresses professional and technical issues of test development and use in education, psychology and employment. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology. The *Standards* has fifteen chapters organized into three sections:

### Part I  Test Construction, Evaluation, and Documentation
1. Validity
2. Reliability and Errors of Measurement
3. Test Development and Revision
4. Scales, Norms and Score Comparability
5. Test Administration, Scoring, and Reporting
6. Supporting Documentation for Tests

### Part II  Fairness in Testing
7. Fairness in Testing and Test Use
8. The Rights and Responsibilities of Test Takers
9. Testing Individuals of Diverse Linguistic Backgrounds
10. Testing Individuals with Disabilities

### Part III  Testing Applications
11. The Responsibilities of Test Users
12. Psychological Testing and Assessment
13. Educational Testing and Assessment
14. Testing in Employment and Credentialing
15. Testing in Program Evaluation and Public Policy

AERA_APA_NCME_0013137

*Standards for Educational and Psychological Testing*
Order Form

$25.95 AERA/APA/NCME Members; $31.95 List

ISBN: 0-935302-25-5

\_\_\_\_ Copies at $25.95 for members of AERA, APA, or NCME only   $_____
Member/affiliates please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

\_\_\_\_\_ Copies at $31.95 List (for institutions as well as individuals
who are not members of AERA, APA, or NCME)                   $_____

                                              Subtotal $_____

                                Shipping & Handling $_____
(U.S. Priority mail: $3.50 first copy, $1.50
each additional copy up to 9 copies. 10 or
more copies ship by UPS; call for charges)
(Non-U.S. air mail: $.7.50 first copy, $5.00
each additional copy.)

                              Total amount enclosed $_____

☐   Check or money order enclosed, made out to AERA.

☐   Charge my ☐ VISA or ☐ Mastercard

    Card # _____  Exp. Date _____

    Signature _____

Name _____

Address _____

_____

City _____ State \_\_\_\_\_ Zip _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.
  Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) xxx-xxxx. No returns. Prices subject to change without notice.
**Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.**

AERA_APA_NCME_0013139