# EXHIBIT 47



EXHIBIT 1220 Levine

**About AERA** | **Events & Meetings** | **Policy & Advocacy** | **Education Research** | **Professional Advancement** | **Publications** | **Membership**

Publications » Books » Standards for Educational & Psychological Testing (2014 Edition)

Publications

Journals

AERA Highlights

Books

Research Points

Online Paper Repository

Online Store

Advertise with AERA

Publications Permissions

# Standards for Educational & Psychologic (2014 Edition)





ORDER NOW IN THE AERA ONLINE STORE

The 2014 edition of the *Standards for Educational and Psychological Testing* is now on sale. The *Testing Standards* are a product of the American Educational Research Association, the American Psychological Association (APA), and the National Council on Measurement in Education (NCME). Published collaboratively by the three organizations since 1966, it represents the gold standard in guidance on testing in the United States and in many other countries. Read more

*An e-version of the Testing Standards is now available. Please see below the pricing options for purchasing an e-book (in e-Pub or e-PDF formats), or a bundle that includes a print volume and a free e-book download.*

ISBN 0-935302-35-6

**Pricing and Ordering Information:**

**AERA Members**     **Print Only:**
$49.95 plus shipping
Log in to receive your member pricing, then order through the AERA Online Store.

**E-Book Only:**
$49.95





Capi on N WAT Hill P AERA Down Storf Hill F Suza Disc Suza the N Stan Watc

Log in and visit My AERA - Special Member Offers. Copy the member discount code, then follow the link to order the e-Book.

**Print/e-Book Bundle \***
$59.95
Log in to receive your member pricing, then order through the AERA Online Store.

**APA and NCME Members**

**Print Only:**
$49.95 plus shipping
Click here to purchase a print copy.

**E-Book Only:**
$49.95
Click here to order e-Book only.

**Print/e-Book Bundle \***
$59.95
Click here to purchase a print/e-Book bundle.

**Non-Member and Institutional Price \*\***

**Print Only:**
$69.95 plus shipping
Order now through the AERA Online Store.

**E-Book Only:**
$69.95
Click here to order e-Book only.

**Print/e-Book Bundle \***
$79.95
Order now through the AERA Online Store.

Mail or Fax Order Form (PDF)

## \* Important Information for Purchasing the Print/e-Book Bundle:
Print and Bundle orders are fulfilled through the AERA Bookstore. Please click here for e-Book only orders. After a bundle is purchased, you will receive an email from AERA that includes a link to the e-book sales platform and a coupon for free download. Emails will be sent within 24 hours of receipt during AERA's business hours.

## Shipping & Handling:
$7 for first copy, $2.00 each additional copy up through 9 copies.

## Volume Discount:
\*\* Institutions ordering 10 or more copies will receive a 20% discount off the non-member price. Members may order multiple copies but will not receive an additional discount below the member price. For shipping and handling costs for bulk orders of 10 or more copies, please contact AERA at members@aera.net or 202-238-3200.

## AERA Return and Discount Policy
No refunds for returned books. Discounts are not available to agencies.





# Testing Standards Hill Briefing Gallery



All Albums » Testing Standards Hill Briefing Photo Gallery  Search Tags 
Russell Senate Office Building September 12, 2014



4445_091



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing



Testing Standards
Senate Hill Briefing

« Prev    Page(s): 1 2    Next »

©2015 American Educational Research Association. All rights reserved.    Terms Of Use | Priva

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Designed by We