# EXHIBIT 49

