# EXHIBIT 53



Membership » Membership Benefits

# Membership Benefits

- Membership Benefits
- Join or Renew
- Membership Categories
- Membership FAQs
- Members in the News
- AERA Graduate Student Cohort Program

### Experience the Value of AERA Membership
### Member Benefits and Services

AERA members receive complimentary subscriptions to *Educational Researcher* (ER) and one additional journal of choice, complimentary membership in an AERA division, valuable networking opportunities, special member registration rates at the AERA Annual Meeting, and much more.

#### Access to the Latest Research and Developments in the Field

- **Complimentary subscriptions** to *Educational Researcher* (ER) and one additional journal of choice.
- **Additional journals** at the low rate of $20 per journal (just $10 for students).
- **JSTOR and JPASS** available at special discounted rates for members (Login to view "Special Member Offers").
- Member discounts on all **AERA books** plus SAGE Publications and Corwin Press books.
- **AERA Online Paper Repository**, an archival record of scientific presentations, from 2010 forward, at AERA Annual Meetings.

#### Networking Opportunities – Connect with the AERA Community

- Connect with scholars and students through **AERA's 12 Divisions** and **156 Special Interest Groups** (SIGs).
- Members receive one complimentary division membership. Connect online with your community through listservs and forums, and at AERA Annual Meetings and other events.
- Members may register for an expansive **Annual Meeting** at special rates. The meeting provides a forum for researchers to explore and discuss the latest research. Held each spring and drawing up to 15,000 attendees, the meeting includes more than 2,400 per-reviewed sessions on a broad spectrum of topics.

#### Professional Advancement

- **AERA Job Board** is the premier site for education research positions. Employers connect with top candidates.
- **Professional development and training** offered by AERA through the Virtual Research learning Center and at AERA annual meetings.
- **Grants and Funding** provide support to students and early career researchers.

#### AERA Member Insurance Program

Members are eligible for favorable group pricing, specialized coverages, and association discounts on insurance protection from leading carriers. More than 15 plans are offered through the Trust for Insuring Educators (TIE), of which AERA is a member, and include:

- Professional liability insurance plans
- GEICO auto, motorcycle, homeowners and renters insurance
- Term life, accident and disability plans from New York Life
- ACA compliant health plans; dental, cancer and long-term care insurance

Learn more about all of these plans, apply online or download applications by visiting the **AERA Member Insurance Program**, administered by Forrest T. Jones & Company. Or call (800) 821-7303 weekdays

### Resources for Ed Researchers

Crafting Your Work For a General Audience: Researchers and the Mass Media

and ask for customer service.

### Advancement of the Field

- **Representation on Capitol Hill**. AERA works to inform decision-makers on the role of research in improving education practice and serves as an important resource for policymakers, enabling legislators to enact sound policy.
- **A strong public voice for education researchers** through outreach activities such as news releases, position papers, and information relating to public or policy debates.

©2016 American Educational Research Association. All rights reserved.

Terms Of Use  | Privacy Policy | Site Map |  Contact Us

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Designed by Weber-Shandwick   Powered by eNOAH