# EXHIBIT 54

Home  |  Help  |  Log In  |  Cart (0)    JOIN APA

 AMERICAN PSYCHOLOGICAL ASSOCIATION

MENU

Home  // Membership in APA  //                    EMAIL    PRINT

# Member

Psychologists belong to APA to identify with, support and advance psychology. APA advocates for the field and provides you with direct benefits to meet your professional needs.

The member category is intended for those who have received a doctoral degree in psychology or a related field from a regionally accredited institution.

[Apply Online]    [APA Connect Guide]



| Eligibility | Benefits And Services | Discounts | **Dues** |

### 2016 Member Dues

- $99 — New first-year member only
- $247 — Basic member rate

APA offers individuals new to APA membership a generous first-year discount and a nine-step graduated dues structure that gradually increases the rate marginally over a nine-year period. Members receive a $55 journal credit. More on *member requirements*.

### 2016 APAPO Dues

- $25 — First year of APAPO membership.
- $75 — Second year of APAPO membership.
- $140 — Third year and beyond of APAPO membership.

APA members who are licensed by a state or provincial Board of Psychology are strongly encouraged to belong to the APA Practice Organization (APAPO). The mission of the APAPO is to advance and protect the professional and economic interests of practicing psychologists in a wide variety of settings. APAPO, a legally separate companion organization to APA, is a 501(c)(6) organization under Internal Revenue Service rules and therefore able to focus solely on advocating for professional psychologists. Nonpayment of APAPO dues does not affect membership in APA. For information about the advocacy work of APAPO and the benefits of membership visit *Practice Central*.

ADVERTISEMENT

### 2016 Special Rates for APA and CPA Dual Membership

APA has special reduced-rates and exempt dues memberships for qualifying members. If you are an APA member living in Canada and you belong to CPA, you are eligible for a 50 percent reduction of your APA dues (and the Practice Dues where applicable). If you are an APA member living in the United States and you belong to the CPA, you are also eligible for a 50 percent reduction on your CPA dues (contact CPA for details).

If you qualify, simply notify us in writing (include your CPA membership number) and your membership records will be updated to automatically reduce your APA dues (and Practice Dues where applicable) by 50 percent on your future dues statements.

**If you would like more information on any of the dues categories please** contact the APA Membership Department or view the APA member dues statement instructions (PDF, 45.5KB).

share this page:

**Contact Membership**

---

APA Home   Contact   Press Room   Advertise   APA Store   Privacy Statement   Terms of Use   Accessibility   Website Feedback   Site Map   Help

© 2016 American Psychological Association
750 First St. NE, Washington, DC 20002-4242
Telephone: (800) 374-2721; (202) 336-5500
TDD/TTY: (202) 336-6123

Join APA | Renew Membership

Follow APA:     

**More APA websites:**

APA Style   APA Practice Central   APA Center for Organizational Excellence   ACT Raising Safe Kids Program
APA Education Advocacy Trust   Online Psychology Laboratory   Psychology: Science in Action   APA PsycNET®