# EXHIBIT 55

# LexisNexis Store

Sign-In to Store Account ▾ | Register | Customer Service | Feedback

Search (use keywords, titles, author or ISBN) | Advanced Search

**NEED HELP?**
Sales: 877.394.8826
Support: 800.833.9844

**SHOP BY:** Practice Area ▾ | Jurisdiction ▾ | Products ▾ | Law School ▾ | Law Enforcement ▾

CART ( 0 items )

Home › Shop by Jurisdiction › District of Columbia › District of Columbia Official Code



## District of Columbia Official Code

**Publisher:** Michie

The official version of the D.C. Code, commemorating the 40th year of Home Rule.

Place International Or...

**Recommended Products**

 **Code of Virginia**
Official, fully annotated C... relied on by Virginia cou... legislatures.

 **District of Columbia Administrative Code**
Arranged sequentially by... the Code of D.C. Munici... Regulations ...

**Print Book**
ISBN:9780769864952

Quantity: [−] [+]   $849.00   **Add to Cart**

**Michie's Annotated Code of Maryland**
The official primary law of Maryland, expertly annotated and bound in 51 high quality volumes for convenient, accurate research.

🖨 Print

**United States Code Service (USCS)**
The most comprehensive, authoritative, current, and easy-to-use U.S. Code set for your investment.

**Description** | Table of Contents | Reviews

LexisNexis is pleased to offer the all-new **District of Columbia Official Code**, a complete set of integrated volumes now published under contract with the District of Columbia and commemorating 40 years of Home Rule. This is the only version of the District of Columbia Code that is reviewed and approved by the government of the District of Columbia, meaning that this is the definitive, authoritative Code you know you can trust.

In addition to the blackletter law, our expert legal-editorial team has included numerous research features designed with the practitioner in mind. Copious case annotations, *Shepardized* for accuracy and continued relevance, help you research with confidence. Other features include section references, effect of legislation notes, editor's notes, and a comprehensive index that helps you find what you need quickly.

Historical citations and corresponding amendment notes provide guidance on legislative currency, and print updates three times each year keep the **Official Code** fully up to date. The LexisNexis *District of Columbia Advance Legislative Service*, containing the latest session laws as they are passed and convenient tables showing you which Code sections are affected, can be used alongside the **District of Columbia Official Code** for nearly up-to-the-minute research. The **Official Code** is also available on **Lexis Advance**, bringing you the



SEEING DOUBLE — Save 20%* on two or more items! *Limited-time offer. See complete details. — SAVE NOW

Contact a Sales Person: 1-877-394-8826 | Contact Us | ▾ Worldwide Shops

Home | Our Company | Product Sign-In | Communities | Privacy & Security | Terms & Conditions | Site Map


Trustwave Trusted Commerce — Click to Validate

Copyright © 2016 LexisNexis. All rights reserved.