# EXHIBIT 56

Sign-In to Store Account ▼ | Register | Customer Service | Feedback



Search (use keywords, titles, author or ISBN)   Advanced Search ▸

NEED HELP?
Sales: 877.394.8826
Support: 800.833.9844

**SHOP BY:**   Practice Area ▼ | Jurisdiction ▼ | Products ▼ | Law School ▼ | Law Enforcement ▼     🛒 CART (0 items) 🔒

Home › Shop by Practice Area › Jury Instructions › Criminal Jury Instructions for the District of Columbia, Fifth Edition



# Criminal Jury Instructions for the District of Columbia, Fifth Edition

**Publisher:** Matthew Bender

A time-tested staple of criminal practice in the District of Columbia.

| | | | |
|---|---|---|---|
| **Print Book** ISBN:9781422474686 | Quantity: [−] [+] | $186.00 | Add to Cart |
| **eBook: epub** ISBN:9781579111502 | Quantity: [−] [+] | $186.00 | Add to Cart |
| **eBook: mobi** ISBN:9781579111502 | Quantity: [−] [+] | $186.00 | Add to Cart |

🖨 Print

**Place International Order**

Share: LinkedIn, Twitter, Facebook, Google+, Share

### Recommended Products



**Modern Federal Jury Instructions - Civil Volume**
Ready-to-use jury instructions for any federal civil case

**Standardized Civil Jury Instructions for the District of Columbia**
This comprehensive work provides essential guidance in drafting civil jury instructions for use in the District of Columbia.

**Standardized Civil Jury Instructions for the District of Columbia**
This comprehensive work provides essential guidance in drafting civil jury instructions for use in the District of Columbia.

**The Law of Evidence in the District of Columbia, Fifth Edition**
This invaluable resource provides comprehensive coverage of the DC rules of evidence with commentary and extensive case notes.

| Description | Table of Contents | Author/Contributor | Reviews |
|---|---|---|---|

*Criminal Jury Instructions for the District of Columbia*, also referred to as **The Red Book**, has been a practice staple in the District of Columbia courts since 1966 for both practitioners and judges and is *the* authority in this area.

Now in its fifth edition, this portable loose-leaf volume is organized with numerical tabs for each subject area, making even courtroom access quick and easy. *Criminal Jury Instructions for the District of Columbia* is an ideal reference companion for criminal practitioners and members of the courts as well as public defenders and district attorneys who appear in D.C. local and federal courts.

Each instruction is set forth at the outset of a section and contains comments by the author which include:

- relevant cases with explanations
- notes on how to use the instructions
- cross-references to other instructions
- the most recent revisions
- the way in which the rule has been updated and why




**SEEING DOUBLE** Save 20%* on two or more items! *Limited-time offer. See complete details. SAVE NOW

Contact a Sales Person: 1-877-394-8826 | Contact Us    ▼Worldwide Shops

Home | Our Company | Product Sign-In | Communities | Privacy & Security | Terms & Conditions | Site Map



Copyright © 2016 LexisNexis. All rights reserved.