# EXHIBIT 57

DISCOVER THOMSON REUTERS ▼        LOGIN    CONTACT US    🛒 CART 0

**THOMSON REUTERS** | LEGAL SOLUTIONS        FREE STANDARD SHIPPING! 🚚

Law Books    Solutions    Support    News & Views

**LOCK IN BIG SAVINGS – SAVE 20-30% ON LEGAL TITLES    Start shopping ›**

Terms and conditions.

Home > Court Rules > District Of Columbia Rules Of Court - District, 2016 Ed. (Vol. I, District Of Columbia Court Rules)

### NEW EDITION
# District of Columbia Rules of Court - District, 2016 ed. (Vol. I, District of Columbia Court Rules)

**Product details:**

Brand: Thomson West

Copyright: 2016

ISBN: 9780314680358

Service #: 17290349

Sub #: 17290348

**Free update period with subscription:**

90 days    (details)

---

**Can we help?**

Contact Us ›

Call 1-888-728-7677

**Availability:** Pre-order    (details)     Email this page

| | |
|---|---|
| **Book - softbound** | **$182.00** |
| **Monthly pricing** (What's this?) | **$14.00/month** |

📖 **ProView eBook also available** ›

*District of Columbia Rules of Court – District* (Vol. I) provides the rules of court needed to practice before the district courts of the District of Columbia and offers attorneys a compact yet comprehensive procedural law library they can fit into their briefcase.

*District of Columbia Rules of Court - District* (Vol. I) provides state rules of court, including:

- Rules of the District of Columbia Court of Appeals
- Superior Court Rules of Civil Procedure
- Agency Review Rules for the Superior Court
- Procedures for Mandatory eFiling in Civil Division
- Rules of the Civil Arbitration Program
- Superior Court Rules of Criminal Procedure
- Plan for Furnishing Representation to Indigents Under the District of Columbia
- Criminal Justice Act
- Superior Court Rules Governing Proceedings Under D.C. Code § 23–110
- Superior Court Crime Victims Compensation Program Rules
- Superior Court Rules of Procedure for the Small Claims and

**Customers Who Viewed This Item Also Viewed**



**District of Columbia Legislative Service**



**West's District of Columbia Code Annotated**



**West's® Atlantic Digest®, 2d (Key Number Digest®)**

- Conciliation Branch
- Rules for Arbitration
- Rules for Conciliation
- Superior Court Rules of Civil Procedure for the Landlord and Tenant Branch
- Rules of Practice and Procedure Before the Tax Division of the Superior Court
- Superior Court Rules of the Family Division
- General Rules of the Family Division
- Domestic Relations Proceedings
- Superior Court Rules of Procedure for Mental Health
- Superior Court Rules for Mental Retardation Proceedings
- Rules Governing Juvenile Proceedings
- And more

## Features

- Includes helpful ancillary references, such as the rules of professional responsibility applicable in the District of Columbia
- Includes margin tabs on the back cover and comprehensive indexes to facilitate quick reference to specific content
- Provides comprehensive coverage in a portable, softbound format

**Customers Who Viewed This Bought**

  

**Ohio Rules of Court - State, 2016 ed. (Vol. I, Ohi...**

**New Jersey Rules of Court - Federal, 2016 ed. (Vol...**

**Iowa Rules of Court - State and Federal, 2016 ed. ...**

**CUSTOMER SERVICE**
Contact Us
My Account
OnePass
Payment, Shipping & Returns
Book Pricing Options

**PRODUCT SUPPORT**
Support By Product
24/7 Reference Attorneys
Software Downloads
Law Librarian Resources
Small Firm Resources

**BROWSE BY CATEGORY**
Small Law Firms
Large & Midsize Law Firms
Corporate Counsel
Government
Law Schools

Practice Area
Jurisdiction

**CONNECT WITH US**
About Us
Email Exclusives & Newsletters
Headnote of the Day
Editorial Submissions
Legal Notices

   



[+] Feedback        © 2015 Thomson Reuters        Privacy Statement        Terms of Use        Site Map        Careers

http://legalsolutions.thomsonreuters.com/law-products/Court-Rules/District-of-Columbia-Rules-of-Court---District-2016-ed-Vol-I-District-of-Columbia-Court-Rules/p/101765392[1/20/2016 9:36:40 AM]

District of Columbia Rules of Court - D... | Legal Solutions

Case 1:14-cv-00857-TSC   Document 70-56   Filed 01/22/16   Page 4 of 4

http://legalsolutions.thomsonreuters.com/law-products/Court-Rules/District-of-Columbia-Rules-of-Court---District-2016-ed-Vol-I-District-of-Columbia-Court-Rules/p/101765392[1/20/2016 9:36:40 AM]