# EXHIBIT 58





**BARNES&NOBLE**

All ▼  🔍

SPEND $25, Get **FREE SHIPPING**

**0**

Sign In | My Account ▼ | 2 for $20 Teen Books | Membership | Gift Cards | Stores & Events | Help

Books | NOOK Books | nook | Textbooks | Bargain | Newsstand | Teens | Kids | Toys & Games | Hobbies & Collectibles | Home & Gifts | Movies & TV



# Moby-Dick (Barnes & Noble Classics Series)

**Paperback**

**$8.60**  ~~$11.95~~ | Save 28%

by **Herman Melville**

★★★☆ 265 Reviews |    

*or*

**Sign In to Complete Instant Purchase**

Paperback   $8.60 ▼

**Eligible for FREE SHIPPING**
details

**Get it by Monday, January 25**, Order now and choose Expedited Delivery during checkout.

Same Day delivery in Manhattan

details

**View All Available Formats & Editions >**

*Moby-Dick*, by **Herman Melville**, is part of the *Barnes & Noble Classics* series, which offers quality editions at affordable prices to the student and the general reader, including new scholarship, thoughtful design, and pages of carefully crafted extras. Here are some of the remarkable features of *Barnes & Noble Classics*:… **See more details below**

 **B&N Classics - Buy 2, Get the 3rd Free**

**53 New & Used from $1.99**

**Available for Pick Up In Store**

**Add to Wishlist+**

## Customers Who Bought This Item Also Bought


**Don Quixote (Barnes & Noble…**
by Miguel de Cervantes
★★★★


**Twenty Thousand Leagues Under…**
by Jules Verne
★★★☆


**The Strange Case of Dr. Jekyll…**
by Robert Louis Stevenson
★★★☆


**The Old Man and the Sea**
by Ernest Hemingway
★★★☆


**The Count of Monte Cristo…**
by Alexandre Dumas
★★★★


**The Complete Sherlock Holmes,…**
by Arthur Conan Doyle
★★★★

Overview | Product Details | Related Subjects | Read an Excerpt

ADVERTISING

## Overview

*Moby-Dick*, by **Herman Melville**, is part of the *Barnes & Noble Classics* series, which offers quality editions at affordable prices to the student and the general reader, including new scholarship, thoughtful design, and pages of carefully crafted extras. Here are some of the remarkable features of *Barnes & Noble Classics*:

- New introductions commissioned from today's top writers and scholars
- Biographies of the authors
- Chronologies of contemporary historical, biographical, and cultural events
- Footnotes and endnotes
- Selective discussions of imitations, parodies, poems, books, plays, paintings,

Read More ⌄



## Product Details

| | |
|---|---|
| ISBN-13: | 9781593080181 |
| Publisher: | Barnes & Noble |
| Publication date: | 05/01/2003 |
| Series: | Barnes & Noble Classics Series |
| Pages: | 752 |
| Sales rank: | 1,441 |
| Product dimensions: | 5.19(w) x 8.00(h) x 1.50(d) |

## Related Subjects

19th Century - Pre-Civil War American Fiction    American Fiction & Literature Classics    Classic Fiction - Books at the Movies    Fishing & Whaling - Fiction    Man vs. Nature - Fiction    Obsession - Fiction    Sailors - Fiction    Sea - Fiction    Tyrants & Zealots - Fiction

## Read an Excerpt

**From Carl F. Hovde's Introduction to** *Moby-Dick*

It is clear that Melville is not Ahab, nor is he Ishmael, though here the relationship is more complicated. "Call me Ishmael," chapter I begins: The borrowed name lets us know that he will tell us only what he wants to, and that he is a man apart from his fellows. The biblical Ishmael is the illegitimate son of Abraham by Rebecca's servant Hagar, and even though the Lord is good to Ishmael later in Genesis, his half-brother, Isaac, inherits the Lord's covenant through their father (Genesis 16, 17, 21, and 25).

Melville's narrator promptly describes dark thoughts approaching self-destruction: He pauses before coffin warehouses and follows every funeral he meets. But in the novel things don't remain so grim for long. Just as the Lord in Genesis is good to Ishmael despite his illegitimacy, so Melville's Ishmael floats to

Read More ⌄

## Customer Reviews

Average Review: **3.8**



**265 Reviews**

 Write a Review

and post it to your social network



## Most Helpful Customer Reviews

**Anonymous**
*2630 days ago*

★★★★★ **REQUIRED READING**

This is a must read. Herman Melville's Moby Dick received largely unfavorable reviews at the time of publication, and it never brought Melville literary acclaim during his lifetime. It was not until critics rediscovered the novel in the 1920s that it began to be viewed as a masterpiece and the apotheosis of the Great American Novel. I also feel this way about K S Michaels' Love Returns..., but that's my opinion.

My own reception of the book, back in my high school days, paralleled its treatment by the literary establishment. While I enjoyed portions of the text, I could not really get into it and actually ended up abandoning the story a few chapters shy of its conclusion. When I later picked it up again, though, out of curiosity rather than necessity, I was hooked. Whether my own maturity or the motive behind reading it were more influential I cannot say, but I suspect that many who find this novel difficult at first will eventually find it a rewarding and noteworthy read.

