# EXHIBIT 59



# BARNES&NOBLE

All ▼   🔍   SPEND $25, Get FREE SHIPPING

**0**

Sign In | My Account ▼ | Save $5 on Two Business Books | Membership | Gift Cards | Stores & Events | Help

Books | NOOK Books | nook | Textbooks | Bargain | Newsstand | Teens | Kids | Toys & Games | Hobbies & Collectibles | Home & Gifts | Movies & TV



## Adventures of Tom Sawyer (Barnes & Noble Classics Series)

by **Mark Twain**

★★★½☆  |  1084 Reviews    f 🐦 📌 G+

| Paperback | $6.25 ▼ |

**View All Available Formats & Editions >**

*The Adventures of Tom Sawyer*, by **Mark Twain**, is part of the *Barnes & Noble Classics* series, which offers quality editions at affordable prices to the student and the general reader, including new scholarship, thoughtful design, and pages of carefully crafted extras. Here are some of the remarkable features of *Barnes & Noble Classics*&… **See more details below**

✓ **B&N Classics - Buy 2, Get the 3rd Free**

### Paperback

**$6.25**   ~~$6.95~~ | Save 10%

***or***

**Sign In to Complete Instant Purchase**

**Eligible for FREE SHIPPING**
details

**Get it by Monday, January 25** , Order now and choose Expedited Delivery during checkout.

Same Day delivery in Manhattan
details

[ **52 New & Used from $1.99** ]

**Available for Pick Up In Store**

**Add to Wishlist+**

## Customers Who Bought This Item Also Bought

     

| Adventures of Huckleberry Finn… | Treasure Island (Barnes &… | Alice's Adventures in… | Peter Pan (Barnes & Noble… | Little Women (Barnes & Noble… | The Secret Garden (Barnes &… |
| by Mark Twain | by Robert Louis Stevenson | by Lewis Carroll | by J. M. Barrie | by Louisa May Alcott | by Frances Hodgson Burnett |
| ★★★½☆ | ★★★½☆ | ★★★★☆ | ★★★★☆ | ★★★☆☆ | ★★★★☆ |

Overview  |  Product Details  |  Related Subjects  |  Read an Excerpt

ADVERTISING

## Overview



*The Adventures of Tom Sawyer*, by **Mark Twain**, is part of the *Barnes & Noble Classics* series, which offers quality editions at affordable prices to the student and the general reader, including new scholarship, thoughtful design, and pages of carefully crafted extras. Here are some of the remarkable features of *Barnes & Noble Classics*:

- New introductions commissioned from today's top writers and scholars
- Biographies of the authors
- Chronologies of contemporary historical, biographical, and cultural events
- Footnotes and endnotes
- Selective discussions of imitations, parodies, poems, books, plays, paintings,

Read More ⌄

## Product Details

| | |
|---|---|
| ISBN-13: | 9781593081393 |
| Publisher: | Barnes & Noble |
| Publication date: | 03/01/2008 |
| Series: | Barnes & Noble Classics Series |
| Pages: | 256 |
| Sales rank: | 19,805 |
| Product dimensions: | 7.94(w) x 5.32(h) x 0.71(d) |

## Related Subjects

19th Century - Post-Civil War American Fiction    African Americans - Kids Fiction    American Fiction & Literature Classics    Children's Classics - Kids Fiction    Classics By Subject    Favorite Characters - Kids Fiction    Friendship - Fiction    General & Miscellaneous - Kids Fiction    Historical Fiction - Kids    Historical People - Kids Fiction    Picaresque Fiction    Slavery - Fiction    Social Issues - Kids Fiction    U. S. People, Places & Cultures - Kids Fiction    Young Adult Classics->Teen fiction

