# EXHIBIT 67

Skip to main content | About Us | Contact Us | FAQs | Language Assistance ▼

**U.S. Department of Education**

Search...   [Search]

| Student Loans | Grants | Laws | Data |

**PROGRAMS**
Federal Pell Grant Program

- Purpose
- Eligibility
- Applicant Info
- Awards
- Performance
- › Funding Status
- Laws, Regs, & Guidance
- Resources
- FAQs
- Contacts

Office of Federal Student Aid Home »

# Funding Status

## Appropriations

**Appropriations**

Fiscal Year 2011: $41,674,180,000
Fiscal Year 2010: $21,772,000,000
Fiscal Year 2009 : $19,378,000,000
Fiscal Year 2008 : $16,256,000,000
Fiscal Year 2007 : $13,660,711,000

Note: The amount for FY 2006 includes $4.3 billion to retire prior-year funding shortfalls; the amount for FY 2008 includes $2 billion in mandatory funds.

Note: The amounts for FY 2008 and FY 2009 include $2,000,000,000 and $2,100,000,000, respectively, in mandatory funds. In addition, the $17,114,000,000 in 70 U .S. Department of Education Recovery Act funds includes $1,474,000,000 in mandatory funds, of which 831,000,000 is for use in academic year 2010–11.

Note: The amount for FY 2009 includes $2,090,000,000 in definite mandatory funds and $16,283,000,000 in *American Recovery and Reinvestment Act of 2009* funds, of which $643,000,000 is mandatory. The FY 2010 appropriation amount includes $5,299,816,000 in indefinite mandatory funds. The FY 2011 appropriation above includes $13,500,000,000 in mandatory funds to help reduce discretionary need and $5,218,184,000, which is the estimate of indefinite mandatory funds needed.

## Awards Information

**2011**

Amount of Aid Available: $35,772,935,000
Amount of Aid Available represents the amount of funds to be awarded to participants in this program.
Number of New Awards Anticipated: 9,413,000
Average New Award: $3,800
Range of New Awards: $555–$5,550

**2010**

Amount of Aid Available: $32,295,226,000
Amount of Aid Available represents the amount of funds to be awarded to participants in this program.

## How Do I Find...

- Student loans, forgiveness
- College accreditation
- Every Student Succeeds Act (ESSA)
- FERPA
- FAFSA
- 1098-E Tax Form

More >

## Information About...

- Transforming Teaching
- Family and Community Engagement
- Early Learning
- K-12 Reforms

More >

## Related Topics

- **No Related Topics Found**

Number of New Awards Anticipated: 8,355,000

Average New Award: $3,865

Range of New Awards: $555–$5,550

### 2009

Amount of Aid Available: $25,328,889,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 7,022,000

Average New Award: $3,611

Range of New Awards: $486–$5,350

### 2008

Amount of Aid Available: $16,428,110,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 5,578,000

Average New Award: $2,945

Range of New Awards: $400–$4,731

### 2007

Amount of Aid Available: $13,989,305,000

Amount of Aid Available represents the amount of funds awarded to participants in the Federal Student Aid programs. Depending upon the program, this total may include federal appropriated dollars, institutional or state matching dollars, and federal or private loan capital.

Number of New Awards Anticipated: 5,339,000

Average New Award: $2,620

Range of New Awards: $400–$4,310

Note: FY 2007 Awards Information reflects final appropriations action that occurred after the completion of the fiscal year 2008 President's Budget.

Note: The Department is not bound by any estimates in this notice.

---

Printable view

Last Modified:
11/21/2011

---

**Student Loans**

Repaying Loans

Defaulted Loans

Loan Forgiveness

Loan Servicers

**Grants & Programs**

Apply for Pell Grants

Grants Forecast

Apply for a Grant

Eligibility for Grants

**Laws & Guidance**

Every Student Succeeds Act (ESSA)

FERPA

Civil Rights

**Data & Research**

Education Statistics

Postsecondary Education Data

State Education Data

Nation's Report Card

What Works Clearinghouse

**About Us**

Contact Us

ED Offices

Jobs

Press Releases

FAQs

Budget, Performance

Subscribe to E-Mail Updates





More >

---

Notices   FOIA   Privacy   Accessibility   Security   Information quality   Inspector General   Whitehouse.gov   USA.gov   Benefits.gov

Regulations.gov