# EXHIBIT 68



**Student Aid Front2Back**

Menu    Help    Glossary

**Federal Programs >  What are Title IV Programs?**

The programs authorized under Title IV of the Higher Education Act are the major source of federal student aid. Title IV programs include:

- Loans
    - Federal Family Education Loan (FFEL)
    - Direct Loan
    - Federal Perkins Loan
- Grants
    - Federal Pell Grant
    - Academic Competitiveness Grant (ACG)
    - National SMART Grant
    - Federal Supplemental Educational Opportunity Grant (FSEOG)
- Federal Work-Study (FWS)



Title IV Program Volume (as of Fiscal Year 2005)

Select NEXT to continue.

Page 4 of 24

PREVIOUS    NEXT