**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE GEISINGER DECLARATION, AND BRIEFING SCHEDULE THEREFORE** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion, with Defendant's consent, for an extension of time to respond to Defendant's Motion (Dkt. No. 67) to strike the Declaration of Kurt Geisinger (filed in Support of Plaintiffs' Motion for Summary Judgment and a Permanent Injunction - Dkt. No. 60), and for a briefing schedule on Defendant's motion.

Having reviewed the parties' submissions, the record and the applicable law,

**IT HEREBY ORDERED** that Plaintiffs' Motion for an extension of time to respond to Defendant's motion to strike the Geisinger Declaration is GRANTED; and it is further

**ORDERED** that Plaintiffs' time to respond to Defendant's motion to strike the Geisinger Declaration (Dkt. No. 67) is February 18, 2016; and it is further

**ORDERED** that the time for Defendant to file a reply in support of the motion to strike the Geisinger Declaration is March 3, 2016.

**IT IS SO ORDERED:**

Dated: _____, 2016        _____
                                                              Hon. Tanya S. Chutkan
                                                              United States District Judge

Submitted by:

Jonathan Hudis (DC Bar # 418872)
Jonathan P. Labukas (DC Bar # 998662)
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Jonathan.Labukas@quarles.com

*Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

Names and addresses of all attorneys
entitled to be notified of the entry of this Order:

For Plaintiffs:

Jonathan Hudis
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Jonathan.Hudis@quarles.com

Jonathan P. Labukas
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
E-Mail Jonathan.Labukas@quarles.com

For Defendants:

Andrew P. Bridges
Sebastian E. Kaplan (Pro Hac Vice Pending)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker (Pro Hac Vice)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
mbecker@fenwick.com

Mitchell L. Stoltz (D.C. Bar No. 978149)
Corynne McSherry (Pro Hac Vice)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
mitch@eff.org
corynne@eff.org

David Halperin (D.C. Bar No. 426078)
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com