**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:14-cv-00857-TSC <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on January 25, 2016 the accompanying:

1. PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE GEISINGER DECLARATION, AND BRIEFING SCHEDULE THEREFORE;

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE GEISINGER DECLARATION, AND BRIEFING SCHEDULE THEREFORE; and

3. This CERTIFICATE OF SERVICE

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

>  Andrew P. Bridges
>  Sebastian E. Kaplan (Pro Hac Vice pending)
>  FENWICK & WEST LLP
>  555 California Street, 12th Floor
>  San Francisco, CA 94104
>  abridges@fenwick.com
>  skaplan@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7930
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant*
*PUBLIC.RESOURCE.ORG, INC.*

                       Respectfully submitted,

                       QUARLES & BRADY LLP

Dated: January 25, 2016      By:   */s/ Jonathan Hudis*
                                  Jonathan Hudis (DC Bar # 418872)
                                  Jonathan P. Labukas (DC Bar # 998662)
                                  1700 K Street NW, Suite 825
                                  Washington, DC 20006-3825
                                  Tel. (202) 372-9600
                                  Fax (202) 372-9599
                                  E-Mail Jonathan.Hudis@quarles.com
                                  E-Mail Jonathan.Labukas@quarles.com

                                  *Counsel for Plaintiffs American Educational*
                                  *Research Association, Inc., American*
                                  *Psychological Association, Inc., and*
                                  *National Council on Measurement in*
                                  *Education, Inc.*