# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No.: 1:14-cv-00857-TSC<br><br>**PLAINTIFFS'<br>MOTION FOR ADMISSION<br>*PRO HAC VICE* OF NIKIA L. GRAY** |

Pursuant to L. Civ. R. 83.2(d), Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc., by their undersigned counsel, Jonathan Hudis, a member in good standing of the Bar of this Court, respectfully moves for an Order admitting Nikia L. Gray as counsel *pro hac vice* in the captioned action.

Ms. Gray is an associate with the law firm of Quarles & Brady, LLP in Washington, D.C., and a member in good standing of the State Bar of Arizona, U.S. District Court for the District of Arizona and the U.S. Court of Appeals for the Ninth Circuit. Her application for admission to the District of Columbia Bar is currently pending.

Accompanying this motion is Ms. Gray's Declaration containing the information required for *pro hac vice* motions pursuant to L. Civ. R. 83.2(d). Counsel for Plaintiffs has conferred with counsel for the Defendant concerning this motion, as required by L. Civ. R. 7(m). Defendant consents to this motion to admit Ms. Gray *pro hac vice* in this litigation. In accordance with L. Civ. R. 7(c), a proposed Order is filed herewith.

Respectfully submitted,

QUARLES & BRADY LLP

Dated: January 28, 2016        By:    */s/ Jonathan Hudis*
                                      Jonathan Hudis (DC Bar # 418872)
                                      Jonathan P. Labukas (DC Bar # 998662)
                                      1700 K Street NW, Suite 825
                                      Washington, DC 20006-3825
                                      Tel. (202) 372-9600
                                      Fax (202) 372-9599
                                      E-Mail Jonathan.Hudis@quarles.com
                                      E-Mail Jonathan.Labukas@quarles.com

                                      Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.