## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH )
ASSOCIATION, INC., AMERICAN )
PSYCHOLOGICAL ASSOCIATION, INC., )
and NATIONAL COUNCIL ON )  Civil Action No.: 1:14-cv-00857-TSC
MEASUREMENT IN EDUCATION, INC. )
)
  Plaintiffs, )
)
v. )
)
PUBLIC.RESOURCE.ORG, INC., )
)
  Defendant. )

### DECLARATION OF NIKIA L. GRAY IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Nikia L. Gray, declare as follows:

1. My name is Nikia L. Gray. I serve as counsel for Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc.

2. I am an attorney practicing with the law firm of Quarles & Brady, LLP, located at 1700 K Street NW, Suite 825, Washington, D.C. 20006. My phone number is (202) 372-9600.

3. I am a member in good standing of the State Bar of Arizona, the United States District Court for the District of Arizona and the U.S. Court of Appeals for the Ninth Circuit.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as any member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

1

6. I have not previously been admitted *pro hac vice* to practice in this Court.

7. I submitted an application for membership to the District of Columbia Bar on October 21, 2015, and that application is currently pending.

8. I will, if admitted for the purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 20, 2016 at Washington, D.C.

Nikia L. Gray

2

QB\157937.00002\38090955.1