# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No.: 1:14-cv-00857-TSC<br><br>**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE* OF NIKIA L. GRAY** |

Upon consideration of Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc.'s motion for the admission *pro hac vice* of Nikia L. Gray, it is hereby,

**ORDERED** that the motion for the admission *pro hac vice* of Nikia L. Gray on behalf of Plaintiffs in the above-captioned case be GRANTED; and it is further

**ORDERED** that Nikia L. Gray is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiffs in the above-referenced action.

IT IS SO ORDERED.

Date: _____          _____
                                        Hon. Tanya S. Chutkan
                                        U.S. District Judge

QB\157937.00002\38282464.1