AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Educational Research Assoc., Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-00857-TSC-DAR |
| Public.Resource.Org, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus The Reporters Committee for Freedom of the Press  .

Date:  02/11/2016

/s/ Bruce D. Brown
*Attorney's signature*

Bruce D. Brown, D.C. Bar No. 57317
*Printed name and bar number*

1156 15th St. NW, Suite 1250
Washington, D.C. 20005

*Address*

bbrown@rcfp.org
*E-mail address*

(202) 795-9301
*Telephone number*

(202) 795-9310
*FAX number*