UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,

Plaintiffs,

v.

PUBLIC.RESOURCE.ORG, INC.,

Defendant.

Case No. 1:14-cv-00857-TSC-DAR

**[PROPOSED] ORDER GRANTING MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION**

THIS MATTER came before the court on the motion of the Reporters Committee for Freedom of the Press ("Reporters Committee") for leave to file a brief as *amicus curiae* in support of Defendant's motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment and for a permanent injunction.

The Court, having considered the motion and any opposition, HEREBY ORDERS that the Reporters Committee's motion for leave to file a brief as *amicus curiae* is GRANTED.

DATED this _____ day of _____, 2016.

_____

The Honorable Tanya S. Chutkan

Presented by:

Reporters Committee for Freedom of the Press

/s/ Bruce D. Brown
Bruce D. Brown (D.C. Bar No. 57317)
THE REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: 202.795.9303
Email: bbrown@rcfp.org
*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2016, the foregoing document was filed electronically with the Clerk of the Court through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: February 11, 2016 /s/ Bruce D. Brown
Bruce D. Brown (D.C. Bar No. 57317)
THE REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: 202.795.9303
Email: bbrown@rcfp.org
*Counsel for Amicus Curiae*