IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00857-TSC |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF LAW SCHOLARS IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief on Behalf of Law Scholars in support of Defendant-Counterclaimant Public.Resource.org's Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment and Permanent Injunction, it is ORDERED that this Motion for Leave be hereby GRANTED.

IT IS SO ORDERED.

DATED: _____          _____
                                                               Hon. Tanya S. Chutkan
                                                               United States District Court Judge