IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, <br><br> *Defendant*. | No. 1:14-cv-857 (TSC/DAR) |

NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record: Pursuant to Local Civil Rule 83.6(a) of this Court, I am admitted to practice in this Court, and I appear in this case as counsel for *amicus curiae* Public Knowledge. The identification information required by the rule appears below in the signature.

Respectfully submitted,

Dated: February 11, 2016

*/s/ Charles Duan*
Charles Duan (D.C. Bar No. 1013998)
Public Knowledge
1818 N Street NW, Suite 410
Washington, DC 20036
(202) 861-0020
cduan@publicknowledge.org

*Counsel for amicus curiae*

Rev. 1239ca91

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, I caused the foregoing **Notice of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: February 11, 2016          */s/ Charles Duan*  
                                  Charles Duan  
                                  *Counsel for amicus curiae*