IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> *Plaintiffs*, <br><br>   v. <br><br>PUBLIC.RESOURCE.ORG, <br><br> *Defendant*. | No. 1:14-cv-857 (TSC/DAR) |

## CORPORATE DISCLOSURE STATEMENT

 Pursuant to Local Civil Rule 7.1 of this Court, I, the undersigned, counsel of record for Public Knowledge, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

            Respectfully submitted,

Dated: February 11, 2016     */s/ Charles Duan*
                  Charles Duan (D.C. Bar No. 1013998)
                  Public Knowledge
                  1818 N Street NW, Suite 410
                  Washington, DC 20036
                  (202) 861-0020
                  cduan@publicknowledge.org

                  *Counsel for amicus curiae*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, I caused the foregoing **Corporate Disclosure Statement** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: February 11, 2016        */s/ Charles Duan*
                                Charles Duan
                                *Counsel for amicus curiae*