IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,

    *Plaintiffs*,

v.

PUBLIC.RESOURCE.ORG,

    *Defendant*.

No. 1:14-cv-857 (TSC/DAR)

**[PROPOSED] ORDER GRANTING LEAVE TO FILE A BRIEF OF *AMICUS CURIAE***

THIS CAUSE COMING to be heard on motion by Public Knowledge for leave to file a brief of *amicus curiae*, proper notice having been served, and the Court being fully advised on the matter:

IT IS HEREBY ORDERED that the motion is **GRANTED**.

SO ORDERED:

Dated: January _____, 2016     */s/ Charles Duan* _____

The Honorable _____

Rev. 1239ca91