AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.; <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; and <br><br> NATIONAL COUNCIL OF MEASUREMENT IN EDUCATION, INC., <br> *Plaintiffs,* <br> v. <br> PUBLIC.RESOURCE.ORG, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   1:14-cv-00857-TSC-DAR |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sina Bahram                                                                                                       .

Date:   02/11/2016

*Attorney's signature*

Jeffrey T. Pearlman, CA #254759, DCD #CA00003
*Printed name and bar number*

559 Nathan Abbott Way
Stanford, CA 94303
*Address*

jef@law.stanford.edu
*E-mail address*

(650) 497-9443
*Telephone number*

(650) 723-4426
*FAX number*