IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.;<br><br>AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; and<br><br>NATIONAL COUNCIL OF MEASUREMENT IN EDUCATION, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant | Case No. 1:14-CV-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF SINA BAHRAM FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT**<br><br>Action Filed: May 23, 2014 |

Upon consideration of the Unopposed Motion of Sina Bahram for Leave to File Amicus Curiae Brief in Support of Defendant, it is ORDERED that this Motion for Leave be and hereby is GRANTED, consistent with the schedule previously set by the Court.

IT IS SO ORDERED.

DATED: _____

 

_____
Hon. Tanya S. Chutkan
United States District Court Judge