**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>Plaintiffs/Counterclaim-Defendants, <br><br>v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION ON CONSENT FOR LEAVE TO FILE CORRECTED DECLARATIONS** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion, with Defendant's consent, for a leave to file the corrected Declarations of Marianne Ernesto, Wayne Camara, and Felice Levine (Dkt. Nos. 60-49, 60-76, and 60-78) filed in Support of Plaintiffs' Motion for Summary Judgment and a Permanent Injunction (Dkt. No. 60).

Having reviewed the parties' submissions, the record and the applicable law,

**IT HEREBY ORDERED** that Plaintiffs' Motion for a leave to file corrected Declarations is GRANTED; and it is further

**ORDERED** that the corrected Declarations are hereby accepted as filed without the necessity of further filing or serving any copy.

**IT IS SO ORDERED:**

Dated: _____, 2016          _____
                                                                            Hon. Tanya S. Chutkan
                                                                            United States District Judge

Submitted by:

Jonathan Hudis (DC Bar # 418872)
Nikia L. Gray (*pro hac vice*)
Jonathan P. Labukas (DC Bar # 998662)
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Nikia.Gray@quarles.com
E-Mail Jonathan.Labukas@quarles.com

*Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

Names and addresses of all attorneys
entitled to be notified of the entry of this Order:

For Plaintiffs:

Jonathan Hudis
Nikia L. Gray
Jonathan P. Labukas
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Jonathan.Hudis@quarles.com
Nikia.Gray@quarles.com
Jonathan.Labukas@quarles.com

For Defendants:

Andrew P. Bridges
Sebastian E. Kaplan (*Pro Hac Vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker (*Pro Hac Vice*)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
mbecker@fenwick.com

Mitchell L. Stoltz (D.C. Bar No. 978149)
Corynne McSherry (*Pro Hac Vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
mitch@eff.org
corynne@eff.org

David Halperin (D.C. Bar No. 426078)
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com