# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>*Defendant.* | Civil Action No. 1:14-cv-00857-TSC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 12, 2016 the accompanying:

1. PLAINTIFFS' MOTION ON CONSENT FOR LEAVE TO FILE CORRECTED DECLARATIONS, WITH POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. EXHIBIT 1 - [CORRECTED] DECLARATION OF MARIANNE ERNESTO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ENTRY OF A PERMANENT INJUNCTION;

3. EXHIBIT 2 - [CORRECTED] DECLARATION OF WAYNE CAMARA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ENTRY OF A PERMANENT INJUNCTION;

4. EXHIBIT 3 - [CORRECTED] DECLARATION OF FELICE J. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ENTRY OF A PERMANENT INJUNCTION;

5. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION ON CONSENT FOR LEAVE TO FILE CORRECTED DECLARATIONS; and

6. This CERTIFICATE OF SERVICE

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

Andrew P. Bridges
Sebastian E. Kaplan (Pro Hac Vice)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7930
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant*
*PUBLIC.RESOURCE.ORG, INC.*

                                                  Respectfully submitted,

                                                  QUARLES & BRADY LLP

Dated: February 12, 2016        By:    */s/ Jonathan Hudis*
                                                      Jonathan Hudis (DC Bar # 418872)
                                                      Jonathan P. Labukas (DC Bar # 998662)
                                                      1700 K Street NW, Suite 825
                                                      Washington, DC 20006-3825
                                                      Tel. (202) 372-9600
                                                      Fax (202) 372-9599
                                                      E-Mail Jonathan.Hudis@quarles.com
                                                      E-Mail Jonathan.Labukas@quarles.com

                                                      *Counsel for Plaintiffs*