# EXHIBIT VVV

Case No. 1:14-cv-00857-TSC-DAR



**Search WorldCat**

Search

Advanced Search  Find a Library

Cite/Export    Print    E-mail    Share    Permalink

Add to list    Add tags    Write a review    Rate this item:  1  2  3  4  5

### Standards for educational and psychological testing

| | |
|---|---|
| Author: | American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Publisher: | Washington, DC : American Educational Research Association, ©1999. |
| Edition/Format: | Print book : English   View all editions and formats |
| Database: | WorldCat |
| Rating: | (not yet rated)   0 with reviews - Be the first. |
| Subjects: | Educational tests and measurements -- Standards -- United States. |
| | Psychological tests -- Standards -- United States. |
| | Mediciones y pruebas educativas -- Normas -- Estados Unidos. |
| | View all subjects |
| More like this | User lists    Similar Items |

**Nearby libraries**
to 53202

Milwaukee School of Engineering
Milwaukee, Wisconsin 53202-3109, United States
< 1 m / km

Milwaukee Institute of Art & Design
Milwaukee, Wisconsin 53202-6003, United States
< 1 m / km

Librarian? Claim your library

Borrow / obtain a copy    Buy it

#### Find a copy in the library

Enter your location:  [          ]  Find libraries

Displaying libraries 1-6 out of 1034 for all 69 editions    Show libraries holding *just this edition* or narrow results by *format*

« First  ‹ Prev  1  2  3  Next ›  Last »

| | Library | Held formats | Distance | |
|---|---|---|---|---|
| 1. | **University of Southern California**<br>USC Libraries<br>Los Angeles, CA 90089 United States | Book | 4 miles<br>MAP IT | Library info<br>Ask a librarian<br>Add to favorites |
| 2. | **University of California Los Angeles**<br>Southern Regional Library Facility<br>Los Angeles, CA 90095 United States | Book | 6 miles<br>MAP IT | Library info<br>Add to favorites |
| 3. | **County of Los Angeles Public Library**<br>County Library Headquarters<br>Downey, CA 90241 United States | Book | 7 miles<br>MAP IT | Library info<br>Add to favorites |
| 4. | **California State University, Los Angeles**<br>John F. Kennedy Memorial Library<br>Los Angeles, CA 90032 United States | Book | 8 miles<br>MAP IT | Library info<br>Add to favorites |

| | | | | |
|---|---|---|---|---|
| 5. | [Loyola Marymount University](#)<br>William H. Hannon Library<br>Los Angeles, CA 90045 United States | Book | 8 miles<br>MAP IT | Library info<br>Ask a librarian<br>Add to favorites |
| 6. | [Alliant International University, Los Angeles Campus Library](#)<br>Los Angeles Library<br>Alhambra, CA 91803 United States | Book | 9 miles<br>MAP IT | Library info<br>Add to favorites |

« First ‹ Prev  1  **2**  3  Next ›  Last »

## Buy it

| Seller | Price |
|---|---|
| Amazon.com | $17.99 |
| Barnes & Noble | $35.49 |

## Details

| | |
|---|---|
| **Additional Physical Format:** | Online version:<br>American Educational Research Association.<br>Standards for educational and psychological testing.<br>Washington, DC American Educational Research Association, ©1999<br>(OCoLC)676719545 |
| **Document Type:** | Book |
| **All Authors / Contributors:** | American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **ISBN:** | 0935302255 9780935302257 |
| **OCLC Number:** | 44174490 |
| **Notes:** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso. |
| **Description:** | ix, 194 pages ; 26 cm |
| **Contents:** | Test construction, evaluation, and documentation. Validity --<br>Reliability and errors of measurement --<br>Test development and revision --<br>Scales, norms, and score comparability --<br>Test administration, scoring, and reporting --<br>Supporting documentation for tests --<br>Fairness in testing. Fairness in testing and test use --<br>The rights and responsibilities of test takers --<br>Testing individuals of diverse linguistic backgrounds --<br>Testing individuals with disabilities --<br>Testing applications. The responsibilities of test users --<br>Psychological testing and assessment --<br>Educational testing and assessment --<br>Testing in employment and credentialing --<br>Testing in program evaluation and public policy. |
| **Responsibility:** | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |



- Reviews

  User-contributed reviews

  Add a review and share your thoughts with other readers.   Be the first.

- Tags

  Add tags for "Standards for educational and psychological testing".   Be the first.

- Similar Items

  Related Subjects: (16)

  Educational tests and measurements -- Standards -- United States.

  Psychological tests -- Standards -- United States.

  Mediciones y pruebas educativas -- Normas -- Estados Unidos.

  Pruebas psicológicas -- Normas -- Estados Unidos.

  Tests et mesures en éducation -- Normes -- États-Unis.

  Tests psychologiques -- Normes -- États-Unis.

  Educational tests and measurements -- Standards.

  Psychological tests -- Standards.

  United States.

  Testconstructie.

  Onderwijs.

  Psychologische tests.

  Psychodiagnostiek.

  Educational Measurement -- standards

  Psychological Tests -- standards

  United States

  User lists with this item   (3)

  Things to Check Out   (11 items)
     by jcaldw52   updated 2015-09-23

  Things to Check Out   (6 items)
     by clgattis   updated 2012-11-25

  Things to Check Out   (105 items)
     by arrica   updated 2011-02-23

+ Linked Data