# EXHIBIT WWW

Case No. 1:14-cv-00857-TSC-DAR

ASU /All Locations



# ASU Libraries　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ask a Librarian

## Quick Links ▾

🔍 New Search　　✓ Request　　📋 Add to My Lists　　📋 Add to Clipboard　　☰ MARC Display

| OCLC Number | 44174490 | All Locations | Title | Search |

☐ Limit search to available items

◀ Previous Record　|　Next Record ▶

**Author:** American Educational Research Association.
**Title:** Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.
**Publisher:** Washington, D.C. : American Educational Research Association, c1999 (2002 printing)

| LOCATION | CALL # | STATUS |
|---|---|---|
| HAYDEN STACKS | LB3051 .A693 1999 | SHELF |
| WEST STACKS | LB3051 .A693 1999 | SHELF |

**Description:** ix, 194 p. ; 26 cm.
**Other Author:** American Psychological Association.
National Council on Measurement in Education.
Joint Committee on Standards for Educational and Psychological Testing (U.S.)
**Note:** "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.
Includes index.
**Contents:** Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy.
**ISBN:** 0935302255
**Subject:** Educational tests and measurements -- Standards -- United States.
Psychological tests -- Standards -- United States.