# EXHIBIT XXX

Case No. 1:14-cv-00857-TSC-DAR

Baylor University Libraries /All Locations

## BearCat Library System

     

NUMBER | 0935302255 | View Entire Collection | Title | Search

☐ *Limit search to available items*

Result page: ← Previous  Next →

Persistent link to this record: http://bearcat.baylor.edu:80/record=b3810703~S10






| | |
|---|---|
| **Corporate Author** | American Educational Research Association. |
| **Title** | **Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.** |
| **Publication Info** | Washington, DC American Educational Research Association, c1999. |

| LOCATION | CALL # | STATUS |
|---|---|---|
| **Moody General Collection** | LB3051 .A693 1999 | AVAILABLE |



| | |
|---|---|
| **Description** | ix, 194 p. ; 26 cm. |
| **Note** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso. |
| **Bibliography, etc.** | Includes bibliographical references and index. |
| **Contents** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| **Subject** | Educational tests and measurements -- Standards -- United States. |
| | Psychological tests -- Standards -- United |

|  |  |
|---|---|
|  | States. |
|  | Educational Measurement -- standards -- United States. |
|  | Psychological Tests -- standards -- United States. |
| **Alt Author** | American Psychological Association. |
|  | National Council on Measurement in Education. |
|  | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **LCCN** | 99066845 |
| **ISBN** | 0935302255 |
|  | 9780935302257 |

Result page:  

