# EXHIBIT YYY

Case No. 1:14-cv-00857-TSC-DAR

Case 1:14-cv-00857-TSC   Document 89-8   Filed 02/18/16   Page 2 of 2



BCINFO    CONTACT    DIRECTORIES

Databases | Research Guides | Journals | Help | Feedback    **Guest**    e-shelf    My Account    Sign in

**BC Collections** | Articles    Course Reserves

44174490    ? Search    Clear    Advanced Search

All items ▾ | that contain my search words ▾ | anywhere in the record ▾

**Standards for educational and psychological testing**
American Educational Research Association. American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)
Washington, DC American Educational Research Association c1999.
Available at O'Neill Library Stacks (STACK) (LB3051 .A693 1999 ) Click "Find it in Library" for other locations

**Find it in Library** | Details | Tags

**Boston College Libraries**    Sign in for additional request options    Actions⌄

Request :  Interlibrary Loan  | Scanned Book Chapter  | Scanned Journal Article  |

| Location | Availability | Location Map |
| --- | --- | --- |
| Educational Resource Center<br>Stacks<br>LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |
| O'Neill<br>Stacks (STACK)<br>LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | Locate |
| Social Work Library<br>Tests and Measures Reference No Loan<br>LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |

Back to results list    Result 1

**Holmes One Search** |
Maintained: University Libraries © 2015 The Trustees of Boston College   | Legal