# EXHIBIT ZZZ

Case No. 1:14-cv-00857-TSC-DAR



Boston University Libraries
e-Shelf | My Account | Sign In

BU

All Library Resources | Course Reserves

44174490 Search Clear

All items | that contain my query words | anywhere in the record

Advanced Search | Browse Search | Journal Title Search | Help

**Standards for educational and psychological testing**
American Educational Research Association. ; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) ; ©1999
Washington, DC : American Educational Research Association; ISBN: 0935302255;ISBN: 9780935302257

**Available at** Pickering Educational Resources Library Reference Collection (LB3051 .A693 1999 )

Find in Library | More Information | Virtual Browse

**Boston University** Sign-in for more options Save/Email

**Request Options:**

**Location:** Pickering Educational Resources Library Reference Collection LB3051 .A693 1999 Hide Details

Availability: (1 copy, 1 available, 0 requests)

1 - 1 of 1 Records

| Type | Policy | Description | Status |
|---|---|---|---|
| Book | Not loanable | | Item in place |

Help

Back to results list

Previous Result 2 Next

## Libraries & Archives

| | | |
|---|---|---|
| African Studies Library | Howard Gotlieb Archival Research Center | Pickering Educational Resources Library |
| Alumni Medical Library | Mugar Memorial Library | Science & Engineering Library |
| Astronomy Library | Music Library | Stone Science Library |
| Fineman & Pappas Law Libraries | Pardee Management Library | Theology Library |
| | | Additional BU Libraries |

failed to load custom tile