# EXHIBIT AAAA

Case No. 1:14-cv-00857-TSC-DAR

California State University Library, Northridge /All Locations



**Help Using the Catalog    Shelving Locations    Ask A Librarian    Research Assistance    OneSearch    Find Databases    Give us Feedback**

| | CONTROL NO | 44174490 | View Entire Collection |
| --- | --- | --- | --- |
| | | Date | Search |

Record: Previous  Next

| | |
| --- | --- |
| **Corporate Author** | American Educational Research Association. |
| **Title** | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| **Published** | Washington, DC American Educational Research Association, c1999. |

Permanent URL for this record: http://suncat.csun.edu/record=b2631220
Cite this title (courtesy of OCLC WorldCat)

| LOCATION | CALL # | STATUS |
| --- | --- | --- |
| Floor3 | LB3051 .A693 1999 | IN LIBRARY |

Map It!  Send via Text Message

| | |
| --- | --- |
| **Description** | ix, 194 p. ; 26 cm. |
| **Note** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso. |
| | Includes index. |
| **Contents** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| **Subject** | Educational tests and measurements -- Standards -- United States. |
| | Psychological tests -- Standards -- United States. |
| **Related Names** | American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **ISBN** | 0935302255 |
| | 9780935302257 |
| **OCLC number** | 44174490 |

**Find More Like This**

**Tags**

education
educational measurement
educational psychology non-fiction
psychological testing
psychological tests
**psychology**
reference
**standards**
testing

**Similar Books**

Measurement and evaluation in psychology and education / Robert L. Thorndike, Elizabeth P. Hagen.
by Thorndike, Robert L. (Robert Ladd), 1910-1990.

Psychometric theory / Jum C. Nunnally, Ira H. Bernstein.
by Nunnally, Jum C.

Psychological testing and assessment : an introduction to tests and measurement / Ronald Jay

http://suncat.csun.edu/search/o?44174490[2/10/2016 9:20:37 AM]