# EXHIBIT BBBB

Case No. 1:14-cv-00857-TSC-DAR

# CLIO

ocm44174490

All Fields

Search

Advanced Search

## Standards for educational and psychological testing

| | |
|---|---|
| Author | American Educational Research Association. |
| Title | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Published | Washington, DC American Educational Research Association, c1999. |
| Description | ix, 194 p. ; 26 cm. |
| Subjects | Educational tests and measurements > Standards > United States. |
| | Psychological tests > Standards > United States. |
| Medical Subjects | Educational Measurement. |

**Available from:**

Offsite - Place Request for delivery within 2 business days

**Call Number:**  LB3051 .A693 1999

✖ *Checked out, due 2016-02-15*

**Requests:**
Borrow Direct
Recall / Hold
ILL

**Google Books**
More info at Google books



Psychological Tests > standards.
United States.

**Hathi Trust**
Summary Page
Viewability
Limited (search-
only)          *(original from University of
Michigan)*

Also Listed Under
American Psychological Association.
National Council on Measurement in Education.
Joint Committee on Standards for Educational and
Psychological Testing (U.S.)

Contents
Test construction, evaluation, and documentation. Validity
Reliability and errors of measurement
Test development and revision
Scales, norms, and score comparability
Test administration, scoring, and reporting
Supporting documentation for tests
Fairness in testing. Fairness in testing and test use
The rights and responsibilities of test takers
Testing individuals of diverse linguistic backgrounds
Testing individuals with disabilities
Testing applications. The responsibilities of test users
Psychological testing and assessment
Educational testing and assessment
Testing in employment and credentialing
Testing in program evaluation and public policy.

Notes
"Prepared by the Joint Committee on Standards for
Educational and Psychological Testing of the American
Educational Research Association, the American
Psychological Association, and the National Council on
Mesurement in Education"--T.p. verso.
Includes index.

Language     English

LCCN     99066845

ISBN     0935302255

Format     📙 Book

Bookmark As     https://clio.columbia.edu/catalog/3142514

**Virtual Shelf Browse**  ⓘ    | Show | Hide |