# EXHIBIT CCCC

Case No. 1:14-cv-00857-TSC-DAR



# Cornell University Library
# LIBRARY CATALOG

Selected Items | Search History | Search Tips | Ask a Librarian

All Fields

ADVANCED SEARCH | BROWSE | MY ACCOUNT

Back to catalog results

☐ Select    Cite    Email    Export    Print

## Standards for educational and psychological testing

American Educational Research Association, American Psychological Association, National Council on Measurement in Education.



Check availability

Author, etc.:

American Educational Research Association. Info

Format:

Book

Language:

English

Published:

Washington, DC American Educational Research Association, c1999.

Subject:

Educational tests and measurements > Standards > United States
Psychological tests > Standards > United States
Educational Measurement
Psychological Tests > standards > United States
Mediciones y pruebas educativas > Normas > Estados Unidos
Pruebas psicológicas > Normas > Estados Unidos
Tests et mesures en éducation > Normes > États-Unis
Tests psychologiques > Normes > États-Unis
Testconstructie
Onderwijs
Psychologische tests
Psychodiagnostiek

Description:

ix, 194 p. ; 26 cm.

ISBN:

0935302255
9780935302257

Other contributor:

American Psychological Association.
National Council on Measurement in Education.
Joint Committee on Standards for Educational and Psychological Testing (U.S.)

Table of contents:

Test construction, evaluation, and documentation. Validity
Reliability and errors of measurement
Test development and revision
Scales, norms, and score comparability
Test administration, scoring, and reporting
Supporting documentation for tests
Fairness in testing. Fairness in testing and test use
The rights and responsibilities of test takers
Testing individuals of diverse linguistic backgrounds
Testing individuals with disabilities
Testing applications. The responsibilities of test users
Psychological testing and assessment
Educational testing and assessment
Testing in employment and credentialing
Testing in program evaluation and public policy.

Notes:

"Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.
Includes index.

# Availability

**Olin Library**   Hours/Map

Oversize LB3051 .A693 1999 +      Text

**Available**   1 copy

Request

# Other forms of this work

At the Library: Library Annex, ILR Library c1985

See all results

Librarian View | Classic Catalog

CONTACT US

Ask a Librarian | Chat with a Librarian

RESOURCES

Library Website | Search | Catalog | Articles & Full-Text | Databases | E-journal Titles | Images

Feedback

Release notes

© 2016 Cornell University Library | Privacy