# EXHIBIT DDDD

Case No. 1:14-cv-00857-TSC-DAR

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Edu...



Dartmouth Home • Library Home • Off-Campus Access

# DARTMOUTH COLLEGE LIBRARY CATALOG

Borrow Direct | DartDoc
Browse eJournals/eBooks
Research Guides
Browser widgets: LibX toolbar | search plugins

Dartmouth Digital Library Programs
Finding Aids for Rauner Special
New Acquisitions
Request a Purchase



Ask Us
Chat FAQ
Email Phone

**Account Login:** Dartmouth Faculty, Staff & Students | DHMC, Guest & Affiliated Borrowers

REQUEST ITEM   ADD TO MY LISTS   SAVE RECORD   MARC VIEW   ANOTHER SEARCH

| OCLC WORLDCAT NO | ocm44174490 | Entire Collection |
|---|---|---|
| | Title  Search | |

☐ Limit to available items

(Search History)

Record:   << PREVIOUS RECORD   NEXT RECORD >>

Persistent URL: http://libcat.dartmouth.edu/record=b2887098~S1



**Author** American Educational Research Association.
**Title** Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.
**Imprint** Washington, DC American Educational Research Association, c1999.
**Description** ix, 194 p. ; 26 cm.




(What's RefWorks?)

 ShareThis
  


| Location (link to map) | Call Number | Status  ? | Note |
|---|---|---|---|
| Baker Berry | LB3051 .A693 1999  Find It!  Browse Nearby Items | AVAILABLE | |

**Note** "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.
Includes index.
**Contents** Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in

**Expand Your Search!**
Search Summon
Browse Research Guides
Search HathiTrust (full view only)
Search WorldCat
Search Google Books
Search Amazon
Search Book Review Digest Plus & Retro
Cite this item
ADDITIONAL SEARCHES

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Edu...

testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy.

| | |
|---|---|
| **Subject** | Educational tests and measurements -- Standards -- United States. |
| | Psychological tests -- Standards -- United States. |
| **Medical Term** | Educational Measurement |
| | Psychological Tests -- standards -- United States |
| **Alternate Author** | American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **ISBN** | 0935302255 |
| **Control No.** | ocm44174490 |
| **LCCN** | 99066845 |

**Resources:** Library Home • About the Libraries • Research • Services • Library Help • Library Catalog Help

**Libraries:** Baker-Berry Library • Biomedical Libraries • Feldberg Business & Engineering Library • Evans Map Room • Jones Media Center • Kresge Physical Sciences Library • Paddock Music Library • Rauner Special Collections Library • Sherman Art Library

Mobile Catalog • Mobile Site • A-Z Index of Library Site

Copyright © Trustees of Dartmouth College • Privacy Policy

Dartmouth College Library
Hanover, NH, USA 03755
Phone: (603) 646-2560
Library Departments

  


Submit Problem Reports or Feedback