# EXHIBIT EEEE

Case No. 1:14-cv-00857-TSC-DAR

Add

**Standards for educational and psychological testing**

Request

American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

| | |
|---|---|
| Author: | American Educational Research Association. |
| Format: | Book |
| Published: | Washington, DC American Educational Research Association, c1999. |
| Language: | English |

Email
Print
Text Message
Refworks
Endnote (file)

**Not on the shelves?**
Request Missing Book

**Location** | **Details** | **Subjects** | **Table of Contents**

**Duke**

| | | | |
|---|---|---|---|
| Perkins/Bostock Library | Stacks *Click for map* | LB3051 .A693 1999 c.1 | Available. |

(cc) BY-NC-SA

Duke UNIVERSITY

