# EXHIBIT FFFF

Case No. 1:14-cv-00857-TSC-DAR



| WOODRUFF | BUSINESS | HEALTH SCIENCES | LAW | ROSE | OXFORD COLLEGE | THEOLOGY |

Hello Guest  e-Shelf  Sign in

Library Search | eJournals A-Z | Citation Linker

| CATALOG | EMORY REPOSITORIES | COMBINED |

All items  44174490  Search

Browse Search
Advanced Search

### Standards for educational and psychological testing

American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)

Washington, DC : American Educational Research Association ; 1999

Available at Robert W. Woodruff Library Book Stacks (LB3051 .A693 1999 )

Details | **Physical Resource** | Virtual Browse

**01EMORY**                            Sign-in for more options          Actions

Search discoverE

| Location | Robert W. Woodruff Library  Book Stacks  LB3051 .A693 1999 | Hide Details |

Availability:   (1 copy, 1 available, 0 requests)

1 - 1 of 1 Records

| Barcode | Type | Policy | Description | Status |
|---|---|---|---|---|
| 010002593184 | Book | Log in for more information | | Item in place |

Back to results list                                                Result 1

