# EXHIBIT GGGG

Case No. 1:14-cv-00857-TSC-DAR

Florida Atlantic University (FAU) - Library Catalog

  

**Databases | E-Journals | Off-Campus Connect**

**Research Help**

*Access Previous Catalog Interface* | *Access Course Reserves* | *Florida Universities Library Catalog*

[renewals/library account]   [end session]   [help]

| Books and more | Course Reserves | Digital Collections |

◉ Basic Search  ○ Search begins with (browse)  ○ Advanced Search

| 44174490 | ISBN, ISSN, OCLC, etc. |

**Choose format:** Standard | MARC

Record 1 of 1                                                                 [Results List]

 add    view    print    email    permalink    txt    cite this    export

| | |
|---|---|
| **Author, etc.:** | American Educational Research Association |
| **Title:** | Standards for educational and psychological testing |
| | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| **Published:** | Washington, DC American Educational Research Association, c1999. |
| **Notes:** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso. |
| | Includes index. |
| | Includes bibliographical references (p. ix) and index. |
| **Contents:** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| **ISBN:** | 0935302255 |
| | 0935302255 (pbk.) |
| | 9780935302257 |
| **Subjects, general:** | Educational tests and measurements -- Standards -- United States |
| | Mediciones y pruebas educativas -- Normas -- Estados Unidos |
| | Onderwijs |
| | Pruebas psicológicas -- Normas -- Estados Unidos |
| | Psychodiagnostiek |
| | Psychological tests -- Standards -- United States |

**more info @** 

| | |
|---|---|
| | Psychologische tests |
| | Testconstructie |
| | Tests et mesures en éducation -- Normes -- États Unis |
| | Tests psychologiques -- Normes -- États Unis |
| **Subjects, medical:** | Educational Measurement |
| | Psychological tests -- standards -- United States |
| **Other author(s),etc:** | American Educational Research Association |
| | American Psychological Association |
| | American Psychological Association Standards for educational & psychological tests |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| | National Council on Measurement in Education |
| **Format:** | Book |

**Location:** FAU Boca Raton Campus General Collection 3rd Floor West -- LB3051.A693 1999   Floor map
Detailed Holdings

### FAU Boca Raton Campus - General Collection

| Description | Call Number | Item Status | Due Date | Note | |
|---|---|---|---|---|---|
| | LB3051 .A693 1999 | Circulating item | Not Checked Out | | |

Branch Campus Delivery / Interlibrary Loan

Report a problem with this record

Results List

FAU : FAU LIBRARIES : INTERLIBRARY LOAN : ELECTRONIC COLLECTION :

LIBRARY MAP

© 2006 Florida Atlantic University

This Site Uses Google Analytics (Google Privacy Policy)


powered by
Mango