# EXHIBIT HHHH

Case No. 1:14-cv-00857-TSC-DAR



FIU Libraries

**HOME** | CATALOG » | RESEARCH TOOLS » | USING THE LIBRARY » | ABOUT US »

Access Previous Catalog Interface | Access Previous Course Reserves Interface | Group Study Rooms

Login with FIU MyAccounts | courtesy account (Library ID#) | end session | help

Books and Articles | **Books** | Articles | E-Journals | Course Reserves

◉ Basic Search  ◯ Search begins with (browse)  ◯ Advanced Search

`44174490`   ISBN, ISSN, OCLC, etc.

**Choose format:** Standard | MARC

Record 1 of 1                                                                                   Results List

add | view | print | email | permalink | txt | cite this | export | SHARE

| | |
|---|---|
| **Author, etc.:** | American Educational Research Association |
| **Title:** | Standards for educational and psychological testing |
| | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| **Published:** | Washington, DC American Educational Research Association, c1999. |
| **Notes:** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education"--T.p. verso. |
| | Includes bibliographical references (p. ix) and index. |
| **Contents:** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| **ISBN:** | 0935302255 |
| | 0935302255 (pbk.) |
| | 9780935302257 |
| **Subjects, general:** | Educational tests and measurements -- Standards -- United States |

more info @ Google™

FIU Libraries

|  |  |
|---|---|
|  | Mediciones y pruebas educativas -- Normas -- Estados Unidos |
|  | Onderwijs |
|  | Pruebas psicológicas -- Normas -- Estados Unidos |
|  | Psychodiagnostiek |
|  | Psychological tests -- Standards -- United States |
|  | Psychologische tests |
|  | Testconstructie |
|  | Tests et mesures en éducation -- Normes -- États Unis |
|  | Tests psychologiques -- Normes -- États Unis |
| **Subjects, medical:** | Educational Measurement |
|  | Psychological tests -- standards -- United States |
| **Other author(s),etc:** | American Educational Research Association |
|  | American Psychological Association |
|  | American Psychological Association Standards for educational & psychological tests |
|  | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
|  | National Council on Measurement in Education |
| **Format:** | Book |

**Location:**    FIU Green Library Reference Collection - 2nd Fl. -- LB 3051.A693 1999   [MAP IT]
Detailed Holdings

**FIU Green Library - Reference Collection - 2nd Fl.**

| Description | Call Number | Item Status | Due Date | Note |
|---|---|---|---|---|
|  | LB 3051 .A693 1999 | In-Library Use Only | Not Checked Out |  |

Report a problem with this record

Results List

Google Analytics (Google Privacy Policy)

powered by
Mango