# EXHIBIT IIII
Case No. 1:14-cv-00857-TSC-DAR

Bibliographic Info

 
Case 1:14-cv-00857-TSC   Document 89-18   Filed 02/18/16   Page 2 of 3

Database Name: George Mason University

Search Request: Simple Search = 44174490

Search Results: Displaying 1 of 1 entries

*Standards for educational and psychological testing / American Educational...*

| | |
|---:|---|
| Database: | George Mason University |
| Main Author: | American Educational Research Association. |
| Other Author(s): | American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Title: | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Primary Material: | Book |
| Subject(s): | Educational tests and measurements --Standards --United States. |
| | Psychological tests --Standards --United States. |
| | Educational Measurement |
| | Psychological Tests --standards --United States |
| Publisher: | Washington, DC American Educational Research Association, c1999. |
| Description: | ix, 194 p. ; 26 cm. |
| Notes: | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso. |
| | Includes index. |
| ISBN: | 0935302255 |
| Table of Contents: | Test construction, evaluation, and documentation. Validity |
| | Reliability and errors of measurement |
| | Test development and revision |
| | Scales, norms, and score comparability |
| | Test administration, scoring, and reporting |
| | Supporting documentation for tests |
| | Fairness in testing. Fairness in testing and test use |
| | The rights and responsibilities of test takers |
| | Testing individuals of diverse linguistic backgrounds |
| | Testing individuals with disabilities |
| | Testing applications. The responsibilities of test users |

Psychological testing and assessment
Educational testing and assessment
Testing in employment and credentialing
Testing in program evaluation and public policy.

**Persistent Link to this Record:** http://magik.gmu.edu/cgi-bin/Pwebrecon.cgi?BBID=1129923

**Send Call Number to phone:** 

**Google Books:** Search ISBN 0935302255

---

**Database:** George Mason University
**Location:** Shelved At Fenwick Stacks
**Call Number:** LB3051 .A693 1999
**Number of Items:** 1
**Status:** Not Charged

| Record Options | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Databases   Search   *Headings*   Titles   Patron   Login   Request

