# EXHIBIT JJJJ
Case No. 1:14-cv-00857-TSC-DAR

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measu...

Case 1:14-cv-00857-TSC   Document 89-19   Filed 02/18/16   Page 2 of 4

## GW Libraries

About    •    MyAccount    •    Ask a Librarian    •    Found a Problem?

[Advanced Search](#) / [Search Tips](#)

## Standards for educational and psychological testing / American Educational Research Association,

[+] Show

[American Educational Research Association](#) ; [American Psychological Association](#) ; [National Council on Measurement in Education](#) ; [Joint Committee on Standards for Educational and Psychological Testing (U.S.)](#)
Washington, DC : American Educational Research Association, [1999] .
ISBN 0935302255, 9780935302257

- [Availability](#)
- [Details](#)

| Location | Call Number | Status | Consortium Loan |
| --- | --- | --- | --- |
| **George Washington** | | | |
| Gelman stacks | LB3051 .A693 1999 | DUE 03-08-2016 | |
| **American** | | | |
| LIB stacks | LB3051 .A693 2004 | Available | [Request](#) |
| **Catholic** | | | |
| Mullen Library stacks | LB3051 .A693 1999 | DUE 03-11-2016 | |
| **George Mason** | | | |
| Fenwick stacks | LB3051 .A693 1999 | Available | [Request](#) |
| **Georgetown** | | | |
| Lauinger stacks | LB3051 .A693 1999 | Available | [Request](#) |
| **Marymount** | | | |
| Marymount Reference 1st floor | LB3051 .A693 1999 | Available | |

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measu...

Case 1:14-cv-00857-TSC   Document 89-19   Filed 02/18/16   Page 3 of 4

| | |
|---|---|
| Other Authors | American Psychological Association.<br>National Council on Measurement in Education.<br>Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Subjects | Educational tests and measurements -- Standards -- United States.<br>Psychological tests -- Standards -- United States.<br>Educational Measurement -- standards -- United States.<br>Psychological Tests -- standards -- United States.<br>Mediciones y pruebas educativas -- Normas -- Estados Unidos.<br><br><br>Educational tests and measurements -- Standards.<br>Psychological tests -- Standards.<br>Testconstructie.<br>Onderwijs.<br>Psychologische tests.<br>Psychodiagnostiek.<br>United States. |
| Description | ix, 194 pages ; 26 cm |
| Copyright Date | [1999]<br>©1999 |
| Notes | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso.<br>Includes bibliographical references and index. |
| Contents | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| Geographic Area | United States |
| Network Numbers | (OCoLC)ocm44174490<br>(OCoLC)44174490 |
| WorldCat | Search OCLC WorldCat |

## Services

Export citation to: RefWorks

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measu...

Case 1:14-cv-00857-TSC   Document 89-19   Filed 02/18/16   Page 4 of 4