# EXHIBIT KKKK

Case No. 1:14-cv-00857-TSC-DAR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harvard Library | HOLLIS Classic | SEARCH & FIND | HOLLIS+ | HOLLIS CLASSIC | JOURNALS | DATABASES | LIBRARIES / HOURS | ALL MY ACCOUNTS | ASK US |

- Search
- Expanded Search
- Command Search

- Results List
- Previous Searches
- Display Options

My HOLLIS account / Renew
Comments/Requests
Start Over
Help

Full Catalog    Find Articles    Journal Titles    Digital Resources    Reserves

Have you tried HOLLIS+? HOLLIS+ is a new search tool that enables you to search Books and Articles together.

**Holdings: FULL CATALOG**                                            [Back]

American Educational Research Association.
Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.
Washington, DC : American Educational Research Association, c1999.
ix, 194 p. ; 26 cm.
HOLLIS: 008427890

**Location :** Gutman Education Ref. Tests LB3051 .A693 1999

**Location :** Widener Harvard Depository LB3051 .A693 1999

**Availability**

- If an item is at a Harvard library and available for borrowing, visit the library to retrieve it from the shelf. You can get it the **same day**.
- **Request Item** link does the following:
  - **Harvard Depository:** If an item is at the Harvard Depository, have the material delivered to the pickup library of your choice.
    To request items from the Harvard Depository that do not have "request" links, please ask for assistance from the library that owns the book. If requested before 3pm, delivery should be the **next business day**.
  - **Harvard Direct:** If an item is "Not checked out" and has a "Request Item" link, you can click it to have the material delivered to the pickup library of your choice. Delivery may take up to **4 business days**.
  - **Recall:** If an item is checked out, then you can "Request Item" to recall that item from another patron. The patron with the book will be notified to return it within **7 to 10 days**.
- **Scan & Deliver:** If an item is eligible for scanning, it will have a "Scan & Deliver" link. (Learn more about Scan & Deliver.) These will be processed within **4 business days**.
- **Borrow Direct:** For books/music scores that are checked out, on Reference, or not available at Harvard, try Borrow Direct. Items requested through Borrow Direct will be delivered within **4 business days**.

[Previous Page]                                                              [Next Page]

| Location | Collection | Call Number | Description | Due date | Item status | PDF | Wait list | Note | Barcode |
|---|---|---|---|---|---|---|---|---|---|
| Widener | Harvard Depository | LB3051 .A693 1999 | | Checked out: Long overdue | Regular loan (depository) | | | | 32044101198141 |
| Gutman Education Ref. Tests | | LB3051 .A693 1999 | | Not checked out | In-library use | Scan & Deliver | | | 32044118391929 |

[Previous Page]                                                              [Next Page]

Harvard's Google Book Search          Borrow Direct          Get It          LibX Search Tool                    About HOLLIS Classic

Copyright © 2009 President and Fellows of Harvard College