# EXHIBIT LLLL

Case No. 1:14-cv-00857-TSC-DAR



# Standards for educational and psychological testing

Author

Request This

American Educational Research Association.

Title

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

Format

 Book

Published

Washington, DC : American Educational Research Association, ©1999.

Description

ix, 194 pages ; 26 cm

Other contributors

American Psychological Association.
National Council on Measurement in Education.
Joint Committee on Standards for Educational and Psychological Testing (U.S.)

Content type

text

Media type

unmediated

Carrier type

volume

Notes

"Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso.
Includes bibliographical references and index.

Contents

Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy.

Subject headings

Educational tests and measurements--Standards--United States.
Psychological tests--Standards--United States.

Medical subjects

Educational Measurement--standards--United States.
Psychological Tests--standards--United States.

Subject headings

Mediciones y pruebas educativas--Normas--Estados Unidos.

Pruebas psicológicas--Normas--Estados Unidos.

ISBN

0935302255
9780935302257

# Holdings

### Library

Blmgtn - Herman B Wells Library

### Call Number

LB3051 .A693 1999

### Location

Wells Library - Research Coll. - Reference Dept.

text this call number

### Library

Blmgtn - Education Library

### Call Number

LB3051 .A693 1999

### Location

Stacks

text this call number

### Library

Indpls - IUPUI University Library

### Call Number

LB3051 .A693 1999

### Location

Checked out Due: 11-10-2015

Library

South Bend - Schurz Library

Call Number

LB3051 .A693 1999

Location

Stacks

text this call number

Preview

Tools

Add to folder

Cite

Export to Refworks

Export to EndNote

Email

Librarian View

View Record in IUCAT Classic

Browse by call number:

Technical recommendations for …
American Educational Research…
LB3051 .A68

Standards for educational and p…
American Psychological Associa…
LB3051 .A693 1985

Standards for educational and p…
American Educational Research…
LB3051 .A693 1999

Standards for educational and p…
American Educational Research…
LB3051 .A693 2014

Guidelines for computer-based t…
American Psychological Associa…
LB3051.A6935 1986

« Previous                                                                                   Next »

Catalog Home | Visit IUCAT Classic | IU Home | Campus Libraries | E-Resource Use Policy | Feedback
Powered by Blacklight

**FULFILLING the PROMISE**

Privacy Notice

Copyright © 2016
The Trustees of Indiana University,
Copyright Complaints