# EXHIBIT MMMM

Case No. 1:14-cv-00857-TSC-DAR

Feedback / 0 items / Login

LEHIGH UNIVERSITY. LIBRARY SERVICES

HOME COLLECTIONS TEACHING SUPPORT ABOUT HELP SERVICES AND FORMS LTS HOME

44174490
OCLC Number
Find Advanced

Print

Search Options
Search History
Advanced Search
Find More
Browse Alphabetically
Course Reserves
New Books
New Videos
Need Help?
Search Tips
Report a Problem
Can't Find a Book?
Order From PALCI
Account
Login

Home Search Results: 44174490

**Suggested Topics**... within your search.
Educational Measurement (1) Educational tests and measurements (1) Psychological Tests (1) Psychological tests (1) Standards (1) standards (1)

Showing **1** - **1** of **1** for search: **'44174490'**, query time: 0.15s **Sort** Relevance

Select Page | with selected: Scroll To Bottom

1 NO IMAGE AVAILABLE

Standards for educational and psychological testing /
Published 1999
"...**44174490**..."

**Call Number:** 371.26 A512s
**Located:** FM 3rd Floor North
**Book**
**Checked Out - Click title for options**
Add to Favorites

Scroll To Top

Select Page | with selected: Scroll To Top

**Search Tools:** Get RSS Feed — Email this Search — Save Search

Narrow Search

- **Format**
- Book 1
- **Call Number**
- 300 - Social sciences 1
- **Language**
- English 1
- **Region**
- United States 1
- **Special Collections**
- Not Special Collections 1
- **Government Documents**
- Not Government Documents 1
- Year of Publication
- **From:** **To:**

Set

