# EXHIBIT NNNN

Case No. 1:14-cv-00857-TSC-DAR

Standards for educational and psychological testing - Lewis & Clark



| | L&C, Summit, and Articles, etc. | L&C and Summit | Lewis & Clark | | | |
|---|---|---|---|---|---|---|
| | 44174490 | | | Search | Search WorldCat | Advanced Search / Browse Search |

**Sign in for enhanced features and complete results.**

**Permalink for this item:** http://primo.lclark.edu/LCC:CP7195947060001451

**Actions**
- Add to e-Shelf
- E-mail
- Print
- Permalink
- Citation
- EasyBib
- EndNote
- RefWorks
- Delicious
- Export RIS

Back to results list
Result  1

### Standards for educational and psychological testing
**American Educational Research Association.**
Washington, DC : American Educational Research Association ©1999

**Available at**
**Watzek Library**

**Stacks**
**(LB3051 .A693 1999 )**

**Find & Request   Details   Virtual Browse**

| Title: | Standards for educational and psychological testing |
|---|---|
| Author: | American Educational Research Association.   American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Attribution: | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Subjects: | Educational tests and measurements -- Standards -- United States |
| | Psychological tests -- Standards -- United States |

Standards for educational and psychological testing - Lewis & Clark



| | Educational Measurement -- standards -- United States |
| --- | --- |
| | Psychological Tests -- standards -- United States |
| | Mediciones y pruebas educativas -- Normas -- Estados Unidos |
| | Educational tests and measurements -- Standards |
| Psychological tests -- Standards | Testconstructie   Onderwijs   Psychologische tests |
| Psychodiagnostiek | United States |

; ; ; ; ; ; ; ; ; ; ; ; ;

| **Description:** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso. Includes bibliographical references and index. |
| --- | --- |
| **Publisher:** | Washington, DC : American Educational Research Association |
| **Publication Date:** | ©1999 |
| **Format:** | ix, 194 pages ; 26 cm |
| **Language:** | English |
| **Alma IZ record number:** | 99133551930101844 |
| **OCLC Number:** | 44174490 |
| **Alma NZ record number:** | 9992888130001451 |
| **Identifier:** | ISBN: 0935302255 ;ISBN: 9780935302257 |