# EXHIBIT OOOO

Case No. 1:14-cv-00857-TSC-DAR

LSUHSC Libraries /NO

New Search | Help

**LSU Health Sciences Center — NEW ORLEANS — Isché & Dental Libraries**

INNOPAC - Online Catalog

(Search History)

Library Website | Course Reserves | Help Topics

(More Searches)

Add to Bag | MARC Display

| OCLC NO | 44174490 | Limit to New Orleans Libraries | Title | Search |

Previous Record | Next Record

| | |
|---|---|
| Author | American Educational Research Association |
| Title | Standards for educational and psychological testing [by] American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Publisher | [Washington, DC, American Educational Research Association, c.1999]. |
| Descript | 194p. |

| LOCATION | CALL # | STATUS |
|---|---|---|
| Ische 4th floor Reference | LB 3051 Am3s 1999 | LIB USE ONLY |

| | |
|---|---|
| Note | Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education. Includes index. |
| Contents | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| Subject | Educational measurement |
| | Psychological tests |
| Alt Author | American Psychological Association |
| | National Council on Measurement in Education |
| | Joint Committee on Standards for Educational and Psychological Testing |
| ISBN | 0935302255 |

Permanent Link