# EXHIBIT PPPP

Case No. 1:14-cv-00857-TSC-DAR

Loyola Marymount University Catalog - Linus - Library / Locations

New Search | Print | Help | Login

# LMU|LA William H. Hannon Library — LINUS Catalog

(Search History)

Contact Us | My Library | Help Topics | Features | Building Directory

(More Searches)

Start Over | Request | Add to My Lists | Add to Bag | MARC Display | Another Search

OCLC # | 44174490 | Title | Search

☐ Limit search to available items

← Previous Record | Next Record →

Not available in LINUS? Try requesting here:
**LINK+**

**Author:** American Educational Research Association
**Title:** Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education
**Publisher:** Washington, DC : American Educational Research Association, c1999 (2002 printing)

| Location | Call number | ITEM STATUS |
|---|---|---|
| MAIN STACKS | LB3051 .A693 1999 | AVAILABLE |

🔖 Bookmark link for this record

**Description:** ix, 194 p. ; 26 cm
**Note:** "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education"--T.p. verso
Includes index
**Contents:** Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy
**Subject:** Educational tests and measurements -- Standards -- United States
Psychological tests -- Standards -- United States
**Academic Subj.:** Education
**Alternate Author:** American Psychological Association
National Council on Measurement in Education
Joint Committee on Standards for Educational and Psychological Testing (U.S.)
**ISBN:** 0935302255

© 2011 Loyola Marymount University | William H. Hannon Library | 1 LMU Drive, MS 8200, Los Angeles, CA 90045 | 310.338.5709 | library@lmu.edu