# EXHIBIT QQQQ

Case No. 1:14-cv-00857-TSC-DAR



# Cardinal Meyer Library
## Marian University

Database Article Search     Journal Title Search

(Search History)

New Search     My Library Record     Suggest a Purchase     New Acquisitions
Help Topics

✓ Request   ⊞ Add to My Lists   🔓 Add to Bag   ⊞ MARC Display   (Searches with help)

OCLC NO | ocm44174490 | Title | Search

☐ *Limit search to available items*

← **Previous Record**  |  **Next Record** →

Corp Auth   **American Educational Research Association.**

Title   Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

Pub Info   Washington, DC American Educational Research Association, c1999.

☆☆☆☆☆

| LOCATION | CALL # | STATUS |
|---|---|---|
| Circulating Stacks | **371.26 A51237** | AVAILABLE |

Descript   ix, 194 p. ; 26 cm.

Subject   **Educational tests and measurements -- Standards -- United States.**

**Psychological tests -- Standards -- United States.**

Note   "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso. Includes index.

Contents   Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy.

Corp Auth   **American Psychological Association.**

**National Council on Measurement in Education.**
**Joint Committee on Standards for Educational and Psychological Testing (U.S.)**

ISBN   0935302255

🔖 **Permanent Link**

Cardinal Meyer Library

© 2012 Marian University • 45 S. National Ave. • Fond du Lac, WI 54935-4699 • 1-800-2-MARIAN
Sponsored by the Congregation of Sisters of St. Agnes