# EXHIBIT RRRR

Case No. 1:14-cv-00857-TSC-DAR

Didn't find the book you were looking for? Try **UBorrow** or **Worldcat**
Didn't find the article? Try **Google Scholar**

rss
Add page to e-Shelf

**Suggested New Searches**

**by this author/creator:**
American Psychological Association
Joint Committee on Standards for Educational and Psychological Testing (U.S.)
American Educational Research Association
National Council on Measurement in Education

**on this subject:**
Educational Measurement
Educational tests and measurements
Psychological tests
United States

**1** Results Sorted by: Relevance

Book

**Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.**
American Educational Research Association.
Washington, DC American Educational Research Association, ©1999
**Available at** Oak Grove Library Center Oak Grove Library Center--Request Online (371.26 A5123s 1999 )

**Get It** Details Virtual Browse

**01NWU - Northwestern University (Alma)** Sign-in for more options Actions X

Request Options:

Location Oak Grove Library Center Oak Grove Library Center--Request Hide Details
Online 371.26 A5123s 1999

Availability: (1 copy, 1 available, 0 requests)

1 - 1 of 1 Records

| Barcode | | Loan Policy | Description | Status |
|---|---|---|---|---|
| 35556029572492 | Book | Sign in to view | | Item in place |

**1** Results Sorted by: Relevance


