# EXHIBIT SSSS

Case No. 1:14-cv-00857-TSC-DAR

Standards for educational and psychological testing - Oregon State University



Guest   e-Shelf   My Account   Sign in

New Search | eJournals A-Z | College Librarians | Research Guides | Library Databases | Interlibrary Loan | Search Tips

**1Search**   Course Reserves

0935302255        Books, media and articles        Search   Advanced Search / Browse Search

**Live Chat is offline.** See other ways to contact us.

**Standards for educational and psychological testing**
American Educational Research Association. American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) ©1999
**Available at** Valley Library Main Collection (LB3051 .A693 1999 )

**Availability & Request Options** | Item Details | Virtual Browse

OSU Library users log in for request options   Summit Libraries(13)                Actions

**Request Options:**

**Location:** Valley Library   Main Collection   LB3051 .A693 1999   Locate            Hide Details
**Availability:** (2 copies, 2 available, 0 requests)

1 - 2 of 2 Records

| Type | Policy | Description | Status |
|---|---|---|---|
| Book | Loanable | | Available |
| Book | Loanable | | Available |

Back to results list                                                                                 Result  1

OSU Libraries Home | FAQ | Contact Us | Feedback | OSU-Cascades Library (Bend) | Guin Library (Newport)        ☑ Update my screen automatically