# EXHIBIT TTTT

Case No. 1:14-cv-00857-TSC-DAR



Standards for educational and psychological testing (Book, 1999) [Pepperdine University]

| | | | |
|---|---|---|---|
| Pepperdine University | Search | WorldCat | View account (lower case)  Sign in  WorldCat ( Sign in ) |

**PEPPERDINE UNIVERSITY Libraries**

Search: [ Search ]

Libraries to search: - select search limit -   |   Advanced Search

---

Cite/Export   Print   E-mail   Add to list   Share   Permalink   Ask a Librarian

### Standards for educational and psychological testing

**Author:** American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)

**Publisher:** Washington, DC : American Educational Research Association, ©1999.

**Edition/Format:** Print book : English   View all editions and formats

**Database:** WorldCat

**More like this**

Subjects
- Educational tests and measurements -- Standards -- United States.
- Psychological tests -- Standards -- United States.
- Mediciones y pruebas educativas -- Normas -- Estados Unidos.

View all subjects
Similar Items

---

You are not connected to the Pepperdine University network. Access to online content and services may require you to authenticate with your library.
Remote access

### Find a copy online

Check for online access at your library

[ Check for Electronic Resources ]

### Find a copy in the library

**Pepperdine University**

Get it in the library   [ Hold Request (use WaveNet lowercase user name) ]

4 copies

| Location | Status | Call number | Notes |
|---|---|---|---|
| Pepperdine University | | | |
| Hide item details | | | |
| Irvine Campus Library REFERENCE (NO CIRC) | Available | LB3051 .A693 1999 | |
| Payson Library REFERENCE (NO CIRC) | Available | LB3051 .A693 1999 | |

Standards for educational and psychological testing (Book, 1999) [Pepperdine University]

| | | | |
|---|---|---|---|
| West L.A. Campus Library MAIN STACKS | Checked Out, Due 02/12/2016 | LB3051 .A693 1999 | |
| West L.A. Campus Library REFERENCE(NO CIRC) | ✅ Available | LB3051 .A693 1999 | |

### Camino

🏛 Get it from this library group                                    [Request Camino Item]

| Loyola Marymount University | check availability for this item |

### WorldCat

♺ Find it in libraries globally                                    [Request Item via ILLiad (Interlibrary Loan)]

➕ Worldwide libraries own this item

## ➕ Buy it

## ➖ Details

| | |
|---|---|
| Additional Physical Format: | Online version:<br>American Educational Research Association.<br>Standards for educational and psychological testing.<br>Washington, DC American Educational Research Association, ©1999<br>(OCoLC)676719545 |
| Document Type: | Book |
| All Authors / Contributors: | American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| ISBN: | 0935302255 9780935302257 |
| OCLC Number: | 44174490 |
| Notes: | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso. |
| Description: | ix, 194 pages ; 26 cm |
| Contents: | Test construction, evaluation, and documentation. Validity --<br>Reliability and errors of measurement --<br>Test development and revision --<br>Scales, norms, and score comparability -- |

Standards for educational and psychological testing (Book, 1999) [Pepperdine University]

|  |  |
|---|---|
|  | Test administration, scoring, and reporting -- <br> Supporting documentation for tests -- <br> Fairness in testing. Fairness in testing and test use -- <br> The rights and responsibilities of test takers -- <br> Testing individuals of diverse linguistic backgrounds -- <br> Testing individuals with disabilities -- <br> Testing applications. The responsibilities of test users -- <br> Psychological testing and assessment -- <br> Educational testing and assessment -- <br> Testing in employment and credentialing -- <br> Testing in program evaluation and public policy. |
| Responsibility: | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |

### Reviews

▶ User-contributed reviews

### Tags

Add tags for "Standards for educational and psychological testing".   Be the first.

### Similar Items

Related Subjects: (16)

- Educational tests and measurements -- Standards -- United States.
- Psychological tests -- Standards -- United States.
- Mediciones y pruebas educativas -- Normas -- Estados Unidos.
- _____
- _____
- _____
- Educational tests and measurements -- Standards.
- Psychological tests -- Standards.
- United States.
- Testconstructie.
- Onderwijs.
- Psychologische tests.
- Psychodiagnostiek.
- Educational Measurement -- standards

Standards for educational and psychological testing (Book, 1999) [Pepperdine University]

Psychological Tests -- standards

United States

User lists with this item   (3)

Things to Check Out (11 items)
by jcaldw52   updated 2015-09-23

Things to Check Out (6 items)
by clgattis   updated 2012-11-25

Things to Check Out (105 items)
by arrica   updated 2011-02-23

Languages:   Česky | Deutsch | English | Español | Français | Italiano | Nederlands | Português |   | 한국어 | 日本語 | 中文(繁體) | 中文(简体)
You:   Sign In | Register | My WorldCat | My Lists | My Watchlist | My Reviews | My Tags | My Saved Searches
WorldCat:   Home | About | Help | Search
Legal:   Copyright © 2001-2016 OCLC. All rights reserved.   |   Privacy Policy   |   Terms and Conditions

WorldCat is the world's largest library catalog, helping you find library materials online.

http://pepperdine.worldcat.org/search?qt=wc_org_pepperdine&q=no:44174490[2/10/2016 10:43:55 AM]