# EXHIBIT UUUU

Case No. 1:14-cv-00857-TSC-DAR



PURDUE UNIVERSITY LIBRARIES

More search options | Guest | e-Shelf | My Account | Sign In [ Purdue | Visitors]

Everything | Course Reserves

13560935 | Search

Advanced Search | Browse Books and Media

Filter options

**Standards for educational and psychological testing**

American Educational Research Association. ;American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)

1999

**Not available - check Find in Print for options**

**Find in Print** | Details | Virtual Bookshelf | HathiTrust (limited)

**Sign-in to view request options** | Actions

**Request Options:**

**Location:** Humanities, Social Science & Education HSSE - 2nd floor 371.26 Am35s 1999 Directions to Library | Hide Details

Availability: (1 copy, 0 available, 0 requests)

Copy: 2

1 - 1 of 1 Records

| Type | Policy | Description | Status |
|---|---|---|---|
| Book | Loanable | | On loan until 03/16/2016 11:59:00 PM EDT |

Back to results list Previous  Result  2  Next

Home  | Disclaimer  | Contact Us  | Electronic Resources Policy            Update my screen automatically

An equal access/equal opportunity university.
If you have trouble accessing this page because of a disability, please contact
accessibility@lib.purdue.edu