# EXHIBIT VVVV

Case No. 1:14-cv-00857-TSC-DAR

record 1 of 1 for search **"9780935302257"**

| | |
|---|---|
| Corporate author: | American Educational Research Association. |
| Title: | **Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.** |
| Publication info: | **Washington, DC American Educational Research Association, c1999.** |
| Physical descrip: | **ix, 194 p. ; 26 cm.** |
| Subject: | Educational tests and measurements--Standards--United States. |
| Subject: | Psychological tests--Standards--United States. |
| Added author: | American Psychological Association. |
| Added author: | National Council on Measurement in Education. |
| Added author: | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |

| John Cotton Dana Library (Newark) | Type-Circulate? | Sub-location | Status |
|---|---|---|---|
| call number: **LB3051.A693 1999** | BOOK-N | REF | IN-LIBRARY |

Copyright © 2015 Rutgers, The State University of New Jersey (Further Copyright Information)

