# EXHIBIT WWWW

Case No. 1:14-cv-00857-TSC-DAR

San Diego State University Library





| LOCATION | CALL # | STATUS |
|---|---|---|
| 4th Floor Books | LB3051 .A693 1999 | NOT CHECKD OUT |

**Corp Author**  American Educational Research Association

**Title**  Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education

**Published**  Washington, DC : American Educational Research Association, [1999]

**Copyright**  ©1999

**Descript'n**  ix, 194 pages ; 26 cm

**Content Type(s)**  text

**Format(s)**  volume

**Note(s)**  "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso

Includes index

**Contents**  Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in

**Tools**

Find all editions in **Circuit** (San Diego)

Find all editions in **WorldCat**

Citing Hints

Export Citation

Book checked out? Send ILL request

(Be sure to verify citation and edition information)



Image via Google

**Text Book Information**

**Carrier:** Select

**Your 10 Digit Number (6195946728):**

San Diego State University Library

| | |
|---|---|
| | program evaluation and public policy |
| **Related Organization** | American Psychological Association |
| | National Council on Measurement in Education |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **Subject(s)** | Educational tests and measurements -- Standards -- United States |
| | Psychological tests -- Standards -- United States |

Link to this record: http://libpac.sdsu.edu:80/record=b2844467

**Select location to text:**

⊙ 4th Floor Books : LB3051 .A693 1999
   (NOT CHECKD OUT )

**Note**: Carrier charges may apply. SMS must be enabled.

Don't see your cell provider? Let us know

**Get Book Info By QR Code**



About QR Codes

**Record:**   << Prev. Next >>

© 2015 SDSU Library & Information Access :: 5500 Campanile Drive :: San Diego :: California :: 92182-8050 :: (619) 594-6728