# EXHIBIT XXXX

## Case No. 1:14-cv-00857-TSC-DAR



Seattle Pacific University LIBRARY
Discover, Create, Share

Guest | e-Shelf | My Account | Sign in

New Search | eJournals A-Z | Citation Linker | Ask a Librarian | Help

Library Resources | SPU Special Collections | Course Reserves

44174490 | SPU Library + Summit | Search | Advanced Search | Browse Search

Subscribe to Library News feeds

anywhere in the record

**Suggested New Searches**

**by this author/creator:**
Joint Committee on Standards for Educational and Psychological Testing (U.S.)
American Educational Research Association
National Council on Measurement in Education
American Psychological Association

**on this subject:**
Tests psychologiques
United States
Mediciones y pruebas educativas

Psychologische tests

rss
Add page to e-Shelf

**Show bX Hot Articles**

**1** Results for **SPU Library + Summit** Sorted by: Relevance

1

Print Book

**Standards for educational and psychological testing**
American Educational Research Association. American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) ©1999
**Available at** Seattle Pacific University General Collection (LB3051 .A693 1999 )

**Get It** | Details | Virtual Browse

**Seattle Pacific University** | Summit Libraries (13) | Sign-in for more options | Actions | X

Request Options:

Location: Seattle Pacific University Library General Collection LB3051 .A693 1999 | Hide Details

Availability: (2 copies, 2 available, 0 requests)

1 - 2 of 2 Records

| Barcode | Type | Policy | Description | Status |
|---|---|---|---|---|
| 0000102678182 | Book | Sign in to view loan policy | | Item in place |
| 0000102317690 | Book | Sign in to view | | Item in place |

**1** Results for **SPU Library + Summit** Sorted by: Relevance

Home | Blog | Contact Us

Update my screen automatically

Powered by ExLibris Primo | Copyright © 2009 | Accessibility Statement & Disclaimer