# EXHIBIT YYYY

Case No. 1:14-cv-00857-TSC-DAR



**Gerald R. Sherratt Library**

My Account

Search/Home   Find It Fast!   Reserve Books   New Arrivals   Advanced Search

Go Back   Help   New Search   Change Display   Kept   Link to Page   Logout

record 1 of 1 for search **"0935302255"**   Change Display

### Library Info

Library Hours
Library Help
Interlibrary Loan
Faculty & Staff

## Item Details

☐ Keep

Find more by this author

Find more on these topics

Nearby items on shelf

**Brief Record**   Full Record

**Title**
**Standards for educational and psychological testing**

**Author**
American Educational Research Association.

**Pub date:**
c1999.

**Publication info**
Washington, DC American Educational Research Association, c1999.

**ISBN:**
0935302255

**Item info:**

Go Back   Help   New Search   Change Display   Kept   Link to Page   Logout

Powered by: SirsiDynix

Top
Copyright © 2000 - 2016, SirsiDynix
Privacy Policy