# EXHIBIT ZZZZ

Case No. 1:14-cv-00857-TSC-DAR



- Test construction, evaluation, and documentation. Validity
- Reliability and errors of measurement
- Test development and revision
- Scales, norms, and score comparability
- Test administration, scoring, and reporting
- Supporting documentation for tests
- Fairness in testing. Fairness in testing and test use
- The rights and responsibilities of test takers
- Testing individuals of diverse linguistic backgrounds
- Testing individuals with disabilities
- Testing applications. The responsibilities of test users
- Psychological testing and assessment
- Educational testing and assessment
- Testing in employment and credentialing
- Testing in program evaluation and public policy.

At the library ☐

| Education Library (Cubberley) | Status |
|---|---|
| Reference | |
| LB3051 .A693 1999 | ☐ In-library use |
| Stacks | |
| LB3051 .A693 1999 | ☐ Unavailable  Checked out - Overdue Due 6/30/2007  Request |
| LB3051 .A693 1999 | ☐ Due 6/30/2016  Request |

## Looking for different results?

Search elsewhere:   Search WorldCat   Search library website



Stanford University Libraries    Hours & locations    My Account    Ask us    Opt out of analytics

SU Home
Maps & Directions