# EXHIBIT AAAAA

## Case No. 1:14-cv-00857-TSC-DAR

# Suffolk University Library Catalog

OCLC # | 44174490 | All Suffolk Libraries | System Sorted | Search

Previous Next

Start Over
Export
MARC display
Another Search

Other Resources

Author: American Educational Research Association

Title: **Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education**

Publisher: Washington, DC American Educational Research Association, c1999

| LOCATION | CALL # | STATUS |
|---|---|---|
| SAWYER 4th FLOOR | LB3051 .A693 1999 | AVAILABLE |
| SAWYER 4th FLOOR | LB3051 .A693 1999 c.2 | AVAILABLE |

Link to this record

Description: ix, 194 p. ; 26 cm

Note: "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso

Includes index

Contents: Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy

ISBN / ISSN: 0935302255
9780935302257

Subject(s): Educational tests and measurements -- Standards -- United States
Psychological tests -- Standards -- United States

Other Author(s): American Psychological Association
National Council on Measurement in Education
Joint Committee on Standards for Educational and Psychological Testing (U.S.)

Previous Next

