# EXHIBIT BBBBB

Case No. 1:14-cv-00857-TSC-DAR

Library Resource Finder: Search Results



| 44174490 | Keyword | TIU Catalog Only | Find |

**Login**

**Help**

Advanced Search | Classic Search | Course Reserves | Search History

Showing **1** - **1** of **1** Results for **44174490**          Sort  Relevance

Standards for educational and psychological testing /   🤍 Add to favorites
Published c1999
**Call Number:** LB3051 .A693 1999
**Location: Florida Reference**
● Available
*Trinity International University*

Book

**Results for**
Library: "Trinity International University" *[show all Libraries]*

**Narrow Your Search**

**Format**
Book (1)

**Location**
Florida Regional Center

**Topic**
Educational tests and measurements (1)
Psychological tests (1)
Standards (1)

**Subject Area**
Education (1)

**Language**
English (1)

**Title**
Standards for educational and psychological testing (1)

**Search Tools:**   📶 Get RSS Feed

Rolfing Library - Trinity International University
2065 Half Day Road, Deerfield, IL 60015      (847)317-4000     libref@tiu.edu

Mobile Catalog

| 44174490 | Keyword | TIU Catalog Only | Find |

Advanced Search | Classic Search | Course Reserves | Search History