# EXHIBIT CCCCC

## Case No. 1:14-cv-00857-TSC-DAR

LOUIS SALMON LIBRARY

THE UNIVERSITY OF ALABAMA IN HUNTSVILLE

Your University ID#:

Login to e-Library

Library Catalog | Ask a Reference Question | Electronic Journals | Online Databases | Library Home

Go Back | Help | New Search | Previous | Next | Change Display | Kept | Logout

record 1 of 1 for search **"9780935302257"**

Keep

Place Hold
Buy now
Find more by this author
Find more on these topics
Nearby items on shelf

Item Information | Catalog Record

**Standards for educational and psychological testing**
American Educational Research Association.

**Publisher:** American Educational Research Association,
**Pub date:** c1999.
**Pages:** ix, 194 p. ;
**ISBN:** 0935302255
**Item info:** 1 copy available in North Wing, 3rd floor.
1 copy total in all locations.

**Holdings**

Change Holdings Display

| Call number | Copies | Material | Location |
|---|---|---|---|
| LB3051 .A693 1999 | 1 | Book | North Wing, 3rd floor |

Go Back | Help | New Search | Previous | Next | Change Display | Kept | Logout

Powered by: SirsiDynix

Online Scholars' Portal
Copyright © 2000 - 2009, SirsiDynix

Top

