# EXHIBIT DDDDD

Case No. 1:14-cv-00857-TSC-DAR

    

| | (Search History) |
|---|---|
| OCLC NO | 44174490 |
| Entire Collection | Title   Search |

☐ Limit results to available items

Record:   Prev Next

| Author | American Educational Research Association | **More Resources:** |
|---|---|---|
| Title | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education | **Google Books** |
| Published | Washington, DC American Educational Research Association, c1999 | **Find Exact Title in Melvyl** |

| Location | Call # | Status |
|---|---|---|
| Langson Library | LB3051 .A693 1999 | NOT CHECKED OUT |

 

| Permanent link to this ANTPAC record | http://antpac.lib.uci.edu:80/record=b4472938~S7 | Mobile: |
|---|---|---|
| Description | ix, 194 p. ; 26 cm |  |
| Subject - LCSH | Educational tests and measurements -- Standards -- United States | |
| | Psychological tests -- Standards -- United States | |
| Subject - Medical | Educational Measurement | |
| | Psychological Tests -- standards -- United States | |
| Other author | American Psychological Association | |
| | National Council on Measurement in Education | |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) | |
| Note(s) | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso | |
| | Includes bibliographical references and index | |
| Contents | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy | |
| ISBN | 0935302255 | |
| | 9780935302257 | |
| OCLC | 44174490 | |
| OCLC # | 43048050 | |

University of California, Irvine /All Locations

| | |
|---|---|
| **Library of congress call number** | LB3051 .A693 1999 |

Record:  Prev Next

[Start Over] [Add to My Lists] [Save Records] [Marc Display] [Another Search]

(Search History)

- Interlibrary Loan Requests
- Document Delivery Service Requests
- Can't find this item on the shelf? *
- New Titles / New Videos
- Request In-Process Material
- Suggest a Book/Journal/Video
- Find an Article
- Create Bibliographies
- Comments and Suggestions

antpac.lib.uci.edu
Copyright © 2004
Innovative Interfaces Inc. (INNOPAC)
All Rights Reserved

Copyright © 2004
The Regents of the University of California
All Rights Reserved
**Privacy Statement**
Last modified: 02/10/2016 09:40:27