# EXHIBIT EEEEE

Case No. 1:14-cv-00857-TSC-DAR

Library Home  |  Ask a Librarian  |  ArticlesPlus  |  WorldCat  |

The University of Chicago Library Catalog    Library Catalog

All Fields

|

Cite this    Text this    Email this    Export Record    Save to Account    Report a Record Problem

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

| | |
|---|---|
| Corporate author / creator | American Educational Research Association. |
| Imprint | Washington, DC : American Educational Research Association, c1999. |
| Description | ix, 194 p. ; 26 cm. |
| Language | English |
| Subject | Educational tests and measurements -- Standards -- United States. Psychological tests -- Standards -- United States. |
| Format | Print, Book |
| URL for this record | http://pi.lib.uchicago.edu/1001/cat/bib/4288282 |

More details

| Holdings | Staff View |

### Regenstein, Bookstacks (Map/guide)
Call Number: **LB3051 .A693 1999** (Browse by Call Number)

| **Copy c.1 :** | LOANED – no due date unless recalled | BorrowDirect | UBorrow | Recall This |

### Regenstein, General Reference: A-L on 2nd Floor, M-Z on 3rd Floor (Map/guide)
Call Number: **LB3051.A693 1999** (Browse by Call Number)

| **Copy c.2 :** | Loan period: Building use only   AVAILABLE | Scan and Deliver | Can't find it? |

**Similar Items**

The program evaluation standards : a guide for evaluators and evaluation users /
Published: (2011)

High stakes testing for tracking, promotion, and graduation /
Published: (1999)

Using test data for student achievement : answers to No Child Left Behind and the common core standards /
by: Sindelar, Nancy W., 1944-
Published: (2011)

Beyond standardized testing : better information for school accountability and management /
by: Elford, George W.
Published: (2002)

High stakes : testing for tracking, promotion, and graduation /
Published: (1999)


THE UNIVERSITY OF CHICAGO

© 2015 The University of Chicago Library
Powered by VuFind    and Kuali OLE