# EXHIBIT FFFFF

Case No. 1:14-cv-00857-TSC-DAR

Guest e-Shelf My Account Sign in

UCONN | UNIVERSITY OF CONNECTICUT
UConn Libraries

New Search | Class Guides | E-Journals | Find by Citation | Databases | Research Help | Feedback | Help

44174490 Books, Media, & More Search Advanced Search Strict Search

ask A LIBRARIAN

**Standards for educational and psychological testing**
American Educational Research Association. American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)

Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program

**Available at Babbidge Library Stacks (LB3051 .A693 1999 ) and other locations**

**Find On Shelf** Details Virtual Browse

**University of Connecticut Library (Alma)** Sign-in to request Actions

.

| Location | Availability | Location Map |
|---|---|---|
| Babbidge Library Stacks LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |
| Babbidge Library Stacks LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |
| Stamford Library Stacks LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |
| W. Hartford Library Reference (Library Use Only) LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |

Back to results list Previous Result 2

Library Home | Ask a Librarian | Feedback

