# EXHIBIT GGGGG

Case No. 1:14-cv-00857-TSC-DAR

Basic Search | Search begins with (browse) | Advanced Search

44174490 | ISBN, ISSN, OCLC, etc.

**Search: '44174490' :**

We found **1** matching items at University of Florida

*Show **1** item that you can request statewide* UBorrow *(what's this?)*

There are no additional ways to narrow your results. You may remove selections or initiate a new search above.

**Want more results? Try...**

Search Other FL Academic Libraries
WorldCat
the UF Digital Collection
Google Books

My Folder is empty | Add All | **Results/page:** 10 | **Sort By:** Relevance | RSS

## 1. Standards for educational and psychological testing

American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

**Author:** American Educational Research Association

**Published:** Washington, DC American Educational Research Association, c1999.

book

| | | |
|---|---|---|
| UF EDUCATION LIBRARY Reserve | LB3051 .A693 1999 Locate | Available (7-Day Loan (resv)) |
| UF LIBRARY WEST General Collection | LB3051 .A693 1999 Locate | Due 3/25/16 10 PM Request |

add | print | email | txt | cite this | export

44174490 | ISBN, ISSN, OCLC, etc.

© 2007 University of Florida

This Site Uses Google Analytics (Google Privacy Policy)

powered by Mango

