# EXHIBIT HHHHH

Case No. 1:14-cv-00857-TSC-DAR

Holdings

# catalogusmai

sign in | end session | my account | saved items | help

**basic search** | **advanced search** | recent searches | results

CATALOG    JOURNALS    NEW TITLES    choose campus

▶ You are here: Catalog - University of Maryland Law Library  [library home]

**Holdings and availability for all libraries**    [back]

[find it]

American Educational Research Association.

Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. … c1999.

**Location**   Thurgood Marshall Law Library Maryland Reference COMAR 09.12.26.04B(5)

[request] (request an item for pickup)

**Modify results by:** vol/issue [All]    library [All]    ☐ Hide loaned items  [send]

[no prev]                    [no next]

| library | collection | call no. | vol/issue | status/due date | note |
|---|---|---|---|---|---|
| Thurgood Marshall Law Library | Maryland Reference | COMAR 09.12.26.04B(5) | 1999:CD-ROM | Non-Circulating / On Shelf | |
| Towson University | Stacks | LB3051 .A693 1999 | | On Shelf | |
| Morgan State University | Stacks | LB3051 .A693 1999 | | Non-Circulating / On Shelf | |
| Morgan State University | Reference Collection | LB3051 .A693 1999 | | Non-Circulating / On Shelf | |
| UM Eastern Shore | Media - 1st floor | LB3051 .A693 1999 | | On Shelf | |
| Shady Grove Library | Stacks | LB3051 .A693 1999 | | On Shelf | |
| UMCP McKeldin Library | Reference Stacks | LB3051 .A693 1999 | | Non-Circulating / On Shelf | |
| UB Law Library | Stacks | LB3051 .A693 1999 | CD-ROM | On Shelf | |
| UMBC Library | Stacks | LB3051 .A693 1999 | | lost | |

[no prev]                    [no next]

Problems/Comments

© 2002 University System of Maryland and Affiliated Institutions. Privacy policy.