# EXHIBIT IIIII

Case No. 1:14-cv-00857-TSC-DAR

University of Miami Libraries /All Locations



| Catalog Home | Catalog Help | | Print | MyLibrary |



| OCLC NO | 44174490 | View Entire Collection | Title | Search |

☐ Limit search to available items

← Previous Record  |  Next Record →

| | |
|---|---|
| **Creator** | American Educational Research Association. |
| **Title** | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| **Publication** | Washington, DC American Educational Research Association, c1999. |

| | LOCATION | CALL NO. | Item Status |
|---|---|---|---|
| **Copies** | Richter 5th Flr Stacks | LB3051 .A693 1999 **Browse Shelf** | AVAILABLE |

Save Info via Text Message

 **Permanent Link**

| | |
|---|---|
| **Associated Name** | American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| **Description** | ix, 194 p. ; 26 cm |
| **ISBN** | 0935302255 |
| **OCLC #** | 44174490 |
| **Note** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso |
| | Includes index |
| **Contents** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test |

**Save Info via QR Code:**



**What are QR codes?**

**Expand Your Search!**

**Additional Info @Google Book Search**

**Reviews and Table of Contents**

Export citation to **RefWorks**

**Cite this item (from WorldCat)**

Request Interlibrary Loan via **ILLiad**

**Subject Guide for Education**

**WorldCat**

University of Miami Libraries /All Locations

| | |
|---|---|
| | takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy |
| **Subject** | **Educational tests and measurements -- Standards -- United States.** |
| | **Psychological tests -- Standards -- United States.** |

**UM Libraries** 1300 Memorial Drive, Coral Gables, Florida 33124-0320

(305) 284-3233

© 2015 | Privacy |

http://catalog.library.miami.edu/search/?searchtype=o&searcharg=44174490[2/10/2016 9:42:03 AM]