# EXHIBIT JJJJ

Case No. 1:14-cv-00857-TSC-DAR

MNCAT DISCOVERY

UNIVERSITY LIBRARIES - Twin Cities

Guest | e-Shelf | My Account | Sign in

New Search | Browse Libraries Catalog | Find E-Journals | Tags | Help

MNCAT Discovery | Libraries Catalog

44174490 | Twin Cities Catalog | Search | Advanced Search | Browse Libraries Catalog

All items | with my exact phrase | anywhere in the record

**Standards for educational and psychological testing**
American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)
Washington, DC : American Educational Research Association ©1999
**Available at** TC Wilson Library General Collection (LB3051 .A693 1999 ) **and other locations**

Find or Request | Details | Tags | HathiTrust (limited)

Sign in to request | Actions

**Check Locations Below Or:**

| Location / Call Number | Availability | Location Map |
|---|---|---|
| TC Wilson Library<br>General Collection<br>LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |
| UM DULUTH Martin Library<br>REF<br>LB3051 .A693 1999 | (1 copy, 1 available, 0 requests) | |

**Back to results list** **Result 1**

Search MNCAT Discovery: Basic | Advanced
Search Libraries Catalog: Basic | Advanced | Browse

Ask Us | Fix It | Acceptable Use Policy

