# EXHIBIT KKKKK

Case No. 1:14-cv-00857-TSC-DAR

University of Mississippi









**About QR**

| | |
|---|---|
| Title | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education |
| Call Number | LB3051 .A693 1999 |
| Location | MAIN LIBRARY |

| LOCATION | Call Number | STATUS |
|---|---|---|
| **MAIN LIBRARY** | **LB3051 .A693 1999** | DUE 07-17-16 |

| | |
|---|---|
| Corporate Author | **American Educational Research Association** |
| Publication Information | Washington, DC American Educational Research Association, c1999 |
| Note | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso |
| Bibliography | Includes bibliographical references and index |
| Contents | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing |





University of Mississippi
Case 1:14-cv-00857-TSC   Document 89-46   Filed 02/18/16   Page 3 of 3

|  |  |
|---|---|
|  | and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy |
| Subject | Educational tests and measurements -- Standards -- United States |
|  | Psychological tests -- Standards -- United States |
| Additional Author(s) | American Psychological Association |
|  | National Council on Measurement in Education |
|  | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| LINK | Online version: American Educational Research Association. Standards for educational and psychological testing. Washington, DC American Educational Research Association, c1999 (OCoLC)676719545 |
| Physical Description | ix, 194 p. ; 26 cm |
| OCLC # | 44174490 |
| ISBN | 0935302255 |
|  | 9780935302257 |

http://umiss.lib.olemiss.edu/record=b4560757~S0



http://umiss.lib.olemiss.edu/search/o?SEARCH=44174490[2/10/2016 9:52:24 AM]