# EXHIBIT LLLLL

Case No. 1:14-cv-00857-TSC-DAR

University of Nevada, Las Vegas - Library /All Locations

# University of Nevada, Las Vegas; Desert Research Institute; College of Southern Nevada; Nevada State College; UNLV Law Library



| | | |
|---|---|---|
| **AUTHOR** | American Educational Research Association | Record:  Prev Next |
| **TITLE** | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education | |
| **LOCATION** | **CALL #** | **STATUS** |
| UNLV Book Stacks, 4th Floor | LB3051 .A693 1999 | DUE 08-26-16 |
| **PUBLICATION INFO** | Washington, DC : American Educational Research Association, c1999 | |
| **SUBJECT** | Educational tests and measurements -- Standards -- United States<br>Psychological tests -- Standards -- United States<br>Educational Measurement<br>Psychological Tests -- standards -- United States | |
| **DESCRIPTION** | ix, 194 p. ; 26 cm | |
| **NOTES** | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso | |
| **NOTES** | Includes bibliographical references and index | |
| **CONTENTS** | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy | |
| **ADDED AUTHOR** | American Psychological Association<br>National Council on Measurement in Education<br>Joint Committee on Standards for Educational and Psychological Testing (U.S.) | |

http://webpac.library.unlv.edu/search/o44174490[2/10/2016 9:38:17 AM]