# EXHIBIT MMMMM

Case No. 1:14-cv-00857-TSC-DAR



# Standards for educational and psychological testing

| | |
|---|---|
| Author: | American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Publisher: | Washington, DC : American Educational Research Association, ©1999. |
| Edition/Format: | Print book : English View all editions and formats |
| Database: | WorldCat |

More like this

Subjects

- Educational tests and measurements -- Standards -- United States.
- Psychological tests -- Standards -- United States.
- Mediciones y pruebas educativas -- Normas -- Estados Unidos.
- View all subjects

Similar Items

## Find a copy in the library

Please visit your library to get this item.
To request a copy of this item, please contact your library.

### University of New Mexico-Gallup, Zollinger Library

#### Get it in the library

1 copies

| Location | Status | Call number | Notes |
|---|---|---|---|
| University of New Mexico-Gallup, Zollinger Library | | | |
| Hide item details | | | |
| Zollinger Library Stacks | Available | LB3051 .A693 1999 | |

### LIBROS Consortium

#### Get it from this library group

University of New Mexico check availability for this item

Standards for educational and psychological testing (Book, 1999) [University of New Mexico-Gallup, Zollinger Library]

## WorldCat

 Find it in libraries globally

 Worldwide libraries own this item

## Details

| | |
|---|---|
| Additional Physical Format: | Online version:<br>American Educational Research Association.<br>Standards for educational and psychological testing.<br>Washington, DC American Educational Research Association, ©1999<br>(OCoLC)676719545 |
| Document Type: | Book |
| All Authors / Contributors: | American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| ISBN: | 0935302255 9780935302257 |
| OCLC Number: | 44174490 |
| Notes: | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--Title page verso.<br><br>University of New Mexico-Gallup, Zollinger Library notes:<br>"Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.<br>Includes index. |
| Description: | ix, 194 pages ; 26 cm |
| Contents: | Test construction, evaluation, and documentation. Validity --<br>Reliability and errors of measurement --<br>Test development and revision --<br>Scales, norms, and score comparability --<br>Test administration, scoring, and reporting --<br>Supporting documentation for tests --<br>Fairness in testing. Fairness in testing and test use --<br>The rights and responsibilities of test takers --<br>Testing individuals of diverse linguistic backgrounds --<br>Testing individuals with disabilities --<br>Testing applications. The responsibilities of test users --<br>Psychological testing and assessment --<br>Educational testing and assessment --<br>Testing in employment and credentialing --<br>Testing in program evaluation and public policy. |

Standards for educational and psychological testing (Book, 1999) [University of New Mexico-Gallup, Zollinger Library]

| | |
|---|---|
| Responsibility: | American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Local System Bib Number: | .b3375679x |

### Reviews

▸ User-contributed reviews

### Tags

Add tags for "Standards for educational and psychological testing".    ◂ Be the first.

### Similar Items

Related Subjects:  (16)

- Educational tests and measurements -- Standards -- United States.
- Psychological tests -- Standards -- United States.
- Mediciones y pruebas educativas -- Normas -- Estados Unidos.
- _____
- _____
- _____
- Educational tests and measurements -- Standards.
- Psychological tests -- Standards.
- United States.
- Testconstructie.
- Onderwijs.
- Psychologische tests.
- Psychodiagnostiek.
- Educational Measurement -- standards
- Psychological Tests -- standards
- United States

User lists with this item   (3)

- Things to Check Out (11 items)
   by jcaldw52  updated 2015-09-23

Standards for educational and psychological testing (Book, 1999) [University of New Mexico-Gallup, Zollinger Library]

[Things to Check Out](#) (6 items)
by clgattis   updated 2012-11-25

[Things to Check Out](#) (105 items)
by arrica   updated 2011-02-23

Languages: Česky | Deutsch | English | Español | Français | Italiano | Nederlands | Português | | 한국어 | 日本語 | 中文(繁體) | 中文(简体)
You: Sign In | Register | My WorldCat | My Lists | My Watchlist | My Reviews | My Tags | My Saved Searches
WorldCat: Home | About | Help | Search
Legal: Copyright © 2001-2016 OCLC. All rights reserved.   |   Privacy Policy   |   Terms and Conditions

WorldCat is the world's largest library catalog, helping you find library materials online.