# EXHIBIT NNNNN

Case No. 1:14-cv-00857-TSC-DAR

# UNC Libraries Menu

- Search Classic Catalog
- Renew Books: My Library

HAVE A QUESTION ? chat now

Search | Browse New Titles | Browse by Call Number | Added (0)

Search for words: Search

‹‹ Back to Search Results 1 of 1 New Search

Add

**Standards for educational and psychological testing**

**American Educational Research Association, American Psychological Association, National Council on Measurement in Education.**

| | |
|---|---|
| Author: | American Educational Research Association. |
| Published: | Washington, DC American Educational Research Association, c1999. |
| Description: | ix, 194 p. ; 26 cm. |
| Format: | Book |

Email | Text
Cite
Print
Plain Text
Endnote (file)
Refworks

Request / recall this title (2-3 business days)

Subjects | Location | Table of Contents | MARC | Full Record

## Location

| Location | Call # | Status | Notes |
|---|---|---|---|
| Davis Library (6th floor) | LB3051 A693 1999 | Due 04/11/2016 | |
| Davis Library (6th floor) | LB3051 A693 1999 c. 2 | Available | |

Catalog Home | Libraries & Collections | E-Research Tools | E-Journal Finder | Libraries Home
Worldcat | Privacy Policy | Feedback

