# EXHIBIT OOOOO

Case No. 1:14-cv-00857-TSC-DAR

Libraries

Guest | My Lists | My Account | Sign in

New Search | Databases A-Z/Subject | WorldCat | FindText | Ejournals A-Z | Ask Us! | Help

Articles, books, and more | Course Reserves

44174490 | UO + Summit + Articles, etc. | Search | Advanced Search | Browse Search | Live Chat

Contains | Keyword

**Standards for educational and psychological testing**
American Educational Research Association.; American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.); Washington, DC : American Educational Research Association; ©1999

E-mail/Export

**Available at** Knight Library Reference (LB3051 .A693 1999 )

**Find in a library** | Details | Related Items

Summit Libraries (13) **UO Libraries users sign in to see request options** Share

Request Options:

Location Knight Library Reference LB3051 .A693 1999 Locate Hide Details

Availability: (1 copy, 1 available, 0 requests)

1 - 1 of 1 Records

| Type | Policy | Description | Status |
|---|---|---|---|
| Book | Sign in for policy | | Item in place |

Back to results list Result 1

UO Libraries | LibrarySearch News | Contact Us | Feedback | Privacy Policy

☑ Update my screen automatically

Powered by ExLibris Primo | Copyright © 2009 - 2014

