# EXHIBIT PPPPP

Case No. 1:14-cv-00857-TSC-DAR



### Brief Info | Detailed Info | Staff Info

*Standards for educational and psychological testing / American Educational...*

**Title:** Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education.

**Author:** American Educational Research Association.

**Publisher:** Washington, DC : American Educational Research Association, ©1999.

**Physical Description:** ix, 194 pages ; 26 cm

**LC Subject Heading(s):** Educational tests and measurements --Standards --United States.
Psychological tests --Standards --United States.

**Location:** Hillman Library - General Collection
**Call Number:** LB3051 .A693 1999
**Status:** Missing - 06/05/2015 (Use E-Z Borrow)

**Location:** Hillman Library - General Collection
**Call Number:** LB3051 .A693 1999
**Status:** Not Checked Out

#### Print/Save/Email

Select Download Format  [Full Record]  [Print or Save]

Enter your email address: [          ]  [Email]