# EXHIBIT QQQQQ

Case No. 1:14-cv-00857-TSC-DAR

New Search    Print    Off Campus Access

(Search History)



**Classic Catalog**

Library Homepage | My Account | Ask a Librarian | Course Reserves | Help Topics

(More Searches)

CONTROL NO | 44174490 | USC All Libraries

Title    Search

☐ Limit search to available items

Request    Add to My Lists    Add to Bag    MARC Display

Result page:    Previous Record | Next Record

What is PASCAL Delivers?

Cite This

BOOKMARK

| | |
|---|---|
| Corporate Author | American Educational Research Association. |
| Title | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Publication Info. | Washington, DC American Educational Research Association, c1999. |

| Location | Call No. | Status | Public Note |
|---|---|---|---|
| USC Upstate | LB3051 .A693 1999 | AVAILABLE | |

| | |
|---|---|
| OCLC # | 44174490 |
| Bib Utility No. | 43048050 |
| Description | ix, 194 p. ; 26 cm. |
| Note | "Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education"--T.p. verso. Includes index. |
| Contents | Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities |

University of South Carolina /All Locations

| | |
|---|---|
| LC Subject | -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy. |
| | Educational tests and measurements -- Standards -- United States. |
| | Psychological tests -- Standards -- United States. |
| Added Author, Corporate | American Psychological Association. |
| | National Council on Measurement in Education. |
| | Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| ISBN | 0935302255 |

 Permanent Link

Mobile Catalog