# EXHIBIT RRRRR

Case No. 1:14-cv-00857-TSC-DAR



★ e-Shelf    Log in for all services

**UW Libraries Search**

**Basic**   **Advanced**   **Browse**   **E-Journals**   **WorldCat**   **Help**   **Ask Us!**    💬 Chat

| **Library Resources** | **Course Reserves** |

[ 44174490                                    ⊗ ]   [ Articles, Books, and More ▼ ]   [ **Search** ]

**Standards for educational and psychological testing**                           Share/Save ▼
American Educational Research Association. American Psychological Association.; National Council on Measurement in Education.; Joint Committee on Standards for Educational and Psychological Testing (U.S.)
1999 ©Washington, DC : American Educational Research Association

✓ **Available at Suzzallo and Allen Libraries - First Floor Reference (Call Number: LB3051 .A693 1999)**

| **Availability & Request Options** | Item Details |

<u>UW Libraries users log in for all request options</u>

**Request Options:**

**Location:**  Suzzallo and Allen Libraries   First Floor Reference   LB3051 .A693 1999    (find this location)

**Availability:**  (1 copy, 1 available, 0 requests)

1 - 1 of 1 Records

| Type | Policy | Description | Status |
|---|---|---|---|
| Book | Library Use Only | | Available |

Back to results list                                                                 Result  1

UW Libraries   UW Bothell/CC Library   UW Tacoma Library   Health Sciences Library
Gallagher Law Library   Privacy Statement   Search Help   Ask Us!