# EXHIBIT SSSSS

Case No. 1:14-cv-00857-TSC-DAR

Standards for educational and psychological testing - VAN



# Standards for educational and psychological testing

American Educational Research Association.

Washington, DC American Educational Research Association, c1999

**Checked Out** from PEABODY; Call Number: **LB3051 .A693 1999**

Locations/Call Number | **Details** | Reviews & Tags | Findit@VU | Virtual Browse

Actions

**Links**

> Link to TOC

**Title:**   Standards for educational and psychological testing
**More title information:**   American Educational Research Association, American Psychological Association, National Council on Measurement in Education
**Creator:**   American Educational Research Association.
American Psychological Association.;
National Council on Measurement in Education.;
Joint Committee on Standards for Educational and Psychological Testing (U.S.)
**Subjects:**   Educational tests and measurements -- Standards -- United States;
Psychological tests -- Standards -- United States;
Educational Measurement;
Psychological Tests -- standards -- United States
**Description:**   **Contents:**   Test construction, evaluation, and documentation. Validity -- Reliability and errors of measurement -- Test development and revision -- Scales, norms, and score comparability -- Test administration, scoring, and reporting -- Supporting documentation for tests -- Fairness in testing. Fairness in testing and test use -- The rights and responsibilities of test takers -- Testing individuals of diverse linguistic backgrounds -- Testing individuals with disabilities -- Testing applications. The responsibilities of test users -- Psychological testing and assessment -- Educational testing and assessment -- Testing in employment and credentialing -- Testing in program evaluation and public policy.
"Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.
Includes index.
**Language:**   English
**Publisher:**   Washington, DC American Educational Research Association
**Creation Date:**   c1999
**Format:**   ix, 194 p. ; 26 cm.
**Identifier:**   ISBN 0935302255
**Source:**   VANUNICORN

Standards for educational and psychological testing - VAN

п

Back to results list | Result 1 Next➡



Jean and Alexander Heard Library   |   419 21st Avenue South   |   Nashville, TN 37203   |   615-322-7100   |

Hours   |   About   |   Employment   |   Staff   |   Contact   |

☑ Update my screen automatically