# EXHIBIT TTTTT

Case No. 1:14-cv-00857-TSC-DAR

Orbis Holdings Information

# Orbis YALE UNIVERSITY LIBRARY CATALOG

Log in to your account
Ask Yale Library | Help | Feedback

New Search — My Searches — My List — My Account  Quicksearch — Morris (Law Library) — Borrow Direct — ILL — Get It@Yale

Quick Search : [_____] Search     Search History

Titles   1 of 1

American Educational Research Association.

| | |
|---|---|
| Author/Creator: | Standards for educational and psychological testing / American Educational Research Association, American Psychological Association, National Council on Measurement in Education. |
| Title: | |
| ISBN: | 0935302255 |
| Published/Created: | Washington, DC American Educational Research Association, c1999. |
| Physical Description: | ix, 194 p. ; 26 cm. |

**Read online**

· Google "About This Book"

**Actions**
· Print
· Export
· E-mail
· Add to My List

**This item**
Full View
· Staff (MARC) View

Yale Holdings

MEDICAL
Request scan of article/chapter
Request recall or delivery

| | |
|---|---|
| Location: | LB3051 A693 1999 |
| Call Number: | Not Checked Out |
| Status: | |

"Prepared by the Joint Committee on Standards for Educational and Psychological Testing of the American Educational Research Association, the American Psychological Association, and the National Council on Mesurement in Education"--T.p. verso.
Includes index.

| | |
|---|---|
| Notes: | Book |
| Format: | Educational tests and measurements--Standards--United States. Psychological tests--Standards--United States. |
| Subjects: | American Psychological Association. National Council on Measurement in Education. Joint Committee on Standards for Educational and Psychological Testing (U.S.) |
| Also listed under: | |

Link to this page: http://hdl.handle.net/10079/bibid/6632003