# EXHIBIT WWWWW

Case No. 1:14-cv-00857-TSC-DAR

*Revised August 2015*

# R E S U M E

## S. E. PHILLIPS, PhD, JD

**Psychometrics, Assessment Law**

---

### EDUCATION

| Institution | Location | Years | Degree | Date |
|---|---|---|---|---|
| Cooley Law School | Lansing, MI | 1988-90 | JD | 5 / 90 |
| University of Iowa | Iowa City, IA | 1976-81 | PhD | 12 / 81 |
| University of Iowa | Iowa City, IA | 1974-75 | MA | 12 / 75 |
| University of Iowa | Iowa City, IA | 1972-74 | BA | 5 / 74 |
| Iowa State University | Ames, IA | 1970-72 | | |

### EXPERIENCE

| Position | Organization | Date |
|---|---|---|
| Visiting Professor | The University of Iowa | Fall 2006, 2010 |
| Consultant | Assessment Law & Psychometrics | 2000 - present |
| Professor (tenured) | Michigan State University | 1994 - 2000 |
| Adjunct Professor | T. M. Cooley Law School | 1991 |
| Associate Professor | Michigan State University | 1987 - 1994 |
| Psychometric Consultant | National Computer Systems | 1983 - 2000 |
| Visiting Scholar | The Psychological Corporation | 1987 |
| Assistant Professor | Michigan State University | 1982 - 1987 |
| Post-Doctoral Associate | University of Iowa | 1982 |
| Statistical/Programming Consultant | Westinghouse DataScore | 1982 |
| Teaching Assistant (statistics) | The University of Iowa | 1981 |
| Measurement Specialist | Riverside Publishing Co. | 1979-81 |
| Tutoring and Consulting with Business and Computer Majors taking Statistics Courses | | 1979-81 |
| Program Specialist | American College Testing Program (ACT) | 1978-79 |

| | | |
|---|---|---|
| Director Project Metric | ACT | 1977-78 |
| Research Associate | ACT | 1976-77 |
| Economics Instructor | Coe College<br>    Cedar Rapids, IA | 1976-77 |
| Mathematics Instructor | Mt. Mercy College<br>    Cedar Rapids, IA | 1975-76 |
| Substitute Teaching | Iowa City Community Schools | 1974-75 |

## RESEARCH AND SCHOLARSHIP

### *Psychometric Publications*

Phillips, S.E.  (in press).  *Legal Issues for Credentialing Examination Programs,* invited chapter in Davis-Becker, S. & Buckendahl, C. (Eds.), TESTING IN THE PROFESSIONS:  CREDENTIALING POLICIES AND PRACTICE.

Phillips, S.E.  (in press).  *Legal Aspects of Test Fairness,* invited chapter in Dorans, N. & Cook, L. (Eds.), FAIRNESS IN EDUCATIONAL ASSESSMENT AND MEASUREMENT.

Phillips, S.E.  (2012).  *Legal Issues in Standard Setting for Educational Programs,* invited chapter in Cizek, G.J. (Ed.), SETTING PERFORMANCE STANDARDS:  THEORY AND APPLICATIONS, 2e, New York:  Routledge.

Phillips, S.E.  (2011).  *U.S. Legal Issues in Educational Testing of Special Populations*, invited chapter in Elliott, S.N., Kettler, R.J. & Beddow, P. (Eds.), ACCESSIBLE TESTS OF STUDENT ACHIEVEMENT:  ISSUES, INNOVATIONS, AND APPLICATIONS.

Phillips, S.E.  (2010).  ASSESSMENT LAW IN EDUCATION, Phoenix:  Prisma Graphics.

Phillips, S.E. & Camara, W.J.  (2006).  *Legal and Ethical Issues*, invited chapter in Brennan, R.L. (Ed.), EDUCATIONAL MEASUREMENT 4TH EDITION, ACE/Praeger.

Phillips, S.E.  (2002).  *Legal Issues Affecting Special Populations*, invited chapter in Tindal, G. & Haladyna, T. (Eds.), LARGE-SCALE ASSESSMENT PROGRAMS FOR ALL STUDENTS:  VALIDITY, TECHNICAL ADEQUACY, AND IMPLEMENTATION, Mahwah, N.J.:  Lawrence Erlbaum Associates.

Phillips, S.E. & Rebarber, T.  (2002).  *Model Contractor Standards & State Responsibilities for State Testing Programs*, Washington, DC:  Education Leaders Council.

Phillips, S.E.  (2001).  *Legal Issues in Standard Setting for K-12 Programs*, invited chapter in Cizek, G.J. (Ed.), SETTING PERFORMANCE STANDARDS:  CONCEPTS, METHODS, AND PERSPECTIVES, Mahwah, N.J.:  Lawrence Erlbaum Associates.

Phillips, S.E. (Guest Editor, 2000). *G.I. Forum v. TEA: Psychometric Evidence*, APPLIED MEASUREMENT IN EDUCATION, 13(4).

Phillips, S.E. (Jan/Feb 1997). *Legal Defensibility of Standards: Issues and Policy Perspectives Part II*, 98(3) ARTS EDUCATION POLICY REVIEW, reprinted from EMIP, 1996.

