# EXHIBIT XXXXX

## Case No. 1:14-cv-00857-TSC-DAR

## FILED UNDER SEAL