# EXHIBIT YYYYY

Case No. 1:14-cv-00857-TSC-DAR

FILED UNDER SEAL