# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>*Defendant.* | Civil Action No. 1:14-cv-00857-TSC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 18, 2016 the accompanying:

1. PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INUNCTION AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;

2. DECLARATION OF NIKIA L. GRAY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS VVV THROUGH EXHIBITS UUUUU, EXHIBIT WWWWW and EXHIBIT ZZZZZ;

3. REPLY DECLARATION OF WAYNE CAMARA IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ;

4. PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; and

5. This CERTIFICATE OF SERVICE.

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

> Andrew P. Bridges
> Sebastian E. Kaplan
> FENWICK & WEST LLP

555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7930
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

    Respectfully submitted,

    QUARLES & BRADY LLP

Dated: February 18, 2016 By: */s/ Jonathan Hudis*
    Jonathan Hudis (DC Bar # 418872)
    Nikia L. Gray (*pro hac vice*)
    Jonathan P. Labukas (DC Bar # 998662)
    1700 K Street NW, Suite 825
    Washington, DC 20006-3825
    Tel. (202) 372-9600
    Fax (202) 372-9599
    E-Mail Jonathan.Hudis@quarles.com
    E-Mail Nikia.Gray@quarles.com
    E-Mail Jonathan.Labukas@quarles.com

    Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.