UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-00857-TSC-DAR <br><br>**DECLARATION OF JONATHAN HUDIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF KURT F. GEISINGER** |

I, JONATHAN HUDIS, declare:

1. I am an attorney with Quarles & Brady LLP, attorneys for Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc. Unless otherwise stated, I have knowledge of all facts set forth in this declaration, and I would, and could, testify competently thereto if called upon to do so.

2. I submit this Declaration in support of Plaintiffs' Opposition to Defendant's Motion to Strike the Declaration of Kurt F. Geisinger.

3. Attached as **Exhibit 1** is a true and correct copy of the deposition transcript of Kurt F. Geisinger, taken on September 10, 2015.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2016, in Washington, D.C.

                                               */s/ Jonathan Hudis*
                                               Jonathan Hudis