UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> *Defendant.* | Civil Action No. 1:14-cv-00857-TSC <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on February 18, 2016 the accompanying:

1. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF KURT F. GEISINGER (Public Version);

2. DECLARATION OF JONATHAN HUDIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF KURT F. GEISINGER; and

3. This CERTIFICATE OF SERVICE.

were filed with the Court using the CM/ECF system. These documents also were served via e-mail to:

> Andrew P. Bridges
> Sebastian E. Kaplan
> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> abridges@fenwick.com
> skaplan@fenwick.com
>
> Matthew B. Becker
> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA 94041
> Telephone: (650) 335-7930
> mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant*
*PUBLIC.RESOURCE.ORG, INC.*

          Respectfully submitted,

          QUARLES & BRADY LLP

Dated: February 18, 2016    By:  */s/ Jonathan Hudis*
          Jonathan Hudis (DC Bar # 418872)
          Nikia L. Gray (*pro hac vice*)
          Jonathan P. Labukas (DC Bar # 998662)
          1700 K Street NW, Suite 825
          Washington, DC 20006-3825
          Tel. (202) 372-9600
          Fax (202) 372-9599
          E-Mail Jonathan.Hudis@quarles.com
          E-Mail Nikia.Gray@quarles.com
          E-Mail Jonathan.Labukas@quarles.com

          Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.