UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PUBLIC.RESOURCE.ORG,<br><br>　　　　　　　　　Defendant. | Case No. 1:14-CV-00857-TSC-DAR<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT PUBLIC RESOURCE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:　May 23, 2014 |

　　　　Pursuant to Federal Rule of Evidence 201(b) and the authorities cited below, Defendant Public Resource respectfully requests that the Court take judicial notice of each of the following documents in connection with its Motion for Summary Judgment:

　　　　1.　　A webpage of the U.S. Department of Justice entitled "Accessibility of State and Local Government Websites to People with Disabilities," at http://www.ada.gov/websites2.htm, a true and correct copy of which is attached to the Reply Declaration of Matthew Becker in Further Support of Defendant Public Resource's Motion for Summary Judgment ¶ 9, **Exhibit 82**.

　　　　2.　　The Report of the Advisory Commission on Accessible Instructional Materials in Postsecondary Education for Students with Disabilities, dated December 6, 2011 and published on the U.S. Department of Education website at http://www2.ed.gov/about/bdscomm/list/aim/meeting/aim-report.pdf, a true and correct copy of which is attached to the Reply Declaration of Matthew Becker in Further Support of Defendant Public Resource's Motion for Summary Judgment ¶ 10, **Exhibit 83**.

A district court may take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Specifically, a court may take judicial notice of matters of public record. *See Bebchick v. Washington Metro. Area Transit Comm'n*, 485 F.2d 858, 880 (D.C. Cir. 1973) ("matters of public record . . . [are] well within the range of judicial notice). This Court has "frequently taken judicial notice of information posted on official public websites of government agencies." *Pharm. Research & Manufacturers of Am. v. United States Dep't of Health & Human Servs.*, 43 F. Supp. 3d 28, 33 (D.D.C. 2014) (citing *Cannon v. District of Columbia,* 717 F.3d 200, 205 n. 2 (D.C. Cir. 2013)).

For these reasons, Public.Resource.Org respectfully requests that the Court take judicial notice of the matters listed above.

Dated: March 3, 2016

Respectfully submitted,

*/s/   Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Sebastian E. Kaplan (admitted *pro hac vice*)
skaplan@fenwick.com
Matthew Becker (admitted *pro hac vice*)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Corynne McSherry (admitted *pro hac vice*)
corynne@eff.org
Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

*Attorneys for Defendant-Counterclaimant*
Public.Resource.Org, Inc.