# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **NOTICE OF PLAINTIFFS' INTENT TO FILE OPPOSITION TO THE MOTIONS EMBEDDED WITHIN DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EVIDENCE** <br> **[ECF No. 98-3 (Sealed)]** <br> **[ECF No. 99-4 (Redacted)]** |

Plaintiffs, American Educational Research Association, Inc. ("AERA"), American Psychological Association, Inc. ("APA"), and National Council on Measurement in Education, Inc. ("NCME") (collectively, "Plaintiffs"), through undersigned counsel, file the instant Notice of Plaintiffs' Intent to File an Opposition to the Motions Embedded Within Defendant-Counterclaimant Public.Resource.Org's Objections to Plaintiffs' Supplemental Evidence (ECF No. 98-3).

On March 3, 2016, Defendant-Counterclaimant Public.Resource.Org, Inc. ("Defendant") filed, among other things, a document titled "Defendant-Counterclaimant Public.Resource.Org's Objections to Plaintiffs' Supplemental Evidence" [ECF No. 98-3 (Sealed), ECF No. 99-4 (Redacted)] (the "Objections").  That filing included a brief motion to "strike Plaintiffs' Response to Public Resource's Statement of Disputed Facts (ECF No. 89-2)" (*see* Objections at p. 1) as well as a more substantive motion to "strike Plaintiffs' use of the report of S.E. Phillips for the assertions for which it is cited in their combined Opposition and Reply Motion (ECF No. 89, pp. 34, 36-37) and Statement of Disputed Facts (ECF No. 89-1, p. 56)" (*see* Objections at p.

5). Plaintiffs intend to, and will, file an opposition to these "motions" within the time prescribed by LCvR 7(b) and Fed. R. Civ. P. 6(d). Accordingly, Plaintiffs will file an opposition to these "motions" on or before March 21, 2016.

                                      Respectfully submitted,

                                      QUARLES & BRADY LLP

Dated: March 8, 2016        By:   */s/ Jonathan Hudis*
                                      Jonathan Hudis (DC Bar # 418872)
                                      Nikia L. Gray (*pro hac vice*)
                                      Jonathan P. Labukas (DC Bar # 998662)
                                      1700 K Street NW, Suite 825
                                      Washington, DC 20006-3825
                                      Tel. (202) 372-9600
                                      Fax (202) 372-9599
                                      E-Mail Jonathan.Hudis@quarles.com
                                      E-Mail Nikia.Gray@quarles.com
                                      E-Mail Jonathan.Labukas@quarles.com

                                      Counsel for Plaintiffs American Educational
                                      Research Association, Inc., American
                                      Psychological Association, Inc., and
                                      National Council on Measurement in
                                      Education, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2016 the foregoing NOTICE OF PLAINTIFFS' INTENT TO FILE OPPOSITION TO THE MOTIONS EMBEDDED WITHIN DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL EVIDENCE [ECF No. 98-3 (Sealed)] [ECF NO. 99-4 (Redacted)] was filed with the Court using the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.  This document also was served via e-mail to:

>Andrew P. Bridges
>Sebastian E. Kaplan
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>abridges@fenwick.com
>skaplan@fenwick.com
>
>Matthew B. Becker
>FENWICK & WEST LLP
>801 California Street
>Mountain View, CA 94041
>Telephone: (650) 335-7930
>mbecker@fenwick.com
>
>David Halperin
>1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com
>
>Mitchell L. Stoltz
>Corynne McSherry
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>mitch@eff.org
>corynne@eff.org
>
>*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

*/s/ Jonathan Hudis*
Jonathan Hudis (DC Bar # 418872)