# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG,<br><br>                  Defendant. | Case No. 1:14-CV-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING PUBLIC.RESOURCE.ORG, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED DOCUMENTS**<br><br>Action Filed:   May 23, 2014 |

Having fully considered Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion for Leave to File Corrected Documents, and for good cause shown, it is hereby

**ORDERED** that the Motion for Leave to File Corrected Documents is **GRANTED**; and it is further

**ORDERED** that the corrected documents attached as Exhibits 1–7 to Public.Resource.Org's Motion on Consent for Leave to File Corrected Documents are hereby accepted as filed without the necessity of further filing or serving any copy.

**IT IS SO ORDERED.**

Dated:   _____, 2016

                                                         The Honorable Tanya S. Chutkan
                                        UNITED STATES DISTRICT COURT JUDGE