# EXHIBIT 4

**CORRECTIONS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (ECF NOS. 68-2 (UNDER SEAL) AND 69-1 (REDACTED))**

FILED: **January 21, 2016**
COURT: **USDC**                                         Case No. 1:14-cv-00857-TSC-DAR

| Page No. | Line No. | Original Incorrect Citation | Corrected Citation |
|---|---|---|---|
| 3 | 14 | *Id.* ¶ 2 | *Id.* ¶ 3 |
| 25 | 7-8 | SMF ¶ 59 | SMF ¶ 97 |
| 25 | 9 | SMF ¶ 59 (*Id.*) | SMF ¶ 58 |
| 25 | 18 | SMF ¶ 59 (*Id.*) | SMF ¶ 59 |
| 25 | 19 | SMF ¶ 60 | SMF ¶ 59 |
| 26 | 3 | SMF ¶ 61 | SMF ¶ 60 |
| 27 | 15 | SMF ¶ 62 | SMF ¶ 61 |
| 28 | 6 | SMF ¶ 63 | SMF ¶ 62 |
| 28 | 7 | SMF ¶ 64 | SMF ¶ 63 |
| 28 | 9 | SMF ¶ 65 | SMF ¶ 64 |
| 28 | 11 | SMF ¶ 66 | SMF ¶ 65 |
| 28 | 14-15 | SMF ¶ 67 | SMF ¶ 66 |
| 28 | 16 | SMF ¶ 68 | SMF ¶ 67 |
| 30 | 3 | SMF ¶ 46 (*Id.*) | SMF ¶ 47 |
| 30 | 6 | SMF ¶ 46 (*Id.*) | SMF ¶ 47 |
| 33 | 6 | SMF ¶ 76 | SMF ¶ 78 |
| 33 | 7 | SMF ¶ 78 | SMF ¶ 79 |
| 33 | 10 | SMF ¶ 79 | SMF ¶ 81 |
| 33 | 11 | *Id.* ¶ 80 | *Id.* ¶ 82 |
| 34 | 14 | SMF ¶ 81 | SMF ¶ 83 |
| 34 | 17 | SMF ¶ 82 | SMF ¶ 84 |
| 34 | 19 | SMF ¶ 83 | SMF ¶ 85 |
| 36 | 21 | SMF ¶ 84 | SMF ¶ 86 |
| 40 | 9 | SMF ¶ 85–86 | SMF ¶ 87–88 |
| 41 | 4 | SMF ¶ 87 | SMF ¶ 89 |
| 41 | 14 | SMF ¶ 88 | SMF ¶ 90 |
| 41 | 16 | SMF ¶ 90 (*Id.*) | SMF ¶ 90 |
| 41 | 18 | SMF ¶ 90 (*Id.*) | SMF ¶ 90 |
| 41 | 19 | SMF ¶ 86 | SMF ¶ 88 |
| 42 | 2 | SMF ¶ 89 | SMF ¶ 91 |
| 42 | 4 | SMF ¶¶ 90–91 | SMF ¶¶ 92–93 |
| 42 | 7 | SMF ¶ 92 | SMF ¶ 94 |
| 44 | 2 | SMF ¶ 93 | SMF ¶ 95 |
| 45 | 16 | SMF ¶ 94 | SMF ¶ 96 |

| Page No. | Line No. | Original Incorrect Citation | Corrected Citation |
|---|---|---|---|
| 45 | 18 | SMF ¶ 95 | SMF ¶ 97 |
| 53 | 22 | SMF ¶ 98 | SMF ¶ 100 |
| 57 | 1-2 | SMF ¶ 38 | SMF ¶ 40 |

**CORRECTIONS TO STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (ECF NOS. 68-3 (UNDER SEAL) AND 69-2 (REDACTED))**

| Paragraph Number | Original Incorrect Citation | Corrected Citation |
|---|---|---|
| PARAGRAPH 26 | ICE Ex. 64 | ICE Ex. 65 |
| PARAGRAPH 27 | ICE Ex. 64 | ICE Ex. 65 |
| PARAGRAPH 29 | ICE Ex. 71 | ICE Ex. 72 |
| PARAGRAPH 31 | ICE Ex. 64 | ICE Ex. 65 |
| PARAGRAPH 32 | ICE Ex. 64 | ICE Ex. 65 |
| PARAGRAPH 33 | ICE Ex. 65 | ICE Ex. 66 |
| PARAGRAPH 33 | ICE Ex. 66 | ICE Ex. 67 |
| PARAGRAPH 33 | ICE Ex. 67 | ICE Ex. 68 |
| PARAGRAPH 33 | ICE Ex. 68 | ICE Ex. 69 |
| PARAGRAPH 34 | ICE Ex. 69 | ICE Ex. 70 |
| PARAGRAPH 34 | ICE Ex. 70 | ICE Ex. 71 |
| PARAGRAPH 52 | ICE Ex. 53 | ICE Ex. 52 |
| PARAGRAPH 66 | ICE Ex. 54 | ICE Ex. 53 |
| PARAGRAPH 66 | ICE Ex. 55 | ICE Ex. 54 |
| PARAGRAPH 68 | ICE Ex. 56 | ICE Ex. 55 |
| PARAGRAPH 69 | ICE Ex. 57 | ICE Ex. 56 |
| PARAGRAPH 70 | ICE Ex. 58 | ICE Ex. 57 |
| PARAGRAPH 71 | ICE Ex. 59 | ICE Ex. 58 |
| PARAGRAPH 72 | ICE Ex. 60 | ICE Ex. 59 |
| PARAGRAPH 72 | ICE Ex. 61 | ICE Ex. 60 |

**CORRECTIONS TO DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S STATEMENT OF DISPUTED FACTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION (ECF NOS. 68-4 (UNDER SEAL) AND 69-3 (REDACTED))**

| Paragraph Number | Original Incorrect Citation | Corrected Citation |
| --- | --- | --- |
| PARAGRAPH 5 | ICE Ex. 63 | ICE Ex. 62 |
| PARAGRAPH 5 | ICE Ex. 62 | ICE Ex. 63 |
| PARAGRAPH 6 | ICE Ex. 63 | ICE Ex. 62 |
| PARAGRAPH 6 | ICE Ex. 62 | ICE Ex. 63 |
| PARAGRAPH 7 | ICE Ex. 63 | ICE Ex. 62 |
| PARAGRAPH 7 | ICE Ex. 62 | ICE Ex. 63 |
| PARAGRAPH 8 | ICE Ex. 63 | ICE Ex. 62 |
| PARAGRAPH 8 | ICE Ex. 62 | ICE Ex. 63 |
| PARAGRAPH 22 | ICE Ex. 52-55 | ICE Ex. 52-56 |
| PARAGRAPH 31 | ICE Ex. 63 | ICE Ex. 62 |
| PARAGRAPH 31 | ICE Ex. 62 | ICE Ex. 63 |
| PARAGRAPH 35 | ICE Ex. 60 | ICE Ex. 59 |