## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC-DAR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT,**
**ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs' counsel, Quarles & Brady LLP, has changed addresses, effective immediately. Accordingly, all future pleadings, memoranda, correspondence, orders, etc., shall be sent to the following:

Jonathan Hudis
Jonathan Labukas
Nikia Gray
**QUARLES & BRADY LLP**
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 372-9600
Fax: (202) 372-9599
Jon.Hudis@quarles.com
Jonathan.Labukas@quarles.com
Nikia.Gray@quarles.com

Please update your records to reflect this change.

- 2 -

Dated: May 26, 2016

Respectfully submitted,

**QUARLES & BRADY LLP**

*/s/ Jonathan Hudis*

By:   Jonathan Hudis (DC Bar # 418872)
Jonathan P. Labukas (DC Bar # 998662)
Nikia L. Gray (*pro hac vice*)
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Jonathan.Labukas@quarles.com
E-Mail Nikia.Gray@quarles.com

Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016 the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed with the Court using the CM/ECF system.  This document also was served via e-mail to:

>Andrew P. Bridges
>Sebastian E. Kaplan
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>abridges@fenwick.com
>skaplan@fenwick.com
>
>Matthew B. Becker
>FENWICK & WEST LLP
>801 California Street
>Mountain View, CA 94041
>Telephone: (650) 335-7930
>mbecker@fenwick.com
>
>David Halperin
>1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com
>
>Mitchell L. Stoltz
>Corynne McSherry
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>mitch@eff.org
>corynne@eff.org
>
>*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

Respectfully submitted,

QUARLES & BRADY LLP

Dated: May 26, 2016            By:    */s/ Jonathan Hudis*
                                      Jonathan Hudis (DC Bar # 418872)
                                      Jonathan P. Labukas (DC Bar # 998662)
                                      Nikia L. Gray (*pro hac vice*)
                                      1701 Pennsylvania Avenue, NW
                                      Washington, DC 20006
                                      Tel. (202) 372-9600
                                      Fax (202) 372-9599
                                      E-Mail Jonathan.Hudis@quarles.com
                                      E-Mail Nikia.Gray@quarles.com
                                      E-Mail Jonathan.Labukas@quarles.com

                                      Counsel for Plaintiffs American Educational
                                      Research Association, Inc., American
                                      Psychological Association, Inc., and National
                                      Council on Measurement in Education, Inc.