IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:14-cv-00857-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER DATED FEBRUARY 2, 2017 AND, IN THE ALTERNATIVE, CONSENT MOTION FOR CONTINUANCE OF DEADLINES FOR A MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Clarification of the Court's Order Dated February 2, 2017 [Dkt. No. 118] and, in the alternative, a Consent Motion for Continuance of Deadlines to File a Motion for Attorneys' Fees and Bill of Costs.

Having reviewed the parties' submissions, the record and the applicable law,

**IT HEREBY ORDERED** that Plaintiffs' Plaintiffs' for Clarification of the Court's Order Dated February 2, 2017 ("Order" - Dkt. 118) is GRANTED and further ORDERED that the Order did not trigger the deadlines set forth in Fed. R. Civ. P. 54(d) for the filing of motions seeking fees and costs. This Court will issue a further order as to whether the Court's Order dated February 2, 2017 is a final judgment upon which a motion for attorneys' fees and bill of costs under Fed. R. Civ. P. 54(d) may be filed. It is further

**ORDERED** that the Consent Motion for Continuance of Deadlines to File a Motion for Attorneys' Fees and Costs is GRANTED; and it is further

**ORDERED** that the time for Defendant to file a Motion for Attorneys' Fees and Bill of Costs pursuant to Fed. R. Civ. P. 54(d) is continued until the matter has been fully and finally

resolved and a final judgment has been entered by the Court.

**IT IS SO ORDERED:**

Dated: _____, 2017      _____
                                   Hon. Tanya S. Chutkan
                                   United States District Judge

Submitted by:

Jonathan Hudis (DC Bar # 418872)
Jonathan P. Labukas (DC Bar # 998662)
Nikia L. Gray (*pro hac vice*)
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Jonathan.Labukas@quarles.com
E-Mail Nikia.Gray@quarles.com

*Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

Names and addresses of all attorneys
entitled to be notified of the entry of this Order:

For Plaintiffs:

Jonathan Hudis
Jonathan P. Labukas
Nikia L. Gray
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Jonathan.Hudis@quarles.com
Jonathan.Labukas@quarles.com
Nikia.Gray@quarles.com

For Defendants:

Andrew P. Bridges
Sebastian E. Kaplan
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
mbecker@fenwick.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
mitch@eff.org
corynne@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com