# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>  Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>  Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on February 10, 2017 the accompanying:

1. PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER DATED FEBRUARY 2, 2017 AND, IN THE ALTERNATIVE, CONSENT MOTION FOR CONTINUANCE OF DEADLINES FOR A MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS, WITH STATEMENT OF POINTS AND AUTHORITIES;

2. EXHIBIT A TO PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER DATED FEBRUARY 2, 2017 AND, IN THE ALTERNATIVE, CONSENT MOTION FOR CONTINUANCE OF DEADLINES FOR A MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS;

3. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S ORDER DATED FEBRUARY 2, 2017 AND, IN THE ALTERNATIVE, CONSENT MOTION FOR CONTINUANCE OF DEADLINES FOR A MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS; and

4. This CERTIFICATE OF SERVICE.

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

Andrew P. Bridges
Sebastian E. Kaplan
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 335-7930
mbecker@fenwick.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

        Respectfully submitted,

        QUARLES & BRADY LLP

Dated: February 10, 2017  By: */s/ Jonathan Hudis*
        Jonathan Hudis (DC Bar # 418872)
        Nikia L. Gray (*pro hac vice*)
        Jonathan P. Labukas (DC Bar # 998662)
        1700 K Street NW, Suite 825
        Washington, DC 20006-3825
        Tel. (202) 372-9600
        Fax (202) 372-9599
        E-Mail Jonathan.Hudis@quarles.com
        E-Mail Nikia.Gray@quarles.com
        E-Mail Jonathan.Labukas@quarles.com

*Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*