UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 3, 2017 the accompanying:

1. JOINT STATUS REPORT; and

2. This CERTIFICATE OF SERVICE.

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

    Andrew P. Bridges
    Sebastian E. Kaplan
    Matthew B. Becker
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    abridges@fenwick.com
    skaplan@fenwick.com
    mbecker@fenwick.com

    David Halperin
    1530 P Street NW
    Washington, DC 20005
    davidhalperindc@gmail.com

-2-

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

Respectfully submitted,

QUARLES & BRADY LLP

Dated: March 3, 2017       By:   */s/ Jonathan Hudis*
Jonathan Hudis (DC Bar # 418872)
Nikia L. Gray (DC Bar #1029008)
Jonathan P. Labukas (DC Bar # 998662)
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Nikia.Gray@quarles.com
E-Mail Jonathan.Labukas@quarles.com

Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.