IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:14-cv-00857-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Stay Proceedings Pending Resolution of Appeal.

Having reviewed the parties' submissions, the record and the applicable law,

**IT HEREBY ORDERED** that Plaintiffs' Stipulated Motion to Stay Proceedings Pending Resolution of Appeal is GRANTED. All proceedings in this case are hereby stayed pending resolution of Defendant's Appeal. Plaintiffs shall notify this Court within thirty (30) days of a final order issued in Defendant's Appeal of this Court's Order Dated February 2, 2017.

**IT IS SO ORDERED:**

Dated: _____, 2017            _____
                                          Hon. Tanya S. Chutkan
                                          United States District Judge

Submitted by:

Jonathan Hudis (DC Bar # 418872)
Jonathan P. Labukas (DC Bar # 998662)
Nikia L. Gray (DC Bar #1029008)
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Jonathan.Labukas@quarles.com
E-Mail Nikia.Gray@quarles.com

*Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

Names and addresses of all attorneys
entitled to be notified of the entry of this Order:

For Plaintiffs:

Jonathan Hudis
Jonathan P. Labukas
Nikia L. Gray
QUARLES & BRADY LLP
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Jonathan.Hudis@quarles.com
Jonathan.Labukas@quarles.com
Nikia.Gray@quarles.com

For Defendants:

Andrew P. Bridges
Sebastian E. Kaplan
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com
mbecker@fenwick.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
mitch@eff.org
corynne@eff.org

David Halperin (D.C. Bar No. 426078)
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com