UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 3, 2017 the accompanying:

1. STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL;

2. [PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL; and

3. This CERTIFICATE OF SERVICE.

were filed with the Court using the CM/ECF system.  These documents also were served via e-mail to:

>Andrew P. Bridges
>Sebastian E. Kaplan
>Matthew B. Becker
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>abridges@fenwick.com
>skaplan@fenwick.com
>mbecker@fenwick.com
>
>David Halperin
>1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com

-2-

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org

*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

          Respectfully submitted,

          QUARLES & BRADY LLP

Dated: March 3, 2017    By:    */s/ Jonathan Hudis*
          Jonathan Hudis (DC Bar # 418872)
          Nikia L. Gray (DC Bar #1029008)
          Jonathan P. Labukas (DC Bar # 998662)
          1700 K Street NW, Suite 825
          Washington, DC 20006-3825
          Tel. (202) 372-9600
          Fax (202) 372-9599
          E-Mail Jonathan.Hudis@quarles.com
          E-Mail Nikia.Gray@quarles.com
          E-Mail Jonathan.Labukas@quarles.com

          Counsel for Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.