UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-00857-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.

Date: March 23, 2017

_____
*Attorney's signature*

Clifton Elgarten (DC Bar No. 366898)
*Printed name and bar number*

CROWELL & MORING, LLP
1001 Pennsylvania Ave, NW
Washington, DC  20004
*E-mail:* celgarten@crowell.com

Telephone No. (202) 624-2500

Fax No. (202) 628-5116

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused to be electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's ECF System on March 23, 2017, and that service will be accomplished on all parties in the case who are registered ECF users

/s Clifton Elgarten

Crowell & Moring, LLP