# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Civil Action No. 1:14-cv-00857-TSC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Jonathan Hudis, Nikia Gray and Jonathan Labukas of Quarles & Brady LLP herein withdraw as counsel of record for Plaintiffs/Counterclaim Defendants. Please remove the undersigned from the service list in this case. Successor counsel representing Plaintiffs/Counterclaim Defendants is:

> Clifton Elgarten
> CROWELL & MORING LLP
> 1001 Pennsylvania Ave., NW
> Washington, DC 20004-2595
> celgarten@crowell.com

Respectfully submitted,

QUARLES & BRADY LLP

Dated: March 24, 2017        By:    */s/ Jonathan Hudis*
                Jonathan Hudis (DC Bar # 418872)
                Nikia L. Gray (DC Bar #1029008)
                Jonathan P. Labukas (DC Bar # 998662)
                1700 K Street NW, Suite 825
                Washington, DC 20006-3825
                Tel. (202) 372-9600
                Fax (202) 372-9599
                E-Mail Jonathan.Hudis@quarles.com
                E-Mail Nikia.Gray@quarles.com
                E-Mail Jonathan.Labukas@quarles.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017 the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** was were filed with the Court using the CM/ECF system. This document also was served via e-mail to:

Andrew P. Bridges
Sebastian E. Kaplan
Matthew B. Becker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
abridges@fenwick.com
skaplan@fenwick.com
mbecker@fenwick.com

David Halperin
1530 P Street NW
Washington, DC 20005
davidhalperindc@gmail.com

Mitchell L. Stoltz
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
mitch@eff.org
corynne@eff.org
*Counsel for Defendant PUBLIC.RESOURCE.ORG, INC.*

Clifton Elgarten
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004-2595
celgarten@crowell.com
*Successor Counsel for Plaintiffs RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.*

                                Respectfully submitted,

                                QUARLES & BRADY LLP

Dated: March 24, 2017      By:   */s/ Jonathan Hudis*
                                Jonathan Hudis (DC Bar # 418872)
                                Nikia L. Gray (DC Bar #1029008)
                                Jonathan P. Labukas (DC Bar # 998662)
                                1700 K Street NW, Suite 825
                                Washington, DC 20006-3825
                                Tel. (202) 372-9600
                                Fax (202) 372-9599
                                E-Mail Jonathan.Hudis@quarles.com
                                E-Mail Nikia.Gray@quarles.com
                                E-Mail Jonathan.Labukas@quarles.com

                                *Outgoing Counsel for Plaintiffs RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.*