IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs/Counter-Defendants,<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/Counter-Plaintiff. | Civ. No. 1:14-cv-00857-TSC-DAR |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to LCvR 83.15(c), please notice the change of address of Andrew P. Bridges of Fenwick & West LLP as counsel of record for Defendant /Counter-Plaintiff Public.Resource.Org, Inc. in this case.

> Andrew P. Bridges
> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA 94041
> Phone:  (650) 988-8500
> Facsimile:  (650) 938-5200
> Email:  abridges@fenwick.com

Dated:  December 4, 2018

Respectfully submitted,

By: */s/ Andrew P. Bridges*
Andrew P. Bridges (U.S. Dist. Ct. Bar ID AR0002)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Phone:     (650) 988-8500
Facsimile:  (650) 938-5200

*Attorneys for Defendant and Counter-Plaintiff*
*PUBLIC.RESOURCE.ORG, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, **NOTICE OF CHANGE OF ADDRESS** was filed using the CM/ECF system that sent notice of the filing of this document to all counsel of record.

*/s/Andrew P. Bridges*
Andrew P. Bridges