UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.; <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/ Counter-Plaintiff. | Case No. 1:14-cv-00857-TSC |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Return This Case to the Court's Active Docket, it is hereby **ORDERED** that:

1. Case No. 1:14-cv-00857-TSC is returned to this Court's active docket; and

2. The parties shall brief issue of copyright fair use on the schedule set forth below.

| Event | Date |
|---|---|
| Opening cross motions on the remanded issue. | 60 days from the date of this Order |
| Amicus briefs | 30 days after the date opening cross motions are filed |
| Opposition briefs | 45 days after opening cross motions are filed |

**SO ORDERED.**

2

_____
Hon. Tanya S. Chutkan
United States District Judge