IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATION RESEARCH ASSOCIATION, INC., <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., <br><br> and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. <br>            Plaintiff-Counterdefendants, <br><br> v. <br><br> PUBLIC RESOURCE ORG., INC., <br><br>            Defendant-Counterclaimant. | Case No. 1:14-cv-00857 (TSC) |

## **MOTION FOR REENTRY OF SUMMARY JUDGMENT AND A PERMANENT INJUNCTION**

For the reasons set forth in the accompanying Memorandum of Points and Authorities, and on the basis of the entire record, including the Statement of Facts accompanying this motion, Plaintiffs hereby move for reentry of summary judgment and a permanent injunction.

        Respectfully submitted,

        <u>s/ Clifton S. Elgarten</u>
        John I. Stewart, Jr. (D.C. Bar No. 913905)
        Clifton S. Elgarten (D.C. Bar No. 366898)
        Amanda Berman (D.C. Bar No. 497860)
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, NW
        Washington, DC  20004-2595
        (202) 624-2500
        celgarten@crowell.com

        *Attorneys for Plaintiff-Counterdefendants*

October 4, 2019