**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATION RESEARCH ASSOCIATION, INC., ) ) ) AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., ) ) ) and ) ) ) NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. ) ) Plaintiff-Counterdefendants, ) ) v. ) ) PUBLIC RESOURCE ORG., INC., ) ) Defendant-Counterclaimant. ) | Case No. 1:14-cv-00857 (TSC) |

**DECLARATION OF BRADLEY HUTTER**

I, BRADLEY HUTTER, declare:

1.  I am a Specialist with the law firm of Crowell & Moring LLP in Washington, D.C., the law firm representing Plaintiffs in this action.  I file this declaration in connection with the Memorandum of Points and Authorities Addressing the Fair Use Issue Remanded by the Court of Appeals and in Support of Re-entry of Summary Judgment and a Permanent Injunction and accompanying motion.

2.  Exhibit 1 to the motion is a copy of the 1999 edition of Standards for Educational and Psychological Testing (1999 Standards), which I downloaded from the Internet Archive https://archive.org/details/gov.law.aera.standards.1999 in September 2019.

3.  Exhibit 2 to the motion is a copy of the certificate that was included on the front of the version of 1999 Standards that I downloaded.

4.  Exhibit 3 to the motion are screenshots taken in September 2019 of the Internet Archive page (https://archive.org/details/gov.law.aera.standards.1999) where the 1999 Standards are posted.

5.  I also copied Exhibit 4 (California State Personnel Board Merit Section Manual: Policy and Practices, Summary of the Standards for Educational and Psychological Testing) from the California State Personnel Board page webpage where they are posted (http://www.spb.ca.gov/content/laws/selection_manual_appendixf.pdf).

6.  I was asked to estimate the amount or percentage of text occupied by the standards within the 1999 edition of Standards for Educational and Psychological Testing that I downloaded from the Internet Archive at https://archive.org/details/gov.law.aera.standards.1999.  I derived this estimate as follows.  Beginning with the Introduction through the end of the Glossary, I estimated for each page, two columns with 46 lines in each column, equaling 92 lines per page.  I then multiplied 92 by 170, the number of pages minus blank pages and single columned section cover pages.  That total was 15,640.  I then hand-counted the lines in the 272 standards, which totaled 2,159 lines.  I arrived at percentage of 13.8%.  Using the same methodology, the standards in the 8 chapters incorporated by reference in the three Department of Education regulations (as set forth in the Statement of Facts) was roughly 921, which is about 5.9% of the total number of lines.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Bradley Hutter

Executed on October 4, 2019