

**CERTIFICATE**

## By Authority Of
### THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 552(a) and Part 1 of the Code of Regulations § 51 the attached document has been duly INCORPORATED BY REFERENCE and shall be considered legally binding upon all citizens and residents of the United States of America. *HEED THIS NOTICE*: Criminal penalties may apply for noncompliance.

This Document Posted By Public.Resource.Org, Inc., a California Nonprofit Organization.

Not Affiliated Or Authorized by AERA or by the United States or State Government

**Document Name:** AERA: Standard for Educational and Psychological Testing

**CFR Section(s):** 34 CFR 668.148(a)(2)(iv)

**Standards Body:** American Educational Research Association

APPROVED

*Official Incorporator:*
THE EXECUTIVE DIRECTOR
OFFICE OF THE FEDERAL REGISTER
WASHINGTON, D.C.