

# STANDARDS
*for educational and psychological testing*

American Educational Research Association
American Psychological Association
National Council on Measurement in Education



# AERA: Standard for Educational and Psychological Testing

by American Educational Research Association

  

| | |
|---|---|
| Publication date | 1999 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode, USGovernmentDocuments, additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, any state government, or the Standards Development Organizations (SDOs) that created the model codes on which this law is based. We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

By Authority of the Code of Federal Regulations: 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

1,445 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY  For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| TORRENT | 1 file |

SHOW ALL       16 Files
               8 Original

**IN COLLECTIONS**

Global Public Safety Codes