# EXHIBIT U

Case No. 1:14-cv-00857-TSC-DAR

**EXHIBIT**
Malamud
30
5/12/15

From: auto-confirm@amazon.com
Sent: Thu 5/17/2012 12:29 PM (GMT -7)
To: carl@media.org
Cc:
Bcc:
Subject: Your Order with Amazon.com

**Thanks for your order, Carl A Malamud!**

**Want to manage your order online?**
If you need to check the status of your order or make changes, please visit our home page at Amazon.com and click on Your Account at the top of any page.

### Purchasing Information:

**E-mail Address:** carl@media.org

| **Billing Address:** | **Shipping Address:** |
|---|---|
| Carl Malamud | Carl Malamud |
| Public.Resource.Org, Inc. | Public.Resource.Org, Inc. |
| 1005 Gravenstein Hwy N | 1005 Gravenstein Hwy N |
| Sebastopol, CA 95472-2811 | Sebastopol, CA 95472-2811 |
| United States | United States |

**Order Grand Total: $68.47**

Get the **Amazon.com Rewards Visa Card** and get **$30 instantly** as an Amazon.com Gift Card.

### Order Summary:

**Shipping Details : thebookgrove**

| | |
|---|---|
| **Order #:** | 104-2832193-4617805 |
| **Shipping Method:** | Standard Shipping |
| Items: | $64.48 |
| Shipping & Handling: | $3.99 |
| | ------ |
| Total Before Tax: | $68.47 |
| Estimated Tax To Be Collected:* | $0.00 |
| | ------ |
| **Order Total:** | **$68.47** |

**Delivery estimate:** May 24, 2012 - June 12, 2012
1 "Standards for Educational and Psychological Testing 1999"
   American Psychological Association; Paperback; $64.48
   In Stock
      Sold by: thebookgrove

PROAERA_00000446

**Need to print an invoice?**
Visit www.amazon.com/your-account and click to view your orders. Click "View order" next to the appropriate order. You'll find a button to print an invoice on the next page

**Where can I get help with reviewing or changing my orders?**
To learn more about managing your orders on Amazon.com, please visit our Help pages at www.amazon.com/help/orders/.

Please be aware that items in this order may be subject to California's Electronic Waste Recycling Act. If any items in this order are subject to that Act, the seller of that item has elected to pay any fees due on your behalf.

Please note: This e-mail message was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

If you ever need to return an order, visit our Online Returns Center:
www.amazon.com/returns

Thanks again for shopping with us.

**Amazon.com**
**Earth's Biggest Selection**

Prefer not to receive HTML mail? Click here

PROAERA_00000447