# EXHIBIT EE

Case No. 1:14-cv-00857-TSC-DAR

Case 1:14-cv-00857-TSC Document 134-17 Filed 10/04/19 Page 2 of 2
case 1:14-cv-00857-TSC Document 60-35 Filed 12/21/15 Page 2 of 2

Catalog - Task History

1 of 1

