Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 1 of 9

# EXHIBIT GG

Case No. 1:14-cv-00857-TSC-DAR

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 2 of 9

3/14/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

ARCHIVE
Web Video Texts Audio Software About Account TVNews OpenLibrary
USA
Government Documents
Home
American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Biodiversity Heritage Library | Children's Library | Additional Collections
Search:
Additional Collections
Advanced Search
Anonymous User (login or join us)
Upload

eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > **AERA: Standard for Educational and Psychological Testing**

View the book
Read Online
PDF (14.2 M)
EPUB (335.4 K)
Kindle
Daisy
Full Text (686.0 K)
DjVu (8.2 M)
All Files: HTTPS
Help reading texts
Resources
Bookmark

## AERA: Standard for Educational and Psychological Testing (1999)

AERA: Standard for Educational and
Search inside
GO
CERTIFICATE
By Authority Of
THE UNITED STATES OF AMERICA
Legally Binding Document
By the Authority Vested By Part 5 of the United States Code § 552(a) and Part 1 of the Code of Regulations § 51 the attached document has been duly INCORPORATED BY REFERENCE and shall be considered legally binding upon all citizens and residents of the United States of America. HEED THIS NOTICE: Criminal penalties may apply for noncompliance.
Document Name: AERA: Standard for Educational and Psychological Testing
CFR Section(s): 34 CFR 668.148(a)(2)(iv)
Standards Body: American Educational Research Association
Official Incorporator:
THE EXECUTIVE DIRECTOR
OFFICE OF THE FEDERAL REGISTER
WASHINGTON, D.C.
APPROVED

fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

### Description

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

**Creative Commons license:** CC0 1.0 Universal

### Reviews

Be the first to write a review
Downloaded 1,113 times

### Selected metadata

Witness Butler
Plf.
Def.
Exhibit 6
Consisting of 8 Pages
Date 12-2-14
CINDY TUGAW, CSR 4805

https://archive.org/details/gov.law.aera.standards.1999 1/2



Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 3 of 9

3/14/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)

https://archive.org/details/gov.law.aera.standards.1999 2/2

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 4 of 9

3/19/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

INTERNET ARCHIVE
Web Video Texts Audio Software About Account TVNews OpenLibrary
USA Government Documents
Home
American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Children's Library | Biodiversity Heritage Library | Additional Collections
Search: Additional Collections Advanced Search Anonymous User (login or join us) Upload

eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > **AERA: Standard for Educational and Psychological Testing**

View the book
Read Online
PDF (14.2 M)
EPUB (335.4 K)
Kindle
Daisy
Full Text (686.0 K)
DjVu (8.2 M)
All Files: HTTPS
Help reading texts

**Resources**

Bookmark

## AERA: Standard for Educational and Psychological Testing (1999)

AERA: Standard for Educational and
Search inside
GO
STANDARDS
for educational and psychological testing

fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

### Description

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

**Creative Commons license:** CC0 1.0 Universal

### Reviews

Be the first to write a review

**Downloaded 1,137 times**

**Selected metadata**

https://archive.org/details/gov.law.aera.standards.1999 1/2

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 5 of 9
3/19/2014 AERA: Standard for Educational and Psychological Testing : American Educational Research Association : Free Download & Streaming : Internet Archive

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)

https://archive.org/details/gov.law.aera.standards.1999 2/2

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 6 of 9

eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > AERA: Standard for Educational and Psychological Testing

## View the book

Read Online
PDF (14.2 M)
EPUB (335.4 K)
Kindle
Daisy
Full Text (686.0 K)
DjVu (8.2 M)

All Files: HTTPS

Help reading texts

## Resources

Bookmark

## AERA: Standard for Educational and Psychological Testing (1999)

fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

### Description

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

**Creative Commons license:** CC0 1.0 Universal

### Reviews

Be the first to write a review

Downloaded 1,137 times

### Selected metadata

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 7 of 9

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)

Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 8 of 9

Home

American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Children's Library | Biodiversity Heritage Library | Additional Collections

Search: Additional Collections Advanced Search Anonymous User (login or join us) Upload

eBook and Texts > Additional Collections > US Government Documents > Global Public Safety Codes > **AERA: Standard for Educational and Psychological Testing**

## View the book

Read Online
PDF (14.2 M)
EPUB (335.4 K)
Kindle
Daisy
Full Text (686.0 K)
DjVu (8.2 M)

**All Files:** HTTPS

Help reading texts

## Resources

Bookmark

## AERA: Standard for Educational and Psychological Testing (1999)

AERA: Standard for Educational and | Search inside | GO

TABLE OF CONTENTS

PREFACE ....v

INTRODUCTION ....1
Participants in the Testing Process ....1
The Purpose of the Standards ....2
Categories of Standards ....2
Tests and Test Uses to Which These Standards Apply ....3
Cautions to be Exercised in Using the Standards ....4
The Number of Standards ....4
Tests as Measures of Constructs ....5
Organization of This Volume ....5

PART I
TEST CONSTRUCTION, EVALUATION, AND DOCUMENTATION ....7
1. Validity ....9
Background ....9
Standards 1.1-1.24 ....17
2. Reliability and Errors of Measurement ....25
Background ....25
Standards 2.1-2.20 ....31
3. Test Development and Revision ....37
Background ....37
Standards 3.1-3.27 ....43
4. Scales, Norms, and Score Comparability ....49
Background ....49
Standards 4.1-4.21 ....54
5. Test Administration, Scoring, and Reporting ....61
Background ....61
Standards 5.1-5.16 ....63
6. Supporting Documentation for Tests ....67
Background ....67
Standards 6.1-6.15 ....68

PART II
FAIRNESS IN TESTING ....71
7. Fairness in Testing and Test Use ....73
Background ....73
Standards 7.1-7.12 ....80

iii

TABLE OF CONTENTS

8. The Rights and Responsibilities of Test Takers ....85
Background ....85
Standards 8.1-8.13 ....86
9. Testing Individuals of Diverse Linguistic Backgrounds ....91
Background ....91
Standards 9.1-9.11 ....97
10. Testing Individuals with Disabilities ....101
Background ....101
Standards 10.1-10.12 ....106

PART III
TESTING APPLICATIONS ....109
11. The Responsibilities of Test Users ....111
Background ....111
Standards 11.1-11.24 ....113
12. Psychological Testing and Assessment ....119
Background ....119
Standards 12.1-12.20 ....131
13. Educational Testing and Assessment ....137
Background ....137
Standards 13.1-13.19 ....145
14. Testing in Employment and Credentialing ....151
Background ....151
Standards 14.1-14.17 ....158
15. Testing in Program Evaluation and Public Policy ....163
Background ....163
Standards 15.1-15.13 ....167

GLOSSARY ....171

INDEX ....185

iv

fullscreen

**Author:** American Educational Research Association
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

### Description

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 34 CFR 668.148(a)(2)(iv)

**Name of Legally Binding Document:** AERA: Standard for Educational and Psychological Testing
**Name of Standards Organization:** American Educational Research Association

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

**Creative Commons license:** CC0 1.0 Universal

### Reviews

Be the first to write a review

Downloaded 1,137 times

### Selected metadata





Case 1:14-cv-00857-TSC Document 60-42 Filed 12/21/15 Page 9 of 9

| | |
|---|---|
| **Identifier:** | gov.law.aera.standards.1999 |
| **Credits:** | Uploaded by Public.Resource.Org |
| **Licenseurl:** | http://creativecommons.org/publicdomain/zero/1.0/ |
| **Mediatype:** | texts |
| **Identifier-access:** | http://archive.org/details/gov.law.aera.standards.1999 |
| **Identifier-ark:** | ark:/13960/t0rr3065f |

Terms of Use (10 Mar 2001)