# EXHIBIT LL

Case No. 1:14-cv-00857-TSC-DAR

From: Jonathan Hudis
Sent: Tue 6/10/2014 6:50 AM (GMT -7)
To: 'carl@media.org'
Cc: Kathleen Cooney-Porter; 431384US _ E_FILE_AMERICAN EDUCATION RESEAR E_Mails <{F4197906}.iManageDB@dms.oblon.com>
Bcc:
Subject: AERA, APA and NCME v. Public.Resource.Org, Inc. - Request for Telephone Conference [IWOV-iManageDB.FID4197906]

Case No. 1:14-cv-00857-CRC

Our Ref. 431384US

Dear Mr. Malamud:

I am lead counsel for the plaintiffs in the copyright infringement lawsuit against your company, Public.Resource.Org, Inc. Since you were personally served with the Summons and Complaint, we presume you are aware the lawsuit concerns the posting to law.resource.org of our client's "Standards for Educational and Psychological Testing".

Kindly advise whether Public.Resource.Org, Inc. is represented by counsel in this matter. If so, please provide his/her contact information so that I may speak with your counsel today. If Public.Resource.Org, Inc. is not represented by counsel, I would like to briefly discuss this matter with you today by telephone. Please advise when you are available.

Sincerely,

Jonathan Hudis

**Jonathan Hudis**
Oblon, Spivak, McClelland, Maier & Neustadt, LLP | 1940 Duke Street, Alexandria, Virginia 22314 | Direct: 703-412-7047 | Main Line: 703-413-3000| Fax: 703-413-2220| jhudis@oblon.com| www.oblon.com |

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.



EXHIBIT
Malamud
42
5/12/15

PROAERA_00000820

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon, Spivak by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

PROAERA_00000821