# EXHIBIT NN

Case No. 1:14-cv-00857-TSC-DAR



EXHIBIT
1109
PENGAD 800-631-6989



**AMERICAN
PSYCHOLOGICAL
ASSOCIATION**

April 7, 2000

Ms. Jill Morningstar, Legislative Assistant
U. S. Senator Paul Wellstone
136 Hart Senate Office Building
Washington, DC 20510

Dear Jill:

We very much appreciate your seeking the endorsement of the American Psychological Association (APA) for the bill introduced by Senator Wellstone this week on Fairness and Accuracy in Student Testing. We wanted to get back to you quickly with an interim response about the Association's views.

As we mentioned on the phone earlier this week, APA is not in a position to endorse the bill at this time. APA policy on this issue is guided by *The Standards for Educational and Psychological Testing*, the 1999 version of which was developed over a six-year period with the American Educational Research Association and the National Council on Measurement in Education. While we are drafting a more comprehensive response for the Senator, we wanted to let you know the general areas of our concerns. First, we believe that the most fair and appropriate way to approach the problems Senator Wellstone seeks to address is to investigate high stakes decision-making in educational settings, how such decisions are informed, and the impact on educational outcomes. The critical issue is not tests, per se (provided they are valid, reliable instruments) but rather the instances wherein they and other measures of accountability (i.e. grades), are used inappropriately in making these decisions. Second, the bill appears to misstate the intent of both the *Standards* and the National Academy of Sciences (NAS) report by holding tests for tracking, retention and graduation to the same standard. The NAS study and the *Standards* treat those uses differently. Both documents treat graduation tests as certification tests, and do not prohibit assigning them determinative weight, but offer recommendations for implementing them fairly.

We understand the Senator wants to offer this amendment to the Elementary and Secondary Education Act soon and would appreciate APA's assistance in doing so. Regrettably, APA has not yet adopted a policy that goes beyond the *Standards* to address the issues of how high stakes decision-making in schools affects education and educational outcomes more broadly, particularly for certain groups of children. Accordingly, it would be impossible for us to offer you language that the Association could endorse within your timeframe. However, we would welcome the opportunity to work with you on your Plan B: an amendment to authorize specific evaluation research that would provide additional needed information about the impact of high stakes decision-making on the educational opportunities of different populations of children, and on the educational system more generally. The NAS report and other sources point to significant gaps in the data. We hope to provide specific draft language to you late next week.

Again, we appreciate your willingness to work with us. Senator Wellstone has been a champion of many of the issues most important to psychologists, and we are grateful to him.

Sincerely,

Ellen Garrison

Ellen G. Garrison, Ph.D.
Director of Public Interest Policy

Pat Kobor

Patricia C. Kobor
Director of Science Policy

750 First Street, NE
Washington, DC 20002-4242
(202) 336-5500
(202) 336-6123 TDD

Web: www.apa.org



Please Recycle

AERA_APA_NCME_0031816

S.L.C.

106TH CONGRESS
2D SESSION

**S.** _____

---

## IN THE SENATE OF THE UNITED STATES

Mr. WELLSTONE introduced the following bill; which was read twice and re- 
ferred to the Committee on _____

---

# A BILL

To provide for fairness and accuracy in student testing.

1     *Be it enacted by the Senate and House of Representa-*

2 *tives of the United States of America in Congress assembled,*

3 **SECTION 1. FAIRNESS AND ACCURACY IN STUDENT TEST-**

4         **ING.**

5     (a) FINDINGS.—Congress finds the following:

6         (1) The use of large-scale achievement tests in

7     education has grown significantly in recent years.

8     States and local school districts have increasingly

9     used these tests in such contexts as raising student

10     academic standards to make high-stakes decisions

11     with important consequences for individual students,

AERA_APA_NCME_0031817

S.L.C.

2

1    such as tracking (assigning students to schools, pro-
2    grams, or classes based on achievement level), pro-
3    motion of students to the next grade, and gradua-
4    tion of students from secondary school.

5        (2) The serious and often adverse consequences
6    resulting from the sole or determinative reliance on
7    large-scale tests have increasingly resulted in ques-
8    tions and significant concerns by students, parents,
9    teachers, and school administrators about how to en-
10   sure that such tests are used appropriately and in
11   a manner that is fair.

12       (3) In 1997, Congress directed the National
13   Academy of Sciences to "conduct a study and make
14   written recommendations on appropriate methods,
15   practices, and safeguards to ensure that, among
16   other things, ... existing and new tests that are used
17   to assess student performance are not used in a dis-
18   criminatory manner or inappropriately for student
19   promotion, tracking, or graduation.".

