# EXHIBIT UU

Case No. 1:14-cv-00857-TSC-DAR



Volume 91   December 1999
Number 4

Published quarterly
by the
American Psychological
Association

# Journal of Educational Psychology

Michael Pressley, *Editor*
Carole Beal, *Associate Editor*
Karen R. Harris, *Associate Editor*

ISSN 0022-0663

AERA_APA_NCME_0011491

# STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

DEVELOPED JOINTLY BY AMERICAN EDUCATIONAL RESEARCH ASSOCIATION (AERA), AMERICAN PSYCHOLOGICAL ASSOCIATION (APA), NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION (NCME)

## NEW! REVISED! EXPANDED!

The new *Standards for Educational and Psychological Testing* is now available! Revised significantly from the 1985 version, the 1999 *Standards* has more in-depth background material in each chapter, a greater number of standards, and a significantly expanded glossary and index. The new *Standards* reflects changes in federal law and measurement trends affecting validity; testing individuals with disabilities or different linguistic backgrounds; and new types of tests as well as new uses of existing tests.

The *Standards* is written for the professional and for the educated layperson and addresses professional and technical issues of test development and use in education, psychology and employment. This book is a vitally important reference for professional test developers, sponsors, publishers, users, policymakers, employers, and students in education and psychology. The *Standards* has fifteen chapters organized into three sections:

**PART I  TEST CONSTRUCTION, EVALUATION, AND DOCUMENTATION**
1. Validity
2. Reliability and Errors of Measurement
3. Test Development and Revision
4. Scales, Norms and Score Comparability
5. Test Administration, Scoring, and Reporting
6. Supporting Documentation for Tests

**PART II  FAIRNESS IN TESTING**
7. Fairness in Testing and Test Use
8. The Rights and Responsibilities of Test Takers
9. Testing Individuals of Diverse Linguistic Backgrounds
10. Testing Individuals with Disabilities

**PART III  TESTING APPLICATIONS**
11. The Responsibilities of Test Users
12. Psychological Testing and Assessment
13. Educational Testing and Assessment
14. Testing in Employment and Credentialing
15. Testing in Program Evaluation and Public Policy

---

## Order Form — STANDARDS FOR EDUCATIONAL AND PSYCHOLOGICAL TESTING

___ Copies at $25.95 for members of AERA, APA, or NCME only. Member/affiliates please check to which association you belong:
☐ AERA   ☐ APA   ☐ NCME

$_____

___ Copies at $31.95 List (for institutions as well as individuals who are not members of AERA, APA, or NCME)

$_____

(U.S. Priority mail: $3.50 first copy, $1.50 each additional copy up to 9 copies. 10 or more copies ship by UPS; call for charges) (Non-U.S. air mail: $.7.50 first copy, $5.00 each additional copy.)

**SUBTOTAL**
$_____

**SHIPPING & HANDLING**
$_____

**TOTAL AMOUNT ENCLOSED**
$_____

☐ Check or money order enclosed, made out to AERA.
☐ Charge my ☐ VISA or ☐ Mastercard
Card # _____ Exp. Date_____
Signature _____
Name _____
Address _____
_____
City _____ State ___ Zip_____
Phone _____

Institutional purchase orders must be sent to AERA Publications Sales, 1230 17th St. NW, Washington, DC 20036.

Institutional Purchase Order No. _____

All orders must be prepaid. To order by VISA or Mastercard, call (800) 628-4094. No returns. (Prices subject to change without notice.) Send order to: Test Standards, P. O. Box 465, Hanover, PA 17331.

AERA_APA_NCME_0011492



### The International Dyslexia Association Grant Award Program For Research on Developmental Dyslexia

The International Dyslexia Association (IDA) announces a competitive Grant Award Program to support research projects involving the study of issues related to developmental dyslexia. The Grant Award program is designed to provide up to $15,000 for one year for new or ongoing educational, medical and cognitive science research projects. Studies on humans or experimental models (animal, computer, etc.) are eligible. The main criteria for the awards are the excellence of the proposals and their potential enhancement of theories, research, and applications related to dyslexia.

In addition, a Special Grant Award is available for up to $15,000 for one year to support a research project study involving issues related to reading fluency in people with dyslexia. Submissions may not be considered for both awards simultaneously.

**The deadline for applications is March 15, 2000**

For further information and application instructions contact Diane Nies, Research Grants, IDA, 8600 LaSalle Rd., 382 Chester Bldg., Baltimore, MD 21286-2044, phone (410) 296-0232. You may also check our Web Site at *http://www.interdys.org* under research information.

