# EXHIBIT MMM

Case No. 1:14-cv-00857-TSC-DAR

Confidential
Case 1:14-cv-00857-TSC   Document 134-38   Filed 12/04/19   Page 2 of 3
Case 1:14-cv-00857-TSC   Document 60-78   Filed 12/21/15   Page 2 of 3

**From:** John S. Neikirk
**To:** 'Wayne Camara'
**CC:** Suzanne Lane (sl+@pitt.edu); dfrisbie@uiowa.edu; Felice Levine
**Sent:** 2/14/2014 9:40:11 PM
**Subject:** RE: Existing Standards

Hi Wayne, thanks for your message and letting me know that this is possible. We are in communication with AERA's legal counsel, and perhaps also some outside help as well. We will be in touch as soon as we learn more.

Best wishes, John

John Neikirk
Director of Publications
American Educational Research Association
1430 K Street, NW, Suite 1200
Washington, DC 20005
202.238.3238
jneikirk@aera.net

---

**From:** Wayne Camara [mailto:Wayne.Camara@act.org]
**Sent:** Friday, February 07, 2014 8:26 AM
**To:** John S. Neikirk
**Cc:** Suzanne Lane (sl+@pitt.edu); dfrisbie@uiowa.edu
**Subject:** RE: Existing Standards

John – the management committee has funds to cover any legal work that might be needed to get this issue escalated. So feel free to let us know if you want to bring in some legal counsel to pursue this.

---

**From:** John S. Neikirk [mailto:JNeikirk@aera.net]
**Sent:** Wednesday, February 05, 2014 10:35 AM
**To:** Felice Levine; Wayne Camara; Ernesto, Marianne; 'lwise@humrro.org'; SL@pitt.edu; Frisbie, David A; Gerald Sroufe
**Cc:** Barbara Plake
**Subject:** RE: Existing Standards

Hello everyone, I am following up on the messages from December about the pdf posting of Standards at:
https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf

I had thought this was taken down after I wrote to the organization in December, asking that the pdf be taken down immediately. I checked yesterday and the pdf is still available. I wrote back to the organization, and I received a reply with the attached pdf letter, which had been sent in December apparently (the messages from this organization go straight into spam).

As you can see from the attached letter, the author (Carl Malamud of Public.Resource.Org) claims that the 1999 edition is in now in the public domain because it was Incorporated by Reference by the Department of Education. Please see: http://www.ecfr.gov/cgi-bin/text-idx?c=ecfr&sid=c67daaa426ddc5f9838ea4247c36c938&rgn=div8&view=text&node=34:3.1.3.1.34.10.39.8&idno=34

We are looking into this now and will report back to the group when we have more information.

Best wishes, John

John Neikirk
Director of Publications
American Educational Research Association
1430 K Street, NW, Suite 1200
Washington, DC 20005


Exhibit 1185

AERA_APA_NCME_0031923

202.238.3238
jneikirk@aera.net

---

**From:** Felice Levine
**Sent:** Monday, December 16, 2013 2:38 PM
**To:** 'Wayne Camara'; Ernesto, Marianne; 'lwise@humrro.org'; SL@pitt.edu; Frisbie, David A; Gerald Sroufe
**Cc:** Barbara Plake; John S. Neikirk
**Subject:** RE: Existing Standards

Yes, wow.... This must be a copyright infringement or something to the equivalent.... But John will look into this, felice

---

**From:** Wayne Camara [mailto:Wayne.Camara@act.org]
**Sent:** Monday, December 16, 2013 2:16 PM
**To:** Ernesto, Marianne; 'lwise@humrro.org'; SL@pitt.edu; Frisbie, David A; Gerald Sroufe; Felice Levine
**Cc:** Barbara Plake
**Subject:** RE: Existing Standards

Jerry and Felice -- can you look into this? We need to get them to pull this off the web.

---

**From:** Ernesto, Marianne [mailto:MErnesto@apa.org]
**Sent:** Monday, December 16, 2013 1:09 PM
**To:** 'lwise@humrro.org'; SL@pitt.edu; Wayne Camara; Frisbie, David A
**Cc:** Jerry Sroufe; Barbara Plake
**Subject:** RE: Existing Standards

This is news to me!

Jerry and all,
Any idea how this got posted?

Marianne

---

**From:** lwise@humrro.org [mailto:lwise@humrro.org]
**Sent:** Monday, December 16, 2013 1:53 PM
**To:** SL@pitt.edu; Wayne Camara; Frisbie, David A
**Cc:** Jerry Sroufe; Ernesto, Marianne; Barbara Plake
**Subject:** Existing Standards

Are they supposed to be available (in pdf form) free?

https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf

---

Lauress (Laurie) L. Wise, Principal Scientist
Human Resources Research Organization (HumRRO)
20 Ragsdale Drive, Suite 260
Monterey, CA 93940
Phone: 831-647-1004
Fax: 831-375-4021
Cell: 703-727-3817

AERA_APA_NCME_0031924