# EXHIBIT UUU

Case No. 1:14-cv-00857-TSC-DAR

| | |
|---|---|
| From: | John S. Neikirk |
| To: | 'carl@media.org' |
| Sent: | 12/16/2013 11:08:00 PM |
| Subject: | copyright infringement |



Dear Carl Malamud,

I am writing on behalf of the American Educational Research Association in regard to a copyrighted work, Standards for Educational and Psychological Testing. Without permission, the volume is posted at the following url:

https://law.resource.org/pub/us/cfr/ibr/001/aera.standards.1999.pdf

Please remove this unlawful posting immediately.

Cordially,

John Neikirk
Director of Publications
American Educational Research Association
1430 K Street, NW, Suite 1200
Washington, DC 20005
202.238.3238
jneikirk@aera.net