

Login | Join / Renew | My Cart | Contact Us | search

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION FOUNDED 1916

For: Graduate Students | Divisions | SIGs | AERA-CURI

FOLLOW US ON:

About AERA | Events & Meetings | Policy & Advocacy | Education Research | Professional Advancement | Publications | Membership | Newsroom

Publications » Books » Standards for Educational & Psychological Testing (2014 Edition)

Publications

Journals

Books

eBooks

Research Points

Online Paper Repository

Online Store

AERA Advertising and Mailing Lists

Publications Permissions

Publications FAQs

# Standards for Educational & Psychological Testing (2014 Edition)

ORDER NOW IN THE AERA ONLINE STORE

SPANISH EDITION NOW AVAILABLE!

The 2014 edition of the *Standards for Educational and Psychological Testing* is now on sale. The *Testing Standards* are a product of the American Educational Research Association, the American Psychological Association (APA), and the National Council on Measurement in Education (NCME). Published collaboratively by the three organizations since 1966, it represents the gold standard in guidance on testing in the United States and in many other countries. Read more

To order the previous edition of *Standards* (1999), please use the mail/fax order form (PDF) available on the left-hand side of the page under the Books tab.

*An e-version of the Testing Standards is now available. Please see below the pricing options for purchasing an eBook, or a bundle that includes a print volume and a free eBook access coupon.*

*ISBN 978-0-935302-35-6 (paperback)*

*ISBN 978-0-935302-41-7 (eBook)*

*View the Table of Contents, Preface, and Introduction*

### Pricing and Ordering Information:

| | |
|---|---|
| *AERA Members* | *Print Only:* *$49.95 plus shipping* |

## Capitol Hill Briefing on New *Standards*

WATCH THE WEBCAST

Hill Briefing Details
*AERA Highlights* Article
Download the Slides
Storify Twitter Recap
Hill Briefing Photo Gallery

## Suzanne Lane Discusses Standards

**Suzanne Lane Discusses the New Edition of Testing Standards**

Watch on YouTube »

EXHIBIT 3066 1308 8.16.19 PENGAD 800-631-6989

|  |  |
|---|---|
|  | *Log in* to receive your member pricing, then order through the *AERA Online Store*. |
|  | **E-Book Only** *(single-user):* *$49.95* eBook available from *ebooks.aera.net*. For member discounts, *log in* and visit *My AERA - Special Member Offers*. Copy the member discount code, then click this *link* to order the eBook. |
|  | **Print/e-Book Bundle** * *$59.95* *Log in* to receive your member pricing, then order through the *AERA Online Store*. |
| **APA and NCME Members** | **Print Only:** *$49.95 plus shipping* *Click here* to purchase a print copy. |
|  | **E-Book Only** *(single-user):* *$49.95* *Click here* to order e-Book only. |
|  | **Print/e-Book Bundle** * *$59.95* *Click here* to purchase a print/e-Book bundle. |
| **Non-Member and Institutional Price** ** | **Print Only:** *$69.95 plus shipping* Order now through the *AERA Online Store*. |
|  | **E-Book Only** *(single-user):* *$69.95* *Click here* to order e-Book only. |
|  | **Print/e-Book Bundle** * *(The eBook is for single-users only, and is not currently available for institutional |



*purchase)*
*$79.95*
*Order now through the AERA Online Store.*

*Mail or Fax Order Form* (PDF)

### *Important Information for Purchasing the Print/e-Book Bundle:

*Print only and Bundle orders are fulfilled through the AERA Bookstore. Please click here for e-Book only orders. After a bundle is purchased, you will receive an email from AERA that includes a link to the eBook sales platform and a coupon for free access. Emails will be sent within 24 hours of receipt **during AERA's business hours**. eBooks are for single-users only, and are not currently available for institutional access. Additional information information about eBooks is available here.*

### Shipping & Handling:
*$7 for first copy, $2.00 each additional copy up through 9 copies.*

### Volume Discount:
*** Institutions ordering 10 or more copies will receive a 20% discount off the non-member price. Members may order multiple copies but will not receive an additional discount below the member price. For shipping and handling costs for bulk orders of 10 or more copies, please contact AERA at members@aera.net or 202-238-3200.*

### AERA Return and Discount Policy
*No refunds for returned books. Discounts are not available to agencies.*



## Testing Standards Hill Briefing Gallery



Search Tags



Testing Standards Hill Briefing Photo Gallery (19 Photos)

©2019 American Educational Research Association. All rights reserved.

Terms Of Use  |  Privacy Policy  |  Site Map  |  Contact Us

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Designed by Weber-Shandwick   Powered by eNOAH