# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATION RESEARCH ASSOCIATION, INC., <br><br>AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., <br><br>and <br><br>NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. <br>             Plaintiff-Counterdefendants, <br><br>v. <br><br>PUBLIC RESOURCE ORG., INC., <br><br>             Defendant-Counterclaimant. | Case No. 1:14-cv-00857 (TSC) |

## **PROPOSED ORDER**

Upon consideration of the parties' motions, and for the reasons set forth in the Court's February 2, 2017 Memorandum Opinion, and the Memorandum Opinion accompanying this order, Plaintiffs' motion is GRANTED.

It is hereby ORDERED that Defendant is permanently enjoined from all unauthorized use, including through reproduction, display, distribution, or creation of derivative works, of the Standards for Educational and Psychological Testing, 1999 edition.

Defendant is FURTHER ORDERED to remove all versions of the Standards for Educational and Psychological Testing, 1999 edition from any website within its possession, custody, or control within five days.

Date:

_____
TANYA S. CHUTKAN
United States District Judge