AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Educational Research Association, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-00857-TSC |
| Public.Resource.Org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Educational Research Association, Inc., American Psychological Association, Inc., National Council on Measurement in Education, Inc.

Date: 10/10/2019

s/ Amanda Shafer Berman
*Attorney's signature*

Amanda Shafer Berman (Bar No. 497860)
*Printed name and bar number*

Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004-2595
*Address*

aberman@crowell.com
*E-mail address*

(202) 688-3451
*Telephone number*

(202) 628-5116
*FAX number*