IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG., INC.,<br><br>Defendant-Counterclaimant. | C.A. No. 1:14-cv-00857-TSC |

**[PROPOSED] ORDER GRANTING PUBLIC RESOURCE'S SECOND MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**

The Court has considered the second motion for summary judgment of Defendant-Counterclaimant Public Resource Org., Inc. and its opposition to the renewed motion for summary judgment and for a permanent injunction [134] of Plaintiffs-Counterdefendants American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.  The Court **HEREBY GRANTS** Public Resource's second motion for summary judgment and **DENIES** the Plaintiffs-Counterdefendants' renewed motion for summary judgment and a permanent injunction.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                       **TANYA S. CHUTKAN**
                                                                       **UNITED STATES DISTRICT JUDGE**