**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG., INC.,<br><br>Defendant-Counterclaimant. | C.A. No. 1:14-cv-00857 (TSC) |

**CERTIFICATE OF SERVICE RE PUBLIC RESOURCE'S
OPPOSITION TO [134] PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND
PERMANENT INJUNCTION, AND IN SUPPORT OF PUBLIC RESOURCE'S SECOND
MOTION FOR SUMMARY JUDGMENT**

I hereby certify that on November 8, 2019, a copy of the foregoing documents were served via e-mail on the following counsel of record:

- Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Memorandum of Law in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in Support of Public Resource's Second Motion for Summary Judgment

- Declaration of Carl Malamud in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- Declaration of Matthew Becker in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Statement of Material Facts in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Statement of Disputed Facts in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- [REDACTED] Public Resource's Objections to Plaintiffs' Evidence in Support of Plaintiffs' Motion for Summary Judgment and Permanent Injunction

- Public Resource's Request for Judicial Notice in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in Support of Public Resource's Second Motion for Summary Judgment

- Index of Consolidated Exhibits, and public Exhibits 1-69

- Proposed Order Denying Plaintiffs' Motion for Summary Judgment and Granting Public Resource's Second Motion for Summary Judgment

**Clifton Scott Elgarten**
**Amanda Shafer Berman**
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
202-624-2500
celgarten@crowell.com; aberman@crowell.com

*Attorneys for Plaintiffs*
*Counsel for American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement Education, Inc.*

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed this 8th day of November 2019, San Francisco, California.

/s/  *Andrew P. Bridges*
Andrew P. Bridges

3