IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,<br><br>Plaintiff-Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG., INC.,<br><br>Defendant-Counterclaimant. | C.A. No. 1:14-cv-00857 (TSC) |

**DEFENDANT PUBLIC RESOURCE'S CONSOLIDATED INDEX OF EXHIBITS IN OPPOSITION TO [134] PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION, AND IN SUPPORT OF PUBLIC RESOURCE'S SECOND MOTION FOR SUMMARY JUDGMENT**

Defendant-Counterclaimant Public.Resource.Org, Inc. ("Defendant") submits the following Consolidated Index of Exhibits in Opposition to [134] Plaintiffs' Motion for Summary Judgment and Permanent Injunction and in Support of Defendant's Cross Motion for Summary Judgment:

| Exh. No. | Document Title |
|---|---|
| 1 | John Markoff, "Turning the Desktop PC Into a Talk Radio Medium," New York Times, March 4, 1993 |
| 2 | John Markoff, "Plan Opens More Data To Public," New York Times, October 22, 1993 |
| 3 | Correspondence from the Securities and Exchange Commission on August 31, 1995, stating in part: "Looking forward to your support as we continue down the road you've paved." Service available at https://www.sec.gov/edgar.shtml. |
| 4 | John Schwartz, "Superhighway Routed Through Capitol Hill," Washington Post, September 9, 1994 |
| 5 | Correspondence from Senator Connie Mack on June 16, 1995, concerning the first congressional hearing on Internet. |
| 6 | Katie Hafner, "The Man With Ideas: The Robert Moses of Cyberspace Plans a 1996 World's Fair," Newsweek, July 24, 1995. |
| 7 | "Foreword by His Holiness the Dalai Lama," A World's Fair for the Information Age, MIT Press (1997). |
| 8 | John Schwartz, "Ideas Whose Time for Free Access Has Come," Washington Post, June 29, 1998. |
| 9 | John Markoff, "U.S. to Release Patent Data On a World Wide Web Site," New York Times, June 25, 1998. |
| 10 | Correspondence from the Public Printer of the United States on July 27, 2006. |
| 11 | Correspondence from Hon. Nancy Pelosi, the Speaker of the House of Representatives, on April 17, 2008, supporting "FedFlix" initiative. |
| 12 | James Fallows, "Another Win for Carl Malamud," Atlantic Monthly, March 9, 2007. |

| **Exh. No.** | **Document Title** |
|---|---|
| 13 | Correspondence from Speaker Boehner and Chairman Issa on January 5, 2011. |
| 14 | Remarks of Congressman Issa titled "Commemorating the Tenth Anniversary of Public.Resource.Org," Congressional Record, Page E285, March 7, 2017. |
| 15 | Suzanne Perry, "IRS Plans to Begin Releasing Electronic Nonprofit Tax Forms Next Year," Chronicle of Philanthropy, June 30, 2015. |
| 16 | Robert Ambrogi, "1.8M Pages of Federal Case Law To Go Public," Law Sites, November 14, 2007. |
| 17 | Correspondence from the Hon. Lee H. Rosenthal, Chair of the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States, on July 16, 2008 |
| 18 | Correspondence from Chief Judge Royce C. Lamberth, U.S. District Court for the District of Columbia, on January 28, 2009. |
| 19 | Correspondence from U.S. Senator Joseph I. Lieberman to Hon. Lee H. Rosenthal, on February 27, 2009. |
| 20 | Prepared statement by Carl Malamud before the U.S. Court of Appeals for the Ninth Circuit on June 23, 2010. |
| 21 | Submission by Carl Malamud to the Presidential Transition Effort ("Change.Gov"), titled "Federal Register 2.0," on January 5, 2009. |
| 22 | Correspondence from the Hon. David Ferriero, Archivist of the United States to me, on April 2, 2019. |
| 23 | Prepared statement by Carl Malamud before the Oregon State Legislature Legislative Counsel Committee on June 19, 2008. |
| 24 | The Editorial Board, "The Law©?," New York Times, June 25, 2019. |
| 25 | "Notice of Incorporation," dated March 15, 2012. |
| 26 | Carl Malamud Response to SMACNA, on January 11, 2013. |
| 27 | Response to SMACNA, on January 11, 2013. |
| 28 | ANSI website, titled "ANSI Launches Online Portal for Standards Incorporated by Reference," dated October 28, 2013. |

