# EXHIBIT 5



**UNITED STATES SENATE**
WASHINGTON, D. C. 20510

CONNIE MACK
FLORIDA

June 16, 1995

Dear Mr. Malamud,

Thank you for making the Joint Economic Committee's hearing on the 21st Century Economy a success.

This hearing was a modest example of how technologies of the information revolution are changing American government. I can foresee future hearings in which <u>all</u> witnesses have the opportunity to testify from their homes or offices, and all Americans will be able to participate via the Internet.

We could not have done it without the professional guidance and help from you and your staff. Please pass along my appreciation to them.

Congratulations on a job well done!

Sincerely,

Connie Mack
Chairman
Joint Economic Committee

Mr. Carl Malamud, President
Internet Multicasting Service
The National Press Building #1155
Washington, D.C. 20045