# EXHIBIT 36

1

1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2   _____

3   AMERICAN EDUCATIONAL          )   Case No.
    RESEARCH ASSOCIATION, INC.    )   1:14-cv-00857
4                                 )   TSC-DAR
    AMERICAN PSYCHOLOGICAL        )
5   ASSOCIATION, INC.; and        )
                                  )
6   NATIONAL COUNCIL ON           )
    MEASUREMENT IN EDUCATION,     )
7   INC.;                         )
                                  )
8   Plaintiffs-Counterdefendants  )
                                  )
9   vs.                           )
                                  )
10  PUBLIC.RESOURCE.ORG, INC.,    )
    Defendant-Counterclaimant     )
11  _____

12

13        Videotaped 30(b)(6) Deposition of

14             AERA, APA and NCME
            through the testimony of
15         Felice J. Levine, Ph.D.
               Washington, D.C.
16             August 16, 2019

17                 9:51 a.m.

18

19  Reported by:

20  Bonnie L. Russo

21  Job No.  3475330

22  PAGES 1 - 87

2

1

2

3

4

5

6

7

8      Videotaped 30(b)(6) Deposition of AERA, APA and

9      NCME through the testimony of Felice J. Levine,

10     Ph.D. held at:

11

12                    Spaces

13                    1441 L Street, N.W.

14                    Washington, D.C.

15

16     Pursuant to Notice, when were present on behalf

17     of the respective parties:

18

19

20

21

22

3

```
1    APPEARANCES:

2    On behalf of Plaintiffs/Counterdefendants:

3        CLIFTON S. ELGARTEN, ESQ.
         CROWELL & MORING, LLP
4        1001 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004
5        202-624-2523

6        celgarten@crowell.com

7

8    On behalf of Defendant/Counterplaintiff:
         SHANNON TURNER, ESQ.
9        FENWICK & WEST, LLP

10       Silicon Valley Center
         801 Mountain View, California 94041
11       650-335-7844

12       sturner@fenwick.com
             -and-
13       MATTHEW BECKER, ESQ.

14       FENWICK & WEST, LLP

15       555 California Street
         12th Floor
16       San Francisco, California 94104
         650-335-7930
17       mbecker@fenwick.com

18

19   Also Present:

20       Deanne M. Ottaviano, Esq., General Counsel,

21       American Psychological Association

22       Daniel Russo, Videographer
```

4

```
 1                    C O N T E N T S

 2       EXAMINATION OF FELICE J. LEVINE, Ph.D.      PAGE

 3       BY MS. TURNER                                  9

 4


 5                         EXHIBITS
 6    Exhibit 1300      Public.Resource.Org,          14
                        Inc.'s Rule 30(b)(6)
 7                      Deposition Notice of
                        American Educational
 8                      Research Association, Inc.

 9    Exhibit 1301      Public.Resource.Org,          14
                        Inc.'s Rule 30(b)(6)
10                      Deposition Notice of
                        American Psychological
11                      Association Inc.

12    Exhibit 1302      Public.Resource.Org,          15
                        Inc.'s Rule 30(b)(6)
13                      Deposition Notice of
                        National Council on
14                      Measurement in Education, Inc.

15    Exhibit 1303      Plaintiffs-                   15
                        Counterdefendants'
16                      Response and Objections

17                      to Public.Resource.Org's
                        Second Set of Requests
18                      for Production

19    Exhibit 1304      Plaintiffs-                   19
                        Counterdefendants'
20                      Response to
                        Public.Resource.Org's
21                      Third Set of Requests

22                      for Production
```

[8/16/2019]  2019  0816  LEVINE, FELICE  (VIDEO)

```
 1      EXHIBITS (CONTINUED):

 2   Exhibit 1305    Plaintiffs-                 24

 3                   Counterdefendants'

 4                   Responses to

 5                   Public.Resource.Org's

 6                   Second Set of Interrogatories

 7   Exhibit 1306    Standards for               26

 8                   Educational and

 9                   Psychological Testing

10                   Sales Report

11                   AERA_APA_NCME_RFP2_0000027

12   Exhibit 1307    American Educational        37

13                   Research Association

14                   Standards for Educational

15                   and Psychological Testing

16                   (2014 Edition)

17                   2014 Sales Reports

18                   Showing the Number of Sales

19                   of Specific Units Sold

20                   AERA_APA_NCME_RFP2_0000001-26

21

22
```

6

```
 1        EXHIBITS (CONTINUED):

 2    Exhibit 1308      Standards for Educational     56

 3                      & Psychological Testing

 4                      (2014 Edition)

 5    Exhibit 1309      1999 Standards                59

 6    Exhibit 1310      AERA Book Order Form          65

 7

 8

 9

10    PREVIOUSLY MARKED EXHIBITS:

11    Exhibit 1207      Standards for Educational

12                      and Psychological Testing

13                      Sales Report, 1999 Edition

14    Exhibit 1208      Standards for Educational

15                      and Psychological Testing

16                      Sales Report

17

18

19

20

21

22
```

7

```
1                 P R O C E E D I N G S

2

3            THE VIDEOGRAPHER:  Good morning.  We

4      are going on the record at 9:51 a.m. on August

5      16, 2019.

6              Please note that the microphones are

7      sensitive and may pick up whispering, private

8      conversations and cellular interference.

9      Please turn off all cell phones or place them

10     away from the microphones as they can interfere

11     with the deposition audio.  Audio and video

12     recording will continue to take place unless

13     all parties agree to go off the record.

14              This is Media Unit 1 of the 30(b)(6)

15     video-recorded deposition of APA, NCME, AERA,

16     through the testimony of Felice Levine taken by

17     counsel for defendant in the matter of American

18     Educational Research Association, Incorporated,

19     American Psychological Association,

20     Incorporated, and National Council on

21     Measurement and Education, Incorporated,

22     plaintiffs-counterdefendants versus
```

8

1      Public.Resource.Org, Incorporated,

2      defendant-counterplaintiff, filed in the United

3      States District Court for the District of

4      Columbia, Civil Action No.

5      1:14-cv-00857-TSC-DAR.

6              This deposition is being held at

7      Spaces, located at 1441 L Street, Northwest,

8      Washington, D.C.

9              My name is Daniel Russo from the

10     firm Veritext Legal Solutions and I'm your

11     videographer today.  The court reporter is

12     Bonnie Russo from the firm Veritext Legal

13     Solutions.

14             Counsel and all present in the room

15     and everyone attending remotely will now state

16     their appearances and affiliations for the

17     record, please.

18             MS. TURNER:  Shannon Turner from

19     Fenwick & West on behalf of

20     Public.Resource.org.  With me today is also

21     Matthew Becker from Fenwick & West.

22             MR. ELGARTEN:  Cliff Elgarten,

9

1    Crowell & Moring.

2              MS. OTTAVIANO:  Deanne Ottaviano,

3    APA.

4              THE WITNESS:  Felice Levine on

5    behalf of the American Educational Research

6    Association, the American Psychological

7    Association and the National Council of

8    Measurement and Education.

9              THE VIDEOGRAPHER:  Will the court

10   reporter please swear in the witness.

11

12                  FELICE LEVINE,

13   being first duly sworn, to tell the truth, the

14      whole truth and nothing but the truth,

15          testified as follows:

16     EXAMINATION BY COUNSEL FOR DEFENDANT

17          BY MS. TURNER:

18   Q.   Good morning.

19   A.   Hi.

20   Q.   Will you please state your name and

21   spell it for the record.

22   A.   Sure.  Felice, F-E-L-I-C-E, middle

10

1       initial is J, Levine, L-E-V-I-N-E.

2           Q.    My name is Shannon Turner and I will

3       be taking your deposition today.

4                 Have you ever been deposed before?

5           A.    Yes.

6           Q.    And how many times?

7           A.    Once.

8           Q.    What case was that?

9           A.    This case.

10          Q.    Great.  So are you the same Felice

11      Levine who has given testimony in this case?

12          A.    To the best of my knowledge.

13          Q.    Great.  And have you ever testified

14      at trial?

15          A.    No.

16          Q.    And have you ever testified for

17      anyone other than AERA?

18          A.    No.

19          Q.    I'm going to ask you a series of

20      questions today and the court reporter is going

21      to record your answer.

22                Do you understand?

11

1      A.    Yes.

2      Q.    And your answers are under oath and

3    under penalty of perjury so it's the same as

4    though you're in front of a court and a judge

5    and a jury.

6            Do you understand?

7      A.    Uh-huh.

8      Q.    If I ask a question and anything is

9    unclear or ambiguous, please ask me to rephrase

10   the question.

11     A.    Okay.

12     Q.    If you don't ask me to clarify, then

13   I'm going to assume that you understand the

14   question.

15           If you need a break at any time,

16   please let me know and as long as a question is

17   not pending, we can break.

18     A.    Okay.

19     Q.    And please verbalize your answer so

20   that the court reporter can write them down.

21   Let me finish a question before you answer,

22   that way we are not talking over each other.

1      A.     Okay.

2      Q.     So, you know, no head nods, uh-uhs,

3   uh-huhs, because that can be hard for the court

4   reporter to write down.

5            Is there any reason you cannot

6   provide truthful and accurate testimony today?

7      A.     No reason at all.

8      Q.     Are you taking any medication that

9   would affect your ability to give truthful

10  answers?

11     A.     No.

12     Q.     Great.  Are you employed?

13     A.     Yes.

14     Q.     By whom?

15     A.     American Educational Research

16  Association.

17     Q.     Great.  And what is your title

18  there?

19     A.     Executive director.

20     Q.     Can you please state your work

21  address for the record.

22     A.     Yes.  1430 K Street, Northwest,

13

1    Washington, D.C. 20005, Suite 1200.

2         Q.    Thank you.  What did you do to

3    prepare for today's deposition?

4         A.    I essentially reread my filings.  I

5    thought I might read my prior deposition.

6         Q.    Did you review your prior deposition

7    testimony?

8         A.    Really only a few pages.  A little

9    discussion that Mark and I had, it was a little

10   joke I made.  You laughed.  You just laughed.

11   That's good.

12        Q.    Did you review any documents to help

13   refresh your recollection?

14        A.    Just the fillings that I submitted.

15             MS. TURNER:  I'll ask the court

16   reporter to mark this as Exhibit 1300.

17             (Deposition Exhibit 1300 was marked

18   for identification.)

19             BY MS. TURNER:

20        Q.    Do you recognize this document?

21        A.    I do.

22        Q.    And what is it?

14

```
 1            A.    This was the filing that set forth,

 2        I suppose, primarily focused on the topics of

 3        examination but the issues that we might

 4        discuss today.

 5            Q.    Is this a 30(b)6) notice to American

 6        Educational Research, Inc.?

 7                 MR. ELGARTEN:  We agree it is.

 8                 THE WITNESS:  Yes.

 9                 BY MS. TURNER:

10            Q.    And you understand you are produced

11        as a witness designated to answer questions on

12        behalf of AERA today?

13            A.    Correct, yes.

14                 MS. TURNER:  If I could have the

15        court reporter mark as Exhibit 1301.

16                 (Deposition Exhibit 1301 was marked

17        for identification.)

18                 BY MS. TURNER:

19            Q.    Do you recognize this document?

20                 MR. ELGARTEN:  You can put the other

21        one in front of her and we will agree that she

22        is testifying on behalf of all three
```

1    organizations.

2              THE WITNESS:  I see.

3              MR. ELGARTEN:  We will agree that

4    she's testifying on behalf of all three

5    organizations and this was per agreement with

6    Mr. Becker.

7              MS. TURNER:  Great.  So if you could

8    mark this as Exhibit 1302.

9              (Deposition Exhibit 1302 was marked

10   for identification.)

11             MR. ELGARTEN:  The deposition is

12   half over already.

13             MS. TURNER:  If we can have the

14   court reporter mark this as 1303.

15             (Deposition Exhibit 1303 was marked

16   for identification.)

17             BY MS. TURNER:

18        Q.   Are you familiar with this document?

19        A.   Yes.

20        Q.   What is this document?

21        A.   These were the questions that you

22   all posed and that I responded to.

16

1          Q.    Great.   And you understand that

2     these are plaintiff's written responses to

3     Public.Resource.Org's request for documents?

4          A.    Correct.

5          Q.    Did AERA search for documents in

6     response to these requests?

7          A.    I did.

8          Q.    And how did AERA go about searching

9     for documents?

10         A.    I looked through our files that were

11    saved information in our share drive where we

12    have information on this and through e-mails,

13    as did two other colleagues.

14         Q.    Did you look for any hard copy

15    documents?

16         A.    I suppose I did.   I mean, I went

17    through the stack of our material.

18         Q.    And did AERA produce documents in

19    response to these requests?

20         A.    Yes.

21         Q.    And did AERA withhold any documents

22    it otherwise found in its search?

17

1       A.    No.

2       Q.    And did APA search for documents in

3   response to these requests?

4       A.    To the best of my knowledge, they

5   did.

6       Q.    And how did APA go about searching

7   for documents?

8       A.    I am assuming a similar mechanism,

9   hard copy files, to the extent -- to the extent

10  we have them and electronic.

11      Q.    Okay.  And did APA produce documents

12  in response to these requests?

13           MR. ELGARTEN:  I will tell you all

14  documents were produced by all three parties.

15           THE WITNESS:  Although I think the

16  ones I had are the ones that were responsive.

17  Everybody responded.

18           BY MS. TURNER:

19      Q.    Do you know if the APA withheld any

20  documents it otherwise found in its search?

21      A.    I am sure as a long-standing member

22  of APA, they withheld nothing.

18

1      Q.    Thank you.  And for NCME as well?

2      A.    I'm less of a long-standing -- I'm

3    sure they withheld nothing.

4           MR. ELGARTEN:  The nature of the

5    NCME --

6           THE WITNESS:  I was going to say,

7    NCME is a smaller organization of the three of

8    us and they don't really -- they have a

9    management company managing the association so

10   there is nothing really they would have that I

11   wouldn't have.

12          BY MS. TURNER:

13     Q.    Do you know if NCME searched for

14   documents?

15     A.    Yeah, I'm sure they did across

16   e-mails, but they are more likely to have

17   things that I sent them as attachments by

18   virtue of being part of the management

19   committee of the testing standards project.

20     Q.    And do you know if NCME withheld any

21   documents?

22     A.    I am -- I'm sure they didn't.

19

```
 1        Q.    Okay.

 2        A.    As sure as one could be who is not

 3    the executive director of NCME.

 4              MS. TURNER:  We will mark as Exhibit

 5    1304, please.

 6              (Deposition Exhibit 1304 was marked

 7    for identification.)

 8              BY MS. TURNER:

 9        Q.    And are you familiar with this

10    document?

11        A.    Yes.

12        Q.    And you understand that these are

13    plaintiff's written responses to

14    Public.Resource.Org's third request for

15    documents?

16        A.    Uh-huh.

17        Q.    Did AERA search for documents in

18    response to these requests?

19        A.    Yes.

20        Q.    How did AERA go about searching?

21        A.    Essentially have testing standards

22    material and this case material in my office.
```

20

1      I went through the hard copies, but most things

2      I know I have electronically even if a hard

3      copy doesn't exist.

4          Q.    Did AERA produce documents --

5          A.    Yes.

6          Q.    -- in response?

7          A.    Yes.

8          Q.    Did AERA withhold any documents in

9      response?

10         A.    No.

11         Q.    What about APA?  Did APA search for

12     documents in response to these requests?

13         A.    Yes.

14         Q.    And how did they go about searching?

15         A.    I am assuming the same way.

16         Q.    Okay.  Did APA produce documents in

17     response to these requests?

