# EXHIBIT 40



|  |  |
|---|---|
|  | *Log in* to receive your member pricing, then order through the *AERA Online Store*. |
|  | **E-Book Only** *(single-user):* $49.95 eBook available from *ebooks.aera.net*. For member discounts, *log in* and visit *My AERA - Special Member Offers*. Copy the member discount code, then click this *link* to order the eBook. |
|  | **Print/e-Book Bundle** * $59.95 *Log in* to receive your member pricing, then order through the *AERA Online Store*. |
| APA and NCME Members | **Print Only:** $49.95 plus shipping *Click here* to purchase a print copy. |
|  | **E-Book Only** *(single-user):* $49.95 *Click here* to order e-Book only. |
|  | **Print/e-Book Bundle** * $59.95 *Click here* to purchase a print/e-Book bundle. |
| Non-Member and Institutional Price ** | **Print Only:** $69.95 plus shipping Order now through the *AERA Online Store*. |
|  | **E-Book Only** *(single-user):* $69.95 *Click here* to order e-Book only. |
|  | **Print/e-Book Bundle*** *(The eBook is for single-users only, and is not currently available for institutional* |



purchase)
$79.95
Order now through the *AERA Online Store*.

*Mail or Fax Order Form* (PDF)

### *Important Information for Purchasing the Print/e-Book Bundle:

Print only and Bundle orders are fulfilled through the AERA Bookstore. Please click here for e-Book only orders. After a bundle is purchased, you will receive an email from AERA that includes a link to the eBook sales platform and a coupon for free access. Emails will be sent within 24 hours of receipt **during AERA's business hours**. eBooks are for single-users only, and are not currently available for institutional access. Additional information information about eBooks is available here.

### Shipping & Handling:
$7 for first copy, $2.00 each additional copy up through 9 copies.

### Volume Discount:
** Institutions ordering 10 or more copies will receive a 20% discount off the non-member price. Members may order multiple copies but will not receive an additional discount below the member price. For shipping and handling costs for bulk orders of 10 or more copies, please contact AERA at members@aera.net or 202-238-3200.

### AERA Return and Discount Policy
No refunds for returned books. Discounts are not available to agencies.



## Testing Standards Hill Briefing Gallery

Search Tags



Testing Standards Hill Briefing Photo Gallery (19 Photos)

©2019 American Educational Research Association. All rights reserved.

Terms Of Use | Privacy Policy | Site Map | Contact Us

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Designed by Weber-Shandwick   Powered by eNOAH