# EXHIBIT 41

1999 <i>Standards</i>                    https://www.aera.net/Publications/Books/Standards-1999-Ed



Login | Join / Renew | My Cart | Contact Us   search

For: Graduate Students | Divisions | SIGs | AERA-CURI   FOLLOW US ON:

## About AERA | Events & Meetings | Policy & Advocacy | Education Research | Professional Advancement | Publications | Membership | Newsroom

Publications » Books » 1999 Standards

### Publications

## 1999 Standards ›

Journals

Books

eBooks

Research Points

Online Paper Repository

Online Store

AERA Advertising and Mailing Lists

Publications Permissions

Publications FAQs

## AERA Books

*Standards for Educational and Psychological Testing* (1999 Edition)

This 1999 edition of the *Standards for Educational and Psychological Testing* has been superseded by the 2014 edition. The American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education recommend use of the 2014 *Standards* as the authoritative source of testing standards. The 1999 edition continues to be available for scholarly purposes.

Year of Publication: 1999
Pages: 194
ISBN: 978-0-935302-25-7

Member Price: $35.95 plus shipping
Non-Member Price: $45.95 plus shipping

Shipping & Handling: $7 for first copy, $2 each additional copy.
Ten or more copies, call AERA office at (202) 238-3200 for shipping charges.

Order now in the AERA online bookstore (coming soon)
A mail/fax order form (PDF) is available on the left-hand side of the page under the Books tab.

**AERA Return, Discount and Purchase Order Policy**
No refunds for returned books. Discounts are not available to agencies. There is a $5.00 fee for purchase orders.

©2019 American Educational Research Association. All rights reserved.

Terms Of Use | Privacy Policy | Site Map | Contact Us

1430 K Street NW, Suite 1200, Washington, DC 20005
Phone: (202) 238-3200 | Fax: (202) 238-3250

Designed by Weber-Shandwick  Powered by eNOAH

PENGAD 800-631-6989

EXHIBIT

3066   1309

8-16-19        &c