# EXHIBIT 42



## AERA Book Order Form

| Title | Member Price | Non-Member Price | Institutional Price | Quantity | Subtotal |
|---|---|---|---|---|---|
| *Handbook of Research on Teaching, 5th Edition* | | | | | |
| Hardcover | $249.95 | $299.95 | $299.95 | | |
| Paperback | $124.95 | $149.95 | $149.95 | | |
| Paperback/eBook Bundle | $149.95 | $174.95 | *Not available* | | |
| *Citizenship Education and Global Migration: Implications for Theory, Research, and Teaching* | | | | | |
| Hardcover | $90.00 | $130.00 | $130.00 | | |
| Paperback | $45.00 | $65.00 | $65.00 | | |
| Paperback/eBook Bundle | $55.00 | $75.00 | *Not available* | | |
| *Comparing Ethnographies: Local Studies of Education Across the Americas* | | | | | |
| Hardcover | $49.95 | $59.95 | $59.95 | | |
| Paperback | $29.95 | $39.95 | $39.95 | | |
| Paperback/eBook Bundle | $39.95 | $49.95 | *Not available* | | |
| *Thinking and Acting Systemically: Improving School Districts Under Pressure* | | | | | |
| Hardcover | $49.95 | $59.95 | $59.95 | | |
| Paperback | $29.95 | $39.95 | $39.95 | | |
| Paperback/eBook Bundle | $39.95 | $49.95 | *Not available* | | |
| *Interest in Mathematics and Science Learning* | | | | | |
| Hardcover | $109.95 | $149.95 | $149.95 | | |
| Paperback | $54.95 | $74.95 | $74.95 | | |
| Paperback/eBook Bundle | $64.95 | $84.95 | *Not available* | | |
| *Standards for Educational and Psychological Testing—Revised 2014 edition\** | | | | | |
| Paperback (English) | $49.95* | $69.95 | $69.95 | | |
| Paperback (Spanish) | $49.95* | $69.95 | $69.95 | | |
| Paperback/eBook Bundle (English) | $59.95* | $79.95 | *Not available* | | |
| 1999 edition (English, paperback only) | $35.95* | $45.95 | *Not available* | | |
| *Socializing Intelligence Through Academic Talk and Dialogue* | | | | | |
| Hardcover | $119.95 | $159.95 | $159.95 | | |
| Paperback | $59.95 | $79.95 | $79.95 | | |
| Paperback/eBook Bundle | $69.95 | $89.95 | *Not available* | | |
| *LGBTQ Issues in Education: Advancing a Research Agenda* | | | | | |
| Paperback | $29.95 | $49.95 | $49.95 | | |
| Paperback/eBook Bundle | $39.95 | $59.95 | *Not available* | | |
| *Estimating Causal Effects: Using Experimental and Observational Designs* | | | | | |
| Paperback | $21.95 | $26.95 | $26.95 | | |
| *Handbook of Research on Teaching—4th edition* | | | | | |
| Paperback | $25.00 | $100.00 | $120.00 | | |
| *The Nation's Report Card* | | | | | |
| Paperback | $53.95 | $56.95 | $56.95 | | |
| *Ethical Standards of the American Educational Research Association* | | | | | |
| Paperback | $30.00 | $35.00 | $35.00 | | |
| *Complementary Methods for Research in Education—2nd edition\*\** | | | | | |
| Paperback | $20.00 | $36.00 | $36.00 | | |
| *Prevention of Bullying in Schools, Colleges, and Universities: Research Report and Recommendations* | | | | | |
| Paperback | $14.95 | $19.95 | $19.95 | | |
| *Annual Meeting Program* | | | | | |
| *2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018*   (circle year) | $15.00 | $15.00 | $15.00 | | |
| | | ADD postage and handling (see details on next page) | | + | |
| | | | | **Total** | |



EXHIBIT

PENGAD 800-631-6989

3066   1310

8·16·19      /x



## AERA Book Order Form

\* Member price for the *Standards for Educational and Psychological Testing* is available to AERA, NCME, and APA members

\*\* *Complementary Methods* Volume Discount: 10% off book price for 15 or more copies

**TERMS**

We cannot accept purchase orders. All orders must be paid in full by check or credit card prior to shipping. AERA does not issue refunds for returned books. Discounts are not available to agencies.

**Volume Discount:** Institutions ordering 10 or more copies will receive a 20% discount off the non-member price (for *Complementary Methods* only, the volume discount is 10% off book price for 15 or more copies). Members may order multiple copies but will not receive an additional discount below the member price.

**eBooks:** This form may be used to order Paperback/eBook Bundle packages for select titles. eBooks are licensed for individual users only and cannot support use by institutions/libraries at this time. To purchase an eBook **only** (not as part of a Paperback/eBook Bundle), please order online at **ebooks.aera.net**. Individual eChapters are also available for many titles at ebooks.aera.net.

### POSTAGE & HANDLING FEES

| *Handbook for Research on Teaching*<br>4th and 5th editions | All Other AERA Titles |
|---|---|
| First copy: $9.00 paperback; $12.00 hardcopy<br>Each additional copy (up to 9): $4.00<br>For 10 or more copies, contact AERA for charges. | First copy: $7.00<br>Each additional copy (up to 9): $2.00<br>For 10 or more copies, contact AERA for charges. |

*For next-day or second-day delivery in the United States, contact members@aera.net or call (202)238-3200.*

### SHIPPING & BILLING

**METHOD OF PAYMENT:**     ☐ Credit Card          ☐ Check Enclosed

Name (as it appears on card): _____

Credit Card Number: _____

Type (circle):   AMEX   MC   VISA   DISCOVER

Expiration Date (MM/YYYY): _____     Security Code: _____

Signature: _____

**SHIPPING INFORMATION:**

Name: _____

Address: _____

_____

City: _____

State/Province: _____     ZIP/Postal Code: _____     Country: _____

Phone: _____     Fax: _____     E-mail: _____

**Questions?** Contact AERA at (202)238-3200 or members@aera.net
**Mail To:** AERA, 1430 K Street NW, Suite 1200, Washington, DC 20005
**Fax To:** (202)238-3250 (credit card payments only) | **Email To:** members@aera.net