Case 1:14-cv-00857-TSC   Document 138-54   Filed 11/09/19   Page 1 of 1

# EXHIBIT 54

# FILED UNDER SEAL