## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN EDUCATIONAL RESEARCH
ASSOCIATION, INC., AMERICAN
PSYCHOLOGICAL ASSOCIATION, INC.,
and NATIONAL COUNCIL ON
MEASUREMENT IN EDUCATION, INC.,

*Plaintiff-Counterdefendants*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Counterclaimant*.

Case No: 1:14-cv-00857-TSC

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF ON BEHALF OF LAW SCHOLARS IN SUPPORT OF
DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S SECOND
MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF-
COUNTERDEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT AND
PERMANENT INJUNCTION**

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief on
Behalf of Law Scholars in support of Defendant-Counterclaimant Public.Resource.Org's Second
Motion for Summary Judgment and in Opposition to Plaintiff-Counterdefendants' Second
Motion for Summary Judgment and Permanent Injunction, it is ORDERED that this Motion for
Leave be hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Tanya S. Chutkan
United States District Court Judge