AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Educational Research Association et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-00857 TSC |
| Public.Resource.Org | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Law Scholars            .

Date:  11/22/2019                                          /s/ Marcia Hofmann
                                                                 *Attorney's signature*

                                                                 Marcia Hofmann, D.C. Bar No. 484136
                                                                 *Printed name and bar number*

                                                                 Zeitgeist Law PC
                                                                 25 Taylor Street
                                                                 San Francisco, CA  94102

                                                                 *Address*

                                                                 marcia@zeitgeist.law
                                                                 *E-mail address*

                                                                 (415) 830-6664
                                                                 *Telephone number*

                                                                 *FAX number*