IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., <br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., <br> and <br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. <br>            Plaintiffs-Counterdefendants, <br> v. <br> PUBLIC.RESOURCE.ORG, INC., <br>            Defendant-Counterclaimant. | Case No. 1:14-cv-00857 (TSC) |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANT'S UNAUTHORIZED REPLY**

For the reasons set forth in the accompanying memorandum, Plaintiffs American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc. move to strike the unauthorized "Reply", Dkt. 145, filed by Defendant Public.Resource.Org, Inc. in connection with the briefing on remand.

Respectfully submitted,

s/Clifton S. Elgarten
John I. Stewart, Jr. (D.C. Bar No. 913905)
Clifton S. Elgarten (D.C. Bar No. 366898)
Amanda S. Berman (D.C. Bar No. 497860)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(202) 624-2500
celgarten@crowell.com

*Attorneys for Plaintiffs-Counterdefendants*

December 27, 2019