## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., <br><br> and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. <br><br>             Plaintiffs-Counterdefendants, <br><br>      v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>             Defendant-Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-00857 (TSC) |

## PROPOSED ORDER

The motion to strike Defendant's Reply, Dkt. 145, is GRANTED.

Date:

_____
TANYA S. CHUTKAN
United States District Judge