IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.,<br><br>AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.,<br><br>and<br><br>NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.<br><br>           Plaintiffs-Counterdefendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>           Defendant-Counterclaimant. | Case No. 1:14-cv-00857 (TSC) |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a) and (c), the parties to this case stipulate and request an order as follows:

1. Plaintiffs, American Educational Research Association, Inc., American Psychological Association, Inc. and National Council on Measurement in Education, Inc., voluntarily dismiss their claim and this action against defendant, Public.Resource.Org, Inc. with prejudice.

2. In light of paragraph 1, defendant Public.Resource.Org, Inc.'s counterclaims shall be dismissed as moot.

3. Each party is to bear its own costs and expense of suit.

Counsel for Plaintiffs is authorized to file this stipulation on behalf of Defendant.

Respectfully submitted this 14th day of October 2020,

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, INC. | AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC. and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC. |
| By:   */s/ Andrew P. Bridges* | |
| Andrew P. Bridges (D.C. Bar No. AR0002) | |
| abridges@fenwick.com | |
| Matthews B. Becker (pro hac vice) | |
| mbecker@fenwick.com | By:   */s/ Clifton S. Elgarten* |
| FENWICK & WEST LLP | John I. Stewart, Jr. (D.C. Bar No. 913905) |
| 555 California Street, 12th Floor | Clifton S. Elgarten (D.C. Bar No. 366898) |
| San Francisco, CA  94104 | Amanda S. Berman (D.C. Bar No. 497860) |
| Telephone: (415) 875-2300 | Crowell & Moring LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| Corynne McSherry (pro hac vice) | Washington, D.C. 20004-2595 |
| corynne@eff.org | Telephone: (202) 624-2500 |
| Mitchell L. Stoltz (D.C. Bar No. 978149) | celgarten@crowell.com |
| mitch@eff.org | |
| ELECTRONIC FRONTIER FOUNDATION | *Counsel for Plaintiffs-Counterdefendants* |
| 815 Eddy Street | |
| San Francisco, CA  94109 | |
| Telephone: (415) 436-9333 | |

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC  20005
Telephone: (202) 905-3434

*Counsel for Defendant-Counterclaimant*


**SO ORDERED** on this _____ day of _____, 2020


_____
The Honorable Tanya S. Chutkan
United States District Judge