New readers face three key challenges with this text: fears about its length and complexity, discomfort with Melville's loquacious writing style, and confusion over the juxtaposition of plot, factual discourse, and philosophical musings. These are easily overcome if one reads at a comfortable pace and allows oneself to become acquainted with Melville's language, which is at times reminiscent of the learned style employed by authors like Edgar Allen Poe ( a self-published author, by the way). A wonderful way to understand the nuances of the text and truly "get into" the novel is to listen to the audiobook version, narrated masterfully by Frank Muller.

Reserve this book for a time when you can read it without pressure and expectations. Allow yourself to become immersed in Ishmael's world. Re-read passages that confuse you, and don't be afraid to skip ponderous chapters like "Cetology" if they will prevent you from completing the novel. Whatever you do, though, be sure this is one story you allow yourself to complete, you will be rewarded as you do so.

Share    👍 26    👎 1

**Irving_Washington**
*2487 days ago*

★★★★☆ **An Excellent Read**

It isn't a fast read by any means, and there are many a chapter that could've been wiped clean from the manuscript without any damage to the main story, but this doesn't mean it isn't a good, fun story at its core.

When I read Moby Dick (for fun, not for a class), I used a highlighter to illuminate interesting, clever, and humorous passages. There is something highlighted on almost every page, even the useless chapters. Just because they don't really add to the story, doesn't mean they can't still be packed with interesting details. I just love learning about new things.

The writing style, for me, flowed well and was easy to read. It's a style that is fun to read aloud. Moby Dick is a funny book at times, and I don't believe it necessary to scrutinize it as some tome of literary intelligence that many believe or have been taught to believe the book to be.

The first third of the book is not pointless. One reviewer called the book a boring travelogue, save for the last few chapters, or, the chase.

The end of the book is the climax. It rises above previous action and suspense to create the...climax. The apex. The apogee. What have you, Moby Dick is a climb. Have you ever spotted a mountain top midway up a mountain? No. It's always at the top.

In the end, Moby Dick is a journey that you must walk every step of the way through. Read the useless chapters. Don't skim the text. Savor every word. This book is a labor of love from Melville. If you don't want to read it, then don't. Don't

complain. If you have to read it for school, get the Sparknotes. But I'll be damned if you're going to give this a one star rating because you didn't finish it and found it boring.

I don't read Jane Austen novels. They just aren't my style of book. I don't try them, because I know I won't like them. Stick to your guns.

This is a whaling story. It is a story about sailing and killing whales. It has a lot of information on both subjects. But at its heart, it is an adventurous tale filled with interesting, funny characters, and a vendetta that transcends time.

Give it a try if you're interested. Keep away if none of this sounds appealing.

I loved it. Not a full five stars because it isn't perfect, like most everything created by man.

Share   15   2

  alc1967         **OMG, this is tedious and torture to read. I don't care how many**

1215 days ago

OMG, this is tedious and torture to read. I don't care how many times people say this is a &quot;classic&quot; and a &quot;must read&quot;, that doesn't make it so. The book was based on two real accounts, both of which are much more interesting and easier to read than Melville's overly verbose tome. I slogged through this and forced myself to finish it and even the last three chapters, which is the only part of the 135 chapters (yes, I said 135) that even concerns itself with actual encounter with Moby Dick, are not that great. I actually could not stay awake through most of it and it took me a lot longer to read it because of that. If you want the true story, read the account of Mocha Dick and/or the Shipwreck of the Essex. Those are what Melville based his book on. I have read plenty of classics, including Robinson Crusoe, most of Dickens, Dracula, etc. These are all written either earlier or about the same time as Moby Dick, but they were interesting and readable. No so with this book.

Share   6   1

*See all customer reviews >*

## Recently Viewed



**Moby-Dick (Barnes & Noble…**
by Herman Melville

Moby-Dick (Barnes & Noble Classics Series) by Herman Melville | 9781593080181 | Paperback | Barnes & Noble






**Visit Your Local Store**

Find Authors and Storytime Events

[Find a Store >](#)

**Gift Cards**

Always the Perfect Gift

[Shop Now >](#)

**Barnes & Noble Café**

Relax and Refuel

[Visit BN Café >](#)

**B&N Membership**

Don't Miss Out on Savings

[Learn More >](#)

---

| **B&N Services** | **Shipping & Delivery** | **Quick Help** | **Store & Events** |
|---|---|---|---|
| Advertise | About Free Shipping | Customer Service | *Author Events, FREE Wi-Fi, and more* |
| Publisher & Author Guidelines | About Shipping | Order Status |  |
| Self-Publish with NOOK Press | Shipping Rates | Easy Returns | |
| Bulk Order Discounts | | Product Recalls | |
| B&N Membership | **NOOK** | | **Be in the Know** |
| B&N MasterCard | NOOK Tablets & eReaders | **About Us** | *Sign up for savings, news, updates* |
| B&N Kids' Club | NOOK Mobile Apps | About B&N | |
| B&N Educators | Special Offers | Investor Relations | |
| B&N Bookfairs | NOOK on Facebook | Barnes & Noble, Inc. |    |
| Careers at B&N | NOOK on Twitter | | |

---

Terms of Use   Copyright & Trademark   Privacy Policy   Sitemap   Accessibility    © 1997-2016 Barnes & Noble Booksellers, Inc.
122 Fifth Avenue, New York, NY 10011.