## Read an Excerpt

**From H. Daniel Peck's Introduction to** *Adventures of Tom Sawyer*

*The Adventures of Tom Sawyer* is Mark Twain's "other" book, the one, it is said, that prepared the way for his masterpiece, *Adventures of Huckleberry Finn*, and in which the hero of that work was born as a secondary figure. There is much truth in this formulation. *Huck Finn* is indeed Twain's masterpiece, perhaps his only great novel. In directly engaging slavery, it far surpasses the moral depth of *Tom Sawyer*, and its brilliant first-person narration as well as its journey structure elevate it stylistically above the somewhat fragmentary and anecdotal *Tom Sawyer*. Yet it is important to understand *Tom Sawyer* in its own terms, and not just as a run-up to *Huck Finn*. It was, after all, Mark Twain's best-selling novel during much of the twentieth century; and it has always had a vast international following. People who have never actually read the novel know its memorable episodes, such as the fence whitewashing scene, and its characters—Tom foremost among them—who have entered into national folklore. The appeal of *Tom Sawyer* is enduring, and it will be our purpose here to

Read More ⌄

## Customer Reviews

Average Review: **3.9**

 Write a Review

and post it to your social network



[1084 Reviews]

## Most Helpful Customer Reviews



**Anonymous**
1478 days ago

 **AmazingDude427**

This book was one of the best I've ever read and thats saying something! Interesting story written from the mind of a pure ingenuity

Share    26    5



**Anonymous**
1410 days ago

 **A classic book.**

I had to read this book for school, but I didn't consider it as schoolwork. I considered it as reading the best book ever! I loved the characters, and there was so much in this book that was funny and enlightening. Tom is a mischevious boy who hates work, and will make up any sort of clever scheme to get out of it! Huck is a ragged boy with no loving parents; his mom is gone and his dad is a mean, drunk man who doesn't care about him. There are so many good scenes in this book, and I recommend this to any boy, or girl, for that matter. In this book there is humor, drama, hilarious romance, and so much more. I would reccomend this book to anyone ages 10 and up. I hope this reveiw was helpful, and I really hope to read the next book, which is The Adventures of Huck Finn. There are also two more books in the series, so I have something to look forward too! : - )

Share    17    4



**Anonymous**
1478 days ago

 **Great book for teens**

I'm fourteen years old and absolutely enjoyed the quirky and adventurous tom sawyer. The book is a quick read and easily relatable.

Share    21    8

*See all customer reviews >*

## Recently Viewed



**Adventures of Tom Sawyer…**
by Mark Twain



**Moby-Dick (Barnes & Noble…**
by Herman Melville

Adventures of Tom Sawyer (Barnes & Noble Classics Series) by Mark Twain | 9781593081393 | Paperback | Barnes & Noble






**Visit Your Local Store**
Find Author Events & Storytime
*Find a Store >*

**Gift Cards**
Always the Perfect Gift
*Shop Now >*

**Barnes & Noble Café**
Relax and Refuel
*Visit BN Café >*

**B&N Membership**
Don't Miss Out on Savings
*Learn More >*

| B&N Services | Shipping & Delivery | Quick Help | Store & Events |
|---|---|---|---|
| Advertise | About Free Shipping | Customer Service | Author Events, FREE Wi-Fi, and more |
| Publisher & Author Guidelines | About Shipping | Order Status |  Store Locator |
| Self-Publish with NOOK Press | Shipping Rates | Easy Returns | |
| Bulk Order Discounts | | Product Recalls | |
| B&N Membership | **NOOK** | | **Be in the Know** |
| B&N MasterCard | NOOK Tablets & eReaders | **About Us** | *Sign up for savings, news, updates* |
| B&N Kids' Club | NOOK Mobile Apps | About B&N | |
| B&N Educators | Special Offers | Investor Relations | |
| B&N Bookfairs | NOOK on Facebook | Barnes & Noble, Inc. |    |
| Careers at B&N | NOOK on Twitter | | |

Terms of Use   Copyright & Trademark   Privacy Policy   Sitemap   Accessibility

© 1997-2016 Barnes & Noble Booksellers, Inc.
122 Fifth Avenue, New York, NY 10011.

http://www.barnesandnoble.com/w/adventures-of-tom-sawyer-barnes-noble-classics-series-mark-twain/1106017534?ean=9781593081393[1/20/2016 9:38:28 AM]