Clarizio, H.F., Payette, K. A., & Phillips, S.E. (1997). *A Comparison of Methods for Determining Learning Disabilities: Effects on Racial Representation*, PSYCHOLOGY IN THE SCHOOLS.

Berk, R., Phillips, S.E. & Poggio, J. (Feb 1996). *Recommendations Based on the TAAS-TASP Equivalence Meeting*, Report prepared for the Texas Education Agency.

Phillips, S.E. (Mar/Apr 1996). *Legal Defensibility of Standards: Issues and Policy Perspectives Part I*, 98(4) ARTS EDUCATION POLICY REVIEW, reprinted from EMIP, 1996.

Phillips, S.E. (Oct 1996). *Evaluation of Fairfield Test Data Re Alleged Tampering*, report commissioned by the Fairfield, CT School District Board of Education.

Phillips, S.E. (Sept 1996). *Legal Defensibility of Standards*, Proceedings of the Joint Conference on Standard Setting for Large-Scale Assessments, Washington, DC, (INVITED).

Phillips, S.E. (Summer 1996). *Legal Defensibility of Standards: Issues & Policy Perspectives*, 15(2) EDUC. MEAS: ISSUES & PRACTICE 5.

Phillips, S.E. (1996). *All Students, Same Test, Same Standards: What the New Title I Legislation Will Mean for the Educational Assessment of Special Education Students.* North Central Regional Educational Laboratory, Oak Park, Ill. (INVITED; with editorial assistance from Mary Atteberry).

Millman, J., Phillips, S.E., & Weil, R. (Nov 1995). *Guidelines For Measuring Lawyering Skills on the New York Bar Examination*, Report prepared for the New York Board of Bar Examiners.

Phillips, S.E. (Aug 1995). *High-Stakes Testing Accommodations: Validity Versus Disabled Rights*, THE BAR EXAMINER 8.

Phillips, S.E. (Aug 1995). *Test Disclosure Policies for the Mississippi FLE Program*, Report prepared for the Mississippi Department of Education.

Payette, K.A., Clarizio, H.F., Phillips, S.E., & Bennett, D.E. (Apr 1995). *The Effects of Simple and Regressed Discrepancy Models and Cutoffs on Severe Discrepancy Determination*, 32 PSYCHOLOGY IN THE SCHOOLS 93.

Hambleton, R.K., Jaeger, R.M., Koretz, D., Linn, R.L., Millman, J., Phillips, S.E. (June 20, 1995). *Review of the Measurement Quality of the Kentucky Instructional*

*Results Information System, 1991-1994 Final Report*, A Report Prepared for the Office of Educational Accountability, Kentucky General Assembly (sole author 55-page Legal Appendix; first author 29-page chapter on equating).

Phillips, S.E. (Nov 1994). *Legal Implications of High Stakes Assessment: What States Should Know*, Handbook commissioned and published by the North Central Regional Educational Laboratory.

Phillips, S.E. (1994). *High-Stakes Testing Accommodations: Validity Versus Disabled Rights*, 7(2) APPLIED MEAS. IN EDUC. 93.

Mehrens, W.A., Phillips, S.E., & Schram, C. (1993). *Survey of Statewide Test Security Practices*, 12(4) EDUC. MEAS.: ISSUES & PRACTICE 5.

Fugate, D., Clarizio, H.F. & Phillips, S.E. (1993). *Referral to Placement Ratio: A Finding in Need of Replication?*, 26 J. LEARN. DISABILITIES 413.

Clarizio, H.F. & Phillips, S.E. (1992). *A Comparison of Severe Discrepancy Formulae: Implications For Policy Consultation*, 3(1) J. EDUC. & PSYCHOLOGICAL CONSULTATION 55.

Phillips, S.E. & Clarizio, H.F. (1989). *Conflicting Growth Expectations Cannot Both Be Real: A Rejoinder to Yen,* 7(4) EDUC. MEAS.: ISSUES & PRACTICE 18.

Mehrens, W.A. & Phillips, S.E. (1989). *Using College GPA and Test Scores in Teacher Licensure Decisions: Conjunctive Versus Compensatory Models,* 2(4) APPLIED MEAS. IN EDUC. 277.

Clarizio, H.F. & Phillips, S.E. (1989). *Defining Severe Discrepancy in the Diagnosis of Learning Disabilities: A Comparison of Methods,* 27 J. OF SCHOOL PSYCHOLOGY 383.

Phillips, S.E. & Mehrens, W.A. (1988). *Effects of Curricular Differences on Achievement Test Data at Item and Objective Levels,* 1(1) APPLIED MEAS. IN EDUC. 33.

Phillips, S.E. & Clarizio, H.F. (1988). *Some Limitations of Standard Scores in Diagnosing Learning Disabilities,* 7(1) EDUC. MEAS.: ISSUES AND PRACTICE 8.

Mehrens, W.A., McLarty, J.R., Rakow, E.A., & Phillips, S.E. (1988). *Fiscal Viability in Career-Ladder Decisions: An Empirical Investigation,* 2 J. OF PERSONNEL EVAL IN EDUC. 103.