20       (4) In 1999, the National Academy of Sciences,
21   through its National Research Council, completed its
22   study and issued a report entitled 'High Stakes:
23   Testing for Tracking, Promotion and Graduation'.
24   Guided by principles of measurement validity, attri-
25   bution of cause, and effectiveness of treatment, the

AERA_APA_NCME_0031818

S.L.C.

3

1    National Research Council made key findings for ap-

2    propriate test use in educational settings, including

3    the following:

4           (A) When tests are used in ways that meet

5       relevant psychometric, legal, and educational

6       standards, students' scores provide important

7       information, that combined with information

8       from other sources, can lead to decisions that

9       promote student learning and equality of oppor-

10      tunity.

11          (B) Tests are not perfect. Test questions

12      are a sample of possible questions that could be

13      asked in a given area. Moreover, a test score is

14      not an exact measure of a student's knowledge

15      or skills.

16          (C) To the extent that all students are ex-

17      pected to meet world-class standards, there is a

18      need to provide world-class curricula and in-

19      struction to all students. However, in most of

20      the Nation, much needs to be done before a

21      world-class curriculum and world-class instruc-

22      tion will be in place. At present, curriculum

23      does not usually place sufficient emphasis on

24      student understanding and application of con-

25      cepts, as opposed to memorization and skill

AERA_APA_NCME_0031819

S.L.C.

4

1          mastery. In addition, instruction in core sub-
2          jects typically has been and remains highly
3          stratified. What teachers teach and what stu-
4          dents learn vary widely by track, with those in
5          lower tracks receiving far less than a world-
6          class curriculum.

7               (D) Problems of test validity are greatest
8          among young children, and there is a greater
9          risk of error when such tests are employed to
10         make significant decisions about children who
11         are less than 8 years old or below grade 3, or
12         about their schools. However, well-designed as-
13         sessments may be useful in monitoring trends
14         in the educational development of populations
15         of students who have reached age 5.

16              (5) The National Research Council made the
17         following recommendations:

18              (A) If parents, educators, public officials,
19         and others who share responsibility for edu-
20         cational outcomes are to discharge their respon-
21         sibility effectively, they should have access to
22         information about the nature and interpretation
23         of tests and test scores. Such information
24         should be made available to the public and
25         should be incorporated into teacher education

S.L.C.

5

1    and into educational programs for principals,

2    administrators, public officials, and others.

3        (B) A test may appropriately be used to

4    lead curricular reform, but it should not also be

5    used to make high-stakes decisions about indi-

6    vidual students until test users can show that

7    the test measures what they have been taught.

8        (C) High-stakes decisions such as tracking,

9    promotion, and graduation should not automati-

10   cally be made on the basis of a single test score

11   but should be buttressed by other relevant in-

12   formation about the student's knowledge and

13   skill, such as grades, teacher recommendations,

14   and extenuating circumstances.

15       (D) In general, large-scale assessments

16   should not be used to make high-stakes deci-

17   sions about students who are less than 8 years

18   old or enrolled below grade 3.

19       (E) High-stakes testing programs should

20   routinely include a well-designed evaluation

21   component. Policymakers should monitor both

22   the intended and unintended consequences of

23   high-stake assessments on all students and on

24   significant subgroups of students, including mi-

03/30/00  THU 18:28 FAX

AERA_APA_NCME_0031821

6

1    norities, English-language learners, and stu-
2    dents with disabilities.

3         (6) These principles and findings of the Na-
4    tional Academy of Sciences are supported in signifi-
5    cant measure by the Standards for Educational and
6    Psychological Testing, adopted and approved in De-
7    cember of 1999, by the leading experts and profes-
8    sional organizations on testing, including the Amer-
9    ican Educational Research Association, American
10   Psychological Association, and the National Council
11   on Measurement in Education.

12        (b) TEST PERFORMANCE.—If performance on a
13   standardized test is considered as part of any decision
14   about the retention, graduation, tracking, or within-class
15   ability grouping of an individual student by a State edu-
16   cational agency or local educational agency that receives
17   funds under the Elementary and Secondary Education Act
18   of 1965, such test performance shall not be the sole deter-
19   minant in such decision and may be considered in making
20   such decision only if—

21        (1) the test meets professional standards of va-
22   lidity and reliability for the purpose for which the
23   test's results are being used, including the validity
24   and reliability of any cut score or performance
25   standard set or established for use on the test;