---

# Only The Best.
# Only From APA.

You expect top quality performance from PsycINFO.® That's what you get when you turn to us:

- **PsycINFO is the biggest.** PsycINFO provides abstracts from more than 1,300 sources. We select only psychologically relevant literature, so searches can be focused quickly and effectively.
- **PsycINFO is the best.** Indexed and abstracted by expert staff from the American Psychological Association, PsycINFO gives users reliable, easy access to authoritative information, and you'll find abstracts for *every* journal article! If the author doesn't provide one, we create one.
- **PsycINFO is the most convenient.** Since 1967, PsycINFO has made psychological research faster and easier for librarians, academicians, scientists, and practitioners of every kind.

Put APA to work for you. Use PsycINFO for all your research needs.

**From the American Psychological Association. Available online for personal use and in three convenient formats for institutional use:**
- **Online/Institutional Lease:** The PsycINFO® database
- **CD-ROM:** PsycLIT,® ClinPSYC®
- **Print:** *Psychological Abstracts®*



## The PsycINFO Database.

AMERICAN PSYCHOLOGICAL ASSOCIATION

**To receive more detailed information, call toll-free (800) 374-2722**
(In DC, call (202) 336-5650.) Internet E-mail: *psycinfo@apa.org*

# LEARNING AND INDIVIDUAL DIFFERENCES

## PROCESS, TRAIT, AND CONTENT DETERMINANTS

Phillip L. Ackerman, Patrick C. Kyllonen, and Richard D. Roberts

This collection represents the most exciting research on learning and individual differences to emerge in recent years and makes a major statement on the state of the field today. Culled from the work of many of the world's most important researchers working on learning and individual differences, it draws together an international and interdisciplinary exchange that is vibrant, uninhibited, and absolutely on the cutting edge.

New developments in cognitive, experimental, instructional, and personality psychology provide important sources of understanding both the characteristics of the learner and the characteristics of the learning situation. Chapters cover a range of specific approaches: theoretical (Brunswik-symmetry, neurophysiological, personality–ability integration), methodological (profile analysis, speed–accuracy tradeoff, modeling of learning), process (visual and auditory information processing, working memory, priming, automaticity), trait (general intelligence, personality, motivation, sensory abilities) and content (heuristic reasoning, expertise, knowledge structures). A must-read for professionals curious about the complex nature of individual differences. Available December 1998. About 504 pages. Hardcover.

APA Member/Affiliate: $39.95; List: $49.95
Item #4318800; ISBN 1-55798-536-7

**Ordering Instructions**
**Call 1-800-374-2721**
(In DC, call 202-336-5510)
TDD/TTY 202-336-6123
Fax 202-336-5502
Email order@apa.org

APA book orders should be sent to:
American Psychological Association
Book Order Department
P.O. Box 92984
Washington, DC 20090-2984
From Europe, Africa, or the Middle East:
Call 44-171-240-0856
Fax 44-171-379-0609
Shipping & Handling: $5.00 US/$7.50 Non-US



## CONTENTS

*Individual Differences in Learning and Memory: Psychometrics and the Single Case*
Alan Baddeley and Susan Gathercole

*Investigating the Paths Between Working Memory, Intelligence, Knowledge, and Complex Problem-Solving Performances Via Brunswik Symmetry*
Werner W. Wittman and Heinz-Martin Süß

*Intelligence and Visual and Auditory Information Processing*
Ian J. Deary

*Personality and Skill: A Cognitive-Adaptive Framework*
Gerald Matthews

*Individual Differences in Motivation: Traits and Self-Regulatory Skills*
Ruth Kanfer and Eric D. Heggestad

*Learner Profiles: Valuing Individual Differences Within Classroom Communities*
Patricia A. Alexander and P. Karen Murphy

*Individual Differences in Reasoning and the Heuristics and Biases Debate*
Keith E. Stanovich and Richard F. West

*Minding Our P's and Q's: On Finding Relationships Between Learning and Intelligence*
David F. Lohman

*Intelligence and Human Resources: Past, Present, & Future*
Earl Hunt

**Plus 9 More Chapters**


AMERICAN PSYCHOLOGICAL ASSOCIATION

**WWW.APA.ORG/BOOKS**

AERA_APA_NCME_0011494

# TEACHING INTRODUCTORY PSYCHOLOGY:
## SURVIVAL TIPS FROM THE EXPERTS



*Edited by Robert J. Sternberg*

This book is a practical and easy-to-read survival guide for "intro psych" teachers written by authors of best-selling introductory psychology textbooks. It is an inspiring combination of these well-known authors' own teaching techniques, philosophies, tips, and personal recollections. *Teaching Introductory Psychology* describes time-tested activities and offers ideas on how to structure the course, how to choose what material to teach, and how to teach with passion and engage students.