| Exh. No. | Document Title |
|---|---|
| 29 | Prepared remarks by Carl Malamud before the ABA House of Delegates on August 9, 2016. |
| 30 | Lorelei Laird, "After debate, ABA House calls for publication of privately drafted standards used in legislation," ABA Journal, August 9, 2016. |
| 31 | Hon. David Ferriero, "Federal Register 2.0," The White House Blog, July 26, 2010. |
| 32 | History of the Federal Register, March 14, 2006. |
| 33 | Cornell Legal Information Institute, "Worth A Thousand Words: We're Upping Our Game for Images," April 4, 2019. |
| 34 | Email correspondence on March 1, 2016, with Amy Bunk, Director of Legal Affairs and Policy at the Office of the Federal Register. |
| 35 | John Adams' "Dissertation on the Canon and Feudal Law." |
| 36 | Deposition of Felice Levine dated August 16, 2019. |
| 37 | Exhibit 1305 from the deposition of Felice Levine August 16, 2019, Plaintiffs' Responses to Public Resource's Second Set of Interrogatories. |
| 38 | Exhibit 1306 from the deposition of Felice Levine dated August 16, 2019, 1999 Standards' sales report bates stamped AERA_APA_NCME_RFP2_0000027. |
| 39 | SEALED Exhibit 1307 from the deposition of Felice Levine dated August 16, 2019, Plaintiffs' updates sales reports bates stamped AERA_APA_NCME_RFP2_0000001-26. |
| 40 | Exhibit 1308 from the deposition of Felice Levine dated August 16, 2019, website printout for the 2014 Standards. |
| 41 | Exhibit 1309 from the deposition of Felice Levine dated August 16, 2019, website printout for the 1999 Standards. |
| 42 | Exhibit 1310 from the deposition of Felice Levine dated August 16, 2019, mail order form necessary to purchase a copy of the 1999 Standards. |
| 43 | Signed agreement between Plaintiffs and the New York State Education Department dated May 11, 2011, bates stamped ERA_APA_NCME_0032528-9. |
| 44 | Plaintiff APA's memorandum titled "Litigation Report," dated August 8, 2014. |
| 45 | Office of the Federal Register's "IBR Handbook," dated July 2018. |
| 46 | U.S. Government Accountability Office titled "Proprietary Schools: Stronger Department of Education Oversight Needed to Help Ensure Only Eligible Students Receive Federal Student Aid," dated August 2009. |