18         A.    Yeah.

19         Q.    Did APA withhold any documents?

20         A.    Not to my knowledge.  Same response.

21         Q.    Great.  And for NCME, did NCME

22     search for any documents responsive to these

21

```
 1        requests?
 2             A.    Yes.  They all -- we all received
 3        this and searched and provided anything we had.
 4             Q.    Okay.  And how did NCME go about
 5        searching?
 6             A.    There's probably less of a stack
 7        anywhere because there isn't someone who is
 8        staffing NCME on this, but went through e-mails
 9        and whatever someone might have had in print.
10             Q.    Did NCME withhold any documents in
11        response to these requests?
12             A.    No, not to my knowledge.
13             Q.    If you could turn to Page 2, please.
14             A.    Of the last one?
15             Q.    Yes, of the last one.
16             A.    Okay.
17             Q.    If you look at the bottom of the
18        page, you see Request for Production No. 44?
19             A.    Uh-huh.
20             Q.    The requests asks for all documents
21        not previously produced on which you intend to
22        rely in this litigation.
```

22

1                    Do you see that request?

2         A.    Uh-huh.

3         Q.    Okay.  If you turn the page, the

4    plaintiffs' response, it states that:

5    "Plaintiffs have already produced or are

6    producing all documents on which they intend to

7    rely on this litigation, but note they have not

8    made any final determination."

9                    Do you see that response?

10        A.    Yes.

11        Q.    When the plaintiffs respond "or are

12   producing," what does that mean?

13             MR. ELGARTEN:  This is my language

14   because this asked what we're going to rely on

15   as a legal matter in the case, so you could ask

16   that question of me.

17             MS. TURNER:  Well, these are also

18   plaintiffs' responses to the document request.

19             MR. ELGARTEN:  That's right, and I

20   answered this question because I make the

21   determination of what we're going to rely on

22   ultimately in the case, and I do this in

23

```
 1     consultation with Ms. Levine in connection with

 2     this, and so if you want to pose this question

 3     to me, you can, but you can't make the judgment

 4     about what we legally -- the documents to rely

 5     on.

 6              MS. TURNER:  I understand that's a

 7     legal question but what I wanted to ask Dr.

 8     Levine is the language "or are producing."

 9              BY MS. TURNER:

10        Q.    So are plaintiffs withholding any

11     documents?

12        A.    No.  No.

13        Q.    Okay.

14              MR. ELGARTEN:  Sorry.

15              THE WITNESS:  Really, you got

16     everything the first time around, folks.  It

17     was -- this was a no-brainer to give you

18     whatever was left because there was nothing

19     left.

20              BY MS. TURNER:

21        Q.    Great.  Thank you.

22        A.    I mean, there were some things left
```

24

1        which we gave you, but unless you asked for new

2        forms of information.

3                    MS. TURNER:  If the court reporter

4        could please mark this as Exhibit 1305.

5                    (Deposition Exhibit 1305 was marked

6        for identification.)

7                    BY MS. TURNER:

8        Q.    Are you familiar with this document?

9        A.    Yes.

10       Q.    What is this document?

11       A.    These were additional sets of

12       requests or questions that you asked and our

13       responses.

14       Q.    So you understand these are

15       plaintiffs' written responses to

16       Public.Resource.Org's interrogatories?

17       A.    Yes.

18       Q.    If you could just let me finish the

19       question.

20       A.    Sorry.

21       Q.    It's a little tough for the court

22       reporter to get it when we are talking over

                                                                    25

1        each other.

2             A.    Okay.

3             Q.    If you could turn to Page 10,

4        please, which is the last page of the document.

5             A.    Uh-huh.

6             Q.    Is this your signature?

7             A.    Yes.

8             Q.    And it's verifying that the

9        statements in plaintiffs' responses are true

10       and correct?

11            A.    Correct.

12            Q.    Do you have any reason to believe

13       that any of the statements in here are

14       incomplete or incorrect?

15            A.    No, I have no reason to believe

16       that.

17            Q.    Okay.  Did plaintiffs withhold any

18       information responsive to these

19       interrogatories?

20            A.    No.

21            Q.    Thank you.

22                 MS. TURNER:  The court reporter can

26

```
1        please mark this as Exhibit 1306.

2                (Deposition Exhibit 1306 was marked

3        for identification.)

4                MS. TURNER:  For the record, this is

5        a document produced by plaintiffs that is

6        identified as Bates No.

7        AERA_APA_NCME_RFP2_0000027.

8                BY MS. TURNER:

9        Q.    Dr. Levine, do you recognize this

10       document?

11               MR. ELGARTEN:  Well, we have two

12       different questions here.  I produced this

13       document from my files because I felt I had

14       told Mr. Becker -- I think it was Mr. Becker

15       that we looked for certain documents.  This

16       document was not present in the files of the

17       client, but it was present in my law firm files

18       and since I had said something to Mr. Becker

19       that I would try to find something, and he

20       asked, I said, I didn't think I could find real

21       old information but he asked and I really

22       didn't object to it.  I decided to produce this
```

27

1     to him.

2            So Ms. Levine had no role in this

3     because it followed the prior production, it

4     was pursuant to a discussion I had with Mr.

5     Becker.  I think it was you, Matt.

6            MS. TURNER:  Was this document

7     produced by plaintiffs on behalf of plaintiffs?

8            MR. ELGARTEN:  It is produced on

9     behalf of all plaintiffs, yes, and she may know

10    what it is because --

11           THE WITNESS:  I know what it is.

12           MR. ELGARTEN:  -- the original

13    source of the document was the client files, so

14    you can ask those questions but she doesn't

15    know that it was produced.

16           MS. TURNER:  Understood.

17           BY MS. TURNER:

18    Q.    Are you familiar with this document?

19    A.    Yeah.  I mean, I know what it is, I

20    can tell you what it is.

21    Q.    Do you believe this document is

22    authentic?

28

1          A.    Yes.

2          Q.    What is this document?

3          A.    This document is a sales report of

4    the 1999 edition of the testing standards and

5    the preceding edition before the 1999 edition.

6          Q.    Okay.  What was the preceding

7    edition?

8          A.    I think it was '85.  I don't

9    remember exactly the year without looking at

10   the -- I think it was '85.

11         Q.    Is this a document that is kept in

12   the ordinary course of business?

13         A.    This or something equivalent.

14         Q.    How is this document created?

15         A.    I'm going to not exactly guess, but

16   I'm going to extrapolate from my knowledge,

17   how's that, because I did not -- I didn't

18   become executive director until 2002.

19         Q.    Okay.

20         A.    And I had no contact with the prior

21   edition, so when I came in 19 -- 2002, the 1999

22   edition was already published.

29

1          Q.     Okay.

2          A.     The prior edition was published by

3     -- on behalf of the three organizations by the

4     American Psychological Association.  So this

5     was -- I'm going to assume a running tab, as it

6     were, of each year's sales for the years

7     preceding the 1999 edition.

8          Q.     Okay.  When say, "preceding the 1999

9     edition" --

10         A.     The 1999 edition picks up with

11    probably the 1768 as my -- this will be my

12    guess, as the partial year sales of the 1999

13    edition.

14         Q.     Okay.

15         A.     Because that's what we did similarly

16    in triangulating to the new edition.

17                So this is the sales report then of

18    the 1999 edition through 2013, which was the

19    end of December 2013 when this issue arose in

20    2014.

21         Q.     Okay.  If you look at the line where

22    it says:  "1999 through 8-99," is it just --

30

1        can you tell what the time period is there?

2            A.    I'm going to allow -- again, infer

3        that this is the sales from -- from January

4        through -- January through August 1999, and

5        depending upon when it was literally published,

6        I suspect it might be the old edition.  I don't

7        -- there is usually kind of a crossover.

8            Q.    Okay.  Were there any sales between

9        August and December of 1999?

10           A.    I literally don't know but I can

11       only assume so.

12           Q.    Okay.  Is that --

13           A.    Although it may be crumped in the

14       2000 -- in other words, it might have been --

15       the new edition -- I don't know when the new

16       edition literally came out, so let's say it

17       came out in September, so it might have been

18       incorporated in to what you are seeing as 2000.

19       I don't believe there is a gap.  It's just a

20       matter of when the cutoff of one edition

21       happened and when the new edition happened.

22           Q.    So when calculating a sales number,

31

1        if a new edition comes out mid-year, let's say,

2        would that -- those numbers for the new

3        edition, the sales numbers be encompassed in

4        the following year's sales?

5            A.    Well, I can tell you about 2014.

6        You have that report.  2014, we continued to

7        monitor 1999 in 2014, and you will see

8        something that looks like July or August 2014

9        to the end of the year.  That is under my

10       watch.  I don't know exactly what happened

11       under somebody else's watch.

12               MR. ELGARTEN:  I believe Ms. Levine

13       is referring to the additional documents

14       showing sales figures that were provided to

15       you.

16               THE WITNESS:  Yeah.  Exactly.  So

17       that's how we do it now.  That's why I

18       extrapolated but logically, there is a little

19       bit of a hiatus so that side of the -- and I

20       don't know when it came out, so I suppose it

21       was either incorporated in or maybe it came out

22       at the end of the year.  Maybe it came out in

1        November 1999.  I just don't know.

2                It may have been so de minimis at

3        that point that it was really a 2000 -- the

4        beginning of the reported sales might have been

5        in 2000 depending upon when the release of that

6        edition happened.

7                I could go a step further.  It could

8        also be there is a little hiatus that they were

9        taking orders but then not selling because

10       maybe it didn't come out until November.

11               BY MS. TURNER:

12       Q.    Dr. Levine, do you want to take a

13       quick break?

14       A.    No, I'm fine.

15       Q.    I think we will take a quick break

16       right now if that's okay with you.

17       A.    Sure.

18               THE VIDEOGRAPHER:  We are going off

19       the record.  The time is 10:14.

20               (A short recess was taken.)

21               THE VIDEOGRAPHER:  We are going back

22       on the record.  The time is 10:20.

33

1          MS. TURNER:  Thank you.

2          BY MS. TURNER:

3      Q.    Dr. Levine, during the break, did

4   you have an opportunity to review your prior

5   testimony in this case?

6      A.    I did.

7      Q.    Okay.  And I will introduce to you

8   previously marked Exhibit 1207.

9      A.    Thank you.

10      Q.    And I will represent that this was

11   marked during your previous deposition in this

12   matter.

13          And, Dr. Levine, if you could state

14   whether or not the Exhibit 1207 and Exhibit

15   1306, the numbers between 1999 and 2013 are the

16   same?

17      A.    Well, 1207 and 1306 are not

18   identical insofar as 1207 is reporting on the

19   1999 edition and 12 -- 1306 has information

20   about the prior edition which I believe is '85

21   but I would need to verify that by looking.

22      Q.    Thank you.  And if you can clear up

34

1          for the record, 1999 in 1306, what standard is

2          that -- are those sales for?

3              A.    In 1306, I believe they are the 1999

4          edition.

5              Q.    Okay.  Thank you.  And, Dr. Levine,

6          if you could turn back to 1306, Exhibit 1306.

7              A.    Uh-huh.

8              Q.    For the 19 -- if you see 1989 there

9          at the top through 1998.

10             A.    Uh-huh.

11             Q.    What versions of the standard are

12         encompassed in these sales units?

13             A.    I am going to -- I am going to --

14         1989 shows a number of 21,920, so therefore, in

15         my -- I am inferring therefore that that

16         encompasses -- it could encompass a prior

17         edition, four years of sales at 21,000, seems

18         to me like that 21,000 might aggregate a prior

19         edition.

20             Q.    Thank you, Dr. Levine.  Let's --

21             A.    But I don't know.  I mean, you know,

22         it's roughly -- you could see roughly 5,000 a

1      year times four years, it could be -- it could

2      be just '85 to '89.  That's what I guess I'd

3      estimate, within our set of typical rate of

4      production of sales in the early -- in the

5      early years of publication.

6          Q.    Thank you, Dr. Levine.  Just to

7      clarify for the record, are you speaking about

8      the entry for pre-1989?

9          A.    Yes, right, which says -- which is a

10     summated, pre-1989 is summated from '85 --

11     well, I don't know when it starts, but let's

12     say '85, '86, '87, '88, four years times X,

13     let's say four years times 4500 would give you

14     roughly this 21,000.

15         Q.    Thank you.  And so your testimony is

16     that this is the 1985 standard?

17         A.    If -- yeah.

18              MR. ELGARTEN:  I believe it's her

19     assumption or inference.

20              THE WITNESS:  Yes.  If we looked --

21     if we opened it up, it would say the last

22     edition was, and I think it's '85 but I didn't

36

1      go back and review that detail.

2              BY MS. TURNER:

3      Q.    Thank you.  And then for the 1989

4      through 1998, those numbers there --

5      A.    Uh-huh.

6      Q.    -- which standard is that for?

7      A.    '99.

8      Q.    So 1989 --

9      A.    I'm sorry.  '85 -- that continues

10     with the '85 through, let's say, the

11     presumptive '85 through 1998, so -- and not

12     atypically as the scientific and research and

13     practice community are anticipating a new -- an

14     updated revision like all of us, you know, want

15     the I10 and not the I8 so people are waiting

16     for the new edition of the -- the sales

17     declines not because of the lack of value of

18     the product but because the communities are

19     aware that a new edition is under preparation.

20     Q.    Thank you.

21     A.    Or new standards that will be

22     published in the new edition are under

1     preparation.

2              MS. TURNER:  And if the court

3     reporter can please mark as Exhibit 1307.

4              (Deposition Exhibit 1307 was marked

5     for identification.)

6              MS. TURNER:  And for the record,

7     this is a document produced by plaintiffs

8     identified as Bates

9     No. AERA_APA_NCME_RFP2_000001 through 26.

10             BY MS. TURNER:

11       Q.    Dr. Levine, do you recognize this

12    document?

13       A.    Yes.

14       Q.    What is this document?

15       A.    This document is aggregation of our

16    various sales reports from the 2014 edition

17    through -- what we've had in our files that you

18    asked us to produce, through 2018.

19       Q.    Do you believe this document

20    produced by plaintiffs is authentic?

21       A.    All of the pieces are authentic.

22       Q.    Thank you.

38

1     A.   What I mean by that is, doesn't --

2     it wasn't prepared initially as one document.

3     It's several different pieces of documents for

4     different purposes, so as you see, additive

5     documents so they were not all produced at

6     once.

7     Q.   Thank you.  And as the aggregate,

8     this is authentic?

9     A.   Correct.

10     Q.   And is this --

11     A.   And it's everything we have.

12     Q.   Thank you.  And are these documents

13     that are in the aggregate, this document, is it

14     something that's kept in the ordinary course of

15     business?

16     A.   Yes.

17     Q.   And how was it created?

18     A.   It's created through our inventory

19     sales report, through our association

20     management system and through our financial

21     accounting system.

22     Q.   And do you know what association

39

1      management system that is?  Is that

2      proprietary?

3          A.    It's NOAH and I believe it's through

4      NOAH although we may keep the standards on a

5      separate spreadsheet, that are -- but it is

6      definitely through our own financial reporting

7      system.

8          Q.    Okay.  Thank you.  And if you could

9      please turn to what is identified as Page 7,

10     and can you tell me what this page is?

11         A.    Are these numbered?

12         Q.    If you look at the bottom, there is

13     a number.

14         A.    There are numbers.  Okay.

15               So this is our reporting of the

16     standards development fund from the end of --

17     for fiscal years 2014, '15, '16, '17, '18, at

18     that point unaudited and projected through

19     April 30, 2019.

20         Q.    And if you look under "Profit and

21     Loss," there is an entry for "Publication

22     Income."

40

1          Do you see that?

2     A.    Yes, I do, uh-huh.

3     Q.    And what does that mean?

4     A.    I would say -- I believe it's the

5     sales of the 1999 edition.