Mehrens, W.A. & Phillips, S.E. (1987). *Sensitivity of Item Difficulties to Curricular Validity,* 24 J. OF EDUC. MEAS. 357.

Phillips, S.E. & Mehrens, W.A. (1987). *Curricular Differences and Unidimensionality of Achievement Test Data: An Exploratory Analysis,* 24 J. OF EDUC. MEAS. 1.

Lehmann, I.J. & Phillips, S.E. (1987). *Teacher Competency Testing Programs: A National Survey,* 6(1) EDUC. MEAS.: ISSUES AND PRACTICE 14.

Lehmann, I.J. & Phillips, S.E. (1987). *Teacher Competency Testing in the United States,* ERIC MONOGRAPH SERIES.

Clarizio, H.F. & Phillips, S.E. (1986). *Some Limitations of Standard Scores in Diagnosing Learning Disabilities: A Critique.* 23 PSYCH. IN THE SCHOOLS 381.

Mehrens, W.A. & Phillips, S.E. (1986). *Detecting Impacts of Curricular Differences in Achievement Test Data,* 23 J. OF EDUC. MEAS. 185.

Clarizio, H.F. & Phillips, S.E. (1986). *Sex Bias in the Diagnosis of Learning Disabled Students,* 23 PSYCH. IN THE SCHOOLS 44.

Phillips, S.E. (1986). *Deletion of Misfitting Persons When Vertically Equating Achievement Tests Via the Rasch Model,* 23 J. OF EDUC. MEAS. 107.

Phillips, S.E. (1985). *Quantifying Equating Errors With Item Response Theory Methods,* 9 APPLIED PSYCH. MEAS. 59.

Phillips, S.E. (1983). *Comparison of Equipercentile and Item Response Theory Equating When the Scaling Test Method is Applied to a Multilevel Achievement Battery,* 7 APPLIED PSYCH. MEAS. 267.

## *Legal Publications*

Phillips, S.E. (1997). *Assessment Accommodations*, Fall 1997(3) DETROIT COLLEGE OF LAW AT MICHIGAN STATE UNIVERSITY L. REV. 917.

Phillips, S.E. (Mar 25, 1993). *Testing Condition Accommodations For Disabled Students*, 80 ED. LAW REP. 9.

Phillips, S.E. (Mar 11, 1993). *Legal Issues in Performance Assessment*, 79 ED. LAW REP. 709.

Phillips, S.E. (1991). *Extending Teacher Licensure Testing: Have the Courts Applied the Wrong Validity Standard?* 8(3) T. M. COOLEY L. REV. 513.

Phillips, S.E. (1991). *Diploma Sanction Tests Revisited: New Problems From Old Solutions,* 20(2) J. LAW & EDUC. 175.

Phillips, S.E. (Dec 20, 1990). *The Golden Rule Remedy for Disparate Impact of Standardized Testing: Progress or Regress?* 63 ED. LAW REP. 383).

Phillips, S.E. (1989). *High School Grade Reductions for Absenteeism: Incentive or Curse?* 6(1) T. M. COOLEY L. REV. 129.

### Reviews

Phillips, S.E.  *Review of The Iowa Tests of Educational Development (ITED),* BUROS TENTH MENTAL MEASUREMENTS YEARBOOK 398 (1989).

Phillips, S.E.  *Review of Thinking About My School,* BUROS TENTH MENTAL MEASUREMENTS YEARBOOK 863 (1989).

Phillips, S.E. *Review of The Basics of Item Response Theory by Frank B. Baker,* 23 J. OF EDUC. MEAS. 267 (1986).

Phillips, S.E. *Review of ACER Paragraph Reading Test,* BUROS NINTH MENTAL MEASUREMENTS YEARBOOK 21 (1985).

Phillips, S.E. *Review of Test of Enquiry Skills,* BUROS NINTH MENTAL MEASUREMENTS YEARBOOK 1570 (1985).

Phillips, S.E. *Review of Test of English as a Foreign Language (TOEFL).*  In Keyser, D.J. & Sweetland, R.C.  TEST CRITIQUES VOLUME III. Kansas City: Test Corporation of America 655 (1985).

Phillips, S.E. *Review of Sequential Tests of Educational Progress (STEP III).*  In Keyser, D.J. & Sweetland, R.C. TEST CRITIQUES VOLUME I. Kansas City: Test Corporation of America 578 (1984).

Phillips, S.E. *Review of Applications of Item Response Theory by R.K. Hambleton Ed.,* 3 EDUC. MEAS.: ISSUES & PRACTICE, 27 (1984).

### NCME Newsletter Legal Corner Columns

Phillips, S.E.  *Parents Opting Out of State Testing,* 23(2) NCME NEWSLETTER 7, June 2015.

Phillips, S.E.  *Civics Testing for High School Graduation,* 23(1) NCME NEWSLETTER 8, Mar. 2015.

Phillips, S.E.  *Recent Developments in Disability Law,* 22(4) NCME NEWSLETTER 12, Dec. 2014.

Phillips, S.E.  *Setting Standards for Intellectual Disability,* 22(3) NCME NEWSLETTER 11, (Sept. 2014).