AERA_APA_NCME_0031822

7

1    (2) the test allows its users to make score inter-

2    pretations in relation to a functional performance

3    level, as distinguished from those interpretations

4    that are made in relation to the performance of oth-

5    ers, is based on State or local content and perform-

6    ance standards, and is aligned with the curriculum

7    and classroom instruction;

8    (3) multiple measures of student achievement

9    are utilized, including grades and evaluations by

10   teachers, so that scores from large-scale assessments

11   are never the only source of information used nor

12   assigned determinative weight in making a high-

13   stakes decision about an individual student;

14   (4) students tested have been provided multiple

15   opportunities to demonstrate proficiency in the sub-

16   ject matter covered by the test;

17   (5) the test is administered in accordance with

18   the written guidance from the test developer or pub-

19   lisher;

20   (6) the State educational agency or local edu-

21   cational agency has evidence that the test is of ade-

22   quate technical quality for each purpose for which

23   the test is used;

24   (7) the State educational agency or local edu-

25   cational agency provides appropriate accommoda-

AERA_APA_NCME_0031823

O:\KOS\KOS00.280                                                      S.L.C.

8

1    tions and alternate assessments for students with

2    disabilities that provide the students with a valid op-

3    portunity to show what they know and can do;

4        (8) the State educational agency or local edu-

5    cational agency provides appropriate accommoda-

6    tions for students with limited English proficiency,

7    including—

8            (A) if such a student is tested in English,

9        the student received academic instruction pri-

10       marily in English for at least 3 years prior to

11       the test, or if the student received instruction in

12       English for more than such 3 years, the local

13       educational agency determines that the student

14       has achieved sufficient English proficiency to

15       ensure that the test will accurately measure the

16       student's subject matter knowledge and skills;

17           (B) in the case of students with limited

18       English proficiency who have not been taught

19       primarily in English for 3 years prior to the

20       test, such students are assessed, to the greatest

21       extent practicable, in the language and form

22       most likely to yield accurate and reliable infor-

23       mation about what those students know and

24       can do; and

AERA_APA_NCME_0031824

O:\KOS\KOS00.280

S.L.C.

9

1    (C) in the case of Spanish-speaking stu-
2    dents with limited English proficiency, such
3    students are assessed using tests developed and
4    written in Spanish, if Spanish language tests
5    are more likely than English language tests to
6    yield accurate and reliable information on what
7    those students know and can do; and

8    (9) the test is not used for a decision about
9    promotion or placement in special education for a
10   child below the age of 8 or grade 3.

11   (c) EVALUATIONS.—

12   (1) STATE EDUCATIONAL AGENCIES.—Each
13   State educational agency that receives funds under
14   the Elementary and Secondary Education Act of
15   1965 and uses a standardized test as part of a high
16   stakes decision described in subsection (b), shall con-
17   duct a comprehensive evaluation of the impact of the
18   test's use on students' education and educational
19   outcomes, with particular consideration given to the
20   impact on individual students and subgroups of stu-
21   dents disaggregated by socioeconomic status, race,
22   ethnicity, limited English proficiency, disability, and
23   gender. The State educational agency shall make the
24   results of the evaluation available to the public and
25   shall provide clear and comprehensible information

1    about the nature, use, and interpretation of the test

2    and the scores the test generate.

3         (2) LOCAL EDUCATIONAL AGENCY.—Each local

4    educational agency that receives funds under the El-

5    ementary and Secondary Education Act of 1965,

6    uses a standardized test as part of a high stakes de-

7    cision described in subsection (b), and is located in

8    a State that does not conduct an evaluation under

9    paragraph (1), shall conduct a comprehensive eval-

10   uation of the impact of the test's use on students'

11   education and educational outcomes, with particular

12   consideration given to the impact on individual stu-

13   dents and subgroups of students disaggregated by

14   socioeconomic status, race, ethnicity, limited English

15   proficiency, disability, and gender. The local edu-

16   cational agency shall make the results of the evalua-

17   tion available to the public and shall provide clear

18   and comprehensible information about the nature,

19   use, and interpretation of the test and the scores the

20   test generate.

21        (3) DEPARTMENT OF EDUCATION.—The Sec-

22   retary shall—

23            (A) conduct an evaluation similar to the

24        evaluation described in paragraph (1) among a

S.L.C.

11

1    representative sample of States and local edu-
2    cational agencies;

3        (B) report the results of such evaluation to
4        Congress; and

5        (C) make the results of the evaluation
6        available to the public.

7    (d) DEFINITION OF STANDARDIZES TEST.—In this
8    section the term "standardized test" means a test that
9    is administered and scored under conditions uniform to
10   all students so that the test scores are comparable across
11   individuals.

AERA_APA_NCME_0031827