In short, first-time teachers won't find a better source of expertise and hard-won wisdom. Experienced teachers will also find helpful advice on how to reinvigorate their zest for teaching. 1997. Approximately 224 pages.

**APA Members/Affiliates: $19.95**
**List: $24.95**
**Item # 4316860**
**ISBN: 1-55798-417-4**

### ORDERING INFORMATION

To place your order, please call **1-800-374-2721**
(In DC, Call (202) 336-5510) TDD/TTY (202) 336-6123. FAX (202) 336-5502.

Or Mail To: American Psychological Association, Book Order Dept., P.O. Box 92984, Washington, DC 20090-2984 USA.

Orders placed from the United Kingdom, Europe, Africa, or the Middle East should call 44-171-240-0856. Fax: 44-171-379-0609.

Shipping and Handling: $5.00 U.S./$7.50 Non U.S.
APA Web Site: www.apa.org/books


AMERICAN PSYCHOLOGICAL ASSOCIATION

# Mandated Reporting of Suspected Child Abuse

## Ethics, Law, and Policy

**2ND EDITION**

### Seth C. Kalichman



This eminently practical and readable book is written for human service professionals—including psychologists, social workers, teachers, and psychiatrists—who are required by law to report known or suspected child maltreatment in the United States, Canada, Australia, as well as other countries.

The second edition offers expanded guidelines for responding to mandated reporting laws in a wide array of practice settings. Data on the implications of reporting or not reporting are given life in an expanded "case book within a book" that summarizes lessons learned and shows how problems posed by the law can be avoided. In addition, a new chapter on therapeutic jurisprudence explores the therapeutic potential of mandatory reporting laws.

By its very design, *Mandated Reporting of Suspected Child Abuse, 2nd Edition*, weaves new legal developments and empirical findings into highly practical guidance for practitioners, educators, and court officers. The book also features valuable appendixes, including a glossary of child abuse and neglect terms, a directory of information resources, and a directory of national and state child protection hotlines.

1999. 240 pages. Hardcover.
APA Member/Affiliate: $34.95; List: $39.95
Item # 431733A; ISBN: 1-55798-602-9

**Contents**

Mandated Child Abuse Reporting Laws: Origins and Evolution Mandated Reporting as an Ethical Dilemma

When Professional Hunches Become Reasonable Suspicions

Therapeutic Jurisprudence and Mandated Reporting

Unreported Cases of Suspected Child Abuse

Reported Cases of Suspected Child Abuse

Guidelines for Reporting Suspected Child Abuse

Professional Practice and Research and Child Protection Policy


AMERICAN PSYCHOLOGICAL ASSOCIATION

**www.apa.org/books**

**Ordering Instructions**
Call 1-800-374-2721 • (In DC, call 202-336-5510)
TDD/TTY 202-336-6123 • Fax 202-336-5502
Email: order@apa.org • APA book orders may be mailed to:
APA • Book Order Department • P.O. Box 92984
Washington, DC 20090-2984
From Europe, Africa, or the Middle East:
Call 44-(0) 171-240-0856 • Fax 44-(0) 171-379-0609
Shipping & Handling: $5.00 US/$7.50 Non-US

# ADOLESCENTS, SEX, AND THE LAW

## PREPARING ADOLESCENTS FOR RESPONSIBLE CITIZENSHIP

*Roger J. R. Levesque*

This book details the extent to which adolescents' rights could better reflect the reality of adolescent sexual life. Law professor and attorney Roger J. R. Levesque examines the nature of adolescents' rights in such controversial areas as abortion, sexual activity, pornography, prostitution, family violence, partner battering, sexual harassment, AIDS/HIV, sexual orientation, date rape, sex education, and sex offending. Throughout, Levesque asserts the need to recognize adolescents' citizenship and peculiar place in society to develop more comprehensive and effective approaches to adolescent sexuality. He argues that society, parents, and the law can expect and foster responsible behavior only to the extent that they bestow adolescents with greater control over their own rights. To that end, Levesque charts a comprehensive model to foster adolescents' responsible self-determination.