| Exh. No. | Document Title |
|---|---|
| 47 | Federal Bureau of Investigations Press release, "FastTrain Owner and Admissions Representative Convicted of Federal Student Aid Scheme," dated Nov. 24, 2015, available at https://www.fbi.gov/miami/press-releases/2015/fasttrain-owner-and-admissions-representative-convicted-of-federal-student-aid-scheme. |
| 48 | Complaint in the action *U.S. vs. FastTrain II Corp.*, Case No.: 1:12-cv-21431, Dkt. 54, filed Dec. 2, 2014, available at http://www.justice.gov/sites/default/files/usao-sdfl/legacy/2014/12/03/141203-01.FasttrainIICorpCaseComplaint.pdf. |
| 49 | SEALED Deposition transcript of Diane L. Schneider, dated April 23, 2015. |
| 50 | SEALED Deposition transcript of Marianne Ernesto, dated April 29, 2015. |
| 51 | Deposition transcript of Wayne Camara, dated May 1, 2015. |
| 52 | SEALED Deposition transcript of Felice Levine, dated May 4, 2015. |
| 53 | Deposition transcript of Lauress Wise, dated May 11, 2015. |
| 54 | SEALED Deposition transcript of Kurt F. Geisinger, dated September 10, 2015. |
| 55 | SEALED Deposition transcript of S.E. Phillips, dated September 22, 2015. |
| 56 | Deposition transcript of Carl Malamud, dated May 12, 2015. |
| 57 | Deposition transcript of Christopher Butler, dated December 2, 2014. |
| 58 | SEALED Exhibit 1205 in the deposition of Felice Levine, produced by Plaintiffs bearing control number AERA_APA_NCME_0004818, "American Educational Research Association | Standards of Educational and Psychological Testing | Statement of Revenue and Expenses | (FY2000 – 12/31/2013)". |
| 59 | SEALED Exhibit 1211 in the deposition of Felice Levine, produced by Plaintiffs bearing control number AERA_APA_NCME_0032527, "American Educational Research Association | Standards of Educational and Psychological Testing | Statement of Revenue and Expenses | (FY2000 – 12/31/2014)". |
| 60 | Exhibit 1207 in the deposition of Felice Levine, produced by Plaintiffs bearing control number AERA_APA_NCME_0031848, "Standards for Educational and Psychological Testing | Sales Report, 1999 Edition." |
| 61 | Exhibit 1208 in the deposition of Felice Levine, produced by Plaintiffs bearing control number AERA_APA_NCME_0005137, "Standards for Educational and Psychological Testing | Sales Report." |
| 62 | Expert Report of James R. Fruchterman, dated June 13, 2015. |

| Exh. No. | Document Title |
|---|---|
| 63 | National Archives website, titled "Incorporation by Reference", available at http://www.archives.gov/federal-register/cfr/ibr-locations.html (accessed and printed Jan. 22, 2016). |
| 64 | Declaration of Carl Malamud dated January 21, 2016, previously filed at Dkt. 69-5. |
| 65 | Declaration in Support of Probable Cause, *California v. Harris*, No. 17-CR-017349A (Cal. Super. Ct. June 5, 2017), *available at* https://www.scribd.com/document/350446988/Ghost-Ship-fire-criminal-charges. |
| 66 | Criminal Complaint, *California v. Harris*, No. 17-CR-017349A (Cal. Super. Ct. June 5, 2017), *available at* https://web.archive.org/web/20170729051241/https://cbssanfran.files.wordpress.com/2017/06/almena-and-harris-complaint.pdf.) |
| 67 | Deposition transcript of James Fruchterman, dated September 8, 2015. |
| 68 | OCR Issues Draft Guide on Disparate Impact in Educational Testing TIP October 1999 |
| 69 | SEALED APA memorandum produced by Plaintiffs bates labeled AERA_APA-NCME_0031518-20. |

Dated: November 8, 2019                    Respectfully submitted,


                                           /s/   *Andrew P. Bridges*
                                           Andrew P. Bridges (admitted)
                                           abridges@fenwick.com
                                           Matthew B. Becker (admitted *pro hac vice*)
                                           mbecker@fenwick.com
                                           Armen N. Nercessian (pending *pro hac vice*)
                                           anercessian@fenwick.com
                                           Shannon E. Turner (pending *pro hac vice*)
                                           sturner@fenwick.com
                                           FENWICK & WEST LLP
                                           801 California Street
                                           Mountain View, CA 94041
                                           Telephone:   (650) 988-8500
                                           Facsimile:   (650) 938-5200

                                           Corynne McSherry (admitted *pro hac vice*)
                                           corynne@eff.org
                                           Mitchell L. Stoltz (D.C. Bar No. 978149)
                                           mitch@eff.org
                                           ELECTRONIC FRONTIER FOUNDATION
                                           815 Eddy Street
                                           San Francisco, CA 94109
                                           Telephone:   (415) 436-9333
                                           Facsimile:   (415) 436-9993

                                           David Halperin (D.C. Bar No. 426078)
                                           davidhalperindc@gmail.com
                                           1530 P Street NW
                                           CSRL 2nd Floor
                                           Washington, DC 20005
                                           Telephone: (202) 905-3434

                                           Attorneys for Defendant-Counterclaimant
                                           Public.Resource.Org, Inc.