6     Q.    And if you look under "Actuals," the

7     column "Actuals, December 31, 2014," do you see

8     that 42,219.40?

9     A.    Isn't that what you were asking me

10    about?

11    Q.    Yes.

12    A.    -- before, previously.  Did I

13    misinterpret your prior question?

14    Q.    No.  I was asking about what the

15    publication income was.  We will walk through

16    the numbers.

17    A.    Okay.  Fine.

18    Q.    Do you see the numbers in

19    December --

20    A.    Yes.

21    Q.    -- are those for sales of the 1999

22    standards?

41

1          A.    Yes.  It could have something else

2     in it, but I don't think so.  I mean, I can't

3     think of what it would be.

4          Q.    Okay.  And if we turn to the next

5     column, which is December 31, 2015.

6                Do you see that 6995?

7          A.    Uh-huh.

8          Q.    How many sales -- again, is this for

9     sales of the 1999 standard?

10         A.    It -- yes, it should be.  Net of

11    expenses.

12         Q.    Okay.

13         A.    And that's true of 42,219.40, net of

14    expenses.

15         Q.    And how many sales would that be for

16    6995?

17         A.    Depending upon who purchased it, it

18    could be two.

19         Q.    If we go to the next column under

20    December 31, 2016, you see it says:  "Zero

21    Dollars?"

22         A.    Uh-huh.

42

1          Q.    Is it accurate to say that there

2     were no sales of the 1999 standard in 2015 --

3     I'm sorry, in 2016?

4          A.    Yes.

5          Q.    And the next column under December

6     31, 2017, it says:  "Zero dollars."

7          A.    Uh-huh.

8          Q.    Is it accurate to say that there

9     were no sales of the 1999 standard in 2017?

10          A.    Correct.

11          Q.    And moving to the next column for

12     December 31, 2018, it says:  "137.85."

13          A.    Uh-huh.

14          Q.    And about how many sales is this of

15     the 1999 standard?

16          A.    Could be -- depending upon who

17     purchased it, it could be four or five I

18     suppose.

19          Q.    And when you say, "depending on who

20     purchased it," what do you mean?

21          A.    Whether it was a member or nonmember

22     of one of our associations.  I don't quite

43

1      remember the selling price at that point or if

2      it was an institutional sale, a library sale.

3          Q.    Are there different prices?

4          A.    Yeah, for members and -- members get

5      a discount in all three organizations.  It's

6      the same amount, whatever that might be.

7          Q.    And you mentioned institutions, do

8      they get any kind of discount?

9          A.    Only for book sales, because it

10     would be much higher than 137.  I think it's

11     more than ten but it's bulk.

12         Q.    And moving to the next column, it

13     says:  "Projection as of April 30, 2019."

14             You see it says:  "Zero dollars"

15     there?

16         A.    Yes.

17         Q.    Is it accurate to say that there are

18     no projected sales numbers for the 1999

19     standards in 2019?

20         A.    Up through that point, yeah.

21         Q.    Looking at these numbers across the

22     board from 2014 to 2019, is it accurate to say

44

1        that sales declined of the 1999 standard

2        between 2014 and 2019?

3            A.    Uh-huh.

4            Q.    And why is that?

5            A.    Because the 2014 edition was

6        released in mid-year.

7            Q.    And why would the release of the

8        2014 standard affect the sales?

9            A.    It's updated and expanded guidance

10       about best practices and testing, and our user

11       community of scientists and students and

12       faculty and teachers and test administrators

13       and test developers would turn to the new

14       standard.

15           Q.    Thank you.  If we could turn to the

16       next item, it says:  "Book royalty revenues,"

17       that's right below the publication income.

18           A.    Correct.

19           Q.    What does that mean?

20           A.    That's the -- that's income from the

21       new -- from the 2014 edition.

22           Q.    And if you look under "actual," the

45

1      next column "actuals as of December 31, 2014,"

2      it is "119,113.49."

3              Do you see that?

4      A.    Yes.

5      Q.    And what does that represent?

6      A.    That represents the standard

7      development fund's royalty from the sales of X

8      number which we can see from the sales report

9      edition.

10     Q.    When you say, "edition," do you

11     mean --

12     A.    2014.

13     Q.    Okay.  And moving to the next column

14     where it has "actuals as of December 31, 2015,"

15     do you see the number "130,425.40?"

16     A.    Uh-huh.

17     Q.    Is that for sales of the 2014

18     standard as well?

19     A.    Correct.  The royalty.

20     Q.    Royalty.  Thank you.

21             And moving to the next column for

22     "actuals as of December 31, 2016," do you see

46

1      that number, "110,046.35?"

2          A.     Uh-huh.

3          Q.     Is that for sales of the 2014

4      standard during 2016?

5          A.     It's the fund's royalty from that

6      period.

7          Q.     And moving to the next column where

8      it says:  "Actuals as of December 31, 2017,"

9      the number "97,407.50."

10             Accurate to say that is also for the

11     royalty for the sale of the 2014 standard?

12         A.     Correct.

13         Q.     And moving to the next column,

14     "unaudited as of December 31, 2018," see that

15     number, "$98,994.98?"

16         A.     Uh-huh.

17         Q.     Accurate to say that that's for

18     royalties from the sale of the 2014 standard?

19         A.     Correct.

20         Q.     And then the last column there is

21     "projection of April 30, 2019," it says:  "Zero

22     dollars."

47

1          A.     It didn't tank.

2          Q.     So is it accurate to say that there

3     were no sales projected of the 2014 standard in

4     2019?

5          A.     It -- this reflects when the royalty

6     payments are made.  It's a different -- it's a

7     different process for the 2014 edition than for

8     the 1999 edition.

9          Q.     Can you tell me a little bit about

10    that process?

11         A.     In 2019 -- the 1999 edition, AERA as

12    publisher underwrote -- AERA as publisher was

13    reimbursed for all expenses, so this is the --

14    you will see -- you will see printing and other

15    items -- well, you would see if you looked at

16    your prior report, printing and other items.

17              If you went through those documents

18    that you got, so this is the -- with the 2014

19    edition, the AERA underwrites all costs and so

20    this is the royalty.  We have a royalty

21    arrangement to reimburse us for costs.

22    Functionally, it's the same.

48

1      Q.    And what does royalty mean here?

2      A.    Royalty is a percent of the gross

3    sales.

4      Q.    Do you know what that percent is?

5      A.    I would need to -- I would need to

6    refresh my memory.  I think it is now 50/50.

7      Q.    And are you certain that the numbers

8    here under book royalty revenues are royalties

9    according to that split rather than gross

10    revenues?

11      A.    Under book royalty revenue?

12      Q.    Yes.

13      A.    Yes, I am.  That's why it is called

14    something different.

15      Q.    Thank you.  If you could please turn

16    to Page 19 of the document in front of you.

17      A.    Yes.

18      Q.    Do you recognize this chart?

19      A.    Yes, I do.

20      Q.    What is it?

21      A.    This is the sales report of the 2014

22    edition starting in July when it was released

49

1      through -- at that point, it was the report

2      through end of September or almost the end of

3      September 2016.

4           Q.    Okay.  And looking at the total sold

5      number, is it accurate to say that the total

6      number of units sold had declined between 2014

7      and 2016?

8           A.    Between 2014 and 2016?

9           Q.    Yes.

10          A.    Without looking at the end of the

11     year report, I'm not sure it is accurate to say

12     that.

13          Q.    I'm sorry, you --

14          A.    Because you are comparing ---well,

15     you are clearly comparing the 3242 and asking

16     that question to the 2474, but sales come in,

17     I'm going to say unanticipated ways, so there

18     could be a bookstore ordering X number of

19     copies for a university bookstore or a college

20     bookstore for costs for January, February,

21     March and sometimes we get very large sales

22     orders in November preparing for the next

50

1          semester, and so it might have bumped up, so

2          this could have been 3242 for a fall semester

3          cost, so I can't infer that without looking at

4          the final, you know, set of -- the final end of

5          year because -- in particular, because for

6          training and academic purposes, sales don't

7          just come linearly by month and it really

8          depends upon -- kind of in the aggregate, who

9          is teaching what, when, or who is having a

10         workshop when, and I know it seems sort of

11         weird, but we have been getting a lot of orders

12         in the past couple of years in that November

13         and even December period for the new semester,

14         and it seemed like in the beginning, it was

15         happening in the summer for the fall semester

16         and who's to explain what the academic

17         workplace is like, so the best way of looking

18         at it is the, you know, the stable end of 12

19         months particularly because -- because this is

20         used for training and workshop and course

21         purposes.

22             Q.   And is there any reason why, for

51

1      this chart, there are cutoffs through September

2      of 20 --

3          A.    Yes, because we tend to prepare this

4      report that you are looking at for a meeting of

5      our management committee.  Management committee

6      is a joint committee of the three organizations

7      and so whenever the management committee has

8      its meetings typically twice a year, we will

9      produce them, and since you asked us to produce

10     anything we had, you'll see some unusual

11     reports, like, we are going to have a meeting

12     in November and so there will be the equivalent

13     one in November and we had one in -- we had a

14     phone call this past July.  We probably have an

15     equivalent one up through July just to kind of

16     keep everybody updated.

17         Q.    Okay.  If you could please turn to

18     the next page, Page 20.  So I think it's the

19     one -- right there.

20         A.    Yes.  This one.

21         Q.    Do you recognize this chart?

22         A.    Yes.

52

1        Q.    And can you tell me what the dates

2    are, the sales comparison is for?

3        A.    This is comparing 2015 through -- it

4    was prepared undoubtedly for the same

5    management committee meeting and it's comparing

6    January through September 28, 2015, to '16 in

7    the same period.

8        Q.    Okay.  And why is it comparing on a

9    ten-month basis here between 2015 and 2016?

10        A.    The same reason, because of it being

11    an interim report before this committee met, or

12    I had a conference call or something, but there

13    is always an end of year report and you could

14    see, this report gives more nuanced information

15    as I was saying in my earlier statement about

16    member and nonmember purchases and about E-book

17    purchases and print purchases and bundled

18    purchases.

19        Q.    What is a bundle?

20        A.    Bundle is, you could buy -- and a

21    further discount, the E-book edition and get a

22    hard copy.

53

1          Q.    And looking at these numbers for the

2     ten-month period of January 1, 2015 through

3     September 28, 2015, and the same period for

4     2016, is it accurate to say that sales

5     declined?

6          A.    It is only accurate to say it

7     declined in comparing the same ten-month period

8     which could have the same distortion I

9     previously spoke to.

10         Q.    And turning back, you had mentioned

11    the print E-book bundle?

12         A.    Uh-huh.

13         Q.    Why would someone want both an

14    E-book and a print copy?

15         A.    Well, I can tell you why I would

16    want it and then we could -- you could deduce

17    why others would want it.  I suppose those of

18    us trained and reared in the nonelectronic

19    world, like to touch print, but yet most of us

20    are also technologically savvy as around this

21    room so you might want for reading purposes the

22    electronic version, to be able to skim, remind

54

1        yourself of what you are doing, you might want

2        it for a lecture, like, I would bring an iPad

3        into a lecture or seminar or discussion or

4        workshop, but when I am really planning what I

5        am going to say, I might want to be able to

6        have hard copy to line and take notes or, you

7        know, to do a deeper reading.

8               And I think that's an extrapolatable

9        experience, though I can't speak for every user

10       that if for a modest amount extra, you can get

11       the print, I suppose 50 years from now, nobody

12       will know what the word print means, but if you

13       can have both, you know, for a modest amount,

14       then you could have your cake and eat it.

15       Q.    Any other reasons?

16       A.    It's good enough that I can think

17       of.  And other forms of users similarly.  I

18       suppose having one on their shelf if you -- if

19       your briefing staff, let's say, you are

20       developing new tests and you run a test company

21       or revising tests and you can project it on a

22       screen, but if you had a print edition, you

55

1    know, you could say, hey, look, look, look.

2    Similar.  I'm not saying it's only used for,

3    you know, courses, lectures and workshops.

4    It's for the deeper, I suppose the deeper

5    reader and maybe more particularly for those of

6    us who have at least had more print experience.

7         Though there is some -- I think

8    there is some degree of research that you might

9    find it even with your own e-mailing, you know,

10   kind of out of sight, out of mind a bit, so

11   that if you only have it electronically, you

12   might not recall things as easily as being able

13   to just pull it off a shelf and remind

14   yourself, get up to speed quickly, even for

15   those who read electronically.

16   Q.    So for someone to purchase the 2014

17   standard, how do they go about doing that?

18   A.    They can do it in a range of ways.

19   The most immediate, I suppose, would be through

20   the AERA website because we are the publisher.

21        Of course, there are some bookstores

22   that carry it, so there's other ways of buying

56

```
 1        it, but that's what I'd recommend somebody do.

 2              MS. TURNER:  If the court reporter

 3        can please mark this as Exhibit 1308.

 4              (Deposition Exhibit 1308 was marked

 5        for identification.)

 6              THE WITNESS:  Meaning we do have

 7        some distributor sales.

 8              BY MS. TURNER:

 9        Q.    Do you recognize this document?

10        A.    Yes.  And would this represent, if I

11        can ask, would this 8-14 be when you downloaded

12        this?

13        Q.    Correct, yes.

14        A.    Okay.  Okay.

15        Q.    So what is this document then?

16        A.    This is from AERA website and it is

17        the publications part of our portal, and this

18        is the -- the access to ordering the 2014

19        edition.

20        Q.    Does this appear to be an accurate

21        capture of the AERA website?

22        A.    Yes.
```

57

1          Q.    Great.  So you had spoken about

2     ordering the 2014 standard.

3          A.    I suppose we could update our

4     website and take the word "now" out, since it

5     has been available for a while.  Got to get

6     that staff to it.

7          Q.    You had said that one way that

8     someone can order a copy of the 2014 standard

9     is through the online store, and would they --

10    on this website, how would they go about doing

11    that?

12         A.    Well, there is a hypertext link --

13    well, including ordering the 1999 edition.

14    Read more.  I would have to scroll down and

15    remind myself since I don't order it but there

16    is a hypertext link to the online book store.

17         Q.    I can represent, I think it's at the

18    top, right above the --

19         A.    You are right.  Order now.  Right.

20         Q.    Great.  So do you offer electronic

21    copies of the 2014 standard for sale through

22    the website?

58

1        A.    I believe there is -- yes, I believe

2    there is a hypertext link to the provider who

3    -- whose platform doesn't sit on our own

4    platform.  It needs a particular kind of

5    platform and protection of the PDF in such a

6    way that it is -- only purchasable.

7        Q.    So is it accurate to say that to

8    order online a copy of the -- an electronic

9    copy of the 2014 standard, it's done through

10   some kind of third-party platform?

11       A.    Correct.  I am blocking on the name

12   of the company we use.  I should have refreshed

13   my memory, but it's a platform that both does

14   its own publishing, it's own E-publishing, it's

15   storage and works for any number of publishers.

16       Q.    Thank you.  If someone wanted to go

17   about purchasing a copy of the 1999 standard,

18   how would they do that?

19       A.    Right here.  I think it's that

20   hypertext link to order previous edition of the

21   standard.  It's in the store.

22       Q.    Can someone order it online?

59

1      A.    Yes.

2      Q.    Okay.  So --

3      A.    I believe.

4      Q.    So if I could --

5      A.    Yeah.

6      Q.    If I could turn your attention to

7   order -- to order a previous edition of the

8   standard, 1999, there's a hypertext link, and

9   it says:  "Please use the mail fax order form

10  available on the left-hand side of the page

11  under the books tab."

12     A.    Then I may be wrong.  Good reading.

13     Q.    Thank you.  What I went to law

14  school for.