Phillips, S.E.  *Educator Cheating on Tests Revisited*, 20(1) NCME NEWSLETTER 3, Dec. 2011.

Phillips, S.E.  *Using Student Test Scores to Evaluate Teachers*, 17(4) NCME NEWSLETTER 3, Dec. 2009.

Phillips, S.E.  *Justice Sotomayor and Employment Testing*, 17(3) NCME NEWSLETTER 4, Sept. 2009.

Phillips, S.E.  *Conditions Qualifying for Extra Time "Accommodations",* 16(4) NCME NEWSLETTER 4, Dec. 2008.

Phillips, S.E.  *California ELL Decision,* 15(3) NCME NEWSLETTER 9, Sept. 2007.

Phillips, S.E.  *California ELL Case,* 14(4) NCME NEWSLETTER 8, Dec. 2006.

Phillips, S.E.  *NCLB Peer Review Update,* 14(3) NCME NEWSLETTER 4, Sept. 2006.

Phillips, S.E.  *Reconciling IDEA & NCLB*, 11(2) NCME NEWSLETTER 2, June 2005.

Phillips, S.E.  *California ELL Case Settlement*, 7(2) NCME NEWSLETTER 2, June 2001.

Phillips, S.E.  *School Assignments and Teacher Testing*, 5(4) NCME NEWSLETTER 2, Dec. 1999.

Phillips, S.E.  *New Wrinkles in Performance Assessment*, 5(3) NCME NEWSLETTER 2, July 1999.

Phillips, S.E.  *Response to Freedman re Oklahoma Grading Case*, 5(2) NCME NEWSLETTER 2, April 1999.

Phillips, S.E.  *Ohio Update & New Grading Cases*, 5(1) NCME NEWSLETTER 2, Jan. 1999.

Phillips, S.E.  *Selective Admissions in K-12 Programs*, 4(4) NCME NEWSLETTER 2, Nov. 1998.

Phillips, S.E.  *Public Disclosure of State Graduation Tests*, 4(3) NCME NEWSLETTER 2, July 1998.

Phillips, S.E.  *Calculator Accommodations*, 4(2) NCME NEWSLETTER 2, April 1998.

Phillips, S.E.  *High Stakes Assessment Raises Several Policy Issues*, 4(2) PERSPECTIVES 8, Winter 1998.

Phillips, S.E.  *Assessing Visually Impaired Examinees*, 4(1) NCME NEWSLETTER 2, Jan. 1998.

Phillips, S.E.  *Opportunity For Success*, 3(4) NCME NEWSLETTER 2, Nov. 1997.

Phillips, S.E. *Assessment Accommodations*, AERA DIVISION I NEWSLETTER, Fall 1997.

Phillips, S.E. *Standards & Grading for Disabled Students – Part II*, 4(2) NCME NEWSLETTER 2 June 1997.

Phillips, S.E. *Standards & Grading for Disabled Students – Part I*, 4(1) NCME NEWSLETTER 2 April 1997.

Phillips, S.E. *Policies For Public Review of Secure Assessments*, 3(4) NCME NEWSLETTER 2, April 1996.

Phillips, S.E. *Parental Rights to View Statewide Assessments*, 3(2) NCME NEWSLETTER 2, Nov. 1995.

Phillips, S.E. *Content Challenges to Assessment Programs*, 2(3) NCME NEWSLETTER 2, Feb. 1994.

Phillips, S.E. *Update on Testing Accommodations, Part II*, 2(2) NCME NEWSLETTER 2, Oct. 1993.

Phillips, S.E. *Update on Testing Accommodations, Part I*, 2(1) NCME NEWSLETTER 2, June 1993.

Phillips, S.E. *Introduction of the Legal Corner Column*, 1(2) NCME NEWSLETTER 2, April 1992.

### *Presentations*

Phillips, S.E.  *Legal Alternatives for Confirming and Penalizing Test Security Violations,* NCME Annual Meeting, Chicago, IL, April 17-19, 2015.

Phillips, S.E.  *Innovative Perspectives on Common-Core Tests:  PARCC & SBAC Compare Notes,* ORGANIZER & MODERATOR, NCME Annual Meeting, Chicago, IL, April 17-19, 2015.

Phillips, S.E.  *Testing Accommodations for Computer-Administered, Postsecondary Readiness Assessments,* TRAINING SESSION, NCME Annual Meeting, Philadelphia, PA, April 2-3, 2014.

Phillips, S.E.  *ADA Compliance in the Era of Common Core Standards and Assessment,* INVITED SPEAKER, Association of Test Publishers Annual Meeting, Phoenix, AZ, Feb. 2014.

Phillips, S.E.  *Policy and Legal Issues as Psychometrics Advances,* INVITED SPEAKER, NCME Annual Meeting, San Francisco, CA, April 28-30, 2013.

Phillips, S.E.  *Legal Perspective on Texas Minimum Grading Lawsuit,* presented in coordinated session *Upside Down Grade Inflation:  Multiple Perspectives on Minimum Grading Policies* (S.E. Phillips, organizer), NCME Annual Meeting, New Orleans, LA, April 9-11, 2011.