2000. About 375 pages.
Hardcover.
APA Member/Affiliate:
$34.95; List: $39.95
Item # 431626A
ISBN: 1-55798-609-6

### CONTENTS:

The Invention and Reinvention of Adolescence; Adolescence and the Law; Regulating the Transition to Adolescent Sexuality; Regulating Sexually Active Adolescents; Sex and Schools; Sex and the Media; Sexual Victimization by Adolescents; Sexual Offending; Childbearing and Parenthood; Reforming Adolescents' Rights



AMERICAN
PSYCHOLOGICAL
ASSOCIATION

### ORDERING INSTRUCTIONS

Call 1-800-374-2721 • (In DC, call 202-336-5510) • TDD/TTY 202-336-6123
Fax 202-336-5502 • Email order@apa.org
APA book orders may be mailed to: American Psychological Association
Book Order Department • P.O. Box 92984 • Washington, DC 20090-2984
From Europe, Africa, or the Middle East: Call 44-(0) 171-240-0856
Fax 44-(0) 171-379-0609 • Shipping & Handling: $5.00 US/$7.50 Non-US

**www.apa.org/books**

# TEACHING RESOURCES

## BOOKS FROM THE AMERICAN PSYCHOLOGICAL ASSOCIATION

**Enhancing Relationships Between Children and Teachers**
By Robert C. Pianta
Part of the School Psychology book series, a collaborative effort between APA's Division 16 (School Psychology) and APA Books.
1999. About 220 pages. Hardcover.
APA Member/Affiliate: $29.95; List: $34.95
Item # 431613A; ISBN: 1-55798-542-1





**Study Strategies of Lifelong Learning**
Claire Ellen Weinstein and Laura M. Hume
1998. 111 pages.
APA Member/Affiliate & List: $17.95
Item # 431605A; ISBN: 1-55798-499-9

**How Students Learn: Reforming Schools Through Learner-Centered Education**
Edited by Nadine M. Lambert and Barbara L. McCombs
1998. 540 pages.
APA Members/Affiliates and List: $29.95
Item # 4316980; ISBN: 1-55798-464-6





**The Rising Curve: Long-Term Gains in IQ and Related Measures**
Edited by Ulric Neisser
1998. 415 pages. Hardcover.
APA Member/Affiliate: $34.95; List: $39.95
Item # 431712A; ISBN: 1-55798-503-0

**Global Prospects for Education: Development, Culture, and Schooling**
Edited by Scott G. Paris and Henry M. Wellman
1998. 407 pages.
APA Member/Affiliate: $34.95; List: $39.95
Item # 4318710; ISBN: 1-55798-492-1



**Creating Culturally Responsive Classrooms**
Barbara J. Shade, Cynthia Kelly, and Mary Oberg
1997. 168 pages.
APA Member/Affiliate & List: $17.95
Item # 4316830; ISBN: 1-55798-407-7

**Talent in Context: Historical and Social Perspectives on Giftedness**
Edited by Reva C. Friedman and Karen B. Rogers
1998. 218 pages. Hardcover.
APA Member/Affiliate: $29.95; List: $34.95
Item # 4318720; ISBN: 1-55798-493-X





**Overcoming Student Failure: Changing Motives and Incentives for Learning**
Martin V. Covington and Karen Manheim Teel
1996. 131 pages.
APA Member/Affiliate & List: $17.95
Item # 4316690; ISBN: 1-55798-343-7



**Teaching for Thinking**
Robert J. Sternberg and Louise Spear-Swerling
1996. 163 pages.
APA Member/Affiliate & List: $17.95
Item # 4316790; ISBN; 1-55798-375-5





**Developing Self-Regulated Learners: Beyond Achievement to Self-Efficacy**
Barry J. Zimmerman, Sebastian Bonner, and Robert Kovach
1996. 147 pages.
APA Member/Affiliate & List: $17.95
Item # 4316820; ISBN: 1-55798-392-5

## CALL 1-800-374-2721

(In DC, call 202-336-5510) • TDD/TTY 202-336-6123 • Fax 202-336-5502 • Email order@apa.org • Or Mail To:
American Psychological Association • Book Order Department • P.O. Box 92984 • Washington, DC 20090-2984
From Europe, Africa, or the Middle East: Call 44-171-240-0856 • Fax 44-171-379-0609
Shipping & Handling: $5.00 US/$7.50 Non-US
www.apa.org/books



AERA_APA_NCME_0011498