15     A.    Sure.  I almost went.

16           MS. TURNER:  If you could please

17  mark this as Exhibit 1309.

18           (Deposition Exhibit 1309 was marked

19  for identification.)

20           THE WITNESS:  I hope you don't think

21  AERA is old style.  I don't even have a fax

22  machine.

60

```
 1              MR. ELGARTEN:  I think this is
 2     actually beyond the scope of your deposition
 3     notice, but I am not trying to overly restrict
 4     you but just keep that in mind.
 5              MR. BECKER:  We just want to --
 6              MR. ELGARTEN:  I am trying not to --
 7     I am just noting that I believe it is, but you
 8     want to ask a few questions, that's fine.  I
 9     just don't want to spend a lot of time.
10              MR. BECKER:  We are not.  We are
11     just considering it on your sales, but just
12     want to make sure that the method of sales is
13     updated to the present.
14              MR. ELGARTEN:  Okay.
15              MS. TURNER:  Thank you.
16              MR. ELGARTEN:  That's fair, or I
17     think it's fair for the moment.
18              MS. TURNER:  The questioning will
19     not be long.
20              BY MS. TURNER:
21     Q.    Dr. Levine, do you recognize this
22     document?
```

61

1        A.    Yes.

2        Q.    What is it?

3        A.    This is the -- the website specimen

4    information on the 1999 edition informing

5    potential users that there is also a 2014

6    edition.

7        Q.    Does this appear to be an accurate

8    capture of the AERA website?

9        A.    Yes.

10        Q.    And can you purchase -- if you are

11    looking on this website, can you purchase the

12    1999 standards in the online store for AERA?

13        A.    Well, you've just updated me on the

14    fact that it looks like we did not include

15    that, I suppose as can happen with prior

16    editions of works, that it looks like a mail

17    and fax order.

18        Q.    Can a person e-mail the form to AERA

19    to purchase the 1999 standard?

20        A.    E-mail it with an attachment?

21        Q.    Correct.

22        A.    Sure.

62

```
 1        Q.    Do you know how to do that from

 2    here?

 3        A.    Let's see.  From this particular

 4    page, from this particular page, no, but there

 5    is any number of pages that have a pubs e-mail

 6    and -- or in this case, one could, I suppose,

 7    call and learn how they could e-mail the -- the

 8    form completed without faxing it.

 9        Q.    Okay.  Are you certain that you can

10    e-mail the form to order a copy of the 1999

11    standard?

12        A.    Am I certain?  I am certain that we

13    would take a sale for anything any way it came,

14    we are pretty small.  You might think of old

15    AERA, 25,000 members, an annual meeting of 15

16    or 16,000, but our staff is under 30 people,

17    you know, so anything that comes in, we are

18    really pretty user friendly.  If somebody

19    answers the phone, it won't be me, but it even

20    could be me and everybody helps everybody out,

21    so if anybody calls and wants to get something

22    done, they'll get to somebody on the
```

63

1      publication staff or they'll get to our

2      customer service or a membership director, if

3      not, a publications director and somebody will

4      say -- might even say fax it to me and I'll get

5      it done.

6           Q.    Are there any instances that you

7      know of where someone had e-mailed an order

8      form for the 1999 standard?

9           A.    Any instances where they e-mailed

10     it?

11          Q.    Correct.

12          A.    Not without my checking with our

13     publications director or membership, customer

14     service person.

15          Q.    Is the 1999 standard available in an

16     E-book format?

17          A.    No.

18          Q.    Is it available in any electronic

19     format?

20          A.    No.  We think of ourselves as quite

21     a progressive, however, publisher, insofar as

22     many -- for many of our products and you can

64

1     look on our website, many publishers are eager

2     to sell the print edition and then delay E-book

3     editions, so we are trying to reach everyone in

4     the modality that they work in and -- which

5     includes with some of our major volumes being

6     able to purchase pieces.

7          Q.    Any plans to make it available in an

8     electronic format?

9          A.    Which?

10         Q.    The 1999 standard.

11         A.    It hasn't come up, I suppose.  I

12    mean, it hasn't come up with any of our

13    classics, and I think it is not likely, and we

14    have many other classics that were -- Complete

15    Research on Teaching, something that is a major

16    classic methodology book called Methods, and we

17    have 2005 editions and we are not even thinking

18    that there would be enough of an interest in

19    getting old pieces that way.  People can buy

20    it, you know, or use it from the university

21    libraries.

22              MS. TURNER:  If the court reporter

65

1      can please mark this as Exhibit 1310.

2                    (Deposition Exhibit 1310 was marked

3      for identification.)

4                    MR. ELGARTEN:  Same question.  We

5      are wandering from your list of subjects.

6                    MS. TURNER:  Almost done.  Just a

7      few more questions.

8                    THE WITNESS:  As long as you fill

9      out one of each, I'm okay, when you are done

10     really.  I think your law firm should have one

11     of each of these.

12                   BY MS. TURNER:

13     Q.    Do you recognize this document?

14     A.    Definitely.  I mean more or less.

15     Q.    And what is this document?

16     A.    This is an order form for --

17     depending upon when you downloaded it, for our

18     various books, AERA's books that are available.

19     Q.    Okay.

20     A.    Do you know when you downloaded

21     this?

22     Q.    It's the same as the other ones, so

66

1      that would be August 14.

2           A.    Okay.  So then it is current.

3           Q.    Can someone order the 1999 edition

4      through this order form?

5                 MR. ELGARTEN:  Want to call her

6      attention to this?

7                 BY MS. TURNER:

8           Q.    Sure.  Yes.  If you look down where

9      it says:  "Standard for educational and

10     psychological testing," it is the sixth gray

11     bar and at the bottom of that, it says:  "1999

12     edition."

13                So if someone wanted to order the

14     1999 edition, would they put in the quantity?

15          A.    Yes.

16          Q.    The note?

17          A.    Yes.  Uh-huh.

18          Q.    Can you PDF this order form and then

19     send it via e-mail?

20          A.    There it is.  The answer to your

21     question.  Members@AERA.net on the other side.

22          Q.    Perfect.

67

1      A.    No heads will roll this afternoon.

2            And just so you know, our -- that

3      e-mail is customer service and membership.

4      It's not membership questions.  It's just -- it

5      is -- we see our membership team as customer

6      service.

7      Q.    So if someone e-mailed that with the

8      order form, would they be able to place an

9      order through that e-mail address?

10     A.    Absolutely, yeah.  That's where you

11     put the PDF.  We don't -- the order for film,

12     it comes through customer service, the label on

13     the e-mail is membership, but it's really

14     membership customer service department or team.

15     Q.    Okay.  I'm going to hand you a

16     document that was previously marked 1208,

17     Exhibit 1208.

18           I'll represent this was previously

19     marked in your prior deposition in this matter.

20     A.    Uh-huh.

21     Q.    Do you recognize this document?

22     A.    Yes.

68

1          Q.    And what is it?

2          A.    That's the -- I suppose, of course,

3     having seen the other two, it looks like it's

4     the 1999 edition without that 1999 sales

5     estimate.

6          Q.    And if you could turn back, please,

7     to what was marked as Exhibit 1306.

8          A.    Yes.

9          Q.    Is this the same document?

10         MR. ELGARTEN:  As I said, I produced

11    this document, the additional document I

12    believe it's the same document.

13         THE WITNESS:  Well, I'm assuming.

14         BY MS. TURNER:

15         Q.    So is the answer yes then?

16         A.    Yes.

17         Q.    Okay.

18         MS. TURNER:  Why don't we take a

19    quick break.

20         MR. ELGARTEN:  Okay.  Are we almost

21    done?

22         MS. TURNER:  We are.

69

1              THE VIDEOGRAPHER:  We are going off

2      the record.  This is the end of Media Unit No.

3      1.  The time is 11:04.

4              (A short recess was taken.)

5              THE VIDEOGRAPHER:  We are going back

6      on the record.  This is the start of Media Unit

7      No. 2.  The time is 11:26.

8              MS. TURNER:  Thank you.

9              BY MS. TURNER:

10       Q.    Dr. Levine, if you could please turn

11     back to what has been marked as Exhibit 1307.

12       A.    Yes.

13       Q.    And if you could please turn to the

14     bottom of the page, No. 7.

15       A.    Yes.

16       Q.    And you testified earlier that the

17     publication income entry under profit and loss

18     is for sales of the 1999 standard?

19       A.    Yes, publication income.

20       Q.    And can you let us know if that is

21     net of expenses or is that a gross number?

22       A.    I think that's a -- in that context,

70

1       I'm going to say it's the gross number.

2           Q.    Okay.  If you could please turn to

3       Page No. 25 at the bottom.

4           A.    Yeah, well, I'm doing it.  25 are

5       you saying?

6           Q.    Yes, please.

7           A.    Of the same document?

8           Q.    Of the same document.

9           A.    Okay.  Got it.  Okay.

10          Q.    Great.  And the top chart here, can

11      you tell us what this is?

12          A.    Okay.  So this is total sales by

13      year.

14          Q.    Okay.

15          A.    For 2014 to 2018.

16          Q.    Okay.  If I could turn your

17      attention to 2018.

18          A.    Uh-huh.

19          Q.    Is it accurate to say that sales in

20      2018 were higher than in 2017?

21          A.    Correct.

22          Q.    And why is that?

71

1        A.    Why did it happen?

2        Q.    Yes, if you know.

3        A.    More purchases.  Sorry.  It seemed

4    self-evident.  Why it happened.  I suppose

5    really links to my prior point.  You know, you

6    can't -- you couldn't really necessarily

7    abstract -- extrapolate from September 28th

8    that -- even though with certain forms of

9    quote-unquote publications in the world of

10   publications, one might think of them as having

11   a limited shelf life.

12          This publication is a publication

13   about guidance and wisdom and best practices in

14   the field, and as that is more wide -- of more

15   -- of wider interest, it -- unlike even an

16   academic publications, that might be superseded

17   by -- well, here, it might be superseded by a

18   new edition, but superseded by next, you know,

19   next stages of a research program, that a work

20   that has value can have expanded in during use.

21          So until such point as with other

22   guidance, it needs to be, you know, rethought,

1       reupdated, to take account of new things that

2       didn't exist, so in 1985, for example, there

3       was no real use of technology in the way that

4       there is in 2018.  So this, you know, modest

5       increase is probably some number of courses and

6       perhaps brought a worldwide distribution.

7            Q.    And to clarify, these are -- for

8       sales of the 2014 standard?

9            A.    Correct.

10           Q.    And the chart directly below that?

11           A.    Uh-huh.

12           Q.    What does this chart represent?

13           A.    This is total quantities sold

14      through April 30 each year, so building upon my

15      prior point about September 28, this document

16      was created before we had a mini -- the

17      management committee had a mini-meeting in May,

18      so it was April 30, so they could get a

19      snapshot before their meeting which was

20      mid-May, so it is April 30, so then it compares

21      year-to-date, you know, as you'll see in

22      financial statements year-to-date and

73

1        comparable period, so the -- we were very

2        pleased with the fact that the 2019, you know,

3        performance suggests, you know, this -- the

4        work is -- is considered, you know,

5        increasingly -- is increasingly penetrating new

6        users.

7              Q.    And to clarify, this is also for

8        sales of the 2014 standard?

9              A.    All, correct, yeah.

10             Q.    And this chart shows through 2015

11       through 2019, the total sales just for January

12       through April 30 --

13             A.    Correct.

14             Q.    -- of each year?

15             A.    Correct.  It's sort of like a

16       snapshot of how -- recognizing the variation of

17       when it might be audited, which you have no

18       control over, it still gives sort of a

19       comparable snapshot.

20             Q.    And is there any reason -- you spoke

21       before about the increase between 2018 and

22       2019, do you know any reason why there was an

74

1          uptick in sales during that same time period?

2               A.    Without looking at who purchased, I

3          might extrapolate that it was used in more

4          courses or maybe more workshops, which could be

5          a university or college sale anticipating a

6          course, maybe even a summer course or courses.

7                    The 2015 high is reflecting the fact

8          that this is really the first six months of

9          publication or the availability of the

10         standards, so there was a lot of pent up

11         interest.

12              Q.    If you could please turn to Page 2

13         of the same document.

14              A.    Uh-huh.

15              Q.    It should look like this.

16              A.    Yes.  Yes.

17              Q.    I think the other side.

18              A.    Good.  Because this one is not made

19         for my eyes.  Okay.

20              Q.    Can you tell me what this chart is?

21              A.    This is new edition -- wow, this is

22         a -- you have to be quaintly interested in

75

1        data, but this is new edition and the number of

2        copies sold by member group and nonmembers.

3                You see the -- so, for example,

4        NCME, two NCME members bought I suppose nine

5        copies, so nonmember sales which might be book

6        stores or faculty buying for courses but more

7        likely university book stores or agents, in

8        2014, there were, just as an illustration, six

9        purchases of 15 copies.  Does that help?

10       Q.    Yes.  So let me try to rephrase it

11       just to make sure I have it.

12               So, for example, in the column with

13       the number of copies at the top, if you go to

14       the nine?

15       A.    Uh-huh.

16       Q.    And directly below, there is a two

17       under NCME member, that means that two NCME

18       members bought nine copies each?

19       A.    Correct.

20       Q.    And this is for the 2014 standard?

21       A.    Yes.  2014 standards in 2014.

22       Q.    Thank you.  And if we go over to the

76

1    total number of the total sales, it says:

2    "4,227."

3            Do you see that?

4       A.    Correct.

5       Q.    Okay.  And if we could just turn

6    back to the page we were just looking at, Page

7    25.

8       A.    Yep.

9            MR. ELGARTEN:  Do the numbers match?

10           MS. TURNER:  There is a slight

11   discrepancy so we just want to clear it up.

12           MR. ELGARTEN:  Okay.

13           THE WITNESS:  I was going to say

14   somebody on staff can't add a column.  I don't

15   want to say that.  Total sales, 4236.

16           BY MS. TURNER:

17      Q.    Right.  So if you see in the column

18   of 2014, it says:  "Total sales 4,236," and on

19   Page 2, it says:  4,227."

20           Any reason for that discrepancy?

21      A.    It's human error, really, I suppose

22   one was an effort to do a transfer from an

77

1          Excel spreadsheet or something of the number of

2          copies.  The other one was a higher number,

3          right?

4               Q.    Yes.

5               A.    So I am assuming something wasn't

6          recorded.  It might not have been human error.

7          It was missing data, but it should have been --

8          in my view as a scientist, it should have been

9          recorded as missing data, but it wasn't.  So

10         just unknown.

11                    Unknown purchases as to the

12         quantity, probably one, you know, just given

13         the dominant mode of -- of us also, you know,

14         being interested in volume sales because that

15         means it penetrates and hits more users and

16         students.

17              Q.    So is the number on Page 25, the

18         4236 number, is that the more accurate number?

19              A.    Let's see.  25.  That's the higher?

20              Q.    Correct.

21              A.    Yes.  At that point, we didn't have

22         E because we were just starting.

78

1          Q.    So if you could please turn to Page

2     3 of the same document.

3              And what's on this page of the

4     document?

5          A.    Well, the -- what is the whole

6     document about?  Is that what you want to know?

7          Q.    This particular page, yes.

8          A.    Yeah.  So it's -- so it's an effort

9     to depict or report on net sales by number of

10    copies aggregating the copies less than ten and

11    including the nonmembers, so that of the 2,356

12    nonmember sales, less than a third -- probably

13    somewhere in the neighborhood of 28 percent

14    were individual, and you could see that -- if I

15    am not -- I don't know that the 934 were all

16    individual but once you get above ten, you are

17    talking about, you know, persons, merchants or

18    book dealers or book stores.

19         Q.    And to clarify, this is for sales of

20    the 2014 standards?