Phillips, S.E.  *Assessment Law, Graduate Student Presentation,* The University of Iowa, Oct. 2010.

Phillips, S.E.  *Educational Measurement, 4th Edition:  Legal and Ethical Issues,* NCME Annual Meeting Invited Symposium, Chicago, IL, April 10-12, 2007.

Case 1:14-cv-00857-TSC   Document 89-58   Filed 02/18/16   Page 10 of 17

Phillips Resume . . . p. 9

Phillips, S.E. *High-Stakes Testing Accommodations: Reconciling Conflicting Policy Goals,* 2006 William E. Coffman Lecture Series, The University of Iowa, Iowa City, IA, October 2006.

Phillips, S.E. *Legal Issues Update*, CCSSO National Conference on Large-Scale Assessment, San Antonio, TX, June 22-25, 2003.

Phillips, S.E. *Legal Implications of High Stakes Testing: Lessons Learned and Considerations for Virginia*, Virginia Association of Test Directors & Virginia Educational Research Association Assessment Conference, Richmond, VA, Nov. 12, 2002.

Phillips, S.E. *Accountability & AYP,* Education Leaders Council Following The Leaders Legislative & Policy Institute Panel Presentation, Chantilly, VA, September 21, 2002.

Rebarber, T. & Phillips, S.E. *Model Contractor Standards & State Responsibilities for State Testing Programs (Draft)*, Education Leaders Council Test Summit, Feb. 20, 2002.

Phillips, S.E. *You Just Thought It Was Bad: Emerging Legal Issues in Higher Education Assessment,* Texas Association of Collegiate Testing Personnel Annual Conference, Austin, TX, Feb. 12, 2002.

Phillips, S.E. *What We Have Learned from Defending a High School Graduation Test in Texas,* Texas Annual Assessment Conference, Austin, TX, Feb. 12, 2002.

Phillips, S.E. *Legal Defensibility Issues and High Stakes Testing*, MA DOE Conference, Oct. 26, 2001.

Phillips, S.E. *SFUSD v. SBE: Testing ELLs Enrolled Less Than 30 Months in a State Accountability Program*, CCSSO National Conference on Large-Scale Assessment Conference, Houston, TX, June 27, 2001.

Phillips, S.E. *Legal Defensibility of Graduation Tests: A Case Study*, Florida Educational Research Association Annual Meeting Featured Address, Tallahassee, FL, Nov. 10, 2000.

Phillips, S.E. et al. *GI Forum v. TEA: A Challenge to the Texas Graduation Test*, Symposium Organizer & Presenter, CCSSO National Conference on Large-Scale Assessment, Snow Bird, UT, June 2000.

Phillips, S.E. *Reaction to More of Miss Marple's Measurement Moments*, CCSSO National Conference on Large-Scale Assessment, Snow Bird, UT, June 2000.

Phillips, S.E. *Reaction to Equity Issues in Large-Scale High-Stakes Accountability Assessments: Some Perspectives from the Trenches*, CCSSO National Conference on Large-Scale Assessment, Snow Bird, UT, June 2000.

Case 1:14-cv-00857-TSC   Document 89-58   Filed 02/18/16   Page 11 of 17

Phillips Resume . . . p. 10

Phillips, S.E. *Detecting Inappropriate Test-Preparation in the Classroom:  Misdemeanor Offenses*, AERA annual meeting symposium, New Orleans, April 2000.

Phillips, S.E.  *Measurement Perspectives on an Oklahoma Grading Case*, NCME annual meeting symposium, New Orleans, April 2000.

Phillips, S.E.  *Access, Test Accommodations and Opportunity to Learn Issues*, High School Exit Examination Standards Panel Meeting, Sacramento, CA, November 18, 1999.

Phillips, S.E.  *Legal Issues and Accountability*, Delaware Chief School Officers Association Meeting, Dover, DE, November 4, 1999.

Phillips, S.E.  *The Stone Soup of Accommodations*, Keynote Speaker, Fall All City Special Education Conference, Chicago Public Schools, Chicago, IL, October 29, 1999.

Phillips, S.E.  *Needs, Wants, Access, Success:  The Stone Soup of Accommodations*, CCSSO National Conference on Large-scale Assessment, Snow Bird, UT, June 1999.

Schafer, W.D., Rosenberger, K., Cruse, K., Phillips, S.E.  *Miss Marple Meets Measurement:  Security Investigation Models in Maryland and Texas*, CCSSO National Conference on Large-scale Assessment, Snow Bird, UT, June 1999.

Phillips, S.E.  *Legal Issues in High-stakes Assessment*, HBEM Conference for District Policymakers, San Diego, CA, January 1999.

Phillips, S.E., Thurlow, M., & Beck, M.  *LEP Modifications:  Why, What and When*, CCSSO National Conference on Large-scale Assessment, Colorado Springs, June 14, 1998.

Phillips, S.E.  *Strategies for Evaluating School-Level Test Tampering*, CCSSO National Conference on Large-scale Assessment, Colorado Springs, June 15, 1998.

Phillips, S.E. *Update on Issues in Standards Development*, AERA Division D annual meeting featured symposium, Chicago, March 1997.