21         A.    2014, that first year, which is the

22    first six months and I hope those numbers tie.

79

1        The financial I have no doubt tie.  And this

2        Sheridan Books I believe is our platform for

3        the E-book.  That wasn't reflecting E-book.

4        That was reflecting them serving as the

5        printer.  I think they were also the platform.

6             Q.    When you say, "serving as the

7        printer," is that for the physical copy?

8             A.    Yeah, literal printer.  We don't

9        print in-house.  So we printed 5,400 -- AERA

10       printed 5,436-ish, I suppose it was probably a

11       run of 5500 initially and then needed to go

12       into a second printing in November.

13            Q.    If you could please turn to the next

14       page, Page 4.

15            A.    Uh-huh.  Yes.

16            Q.    And then also on Page 5 as well if

17       you want to take a look.

18            A.    You must think research is crazy

19       that we do all these little microlevel tables.

20       Okay.  Let's see.  Okay.

21            Q.    So I can represent to you, I believe

22       these are the same documents but it was just

1          cut off for printing purposes.

2               A.    Correct.  Definitely.

3               Q.    Okay.  Can you tell me what this

4          document is or these pages represent?

5               A.    These are at the most microlevel

6          number of sales, it looks like somehow we did

7          intervals of five and then above 65, I suppose

8          they are the literal numbers that someone put

9          in, I mean that we were reporting.  That's the

10         way we counted, so it's the exact count so you

11         can see it's -- it really isn't in intervals of

12         five.  It's under 10.  It's 10, 11, 12, so it's

13         the literal count and it jumps from 30 to 35 to

14         40, 47, 50, so it's the literal purchases.

15              With some of these categories, there

16         appears to be more than one of those, but --

17         and then the revenue that it generated and then

18         when you see that discount is for that -- which

19         we saw on another sheet, it's the volume sales

20         discount for above ten.

21              Q.    To clarify, this is for the 2014 --

22              A.    2014.

81

1     Q.     -- standard?

2     A.     Correct.

3     Q.     2014 standard --

4     A.     Yes.

5     Q.     -- in the year 2014.

6     A.     Correct.

7     Q.     Okay.

8     A.     And you didn't receive other copies

9     of this because we were really obsessing on

10    what was happening, you know, we wanted to know

11    kind of what was happening as we were

12    launching, so we were running all this stuff,

13    like, you wouldn't want to see this every year

14    at that level.

15    Q.     If you could turn to Page 15 of the

16    same document.

17    A.     Uh-huh.   Uh-huh.

18    Q.     At the top, it states that it's the

19    standards royalty calculation.

20           Do you see that?

21    A.     Yep.

22    Q.     And then just to clarify for the

82

1      record, you testified earlier about the royalty

2      percentage.

3          A.     Yeah.

4          Q.     And you believed it was a 50/50

5      split?

6          A.     It switched though at the beginning

7      of AERA having underwritten -- all these costs

8      had a little bit higher royalty.  If you really

9      want to know, I have to double-check but I

10     think now it's 50/50.

11         Q.     Okay.  Do you know when that change

12     happened?

13         A.     I believe, but I would want to

14     verify that it happened after the first full

15     year, meaning it was -- I would have to look.

16     I don't remember.  I think it was the first six

17     months of sales and '15 and then it switched.

18         Q.     And if I could just draw your

19     attention --

20         A.     But I would really have to look.  If

21     that's important to you, I would need to verify

22     it.

83

1          Q.    If I could draw your attention --

2     where it says royalty percentage, it says:  "55

3     percent."

4          A.    Where are you here?

5          Q.    If you look down, it says:  "Royalty

6     percentage, total royalty," it's kind of

7     grouping of text right before the last one.

8          A.    Correct.  So that's what it was

9     originally I suppose, then 45/55 or something

10    like that I suppose.

11         Q.    So for the six months ended in 2017,

12    does it refresh your recollection that it was

13    -- 55 percent was the royalty percentage?

14         A.    So it may -- it might have ended

15    with '17 I suppose, standards royalty

16    calculation.  1, 2, 16.  It could be -- it's

17    not 50/50, it might be 45/55.

18         Q.    And how is that split?

19         A.    The testing standard is the larger

20    amount.

21         Q.    Testing standard is 55 percent?

22         A.    Yes.

84

1        Q.    And the publisher is 45 percent?

2        A.    Yeah.  I will let our attorney know

3     if I am recalling wrong.  So it might have been

4     50/50 at the beginning and then 45/55.

5        Q.    And then --

6        A.    That's what happens when you are

7     part of the same family, you forget how much

8     you make.

9        Q.    And If you could just turn to Page

10     16 there.

11        A.    16?

12        Q.    Yes, the next page.

13              Again, this is the royalty for the

14     six months ending June 30, 2018?

15        A.    Yes.

16        Q.    To clarify --

17        A.    It says right here, "development

18     fund," so that is prima facie as it were here.

19        Q.    And the royalty --

20        A.    That's 55 percent of the joint

21     project so that's 45 percent to AERA.

22        Q.    Okay.  And then on the following

85

1    page, Page 17.

2         A.    Same, yeah.

3         Q.    So you are saying 55 percent was the

4    royalty --

5         A.    Yeah.

6         Q.    -- for the year ending December 31,

7    2018?

8         A.    Uh-huh.  Yes.

9              MS. TURNER:  Okay.  Unless your

10   counsel has any questions, we are done.

11             MR. ELGARTEN:  I have no questions.

12   Thank you.

13             THE VIDEOGRAPHER:  We are going off

14   the record at 11:48 a.m.  This concludes

15   today's testimony given by Felice Levine on

16   behalf of APA, NCME, AERA.  The total number of

17   media units used was two and will be retained

18   by Veritext Legal Solutions.

19             (Whereupon, the proceeding was

20   concluded at 11:48 a.m.)

21

22

86

1

2          I declare under penalty of perjury

3     under the laws that the foregoing is

4     true and correct.

5

6          Executed on _____ , 20___,

7     at _____, _____.

8

9

10          _____

11              FELICE J. LEVINE, PH.D.

12

13

14     SUBSCRIBED AND SWORN TO BEFORE ME

15

16     THIS _____DAY OF _____, 2019.

17

18     _____    _____

19     (NOTARY PUBLIC)     MY COMMISSION EXPIRES:

20

21

22

87

1                    CERTIFICATE OF NOTARY PUBLIC

2

3              I, Bonnie L. Russo, the officer before

4        whom the foregoing deposition was taken, do
         hereby certify that the witness whose testimony
5        appears in the foregoing deposition was duly

6        sworn by me; that the testimony of said witness

7        was taken by me in shorthand and thereafter

8        reduced to computerized transcription under my

9        direction; that said deposition is a true

10       record of the testimony given by said witness;
         that I am neither counsel for, related to, nor
11       employed by any of the parties to the action in

12       which this deposition was taken; and further,

13       that I am not a relative or employee of any

14       attorney or counsel employed by the parties

15       hereto, nor financially or otherwise interested

16       in the outcome of the action.

17

18

19

20            _____.

21            Notary Public in and for
              the District of Columbia
22         My Commission expires:  June 30, 2020

# Transcript Word Index

**[& - 45]**

| & | |
|---|---|
| **&** | |
| 3:3,9,14 6:3 8:19,21 9:1 | |

| 0 | |
|---|---|
| **0000001-26** | |
| 5:20 | |
| **000001** | |
| 37:9 | |
| **0000027** | |
| 5:11 26:7 | |
| **00857** | |
| 1:3 8:5 | |

| 1 | |
|---|---|
| **1** | |
| 1:22 7:14 53:2 69:3 83:16 | |
| **1:14** | |
| 1:3 8:5 | |
| **10** | |
| 25:3 80:12,12 | |
| **10:14** | |
| 32:19 | |
| **10:20** | |
| 32:22 | |
| **1001** | |
| 3:4 | |
| **11** | |
| 80:12 | |
| **11:04** | |
| 69:3 | |
| **11:26** | |
| 69:7 | |
| **11:48** | |
| 85:14,20 | |
| **110,046.35** | |
| 46:1 | |
| **119,113.49.** | |
| 45:2 | |
| **12** | |
| 33:19 50:18 80:12 | |
| **1200** | |
| 13:1 | |
| **1207** | |
| 6:11 33:8,14,17,18 | |
| **1208** | |
| 6:14 67:16,17 | |
| **12th** | |
| 3:15 | |
| **130,425.40** | |
| 45:15 | |
| **1300** | |
| 4:6 13:16,17 | |
| **1301** | |
| 4:9 14:15,16 | |

**1302**
4:12 15:8,9
**1303**
4:15 15:14,15
**1304**
4:19 19:5,6
**1305**
5:2 24:4,5
**1306**
5:7 26:1,2 33:15,17,19
34:1,3,6,6 68:7
**1307**
5:12 37:3,4 69:11
**1308**
6:2 56:3,4
**1309**
6:5 59:17,18
**1310**
6:6 65:1,2
**137**
43:10
**137.85.**
42:12
**14**
4:6,9 66:1
**1430**
12:22
**1441**
2:13 8:7
**15**
4:12,15 39:17 62:15 75:9
81:15 82:17
**16**
1:16 7:5 39:17 52:6 83:16
84:10,11
**16,000**
62:16
**17**
39:17 83:15 85:1
**1768**
29:11
**18**
39:17
**19**
4:19 28:21 34:8 48:16
**1985**
35:16 72:2
**1989**
34:8,14 35:8,10 36:3,8
**1998**
34:9 36:4,11
**1999**
6:5,13 28:4,5,21 29:7,8,10
29:12,18,22 30:4,9 31:7
32:1 33:15,19 34:1,3 40:5
40:21 41:9 42:2,9,15 43:18

**1999 (cont.)**
44:1 47:8,11 57:13 58:17
59:8 61:4,12,19 62:10 63:8
63:15 64:10 66:3,11,14
68:4,4 69:18

| 2 | |
|---|---|
| **2** | |
| 21:13 69:7 74:12 76:19 | |
| 83:16 | |
| **2,356** | |
| 78:11 | |
| **20** | |
| 51:2,18 86:6 | |
| **2000** | |
| 30:14,18 32:3,5 | |
| **20004** | |
| 3:4 | |
| **20005** | |
| 13:1 | |
| **2002** | |
| 28:18,21 | |
| **2005** | |
| 64:17 | |
| **2013** | |
| 29:18,19 33:15 | |
| **2014** | |
| 5:16,17 6:4 29:20 31:5,6,7 | |
| 31:8 37:16 39:17 40:7 | |
| 43:22 44:2,5,8,21 45:1,12 | |
| 45:17 46:3,11,18 47:3,7,18 | |
| 48:21 49:6,8 55:16 56:18 | |
| 57:2,8,21 58:9 61:5 70:15 | |
| 72:8 73:8 75:8,20,21,21 | |
| 76:18 78:20,21 80:21,22 | |
| 81:3,5 | |
| **2015** | |
| 41:5 42:2 45:14 52:3,6,9 | |
| 53:2,3 73:10 74:7 | |
| **2016** | |
| 41:20 42:3 45:22 46:4 49:3 | |
| 49:7,8 52:9 53:4 | |
| **2017** | |
| 42:6,9 46:8 70:20 83:11 | |
| **2018** | |
| 37:18 42:12 46:14 70:15 | |
| 70:17,20 72:4 73:21 84:14 | |
| 85:7 | |
| **2019** | |
| 1:16 7:5 39:19 43:13,19,22 | |
| 44:2 46:21 47:4,11 73:2,11 | |
| 73:22 86:16 | |
| **2020** | |
| 87:22 | |
| **202-624-2523** | |
| 3:5 | |

**21,000**
34:17,18 35:14
**21,920**
34:14
**24**
5:2
**2474**
49:16
**25**
70:3,4 76:7 77:17,19
**25,000**
62:15
**26**
5:7 37:9
**28**
52:6 53:3 72:15 78:13
**28th**
71:7

| 3 | |
|---|---|
| **3** | |
| 78:2 | |
| **30** | |
| 1:13 2:8 4:6,9,12 7:14 14:5 | |
| 39:19 43:13 46:21 62:16 | |
| 72:14,18,20 73:12 80:13 | |
| 84:14 87:22 | |
| **31** | |
| 40:7 41:5,20 42:6,12 45:1 | |
| 45:14,22 46:8,14 85:6 | |
| **3242** | |
| 49:15 50:2 | |
| **3475330** | |
| 1:21 | |
| **35** | |
| 80:13 | |
| **37** | |
| 5:12 | |

| 4 | |
|---|---|
| **4** | |
| 79:14 | |
| **4,227** | |
| 76:2,19 | |
| **4,236** | |
| 76:18 | |
| **40** | |
| 80:14 | |
| **42,219.40** | |
| 40:8 41:13 | |
| **4236** | |
| 76:15 77:18 | |
| **44** | |
| 21:18 | |
| **45** | |
| 84:1,21 | |

**[45/55 - audio]**

**45/55**
 83:9,17 84:4
**4500**
 35:13
**47**
 80:14

**5**

**5**
 79:16
**5,000**
 34:22
**5,400**
 79:9
**5,436**
 79:10
**50**
 54:11 80:14
**50/50**
 48:6 82:4,10 83:17 84:4
**55**
 83:2,13,21 84:20 85:3
**5500**
 79:11
**555**
 3:15
**56**
 6:2
**59**
 6:5

**6**

**6**
 1:13 2:8 4:6,9,12 7:14 14:5
**65**
 6:6 80:7
**650-335-7844**
 3:11
**650-335-7930**
 3:16
**6995**
 41:6,16

**7**

**7**
 39:9 69:14

**8**

**801**
 3:10
**8-14**
 56:11
**85**
 28:8,10 33:20 35:2,10,12
 35:22 36:9,10,11
**86**
 35:12

**87**
 1:22 35:12
**88**
 35:12
**89**
 35:2
**8-99**
 29:22

**9**

**9**
 4:3
**9:51**
 1:17 7:4
**934**
 78:15
**94041**
 3:10
**94104**
 3:16
**97,407.50.**
 46:9
**98,994.98**
 46:15
**99**
 36:7

**a**

**a.m.**
 1:17 7:4 85:14,20
**ability**
 12:9
**able**
 53:22 54:5 55:12 64:6 67:8
**absolutely**
 67:10
**abstract**
 71:7
**academic**
 50:6,16 71:16
**access**
 56:18
**account**
 72:1
**accounting**
 38:21
**accurate**
 12:6 42:1,8 43:17,22 46:10
 46:17 47:2 49:5,11 53:4,6
 56:20 58:7 61:7 70:19
 77:18
**action**
 8:4 87:11,16
**actual**
 44:22
**actuals**
 40:6,7 45:1,14,22 46:8

**add**
 76:14
**additional**
 24:11 31:13 68:11
**additive**
 38:4
**address**
 12:21 67:9
**administrators**
 44:12
**aera**
 1:14 2:8 5:11,20 6:6 7:15
 10:17 14:12 16:5,8,18,21
 19:17,20 20:4,8 26:7 37:9
 47:11,12,19 55:20 56:16
 56:21 59:21 61:8,12,18
 62:15 79:9 82:7 84:21
 85:16
**aera.net**
 66:21
**aera's**
 65:18
**affect**
 12:9 44:8
**affiliations**
 8:16
**afternoon**
 67:1
**agents**
 75:7
**aggregate**
 34:18 38:7,13 50:8
**aggregating**
 78:10
**aggregation**
 37:15
**agree**
 7:13 14:7,21 15:3
**agreement**
 15:5
**allow**
 30:2
**ambiguous**
 11:9
**american**
 1:3,4 3:21 4:7,10 5:12 7:17
 7:19 9:5,6 12:15 14:5 29:4
**amount**
 43:6 54:10,13 83:20
**annual**
 62:15
**answer**
 10:21 11:19,21 14:11
 66:20 68:15
**answered**
 22:20