Phillips, S.E. *Challenges in the Development of State Assessment Programs that Support Education Reform:  Legal Considerations*, NCME annual meeting symposium, Chicago, March 1997.

Phillips, S.E. *Legal Implications of Large-scale, High-stakes Assessment*, Second Annual Mississippi Assessment Symposium, Jackson, MS, February 1997.

Phillips, S.E. *Legal/Policy Issues in Standard Setting for Large-scale Performance Assessments:  Lessons Learned*, CCSSO National Conference on Large-scale Assessment, Phoenix, June 25, 1996.

Phillips, S.E. *Legal Issues and Assessment*, Virginia Association of Test Directors Annual Assessment Conference, Richmond, May 10, 1996.

Phillips, S.E. *Faculty Evaluation of Students*, William Mitchell College of Law faculty retreat, Minneapolis, May 1, 1996.

Phillips, S.E. *The Golden Rule Remedy for Disparate Impact of Standardized Testing*, National Conference of Bar Examiners Seminar on Bar Admissions, Chicago, April 20, 1996.

Phillips, S.E. *Testing Under the ADA*, National Conference of Bar Examiners Seminar on Bar Admissions, Chicago, April 19, 1996.

Phillips, S.E. *Accommodations for Assessment in Michigan*, Michigan School Testing Conference, February 27-28, 1996.

Phillips, S.E. *High Stakes Accountability in Student Assessment*, North Carolina School Boards Association Fourth Annual Law Conference, Raleigh, February 22-23, 1996.

Phillips, S.E. *Test Security in a High-Stakes Environment*, First Annual Mississippi Assessment Symposium, Jackson, February 8-9, 1996.

Millman, J. & Phillips, S.E. *Alternative Item Formats For Measuring Lawyering Skills*, New York Board of Bar Examiners Meeting, Syracuse, November 3, 1995.

Phillips, S.E. *Testing Under the ADA*, American Bar Association Conference, Chicago, August 6, 1995.

Phillips, S.E. *Assessment Accommodations: Legal Perspectives & Policy Implications*, CCSSO National Conference on Large-Scale Assessment, Phoenix, June 19-21, 1995.

Phillips, S.E. *Legal Issues in Adaptation/Inclusion of IEP & LEP Students*, Michigan School Testing Conference, February 21-22, 1995.

Phillips, S.E. *Legal Implications of High-stakes Assessment*, BELL Conference on Education Standards and Accountability, Minneapolis, MN, February 20, 1995 (INVITED).

Phillips, S.E. *Legal Defensibility of Standards: Issues & Policy Perspectives,* NAGB/NCES Joint Conference on Standard Setting for Large-scale Assessments, Washington, DC, October 5-7, 1994.

Phillips, S.E. *Legal & Political Issues Surrounding Performance Assessment,* National Center for Research on Evaluation, Standards, and Student Testing (CRESST) Conference, Los Angeles, CA, September 11-13, 1994.

Phillips, S.E. *Testing Accommodations: Validity Versus Disabled Rights*, Michigan School Testing Conference, February 1994.

Phillips, S.E. *Legal Defensibility of Performance Assessments*, Wisconsin Outcomes Based Education Conference, Eau Claire, WI, July 1993.

Phillips, S.E. *Legal Issues in High-Stakes Assessment*, Education Commission of The States Annual Conference, Albuquerque, NM, June 1993.

Phillips, S.E. *Legally Defensible High-Stakes Assessments*, Colorado Assessment Conference, Breckenridge, CO, June 1993.

Phillips, S.E. Testing the Disabled: What is "Reasonable Accommodation"? Michigan School Testing Conference, Ann Arbor, MI, February 1993.

Phillips, S.E. *Legal Standards For Performance Assessments*, NOLPE Annual Convention, Phoenix, AZ, November 1992.

Phillips, S.E. *Developing Legally Defensible Performance Assessments*, Education Commission of the States Annual Conference, Boulder CO, June 1992.

Phillips, S.E. *Testing Accommodations for Handicapped Students*, Educ. Law SIG, AERA annual meeting, San Francisco, April 1992.

Phillips, S.E. *Legal Aspects of Performance Assessment*, NCME annual meeting, San Francisco, April 1992.

Mehrens, W.A., Phillips, S.E., & Schram, C. *Survey of Statewide Test Security Practices*, NCME annual meeting, San Francisco, April 1992.

Phillips, S.E. *The Clash Between the First and Fourteenth Amendments on College Campuses: Free speech versus Discrimination*, NOLPE Annual Convention, Orlando, November 1991.

Phillips, S.E. *Legal Issues in High Stakes Testing*, Education Commission of the States Annual Conference, Breckenridge, CO, June 1991.

Phillips, S.E. *Legal Origins of Teaching the Test: The Debra P. Case*, Organizer & Presenter, NCME Annual Meeting Symposium on *Implementation of Statewide Test Security Policies*, Chicago, April 1991.

Phillips, S.E. *Legal Issues in the Reform of Teacher Testing,* AERA Annual Meeting, Chicago, April 1991.

Phillips, S.E. The Golden Rule Remedy for Disparate Impact of Standardized Testing, NOLPE Annual Convention, San Antonio, November 1990.