**answers**
 11:2 12:10 62:19
**anticipating**
 36:13 74:5
**anybody**
 62:21
**apa**
 1:14 2:8 5:11,20 7:15 9:3
 17:2,6,11,19,22 20:11,11
 20:16,19 26:7 37:9 85:16
**appear**
 56:20 61:7
**appearances**
 3:1 8:16
**appears**
 80:16 87:5
**april**
 39:19 43:13 46:21 72:14
 72:18,20 73:12
**arose**
 29:19
**arrangement**
 47:21
**asked**
 22:14 24:1,12 26:20,21
 37:18 51:9
**asking**
 40:9,14 49:15
**asks**
 21:20
**association**
 1:3,5 3:21 4:8,11 5:13 7:18
 7:19 9:6,7 12:16 18:9 29:4
 38:19,22
**associations**
 42:22
**assume**
 11:13 29:5 30:11
**assuming**
 17:8 20:15 68:13 77:5
**assumption**
 35:19
**attachment**
 61:20
**attachments**
 18:17
**attending**
 8:15
**attention**
 59:6 66:6 70:17 82:19 83:1
**attorney**
 84:2 87:14
**atypically**
 36:12
**audio**
 7:11,11

[audited - continue]

**audited**
73:17
**august**
1:16 7:4 30:4,9 31:8 66:1
**authentic**
27:22 37:20,21 38:8
**availability**
74:9
**available**
57:5 59:10 63:15,18 64:7
65:18
**avenue**
3:4
**aware**
36:19

**b**

**back**
32:21 34:6 36:1 53:10 68:6
69:5,11 76:6
**bar**
66:11
**basis**
52:9
**bates**
26:6 37:8
**becker**
3:13 8:21 15:6 26:14,14,18
27:5 60:5,10
**beginning**
32:4 50:14 82:6 84:4
**behalf**
2:16 3:2,8 8:19 9:5 14:12
14:22 15:4 27:7,9 29:3
85:16
**believe**
25:12,15 27:21 30:19
31:12 33:20 34:3 35:18
37:19 39:3 40:4 58:1,1
59:3 60:7 68:12 79:2,21
82:13
**believed**
82:4
**best**
10:12 17:4 44:10 50:17
71:13
**beyond**
60:2
**bit**
31:19 47:9 55:10 82:8
**blocking**
58:11
**board**
43:22
**bonnie**
1:20 8:12 87:3

**book**
6:6 43:9 44:16 48:8,11
52:16,21 53:11,14 57:16
63:16 64:2,16 75:5,7 78:18
78:18 79:3,3
**books**
59:11 65:18,18 79:2
**bookstore**
49:18,19,20
**bookstores**
55:21
**bottom**
21:17 39:12 66:11 69:14
70:3
**bought**
75:4,18
**brainer**
23:17
**break**
11:15,17 32:13,15 33:3
68:19
**briefing**
54:19
**bring**
54:2
**brought**
72:6
**building**
72:14
**bulk**
43:11
**bumped**
50:1
**bundle**
52:19,20 53:11
**bundled**
52:17
**business**
28:12 38:15
**buy**
52:20 64:19
**buying**
55:22 75:6

**c**

**cake**
54:14
**calculating**
30:22
**calculation**
81:19 83:16
**california**
3:10,15,16
**call**
51:14 52:12 62:7 66:5

**called**
48:13 64:16
**calls**
62:21
**capture**
56:21 61:8
**carry**
55:22
**case**
1:3 10:8,9,11 19:22 22:15
22:22 33:5 62:6
**categories**
80:15
**celgarten**
3:6
**cell**
7:9
**cellular**
7:8
**center**
3:10
**certain**
26:15 48:7 62:9,12,12 71:8
**certificate**
87:1
**certify**
87:4
**change**
82:11
**chart**
48:18 51:1,21 70:10 72:10
72:12 73:10 74:20
**check**
82:9
**checking**
63:12
**civil**
8:4
**clarify**
11:12 35:7 72:7 73:7 78:19
80:21 81:22 84:16
**classic**
64:16
**classics**
64:13,14
**clear**
33:22 76:11
**clearly**
49:15
**client**
26:17 27:13
**cliff**
8:22
**clifton**
3:3

**colleagues**
16:13
**college**
49:19 74:5
**columbia**
1:1 8:4 87:21
**column**
40:7 41:5,19 42:5,11 43:12
45:1,13,21 46:7,13,20
75:12 76:14,17
**commission**
86:19 87:22
**committee**
18:19 51:5,5,6,7 52:5,11
72:17
**communities**
36:18
**community**
36:13 44:11
**company**
18:9 54:20 58:12
**comparable**
73:1,19
**compares**
72:20
**comparing**
49:14,15 52:3,5,8 53:7
**comparison**
52:2
**complete**
64:14
**completed**
62:8
**computerized**
87:8
**concluded**
85:20
**concludes**
85:14
**conference**
52:12
**connection**
23:1
**considered**
73:4
**considering**
60:11
**consultation**
23:1
**contact**
28:20
**context**
69:22
**continue**
7:12

[continued - earlier]

**continued**
5:1 6:1 31:6
**continues**
36:9
**control**
73:18
**conversations**
7:8
**copies**
20:1 49:19 57:21 75:2,5,9
75:13,18 77:2 78:10,10
81:8
**copy**
16:14 17:9 20:3 52:22
53:14 54:6 57:8 58:8,9,17
62:10 79:7
**correct**
14:13 16:4 25:10,11 38:9
42:10 44:18 45:19 46:12
46:19 56:13 58:11 61:21
63:11 70:21 72:9 73:9,13
73:15 75:19 76:4 77:20
80:2 81:2,6 83:8 86:4
**cost**
50:3
**costs**
47:19,21 49:20 82:7
**council**
1:6 4:13 7:20 9:7
**counsel**
3:20 7:17 8:14 9:16 85:10
87:10,14
**count**
80:10,13
**counted**
80:10
**counterclaimant**
1:10
**counterdefendants**
1:8 3:2 4:15,19 5:3 7:22
**counterplaintiff**
3:8 8:2
**couple**
50:12
**course**
28:12 38:14 50:20 55:21
68:2 74:6,6
**courses**
55:3 72:5 74:4,6 75:6
**court**
1:1 8:3,11 9:9 10:20 11:4
11:20 12:3 13:15 14:15
15:14 24:3,21 25:22 37:2
56:2 64:22
**crazy**
79:18

**created**
28:14 38:17,18 72:16
**crossover**
30:7
**crowell**
3:3 9:1
**crowell.com**
3:6
**crumped**
30:13
**current**
66:2
**customer**
63:2,13 67:3,5,12,14
**cut**
80:1
**cutoff**
30:20
**cutoffs**
51:1
**cv**
1:3 8:5

**d**

**d.c.**
1:15 2:14 3:4 8:8 13:1
**daniel**
3:22 8:9
**dar**
1:4 8:5
**data**
75:1 77:7,9
**date**
72:21,22
**dates**
52:1
**day**
86:16
**de**
32:2
**dealers**
78:18
**deanne**
3:20 9:2
**december**
29:19 30:9 40:7,19 41:5,20
42:5,12 45:1,14,22 46:8,14
50:13 85:6
**decided**
26:22
**declare**
86:2
**declined**
44:1 49:6 53:5,7
**declines**
36:17

**deduce**
53:16
**deeper**
54:7 55:4,4
**defendant**
1:10 3:8 7:17 8:2 9:16
**definitely**
39:6 65:14 80:2
**degree**
55:8
**delay**
64:2
**department**
67:14
**depending**
30:5 32:5 41:17 42:16,19
65:17
**depends**
50:8
**depict**
78:9
**deposed**
10:4
**deposition**
1:13 2:8 4:7,10,13 7:11,15
8:6 10:3 13:3,5,6,17 14:16
15:9,11,15 19:6 24:5 26:2
33:11 37:4 56:4 59:18 60:2
65:2 67:19 87:4,5,9,12
**designated**
14:11
**detail**
36:1
**determination**
22:8,21
**developers**
44:13
**developing**
54:20
**development**
39:16 45:7 84:17
**different**
26:12 38:3,4 43:3 47:6,7
48:14
**direction**
87:9
**directly**
72:10 75:16
**director**
12:19 19:3 28:18 63:2,3,13
**discount**
43:5,8 52:21 80:18,20
**discrepancy**
76:11,20
**discuss**
14:4

**discussion**
13:9 27:4 53:3
**distortion**
53:8
**distribution**
72:6
**distributor**
56:7
**district**
1:1,1 8:3,3 87:21
**document**
13:20 14:19 15:18,20
19:10 22:18 24:8,10 25:4
26:5,10,13,16 27:6,13,18
27:21 28:2,3,11,14 37:7,12
37:14,15,19 38:2,13 48:16
56:9,15 60:22 65:13,15
67:16,21 68:9,11,11,12
70:7,8 72:15 74:13 78:2,4
78:6 80:4 81:16
**documents**
13:12 16:3,5,9,15,18,21
17:2,7,11,14,18 18:14,21
19:15,17 20:4,8,12,16,19
20:22 21:10,20 22:6 23:4
23:11 26:15 31:13 38:3,5
38:12 47:17 79:22
**doing**
54:1 55:17 57:10 70:4
**dollars**
41:21 42:6 43:14 46:22
**dominant**
77:13
**double**
82:9
**doubt**
79:1
**downloaded**
56:11 65:17,20
**dr**
23:7 26:9 32:12 33:3,13
34:5,20 35:6 37:11 60:21
69:10
**draw**
82:18 83:1
**drive**
16:11
**duly**
9:13 87:5

**e**

**eager**
64:1
**earlier**
52:15 69:16 82:1

[early - friendly]

early
  35:4,5
easily
  55:12
eat
  54:14
edition
  5:16 6:4,13 28:4,5,5,7,21
  28:22 29:2,7,9,10,13,16,18
  30:6,15,16,20,21 31:1,3
  32:6 33:19,20 34:4,17,19
  35:22 36:16,19,22 37:16
  40:5 44:5,21 45:9,10 47:7
  47:8,11,19 48:22 52:21
  54:22 56:19 57:13 58:20
  59:7 61:4,6 64:2 66:3,12
  66:14 68:4 71:18 74:21
  75:1
editions
  61:16 64:3,17
education
  1:6 4:14 7:21 9:8
educational
  1:3 4:7 5:8,12,14 6:2,11,14
  7:18 9:5 12:15 14:6 66:9
effort
  76:22 78:8
either
  31:21
electronic
  17:10 53:22 57:20 58:8
  63:18 64:8
electronically
  20:2 55:11,15
elgarten
  3:3 8:22,22 14:7,20 15:3
  15:11 17:13 18:4 22:13,19
  23:14 26:11 27:8,12 31:12
  35:18 60:1,6,14,16 65:4
  66:5 68:10,20 76:9,12
  85:11
else's
  31:11
employed
  12:12 87:11,14
employee
  87:13
encompass
  34:16
encompassed
  31:3 34:12
encompasses
  34:16
ended
  83:11,14

entry
  35:8 39:21 69:17
equivalent
  28:13 51:12,15
error
  76:21 77:6
esq
  3:3,8,13,20
essentially
  13:4 19:21
estimate
  35:3 68:5
everybody
  17:17 51:16 62:20,20
evident
  71:4
exact
  80:10
exactly
  28:9,15 31:10,16
examination
  4:2 9:16 14:3
example
  72:2 75:3,12
excel
  77:1
executed
  86:6
executive
  12:19 19:3 28:18
exhibit
  4:6,9,12,15,19 5:2,7,12 6:2
  6:5,6,11,14 13:16,17 14:15
  14:16 15:8,9,15 19:4,6
  24:4,5 26:1,2 33:8,14,14
  34:6 37:3,4 56:3,4 59:17
  59:18 65:1,2 67:17 68:7
  69:11
exhibits
  4:5 5:1 6:1,10
exist
  20:3 72:2
expanded
  44:9 71:20
expenses
  41:11,14 47:13 69:21
experience
  54:9 55:6
expires
  86:19 87:22
explain
  50:16
extent
  17:9,9
extra
  54:10

extrapolatable
  54:8
extrapolate
  28:16 71:7 74:3
extrapolated
  31:18
eyes
  74:19

f

facie
  84:18
fact
  61:14 73:2 74:7
faculty
  44:12 75:6
fair
  60:16,17
fall
  50:2,15
familiar
  15:18 19:9 24:8 27:18
family
  84:7
fax
  59:9,21 61:17 63:4
faxing
  62:8
february
  49:20
felice
  1:15 2:9 4:2 7:16 9:4,12,22
  10:10 85:15 86:11
felt
  26:13
fenwick
  3:9,14 8:19,21
fenwick.com
  3:12,17
field
  71:14
figures
  31:14
filed
  8:2
files
  16:10 17:9 26:13,16,17
  27:13 37:17
filing
  14:1
filings
  13:4
fill
  65:8
fillings
  13:14

film
  67:11
final
  22:8 50:4,4
financial
  38:20 39:6 72:22 79:1
financially
  87:15
find
  26:19,20 55:9
fine
  32:14 40:17 60:8
finish
  11:21 24:18
firm
  8:10,12 26:17 65:10
first
  9:13 23:16 74:8 78:21,22
  82:14,16
fiscal
  39:17
five
  42:17 80:7,12
floor
  3:15
focused
  14:2
folks
  23:16
followed
  27:3
following
  31:4 84:22
follows
  9:15
foregoing
  86:3 87:4,5
forget
  84:7
form
  6:6 59:9 61:18 62:8,10
  63:8 65:16 66:4,18 67:8
format
  63:16,19 64:8
forms
  24:2 54:17 71:8
forth
  14:1
found
  16:22 17:20
four
  34:17 35:1,12,13 42:17
francisco
  3:16
friendly
  62:18

**[front - january]**

**front**
11:4 14:21 48:16
**full**
82:14
**functionally**
47:22
**fund**
39:16 84:18
**fund's**
45:7 46:5
**further**
32:7 52:21 87:12

**g**

**gap**
30:19
**general**
3:20
**generated**
80:17
**getting**
50:11 64:19
**give**
12:9 23:17 35:13
**given**
10:11 77:12 85:15 87:10
**gives**
52:14 73:18
**go**
7:13 16:8 17:6 19:20 20:14
21:4 32:7 36:1 41:19 55:17
57:10 58:16 75:13,22
79:11
**going**
7:4 10:19,20 11:13 18:6
22:14,21 28:15,16 29:5
30:2 32:18,21 34:13,13
49:17 51:11 54:5 67:15
69:1,5 70:1 76:13 85:13
**good**
7:3 9:18 13:11 54:16 59:12
74:18
**gray**
66:10
**great**
10:10,13 12:12,17 15:7
16:1 20:21 23:21 57:1,20
70:10
**gross**
48:2,9 69:21 70:1
**group**
75:2
**grouping**
83:7
**guess**
28:15 29:12 35:2

**guidance**
44:9 71:13,22

**h**

**half**
15:12
**hand**
59:10 67:15
**happen**
61:15 71:1
**happened**
30:21,21 31:10 32:6 71:4
82:12,14
**happening**
50:15 81:10,11
**happens**
84:6
**hard**
12:3 16:14 17:9 20:1,2
52:22 54:6
**head**
12:2
**heads**
67:1
**held**
2:10 8:6
**help**
13:12 75:9
**helps**
62:20
**hereto**
87:15
**hey**
55:1
**hi**
9:19
**hiatus**
31:19 32:8
**high**
74:7
**higher**
43:10 70:20 77:2,19 82:8
**hits**
77:15
**hope**
59:20 78:22
**house**
79:9
**how's**
28:17
**huh**
11:7 19:16 21:19 22:2 25:5
34:7,10 36:5 40:2 41:7,22
42:7,13 44:3 45:16 46:2,16
53:12 66:17 67:20 70:18
72:11 74:14 75:15 79:15