Phillips, S.E. *Diploma Sanction Testing Revisited*, MWERA Annual Meeting, Chicago, October 1990.

Phillips, S.E. & Dutcher, P. *Equating the New MEAP Reading Test.* Michigan Educational Research Association Meeting, January 1990.

Phillips, S.E. & Dutcher, P.  *A Review of the New MEAP Reading Test.*  Michigan School Testing Conference, February 1990.

Phillips, S.E. *Comparison of Thurstonian & Rasch Methods of Equating Objective and Essay Writing Assessments.* NCME Annual Meeting, New Orleans, April 1988.

Phillips, S.E. & Mehrens, W.A. *Comparison of Methods For Detecting the Impacts of Instructional/Test Misalignment.* AERA Annual Meeting, New Orleans, April 1988.

Clarizio, H.F. & Phillips, S.E. *Comparison of Standard Score and Regression Methods of Identifying Learning Disabled Students.*  AERA Annual Meeting, New Orleans, April 1988.

Mehrens, W.A., McLarty, J., Rakow, E., & Phillips, S.E. *Conjunctive and Compensatory Models for Career Ladder Decisions:  An Empirical Investigation.* NCME Annual Meeting, New Orleans, April 1988.

Phillips, S.E. & Mehrens, W.A. *Relating Achievement Test Scores and Item Statistics to Instructional Validity.* NCME Annual Meeting, Washington, D.C., April 1987.

Mehrens, W.A. & Phillips, S.E. *Conjunctive Versus Compensatory Models For Teacher Licensure Decisions:  A Monte Carlo and Logical Investigation.* AERA Annual Meeting, Washington, D.C., April 1987.

Lehmann, I.J. & Phillips, S.E. *Teacher Competency Examination Programs: A National Survey Revisited.* NCME Annual Meeting, Washington, D.C., April 1987.

Phillips, S.E. & Mehrens, W.A. *The Effects of Curricular Differences on the Achievement Test Scores of Special Groups.* AERA Annual Meeting, San Francisco, April 1986.

Phillips, S.E. & Clarizio, H.F. *Some Limitations of Standard Scores in  Diagnosing Learning Disabilities.* AERA Annual Meeting, San Francisco, April 1986.

Mehrens, W.A. & Phillips, S.E. *Sensitivity of Special Group Item Statistics to Curricular Validity.* AERA Annual Meeting, San Francisco, April 1986.

Phillips, S.E. & Mehrens, W.A. *Achievement Test Curricular Multi-dimensionality at the Item and Objective Level.* AERA Annual Meeting, Chicago, April 1985.

Mehrens, W.A. & Phillips, S.E. *Sensitivity of Item Statistics to Instructional Validity.* NCME Annual Meeting, Chicago, April 1985.

Lehmann, I.J. & Phillips, S.E. *Teacher Competency Examination Programs:  A National Survey.* NCME Annual Meeting, Chicago, April 1985.

Clarizio, H.F. & Phillips, S.E. *Sex Bias in Diagnosing Learning Disabled Students.* AERA Annual Meeting, Chicago, April 1985. (Presented by Phillips).

Phillips, S.E. *Quantifying Errors in IRT Equating Methods.* AERA Annual Meeting, New Orleans, April 1984.

Phillips, S.E. *Fixed Versus Estimated Lower Asymptotes in the Three-Parameter IRT Model.* NCME Annual Meeting, New Orleans, April 1984.

Phillips, S.E. & Anderson, A.E. *Comparison of the Parameter Recovery of the New and Old Versions of LOGIST with Simulated Data.* NCME Annual Meeting, New Orleans, April 1984.

Phillips, S.E. & Mehrens, W.A. *Detecting Curricular Multidimensionality in Achievement Test Data.* AERA Annual Meeting, New Orleans, April 1984.

Phillips, S.E. *Logistic Achievement Test Scaling and Equating with Fixed Versus Estimated Lower Asymptotes.* NCME Annual Meeting, Montreal, April 1983.

Phillips, S.E. & Anderson, A.E. *LOGTRUE:  A Computer Program For Test Equating with Item Response Theory.* AERA Annual Meeting, Montreal, April 1983.

Phillips, S.E. *Comparison of Latent Trait and Traditional Methods in the Equating Phase of a Scaling Operation on Achievement Tests.* Psychometric Society Meeting, Montreal, May 1982.

Phillips, S.E. *The Metrics are Here.* A series of 26 three-minute metric education programs shown on the KCRG TV Morning Show, Cedar Rapids, Iowa, 1982.

Phillips, S.E. *Development of a Model For Adult Metric Education.* National Adult Basic Education Conference, Hollywood Beach, Florida, 1978.

Phillips, S.E. *Overview of Project Metric.* National Metric Education Conference, Providence, Rhode Island, 1978.

### *Speeches & Seminars*

Phillips, S.E. (1993). *Overview of Legal Implications of High-Stakes Performance Assessment*, Littleton, CO public schools, November 1993.

Phillips, S.E. (1991). Legal Issues and Educational Assessment.  Policy Seminar for State Legislators in Michigan, Lansing, October 17, 1991.