**huh (cont.)**
81:17,17 85:8
**huhs**
12:3
**human**
76:21 77:6
**hypertext**
57:12,16 58:2,20 59:8

**i**

**i10**
36:15
**i8**
36:15
**identical**
33:18
**identification**
13:18 14:17 15:10,16 19:7
24:6 26:3 37:5 56:5 59:19
65:3
**identified**
26:6 37:8 39:9
**illustration**
75:8
**immediate**
55:19
**important**
82:21
**inc.'s**
4:6,9,12
**include**
61:14
**includes**
64:5
**including**
57:13 78:11
**income**
39:22 40:15 44:17,20
69:17,19
**incomplete**
25:14
**incorporated**
7:18,20,21 8:1 30:18 31:21
**incorrect**
25:14
**increase**
72:5 73:21
**increasingly**
73:5,5
**individual**
78:14,16
**infer**
30:2 50:3
**inference**
35:19

**inferring**
34:15
**information**
16:11,12 24:2 25:18 26:21
33:19 52:14 61:4
**informing**
61:4
**initial**
10:1
**initially**
38:2 79:11
**insofar**
33:18 63:21
**instances**
63:6,9
**institutional**
43:2
**institutions**
43:7
**intend**
21:21 22:6
**interest**
64:18 71:15 74:11
**interested**
74:22 77:14 87:15
**interfere**
7:10
**interference**
7:8
**interim**
52:11
**interrogatories**
5:6 24:16 25:19
**intervals**
80:7,11
**introduce**
33:7
**inventory**
38:18
**ipad**
54:2
**ish**
79:10
**issue**
29:19
**issues**
14:3
**item**
44:16
**items**
47:15,16

**j**

**january**
30:3,4 49:20 52:6 53:2
73:11

**[job - methods]**

**job**
1:21
**joint**
51:6 84:20
**joke**
13:10
**judge**
11:4
**judgment**
23:3
**july**
31:8 48:22 51:14,15
**jumps**
80:13
**june**
84:14 87:22
**jury**
11:5

**k**

**keep**
39:4 51:16 60:4
**kept**
28:11 38:14
**kind**
30:7 43:8 50:8 51:15 55:10
58:4,10 81:11 83:6
**know**
11:16 12:2 17:19 18:13,20
20:2 27:9,11,15,19 30:10
30:15 31:10,20 32:1 34:21
34:21 35:11 36:14 38:22
48:4 50:4,10,18 54:7,12,13
55:1,3,9 62:1,17 63:7
64:20 65:20 67:2 69:20
71:2,5,18,22 72:4,21 73:2
73:3,4,22 77:12,13 78:6,15
78:17 81:10,10 82:9,11
84:2
**knowledge**
10:12 17:4 20:20 21:12
28:16

**l**

**label**
67:12
**lack**
36:17
**language**
22:13 23:8
**large**
49:21
**larger**
83:19
**laughed**
13:10,10

**launching**
81:12
**law**
26:17 59:13 65:10
**laws**
86:3
**learn**
62:7
**lecture**
54:2,3
**lectures**
55:3
**left**
23:18,19,22 59:10
**legal**
8:10,12 22:15 23:7 85:18
**legally**
23:4
**level**
81:14
**levine**
1:15 2:9 4:2 7:16 9:4,12
10:1,11 23:1,8 26:9 27:2
31:12 32:12 33:3,13 34:5
34:20 35:6 37:11 60:21
69:10 85:15 86:11
**libraries**
64:21
**library**
43:2
**life**
71:11
**limited**
71:11
**line**
29:21 54:6
**linearly**
50:7
**link**
57:12,16 58:2,20 59:8
**links**
71:5
**list**
65:5
**literal**
79:8 80:8,13,14
**literally**
30:5,10,16
**litigation**
21:22 22:7
**little**
13:8,9 24:21 31:18 32:8
47:9 79:19 82:8
**llp**
3:3,9,14

**located**
8:7
**logically**
31:18
**long**
11:16 17:21 18:2 60:19
65:8
**look**
16:14 21:17 29:21 39:12
39:20 40:6 44:22 55:1,1,1
64:1 66:8 74:15 79:17
82:15,20 83:5
**looked**
16:10 26:15 35:20 47:15
**looking**
28:9 33:21 43:21 49:4,10
50:3,17 51:4 53:1 61:11
74:2 76:6
**looks**
31:8 61:14,16 68:3 80:6
**loss**
39:21 69:17
**lot**
50:11 60:9 74:10

**m**

**machine**
59:22
**mail**
59:9 61:16,18,20 62:5,7,10
66:19 67:3,9,13
**mailed**
63:7,9 67:7
**mailing**
55:9
**mails**
16:12 18:16 21:8
**major**
64:5,15
**management**
18:9,18 38:20 39:1 51:5,5
51:7 52:5 72:17
**managing**
18:9
**march**
49:21
**mark**
13:9,16 14:15 15:8,14 19:4
24:4 26:1 37:3 56:3 59:17
65:1
**marked**
6:10 13:17 14:16 15:9,15
19:6 24:5 26:2 33:8,11
37:4 56:4 59:18 65:2 67:16
67:19 68:7 69:11

**match**
76:9
**material**
16:17 19:22,22
**matt**
27:5
**matter**
7:17 22:15 30:20 33:12
67:19
**matthew**
3:13 8:21
**mbecker**
3:17
**mean**
16:16 22:12 23:22 27:19
34:21 38:1 40:3 41:2 42:20
44:19 45:11 48:1 64:12
65:14 80:9
**meaning**
56:6 82:15
**means**
54:12 75:17 77:15
**measurement**
1:6 4:14 7:21 9:8
**mechanism**
17:8
**media**
7:14 69:2,6 85:17
**medication**
12:8
**meeting**
51:4,11 52:5 62:15 72:17
72:19
**meetings**
51:8
**member**
17:21 42:21 52:16 75:2,17
**members**
43:4,4 62:15 66:21 75:4,18
**membership**
63:2,13 67:3,4,5,13,14
**memory**
48:6 58:13
**mentioned**
43:7 53:10
**merchants**
78:17
**met**
52:11
**method**
60:12
**methodology**
64:16
**methods**
64:16

**[microlevel - pennsylvania]**

**microlevel**
79:19 80:5
**microphones**
7:6,10
**mid**
31:1 44:6 72:20
**middle**
9:22
**mind**
55:10 60:4
**mini**
72:16,17
**minimis**
32:2
**misinterpret**
40:13
**missing**
77:7,9
**modality**
64:4
**mode**
77:13
**modest**
54:10,13 72:4
**moment**
60:17
**monitor**
31:7
**month**
50:7 52:9 53:2,7
**months**
50:19 74:8 78:22 82:17
83:11 84:14
**moring**
3:3 9:1
**morning**
7:3 9:18
**mountain**
3:10
**moving**
42:11 43:12 45:13,21 46:7
46:13

**n**

**n.w.**
2:13 3:4
**name**
8:9 9:20 10:2 58:11
**national**
1:6 4:13 7:20 9:7
**nature**
18:4
**ncme**
1:14 2:9 5:11,20 7:15 18:1
18:5,7,13,20 19:3 20:21,21
21:4,8,10 26:7 37:9 75:4,4

**ncme (cont.)**
75:17,17 85:16
**necessarily**
71:6
**need**
11:15 33:21 48:5,5 82:21
**needed**
79:11
**needs**
58:4 71:22
**neighborhood**
78:13
**neither**
87:10
**net**
41:10,13 69:21 78:9
**new**
24:1 29:16 30:15,15,21
31:1,2 36:13,16,19,21,22
44:13,21 50:13 54:20
71:18 72:1 73:5 74:21 75:1
**nine**
75:4,14,18
**noah**
39:3,4
**nods**
12:2
**nonelectronic**
53:18
**nonmember**
42:21 52:16 75:5 78:12
**nonmembers**
75:2 78:11
**northwest**
8:7 12:22
**notary**
86:19 87:1,21
**note**
7:6 22:7 66:16
**notes**
54:6
**notice**
2:16 4:7,10,13 14:5 60:3
**noting**
60:7
**november**
32:1,10 49:22 50:12 51:12
51:13 79:12
**nuanced**
52:14
**number**
5:18 30:22 34:14 39:13
45:8,15 46:1,9,15 49:5,6
49:18 58:15 62:5 69:21
70:1 72:5 75:1,13 76:1
77:1,2,17,18,18 78:9 80:6

**number (cont.)**
85:16
**numbered**
39:11
**numbers**
31:2,3 33:15 36:4 39:14
40:16,18 43:18,21 48:7
53:1 76:9 78:22 80:8

**o**

**oath**
11:2
**object**
26:22
**objections**
4:16
**obsessing**
81:9
**offer**
57:20
**office**
19:22
**officer**
87:3
**okay**
11:11,18 12:1 17:11 19:1
20:16 21:4,16 22:3 23:13
25:2,17 28:6,19 29:1,8,14
29:21 30:8,12 32:16 33:7
34:5 39:8,14 40:17 41:4,12
45:13 49:4 51:17 52:8
56:14,14 59:2 60:14 62:9
65:9,19 66:2 67:15 68:17
68:20 70:2,9,9,12,14,16
74:19 76:5,12 79:20,20
80:3 81:7 82:11 84:22 85:9
**old**
26:21 30:6 59:21 62:14
64:19
**once**
10:7 38:6 78:16
**ones**
17:16,16 65:22
**online**
57:9,16 58:8,22 61:12
**opened**
35:21
**opportunity**
33:4
**order**
6:6 57:8,15,19 58:8,20,22
59:7,7,9 61:17 62:10 63:7
65:16 66:3,4,13,18 67:8,9
67:11
**ordering**
49:18 56:18 57:2,13

**orders**
32:9 49:22 50:11
**ordinary**
28:12 38:14
**organization**
18:7
**organizations**
15:1,5 29:3 43:5 51:6
**original**
27:12
**originally**
83:9
**ottaviano**
3:20 9:2,2
**outcome**
87:16
**overly**
60:3

**p**

**page**
4:2 21:13,18 22:3 25:3,4
39:9,10 48:16 51:18,18
59:10 62:4,4 69:14 70:3
74:12 76:6,6,19 77:17 78:1
78:3,7 79:14,14,16 81:15
84:9,12 85:1,1
**pages**
1:22 13:8 62:5 80:4
**part**
18:18 56:17 84:7
**partial**
29:12
**particular**
50:5 58:4 62:3,4 78:7
**particularly**
50:19 55:5
**parties**
2:17 7:13 17:14 87:11,14
**party**
58:10
**payments**
47:6
**pdf**
58:5 66:18 67:11
**penalty**
11:3 86:2
**pending**
11:17
**penetrates**
77:15
**penetrating**
73:5
**pennsylvania**
3:4

**[pent - quantities]**

pent
74:10
people
36:15 62:16 64:19
percent
48:2,4 78:13 83:3,13,21
84:1,20,21 85:3
percentage
82:2 83:2,6,13
perfect
66:22
performance
73:3
period
30:1 46:6 50:13 52:7 53:2
53:3,7 73:1 74:1
perjury
11:3 86:2
person
61:18 63:14
persons
78:17
ph.d.
1:15 2:10 4:2 86:11
phone
51:14 62:19
phones
7:9
physical
79:7
pick
7:7
picks
29:10
pieces
37:21 38:3 64:6,19
place
7:9,12 67:8
plaintiffs
1:8 3:2 4:15,19 5:2 7:22
22:4,5,11,18 23:10 24:15
25:9,17 26:5 27:7,7,9 37:7
37:20
plaintiff's
16:2 19:13
planning
54:4
plans
64:7
platform
58:3,4,5,10,13 79:2,5
please
7:6,9 8:17 9:10,20 11:9,16
11:19 12:20 19:5 21:13
24:4 25:4 26:1 37:3 39:9
48:15 51:17 56:3 59:9,16

please (cont.)
65:1 68:6 69:10,13 70:2,6
74:12 78:1 79:13
pleased
73:2
point
32:3 39:18 43:1,20 49:1
71:5,21 72:15 77:21
portal
56:17
pose
23:2
posed
15:22
potential
61:5
practice
36:13
practices
44:10 71:13
pre
35:8,10
preceding
28:5,6 29:7,8
preparation
36:19 37:1
prepare
13:3 51:3
prepared
38:2 52:4
preparing
49:22
present
2:16 3:19 8:14 26:16,17
60:13
presumptive
36:11
pretty
62:14,18
previous
33:11 58:20 59:7
previously
6:10 21:21 33:8 40:12 53:9
67:16,18
price
43:1
prices
43:3
prima
84:18
primarily
14:2
print
21:9 52:17 53:11,14,19
54:11,12,22 55:6 64:2 79:9

printed
79:9,10
printer
79:5,7,8
printing
47:14,16 79:12 80:1
prior
13:5,6 27:3 28:20 29:2
33:4,20 34:16,18 40:13
47:16 61:15 67:19 71:5
72:15
private
7:7
probably
21:6 29:11 51:14 72:5
77:12 78:12 79:10
proceeding
85:19
process
47:7,10
produce
16:18 17:11 20:4,16 26:22
37:18 51:9,9
produced
14:10 17:14 21:21 22:5
26:5,12 27:7,8,15 37:7,20
38:5 68:10
producing
22:6,12 23:8
product
36:18
production
4:18,22 21:18 27:3 35:4
products
63:22
profit
39:20 69:17
program
71:19
progressive
63:21
project
18:19 54:21 84:21
projected
39:18 43:18 47:3
projection
43:13 46:21
proprietary
39:2
protection
58:5
provide
12:6
provided
21:3 31:14

provider
58:2
psychological
1:4 3:21 4:10 5:9,15 6:3,12
6:15 7:19 9:6 29:4 66:10
public
86:19 87:1,21
public.resource.org
1:10 4:6,9,12 8:1
public.resource.org.
8:20
public.resource.org's
4:17,20 5:5 16:3 19:14
24:16
publication
35:5 39:21 40:15 44:17
63:1 69:17,19 71:12,12
74:9
publications
56:17 63:3,13 71:9,10,16
published
28:22 29:2 30:5 36:22
publisher
47:12,12 55:20 63:21 84:1
publishers
58:15 64:1
publishing
58:14,14
pubs
62:5
pull
55:13
purchasable
58:6
purchase
55:16 61:10,11,19 64:6
purchased
41:17 42:17,20 74:2
purchases
52:16,17,17,18 71:3 75:9
77:11 80:14
purchasing
58:17
purposes
38:4 50:6,21 53:21 80:1
pursuant
2:16 27:4
put
14:20 66:14 67:11 80:8

**q**

quaintly
74:22
quantities
72:13

[quantity - sales]

**quantity**
66:14 77:12
**question**
11:8,10,14,16,21 22:16,20
23:2,7 24:19 40:13 49:16
65:4 66:21
**questioning**
60:18
**questions**
10:20 14:11 15:21 24:12
26:12 27:14 60:8 65:7 67:4
85:10,11
**quick**
32:13,15 68:19
**quickly**
55:14
**quite**
42:22 63:20
**quote**
71:9

**r**

**range**
55:18
**rate**
35:3
**reach**
64:3
**read**
13:5 55:15 57:14
**reader**
55:5
**reading**
53:21 54:7 59:12
**real**
26:20 72:3
**really**
13:8 18:8,10 23:15 26:21
32:3 50:7 54:4 62:18 65:10
67:13 71:5,6 74:8 76:21
80:11 81:9 82:8,20
**reared**
53:18
**reason**
12:5,7 25:12,15 50:22
52:10 73:20,22 76:20
**reasons**
54:15
**recall**
55:12
**recalling**
84:3
**receive**
81:8
**received**
21:2