Phillips, S.E. (1990). Legal Issues in Testing.  Workshop for The Psychological Corporation, San Antonio, TX.

Phillips, S.E. (1990). The Rasch Model For Test Development and Equating.  Workshop for The Psychological Corporation, San Antonio, TX.

Phillips, S.E. & Fremer, J. (1990). The Revised Scholastic Aptitude Test.  WKAR Public Radio Station, East Lansing, MI.

Phillips, S.E. (1987). *A Rasch Model Adaptation for Essay Calibration.* University of Tokyo, Tokyo, Japan.

Phillips, S.E. (1987). *Simulation of Conjunctive Versus Compensatory Models for Teacher Competency Testing.* Presentation at Niigata University, Niigata, Japan.

Phillips, S.E. (1987). *Equating with the Rasch Model.* Presentation to the New Jersey State Department of Education Technical Advisory Committee Meeting, Princeton, NJ.

Phillips, S.E. (1987). *Standardized Achievement Tests & Curricular Differences.* Presentation at Arizona State University, Phoenix, AZ.

Phillips, S.E. (1987). *Research on the Effects of Curricular Differences on Standardized Achievement Test Scores.* Presentation to the Marketing Department of The Psychological Corporation, San Antonio, TX.

Phillips, S.E. (1987). *Item Response Theory Equating.* Presentation to the Texas State Department of Education, Austin, TX.

Phillips, S.E. (1987). *The Curricular Validity of Achievement Tests.* Presentation at the University of Arizona, Tuscon, AZ.

Phillips, S.E. (1987). *Developing Criterion-Referenced Tests.* Presentation to the Albuquerque (NM) Public Schools testing staff.

Phillips, S.E. (1987). *Curricular Differences and Standardized Achievement Tests.* Presentation at the University of Virginia, Charlottesville, VA.

Phillips, S.E. (1987). *Linking Tests with the Rasch Model.* Presentation to the New Jersey State Department of Education, Trenton, NJ.

Phillips, S.E. (1987). *Developing a Test Blueprint.* Presentation to the Lansing Evaluation Services and Mathematics Staff, Lansing, MI.

Phillips, S.E. (1986). *Standardized Tests and Different Curricula.* Presentation to education faculty and students at Niigata University, Japan.

Phillips, S.E. (1986). *The Rasch Model.* Presentation to faculty in educational psychology at the Institute for Teacher Training and Ministry of Education test development staff, Republic of Singapore.

Phillips, S.E. (1986). *Using the Rasch model for the MEAP Tests.* Meeting with Michigan Department of Education assessment staff, Lansing, MI.

**PROFESSIONAL SERVICE**

- Admitted to Michigan Bar & Federal Bar for Eastern District of MI

- ETS Visiting Committee, 1995-97 (Audits selected testing programs for adherence to ETS and professional standards)

- NCME Newsletter Board & Legal Corner Column (1992 – present)

- 1992-95 EDUCATION LAW REPORTER Author's Committee

- NOLPE 1992 Annual Convention Program Committee

- NCME Legislative Action Committee

- Co-chair of l986 NCME Annual Meeting Program

- Consultant to the Arizona, Arkansas, Alabama, California, Delaware, Florida, Massachusetts, Michigan, Minnesota, Mississippi, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon and Washington Departments of Education, Texas Education Agency, Kentucky Office of Educational Accountability, Michigan Law Enforcement Officer Training Council, Minnesota Bar Examiners, New York Bar Examiners and GED Testing Service on student assessment, teacher certification, professional licensure, testing accommodations, assessment legislation, and/or legal challenges; Lansing, Weld County, Littleton, West Bend, Wichita & Milford Public Schools on student performance assessment; and American Association of Medical Colleges on the MCAT writing assessment

- Reviewer for APPLIED MEASUREMENT IN EDUCATION, APPLIED PSYCHOLOGICAL MEASUREMENT, EDUCATIONAL RESEARCHER, JOURNAL OF EDUCATIONAL MEASUREMENT, JOURNAL OF EDUCATIONAL STATISTICS, PSYCHOLOGICAL BULLETIN, EDUCATIONAL MEASUREMENT: ISSUES & PRACTICE, EDUCATION LAW REPORTER

- Reviewer of Grant Applications for U.S. Office of Education

- Reviewer of measurement/evaluation textbooks for Longmann & Merrill

- Chair of Hearing Board for student grievance against a department faculty member.
    Convened meetings of the board, conducted a hearing, and wrote a final opinion on the matter which contributed to dismissal of related charges being investigated by a national professional and accreditation organization.

- MQM Coordinator 1995-96 academic year.
    Included convening meetings, course scheduling, student admissions, coordinating the MQM Internship Program, student evaluations, coordinating measurement comprehensive examinations and administrative paperwork for the program.

## AWARDS

Graduated from law school summa cum laude with the James E. Burns Memorial Award for Scholarship Excellence, May 1990

Edward G. Rakow law scholarship awarded annually to the outstanding student from each of the five law schools in Michigan, May 1990

Alternate for National Academy of Sciences Spencer Fellowship, May 1986

Runnerup for AERA Outstanding Dissertation Award, April 1983