**recess**
32:20 69:4
**recognize**
13:20 14:19 26:9 37:11
48:18 51:21 56:9 60:21
65:13 67:21
**recognizing**
73:16
**recollection**
13:13 83:12
**recommend**
56:1
**record**
7:4,13 8:17 9:21 10:21
12:21 26:4 32:19,22 34:1
35:7 37:6 69:2,6 82:1
85:14 87:10
**recorded**
7:15 77:6,9
**recording**
7:12
**reduced**
87:8
**referring**
31:13
**reflecting**
74:7 79:3,4
**reflects**
47:5
**refresh**
13:13 48:6 83:12
**refreshed**
58:12
**reimburse**
47:21
**reimbursed**
47:13
**related**
87:10
**relative**
87:13
**release**
32:5 44:7
**released**
44:6 48:22
**rely**
21:22 22:7,14,21 23:4
**remember**
28:9 43:1 82:16
**remind**
53:22 55:13 57:15
**remotely**
8:15
**rephrase**
11:9 75:10

**report**
5:10 6:13,16 28:3 29:17
31:6 38:19 45:8 47:16
48:21 49:1,11 51:4 52:11
52:13,14 78:9
**reported**
1:19 32:4
**reporter**
8:11 9:10 10:20 11:20 12:4
13:16 14:15 15:14 24:3,22
25:22 37:3 56:2 64:22
**reporting**
33:18 39:6,15 80:9
**reports**
5:17 37:16 51:11
**represent**
33:10 45:5 56:10 57:17
67:18 72:12 79:21 80:4
**represents**
45:6
**request**
16:3 19:14 21:18 22:1,18
**requests**
4:17,21 16:6,19 17:3,12
19:18 20:12,17 21:1,11,20
24:12
**reread**
13:4
**research**
1:3 4:8 5:13 7:18 9:5 12:15
14:6 36:12 55:8 64:15
71:19 79:18
**respective**
2:17
**respond**
22:11
**responded**
15:22 17:17
**response**
4:16,20 16:6,19 17:3,12
19:18 20:6,9,12,17,20
21:11 22:4,9
**responses**
5:4 16:2 19:13 22:18 24:13
24:15 25:9
**responsive**
17:16 20:22 25:18
**restrict**
60:3
**retained**
85:17
**rethought**
71:22
**reupdated**
72:1

**revenue**
48:11 80:17
**revenues**
44:16 48:8,10
**review**
13:6,12 33:4 36:1
**revising**
54:21
**revision**
36:14
**rfp2**
5:11,20 26:7 37:9
**right**
22:19 32:16 35:9 44:17
51:19 57:18,19,19 58:19
76:17 77:3 83:7 84:17
**role**
27:2
**roll**
67:1
**room**
8:14 53:21
**roughly**
34:22,22 35:14
**royalties**
46:18 48:8
**royalty**
44:16 45:7,19,20 46:5,11
47:5,20,20 48:1,2,8,11
81:19 82:1,8 83:2,5,6,13
83:15 84:13,19 85:4
**rule**
4:6,9,12
**run**
54:20 79:11
**running**
29:5 81:12
**russo**
1:20 3:22 8:9,12 87:3

**s**

**sale**
43:2,2 46:11,18 57:21
62:13 74:5
**sales**
5:10,17,18 6:13,16 28:3
29:6,12,17 30:3,8,22 31:3
31:4,14 32:4 34:2,12,17
35:4 36:16 37:16 38:19
40:5,21 41:8,9,15 42:2,9
42:14 43:9,18 44:1,8 45:7
45:8,17 46:3 47:3 48:3,21
49:16,21 50:6 52:2 53:4
56:7 60:11,12 68:4 69:18
70:12,19 72:8 73:8,11 74:1
75:5 76:1,15,18 77:14 78:9

[sales - submitted]

**sales (cont.)**
78:12,19 80:6,19 82:17
**san**
3:16
**saved**
16:11
**savvy**
53:20
**saw**
80:19
**saying**
52:15 55:2 70:5 85:3
**says**
29:22 35:9 41:20 42:6,12
43:13,14 44:16 46:8,21
59:9 66:9,11 76:1,18,19
83:2,2,5 84:17
**school**
59:14
**scientific**
36:12
**scientist**
77:8
**scientists**
44:11
**scope**
60:2
**screen**
54:22
**scroll**
57:14
**search**
16:5,22 17:2,20 19:17
20:11,22
**searched**
18:13 21:3
**searching**
16:8 17:6 19:20 20:14 21:5
**second**
4:17 5:6 79:12
**seeing**
30:18
**seen**
68:3
**self**
71:4
**sell**
64:2
**selling**
32:9 43:1
**semester**
50:1,2,13,15
**seminar**
54:3
**send**
66:19

**sensitive**
7:7
**sent**
18:17
**separate**
39:5
**september**
30:17 49:2,3 51:1 52:6
53:3 71:7 72:15
**series**
10:19
**service**
63:2,14 67:3,6,12,14
**serving**
79:4,6
**set**
4:17,21 5:6 14:1 35:3 50:4
**sets**
24:11
**shannon**
3:8 8:18 10:2
**share**
16:11
**sheet**
80:19
**shelf**
54:18 55:13 71:11
**sheridan**
79:2
**short**
32:20 69:4
**shorthand**
87:7
**showing**
5:18 31:14
**shows**
34:14 73:10
**side**
31:19 59:10 66:21 74:17
**sight**
55:10
**signature**
25:6
**silicon**
3:10
**similar**
17:8 55:2
**similarly**
29:15 54:17
**sit**
58:3
**six**
74:8 75:8 78:22 82:16
83:11 84:14
**sixth**
66:10

**skim**
53:22
**slight**
76:10
**small**
62:14
**smaller**
18:7
**snapshot**
72:19 73:16,19
**sold**
5:19 49:4,6 72:13 75:2
**solutions**
8:10,13 85:18
**somebody**
31:11 56:1 62:18,22 63:3
76:14
**sorry**
23:14 24:20 36:9 42:3
49:13 71:3
**sort**
50:10 73:15,18
**source**
27:13
**spaces**
2:12 8:7
**speak**
54:9
**speaking**
35:7
**specific**
5:19
**specimen**
61:3
**speed**
55:14
**spell**
9:21
**spend**
60:9
**split**
48:9 82:5 83:18
**spoke**
53:9 73:20
**spoken**
57:1
**spreadsheet**
39:5 77:1
**stable**
50:18
**stack**
16:17 21:6
**staff**
54:19 57:6 62:16 63:1
76:14

**staffing**
21:8
**stages**
71:19
**standard**
34:1,11 35:16 36:6 41:9
42:2,9,15 44:1,8,14 45:6
45:18 46:4,11,18 47:3
55:17 57:2,8,21 58:9,17,21
59:8 61:19 62:11 63:8,15
64:10 66:9 69:18 72:8 73:8
75:20 81:1,3 83:19,21
**standards**
5:7,14 6:2,5,11,14 18:19
19:21 28:4 36:21 39:4,16
40:22 43:19 61:12 74:10
75:21 78:20 81:19 83:15
**standing**
17:21 18:2
**start**
69:6
**starting**
48:22 77:22
**starts**
35:11
**state**
8:15 9:20 12:20 33:13
**statement**
52:15
**statements**
25:9,13 72:22
**states**
1:1 8:3 22:4 81:18
**step**
32:7
**storage**
58:15
**store**
57:9,16 58:21 61:12
**stores**
75:6,7 78:18
**street**
2:13 3:15 8:7 12:22
**students**
44:11 77:16
**stuff**
81:12
**sturner**
3:12
**style**
59:21
**subjects**
65:5
**submitted**
13:14

[subscribed - united]

**subscribed**
86:14
**suggests**
73:3
**suite**
13:1
**summated**
35:10,10
**summer**
50:15 74:6
**superseded**
71:16,17,18
**suppose**
14:2 16:16 31:20 42:18
53:17 54:11,18 55:4,19
57:3 61:15 62:6 64:11 68:2
71:4 75:4 76:21 79:10 80:7
83:9,10,15
**sure**
9:22 17:21 18:3,15,22 19:2
32:17 49:11 59:15 60:12
61:22 66:8 75:11
**suspect**
30:6
**swear**
9:10
**switched**
82:6,17
**sworn**
9:13 86:14 87:6
**system**
38:20,21 39:1,7

**t**

**tab**
29:5 59:11
**tables**
79:19
**taken**
7:16 32:20 69:4 87:4,7,12
**talking**
11:22 24:22 78:17
**tank**
47:1
**teachers**
44:12
**teaching**
50:9 64:15
**team**
67:5,14
**technologically**
53:20
**technology**
72:3
**tell**
9:13 17:13 27:20 30:1 31:5

**tell (cont.)**
39:10 47:9 52:1 53:15
70:11 74:20 80:3
**ten**
43:11 52:9 53:2,7 78:10,16
80:20
**tend**
51:3
**test**
44:12,13 54:20
**testified**
9:15 10:13,16 69:16 82:1
**testifying**
14:22 15:4
**testimony**
1:14 2:9 7:16 10:11 12:6
13:7 33:5 35:15 85:15 87:4
87:6,10
**testing**
5:9,15 6:3,12,15 18:19
19:21 28:4 44:10 66:10
83:19,21
**tests**
54:20,21
**text**
83:7
**thank**
13:2 18:1 23:21 25:21 33:1
33:9,22 34:5,20 35:6,15
36:3,20 37:22 38:7,12 39:8
44:15 45:20 48:15 58:16
59:13 60:15 69:8 75:22
85:12
**things**
18:17 20:1 23:22 55:12
72:1
**think**
17:15 26:14,20 27:5 28:8
28:10 32:15 35:22 41:2,3
43:10 48:6 51:18 54:8,16
55:7 57:17 58:19 59:20
60:1,17 62:14 63:20 64:13
65:10 69:22 71:10 74:17
79:5,18 82:10,16
**thinking**
64:17
**third**
4:21 19:14 58:10 78:12
**thought**
13:5
**three**
14:22 15:4 17:14 18:7 29:3
43:5 51:6
**tie**
78:22 79:1

**time**
11:15 23:16 30:1 32:19,22
60:9 69:3,7 74:1
**times**
10:6 35:1,12,13
**title**
12:17
**today**
8:11,20 10:3,20 12:6 14:4
14:12
**today's**
13:3 85:15
**told**
26:14
**top**
34:9 57:18 70:10 75:13
81:18
**topics**
14:2
**total**
49:4,5 70:12 72:13 73:11
76:1,1,15,18 83:6 85:16
**touch**
53:19
**tough**
24:21
**trained**
53:18
**training**
50:6,20
**transcription**
87:8
**transfer**
76:22
**trial**
10:14
**triangulating**
29:16
**true**
25:9 41:13 86:4 87:9
**truth**
9:13,14,14
**truthful**
12:6,9
**try**
26:19 75:10
**trying**
60:3,6 64:3
**tsc**
1:4 8:5
**turn**
7:9 21:13 22:3 25:3 34:6
39:9 41:4 44:13,15 48:15
51:17 59:6 68:6 69:10,13
70:2,16 74:12 76:5 78:1
79:13 81:15 84:9

**turner**
3:8 4:3 8:18,18 9:17 10:2
13:15,19 14:9,14,18 15:7
15:13,17 17:18 18:12 19:4
19:8 22:17 23:6,9,20 24:3
24:7 25:22 26:4,8 27:6,16
27:17 32:11 33:1,2 36:2
37:2,6,10 56:2,8 59:16
60:15,18,20 64:22 65:6,12
66:7 68:14,18,22 69:8,9
76:10,16 85:9
**turning**
53:10
**twice**
51:8
**typical**
35:3
**typically**
51:8

**u**

**uh**
11:7 12:2,3 19:16 21:19
22:2 25:5 34:7,10 36:5
40:2 41:7,22 42:7,13 44:3
45:16 46:2,16 53:12 66:17
67:20 70:18 72:11 74:14
75:15 79:15 81:17,17 85:8
**uhs**
12:2
**ultimately**
22:22
**unanticipated**
49:17
**unaudited**
39:18 46:14
**unclear**
11:9
**understand**
10:22 11:6,13 14:10 16:1
19:12 23:6 24:14
**understood**
27:16
**underwrites**
47:19
**underwritten**
82:7
**underwrote**
47:12
**undoubtedly**
52:4
**unit**
7:14 69:2,6
**united**
1:1 8:2

**[units - zero]**

**units**
5:19 34:12 49:6 85:17
**university**
49:19 64:20 74:5 75:7
**unknown**
77:10,11
**unquote**
71:9
**unusual**
51:10
**update**
57:3
**updated**
36:14 44:9 51:16 60:13
61:13
**uptick**
74:1
**use**
58:12 59:9 64:20 71:20
72:3
**user**
44:10 54:9 62:18
**users**
54:17 61:5 73:6 77:15
**usually**
30:7

**v**

**valley**
3:10
**value**
36:17 71:20
**variation**
73:16
**various**
37:16 65:18
**verbalize**
11:19
**verify**
33:21 82:14,21
**verifying**
25:8
**veritext**
8:10,12 85:18
**version**
53:22
**versions**
34:11
**versus**
7:22
**video**
7:11,15
**videographer**
3:22 7:3 8:11 9:9 32:18,21
69:1,5 85:13

**videotaped**
1:13 2:8
**view**
3:10 77:8
**virtue**
18:18
**volume**
77:14 80:19
**volumes**
64:5
**vs**
1:9

**w**

**waiting**
36:15
**walk**
40:15
**wandering**
65:5
**want**
23:2 32:12 36:14 53:13,16
53:17,21 54:1,5 60:5,8,9
60:12 66:5 76:11,15 78:6
79:17 81:13 82:9,13
**wanted**
23:7 58:16 66:13 81:10
**wants**
62:21
**washington**
1:15 2:14 3:4 8:8 13:1
**watch**
31:10,11
**ways**
49:17 55:18,22
**website**
55:20 56:16,21 57:4,10,22
61:3,8,11 64:1
**weird**
50:11
**went**
16:16 20:1 21:8 47:17
59:13,15
**west**
3:9,14 8:19,21
**we've**
37:17
**whispering**
7:7
**wide**
71:14
**wider**
71:15
**wisdom**
71:13

**withheld**
17:19,22 18:3,20
**withhold**
16:21 20:8,19 21:10 25:17
**withholding**
23:10
**witness**
9:4,10 14:8,11 15:2 17:15
18:6 23:15 27:11 31:16
35:20 56:6 59:20 65:8
68:13 76:13 87:4,6,10
**word**
54:12 57:4
**words**
30:14
**work**
12:20 64:4 71:19 73:4
**workplace**
50:17
**works**
58:15 61:16
**workshop**
50:10,20 54:4
**workshops**
55:3 74:4
**world**
53:19 71:9
**worldwide**
72:6
**wow**
74:21
**write**
11:20 12:4
**written**
16:2 19:13 24:15
**wrong**
59:12 84:3

**y**

**yeah**
18:15 20:18 27:19 31:16
35:17 43:4,20 59:5 67:10
70:4 73:9 78:8 79:8 82:3
84:2 85:2,5
**year**
28:9 29:12 31:1,9,22 35:1
44:6 49:11 50:5 51:8 52:13
70:13 72:14,21,22 73:14
78:21 81:5,13 82:15 85:6
**years**
29:6 34:17 35:1,5,12,13
39:17 50:12 54:11
**year's**
29:6 31:4
**yep**
76:8 81:21

**z**

**zero**
41:20 42:6 43:14 46:21